

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                    **312-435-5670**
**Clerk**

Date:   5/2/2022

Eric Charles Cohen
Rimon P.C.
2530 Meridian Parkway, Suite 300
Durham, NC 27713

Re: Interfocus Inc. v. The Defendants Identified in Schedule A
USDC Case Number: 22-cv-02259

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely,
Thomas G. Bruton, Clerk

By: /s/ K. Lozano
          Deputy Clerk

Rev. 11/18/2016