UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERFOCUS INC., A California Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>The Defendants Identified in SCHEDULE A,<br><br>      Defendant. | Case No.: 1:22-cv-2259 |

**PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff INTERFOCUS INC. ("Plaintiff") moves, *ex parte*, for entry of a temporary restraining order ("TRO"), including a temporary asset restraint, and expedited discovery.

The grounds for this motion are (1) Defendants, who are identified in Schedule A to the Complaint (filed under seal) are China or Hong Kong-based entities who misappropriated source code for Plaintiff's website to set up their own website, and are using their website to offer for sale and sell counterfeit products into this District, including counterfeits of Plaintiff's products. Grounds for this motion are further provided in the declarations of Amanda Richardson-Golden, Mark Lee, Robert Rosenblum, and Sandi Graham, and in the Memorandum of Law filed in support of this motion.

| | |
|---|---|
| Date: May 3, 2022 | Respectfully submitted, |
| | RIMON, P.C. |
| | /s/ Eric C. Cohen |
| | Ill. ARDC No. 0473685<br>Rimon P.C.<br>980 N. Michigan Ave., Suite 1400<br>Chicago, IL 60611<br>Telephone: (984) 960-2860<br>Email: eric.cohen@rimonlaw.com |
| | Mark S. Lee<br>Rimon, P.C.<br>2029 Century Park East, Suite 400N<br>Los Angeles, CA 90067<br>Telephone: 310.561.5776<br>Email: mark.lee@rimonlaw.com |
| | Zheng Liu<br>Rimon P.C.<br>800 Oak Grove Ave., Suite 250<br>Menlo Park, CA 94025<br>Telephone: (650) 382-4546<br>Email: zheng.liu@rimonlaw.com |
| | Attorneys for Plaintiff, INTERFOCUS INC. |