# EXHIBIT 1

**Page Vault**

| | |
|---|---|
| Document title: | PatPat US \| Baby, Toddler, Kids Clothes & Matching Family Outfits Online Shopping |
| Capture URL: | https://us.patpat.com/ |
| Page loaded at (UTC): | Tue, 26 Apr 2022 17:05:00 GMT |
| Capture timestamp (UTC): | Tue, 26 Apr 2022 17:06:12 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | 4f431236-5dd3-4502-abfa-e2b12690d0c4 |
| User: | rimon-rob |

PDF REFERENCE #:        15De2RGVqnhc55pyfqNP6J

English • USD • United States    Free Shipping On Orders Over $45.00    Order Status    FAQs

**PatPat** Cute, Quality, Great Price

Toddler Girl 🔍

SIGN IN    FAVORITES    BAG

New In *new* | Licensed Characters | Cotton | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes | Accessories | Home & Baby Gear



SPRING SALE

ALL AT $3.99 / $6.99 / $9.99 / $11.99

FIRST ORDER ONLY!    $8 OFF ON ORDERS OF $65+    $18 OFF ON ORDERS OF $125+    $25 OFF ON ORDERS OF $175+    CODE:PATNEW

## SHOP BY CATEGORY

| Baby Girl (New born-3Y) | Baby Boy (New born-3Y) | Toddler Girl (2Y-6Y) | Toddler Boy (2Y-6Y) | Girl (4Y-14Y) |
| Boy (4Y-14Y) | Matching Outfits | Maternity & Nursing | Home & Baby Gear | Licensed Characters |

## FLASH SALE

02 / 13 / 54 / 03
Days / Hours / Minutes / Seconds

    



New In new   Licensed Characters   Cotton   Baby   Toddler   Kids   Matching Outfits   Maternity & Nursing   Shoes   Accessories   Home & Baby Gear

$5.69   $5.99   11%

$4.74   $4.99   9%

$1.79   $1.99   7%

$8.54   $8.99   6%

$5.39   $5.99

**VIEW MORE**



**BEST SELLERS**
Grab our seasonal favorites before they're gone

## NEW ARRIVALS



1000+ new styles added

**NEW FASHION ADVENTURES**
Explore our Latest Styles

---

Document title: PatPat US | Baby, Toddler, Kids Clothes &amp; Matching Family Outfits Online Shopping
Capture URL: https://us.patpat.com/
Capture timestamp (UTC): Tue, 26 Apr 2022 17:06:12 GMT



New In new | Licensed Characters | Cotton | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes | Accessories | Home & Baby Gear



Who's ready for summer?



All Your Baby Needs

Shop Quality Baby Essentials>



Styles that POP

Shop Shoes>



EASY BREEZY STYLES

PatPat   Cute, Quality, Great Price

SIGN IN    FAVORITES    BAG

New In  new    Licensed Characters   Cotton   Baby   Toddler   Kids   Matching Outfits   Maternity & Nursing   Shoes   Accessories   Home & Baby Gear





## PATPAT SALE







PatPat  Cute, Quality, Great Price

SIGN IN | FAVORITES | BAG

New In  new    Licensed Characters    Cotton    Baby    Toddler    Kids    Matching Outfits    Maternity & Nursing    Shoes    Accessories    Home & Baby Gear



Minimalism & Classic for new moms

Shop for Maternity & Nursing>

Perfect Holiday Outfits for the Family

Shop for Matching Outfits>

Summer Dreamin

Shop Home and Accessories>

100% Secured Payments

Customer Service Mail & Telephone

30 Days to Change Your Mind

Highest Quality Guarantee

**Company Info**

About Us
How PatPat Works
Term of Service
Privacy Policy

PatPat Affiliate Program
Influencer Program
Wholesale Program
PatPat Community

**Customer Support**

FAQs
Return Policy
Shipping Info
Order Status

Subscribe Now for Exclusive Sales

Email    Subscribe

By signing up for newsletter, you agree to the Privacy Policy
Privacy Policy

Document title: PatPat US | Baby, Toddler, Kids Clothes &amp; Matching Family Outfits Online Shopping
Capture URL: https://us.patpat.com/
Capture timestamp (UTC): Tue, 26 Apr 2022 17:06:12 GMT



Document title: PatPat US | Baby, Toddler, Kids Clothes &amp; Matching Family Outfits Online Shopping
Capture URL: https://us.patpat.com/
Capture timestamp (UTC): Tue, 26 Apr 2022 17:06:12 GMT