# EXHIBIT 8

VA0002259775
VA0002261342
VA0002262261
VA0002262268
VA0002266425
VA0002266527
VA0002266770
VA0002266891
VA0002267269
VA0002267274
VA0002267295
VA0002267346
VA0002273862
VA0002276650
VA0002282229
VA0002282656
VA0002282931
VA0002283150
VA0002283332
VA0002287366
VA0002287498
VA0002289507
VA0002289508
VAu001404114
VAu001404200
VAu001420322