# EXHIBIT 1D
# FILED UNDER SEAL