# EXHIBIT 2B
# FILED UNDER SEAL