# EXHIBIT 2C
# FILED UNDER SEAL