# EXHIBIT 2D
# FILED UNDER SEAL