# EXHIBIT 3B

# FILED UNDER SEAL