# EXHIBIT 3C
# FILED UNDER SEAL