# EXHIBIT 3D
# FILED UNDER SEAL