# EXHIBIT 4B

# FILED UNDER SEAL