# EXHIBIT 4D
# FILED UNDER SEAL