# EXHIBIT 5B
# FILED UNDER SEAL