# EXHIBIT 5C
# FILED UNDER SEAL