# EXHIBIT 5D
# FILED UNDER SEAL