# EXHIBIT 7B
# FILED UNDER SEAL