# EXHIBIT 7C
# FILED UNDER SEAL