# EXHIBIT 7D
# FILED UNDER SEAL