# EXHIBIT 8B
# FILED UNDER SEAL