# EXHIBIT 8C
# FILED UNDER SEAL