# EXHIBIT 8D
# FILED UNDER SEAL