# EXHIBIT 9B
# FILED UNDER SEAL