# EXHIBIT 9D
# FILED UNDER SEAL