# EXHIBIT 10B
# FILED UNDER SEAL