**EXHIBIT 10C**

**FILED UNDER SEAL**