# EXHIBIT 10D
# FILED UNDER SEAL