# EXHIBIT 11B
# FILED UNDER SEAL