# EXHIBIT 11D
# FILED UNDER SEAL