# EXHIBIT 12A

**Registration #:**   VA0002283332
**Service Request #:**   1-11107988691



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-283-332

**Effective Date of Registration:**
January 19, 2022
**Registration Decision Date:**
January 20, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** December 20, 2019 to December 25, 2019

## Title _____

|  |  |
|---|---|
| **Title of Group:** | 1-11107988691_2019PATPAT_Published_13 |
| **Number of Photographs in Group:** | 13 |

- **Individual Photographs:** 17240521 (1),
  17240521 (2),
  17240521 (3),
  17240521 (4),
  17240521 (5),
  17240521 (10),
  17240521 (11),
  17240521 (12),
  17240521 (13),
  17240521 (6),
  17240521 (7),
  17240521 (8),
  17240521 (9)

**Published:** December 2019

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2019 |
| **Earliest Publication Date in Group:** | December 20, 2019 |
| **Latest Publication Date in Group:** | December 25, 2019 |
| **Nation of First Publication:** | United States |

## Author _____

|  |  |
|---|---|
| **Author:** | Interfocus Inc |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |

**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date**: January 19, 2022

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.