# EXHIBIT 12B
# FILED UNDER SEAL