# EXHIBIT 12D
# FILED UNDER SEAL