# EXHIBIT 13B
# FILED UNDER SEAL