# EXHIBIT 13C
# FILED UNDER SEAL