# EXHIBIT 13D
# FILED UNDER SEAL