**EXHIBIT 14B**

**FILED UNDER SEAL**