# EXHIBIT 14C
# FILED UNDER SEAL