# EXHIBIT 14D
# FILED UNDER SEAL