# EXHIBIT 15B
# FILED UNDER SEAL