# EXHIBIT 15C
# FILED UNDER SEAL