# EXHIBIT 15D
# FILED UNDER SEAL