# EXHIBIT 16A

**Registration #:** VA0002289508
**Service Request #:** 1-11205428732



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-289-508**

**Effective Date of Registration:**
March 07, 2022
**Registration Decision Date:**
March 07, 2022



## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: April 07, 2021 to October 11, 2021

**Title** _____

        **Title of Group:** 1-11205428732_2021PATPAT_Published_72
**Number of Photographs in Group:** 72

- **Individual Photographs:** 17310037 (1),
  17310037 (2),
  17310037 (3),
  17310037 (4),
  17310049 (1),
  17310049 (2),
  **Published:** April 2021

- **Individual Photographs:** 17310049 (3),
  17314069 (1),
  17314069 (2),
  17314069 (3),
  17314069 (4),
  17314069 (5),
  17314069 (6),
  **Published:** May 2021

- **Individual Photographs:** 17320439 (1),
  17320439 (10),
  17320439 (11),
  17320439 (12),
  17320439 (2),
  17320439 (3),
  17320439 (4),
  17320439 (5),
  17320439 (6),
  17320439 (7),
  17320439 (8),
  17320439 (9),
  **Published:** June 2021

- **Individual Photographs:** 17326444 (1),
  17326444 (2),

|  |  |
|---|---|
|  | 17326444 (3), 17326444 (4), |
| **Published:** | July 2021 |
| • **Individual Photographs:** | 17330374 (10), 17330374 (12), 17330374 (1), 17330374 (2), 17330374 (3), 17330374 (4), 17330374 (5), 17330374 (9), 17348740 (1), 17348740 (2), 17348740 (3), 17348740 (4), 17348740 (5), 17348740 (6), 17355466 (1), 17355466 (2), 17355466 (3), 17355466 (4), 17355466 (5), 17355466 (6), 17355466 (7), 17355466 (8), 17355466 (9), |
| **Published:** | August 2021 |
| • **Individual Photographs:** | 17353405 (1), 17353405 (10), 17353405 (11), 17353405 (12), 17353405 (13), 17353405 (14), 17353405 (15), 17353405 (2), 17353405 (3), 17353405 (4), 17353405 (5), 17353405 (6), 17353405 (7), 17353405 (8), 17353405 (9), |
| **Published:** | September 2021 |
| • **Individual Photographs:** | 17366133 (1), 17366133 (2), 17366133 (3), 17366133 (4), 17366133 (5) |
| **Published:** | October 2021 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | April 07, 2021 |



**Latest Publication Date in Group:** October 11, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** March 07, 2022

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.