# EXHIBIT 16B
# FILED UNDER SEAL