# EXHIBIT 16C
# FILED UNDER SEAL