# EXHIBIT 16D
# FILED UNDER SEAL