# EXHIBIT 17B
# FILED UNDER SEAL