# EXHIBIT 17C
# FILED UNDER SEAL