# EXHIBIT 17D
# FILED UNDER SEAL