# EXHIBIT 18B
# FILED UNDER SEAL