# EXHIBIT 18C
# FILED UNDER SEAL