# EXHIBIT 18D
# FILED UNDER SEAL