# EXHIBIT 19B

# FILED UNDER SEAL