# EXHIBIT 19C
# FILED UNDER SEAL