# EXHIBIT 19D
# FILED UNDER SEAL