# EXHIBIT 20B
# FILED UNDER SEAL