# EXHIBIT 20C
# FILED UNDER SEAL