# EXHIBIT 20D
# FILED UNDER SEAL