# EXHIBIT 21B
# FILED UNDER SEAL