# EXHIBIT 21C
# FILED UNDER SEAL