# EXHIBIT 21D
# FILED UNDER SEAL