# EXHIBIT 22B
# FILED UNDER SEAL