# EXHIBIT 22C
# FILED UNDER SEAL