# EXHIBIT 22D
# FILED UNDER SEAL