# EXHIBIT 23B
# FILED UNDER SEAL