# EXHIBIT 23C
# FILED UNDER SEAL