**EXHIBIT 23D**

**FILED UNDER SEAL**