# EXHIBIT 24B
# FILED UNDER SEAL