# EXHIBIT 24C
# FILED UNDER SEAL