# EXHIBIT 24D

# FILED UNDER SEAL