# EXHIBIT 25B
# FILED UNDER SEAL