# EXHIBIT 25C
# FILED UNDER SEAL