# EXHIBIT 25D
# FILED UNDER SEAL