# EXHIBIT 26B
# FILED UNDER SEAL