# EXHIBIT 26C
# FILED UNDER SEAL