# EXHIBIT 27D
# FILED UNDER SEAL