# EXHIBIT 27B
# FILED UNDER SEAL