# EXHIBIT 27C
# FILED UNDER SEAL