# EXHIBIT 28A

**Registration #:** VA0002287366
**Service Request #:** 1-11007515011



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-287-366**

**Effective Date of Registration:**
December 10, 2021

**Registration Decision Date:**
February 16, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published: July 26, 2021 to November 25, 2021

### Title

| | |
|---|---|
| **Title of Group:** | 1-11007515011_2021PATPAT_Published_750 |
| **Number of Photographs in Group:** | 750 |
| • **Individual Photographs:** | 17335595 (1), 17335595 (7), |
| **Published:** | July 2021 |
| • **Individual Photographs:** | 17322247 (1), 17322247 (10), 17322247 (11), 17322247 (12), 17322247 (2), 17322247 (3), 17322247 (4), 17322247 (9), 17325415 (1), 17325415 (13), 17325415 (14), 17325415 (15), 17325415 (16), 17325415 (2), 17326597 (2), 17326597 (3), 17326597 (4), 17329447 (1), 17329447 (2), 17349712 (1), 17349712 (5), 17351616 (8), 17351616 (9), 17353304 (1), 17353304 (1), 17353304 (11), 17353304 (2), 17354061 (1), 17354061 (2), |

Page 1 of 15

**Published:** August 2021

- **Individual Photographs:** 17289412 (1), 17289412 (18), 17289412 (2), 17289412 (3), 17289412 (4), 17289412 (5), 17289412 (6), 17352923 (1), 17352923 (6), 17352923 (7), 17352923 (8), 17355092 (10), 17355092 (11), 17355092 (12), 17355092 (13), 17355092 (2), 17355092 (3), 17355092 (6), 17355092 (7), 17355575 (2), 17355575 (6), 17355575 (7), 17355577 (1), 17355577 (2), 17355577 (3), 17355577 (4), 17355577 (5), 17355577 (6), 17358448(1), 17358448(2), 17358448(3), 17358448(4), 17358728 (3), 17358728 (5), 17358728 (6), 17359188 (12), 17359188 (2), 17359188 (3), 17359188 (4), 17359188 (5), 17359188 (9), 17359489(1), 17359489(2), 17359489(3), 17359489(4), 17359489(5), 17359551 (10), 17359551 (6), 17362073 (1), 17362073 (12), 17362073 (2), 17362073 (6), 17362073 (9), 17363391 (1), 17363391 (6), 17363430(1),



17363430(2),
17363430(3),
17363430(4),
17363430(5),
17363986 (1),
17363986 (3),
17363986 (6),
17363986 (7),
17363998 (1),
17363998 (2),
17364117 (1),
17364117 (2),
17364214 (1),
17364214 (2),
17364654 (1),
17364654 (2),
17364654 (6),
17364802 (2),
17364802 (3),
17364802 (4),
17364817 (1),
17364817 (2),
17364817 (3),
17365181 (10),
17365181 (11),
17365181 (2),
17365181 (3),
17365181 (8),
17365181 (9),
17365957 (2),
17365957 (3),
17365957 (4),
17365957 (7),
17365957 (8),
17365957 (9),
17366099 (1),
17366099 (5),
17366099 (6),
17366101 (1),
17366101 (15),
17366101 (2),
17366101 (3),
17366101 (8),
17366435(1),
17366435(2),
17366435(3),
17366435(4),
17366470 (1),
17366470 (2),
17366779 (1),
17366779 (5),
17366848 (1),
17366848 (10),
17366848 (11),
17366848 (12),
17366848 (13),
17366848 (4),
17366848 (6),

17366896 (1),
17366896 (2),
17366949(1),
17366949(5),
17366949(6),
17366949(9),
17366950 (1),
17366950 (11),
17366950 (12),
17366950 (2),
17366950 (3),
17366950 (8),
17367153 (1),
17367153 (2),
17367156 (1),
17367156 (2),
17367314 (1),
17367314 (2),
17367314 (3),
17367314 (8),
17367314 (9),
17367393 (1),
17367393 (4),
17367393 (5),
17367393 (8),
17367604 (1),
17367604 (5),
17368165 (1),
17368165 (2)

