# EXHIBIT 28B
# FILED UNDER SEAL