# EXHIBIT 28C
# FILED UNDER SEAL