# EXHIBIT 28D
# FILED UNDER SEAL