# EXHIBIT 29B
# FILED UNDER SEAL