# EXHIBIT 29C
# FILED UNDER SEAL