# EXHIBIT 29D
# FILED UNDER SEAL