# EXHIBIT 30B
# FILED UNDER SEAL