# EXHIBIT 30C
# FILED UNDER SEAL