# EXHIBIT 30D
# FILED UNDER SEAL