# EXHIBIT 31B
# FILED UNDER SEAL