# EXHIBIT 31C
# FILED UNDER SEAL