**EXHIBIT 31D**

**FILED UNDER SEAL**