# EXHIBIT 32B
# FILED UNDER SEAL