# EXHIBIT 32C
# FILED UNDER SEAL