# EXHIBIT 32D
# FILED UNDER SEAL