# EXHIBIT 33B
# FILED UNDER SEAL