# EXHIBIT 33C
# FILED UNDER SEAL