# EXHIBIT 33D
# FILED UNDER SEAL