# EXHIBIT 34B
# FILED UNDER SEAL