# EXHIBIT 34C
# FILED UNDER SEAL