# EXHIBIT 34D
# FILED UNDER SEAL