# EXHIBIT 35B
# FILED UNDER SEAL