# EXHIBIT 35C
# FILED UNDER SEAL