# EXHIBIT 36D
# FILED UNDER SEAL