# EXHIBIT 36B
# FILED UNDER SEAL