# EXHIBIT 36C
# FILED UNDER SEAL