# EXHIBIT 37B
# FILED UNDER SEAL