# EXHIBIT 37C
# FILED UNDER SEAL