# EXHIBIT 37D
# FILED UNDER SEAL