# EXHIBIT 39B
# FILED UNDER SEAL