# EXHIBIT 39D
# FILED UNDER SEAL