# EXHIBIT 41B
# FILED UNDER SEAL