# EXHIBIT 41D
# FILED UNDER SEAL