Case: 1:22-cv-02259 Document #: 10-167 Filed: 05/03/22 Page 1 of 1 PageID #:911

# EXHIBIT 42B
# FILED UNDER SEAL