# EXHIBIT 42D
# FILED UNDER SEAL