# EXHIBIT 43B
# FILED UNDER SEAL