# EXHIBIT 43D
# FILED UNDER SEAL