**EXHIBIT 44B**

**FILED UNDER SEAL**