# EXHIBIT 44D
# FILED UNDER SEAL