

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton 312-435-5670
Clerk

Date:  5/2/2022

Eric Charles Cohen
Rimon P.C.
2530 Meridian Parkway, Suite 300
Durham, NC 27713

Re: Interfocus Inc. v. The Defendants Identified in Schedule A
USDC Case Number: 22-cv-02259

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| Please see the attached list. | | |
| | | |
| | | |
| | | |

Please provide this information within ten (10) days of today's date.

Sincerely,
Thomas G. Bruton, Clerk

By: /s/ K. Lozano
      Deputy Clerk

Rev. 11/18/2016

| Copyright Registration Number | Date of Copyright | Holder of Copyright |
|---|---|---|
| VA0002259775 | 7/8/2021 | Interfocus Inc. |
| VA0002261342 | 7/19/2021 | Interfocus Inc. |
| VA0002262261 | 7/20/2021 | Interfocus Inc. |
| VA0002262268 | 7/18/2021 | Interfocus Inc. |
| VA0002266425 | 8/10/2021 | Interfocus Inc. |
| VA0002266527 | 8/11/2021 | Interfocus Inc. |
| VA0002266770 | 8/19/2021 | Interfocus Inc. |
| VA0002266891 | 7/29/2021 | Interfocus Inc. |
| VA0002267269 | 9/1/2021 | Interfocus Inc. |
| VA0002267274 | 8/31/2021 | Interfocus Inc. |
| VA0002267295 | 8/12/2021 | Interfocus Inc. |
| VA0002267346 | 8/31/2021 | Interfocus Inc. |
| VA0002273862 | 9/30/2021 | Interfocus Inc. |
| VA0002276650 | 10/25/2021 | Interfocus Inc. |
| VA0002282229 | 1/13/2022 | Interfocus Inc. |
| VA0002282656 | 1/17/2022 | Interfocus Inc. |
| VA0002282931 | 1/19/2022 | Interfocus Inc. |
| VA0002283150 | 11/17/2021 | Interfocus Inc. |
| VA0002283332 | 1/19/2022 | Interfocus Inc. |
| VA0002287366 | 12/10/2021 | Interfocus Inc. |
| VA0002287498 | 12/10/2021 | Interfocus Inc. |
| VA0002289507 | 3/7/2022 | Interfocus Inc. |
| VA0002289508 | 3/7/2022 | Interfocus Inc. |
| VAu001404114 | 7/27/2020 | Interfocus Inc. |
| VAu001404200 | 7/28/2020 | Interfocus Inc. |
| VAu001420322 | 2/9/2021 | Interfocus Inc. |