# EXHIBIT A

Chinese - detected → English | Translation

**SellerDefense**

case list | Brand Library | case agency | Law Firm Information | Trademark registration

common problem | other

# PATPAT CHILDREN'S CLOTHING BRAND COPYRIGHT PROTECTION, CLOTHING SELLERS SHOULD BE CAREFUL!

front page / Uncategorized / PatPa...

• Post Views: • 760

**Case parameters:**

Prosecution Date: 2022/5/2

Case No.: 22-cv-2259

Plaintiff Brand: PatPat Copyright Image

Brand Party: InterFocus Inc.

Law Firm: RIMON, PCPlace of Action

: Illinois, USA

**brand introduction:**

PatPat is a new generation of cross-border export mobile e-commerce, focusing on maternal and infant clothing and accessories. Mainly serve Europe, America, Southeast Asia, Arabia and other markets, and conduct marketing by organizing mother communities, communities and special sales.

Product official website: https://us.patpat.com/



**Registered Copyright:**

Since the plaintiff did not publish the copyrighted pictures in the complaint, the copyright numbers that have been known so far are listed below. If the subsequent copyrighted pictures are published, we will update them as soon as possible.

```
VA0002259775  VA0002261342  VA0002262261  VA0002262268  VA0002266425  VA0002266527
VA0002266770  VA0002266891  VA0002267269  VA0002267274  VA0002267295  VA0002267346
VA0002273862  VA0002276650  VA0002282229  VA0002282656  VA0002282931  VA0002283150
VA0002283332  VA0002287366  VA0002287498  VA0002289507  VA0002289508  VAu001404114
VAu001404200  VAu001420322
```

**Publication example:**

The following is the product map of the official website. The seller can compare it by himself first to prevent stepping on the pit.



Type and hit enter...

SellerDefense WeChat Official Account



US law firm case settlement agent



QQ 1 group: 295380184 (full)
QQ 2 group: 672085077 (full)
QQ 3 group: 866864037 (full)
QQ 6 group: 613979161 (full)
QQ 8 group: 781447834 (full)
QQ 10 group: 812058032 (full)
QQ 12 group: 852478737 (full)
QQ 15 group: 789733094 (full)
QQ16 group: 721813793 (full)
QQ18 group: 623673784
WeChat: dearzhi2019



## contact us

You can join the SellerDefense group for discussion: QQ19 group: 564268517 (If you have already added other groups, you do not need to add it again)

If you are unfortunately the defendant, you can contact us through the following QR code, or you can add us through the QR code to learn more about infringement information.

Or go to our SellerDefense official website to check the latest news: https://sellerdefense.cn/

Sellers who have been frozen are welcome to contact us as soon as possible, with over 20,000 case handling experience, long press and identify the QR code below to add friends. **We will provide the most professional free** consulting services in all aspects for different cases .

Category: Uncategorized • Victor • May 5, 2022 • Comment

---

Author: Victor

---

**HISTORICAL ARTICLE**

 Keith's acting illustrator Holly Denise Simental's works, relevant sellers should check and remove them from the shelves!

**FUTURE ARTICLES**

Sriplaw Law acts as a personal illustrator, the case information is hidden, and relevant sellers pay attention! 

## Related Posts

Bandage scissors have been involved in the case to defend their rights. The sellers quickly checked, and the list of defendants in this case is attached!
May 27, 2022

This Eleven 10 tourniquet box has also been represented, and sellers in this category should check it out and remove related products quickly!
May 26, 2022

Keith's acting illustrator Holly Denise Simental's works, relevant sellers should check and remove them from the shelves!

Sriplaw Law acts as a personal illustrator, the case information is hidden, and relevant sellers pay attention!

## Related Posts

Bandage scissors have been involved in the case to defend their rights. The sellers quickly checked, and the list of defendants in this case is attached!
May 27, 2022

This Eleven 10 tourniquet box has also been represented, and sellers in this category should check it out and remove related products quickly!
May 26, 2022

Chinese people's hairpin patent rights protection, relevant sellers should quickly investigate and remove them from the shelves!
May 23, 2022

Infringement warning, GBC is fishing for evidence of TOYOTA's brand!
May 23, 2022

The University of Oklahoma Jazz defended its trademark rights. The case has just happened, and the sellers are rushing to investigate and remove them from the shelves!
May 20, 2022

The trademark rights protection of the Louisiana State University Tigers has just happened, and the sellers are rushing to investigate and remove them from the shelves!
May 20, 2022

## Comment

Your email address will not be published * is a required field

Comment

Name*

e-mail*

Website

☐ Save my name, email, and website in this browser for the next time I comment.

submit comments

---

SellerDefense.cn 2017-2022
Shanghai ICP No. 13015943-1

PageVault

| | |
|---|---|
| Document title: | PatPat童装大牌版权维权，服装类卖家要小心了！ – SellerDefense |
| Capture URL: | https://sellerdefense.cn/patpat-0505/ |
| Page loaded at (UTC): | Fri, 27 May 2022 17:11:37 GMT |
| Capture timestamp (UTC): | Fri, 27 May 2022 17:12:21 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 310036ff-4c64-4585-b4d9-1ebddb6bdf83 |
| User: | rimon-rob |

PDF REFERENCE #:     wyrAzwAxjZntYL4XzmpKEL



案件列表　品牌库　案件代理　律所资料　简标注册　常见问题　其他

# PATPAT童装大牌版权维权，服装类卖家要小心了！

首页 / Uncategorized / PatPa...

