# EXHIBIT B








## Stop using these illustrations! 4 new brands sued

Qingfeng Legal

**Case 1. PatPat copyright image**



Proceeding date: May 2, 2022

Case Number: 22-cv-2259

Attorney: RIMON, PC

Plaintiff Company: InterFocus Inc.

Plaintiff Brand: PatPat Copyright Image

Plaintiff 's official website:

Brief introduction of the plaintiff: PatPat is a new generation of cross-border export mobile e-commerce, one of the representatives of domestic cross-border DTC brands, with a user scale of more than 20 million, focusing on maternal and infant clothing and peripheral products. Founded by Wang Can and Gao Can in Silicon Valley, USA in 2014, it mainly serves markets such as Europe, America, Southeast Asia, and Arabia, and conducts marketing by organizing mother communities, communities and special sales.



---

Document title: Stop using these illustrations! 4 new brands sued
Capture URL: https://zhuanlan-zhihu-com.translate.goog/p/510672205?_x_tr_sl=auto&amp;_x_tr_tl=en&amp;_x_tr_hl=en-US&amp;_x_tr_pto=wapp
Capture timestamp (UTC): Fri, 27 May 2022 18:01:17 GMT
Page 1 of 4



(PatPat copyright registration information)

Since 2018, PatPat has registered a total of 480 copyrighted works in the United States. Although the lawsuit letter did not disclose the specific works, from the information of the title, PatPat is likely to have registered each set of listing products. copyright.

**As a seller of maternal and infant products, you can search for the source of the picture through Google. If the source shows PatPat, there is a great risk of infringement. Google image link :**

Case 2. Holly Denise Simental



Litigation Date: May 2, 2022

Case Number: 22-cv-2277

Attorney: Keith

Plaintiff: Holly Denise Simental

Plaintiff 's official website ...

Plaintiff Profile: Holly Denise Simental is a self-taught illustrator who combines animals and coffee to create this series of artworks.



(Holly Denise Simental registered copyright)

Case 3, Illustration by Starla Michelle

Case 3, Illustration by Starla Michelle



Litigation Date: April 2022

Case Number: 22-cv-60777

Attorney: Sriplaw Law

Plaintiff Company: Starla Michelle, LLC

Plaintiff 's official website:

Plaintiff Profile: Starla Halfmann is a professional Austin artist. She holds a Bachelor of Arts in Design Communication from Texas Tech University. Her artistic career didn't really take off until she decided to quit her 8-year desk job.

The information of this case is currently hidden. If you want to know the specific copyright works, you can log on to the official website of the plaintiff to view.



(Part of the illustrations by Starla Halfmann)

Case 4. Keyboard Cat



(Part of the illustrations by Starla Halfmann)

## Case 4. Keyboard Cat



Litigation Date: May 5, 2022

Case number: 22-cv-2353

Attorney: Keith

Plaintiff Company: Charles L. Schmidt

Plaintiff's brand: Keyboard Cat

Plaintiff Profile: The original "Keyboard Cat" was a 1984 video by Charles L. Schmidt of a female cat named "Fatso" wearing a blue T-shirt "playing" music on an electronic keyboard, which was uploaded after uploading It became popular after going to YouTube and other social media platforms.



(Registered trademark of Keyboard Cat)

Edited at 2022-05-07 05:24

sue　illustration　brand

▲ agree ▼　　add comment　　share　　like　　collect　　Apply for reprint　　···

No comments yet

Write your review...



---

Document title: Stop using these illustrations! 4 new brands sued
Capture URL: https://zhuanlan-zhihu-com.translate.goog/p/510672205?_x_tr_sl=auto&amp;_x_tr_tl=en&amp;_x_tr_hl=en-US&amp;_x_tr_pto=wapp
Capture timestamp (UTC): Fri, 27 May 2022 18:01:17 GMT

PageVault

| | |
|---|---|
| Document title: | 这些插画图案别再用！4个新品牌维权起诉 - 知乎 |
| Capture URL: | https://zhuanlan.zhihu.com/p/510672205 |
| Page loaded at (UTC): | Fri, 27 May 2022 17:27:36 GMT |
| Capture timestamp (UTC): | Fri, 27 May 2022 17:28:00 GMT |
| Capture tool: | v7.14.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 7a2d8779-1c13-418c-91cc-44132bee2432 |
| User: | rimon-rob |

PDF REFERENCE #:      4JqMbNoAAZuffC5u2faW1i





### 这些插画图案别再用！4个新品牌维权起诉

 青枫法务

**案件一、PatPat版权图片**



诉讼日期：2022年5月2日

案件号：22-cv-2259

代理律所：RIMON, P.C.

原告公司：InterFocus Inc.

原告品牌：PatPat版权图片

原告官网：us.patpat.com/

原告简介：PatPat是新一代跨境出口移动电商，国内跨境出海DTC品牌的代表之一，用户规模已经超过了2000万，专注于母婴服饰及周边用品。由王灿、高灿于2014年在美国硅谷成立，主要服务于欧美、东南亚、阿拉伯等市场，以组织妈妈社群、社区及特卖的方式进行营销。



（PatPat版权登记信息）

（PatPat版权登记信息）

PatPat从2018年开始，在美国一共登记了480个版权作品，虽然这次诉讼函并没有公开具体的作品，但从标题的信息来看，PatPat极大可能把每套listing的产品注册都登记了版权。

做母婴类产品的卖家，可以通过Google识图查询图片来源，如果来源显示是PatPat，那就有极大的侵权风险。Google识图链接：**images.google.com/**

### 案件二、Holly Denise Simental



诉讼时间：2022年5月2日

案件号：22-cv-2277

代理律所：Keith

原告：Holly Denise Simental

原告官网：redbubble.com/people/Ho...

原告简介：Holly Denise Simental是一位自学成才的插画家，她将动物和咖啡结合起来创作出了这一系列艺术作品。



（Holly Denise Simental登记版权）

### 案件三、Starla Michelle插画



Document title: 这些插画图案别再用！4个新品牌维权起诉 - 知乎
Capture URL: https://zhuanlan.zhihu.com/p/510672205
Capture timestamp (UTC): Fri, 27 May 2022 17:28:00 GMT
Page 2 of 4



诉讼时间：2022年4月

案件号：22-cv-60777

代理律所：Sriplaw Law

原告公司：Starla Michelle, LLC

原告官网：starlamichelle.com/

原告简介：Starla Halfmann 是一位专业的奥斯汀艺术家。她在德克萨斯理工大学获得设计传播艺术学士学位。直到她决定辞去 8 年的办公桌工作后，她的艺术生涯才真正开始。

本案件信息目前被隐藏，想要了解具体版权作品，可以登陆原告官网查看。



（Starla Halfmann部分插画作品）

**案件四、Keyboard Cat 键盘猫**





诉讼时间：2022年5月5日

案件号：22-cv-2353

代理律所：Keith

原告公司：Charles L. Schmidt

原告品牌：Keyboard Cat 键盘猫

原告简介：最初的"键盘猫"是Charles L. Schmidt 在1984年制作的一段视频，一只名叫"Fatso"的雌猫穿着蓝色T恤在电子琴上"弹奏"音乐，该视频经过上传到YouTube和其他社交媒体平台后引发流行。



（Keyboard Cat 注册商标）

编辑于 2022-05-07 05:24

起诉　插画　品牌

▲ 赞同　▼　　添加评论　　分享　　喜欢　　收藏　　申请转载　···

推荐阅读



