# EXHIBIT C

cross-border headline | check out service | find a logistics | live on event | watch list livestream

# don't use these illustrations anymore! 4 new brand rights protection lawsuits

qingfeng legal counsel
cross-border e-commerce sellers, everyone knows... 25 days ago • 545 views



## Case 1: PaPaFa's copyrighted image



Case number: 22-cv-0259
Law number: 22-cv-6259
ALTING FIRST WHOUN, P.C.
Plaintiff Company: InterFocus Inc.
Plaintiff's brand: PaPar Copyright image
Plaintiff's official website: https://us.papgar.com/

Plaintiff's profile PaPar is a new generation of cross-border apparel mobile e-commerce, use of the representatives of domestic cross-border DTC brands, the user scale has exceeded 20 million, focusing on maternal and infant clothing and peripheral supplies. Founded in 2014 in Silicon Valley, USA by Wang Can and Jian Can, it mainly serves the European, American, Southeast Asia, Arab and other markets, and organizes the mother community, community and sale for in printing.



PaPar Copyright Registration Information

PaPar has registered a total of 680 copyrighted works in the United States since 2014, although the litigation letter does not disclose specific works, but from the title information PaP at is very likely to register each set of listing products with copyright.

**Sellers of mother and baby products can query the image source through Google Zhitu, if the source is displayed as PaPAt, there is a great risk of infringement.**

Google Map Link: https://images.google.com/

## Case two: Holly Denise Simental





Litigation time: may 2, 2022
Case number: 22-cv-10777
Acting firm: Keith
Plaintiff: Holly Denise Simental
Plaintiff's official website: https://www.redbubble.com/people/HollySimental/shop
Plaintiff's brand: Holly Denise Simental is a self taught illustrator who combines animals and coffee to create this series of artworks.



powerfilt rxpneivs copyrights

## Case Three: illustration by Starla Michelle



Starla M/ttwlle

Litigation time: april
2022 case number: 22-cv-60777
Acting firm: Tucker Law
Plaintiff company: Starla Michelle, LLC
plaintiff's official website: https://starlamichelle.com/

About the plaintiff's insta Denise Simental is a self taught illustrator who combines animals and coffee to create this series of artworks. Founded in 2014 in Silicon Valley.

The information in this case is currently hidden, and if you want to know the specific copyright filed works, you can log on to the plaintiff's official website to view it.

Starla mchnuculllanl人的作品

## 案例四: Keyboard Cat 键盘猫



诉讼时间: 2022年5月2日
案件号: 22-cv-1234
代理律所: Keith
原告: Charles S. Schmidt
原告品牌: Keyboard Cat 键盘猫
案件概况: 键盘猫是一只可爱的小猫, Schmidt用了1984年拍的视频, 他的猫(一只橘猫)穿着蓝色的衣服, 在键盘上弹奏音乐, 这段视频在网上非常火爆, 后来成为了一个著名的网络表情包。

### KEYBOARD CAT

Keyboard Cat 是网络红猫



qingfeng legal counsel

# 这些插画图案别再用！4个新品牌维权起诉



**案件一、PatPet图初曝光**



品牌名称：PatPet
原告方：PatPet Inc.
代理律所：Keith
案件号：23-cv-2259
原告起诉时间：2023年5月8日
原告商标：https://uspto.gov/

原告描述：PatPet是一个位置追踪设备制造商，旨在将宠物放置在追踪的安全区域内。PatPet现在已成立了2年多了，专注于智能宠物追踪项目。此外，其拥有19件外观设计专利、企业推广的专利、多篇的科研文献、专利科研成果、以及国际权威认证。



PatPet在20198年诞生，在奥地一家电子产品有限公司成立，是致力于研发宠物科技和专业企业。此外为大部分的世界各地。PatPet致力于提供专业和可靠的产品和智能宠物追踪，真实，可靠。

侵权保留了个品牌关系。可以通过Google回搜索到侵权的作品。发现在类似公众PatPet，同样存在侵权的案例。Google回搜索：https://images.google.com

**案件二、Holly Denise Simental**



品牌名称：Holly Denise Simental
原告方：Holly Denise Simental
代理律所：Keith
案件号：23-cv-GOTT
原告起诉时间：2023年5月2日
原告商标：https://www.redbubble.com/people/HollySimental/shop

原告描述：Holly Denise Simental是一位致力于艺术创意。她有多年的绘画经验，她的动物相关作品是非常丰富的艺术作品，她的插画创造独具一格的风格。她的作品常在类似平台，她创作的作品主要来自于她的个人绘画创作风格。

它那丰富而有色彩的动物插画，受到了很多粉丝的喜欢。而以宠物插画图案最为受欢迎。



（PatPet被告图例合计）

**案件三、Starla Michelle图案**



品牌名称：Starla Michelle
原告方：Starla Michelle
代理律所：Kiptw Law
案件号：23-cv-GOTT
原告起诉时间：2023年5月2日
原告商标：https://starlamichelle.com/

原告描述：Starla Michelle是一位艺术家，她创作的手绘插画工作和动物结合和其风格非常丰富。此外，她的插画也深受很多人的喜欢。她创作很多的插画创造独具一格的风格。

不那些有色彩的动物插画，受到了很多粉丝的喜欢。而以宠物插画图案最为受欢迎。



（Starla HaHead被告图例合计）

**案件四、Keyboard Cat 键盘猫**



品牌名称：Keyboard Cat
原告方：Keyboard Cat 键盘猫
代理律所：Charles L. Schmidt LLC
案件号：23-cv-GOTT
原告起诉时间：2023年5月2日
原告商标：由Charles L. Schmidt 在1984年制作一款视频，一段名叫Play Him Off键盘猫

原告描述：键盘猫是一种网络爆红的视频，展示键盘猫以极快的速度弹奏着键盘，受到全网的喜欢。该视频一经发布，就被众多网友在YouTube和其他社交媒体平台上转发。

**KEYBOARD CAT**





跨境买家都在这里 找到好服务

