UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERFOCUS INC., A California Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>The Defendants Identified in SCHEDULE A,<br><br>      Defendant. | Case No.: 1:22-cv-2259 |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME**

      Plaintiff Interfocus Inc. ("Plaintiff") moves for an extension of time to respond to this Court's order dated August 9, 2022 [Dkt. No. 17], which requires Plaintiff to respond by August 19, 2022. Plaintiff's Lead Counsel, Eric. C. Cohen, has been on vacation since before August 9, 2022. Plaintiff respectfully requests five additional days, until August 24, 2022, to respond.

      Plaintiff's *ex parte* motion for a temporary restraining order has not been granted, therefore there is no prejudice to the defendants for this Court to grant this motion.

      For these reasons, Plaintiff respectfully moves this Court to grant this motion for an extension.

Date: August 12, 2022        Respectfully submitted,

RIMON, P.C.

/s/ Eric C. Cohen

Ill. ARDC No. 0473685
Rimon P.C.
980 N. Michigan Ave., Suite 1400
Chicago, IL 60611
Telephone: (984) 960-2860
Email: eric.cohen@rimonlaw.com

Mark S. Lee
Rimon, P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Telephone: 310.561.5776
Email: mark.lee@rimonlaw.com

Zheng Liu
Rimon P.C.
800 Oak Grove Ave., Suite 250
Menlo Park, CA 94025
Telephone: (650) 382-4546
Email: zheng.liu@rimonlaw.com

Attorneys for Plaintiff, INTERFOCUS INC.