UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERFOCUS INC., A California Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>The Defendants Identified in SCHEDULE A,<br><br>　　　　Defendant. | Case No.: 1:22-cv-2259 |

## ORDER GRANTING MOTION FOR AN EXTENSION OF TIME

Having considered Plaintiff's Motion for an Extension of Time, filed by Plaintiff Interfocus Inc. ("Interfocus"), and finding good cause for the relief requested therein, the Court hereby GRANTS the Motion for an Extension of Time to respond to this Court's order dated August 9, 2022 [Dkt. 17], to and including, August 24, 2022.

IT IS SO ORDERED.

Dated: _____, 2022　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge