**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Interfocus Inc.
                           Plaintiff,

v.                                                Case No.: 1:22−cv−02259
                                                            Honorable Steven C. Seeger

The Defendants Identified in Schedule A
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 22, 2022:

      MINUTE entry before the Honorable Steven C. Seeger:Plaintiff's motion for an extension (Dckt. No. [18]) is hereby denied as moot, given that Plaintiff filed the response (Dckt. No. [19]). Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.