**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Interfocus Inc.

                                    Plaintiff,

v.                                                      Case No.: 1:22–cv–02259
                                                        Honorable Steven C. Seeger

The Defendants Identified in Schedule A

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 4, 2022:

        MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for leave to file under seal (Dckt. No. [2]) is hereby granted. Plaintiff's second motion for leave to file under seal (Dckt. No. [8]) is hereby granted. Plaintiff 9;s motion for a temporary restraining order (Dckt. No. [9]) is hereby denied as moot in light of the later–filed motion. Plaintiff's second motion for a temporary restraining order (Dckt. No. [15]) is hereby granted in part as stated in the forthcoming order. Temporary Restraining Order to follow. Plaintiff's motion for extension of time to file joint status report (Dckt. No. [16]) is hereby granted. Plaintiff must effectuate service of process by October 7, 2022. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.