UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Interfocus Inc.

                Plaintiff,

v.                                 Case No.: 1:22–cv–02259
                                          Honorable Steven C. Seeger

The Defendants Identified in Schedule A

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 4, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: The Court notes that this Schedule A case includes only two defendants in the attached schedule. By October 7, 2022, Plaintiff must show cause why the caption should not be changed, with the phrase "Defendants Identified in Schedule A" replaced with the names of the two defendants. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.