UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERFOCUS INC., A California Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>The Defendants Identified in SCHEDULE A,<br><br>　　　　Defendant. | Case No.: 1:22-cv-2259 |

## CERTIFICATE OF SERVICE

　　I, CHERYL LOVDAHL, am over the age of 18 and not a party to this action. My place of business is 800 Oak Grove Avenue, Suite 250, Menlo Park, CA 94025. On October 6, 2022, I served the Sealed Temporary Restraining Order and provided a published link to Complaint, Order and all other documents filed in this case as prescribed by the Court's October 4, 2022 Order, Dkt. 22, ¶ 5 on the Defendants Identified in SCHEDULE A.

　　I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: October 7, 2022　　　　　　　　　　　　/s/Cheryl Lovdahl
　　　　　　　　　　　　　　　　　　　　　　　　　Cheryl Lovdahl