UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERFOCUS INC., A California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> The Defendants Identified in SCHEDULE A, <br><br> Defendant. | Case No.: 1:22-cv-02259 |

**ORDER EXTENDING EXPIRATION OF TEMPORARY RESTRAINING ORDER UNTIL NOVEMBER 1, 2022, AND REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

This matter is before the Court on Plaintiff's motion for a preliminary injunction and to extend the expiration of the temporary restraining order (Dkt. 22) for an additional 14 days until November 1, 2022.

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. The duration of the Sealed Temporary Restraining Order is extended until November 1, 2022;

2. Defendants shall file a Response to Plaintiff's Motion for a Preliminary Injunction by no later than October 25, 2022;

3. If Defendants do not file a Response on or before October 25, 2022, then the Court will grant Plaintiff's Motion for a Preliminary Injunction and no hearing will be held;

4. If Defendants file a Response on or before October 25, 2022, then the Court will set a date for a preliminary injunction hearing, and extend the duration of the Order until the date of such hearing;

5. Plaintiff shall serve this Order in the manner prescribed in paragraph 5 of the Sealed Temporary Restraining Order (Dkt. 22), unless counsel for Defendants enter appearances prior to the issuance of this Order, in which case such counsel may be served via the Court's ECF system.

6. Plaintiff shall file proof of service of this Order, within two business days of the date of this Order.

Dated October ___, 2022

_____
United States District Judge