JB



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
219 SOUTH DEARBORN STREET
**CHICAGO, ILLINOIS 60604**



FILED

OCT 14 2022
OCT 14 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## REGISTRY DEPOSIT INFORMATION FORM

Instructions: Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

1. **Case Number:** 1:22-cv-02259

2. **Case Title:** Interfocus Inc v. The Defendants Identified in Schedule A

3. **Judge:** Honorable Steven C. Seeger

4. **Moving Party:** Interfocus Inc.

5. **Amount of Deposit:** $10,000.00

6. **Are the funds being deposited as interpleader funds pursuant to 28 U.S.C. § 1335?**    Yes [ ]   No [X]
   *(Funds deposited as interpleader funds pursuant to 28 U.S.C. § 1335 are subject to mandatory management fees and mandatory tax withholdings. Failure to properly identify interpleader funds prior to depositing them with the Clerk's Office will result in delayed disbursement.)*

I declare under penalty of perjury that the above information is true and correct. Under 28 U.S.C. § 1335, this statement under perjury has the same force and effect as a sworn statement made under oath.

_/s/ Eric C. Cohen_                          _October 13, 2022_
Attorney or Litigant                          Date

Rev. 0330017