IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERFOCUS, INC., a California Corporation<br><br>    Plaintiff,<br><br>  v.<br><br>Hangzhou Hibaby Technology Co., Ltd., et al.,<br><br>    Defendants. | Civil Action No. 1:22-cv-2259 |

**DEFENDANTS' RULE 7.1**
**DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of Illinois Local Rule 3.2, Defendants state as follows:

"Hangzhou Hibaby Technology Co., Ltd." is not used by Defendants as their official English translation. There are two entities whose names are close to this phrase, and they are:

1. Hangzhou Haibaobei Technology Co., Ltd., and

2. Hangzhou Hibao Technology Co., Ltd.

It is unclear which entity Plaintiff intends to sue. Defendants will work with Plaintiff with good faith to add the correct Defendant name to the case. For the purposes of the Rule 7.1 disclosure, Defendants provide information regarding all three entities, *i.e.*, 1) Hangzhou Haibaobei Technology Co., Ltd., 2) Hangzhou Hibao Technology Co., Ltd., and 3) Hibobi Technology Limited, as below:

1. Hangzhou Haibaobei Technology Co., Ltd. is a wholly owned subsidiary of Hangzhou Hibao Technology Co., Ltd.

2. Hangzhou Hibao Technology Co., Ltd. is a wholly owned subsidiary of Hibobi Technology Limited.

3. Hibobi Technology Limited is a wholly owned subsidiary of Hibobi Holdings Limited.

Dated: October 21, 2022

Respectfully submitted,

/s/ *Ziyong Li*
Kal K. Shah (IL Bar No. 6275895)
Shandice Sluch (IL Bar No. 6333369)
BENESCH FRIEDLANDER COPLAN
 & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606 4637
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: kshah@beneschlaw.com
Email: ssluch@beneschlaw.com

Ziyong Li (*pro hac vice*)
BENESCH FRIEDLANDER COPLAN
 & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: (628) 600-2225
Email: sli@beneschlaw.com

*Attorney for Defendants identified in Schedule A: Hangzhou Hibaby Technology Co., Ltd. and Hibobi Technology Limited*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2022, a copy of the foregoing *Defendants' Rule 7.1 Disclosure Statement and Notification as to Affiliates* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

    /s/ Ziyong Li
Ziyong Li (*pro hac vice*)

*Attorney for Defendants identified in Schedule A: Hangzhou Hibaby Technology Co., Ltd. and Hibobi Technology Limited*