# Exhibit B

Filed Under Seal

Attorneys' Eyes Only

HIBOBI-INTERFOCUS-0000017