# Exhibit C

Filed Under Seal

Attorneys' Eyes Only

HIBOBI-INTERFOCUS-0000020