# Exhibit D

Filed Under Seal

Attorneys' Eyes Only

HIBOBI-INTERFOCUS-0000072