# Exhibit E

HIBOBI-INTERFOCUS-0000089



HIBOBI-INTERFOCUS-0000090



HIBOBI-INTERFOCUS-0000091



HIBOBI-INTERFOCUS-0000092