# Exhibit F

Filed Under Seal

Attorneys' Eyes Only

HIBOBI-INTERFOCUS-0000093