# Exhibit J

Filed Under Seal

Attorneys' Eyes Only HIBOBI-INTERFOCUS-0000108