# Exhibit K

知乎  无障碍



# 从"倒买倒卖"入行，他想做一个美国"贝贝网"，获峰瑞、IDG资本投资

 小饭桌
创业从这里起步-小饭桌

6 人赞同了该文章

- 文｜小饭桌新媒体记者 何斌 -

母婴是个嗷嗷待补的万亿级市场，看上去很美，实则接近饱和，于是，这个行业也开始出海。

王灿是这拨出海潮中的一份子，他选择在中国供应链成熟的童装品类切入美国市场，做了移动端B2C童装全品类出海电商——PatPat。

国内的母婴社区、电商崛起了贝贝网、宝宝树、辣妈帮、蜜芽宝贝等企业，而在国外，这仍是一片蓝海，数据统计，美国母婴市场的体量已经达到1.7万亿美金，童装的体量约为380亿美金。

王灿告诉小饭桌，2016年，中国的出口针织类产品占世界的34%，其中童装占其中70%，在美国、澳大利亚和阿拉伯国家母婴电商仍是缺口。

目前，PatPat已经和200多家国内供应商和20多家美国供应商达成合作，客单价约为60美元，在资本市场，PatPat在2014年12月获得IDG资本的数百万美元A轮投资，又在2015年9月获得峰瑞资本的数百万美元A+轮融资。

▲ 赞同 6 ▼   添加评论   分享   喜欢   收藏   申请转载   …

知乎  无障碍



▲ PatPat团队

**从倒卖动画片到做童装电商**

王灿本科在中国传媒大学念的是管理相关课程,却对技术颇有兴趣。因为成绩优异,毕业去成为卡耐基梅隆大学读了信息系统硕士,毕业后在全球最大的企业软件公司Oracle从事大数据研究工作。

说起他最初的创业经验要从"倒买倒卖"开始。2011年,王灿看到国内动画片出口市场火爆便回国帮家里的动漫公司做事,期间帮200多部国内动画片发行到东南亚、阿拉伯和美国等70多个地区。

一年多跑展会的忙碌生活让王灿开始思考自己的兴趣和所长。深思熟虑后,他还是选择回Oracle继续写程序,在这里缘分的大神让他和合伙人高灿相识。

彼时,高灿做的项目商业模式非常简单,将浙江温州生产的鞋子运到硅谷去卖,虽然销量不错,但终归是个生意,高灿开始思考如何寻找新的品类以提高商业模式的天花板。这时,高灿找来了王灿,准备做点新的事情。

**选来选取,两人将目光锁定女装、玩具和童装三个品类。**

在美国,女装市场无论线上、线下已然成熟,而童装和玩具却依然是片蓝海。

他们最先试水的是玩具,"两三个月下来,我们始终觉得这个思路不大对劲"。一来,玩具品类的IP属性太强,几家大玩具公司控制90%以上IP,从中国出口的玩具有侵权风险;二来,玩具又大又重,国际物流方面玩不过大的卖场,账算不过来。而彼时大洋对岸的蜜芽、贝贝网发展很快,给了他俩启示。

▲ 赞同 6 ▼  💬 添加评论  ✈ 分享  ♥ 喜欢  ⭐ 收藏  📄 申请转载  ···

知乎  无障碍



▲ PatPat产品页面

回过头看当时的母婴电商，切入方式主要有两种：一类以标品切入，要求发货快、货品好、性价比高；而贝贝网代表另一种模式，非标童装是其重要组成部分。在美国选择第一种模式肯定不敌亚马逊等成熟电商，选择非标童装切入成为其斟酌后的决定。

王灿分析了国外的主要竞品Zulily、Carter's和Gymboree，Zulily以童装起家已经转型为主营女装；Carter's是美国最大的童装公司，以传统线下店为主要经营业态兼顾做线上电商，自产自销；Gymboree类似Carter's。

