# Exhibit Q



## Apple Inc. (our ref# APP170643)

**ASN** <AppStoreNotices@apple.com>  2022年10月15日 06:25
收件人

Dear Sir or Madam,

**Please include APP170643 in the subject line of any future correspondence on this matter.**

We received a written notice from Interfocus, Inc. (RIMON, P.C.) ("Complainant") that Complainant believes your application named "hibobi-Kids Fashion Online" infringes Complainant's rights, and Complainant has commenced litigation to assert its claim.

Accordingly, we have hidden your application from the App Store.  Please contact Complainant directly regarding any questions or concerns you may have.  Complainant may be reached through Eric Cohen (email: eric.cohen@rimonlaw.com) or Zheng Liu (email: zheng.liu@rimonlaw.com)

For any technical questions, please contact App Store Connect: https://developer.apple.com/contact/

Thank you for your immediate attention.

Sincerely,

Victoria

 Apple Legal | Apple | One Apple Park Way | Cupertino | CA | 95014 | AppStoreNotices@apple.com
The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients.  This message may be an attorney-client communication protected by privilege.  If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message.  Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems.  The use of the sender's name in this message is not intended as an electronic signature under any applicable law.  Thank you.