# Exhibit T

Filed Under Seal