UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERFOCUS INC., a California Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>HANGZHOU HIBABY TECHNOLOGY CO., LTD. and HIBOBI TECHNOLOGY LIMITED,<br><br>*Defendants*. | Case No.: 1:22-cv-02259<br><br>Honorable Steven C. Seeger |

**DECLARATION OF ZIYONG LI IN SUPPORT OF DEFENDANTS'
PARTIAL MOTION TO DISMISS UNDER RULE 12(b)(6)**

I, Ziyong Li, declare and state as follows:

1.  This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.  I am an attorney at Benesch Friedlander Coplan & Aronoff LLP.

3.  I reviewed the Complaint, its exhibits, and Plaintiff witness Robert Rosenblum's declaration and the exhibits. Below is a true and accurate summary of the number of images identified in Exhibit 2 of the Complaint.

| 26 Registrations in Exhibit 2 of the Complaint | Rosenblum Declaration | Number of Pictures |
|---|---|---|
| VA0002259775 | Exhibit 9A | 750 |
| VA0002261342 | Exhibit 17A | 750 |
| VA0002262261 | Exhibit 18A | 750 |
| VA0002262268 | Exhibit 15A | 750 |
| VA0002266425 | Exhibit 10A | 750 |
| VA0002266527 | Exhibit 33A; Exhibit 41A (same) | 750 |
| VA0002266770 | Exhibit 14A | 750 |
| VA0002266891 | Exhibit 2A | 750 |
| VA0002267269 | Exhibit 20A | 750 |
| VA0002267274 | Exhibit 22A | 750 |
| VA0002267295 | Exhibit 37A | 750 |
| VA0002267346 | Exhibit 13A | 750 |
| VA0002273862 | Exhibit 24A | 750 |
| VA0002276650 | Exhibit 30A | 750 |
| VA0002282229 | Exhibit 44A; Exhibit 4A (same); Exhibit 8A (same) | 29 |
| VA0002282656 | Exhibit 1A | 750 |
| VA0002282931 | Exhibit 5A | 6 |
| VA0002283150 | Exhibit 29A | 750 |
| VA0002283332 | Exhibit 12A | 13 |
| VA0002287366 | Exhibit 28A | 750 |
| VA0002287498 | Exhibit 32A | 750 |

| 26 Registrations in Exhibit 2 of the Complaint | Rosenblum Declaration | Number of Pictures |
|---|---|---|
| VA0002289507 | Exhibit 11A; Exhibit 35A (same); Exhibit 36A (same); Exhibit 43A (same), | 43 |
| VA0002289508 | Exhibit 16A; Exhibit 19A (same); Exhibit 21A (same); Exhibit 23A (same); Exhibit 25A (same); Exhibit 26A (same); Exhibit 27A (same); Exhibit 31A (same); Exhibit 34A (same); Exhibit 42A (same) | 72 |
| VAu001404114 | Exhibit 7A | 750 |
| VAu001404200 | Exhibit 39A | 750 |
| VAu001420322 | Exhibit 3A | 750 |
| **Total** | | **15,913** |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2022, in San Francisco, California.

*/s/ Ziyong Li*
Ziyong Li