# EXHIBIT 1

# WIPO Global Brand Database

| | |
|---|---|
| time | Fri Oct 28 2022 08:54:38 GMT-0700 (Pacific Daylight Time) |
| search | BRAND:hibobi |
| filters | |
| total | 61 |
| displayed | 60 |
| sorted by | score desc,AD desc |

| # | Brand | Source | Status | Relevance | Origin | Holder | Holder country | Number | App. Date | Image class | Nice Cl. | Image |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | HIBOBI | AU TM | Pending | 32 | AU | HIBOBI TECHNOLOGY LIMITED | CN | 2294709 | 2022-08-18 | | 25 | hibobi |
| 2 | hibobi | JP TM | Active | 32 | JP | ▲はい▼寶貝科技有限公司 | | 2022-049699 | 2022-04-28 | | 10, 25, 28 | |
| 3 | HIBOBI | CA TM | Pending | 32 | CA | HIBOBI TECHNOLOGY LIMITED | CN | 2177937 | 2022-04-07 | | 5, 10, 16, 28 | hibobi |
| 4 | HIBOBI | TH TM | Pending | 32 | TH | ไฮโบบิ เทคโนโลจี ลิมิเต็ด | HK | 220111501 | 2022-03-29 | | 5, 16, 25, 10, 28 | hibobi |
| 5 | HIBOBI | MA TM | Active | 32 | MA | HIBOBI TECHNOLOGY LIMITED | CN | 239177 | 2022-03-29 | | 5, 10, 16, 25, 28 | hibobi |
| 6 | HIBOBI | PH TM | Pending | 32 | PH | HIBOBI TECHNOLOGY LIMITED | HK | 42022507716 | 2022-03-29 | | 5, 10, 16, 28 | hibobi |
| 7 | hibobi | MY TM | Pending | 32 | MY | HIBOBI TECHNOLOGY LIMITED | HK | TM2022007996 | 2022-03-29 | | 16 | hibobi |
| 8 | hibobi | MY TM | Pending | 32 | MY | HIBOBI TECHNOLOGY LIMITED | HK | TM2022007997 | 2022-03-29 | | 5 | hibobi |
| 9 | hibobi | MY | Pending | 32 | MY | HIBOBI TECHNOLOGY LIMITED | HK | TM2022007994 | 2022-03-29 | | 28 | |

| # | Brand | Source | Status | Relevance | Origin | Holder | Holder country | Number | App. Date | Image class | Nice Cl. | Image |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | TM |  |  |  |  |  |  |  |  |  | hibobi |
| 10 | hibobi | MY TM | Pending | 32 | MY | HIBOBI TECHNOLOGY LIMITED | HK | TM2022007995 | 2022-03-29 |  | 10 | hibobi |
| 11 | hibobi | SG TM | Pending | 32 | SG | HIBOBI TECHNOLOGY LIMITED |  | 40202206929X | 2022-03-28 |  | 5 | hibobi |
| 12 | hibobi | NZ TM | Active | 32 | NZ | HIBOBI TECHNOLOGY LIMITED | HK | 1206453 | 2022-03-28 |  | 5 | hibobi |
| 13 | hibobi | NZ TM | Active | 32 | NZ | HIBOBI TECHNOLOGY LIMITED | HK | 1206356 | 2022-03-25 |  | 10 | hibobi |
| 14 | hibobi | NZ TM | Active | 32 | NZ | HIBOBI TECHNOLOGY LIMITED | HK | 1206358 | 2022-03-25 |  | 25 | hibobi |
| 15 | hibobi | NZ TM | Active | 32 | NZ | HIBOBI TECHNOLOGY LIMITED | HK | 1206357 | 2022-03-25 |  | 16 | hibobi |
| 16 | hibobi | NZ TM | Active | 32 | NZ | HIBOBI TECHNOLOGY LIMITED | HK | 1206359 | 2022-03-25 |  | 28 | hibobi |
| 17 | hibobi | KR TM | Pending | 32 | KR | 하이보비 테크놀로지 리미티드 | CN | 402022000053837 | 2022-03-23 |  |  | hibobi |
| 18 | hibobi | KR TM | Pending | 32 | KR | 하이보비 테크놀로지 리미티드 | CN | 402022000053800 | 2022-03-23 |  |  | hibobi |
| 19 | hibobi | KR TM | Pending | 32 | KR | 하이보비 테크놀로지 리미티드 | CN | 402022000053784 | 2022-03-23 |  |  | hibobi |
| 20 | hibobi | KR TM | Pending | 32 | KR | 하이보비 테크놀로지 리미티드 | CN | 402022000053772 | 2022-03-23 |  |  | hibobi |
| 21 | hibobi | KR TM | Pending | 32 | KR | 하이보비 테크놀로지 리미티드 | CN | 402022000053816 | 2022-03-23 |  |  | hibobi |
| 22 | HIBOBI | AU TM | Pending | 32 | AU | HIBOBI TECHNOLOGY LIMITED | CN | 2257548 | 2022-03-21 |  | 5, 10, |  |

