# EXHIBIT 2

## Cheryl Lovdahl

| | |
|---|---|
| **From:** | Cheryl Lovdahl |
| **Sent:** | Tuesday, October 11, 2022 12:22 PM |
| **To:** | copyrightagent@apple.com; copyrightnotices@apple.com |
| **Cc:** | Zheng Liu; Eric Cohen |
| **Subject:** | Sealed Temporary Restraining Order |
| **Attachments:** | 2022.10.04 Sealed Temporary Restraining Order.pdf; Complaint.pdf; Exhibit 4 to the Declaration of Sandi Graham.pdf |

To Counsel for Apple Inc.:

We write to you in your role as Apple's designated agent under the Digital Millennium Copyright Act pursuant to 17 U.S.C. § 512(c) to bring to your attention a temporary restraining order (copy attached) that enjoins Defendants Hangzhou Hibaby Technology Co., Ltd. and Hibobi Technology Limited (collectively "Defendants"), doing business as Hibobi.com, with an app on Apple app store named Hibobi-Kids Fashion Online, from "distributing copies of, making derivative works of, or publicly displaying the InterFocus Copyrighted Images" and "passing off, inducing, or enabling others to sell or pass off any product bearing the InterFocus Designs as a genuine InterFocus Product," among other things. *Interfocus Inc. v. The Defendants Identified in Schedule A,* No. 1:22-cv-02259 at 1 (N.D. Ill., Oct. 4, 2022) (the "Lawsuit"). A copy of the Complaint, which includes a representative list of the InterFocus Copyrighted Images is also attached, thus providing notice to you pursuant to 17 U.S.C. § 512(c)(3). Under the DMCA Apple must block or remove any infringing images, or be subject to the remedies provided in 17 U.S.C. § 512(j).

Thank you for your cooperation.

Please contact Eric Cohen at eric.cohen@rimonlaw.com and Zheng Liu zheng.liu@rimonlaw.com if you have any questions.

Best regards,

RIMON, P.C.

Eric C. Cohen
Partner

ECC/cal
Attachments

**Cheryl Lovdahl** | Legal Assistant
RIMÔN PC
+1 916.905.0295 | cheryl.lovdahl@rimonlaw.com

800 Oak Grove Ave., Suite 250, Menlo Park, California 94122

www.rimonlaw.com | See Our International Offices | Read Our Insights

Follow us on Twitter | Connect on LinkedIn | Like us on Facebook

*This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*