# EXHIBIT 3

# RIMÔN LAW
www.rimonlaw.com

October 13, 2022

**VIA CERTIFIED MAIL**

Aramex California Ltd.
c/o Registered Agent
CT Corporation System
330 N Brand Blvd., Suite 700
Glendale, CA 91203

To Counsel for Aramex:

    We write to you to bring to your attention a temporary restraining order (copy attached) that enjoins Defendants Hangzhou Hibaby Technology Co., Ltd. and Hibobi Technology Limited (collectively "Defendants"). Defendants do business as Hibobi.com, with an app on Google app store and Apple app store named Hibobi-Kids Fashion Online. The order enjoins Defendants from "distributing copies of, making derivative works of, or publicly displaying the InterFocus Copyrighted Images" and "passing off, inducing, or enabling others to sell or pass off any product bearing the InterFocus Designs as a genuine InterFocus Product," among other things. *Interfocus Inc. v. The Defendants Identified in Schedule A,* No. 1:22-cv-02259 at 1 (N.D. Ill., Oct. 4, 2022) (the "Lawsuit"). We believe Aramex provides services to the Defendants, including shipping garments infringing InterFocus' copyright. A copy of the Complaint, which includes a representative list of the InterFocus Copyrighted Images is also attached, thus providing notice to you pursuant to 17 U.S.C. § 512(c)(3).

    We request that you cease and desist shipping Defendants' infringing products.

    Thank you for your cooperation.

    Please contact Eric Cohen at eric.cohen@rimonlaw.com Ivan Komartsky  ivan.komaritsky@rimonlaw.com and Zheng Liu zheng.liu@rimonlaw.com if you have any questions.

    Best regards,

    RIMON, P.C.

    Eric C. Cohen
    Partner

ECC/CL
Enclosures