# EXHIBIT 4A