# EXHIBIT 4B

| English ▼ | 🇲🇽 Mexico ▼ | MXN | FREE SHIPPING on orders over 499.00 MXN | Sign in \| Register | Help C |

# hibobi   *use hibobi, love your baby.*

Search

- Licensed Characters
- New Arrivals
- Baby Clothing
- Toddler Clothing
- Kids Clothing
- Shoes
- Accessories
- Famliy Wear

Home / Famliy Wear / Mommy & Me / Tops



## Mom Baby Clothes Leopard Printed Hooded Sweater

**231.30 MXN** ~~257.00 MXN~~

**Color**



**Size**    *Size Chart*

| Girl: 12-18M | Girl: 18-24M | Girl: 3-4Y | Girl: 5-6Y | Girl |
| Girl: 9-10Y | Mom: S | Mom: M | Mom: L | Mom: XL |

**Qty**

− 1 +

### Add to Cart

| **Description** | Size & Fit | Delivery |

| Patterns/Graphics: | Leopard |
| Occasion: | Daily |
| Thickness: | Regular |
| Sleeve type: | Regular |
| Neckline: | Round neck |
| Style: | Casual |
| Composition: | Cotton,Polyester |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Fabric properties: | Micro stretch |
| Clothes type: | Regular |
| Season: | Autumn |
| Sleeve Length: | Long-sleeve |

   



### Customer Reviews (26)    Average Rating ★★★★★ 5.0

| **All** | Most Recent | With Picture |

 s***m
★★★★★

!منتج جيد ، أحبه

   

Oct.15,2022



U***i
★★★★★

!منتج جيد ، أحبه

Oct.07,2022



f***m
★★★★★

مناسبه وحلو جدا خامته ناعمه

Jul.17,2022          Color:Khaki          Size:Girl: 7-8Y

◀ **1**  2  3  4

## How About These?

   



Safe Delivery          Secure Payment          Premium Quality

Write to us
csofmx@hibobi.com                                    Chat with us

**About Us**

About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**

Return Policy
Delivery

**Sign up For hibobi Style News**

Email                                              Subscribe

**Get Our App**
Shop anytime, anywhere

  

**Follow us**

  

**Secure Payment:**

        

© 2019-2022 hibobi All Rights Reserved

HIBOBI TECHNOLOGY LIMITED #2831468