# EXHIBIT 4C

| English ▼ | 🇺🇸 United States ▼ | USD | FREE SHIPPING on orders over 35.00 USD | Sign in \| Register | Help C |

# hibobi
### use hibobi, love your baby.

[Search]

- New Arrivals
- Baby Clothing
- Toddler Clothing
- Kids Clothing
- Shoes
- Accessories
- Family Outfits
- Baby & Mom Supplies

Home / Family Outfits / Mommy & Me / Tops



   



## Mom Baby Clothes Leopard Printed Hooded Sweater

**10.99 USD**

**Color**



**Size**   Size Chart

| Girl: 12-18M | Girl: 18-24M | Girl: 3-4Y | Girl: 5-6Y | Girl |
| Girl: 9-10Y | Mom: S | Mom: M | Mom: L | Mom: XL |

**Qty**
[−] [ 1 ] [+]

**Add to Cart**

| Description | Size & Fit | Delivery |

| Patterns/Graphics: | Leopard |
| Occasion: | Daily |
| Thickness: | Regular |
| Sleeve type: | Regular |
| Neckline: | Round neck |
| Style: | Casual |
| Composition: | Cotton,Polyester |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Fabric properties: | Micro stretch |
| Clothes type: | Regular |
| Season: | Autumn |
| Sleeve Length: | Long-sleeve |

### Customer Reviews (26)       Average Rating ★★★★★ 5.0

| All | Most Recent | With Picture |


s***m
★★★★★

!منتج جيد ، أحبه

   

Oct.15,2022



U***i
★★★★★

!منتج جيد ، أحبه

Oct.07,2022



f***m
★★★★★

مناسبه وحلو جدا خامته ناعمه

Jul.17,2022          Color:Khaki          Size:Girl: 7-8Y

◀ **1**  2  3  4

## How About These?

   



Safe Delivery                    Secure Payment                    Premium Quality

Write to us
service.western@hibobi.com                                           Chat with us

### About Us

About hibobi

Privacy Policy

Terms & Conditions

Influencer program

### Help & Support

Return Policy

Delivery

### Sign up For hibobi Style News

[Email]                                                    Subscribe

**Get Our App**

Shop anytime, anywhere

  

**Follow us**

  

**Secure Payment:**

      

© 2019-2022 hibobi All Rights Reserved

HIBOBI TECHNOLOGY LIMITED #2831468