# EXHIBIT 5B





