# EXHIBIT 5C

Case: 1:22-cv-02259 Document #: 38-11 Filed: 10/28/22 Page 2 of 7 PageID #:2433





Oct.12,2022    اللون:الكحلي    مقاس:الأم: S

## منتجات قد تعجبك






عالية الجودة    دفع امن    التسليم الآمن

دردش معنا

اكتب لنا
service@hibobi.com

ادخل البريد الإلكتروني ليصلك كل مستجداتنا وعروضنا الحصرية

البريد    سجل اشتراكك

احصل على تطبيقنا
تسوق في أي وقت وفي أي مكان

بالنسبة لنا
حول hibobi
سياسة الخصوصية
الشروط والاحكام
برنامج المؤثرين
المساعدة والدعم
سياسة الإرجاع
التوصيل

تابعنا

دفع امن:
   

© 2019-2022 hibobi محفوظة كل الحقوق

HIBOBI TECHNOLOGY LIMITED #2831468

电商客服系统



Oct.12,2022  اللون:الكحلي  مقاس:الأم: S

## منتجات قد تعجبك






التسليم الآمن    دفع امن    عالية الجودة

اكتب لنا
service@hibobi.com

دردش معنا

ادخل البريد الإلكتروني ليصلك كل مستجداتنا وعروضنا الحصرية

بالنسبة لنا
حول hibobi
سياسة الخصوصية
الشروط والاحكام
برنامج المؤثرين
المساعدة والدعم
سياسة الإرجاع
التوصيل

سجل اشتراكك

احصل على تطبيقنا
تسوق في أي وقت وفي أي مكان

تابعنا

دفع امن:
    

© 2019-2022 hibobi محفوظة كل الحقوق

HIBOBI TECHNOLOGY LIMITED #2831468

电商客服系统






Oct.12,2022   اللون:الكحلي   مقاس:الأم: S

## منتجات قد تعجبك






عالية الجودة   دفع امن   التسليم الآمن

دردش معنا

اكتب لنا
service@hibobi.com

ادخل البريد الإلكتروني ليصلك كل مستجداتنا وعروضنا الحصرية

البريد   سجل اشتراكك

احصل على تطبيقنا
تسوق في أي وقت وفي أي مكان

بالنسبة لنا
حول hibobi
سياسة الخصوصية
الشروط والاحكام
برنامج المؤثرين
المساعدة والدعم
سياسة الإرجاع
التوصيل

تابعنا

دفع امن:

© 2019-2022 hibobi محفوظة كل الحقوق

HIBOBI TECHNOLOGY LIMITED #2831468

电商客服系统