# EXHIBIT 6B

