# EXHIBIT 6C

PageVault

| | |
|---|---|
| Document title: | فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Long-Sleeve-Dress-and-T-shirt-230692.html?spm=1001.2002.0.0-13 |
| Page loaded at (UTC): | Wed, 26 Oct 2022 16:25:17 GMT |
| Capture timestamp (UTC): | Wed, 26 Oct 2022 16:25:40 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 2a0065ba-171a-466a-8b35-1deabd36e335 |
| User: | rimon-jennifer |

PDF REFERENCE #: bnhQ4xu9ydjRHwduAntacL

# فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

**37.40 د.إ** ~~44.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)

★★★★★ (5 التعليقات)

اللون

مقاس دليل المقاس

الأولاد: 4-3 سنوات | الأولاد: 5-4 سنوات | الأولاد: 7-6 سنوات | البنات: 6-3 شهور
البنات: 9-6 شهور | البنات: 12-9 شهرا | البنات: 18-12 شهرا | البنات: 4-3 سنوات
البنات: 5-4 سنوات | البنات: 7-6 سنوات | البنات: 9-8 سنوات | الأب: M | الأب: L
الأب: XL | الأم: S | الأم: M | الأم: L | الأم: XL | الأولاد: 3-2 سنوات
البنات: 3-2 سنوات

الكمية

− 1 +

إضافة إلى عربة التسو

وصف | المقاس | التوصيل

| | |
|---|---|
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| خصائص النسيج: | غير تمتد |
| تركيب: | قطن,البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول الملابس: | طويل |
| طول فستان الأطفال: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| الموسم: | الخريف |
| المكونات الموجودة في القاع: | قطن,البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (5) متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

k***m ★★★★★

beautiful

Oct.07,2022 اللون:أصفر مقاس:البنات: 7-6 سنوات

متعاون (7)

k***m ★★★★★

nice

Oct.07,2022 اللون:أصفر مقاس:الأم: L

متعاون (1)

d***a ★★★★★

منتج جيد ، أحبه!

Oct.23,2022 اللون:أصفر مقاس:البنات: 3-2 سنوات

متعاون (0)

◄ 2 1 ►

## منتجات قد تعجبك

- 1 +

إضافة إلى عربة التسو

وصف | المقاس | التوصيل

| | |
|---|---|
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| خصائص النسيج: | غير تمتد |
| تركيب: | قطن,البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول الملابس: | طويل |
| طول فستان الأطفال: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| الموسم: | الخريف |
| المكونات الموجودة في القاع: | قطن,البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (5) متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

k***m ★★★★★
beautiful

Oct.07,2022 اللون:أصفر مقاس:البنات: 7-6 سنوات

متعاون (7)

k***m ★★★★★
nice

Oct.07,2022 اللون:أصفر مقاس:الأم: L

متعاون (1)

d***a ★★★★★
منتج جيد ، أحبه!

Oct.23,2022 اللون:أصفر مقاس:البنات: 3-2 سنوات

متعاون (0)

◀ 1 2 ▶

## منتجات قد تعجبك

التسليم الأمن | دفع امن | عالية الجودة

اكتب لنا
service@hibobi.com

دردش معنا

**بالنسبة لنا**

حول hibobi
سياسة الخصوصية
الشروط والاحكام
برنامج المؤثرين

**المساعدة والدعم**

سياسة الإرجاع
التوصيل

**ادخل البريد الإلكتروني ليصلك كل مستجداتنا وعروضنا الحصرية**

البريد | سجل اشتراكك

**احصل على تطبيقنا**

تسوق في أي وقت وفي أي مكان

Download on the App Store | GET IT ON Google Play | EXPLORE IT ON AppGallery

**تابعنا**

**دفع امن:**

tamara | Diners Club International | JCB | AMERICAN EXPRESS | MasterCard | maestro | VISA

© 2019-2022 hibobi محفوظة كل الحقوق
HIBOBI TECHNOLOGY LIMITED #2831468

Document title: فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة
Capture URL: https://www.hibobi.com/detail/Family-Matching-Floral-Print-Long-Sleeve-Dress-and-T-shirt-230692.html?spm=1001.2002.0.0-13
Capture timestamp (UTC): Wed, 26 Oct 2022 16:25:40 GMT



