# EXHIBIT 8B

**2-5 business days** delivery guaranteed in the US    SHOP NOW

 **PatPat** Cute, Quality, Great Price

New Arrivals  Black Friday  Christmas  Baby  Toddlers  Kids  Matching Outfits  Maternity & Nursing  Shoes  Accessories  Home & Baby Gear  Licensed Characters  Recommend



# Mosaic Leaves Print Family Matching Stitching Sets

★★★★★   3261 Reviews ›

⟳ **$1.69** ~~$1.99~~ -15%                    Ends in **11:09:02** ›

Color: Dark Blue







2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

Women

S | M | L | XL | Women Headbands

Men

M | L | XL | XXL

Toddler

Girl Headbands

Qty 1 ✓ In Stock

Add to Bag

Get extra 10% off on all orders with Klarna Klarna.

Norton by Symantec | ResellerRatings Excellent! | Quality Guarantee

## Description

* Please add each size separately to your shopping cart
* Soft and cozy
* Hairbands are sold separately

Show More

## Free Shipping On Orders Over $45.00

2-5 business days delivery guaranteed in the US

🔒 30 Days Return ⌄

🛡 100% Secured Payments ⌄

### Highest Quality Guarantee

Safety Design    No Sharp Point    Meets CPSC
Standards

---

**All Reviews (3261)**    Images (691)

Rating [ALL ⌄]   Size [ALL ⌄]   Color [ALL ⌄]   Sort by [Default ⌄]



## 4.7
⭐⭐⭐⭐⭐
Average Rating

| 5 ⭐ | 2687 |
| 4 ⭐ | 348 |
| 3 ⭐ | 128 |
| 2 ⭐ | 46 |
| 1 ⭐ | 52 |



A***s ⭐⭐⭐⭐⭐                                    👍 Helpful (195)

Apr 21, 2021    Color: Dark Blue    Size: Women: M

Perfect i really love this!!!!

🌐 Translate ⌄




| 2% | 88% | 10% |
|---|---|---|
| Runs Small | True to Size | Runs Large |



A***s ⭐⭐⭐⭐⭐                                          👍 Helpful (53)

Apr 21, 2021     Color: Dark Blue     Size: Boy: 6-7 Years

I love this!!!

🌐 Translate ⌄





A***s ⭐⭐⭐⭐⭐                                          👍 Helpful (30)

Apr 21, 2021     Color: Dark Blue     Size: Men: XL

I love this!!!! Perfect

🌐 Translate ⌄



Total 1087 Pages  ‹  1  2  3  4  5  6  7  8  ...  1086  1087  ›


100% Secured Payments


Customer Service Mail & Telephone


30 Days to change your mind


Highest Quality Guarantee


Download PatPat for iphone

Download PatPat for Android



## Company Info

About Us

Sustainability

Term of Service

Privacy Policy

Community Guidelines

DMCA Policy

How PatPat Works

PatPat Affiliate Program

Influencer Program

Wholesale Program

PatPat Community

Accessibility Statement

## Customer Support

FAQs

Return Policy

Shipping Info

Order Status

Contact Us

## Subscribe Now for Exclusive Sales

Email | Subscribe

By signing up for newsletter, you agree to the Privacy Policy Privacy Policy

Follow us      

PatPat Community: Join PatPat private family community to win freebies & credits!

PatPat is a registered trademark of Interfocus, Inc. United States All Rights Reserved.

**Enable Accessibility**