# EXHIBIT 8C

10/27/22, 10:06 AM  Family Matching Floral Print Sleeveless Dresses and T-shirts Sets Wholesale-Matching outfits wholesale Family-Boii-babiesclothe…

Case: 1:22-cv-02259 Document #: 38-17 Filed: 10/28/22 Page 2 of 7 PageID #:2461

First Order: **$7 OFF over $77 & $17 OFF over $177**



Select Language

HOME (/)  /  WHOLESALE MATCHING OUTFITS FOR 2022 (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)  /
FAMILY MATCHING FLORAL PRINT SLEEVELESS DRESSES AND T-SHIRTS SETS WHOLESALE (/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-SLEEVELESS-DRESSES-AND-T-SHIRTS-SETS-216898).




(/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-SLEEVELESS-DRESSES-AND-T-SHIRTS-SETS-216898)

    

# Family Matching Floral Print Sleeveless Dresses and T-shirts Sets Wholesale

SKU:    1181944

$7.05

Shipping (/policies/shipping-policy) calculated at checkout.

**Color**    Dark Blue/White

**Size**

Baby:3-6M | Baby:6-9M | Baby:9-12M | Baby:12-18M | Baby:18-24M | Boy: 2-3Y | Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Boy: 8-9Y | Girl: 2-3Y | Girl: 3-4Y

Rewards

Wishlist    Cart (/cart)    Search    Shop (/collections/all)

Case: 1:22-cv-02259 Document #: 38-17 Filed: 10/28/22 Page 3 of 7 PageID #:2462

| Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Dad: XXL | Mom: S | Mom: M | Mom: L | Mom: XL |

  −   1   +      ADD TO CART

BUY IT NOW

♡ Add to wishlist

COLLECTIONS:  11/04/2021 (/collections/11-04-2021),  2022/06/29 (/collections/2022-06-29),  5-7.99 (/collections/5-7-99),

Baby Summer Clothes (/collections/baby-summer-clothes),  Best deal trends wholesale clothing (/collections/best-deal-trends-wholesale-clothing),

Dress (/collections/dress),  MATCHING OUTFITS NEW IN (/collections/matching-outfits-new-in),

MATCHING OUTFITS VIEW ALL (/collections/matching-outfits-view-all),

mothers day outfits for mom and baby (/collections/mothers-day-outfits-for-mom-and-baby),  NEW ARRIVALS (/collections/new-arrivals),

Recommended products (Seguno) (/collections/recommended-products-seguno),  Wholesale Family Matching Outfits (/collections/family-matching-outfits),

Wholesale Floral Clothing (/collections/wholesale-floral-clothing),  Wholesale Matching Outfits for 2022 (/collections/wholesale-matching-outfits),

Wholesale Trendy Matching Outfits Clothes (/collections/wholesale-trendy-matching-outfits-clothes)

TAGS:   1 Pieces (/collections/all/1-pieces),   216898 (/collections/all/216898),   5-7.99 (/collections/all/5-7-99),   Baby:12-18M (/collections/all/baby-12-18m),
Baby:18-24M (/collections/all/baby-18-24m),   Baby:3-6M (/collections/all/baby-3-6m),   Baby:6-9M (/collections/all/baby-6-9m),
Baby:9-12M (/collections/all/baby-9-12m),   Boy: 2-3Y (/collections/all/boy-2-3y),   Boy: 3-4Y (/collections/all/boy-3-4y),   Boy: 4-5Y (/collections/all/boy-4-5y),
Boy: 6-7Y (/collections/all/boy-6-7y),   Boy: 8-9Y (/collections/all/boy-8-9y),   cate-Matching outfits (/collections/all/cate-matching-outfits),
cate-Suit (/collections/all/cate-suit),   cate-Whole Family (/collections/all/cate-whole-family),   Cotton (/collections/all/cotton),   Dad: L (/collections/all/dad-l),
Dad: M (/collections/all/dad-m),   Dad: XL (/collections/all/dad-xl),   Dad: XXL (/collections/all/dad-xxl),   Daily (/collections/all/daily),
Dark Blue/white (/collections/all/dark-blue-white),   Girl: 2-3Y (/collections/all/girl-2-3y),   Girl: 3-4Y (/collections/all/girl-3-4y),   Girl: 4-5Y (/collections/all/girl-4-5y),
Girl: 6-7Y (/collections/all/girl-6-7y),   Girl: 8-9Y (/collections/all/girl-8-9y),   Matching outfits (/collections/all/matching-outfits),
Matching outfits Whole Family (/collections/all/matching-outfits-whole-family),
Matching outfits Whole Family Suit (/collections/all/matching-outfits-whole-family-suit),   Mom: L (/collections/all/mom-l),   Mom: M (/collections/all/mom-m),
Mom: S (/collections/all/mom-s),   Mom: XL (/collections/all/mom-xl),   Regular (/collections/all/regular),   Short (/collections/all/short),
Summer (/collections/all/summer),   wholesale220629-6 (/collections/all/wholesale220629-6)

