# EXHIBIT 9B

