# EXHIBIT 9C

10/27/22, 10:08 AM          Parent-child 1 Piece Solid Color Slip Dress or Baby Bodysuit Wholesale-Matching outfits Mother&Baby Clothes Dress -babiescl…

Case: 1:22-cv-02259 Document #: 38-20 Filed: 10/28/22 Page 2 of 7 PageID #:2475

First Order: **$7 OFF over $77 & $17 OFF over $177**






(/)

Select Language

HOME (/)  /  WHOLESALE MATCHING OUTFITS FOR 2022 (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)  /
PARENT-CHILD 1 PIECE SOLID COLOR SLIP DRESS OR BABY BODYSUIT WHOLESALE (/PRODUCTS/PARENT-CHILD-1-PIECE-SOLID-COLOR-SLIP-DRESS-OR-BABY-BODYSUIT-194371)



## Parent-child 1 Piece Solid Color Slip Dress or Baby Bodysuit Wholesale

SKU:    992693

$8.10

Shipping (/policies/shipping-policy) calculated at checkout.

Color    Pink    Light Blue    Light Green

Rewards

Size

Girl: 0-3M   Girl: 3-6M   Girl: 6-9M   Girl: 9-12M   Girl: 12-18M   Girl: 2-3Y   Girl: 3-4Y   Girl: 4-5Y   Girl: 6-7Y   Girl: 8-9Y   Mom: S   Mom: M   Mom: L   Mom: XL



10/27/22, 10:08 AM    Parent-child 1 Piece Solid Color Slip Dress or Baby Bodysuit Wholesale-Matching outfits Mother Baby Clothes Dress -babiescl…

Case: 1:22-cv-02259 Document #: 38-20 Filed: 10/28/22 Page 3 of 7 PageID #:2476

(/cart)                                                                                                    (/collections/all)

BUY IT NOW

♡ Add to wishlist

COLLECTIONS:   03/30/2022 (/collections/03-30-2022),   11/04/2021 (/collections/11-04-2021),   2022/06/30 (/collections/2022-06-30),   5-7.99 (/collections/5-7-99),
Baby Summer Clothes (/collections/baby-summer-clothes),   Best deal trends wholesale clothing (/collections/best-deal-trends-wholesale-clothing),
Blank Baby Clothes (/collections/blank-baby-clothes),   Dress (/collections/dress),   MATCHING OUTFITS NEW IN (/collections/matching-outfits-new-in),
MATCHING OUTFITS VIEW ALL (/collections/matching-outfits-view-all),
mothers day outfits for mom and baby (/collections/mothers-day-outfits-for-mom-and-baby),   NEW ARRIVALS (/collections/new-arrivals),
Recommended products (Seguno) (/collections/recommended-products-seguno),   wholesale Basic Clothing (/collections/wholesale-basic-clothing),
Wholesale Matching Outfits for 2022 (/collections/wholesale-matching-outfits),   Wholesale Mommy And Me Outfits (/collections/mommy-and-me-outfits),
Wholesale Trendy Matching Outfits Clothes (/collections/wholesale-trendy-matching-outfits-clothes)

TAGS:    1 Pieces (/collections/all/1-pieces),   194371 (/collections/all/194371),   5-7.99 (/collections/all/5-7-99),   cate-Dress (/collections/all/cate-dress),
cate-Matching outfits (/collections/all/cate-matching-outfits),   cate-Mother Baby Clothes (/collections/all/cate-mother-baby-clothes),   Daily (/collections/all/daily),
Girl: 0-3M (/collections/all/girl-0-3m),   Girl: 12-18M (/collections/all/girl-12-18m),   Girl: 2-3Y (/collections/all/girl-2-3y),   Girl: 3-4Y (/collections/all/girl-3-4y),
Girl: 3-6M (/collections/all/girl-3-6m),   Girl: 4-5Y (/collections/all/girl-4-5y),   Girl: 6-7Y (/collections/all/girl-6-7y),   Girl: 6-9M (/collections/all/girl-6-9m),
Girl: 8-9Y (/collections/all/girl-8-9y),   Girl: 9-12M (/collections/all/girl-9-12m),   Light Blue (/collections/all/light-blue),   Light Green (/collections/all/light-green),
Linen (/collections/all/linen),   Matching outfits (/collections/all/matching-outfits),
Matching outfits Mother Baby Clothes (/collections/all/matching-outfits-mother-baby-clothes),
Matching outfits Mother Baby Clothes Dress (/collections/all/matching-outfits-mother-baby-clothes-dress),   Mom: L (/collections/all/mom-l),
Mom: M (/collections/all/mom-m),   Mom: S (/collections/all/mom-s),   Mom: XL (/collections/all/mom-xl),   Pink (/collections/all/pink),   Regular (/collections/all/regular),
Summer (/collections/all/summer),   Whalen (/collections/all/whalen),   wholesale220630-4 (/collections/all/wholesale220630-4)

