**EXHIBIT D**

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
### Eastern Division

R−Boc Representatives, Inc.
                        Plaintiff,

v.                                                Case No.: 1:11−cv−08433
                                                       Honorable Jeffrey Cole

John T. Minemyer
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 29, 2012:

      MINUTE entry before Honorable Jeffrey Cole:Magistrate Judge Status hearing held and continued to 11/13/2012 at 10:00 AM. Motion hearing held. Dura−Line's motion for a protective order is granted in party and denied in part. The Local Patent Rules shall govern the proceedings in 11 C 8433.Minemyer shall comply with the Local Patent Rules and shall supply its infringement contentions by 11/12/2012. The R−Boc parties shall comply with outstanding discovery by 11/12/2012. The R−Boc parties' motion that invoices and confirmations be covered by an attorneys' eyes only designation is denied. The request that financial information, if any, be subject to such a designation is granted.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.