# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| InterFocus Inc., ) <br> a California Corporation ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Hangzhou Hibabi Technology Co., Ltd., ) <br> and Hibobi Technology Ltd., ) <br> ) <br>       Defendants. ) <br> _____ ) | Case No. 1:22-cv-02259 <br><br> Hon. Steven C. Seeger |

## [PARTIES PROPOSED] SCHEDULING ORDER UNDER RULE 16(b)

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Plaintiff Proposed Deadline | Defendants Proposed Deadline |
|---|---|---|
| Amendment to the pleadings | December 15, 2022 | June 2, 2023 |
| Service of process on any "John Does" | N/A | N/A |
| Completion of Fact Discovery | March 31, 2023 | December 15, 2023 |
| Disclosure of Plaintiff's Expert Report(s) | May 1, 2023 | January 15, 2024 |
| Deposition of Plaintiff's Expert | May 22, 2023 | February 15, 2024 |
| Disclosure of Defendant's Expert Report(s) | June 5, 2023 | March 15, 2024 |
| Deposition of Defendant's Expert | June 19, 2023 | April 15, 2024 |
| Dispositive Motions | July 24, 2023 | May 15, 2024 |

2

Date: November ___, 2022

							_____

							Steven C. Seeger
							United States District Judge

2