## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Interfocus Inc.

                        Plaintiff,

v.                                                            Case No.: 1:22–cv–02259
                                                               Honorable Steven C. Seeger

The Defendants Identified in Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 7, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Defendants' motion to dismiss (Dckt. No. [36]) is hereby denied. Defendants argue that the complaint is not specific enough because it referred generally to "images on Defendant's website," and to "Counterfeit InterFocus Products." But a lack of specificity is a reason to serve discovery, or perhaps file a motion for a more definite statement. The complaint is not granular, but it offers enough details to overcome the low hurdle of Rule 12(b)(6). Defendants' motion to seal (Dckt. No. [35]) is hereby granted. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.