## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Interfocus Inc.

                        Plaintiff,

v.                                       Case No.: 1:22–cv–02259
                                                           Honorable Steven C. Seeger

The Defendants Identified in Schedule A, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 7, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for a protective order (Dckt. No. [41]) is hereby granted. For now, the Court adopts the version proposed by Plaintiff, because the version offered by Defendants seems unduly restrictive. Defendants' version reads as if any confidential information (e.g., anything that is "not generally known to others and has significant competitive value") is presumptively entitled to the highest level of confidentiality protection. Down the road, if Defendants can offer a specific reason why a particular document, or a particular category of documents, cannot be shared with anyone other than lawyers, the Defendants can file a motion. But for now, the Court adopts the less restrictive version. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.