## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Interfocus Inc.

                                        Plaintiff,

v.                                                      Case No.: 1:22–cv–02259
                                                        Honorable Steven C. Seeger

The Defendants Identified in Schedule A, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 8, 2022:

     MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint initial status report. (Dckt. No. [42]) This Court directed the parties to provide answers to a specific list of questions. One of the questions required Defendants to describe their affirmative defenses and counterclaims. Defendants responded that they "reserve the right to assert affirmative defenses and counterclaims." That non–responsive response tells this Court one of two things (if not both). One option is that Defendants decided that answering this Court's questions was not worth the trouble. Another option is that Defendants don't have any defenses. Defendants gave that answer a number of times, which tells this Court that Defendants did not participate in good faith. The Court adopts Plaintiff's proposed schedule. Fact discovery will close by March 31, 2023. Scheduling Order to follow. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.