UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| InterFocus Inc., a California Corporation, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | Case No. 1:22-cv-02259 |
| v. | ) ) | Hon. Steven C. Seeger |
| Hangzhou Hibabi Technology Co., Ltd., and Hibobi Technology Ltd., | ) ) ) | |
| Defendants. | ) ) | |

## SCHEDULING ORDER UNDER RULE 16(b)

The Court received the parties' Joint Initial Status Report, which contained a proposed discovery plan as required by Rule 26(f)(2). Based on the discovery plan proposed by the parties, the Court hereby sets the following scheduling order under Rule 16(b). The Court will modify this schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

| Event | Plaintiff Proposed Deadline |
|---|---|
| Amendment to the pleadings | December 15, 2022 |
| Service of process on any "John Does" | N/A |
| Completion of Fact Discovery | March 31, 2023 |
| Disclosure of Plaintiff's Expert Report(s) | May 1, 2023 |
| Deposition of Plaintiff's Expert | May 22, 2023 |
| Disclosure of Defendant's Expert Report(s) | June 5, 2023 |
| Deposition of Defendant's Expert | June 19, 2023 |
| Dispositive Motions | July 24, 2023 |

Date: November 8, 2022

Steven C. Seeger
United States District Judge

2