## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Interfocus Inc.

                              Plaintiff,

v.                                          Case No.: 1:22−cv−02259
                                                   Honorable Steven C. Seeger

The Defendants Identified in Schedule A, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 14, 2022:

        MINUTE entry before the Honorable Steven C. Seeger: Defendants' motion to supplement the joint initial status report (Dckt. No. [49]) is hereby denied. Defendants basically explain that they were still gathering evidence about the case. That's a reason to ask for more time. That's not a reason to phone it in when doing a court filing. To be clear, this Court has not barred Defendants from advancing defenses. This Court simply noted that Defendants made no apparent effort to articulate them in the Court−ordered filing. Going forward, the Court expects full compliance with Court deadlines. The Scheduling Order (Dckt. No. [47]) remains in place. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.