**Published:** September 2021

- **Individual Photographs:** 17371547 (9),
  17371554 (1),
  17371554 (2),
  17371554 (3),
  17371554 (4),
  17371554 (5),
  17371554 (6),
  17371554 (7),
  17371554 (8),
  17372290 (1),
  17372290 (2),
  17372290 (3),
  17372290 (4),
  17372290 (5),
  17372290 (6),
  17372290 (8),
  17373590 (1),
  17373590 (2),
  17373590 (3),
  17373590 (4),
  17373590 (5),
  17373590 (6),
  17373590 (7),
  17373590 (8),
  17373983 (1),
  17373983 (2),
  17373983 (3),



17373983 (4),
17373983 (5),
17373983 (6),
17373983 (7),
17373983 (8),
17374804 (1),
17374804 (10),
17374804 (11),
17374804 (12),
17374804 (13),
17374804 (14),
17374804 (15),
17374804 (16),
17374804 (17),
17374804 (18),
17374804 (19),
17374804 (2),
17374804 (20),
17374804 (21),
17374804 (22),
17374804 (23),
17374804 (24),
17374804 (25),
17374804 (26),
17374804 (27),
17374804 (3),
17374804 (4),
17374804 (5),
17374804 (6),
17374804 (7),
17374804 (8),
17374804 (9),
17359187 (11),
17359187 (2),
17359187 (3),
17359187 (4),
17359187 (6),
17359187 (7),
17359544(1),
17359544(2),
17359544(3),
17359544(4),
17359544(5),
17359544(6),
17359555 (3),
17359555 (4),
17359555 (6),
17361712 (1),
17361712 (10),
17361712 (12),
17361712 (2),
17361712 (3),
17361712 (4),
17361712 (7),
17362194 (1),
17362194 (2),
17362264 (2),
17362264 (5),

|  |  |
|---|---|
|  | 17362388 (1), 17362388 (5), 17362751 (1), 17362751 (10), 17362751 (11), 17362751 (2), 17362751 (7), 17362916 (10), 17362916 (4), 17362916 (5), 17362916 (6), 17362916 (8), 17362916 (9), 17362989 (2), 17362989 (5), 17363897 (1), 17363897 (5), 17364067 (1), 17364067 (5), 17364116 (11), 17364116 (2), 17364116 (3), 17364116 (6), 17364116 (8), 17364211 (2), 17364211 (3), 17364226 (1), 17364226 (2), 17364494 (1), 17364494 (2), 17365044 (1), 17365044 (2), 17365044 (3), 17365044 (7), 17365206 (1), 17365206 (11), 17365206 (14), 17365206 (2), 17365206 (4), 17365206 (8), 17365368 (1), 17365368 (2), 17365368 (4), 17365368 (5), 17365394 (1), 17365394 (5), 17365394 (9), 17365394(8), 17365447 (1), 17365447 (4), |
| **Published:** | October 2021 |
| • **Individual Photographs:** | 17365585 (1), 17365585 (2), 17365666 (13), 17365666 (3), 17365666 (4), 17365666 (5), |



17365666 (6),
17365666 (7),
17365666 (8),
17365752 (1),
17365752 (12),
17365752 (2),
17365752 (3),
17365752 (4),
17365752 (8),
17365781 (2),
17365781 (3),
17365781 (4),
17365781 (5),
17365955 (10),
17365955 (11) ,
17365955 (3),
17365955 (5) ,
17365955 (9) ,
17365958(1),
17365958(2),
17365958(3),
17365958(4),
17365958(5),
17365961 (2),
17365961 (3),
17365961 (4),
17365961 (5),
17365961 (6),
17366075 (2),
17366075 (3),
17366108 (11),
17366108 (12),
17366108 (15),
17366108 (2),
17366108 (3),
17366108 (7),
17366131(1),
17366131(2),
17366131(3),
17366131(4),
17366131(5),
17366131(6),
17366160 (2),
17366160 (3),
17366160 (4),
17366160 (5),
17366246 (1),
17366246 (5),
17366479 (1),
17366479 (11),
17366479 (2),
17366479 (6),
17366479 (7),
17366511 (1),
17366511 (11),
17366511 (12),
17366511 (2),
17366511 (3),