• Post Views: • 752

**案件参数：**

起诉时间：2022/5/2
案件号：22-cv-2259
原告品牌：PatPat 版权图片
品牌方：InterFocus Inc.
律所：RIMON, P.C.
起诉地：美国伊利诺伊州

**品牌介绍：**

PatPat是新一代跨境出口移动电商，专注于母婴服饰及周边用品。主要服务于欧美、东南亚、阿拉伯等市场，以组织妈妈社群、社区及特卖的方式进行营销。

产品官网：https://us.patpat.com/



**注册版权：**

由于原告在诉状中未公布版权图片，目前已得知的版权号放在下方，若后续版权图片公布，我们会第一时间更新。

```
VA0002259775  VA0002261342  VA0002262261  VA0002262268  VA0002266425  VA0002266527
VA0002266770  VA0002266891  VA0002267269  VA0002267274  VA0002267295  VA0002267346
VA0002273862  VA0002276650  VA0002282229  VA0002282656  VA0002282931  VA0002283150
VA0002283332  VA0002287366  VA0002287498  VA0002289507  VA0002289508  VAu001404114
VAu001404200  VAu001420322
```

**刊登举例：**

下方是官网的产品图，卖家可以先自行对比一下，预防踩坑。



输入并按回车键 …

SellerDefense微信公众号



美国律所案件和解代理





QQ 1群：295380184 （已满）
QQ 2群：672085077 （已满）
QQ 3群：866864037 （已满）
QQ 6群：613979161 （已满）
QQ 8群：781447834 （已满）
QQ 10群：812058032 （已满）
QQ 12群：852478737 （已满）
QQ 15群：789733094 （已满）
QQ16群：721813793 （已满）
QQ18群：623673784
微信：dearzhi2019
微信公众号：SellerDefense

**律所代理品牌**

   

### 联系我们

大家可以加SellerDefense群讨论：QQ19群：564268517（已经加过其它群的不用重复加）

如果您不幸被告可以通过如下的二维码联系我们，也可以通过二维码加我们了解更多侵权资讯。

或进入我们SellerDefense官方网站查询最新消息： https://sellerdefense.cn/

已经被冻结的卖家欢迎第一时间联系我们，超20000起案件处理经验，长按并识别下方二维码即可加好友。我们会针对不同案情提供全方面最专业的**免费咨询服务**。



分类: Uncategorized • Victor • 5月 5, 2022 • 评论

作者： Victor



---

历史的文章
**Keith代理插画师Holly Denise Simental作品，相关卖家抓紧排查下架！**

未来的文章
**Sriplaw Law代理个人插画家，案件信息隐匿，相关卖家注意了！**

### Related Posts



绷带手术剪刀Bandage scissors发案维权，卖家们速速排查，后附本案被告名单！
5月 27, 2022



这款Eleven 10止血带盒也被代理，该类别的卖家们抓紧查看，速速下架相关产品！
5月 26, 2022



国人发夹专利维权，相关卖家抓紧排查下架！
5月 23, 2022



侵权预警，GBC正在钓鱼取证TOYOTA丰田旗下品牌！
5月 23, 2022



俄克拉荷马大学捷足者队商标维权，刚刚发案，卖家们抓紧排查下架！
5月 20, 2022



路易斯安那州立大学老虎队商标维权，刚刚发案，卖家们抓紧排查下架！
5月 20, 2022

### 律所代理品牌

GBC代理品牌大全
Keith代理品牌大全
EPS代理品牌大全
David代理品牌大全

### 实用链接

跨境卖家如何降低侵权被诉风险
速卖通知识产权专区
敦煌网知识产权专区
Ebay VERO
如何检索一个美国商标
如何检索一个中国商标
诉讼和解的基本知识

### 分类目录

Baker
David
EPS
FERENCE
GBC
GulbransenLaw
HSP
Johnson&Pham LLP
Keener
KEITH
LOEB
SKGF
SLADKUS
SMG
SpencePC
Thoits
Uncategorized
其他律所

案件列表 品牌库 案件代理 律师资料 商标注册 常见问题 其他

HSF
Johnson&Pham LLP
Keener
KEITH
LOEB
SKGF
SLADKUS
SMG
SpencePC
Thoits
Uncategorized
其他律所

历史的文章
Keith代理插画师Holly Denise Simental作品，相关卖家抓紧排查下架！

未来的文章
Sriplaw Law代理个人插画家，案件信息隐匿，相关卖家注意了！

## Related Posts

绷带手术剪刀Bandage scissors发案维权，卖家们速速排查，后附本案被告名单！
5月 27, 2022

这款Eleven 10止血带盒也被代理，该类别的卖家们抓紧查看，速速下架相关产品！
5月 26, 2022

国人发夹专利维权，相关卖家抓紧排查下架！
5月 23, 2022

侵权预警，GBC正在钓鱼取证TOYOTA丰田旗下品牌！
5月 23, 2022

俄克拉荷马大学捷足者队商标维权，刚刚发案，卖家们抓紧排查下架！
5月 20, 2022

路易斯安那州立大学老虎队商标维权，刚刚发案，卖家们抓紧排查下架！
5月 20, 2022

## 发表评论

你的电子邮件地址不会被公开 * 为必填字段

评论

姓名*

电子邮件*

Website

☐ Save my name, email, and website in this browser for the next time I comment.

提交评论

---

SellerDefense.cn 2017-2022
沪ICP备13015943号-1