王灿分析，这个行业有的做且痛点明显：出口商品物流效率低，充斥太多三无产品（无中标、美标和欧标），产品描述和介绍呈现出浓浓的乡村市场烂货风格，很多出口品牌不懂宣传方式，没有传播渠道，**传统供应链的出口商和进口商环节，可以替代却不能删减，PatPat选择以此切入。**

**倒逼品牌升级**

王灿的思路是把别人能做的尽量推给别人做，PatPat只需要给供应商提供便利并做好把关工作。

**筛选供应商时质量、产能和款式是重要的三个维度。**

在对供应商的选品和质检上，PatPat需要供应商提供证书帮助厂家联系公正行并进行质检，因为规模效应压缩公证费用，例如总铅测试在美国需要500美金，而PatPat提供的杭州某家被美国消费者安全协会承认的公证行只需500人民币，并对产品及商品标准及描述进行检测，在入库前进行抽检。

**规范化、能够激起美国消费者购买欲望的产品描述是出口供应商的刚需。**在这方面，PatPat有在美国的专人团队和组建的妈妈团参考国内贝贝网、聚美优品等的产品文案进行修改撰写，同时对产品图片进行优化以提升产品形象，增加产品溢价。在包装上，PatPat作为渠道品牌提供适合欧美妈妈审美的吊牌和包装。

在定位上PatPat定位在美国、澳洲和中东地区的25-35岁中高收入妈妈，目前客单价60美元上下，获客成本在15美元左右，复购率约为30%，其中，在流量上美国占40%，欧洲占40%，其他国家占20%。PatPat平台上国内品牌占80%，国外品牌占20%。

▲ 赞同 6 ▼   添加评论   分享   喜欢   收藏   申请转载

知乎

无障碍



▲ PatPat登上美国苹果商店首页推荐

**王灿告诉记者，做跨境电商的难点之一在于将好的商品以好的展现方式呈现，而另一难点在于挑选适销对路的商品并快速送达消费者手中，减少物流和库存压力**。在这块王灿蹚了不少坑，方法是建立自己的物流体系（租仓）以及和第三方进行合作。

"合作过的物流商有50-60家，我们会选择在什么节点哪家更快、价格最低，最后还剩下20家左右，再加上我们自己的物流体系就形成了目前PatPat整体的物流配置"。王灿告诉小饭桌，目前PatPat的成本结构约为：物流20%（大部分其他跨境电商约为25%-30%）、产品成本30%、市场成本30%-35%，加上第三方平台收取的交易税，毛利在10%左右。

谈到PatPat的护城河，王灿表示团队的长板在于抓取国外流量，由于团队长期在欧美做产品，能够把握欧美人群的消费习惯，准确对接国外的媒体、社交网络和明星/网红资源，与竞品相比流量更具多样性。

编辑于 2017-04-01 01:15

创业　　投资

写下你的评论...

还没有评论，发表第一个评论吧

推荐阅读

▲ 赞同 6 ▼　　添加评论　　分享　　喜欢　　收藏　　申请转载　　...

知乎                                                                                                  无障碍

撰稿 | 李志刚 王宇寒 微信公号：新经济100人（qiyejiagc） 中国的零售永远都有机会，消费者一直在变，消费习惯也将不断养成。只要抓住时间差，顺应消费升级，就可以赢得下一个零售的窗口机...

李志刚                发表于新经济10...

**数据挖掘系列篇(12):贝贝网的机器学习实现**

面包君-支...            发表于数据分析侠

**我们不需要"flow搬运工"贝贝，我们只要独一无二的贝贝**

小强蜀熟

导语 | 搜索和推荐是用户获取的两种主要方式，在贝壳也客户找到房子的主要手段，者都有哪些相似和不同之处可以使用同一套架构来实现架构之后又能带来哪些收益

腾讯云开发...          发表于腾讯...

▲ 赞同 6 ▼    💬 添加评论    ➤ 分享    ♥ 喜欢    ⭐ 收藏    📄 申请转载    ⋯