| # | Brand | Source | Status | Relevance | Origin | Holder | Holder country | Number | App. Date | Image class | Nice Cl. | Image |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  | 16, 28 | hibobi |
| 23 | hibobi | IL TM | Pending | 32 | IL | HIBOBI TECHNOLOGY LIMITED |  | 350284 | 2022-03-18 |  | 25 | hibobi |
| 24 | hibobi | ID TM | Pending | 32 | ID | PT. HIBOBI SUPPLY INDONESIA | ID | DID2022019845 | 2022-03-16 |  | 5 | hibobi |
| 25 | hibobi | ID TM | Pending | 32 | ID | PT. HIBOBI SUPPLY INDONESIA | ID | DID2022019853 | 2022-03-16 |  | 10 | hibobi |
| 26 | hibobi | ID TM | Pending | 32 | ID | PT. HIBOBI SUPPLY INDONESIA | ID | DID2022019874 | 2022-03-16 |  | 25 | hibobi |
| 27 | hibobi | ID TM | Pending | 32 | ID | PT. HIBOBI SUPPLY INDONESIA | ID | DID2022019872 | 2022-03-16 |  | 16 | hibobi |
| 28 | hibobi | ID TM | Pending | 32 | ID | PT. HIBOBI SUPPLY INDONESIA | ID | DID2022019881 | 2022-03-16 |  | 28 | hibobi |
| 29 | HIBOBI | MX TM | Pending | 32 | MX | HIBOBI TECHNOLOGY LIMITED | CN | 0119852705495 | 2022-03-02 |  | 5 | hibobi |
| 30 | HIBOBI | MX TM | Pending | 32 | MX | HIBOBI TECHNOLOGY LIMITED | CN | 0119852678761 | 2022-01-14 |  | 5 |  |
| 31 | HIBOBI | MX TM | Pending | 32 | MX | HIBOBI TECHNOLOGY LIMITED | CN | 0119852678760 | 2022-01-14 |  | 10 |  |
| 32 | HIBOBI | MX TM | Pending | 32 | MX | HIBOBI TECHNOLOGY LIMITED | CN | 0119852678758 | 2022-01-14 |  | 28 |  |
| 33 | HIBOBI | MX TM | Pending | 32 | MX | HIBOBI TECHNOLOGY LIMITED | CN | 0119852678759 | 2022-01-14 |  | 16 |  |
| 34 | hibobi | MY TM | Inactive | 32 | MY | TUKARLA INC. | US | TM2022001330 | 2022-01-14 |  | 25 | hibobi |
| 35 | HIBOBI | PH TM | Pending | 32 | PH | Tukarla Inc. | US | 42022500752 | 2022-01-12 |  | 25 |  |