PAYMENT METHODS:

SHARE ON

## Customer Reviews

☆☆☆☆☆  No reviews yet    Write a review

| Description | − |
|---|---|
| Return & exchange | |

### People who bought this product also bought

Rewards

Wishlist | Cart | Search | Shop

10/27/22, 10:06 AM Family Matching Floral Print Sleeveless Dresses and T-shirts-Cats Wholesale Matching outfits Whole Family Suit -babiesclothe…

Case: 1:22-cv-02259 Document #: 38-17 Filed: 10/28/22 Page 4 of 7 PageID #:2463

Family Matching Floral Print Ruffle… (/products/family-matching-floral-print-ruffle-sleeve-dress-and-t-shirt-226710?pr_prod_strat=use_description&pr_rec_id=6c753e396&pr_rec_pid=7219363479727&pr_ref_pid=7300603838639&pr_seq=u

$7.85

Color  Yellow

Size  Girl: 9-12M

1

(/products/family-matching-floral-print-ruffle-sleeve-dress-and-t-shirt-226710?pr_prod_strat=use_description&pr_rec_id=6c753e

Causal Letter Pattern Print Family… (/products/causal-letter-pattern-print-family-matching-tees-230099?pr_prod_strat=use_description&pr_rec_id=6c753e396&pr_rec_pid=7282525438127&pr_ref_pid=7300603838639&pr_seq=u

$6.44

Size  Mom: M

Color  Multicolor

1

(/products/causal-letter-pattern-print-family-matching-tees-230099?pr_prod_strat=use_description&pr_rec_id=6c753e

Family Matching Floral Print Sleeveless… (/products/family-matching-floral-print-sleeveless-dress-and-t-shirt-229847?pr_prod_strat=use_description&pr_rec_id=6c753e396&pr_rec_pid=7262632509615&pr_ref_pid=7300603838639&pr_seq=u

$6.82

Size  Dad: XXL

Color  Multicolor

1

(/products/family-matching-floral-print-sleeveless-dress-and-t-shirt-229847?pr_prod_strat=use_description&pr_rec_id=6c753e

Sweet Love Bear Pattern Print… (/products/sweet-love-bear-pattern-print-family-matching-tees-228746?pr_prod_strat=use_description&pr_rec_id=6c753e396&pr_rec_pid=7241885647023&pr_ref_pid=7300603838639&pr_seq=u

$5.39

Color  Blue

Size  Baby:6-9M

1

Rewards

Wishlist  Cart (/cart)  Search  Shop (/collections/all)

Case: 1:22-cv-02259 Document #: 38-17 Filed: 10/28/22 Page 5 of 7 PageID #:2464

(/cart)                                                                                                                                                                                 (/collections/all)

(/products/sweet-love-bear-pattern-print-family-
matching-tees-228746?
pr_prod_strat=use_description&pr_rec_id=6c753e