PAYMENT METHODS:

SHARE ON
(//WWW.FACEBOOK.COM/SHARER/SHARER.PHP? (//TWITTER.COM/SHARE? (//PINTEREST.COM/PIN/CREATE/BUTTON/?
U=HTTPS%3A%2F%2FWWW.BABIESCLOTHESWHOLESALE.COM%2FPRODUCTS%2FPARENT-TEXT=PARENT-CHILD+1+PIECE+SOLID+COLOR+SLIP+DRESS+OR+BABY+BODYSUIT+WHOLESALE&URL=HTTPS%3A%2F%2FWWW.BABIESCLOTHESWHOLESALE.COM/PRODUCTS/PARENT-
CHILD-1-PIECE-SOLID-COLOR-SLIP-DRESS-OR-BABY-BODYSUIT-CHILD-1-PIECE-SOLID-COLOR-SLIP-DRESS-OR-BABY-BODYSUIT-WHOLESALE(194371)
WHOLESALE(194371)&MEDIA=//CDN.SHOPIFY.COM/S/FILES/1/0585/1191/7231/PRODUCTS/6512825E-5937-3BDB-A070-
78B365099F9A_1024X1024.JPG?V=1659073809&DESCRIPTION=PARENT-CHILD%201%20PIECE%20SOLID%20COLOR%20SLIP%20DRESS%20OR%20BABY%20BODYSUIT%20WHOLESALE)

## Customer Reviews

 No reviews yet          Write a review

| Description | — |
|---|---|
| Return & exchange | |

### People who bought this product also bought

Rewards

 Wishlist           Cart (/cart)           Search           Shop (/collections/all)

10/27/22, 10:08 AM    Parent-child 1-Piece Solid Color Slip Dress or Baby Bodysuit Wholesale Matching outfits Mother Baby Clothes Dress -babiescl…

Case: 1:22-cv-02259 Document #: 38-20 Filed: 10/28/22 Page 4 of 7 PageID #:2477

Sweet Floral Print Sleeveless Dress… (/products/sweet-floral-print-sleeveless-dress-for-mom-and-me-229999?pr_prod_strat=copurchase&pr_rec_id=d341dbcae&pr_rec_pid=7274805493935&pr_ref_pid=7304668020911&pr_seq=unifo

$10.57

Color   Pink
Size    Mom: S

1

(/products/sweet-floral-print-sleeveless-dress-for-mom-and-me-229999?pr_prod_strat=copurchase&pr_rec_id=d341dbcae&

Burgundy Solid Color Suspender Dress… (/products/burgundy-solid-color-suspender-dress-for-mother-and-daughter-181737?pr_prod_strat=use_description&pr_rec_id=d341dbcae&pr_rec_pid=7302996197551&pr_ref_pid=7304668020911&pr_seq=ur

$7.59

Color   Burgundy
Size    Girl: 12-18M

1

(/products/burgundy-solid-color-suspender-dress-for-mother-and-daughter-181737?pr_prod_strat=use_description&pr_rec_id=d341db

hibobi Girl Baby Pastoral Floral… (/products/hibobi-girl-baby-pastoral-floral-fly-sleeve-jumpsuit-headband-225422?pr_prod_strat=copurchase&pr_rec_id=d341dbcae&pr_rec_pid=7240053719215&pr_ref_pid=7304668020911&pr_seq=unifor

$7.42

Color   Green
Size    0-3 Months

1

(/products/hibobi-girl-baby-pastoral-floral-fly-sleeve-jumpsuit-headband-225422?pr_prod_strat=copurchase&pr_rec_id=d341dbcae&

Summer Striped Dress Mother Baby… (/products/summer-striped-dress-mother-baby-clothes-157568?pr_prod_strat=use_description&pr_rec_id=d341dbcae&pr_rec_pid=7299330113711&pr_ref_pid=7304668020911&pr_seq=uni