17366511 (4),
17366511 (5),
17366511 (7),
17366517 (1),
17366517 (5),
17366526 (1),
17366526 (2),
17366526 (4),
17366556 (1),
17366556 (2),
17366556 (3),
17366556 (4),
17366556 (5),
17366556 (6),
17366582 (1),
17366582 (2),
17366582 (3),
17366582 (8),
17366612 (10),
17366612 (11),
17366612 (13),
17366612 (3),
17366612 (4),
17366612 (8),
17366614 (1),
17366614 (2),
17366614 (3),
17366614 (4),
17366615 (1),
17366615 (2),
17366615 (3),
17366615 (4),
17366615 (6),
17366615 (9),
17366861 (1),
17366861 (2),
17366888(1),
17366888(2),
17366888(3),
17366888(4),
17366888(5),
17366892 (1),
17366892 (11),
17366892 (2),
17366892 (4),
17366892 (5),
17366892 (6),
17366945 (5),
17366945 (6),
17366945 (9),
17367089 (1),
17367089 (2),
17367089 (6),
17367089 (7),
17367090 (1),
17367090 (11),
17367090 (2),
17367090 (6),

|  |  |
|---|---|
|  | 17367090 (7),<br>17367150 (1),<br>17367150 (4),<br>17367150 (5),<br>17367150 (8),<br>17367150 (9),<br>17367157 (10),<br>17367157 (11),<br>17367157 (12),<br>17367157 (13),<br>17367157 (14),<br>17367157 (4),<br>17367185 (1), |
| **Published:** | October 2021 |
| • **Individual Photographs:** | 17367185 (10),<br>17367185 (11),<br>17367185 (4),<br>17367185 (5),<br>17367185 (7),<br>17367185 (8),<br>17367384 (1),<br>17367384 (5),<br>17367395 (1),<br>17367395 (2),<br>17367395 (4),<br>17367395 (5),<br>17367395 (6),<br>17367463 (1),<br>17367463 (5),<br>17367519 (2),<br>17367519 (5),<br>17367519 (6),<br>17367519 (7),<br>17367544(1),<br>17367544(2),<br>17367544(3),<br>17367544(4),<br>17367544(5),<br>17367544(6),<br>17367613 (11),<br>17367613 (3),<br>17367613 (6),<br>17367613 (7),<br>17367628 (10),<br>17367628 (12),<br>17367628 (13),<br>17367628 (2),<br>17367628 (7),<br>17367670 (11),<br>17367670 (12),<br>17367670 (2),<br>17367670 (5),<br>17367670 (6),<br>17367670 (9),<br>17367673(1),<br>17367673(2),<br>17367673(3), |

|  |  |
|---|---|
|  | 17367673(4),<br>17367989 (1),<br>17367989 (11),<br>17367989 (2),<br>17367989 (3),<br>17367989 (4),<br>17367989 (5),<br>17368008 (1),<br>17368008 (2),<br>17368008 (8),<br>17368707 (1),<br>17368707 (12),<br>17368707 (3),<br>17368707 (4),<br>17368707 (5),<br>17368707 (8),<br>17368707 (9),<br>17378116 (1),<br>17378116 (2),<br>17378116 (3),<br>17378116 (4),<br>17378116 (5),<br>17378378 (10),<br>17378378 (11),<br>17378378 (6),<br>17378378 (7),<br>17378378 (8),<br>17378379 (13),<br>17378379 (3),<br>17378379 (5),<br>17378380 (2),<br>17378380 (4),<br>17378380 (5),<br>17378380, |
| **Published:** | October 2021 |
| • **Individual Photographs:** | 17376566 (1),<br>17376566 (2),<br>17376566 (3),<br>17376566 (4),<br>17376566 (5),<br>17376566 (6),<br>17376566 (7),<br>17376566 (8),<br>17382547(1),<br>17382547(10),<br>17382547(11),<br>17382547(12),<br>17382547(13),<br>17382547(14),<br>17382547(15),<br>17382547(16),<br>17382547(17),<br>17382547(18),<br>17382547(19),<br>17382547(2),<br>17382547(20),<br>17382547(21), |