| # | Brand | Source | Status | Relevance | Origin | Holder | Holder country | Number | App. Date | Image class | Nice Cl. | Image |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | hibobi | CA TM | Pending | 32 | CA | Tukarla Inc. | US | 2159425 | 2022-01-11 | | 25 | |
| 37 | hibobi | IL TM | Inactive | 32 | IL | Tukarla Inc. | | 347802 | 2022-01-11 | | 25 | |
| 38 | hibobi | AU TM | Inactive | 32 | AU | Tukarla Inc. | US | 2240280 | 2022-01-04 | | 25 | |
| 39 | HIBOBI | US TM | Pending | 32 | US | HANGZHOU HIBABY TECHNOLOGY CO., LTD. | CN | 90732058 | 2021-05-25 | | 24 | hibobi |
| 40 | HIBOBI | US TM | Active | 32 | US | HANGZHOU HIBABY TECHNOLOGY CO., LTD. | CN | 90732076 | 2021-05-25 | | 9 | hibobi |
| 41 | HIBOBI | US TM | Pending | 32 | US | HANGZHOU HIBABY TECHNOLOGY CO., LTD. | CN | 90732069 | 2021-05-25 | | 5 | hibobi |
| 42 | HIBOBI | US TM | Active | 32 | US | HANGZHOU HIBABY TECHNOLOGY CO., LTD. | CN | 90732078 | 2021-05-25 | | 12 | hibobi |
| 43 | HIBOBI | US TM | Active | 32 | US | HANGZHOU HIBABY TECHNOLOGY CO., LTD. | CN | 90732086 | 2021-05-25 | | 21 | hibobi |
| 44 | HIBOBI | US TM | Active | 32 | US | HANGZHOU HIBABY TECHNOLOGY CO., LTD. | CN | 90732082 | 2021-05-25 | | 18 | hibobi |
| 45 | HIBOBI | US TM | Active | 32 | US | HANGZHOU HIBABY TECHNOLOGY CO., LTD. | CN | 90732053 | 2021-05-25 | | 11 | hibobi |
| 46 | HIBOBI | US TM | Active | 32 | US | HANGZHOU HIBABY TECHNOLOGY CO., LTD. | CN | 90732051 | 2021-05-25 | | 10 | hibobi |
| 47 | HIBOBI | US TM | Active | 32 | US | HANGZHOU HIBABY TECHNOLOGY CO., LTD. | CN | 90732073 | 2021-05-25 | | 8 | hibobi |
| 48 | HIBOBI | US TM | Inactive | 32 | US | HANGZHOU HIBABY TECHNOLOGY CO., LTD. | CN | 90730689 | 2021-05-24 | | 20 | hibobi |
| 49 | HIBOBI | US TM | Pending | 32 | US | HANGZHOU HIBABY TECHNOLOGY | CN | 90730688 | 2021-05-24 | | 3 | |

| # | Brand | Source | Status | Relevance | Origin | Holder | Holder country | Number | App. Date | Image class | Nice Cl. | Image |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | CO., LTD. | | | | | | hibobi |
| 50 | HIBOBI | MX TM | Active | 32 | MX | INSTALACIONES CON ACABADOS FINOS S.A DE C.V. | MX | 0119852504621 | 2021-02-25 | | 35 | hibobi |
| 51 | HIBOBI | MX TM | Active | 32 | MX | INSTALACIONES CON ACABADOS FINOS S.A DE C.V. | MX | 0119852503493 | 2021-02-23 | | 25 | hibobi |
| 52 | hibobi | AE TM | Active | 32 | AE | شركة هانغ تشو جيولونج التكنولوجيا المحدودة | CN | AE336534 | 2020-09-29 | | 28 | hibobi |
| 53 | hibobi | AE TM | Active | 32 | AE | شركة هانغ تشو جيولونج التكنولوجيا المحدودة | CN | AE336526 | 2020-09-29 | | 25 | hibobi |
| 54 | hibobi | AE TM | Active | 32 | AE | شركة هانغ تشو جيولونج التكنولوجيا المحدودة | CN | AE336552 | 2020-09-29 | | 21 | hibobi |
| 55 | hibobi | AE TM | Active | 32 | AE | شركة هانغ تشو جيولونج التكنولوجيا المحدودة | CN | AE336555 | 2020-09-29 | | 24 | hibobi |
| 56 | HI HIBOBI | MX TM | Active | 29 | MX | HIBOBI TECHNOLOGY LIMITED | CN | 0119852539943 | 2021-04-30 | | 25 | hibobi |
| 57 | H HIBOBI | US TM | Active | 29 | US | HANGZHOU HIBABY TECHNOLOGY CO., LTD. | CN | 90564482 | 2021-03-07 | | 28 | hibobi |
| 58 | hi hibobi | EM TM | Active | 29 | EM | HIBOBI TECHNOLOGY LIMITED | HK | 018297938 | 2020-08-28 | | 21, 24, 25, 28 | hibobi |
| 59 | HI HIBOBI | MX TM | Pending | 29 | MX | HIBOBI TECHNOLOGY LIMITED | CN | 0119852409862 | 2020-08-24 | | 25 | hibobi |
| 60 | H HIBOBI | US TM | Active | 29 | US | HIBOBI TECHNOLOGY LIMITED | CN | 88663001 | 2019-10-21 | | 35 | hibobi |

https://branddb.wipo.int/branddb/en/?q={"searches":[{"te":"hibobi","fi":"BRAND"}]}