**Total: $26.50**

ADD SELECTED TO CART

## You may also like these products



Wholesale Baby Clothes
Babiesclotheswholesale offers wholesale baby clothes online. If you are searching for wholesale children's clothing, wholesale baby clothing vendors, you can check babiesclotheswholesale. We have over 4000 styles and you can find what you like.
Wholesale Childrens clothing
Babiesclotheswholesale also offers urban children's clothing wholesale. Our price is very competitive wholesale price. If you want to find a cheap wholesale clothing supplier, you must check our website.
Wholesale Baby Boy Clothes
You can find the most trendy kids wholesale clothing here, no matter what style you need. You can find cute onesies, sweet baby girl dresses, cool boys sets and fashion girls sets here.
Kids Clothing Vendors
If you are looking for b2b wholesale suppliers, Babiesclotheswholesale is your best choice as our size range runs from newborn to 14-year. No matter you are looking for wholesale boys clothing,wholesale girls clothes, wholesale baby clothes or wholesale toddler clothing. What's more. all stock is affordable children's boutique clothing.
Children's Boutique Wholesale
If you are a boutique owner, you can use Babiesclotheswholesale's dropshipping service. You don' t need to keep stock and your customer will receive packages from Babiesclotheswholesale without knowing our company.
Online Wholesale Clothing
As an online wholesaler, we offer cheap wholesale clothing and our quality is high at the same time. You can rest assured that you can get the hot sale items from us.
wholesale girls clothes
Babiesclotheswholesale has cute wholesale girl dress, onesies, sets and kids accessories wholesale. We hope all girls will be happy when they wear our clothing.
Wholesale Baby Clothes Online
Babiesclotheswholesale offes baby rompers, sets, dresses, and other accessories. What's more, there are many baby gears. Such as feeding supplies, activity supplies and bed products.

Rewards


**Wishlist**


**Cart**
(/cart)


**Search**


**Shop**
(/collections/all)

10/27/22, 10:06 AM  Family Matching Floral Print Sleeveless Dresses and T-shirts Sets Wholesale Matching outfits Whole Family Sets-babiesclothe…

Case: 1:22-cv-02259 Document #: 38-17 Filed: 10/28/22 Page 6 of 7 PageID #:2465

(/cart) (/collections/all)

Select Language

-->            Rewards


Wishlist


Cart
(/cart)


Search


Shop
(/collections/all)

https://www.babiesclotheswholesale.com/collections/wholesale-matching-outfits/products/family-matching-floral-print-sleeveless-dresses-and-t-shirts-s…    5/6

10/27/22, 10:06 AM     Family Matching Floral Print Sleeveless Dresses and T-shirts Sets Wholesale-Matching outfits Whole Family Suit 0-babiesclothe…

Case: 1:22-cv-02259 Document #: 38-17 Filed: 10/28/22 Page 7 of 7 PageID #:2466

 (https://frs.echatsoft.com/visitor/pc/chat.html?companyId=529408&encryptVID=4edmOJ%2F4PTI%3D&chatVisitorId=4195366&echatTag=shopify&lan=en&enterUrl=https%3A%2F%2Fwww.babiesclotheswholesale.com%2Fcollections%2Fwholesale-matching-outfits%2Fproducts%2Ffamily-matching-floral-print-sleeveless-dresses-and-t-shirts-sets-216898&enterTitle=Family%20Matching%20Floral%20Print%20Sleeveless%20Dresses%20and%20T-shirts%20Sets%20Wholesale-Matching%20outfits%20Whole%20Family%20Suit%20-babiesclotheswholesale%20%E2%80%93%20Babiesclotheswholesale&firstUrl=https%3A%2F%2Fwww.babiesclotheswholesale.com%2Fcollections%2Fwholesale-matching-outfits%2Fproducts%2Ffamily-matching-floral-print-sleeveless-dresses-and-t-shirts-sets-216898&firstTitle=Family%20Matching%20Floral%20Print%20Sleeveless%20Dresses%20and%20T-shirts%20Sets%20Wholesale-Matching%20outfits%20Whole%20Family%20Suit%20-babiesclotheswholesale%20%E2%80%93%20Babiesclotheswholesale&referrer=https%3A%2F%2Fwww.babiesclotheswholesale.com%2Fcollections%2Fwholesale-matching-outfits%2Fproducts%2Ffamily-matching-floral-print-ruffle-sleeve-dress-and-t-shirt-226710&fromHost=https%3A%2F%2Fwww.babiesclotheswholesale.com&dataHost=https%3A%2F%2Fr.echatsoft.com)

电商客服系统 (https://www.echatsoft.com)

Rewards


**Wishlist**


0
**Cart**
(/cart)


**Search**

**Shop**
(/collections/all)