$5.88

Color   Black
Size    Girl: 12-18M

1

Rewards

Wishlist    Cart (/cart)   Search    Shop (/collections/all)

(/cart)                                                                                                                    (/collections/all)

(/products/summer-striped-dress-mother-baby-clothes-157568?pr_prod_strat=use_description&pr_rec_id=d341db)

**Total: $31.46**

ADD SELECTED TO CART

## You may also like these products



Wholesale Baby Clothes
Babiesclotheswholesale offers wholesale baby clothes online. If you are searching for wholesale children's clothing, wholesale baby clothing vendors, you can check babiesclotheswholesale. We have over 4000 styles and you can find what you like.
Wholesale Childrens clothing
Babiesclotheswholesale also offers urban children's clothing wholesale. Our price is very competitive wholesale price. If you want to find a cheap wholesale clothing supplier, you must check our website.
Wholesale Baby Boy Clothes
You can find the most trendy kids wholesale clothing here, no matter what style you need. You can find cute onesies, sweet baby girl dresses, cool boys sets and fashion girls sets here.
Kids Clothing Vendors
If you are looking for b2b wholesale suppliers, Babiesclotheswholesale is your best choice as our size range runs from newborn to 14-year. No matter you are looking for wholesale boys clothing,wholesale girls clothes, wholesale baby clothes or wholesale toddler clothing. What's more. all stock is affordable children's boutique clothing.
Children's Boutique Wholesale
If you are a boutique owner, you can use Babiesclotheswholesale's dropshipping service. You don' t need to keep stock and your customer will receive packages from Babiesclotheswholesale without knowing our company.
Online Wholesale Clothing
As an online wholesaler, we offer cheap wholesale clothing and our quality is high at the same time. You can rest assured that you can get the hot sale items from us.
wholesale girls clothes
Babiesclotheswholesale has cute wholesale girl dress, onesies, sets and kids accessories wholesale. We hope all girls will be happy when they wear our clothing.
Wholesale Baby Clothes Online
Babiesclotheswholesale offes baby rompers, sets, dresses, and other accessories. What's more, there are many baby gears. Such as feeding supplies, activity supplies and bed products.

Rewards


**Wishlist**


**Cart**
(/cart)


**Search**


**Shop**
(/collections/all)

(/cart) (/collections/all)

Select Language

Rewards

-->


**Wishlist**


**Cart**
(/cart)


**Search**


**Shop**
(/collections/all)

 (https://frs.echatsoft.com/visitor/pc/chat.html?companyId=529408&encryptVID=4edmOJ%2F4PTI%3D&chatVisitorId=4195366&echatTag=shopify&lan=en&enterUrl=https%3A%2F%2Fwww.babiesclotheswholesale.com%2Fwholesale-matching-outfits%2Fproducts%2Fparent-child-1-piece-solid-color-slip-dress-or-baby-bodysuit-194371&enterTitle=Parent-child%201%20Piece%20Solid%20Color%20Slip%20Dress%20or%20Baby%20Bodysuit%20Wholesale-Matching%20outfits%20Mother%20Baby%20Clothes%20Dress%20-babiesclotheswholesale%20%E2%80%93%20Babiesclotheswholesale&firstUrl=https%3A%2F%2Fwww.babiesclotheswholesale.com%2Fcollections%2Fwholesale-matching-outfits%2Fproducts%2Ffamily-matching-floral-print-sleeveless-dresses-and-t-shirts-sets-216898&firstTitle=Family%20Matching%20Floral%20Print%20Sleeveless%20Dresses%20and%20T-shirts%20Sets%20Wholesale-Matching%20outfits%20Whole%20Family%20Suit%20-babiesclotheswholesale%20%E2%80%93%20Babiesclotheswholesale&referrer=https%3A%2F%2Fwww.babiesclotheswholesale.com%2Fcollections%2Fwholesale-matching-outfits%2Fproducts%2Ffamily-matching-floral-print-ruffle-sleeve-dress-and-t-shirt-226710&fromHost=https%3A%2F%2Fwww.babiesclotheswholesale.com&dataHost=https%3A%2F%2Ffr.echatsoft.com)

电商客服系统 (https://www.echatsoft.com)

Rewards


**Wishlist**


0
**Cart** (/cart)


**Search**


**Shop** (/collections/all)