17382547(22),
17382547(23),
17382547(3),
17382547(4),
17382547(5),
17382547(6),
17382547(7),
17382547(8),
17382547(9),
17386355 (1),
17386355 (10),
17386355 (11),
17386355 (12),
17386355 (13),
17386355 (14),
17386355 (15),
17386355 (16),
17386355 (2),
17386355 (3),
17386355 (4),
17386355 (5),
17386355 (6),
17386355 (7),
17386355 (8),
17386355 (9),
17386364 (1),
17386364 (10),
17386364 (11),
17386364 (12),
17386364 (13),
17386364 (14),
17386364 (15),
17386364 (16),
17386364 (17),
17386364 (18),
17386364 (19),
17386364 (2),
17386364 (20),
17386364 (21),
17386364 (22),
17386364 (23),
17386364 (24),
17386364 (25),
17386364 (26),
17386364 (27),
17386364 (28),
17386364 (29),
17386364 (3),
17386364 (30),
17386364 (31),
17386364 (32),
17386364 (33),
17386364 (34),
17386364 (35),
17386364 (36),
17386364 (4),
17386364 (5),
17386364 (6),

|  |  |
|---|---|
|  | 17386364 (7), 17386364 (8), 17386364 (9), 17365468 (1), 17365468 (2), 17365468 (7), 17365468 (8), 17375750 (1), 17375750 (10), 17375750 (11), 17375750 (4), 17375750 (6), 17375805 (1), 17375805 (10), 17375805 (11), 17375805 (5), 17375805 (9), 17375817 (1), 17375817 (13), 17375817 (6), 17375817 (7), 17375817 (8), 17375818 (1), 17375818 (12), 17375818 (2), 17375818 (3), 17375818 (7), 17375818 (8), 17376051 (1), 17376051 (5), 17376428 (1), 17376428 (5), 17376523 (1), 17376593 (1), 17376593 (5), 17376687, 17376727 (1), 17376727 (11), 17376727 (2), 17376727 (6), 17376727 (7), 17376728 (1), 17376728 (5), 17376729 (1), 17376729 (5), 17376837 (1), 17376837 (12), 17376837 (5), 17376837 (6), 17376837 (7) |
| **Published:** | November 2021 |
| • **Individual Photographs:** | 17376837, 17377433 (2), 17377433 (3), 17377433 (4), 17377433 (5), 17377433 (6), |



17377433 (9),
17377433 (1),
17377631 (1),
17377631 (2),
17377680 (1),
17377680 (2),
17377680 (6),
17377787 (1),
17377787 (2),
17377837 (3),
17377837 (7),
17377837 (8),
17377880 (1),
17377880 (5),
17377921 (1),
17377921 (5),
17378350 (2),
17378350 (3),
17379126 (3),
17379126 (6),
17379126 (7),
17379126 (8),
17379126 (9),
17379495 (11),
17379495 (2),
17379495 (3),
17379495 (7),
17379499 (1),
17379499 (10),
17379499 (2),
17379499 (3),
17379499 (7),
17379499 (8),
17379499 (9),
17379345 (3),
17379345 (7),
17379345 (8),
17379528(1),
17379528(2),
17379528(3),
17379528(4),
17379528(5),
17379528(6),
17382842 (1),
17382842 (2),
17382843 (1),
17382843 (5),
17382849 (1),
17382849 (2),
17383207 (1),
17383207 (2),
17383207 (3),
17383207 (4),
17383207 (5),
17383214 (1),
17383214 (2),
17383214 (3),
17383214 (4),

|  |  |
|---:|:---|
|  | 17383214 (7), |
|  | 17383214 (8), |
|  | 17383424 (2), |
|  | 17383424 (3), |
|  | 17383424 (4), |
|  | 17384026 (1), |
|  | 17384026 (2), |
|  | 17384026 (5), |
|  | 17384026 (7), |
|  | 17384322 (1), |
|  | 17384322 (2), |
|  | 17384322 (3), |
|  | 17384322 (5), |
|  | 17384322 (7), |
|  | 17384511 (1), |
|  | 17384511 (2), |
|  | 17384511 (5), |
|  | 17384516 (11), |
|  | 17384516 (2), |
|  | 17384516 (7), |
|  | 17384516 (9), |
|  | 17384516(1), |
|  | 17384533 (2), |
|  | 17384533 (3), |
|  | 17384533 (8), |
|  | 17384533 (9), |
|  | 17379345 (2) |
| **Published:** | November 2021 |

## Completion/Publication

|  |  |
|---:|:---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | July 26, 2021 |
| **Latest Publication Date in Group:** | November 25, 2021 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---:|:---|
| • **Author:** | Interfocus Inc |
| **Pseudonym:** | Can Wang |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---:|:---|
| **Copyright Claimant:** | Interfocus Inc<br>650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States |

## Rights and Permissions