# EXHIBIT 1A

**Registration #:** VA0002282656
**Service Request #:** 1-11092102841



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-282-656

**Effective Date of Registration:**
January 17, 2022
**Registration Decision Date:**
January 18, 2022

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** September 02, 2021 to December 23, 2021

**Title** _____

| | |
|---|---|
| **Title of Group:** | 1-11092102841_2021PATPAT_Published_750 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** 17237031(1), 17237031(10), 17237031(11), 17237031(13), 17237031(15), 17237031(2), 17237031(4), 17237031(6), 17237031(8),
  **Published:** September 2021

- **Individual Photographs:** 17375873 (1), 17375873 (10), 17375873 (13), 17375873 (3), 17375873 (4), 17375873 (5), 17375873 (6), 17375873 (7),
  **Published:** October 2021

- **Individual Photographs:** 17374720 (1), 17374720 (2), 17374720 (5), 17374720 (7), 17374720, 17374721 (4), 17374721 (5), 17374721 (6), 17374721 (9), 17374878 (1), 17374878 (4), 17374878 (5),

17374878 (6),
17374878(1),
17374878(2),
17374878,
17374978 (10),
17374978 (13),
17374978 (2),
17374978 (5),
17374978 (6),
17375083(1),
17375083(2),
17375083(3),
17375106 (1),
17375106 (5),
17375106 (6),
17375106 (7),
17375355 (2),
17375355 (3),
17375355 (5),
17375731 (10),
17375731 (2),
17375731 (3),
17375731 (5),
17375731 (7),
17375731 (8),
17375731 (9),
17375731(1),
17376687 (1),
17376687 (10),
17376687 (11),
17376687 (12),
17376687 (13),
17376687 (20),
17376687 (21),
17376687 (8),
17376687 (9),
17376835 (1),
17376835 (2),
17376835 (3),
17376835 (7),
17376835 (8),
17376946 (1),
17376946 (11),
17376946 (12),
17376946 (14),
17376946 (2),
17376946 (4),
17376946 (6),
17376946 (8),
17377418 (1),
17377418 (5),
17377506 (1),
17377506 (2),
17377640 (1),
17377640 (11),
17377640 (12),
17377640 (16),
17377640 (20),



17377640 (21),
17377640 (22),
17377640 (26),
17377640 (5),
17377640 (6),
17377640 (7),
17378270 (1),
17378270 (5),
17378611 (1),
17378611 (3),
17378930 (1),
17378930 (2),
17378930 (6),
17378930 (8),
17379210 (1),
17379210 (11),
17379210 (12),
17379210 (14),
17379210 (15),
17379210 (16),
17379210 (17),
17379210 (18),
17379210 (19),
17379210 (2),
17379210 (3),
17379210 (5),
17379210 (6),
17379210 (7),
17379210 (8),
17379210 (9),
17379680(1),
17379680(2),
17382503 (1),
17382503 (2),
17383158 (1),
17383158 (11),
17383158 (3),
17383158 (5),
17383158 (7),
17383158 (8),
17383158 (9),
17384445 (1),
17384445 (3),
17384445 (5),
17384527 (1)_1,
17384527 (10),
17384527 (10)_1,
17384527 (2),
17384527 (3)_1,
17384527 (4),
17384527 (5),
17384527 (5)_1,
17384527 (6)_1,
17384527 (7)_1,
17384527 (8)_1,
17384527 (9),
17384527,
17384987 (1),

17384987 (2),
17384987 (3),
17385025 (1),
17385025 (12),
17385025 (13),
17385025 (14),
17385025 (2),
17385025 (7),
17385025 (8),
17385687 (1),
17385687 (5),
17386256 (1),

**Published:** November 2021

- **Individual Photographs:** 17386256 (2),
17386320(1),
17386320(2),
17386320(3),
17386320(4),
17386320(5),
17386320(6),
17386607(1),
17386607(2),
17386909 (1),
17386909 (11),
17386909 (12),
17386909 (13),
17386909 (14),
17386909 (15),
17386909 (16),
17387059 (1),
17387059 (10),
17387059 (2),
17387059 (3),
17387059 (4),
17387059 (5),
17387059 (6),
17387059 (7),
17387059 (8),
17387059 (9),
17387318 (1),
17387318 (2),
17387318 (3),
17388176 (1),
17388176 (10),
17388176 (11),
17388176 (12),
17388176 (16),
17388176 (5),
17388176 (6),
17388609 (2),
17388609 (3),
17367364 (6),
17367364 (7),
17367364 (8),
17369138 (1),
17369138 (2),
17369138 (3),



17369138 (4),
17369172 (1),
17369172 (2),
17369172 (3),
17369172 (4),
17369197(1),
17369197(2),
17369197(3),
17369197(4),
17369197(5),
17369197(6),
17369197(7),
17369197(8),
17369197(9),
17369204 (1),
17369204 (2),
17369204 (3),
17369204 (4),
17369204 (5),
17370833 (1),
17370833 (2),
17370833 (3),
17370833 (4),
17370833 (5),
17370833 (6),
17370833 (7),
17370833 (8),
17370833 (9),
17371049 (1),
17371049 (2),
17371049 (3),
17371595 (1),
17371595 (2),
17371595 (3),
17372136 (1),
17372136 (2),
17372136 (3),
17372136 (4),
17372929 (1),
17372929 (10),
17372929 (11),
17372929 (2),
17372929 (3),
17372929 (4),
17372929 (5),
17372929 (6),
17372929 (7),
17372929 (8),
17372929 (9),
17373000 (1),
17373000 (2),
17373000 (3),
17373000 (4),
17373000 (5),
17373000 (6),
17373000 (7),
17373962 (1),
17373962 (2),

17373962 (3),
17374396 (1),
17374396 (2),
17374396 (3),
17374396 (4),
17374408 (1),
17374408 (2),
17374601 (1),
17374601 (2),
17375083 (1),
17375083 (2),
17375083 (3),
17375382 (1),
17375382 (2),
17375382 (3),
17375518 (1),
17375518 (10),
17375518 (2),
17375518 (3),
17375518 (4),
17375518 (5),
17375518 (6),
17375518 (7),
17375518 (8),
17375518 (9),
17376766(1),
17376766(2),
17376766(3),

**Published:** November 2021

- **Individual Photographs:** 17376779 (1),
17376779 (2),
17376779 (3),
17377176 (1),
17377176 (2),
17377176 (3),
17377176 (4),
17377279 (1),
17377279 (2),
17377279 (3),
17377584 (1),
17377584 (2),
17377584 (3),
17377584 (4),
17377644 (1),
17377644 (2),
17377644 (3),
17377644 (4),
17377644 (5),
17377644 (6),
17377644 (7),
17377644 (8),
17378049 (1),
17378049 (2),
17378273 (1),
17378273 (2),
17378273 (3),
17378273 (4),



17378273 (5),
17378273 (6),
17378273 (7),
17378442 (1),
17378442 (2),
17378442 (3),
17378979 (1),
17378979 (10),
17378979 (2),
17378979 (3),
17378979 (4),
17378979 (5),
17378979 (6),
17378979 (7),
17378979 (8),
17378979 (9),
17379678 (1),
17379678 (2),
17379678 (3),
17379678 (4),
17379678 (5),
17379678 (6),
17382403 (1),
17382403 (2),
17382403 (3),
17382403 (4),
17382403 (5),
17382403 (6),
17382403 (7),
17382403 (8),
17382432 (1),
17382432 (2),
17382432 (3),
17382498 (1),
17382498 (2),
17382498 (3),
17382498 (4),
17382498 (5),
17382498 (6),
17382498 (7),
17382498 (8),
17383158 (1),
17383158 (2),
17383158 (3),
17383158 (4),
17383158 (5),
17383158 (6),
17383158 (7),
17383158 (8),
17383551 (1),
17383551 (2),
17383551 (3),
17383551 (4),
17383551 (5),
17383747 (1),
17383747 (2),
17383747 (3),
17383747 (4),

17383747 (5),
17383747 (6),
17383916 (1),
17383916 (10),
17383916 (11),
17383916 (2),
17383916 (3),
17383916 (4),
17383916 (5),
17383916 (6),
17383916 (7),
17383916 (8),
17383916 (9),
17384990 (1),
17384990 (2),
17384990 (3),
17384990 (4),
17384990 (5),
17384990 (6),
17384990 (7),
17384990 (8),
17385239(1),
17385239(2),
17385239(3),
17385239(4),
17385239(5),
17385239(6),
17385239(7),
17385242 (1),
17385242 (2),
17385242 (3),
17385242 (4),
17385242 (5),
17385348 (1),
17385348 (10),
17385348 (11),
17385348 (2),
17385348 (3),
17385348 (4),
17385348 (5),
17385348 (6),
17385348 (7),
17385348 (8),
17385348 (9),

**Published:** November 2021

- **Individual Photographs:** 17385796 (1),
17385796 (2),
17385796 (3),
17385908 (1),
17385908 (2),
17385908 (3),
17385908 (4),
17385908 (5),
17385908 (6),
17379667 (1),
17379667 (4),
17379667 (6),



17379681 (2),
17379681 (5),
17379681 (6),
17386335 (1),
17386335 (5),
17386335 (7),
17386335 (9),
17372213 (1),
17372213 (10),
17372213 (11),
17372213 (12),
17372213 (13),
17372213 (9),

**Published:** November 2021

- **Individual Photographs:** 17377485 (1),
17377485 (3),
17377485 (4),
17377594 (1),
17377594 (13),
17377594 (14),
17377594 (18),
17377594 (19),
17377594 (4),
17377594 (5),
17377594 (8),
17377594 (9),
17377829 (4),
17377829 (5),
17377917 (2),
17377917 (5),
17382470,
17383335 (13),
17383335 (14),
17383335 (15),
17383335 (16),
17383335 (2),
17383335 (3),
17383335 (6),
17383356 (1),
17383356 (5),
17383687 (1),
17383687 (13),
17383687 (14),
17383687 (17),
17383687 (3),
17383687 (8),
17383687 (9),
17384160 (1),
17384160 (12),
17384160 (14),
17384160 (15),
17384160 (16),
17384160 (4),
17384160 (8),
17384449 (1),
17384449 (10),
17384449 (12),

17384449 (14),
17384449 (16),
17384449 (5),
17384449 (6),
17384449 (9),
17384534 (1),
17384534 (10),
17384534 (11),
17384534 (12),
17384534 (13),
17384534 (3),
17384534 (6),
17384534 (8),
17384534 (9),
17385233 (1),
17385233 (10),
17385233 (11),
17385233 (2),
17385233 (6),
17385326 (1),
17385326 (5),
17385516 (1),
17385516 (5),
17385517 (1),
17385517 (2),
17385518 (1),
17385518 (5),
17385521 (1),
17385521 (5),
17385523 (1),
17385523 (2),
17386095 (1),
17386095 (5),
17387189 (1),
17387189 (3),
17387189 (4),
17387189 (5),
17387630 (1),
17387630 (2),
17387704 (1),
17387704 (2),
17387704 (5),
17387942 (1),
17387942 (10),
17387942 (13),
17387942 (14),
17387942 (15),
17387942 (2),
17387942 (3),
17387942 (4),
17387942 (5),
17387942 (8),
17387942 (9),
17388241 (1),
17388241 (2),
17388241 (3),
17388241 (4),
17388241 (5),



17388241 (6),
17388241 (7),
17388241 (9),
17388301 (1),
17388301 (10),
17388301 (12),
17388301 (13),
17388301 (15),
17388301 (16),
17388301 (17),
17388301 (2),
17388301 (3),
17388301 (4),
17388301 (5),
17388301 (6),
17388301 (8),
17388301 (9),
17388301,
17388394 (11),
17388394 (2),
17388394 (3),
17388394 (4),
17388394 (7),
17388394 (8),
17388488 (1),
17388488 (2),
17388488 (3),
17388488 (4),
17388543 (11),

**Published:**      December 2021

- **Individual Photographs:**      17388543 (2),
17388543 (4),
17388543 (6),
17388543 (9),
17388566 (1),
17388566 (5),
17388568 (1),
17388568 (2),
17388568 (5),
17388980 (1),
17388980 (3),
17389020 (1),
17389020 (2),
17389020 (3),
17389020 (6),
17389020 (7),
17371584 (1),
17371584 (2),
17372940 (1),
17372940 (2),
17372940 (3),
17372940 (4),
17372940 (5),
17372940 (6),
17376906 (1),
17376906 (2),
17376906 (3),

17376906 (4),
17376906 (5),
17376906 (6),
17377472 (1),
17377472 (2),
17377472 (3),
17377472 (4),
17378007 (1),
17378007 (2),
17378007 (3),
17378007 (4),
17378007 (5),
17378007 (6),
17379051 (1),
17379051 (2),
17379051 (3),
17379051 (4),
17379051 (5),
17379051 (6),
17379051 (7),
17379346 (1),
17379346 (2),
17379346 (3),
17379346 (4),
17379346 (5),
17383116 (1),
17383116 (2),
17383116 (3),
17383116 (4),
17383116 (5),
17383116 (6),
17383116 (7),
17383116 (8),
17383660 (1),
17383660 (2),
17383660 (3),
17383660 (4),
17383660 (5),
17383660 (6),
17383660 (7),
17383660 (8),
17383660 (9),
17385943 (1),
17385943 (2),
17385943 (3),
17385943 (4),
17385943 (5),
17385943 (6),
17385943 (7),
17385943 (8),
17385958 (1),
17385958 (2),
17385958 (3),
17385958 (4),
17385958 (5),
17385958 (6),
17386463 (1),
17386463 (2),



17386463 (3),
17386463 (4),
17386463 (5),
17386463 (6),
17386463 (7),
17386482 (1),
17386482 (2),
17386482 (3),
17386482 (4),
17386482 (5),
17387860 (1),
17387860 (2),
17387860 (3),
17387860 (4),
17387860 (5),
17387981 (1),
17387981 (2),
17387981 (3),
17387981 (4),
17387981 (5),
17387981 (6),
17388568 (1),
17388568 (10),
17388568 (2),
17388568 (3),
17388568 (4),
17388568 (5),
17388568 (6),
17388568 (7),
17388568 (8),
17388568 (9),
17390025 (1),
17390025 (2),
17390025 (3),
17390025 (4),
17390025 (5),
17390025 (6),
17390025 (7),
17390518 (1),
17390518 (2),
17390518 (3),
17390518 (4),
17390518 (5),
17390518 (6),
17390518 (7),

**Published:** December 2021

- **Individual Photographs:** 17390518 (8),
17390518 (9),
17371489 (1),
17371489 (2),
17371489 (5),
17371949 (1),
17371949 (5),
17385558 (1),
17385558 (2),
17385558 (6),
17387471 (1),

17387471 (10),
17387471 (11),
17387471 (2),
17387471 (6),
17388439 (3),
17388439 (4),
17388439 (6),
17388439 (7),
17388439 (8),
17388468 (1),
17388468 (5),
17389557 (1),
17389557 (10),
17389557 (11),
17389557 (2),
17389557 (6),
17389557 (7),
17389557 (8),
17389557 (9),
17389805 (1),
17389805 (17),
17389805 (18),
17389805 (20),
17389805 (22),
17389805 (24),
17389805 (25),
17389805 (27),
17389805 (28),
17389805 (30),
17390890 (1)_1,
17390890 (5)_1,
17390890 (6)_1,
17372399 (1),
17372399 (2),
17372399 (3),
17374096 (1),
17374096 (4),

**Published:** December 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** September 02, 2021
**Latest Publication Date in Group:** December 23, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** United States



## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date**: January 11, 2022

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 1B





# EXHIBIT 1C

Page Vault

| | |
|---|---|
| Document title: | Stylish Leopard Color Matching Long Sleeve for Mom and Me Only $6.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Stylish-Leopard-Color-Matching-Long-Sleeve-for-Mom-and-Me-442855.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 06:10:15 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 06:13:50 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 10 |
| Capture ID: | 5b3dd86d-cff6-4887-bf2e-2027acd6b6d7 |
| User: | pp-zchen |

PDF REFERENCE #:     vJ5qff6uCoYgBTMU2a3Ake

English · USD · 🇺🇸 United States

Free Shipping On Orders Over $45.00

Order Status    FAQs

**PatPat** Cute, Quality, Great Price

🔍 Search

👤 SIGN IN    ♡ FAVORITES    🛍 BAG

Baby    Toddler    Matching Outfits    Kids    Women    Shoes & Accessories    Home & Baby Gear    Licensed Characters    Curve + Plus

Stylish Leopard Color Matching Long Sleeve for Mom and Me

Price    **$6.99**

or 4 interest-free payments of **$1.75**  Get $5 back on your first purchase with 🟣 sezzle ⓘ

Color    🐾 Brown

Size    Girls
[ 2 Years ]  [ 4-5 Years ]  [ 4-7 Years ]

Size Chart

Women's
[ S ]  [ M ]  [ L ]  [ XL ]

Qty    [ − ]  [ 1 ]  [ + ]

Status    **In Stock**

Add to Bag

16238 liked

✓ Norton

Description

* Please add each size separately to your shopping cart
* Highlights: Lace design on the back of the long sleeve
* Include: 1 Top (Without pants)
Detail
* Fit Type: Regular Fit
* Length: Regular
* Fabric: Fabric has some stretch
Material&Care
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Show More

Free Shipping On Orders Over $45.00                                    +

30 Days Return                                                        +

100% Secured Payments                                                +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

All Reviews (489)

**4.7**
★★★★★
Average Rating

5★ ████████████ 391
4★ ██ 53
3★ █ 28
2★ 6
1★ █ 11

★★★★★
sehr schön

👍 Helpful ⓘ

N***a
Feb 17, 2022

Show More

You May Also Like

-29%        -60%


$4.79 $6.99
Leopard Print Colorblock Sweatshirts for Mom and Me


$2.39 $5.99
Leopard Print Black Sweatshirts for Mom and Me


$8.99
Family Matching Leopard Color Block Long-sleeve Knitted Pullover Sweatshirts


$6.99
Colorblock Long-sleeve Hooded Fleece Hoodie Sweatshirts for Mom and Me


$11.99
Brown Leopard Fleece Sleeveless Cardigan Vest for Mom and Me


$5.99
Family Matching Leopard Splicing Black Casual Long-sleeve Dresses and Tops Sets


-40%
$2.39 $3.99
Mosaic Letter Print Long-sleeve Matching Tops


$5.99
Mosaic Leopard V-neck Bowknot Dresses for Mommy and Me


$7.19
Leopard and Colorblock Long-sleeve Hoodies Family Matching Sweatshirts


$7.99
Colorblock Splice Long-sleeve Matching Sweatshirts Dresses


-40%
$2.99 $4.99
Leopard Splice Print Long Sleeve Tops for Mommy and Me


$4.99
Colorblock Splicing Leopard Round Neck Long-sleeve Sweatshirts for Mom and Me


$5.99
Color Block Long-sleeve Textured Tops for Mom and Me


$6.99
Leopard Print Color Block Long-sleeve Hooded Sweatshirts for Mom and Me


$5.99
Floral and Stripe Print Long Sleeve Family Matching Black Sets


-60%
$2.49 $4.99
Mosaic Leopard Heart Pattern Long-sleeve Matching Midi Dresses


-40%
$6.59 $10.99
Christmas Bear and Letter Print Family Matching Red Raglan Long-sleeve Pajamas Sets (Flame...


-50%
$2.99 $5.99
Camouflage Print Long-sleeve Half High Collar Sweatshirts for Mom and Me


-85%
$0.99 $6.99
Leopard Stitching Grey Short Sleeve T-shirts for Mommy and Me


$4.99
Leopard Splicing Color Block Waffle Long-sleeve Sweatshirts for Mom and Me


-40%






-20%

Document title: Stylish Leopard Color Matching Long Sleeve for Mom and Me Only $6.99 Patpat US
Capture URL: https://us.patpat.com/product/Stylish-Leopard-Color-Matching-Long-Sleeve-for-Mom-and-Me-442855.html
Capture timestamp (UTC): Fri, 18 Feb 2022 06:13:50 GMT

Baby  Toddler  Matching Outfits  Kids  Women  Shoes & Accessories  Home & Baby Gear  Licensed Characters  Curve + Plus


$3.59  $6.00
Autumn Leopard Long-sleeve Sweaters for Mom and Me


$4.79
Sunflower Print Grey Long-sleeve Crewneck Sweatshirt Dress for Mom and Me


$6.99
Pink Splicing Leopard Long-sleeve Sweatshirts for Mom and Me


$4.79  $6.00
Feather Print Pink Long-sleeve Sweatshirt for Mom and Me


$4.79  $7.00
Stripe Print Splice Long-sleeve Matching Black and White Midi Dresses


$7.99
Light Grey Ribbed Knitted Long-sleeve Faux-two Shirt Tops for Mom and Me


$4.89  $6.00
Leopard Print Splice Black Pocket Long-sleeve Fleece Hoodies for Mom and Me


$5.99
Leopard V Neck Long-sleeve Belted Mini Dress for Mom and Me


$3.59  $6.00
Stripe Color Block Long Sleeve T-shirts for Mom and Me


$0.99  $10.00
Black Striped Long Sleeve Irregular Hem Drape Front Open Cardigan for Mom and Me


$4.19  $6.00
Leopard and Letter Print Family Matching Black Sets


$6.59
Leopard and Stripe Black Long Sleeve Sweatshirts for Mom and Me


$4.49  $6.00
Letter Print Leopard Splicing Raglan Long-sleeve Khaki T-shirts for Mom and Me


$2.49  $4.00
Polka Dots Print Mesh Long-sleeve Tees Matching Tops


$5.99
Mosaic 100% Cotton Solid Blue Matching Mini Dresses


$5.99
Pink & Grey Letter Print Sweatshirts for Mom and Me


$6.99
Leopard and Glitter Sequins Splicing Black Family Matching Long-sleeve Dresses and...


$7.69
Colorblock and Leopard Print Hooded Long-sleeve Sweatshirt for Mom and Me


$0.99  $5.00
Allover Leopard Print T-shirts for Mommy and Me


$3.59
Christmas Snowman and Letter Print Family Matching Long-sleeve Crewneck Pajamas Set...






Document title: Stylish Leopard Color Matching Long Sleeve for Mom and Me Only $6.99 Patpat US
Capture URL: https://us.patpat.com/product/Stylish-Leopard-Color-Matching-Long-Sleeve-for-Mom-and-Me-442855.html
Capture timestamp (UTC): Fri, 18 Feb 2022 06:13:50 GMT



$2.99 $5.99
Letter Print Wine Red Long-sleeve Sweatshirts for Mom and Me



$6.39
Letter Leopard Print Sweatshirts for Mommy and Me



$4.19 $6.99
Solid Green Lace Splicing Long Sleeve Dress for Mom and Me



$2.39 $5.99
Letter Print Wine Red Striped Raglan Long-sleeve T-shirts for Mom and Me



$4.99
Mosaic Bestie Heart Pattern Matching Sweatshirts Mini Dresses



$8.99
Brown Series Long-sleeve Family Matching Sets/Polka Dot V Neck Belted Midi Tiered...



$2.39 $5.99
Colorblock Splice Army Green Long-sleeve Sweatshirts for Mom and Me



$5.99
Leopard Color Block Long-sleeve Splicing Hoodie Dress for Mom and Me



$6.99
Polka Dot Mesh Sleeve Fitted Matching Pink Mini Dresses



$2.39 $5.99
Floral Print Colorblock Family Matching Sets



$6.99
Mother's Day Letter Embroidered Pink Textured Long-sleeve Pullover for Mom and Me



$4.79 $6.99
Plaid Print Long Sleeve Bodycon Mini Dress for Mom and Me



$5.99
Christmas Letter Print Red Family Matching Long-sleeve Hoodies



$2.99 $5.99
Floral Embroidered Mesh Long-sleeve Matching Black Midi Dresses



$10.99
Women Plus Size Graphic Letter and Sunflower and Leopard Print Round Neck Long-sleeve...



$7.99
Cotton Allover Plant Print Splice Solid and Stripe Polo Long-sleeve Family Matching Sets



$9.99
Family Matching Wine Red Letter and Floral Print Hoodie Sweatshirts Sets



$5.99
Solid White Lace Splicing Long Sleeve Tops for Mom and Me



$4.79 $5.99
Army Green Camouflage Long-sleeve Midi Dress for Mom and Me



$9.99
Family Matching Letter and Red Plaid Sunglasses Print Gray Long-sleeve Hooded...






Baby    Toddler    Matching Outfits    Kids    Women    Shoes & Accessories    Home & Baby Gear    Licensed Characters    Curve + Plus



$5.99
Vintage Print Long-sleeve Dress for Mom and Me



-40%
$4.79 $7.99
Navy Floral Print Mesh Splice Lantern Long-sleeve Midi Dress for Mom and Me



$3.99
Black Cat Print Striped Long-sleeve T-shirts for Mom and Me



-30%
$6.99 $9.99
Camouflage Splicing Long-sleeve Flannel Full Zip Hoodies for Mom and Me



80%
$0.99 $9.99
Corduroy Splice Color Lantern Sleeve Sweatshirts for Mom and Me



$7.99
Caramel Velvet Cross Wrap V Neck Long-sleeve Romper Shorts for Mom and Me



$2.99
Mother's Day Leopard Heart and Plaid Heart Print Family Matching Long-sleeve Sweatshirts



$6.99
Color Block Ribbed Round Neck Long-sleeve Pullover for Mom and Me



-50%
$2.99 $5.99
Butterfly and Floral Print Splicing Long-sleeve Letter Hoodies for Mom and Me



$7.99
Red Lips Leopard Tongue Print Black Long-sleeve Hoodie Dress for Mom and Me



$9.99
Coral Sleeveless Ruffle Belted Jumpsuit for Mom and Me



$5.99
Floral Print Crewneck Drop Shoulder Long-sleeve Tops for Mom and Me



-83%
$0.99 $5.99
Leopard Print Pattern Tops for Mom and Me



-20%
$4.79 $5.99
Love Letter Print Pink Cotton Sweatshirts for Mom and Me



$6.99
Letter Print Black Leopard Raglan Long-sleeve Tops for Mom and Me



$8.99
Leopard Splicing Black Round Neck Short-sleeve Dresses and T-shirts Sets



$3.99
Leopard Letter Print Grey Cotton Short-sleeve T-shirts



$13.99
Plaid Lapel Button Down Long-sleeve Outwear Tops for Mom and Me



-40%
$10.19 $16.99
2-piece Kid Girl Letter Print Colorblock Long-sleeve T-shirt and Elasticized Pants Casual Set



$6.99
All Over Floral Print Cross Wrap V Neck Long-sleeve Blouse Tops for Mom and Me









Document title: Stylish Leopard Color Matching Long Sleeve for Mom and Me Only $6.99 Patpat US
Capture URL: https://us.patpat.com/product/Stylish-Leopard-Color-Matching-Long-Sleeve-for-Mom-and-Me-442855.html
Capture timestamp (UTC): Fri, 18 Feb 2022 06:13:50 GMT

Baby    Toddler    Matching Outfits    Kids    Women    Shoes & Accessories    Home & Baby Gear    Licensed Characters    Curve + Plus



$9.99

Black Long-sleeve Splicing Flocking Floral Mesh Dress for Mom and Me



-60%

$2.39 $5.99

Tie Dye Casual Long-sleeve Crewneck T-shirts for Mom and Me



$6.99

Family Matching Black Splicing Houndstooth Long-sleeve Dresses and Shirts Sets



-40%

$4.79 $7.99

Leopard Print Splice Hooded Matching Hoodies Sweatshirts



$7.99

Dark Green Print Family Matching Sets/Floral Print Long Sleeve Dresses and Short Sleeve...



$12.79

Brown Corduroy Lapel Button Down Long-sleeve Shirts Outwear for Mom and Me



-40%

$3.59 $5.99

Tie Dye Print Long-sleeve Hoodie Mini Dresses for Mommy and Me



$5.99

Leopard Love Heart Pattern Brown Round Neck Long-sleeve Pullover Sweatshirt for Mom and Me



$8.99

Letter Print Black Fleece Lined Splicing Fuzzy Leopard Long-sleeve Sweatshirts for Mom and...



$5.99

Pink Textured Long-sleeve Splicing Leopard Hoodie for Mom and Me



New $4.99

Floral Print Splicing Raglan Long-sleeve Black Sweatshirts for Mom and Me



$11.99

All Over Tropical Plant Print V Neck Spaghetti Strap Romper for Mom and Me



$10.99

Women Graphic Bear and Heart and Letter Print Long-sleeve Pullover



-40%

$11.99 $21.99

Red Lace Trim Lace-up Layered Long-sleeve Maternity Dress



$17.99

2-piece Kid Boy Letter Print Colorblock Hoodie Sweatshirt and Pants Casual Set



$7.99

Pink Long-sleeve Ribbed Hoodie Dress for Mom and Me



$14.99

Pink Fuzzy Fleece Long-sleeve Hooded Jacket for Mom and Me



$6.99

Khaki Tie Dye Round Neck Twist Knot Half-sleeve Dress for Mom and Me



$5.99

Family Matching Striped Splicing Long-sleeve Letter Print Cotton Dresses and Polo Shirts Sets



$7.99

100% Cotton Woman Face Print Black Long-sleeve Sweatshirt for Mom and Me






Document title: Stylish Leopard Color Matching Long Sleeve for Mom and Me Only $6.99 Patpat US
Capture URL: https://us.patpat.com/product/Stylish-Leopard-Color-Matching-Long-Sleeve-for-Mom-and-Me-442855.html
Capture timestamp (UTC): Fri, 18 Feb 2022 06:13:50 GMT






$5.99
Family Matching Leaves Print Half-sleeve Midi Dresses and Short-sleeve T-shirts Sets

$11.99
Love Heart and Letter Print Long-sleeve Crewneck Sweatshirts for Mom and Me

$7.99
Black Floral Print Long Raglan Sleeve Sweatshirts for Mom and Me

$14.99
Nursing Thanksgiving Contrast Gingham Sleeve Sweatshirt Pullover






$5.99
Letter Print Pink Splicing Lace Long-sleeve Sweatshirts for Mom and Me

$8.99
Kid Girl Floral casual Suits

$8.99
Pink V Neck Wrap Front Short-sleeve Ruffle Tops for Mom and Me

$5.99 $9.99
Allover Floral Print Straight Pants for Mom and Me






$4.79 $7.99
Christmas Snowman and Letter Print White Family Matching 100% Cotton Long-sleeve...

$4.19 $4.99
Christmas Reindeer and Letter Print Family Matching Casual Crewneck Long-sleeve...

$6.99
Brown Ribbed V Neck Long-sleeve Belted Bodycon Dress for Mom and Me

$11.99
Striped Splicing Pink Long-sleeve Cotton T-shirts for Mom and Me






$3.59 $8.99
Leopard Print V Neck Long-sleeve Ruffle Hem Midi Dress for Mom and Me

$5.39
Floral Print Flare-sleeve Splicing Tops Blouse for for Mom and Me

$5.99
All Over Floral Print Pink Ruffle Long-sleeve Belted Dress for Mom and Me

$9.99
Black and White Striped Long-sleeve Wrap V Neck Romper Bodysuit for Mom and Me






$9.99
Classic Star Print Colorblock Cotton Family Matching Sweatshirts

$9.99
Solid Round Neck Button Down Short-sleeve Belted Dress for Mom and Me

$7.99
Christmas Tree Hat and Letter Print Family Matching Red Plaid Raglan Long-sleeve...

$4.99
Ribbed Leopard Print Splice Long-sleeve Cotton Matching Black Midi Dresses

    

Document title: Stylish Leopard Color Matching Long Sleeve for Mom and Me Only $6.99 Patpat US
Capture URL: https://us.patpat.com/product/Stylish-Leopard-Color-Matching-Long-Sleeve-for-Mom-and-Me-442855.html
Capture timestamp (UTC): Fri, 18 Feb 2022 06:13:50 GMT

Baby    Toddler    Matching Outfits    Kids    Women    Shoes & Accessories    Home & Baby Gear    Licensed Characters    Curve + Plus



$7.99

Brown Ribbed Pearl Beaded Long-sleeve Cotton Dress for Mom and Me



$4.99

Family Matching Contrast Leopard Long-sleeve Dresses and Top Sets



$12.99

100% Cotton Solid Textured V Neck Short-sleeve Dress for Mom and Me



$11.99

Solid Velvet V Neck Sleeveless Belted Jumpsuit for Mom and Me



-30%

$5.59 $7.99

Allover Polka Dots Print Athleisure Wide Leg Pants for Mom and Me



-85%

$0.99 $6.99

Butterfly Print White Frilled Ruffle Stand Collar Long-sleeve Top for Mom and Me



-20%

$19.19 $23.99

Solid Color V-neck Long-sleeve Open Knit Lantern Sleeve Sweater



$10.99

Colorblock Leopard Splice Round-collar Long-sleeve T-shirt



$8.99

Leopard Long-sleeve Top with Solid Corduroy Pants Sets for Mom and Me



$5.99

Love Heart Print Black Long-sleeve Sweatshirts for Mom and Me



$8.99

Light Blue Denim Splicing Long-sleeve Hooded Jackets for Mom and Me



$6.99

Mommy and Me Solid Stitching Floral Print Off-shoulder Dresses



-40%

$3.59 $6.99

Solid Dark Blue Family Matching Sets ( Plaid Button Front Shirts and Long Sleeve Front...



$10.99

Black Long-sleeve T-shirt with Plaid Skirt Sets for Mom and Me



$9.99

Black Striped Spaghetti Strap Belted Jumpsuits for Mom and Me



$13.99

Letter and Leopard Print Splicing Long-sleeve Hoodies with Pants Sets for Mom and Me



-30%

$5.59 $7.99

Sunflower Floral Print Spaghetti Strap Jumpsuit Romper for Mom and Me



$6.29

Letter Print Brown Family Matching Long-sleeve Hooded Sweatshirts



-40%

$5.39 $8.99

Mosaic Solid Color Mid-sleeve Matching Mini Dresses



-40%

$6.59 $10.99

Love Heart and Letter Print Dark Blue Long-sleeve Cotton Sweatshirts for Mom and Me

Document title: Stylish Leopard Color Matching Long Sleeve for Mom and Me Only $6.99 Patpat US

Capture URL: https://us.patpat.com/product/Stylish-Leopard-Color-Matching-Long-Sleeve-for-Mom-and-Me-442855.html

Capture timestamp (UTC): Fri, 18 Feb 2022 06:13:50 GMT

Baby    Toddler    Matching Outfits    Kids    Women    Shoes & Accessories    Home & Babygear    Licensed Characters    Curve + Plus



**$6.99**
Love Heart Letter Print White Long-sleeve Crewneck Sweatshirts for Mom and Me



**$12.99**
2-Pack Toddler Girl Graphic Letter and Heart-shaped Print Long-sleeve Pullover



**$7.99** ~~$19.99~~
V Neck Button Decor Solid Long-sleeve Dress



**$8.99**
Letter Print Short Sleeve T-shirts for Mommy and Me



**$5.99**
Family Matching Green Long-sleeve Midi Dresses and Plaid Shirts Sets



**$2.99**
Family Matching Striped Long-sleeve Midi Dresses and Color Block Polo Shirts Sets



**$8.99**
Floral Print Red Family Matching Sets（Belted Midi Dresses and Striped Long-sleeve T-shirts）



**$8.99**
Floral Print Black Family Matching Sets(Long Sleeve Midi Dresses and Striped T-shirts)



**$1.99**
Leopard Letter Print Long-sleeve Sweatshirt Dress for Mom and Me



**$6.99**
Mother's Day Leopard Love Heart Graphic Brown Short-sleeve T-shirts for Mom and Me



**$2.49** ~~$4.99~~
Ribbed Leopard Print Mesh Long-sleeve Matching Khaki Midi Dresses



**$18.99**
White Short-sleeve Ribbed Tops and Elasticized Waist Pants Sets for Mom and Me



**$14.99**
Brown Lapel Double Breasted Sleeveless Trench Coat for Mom and Me



**$6.99**
100% Cotton Tie Dye Splicing Short-sleeve Family Matching Sets（Belted Midi Dresses a



**$9.99** ~~$10.99~~
Burgundy Color Zip Half Placket Long-sleeve Drawstring Hoodie



**$5.99** ~~$9.99~~
Plaid Zipper Front V-neck Sleeveless Tank Bodycon Dress for Mom and Me



**$0.99**
Solid Purple Short Sleeve Rompers for Mommy and Me



**$13.99**
Plaid Lapel Long-sleeve Thickened Fleece Coat Outwear for Mom and Me



**$4.19**
100% Cotton Halloween Pumpkin Leopard Print Gray Long-sleeve Sweatshirts for Mom and Me



**$5.99**
Allover Leopard Print Long-sleeve Romper Shorts for Mom and Me

Document title: Stylish Leopard Color Matching Long Sleeve for Mom and Me Only $6.99 Patpat US
Capture URL: https://us.patpat.com/product/Stylish-Leopard-Color-Matching-Long-Sleeve-for-Mom-and-Me-442855.html
Capture timestamp (UTC): Fri, 18 Feb 2022 06:13:50 GMT

Page Vault

| | |
|---|---|
| Document title: | Stylish Leopard Color Matching Long Sleeve for Mom and Me Only $6.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Stylish-Leopard-Color-Matching-Long-Sleeve-for-Mom-and-Me-442855.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 06:10:15 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 06:12:03 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 2dfd25ae-0c33-450f-9310-42b95a2b48f7 |
| User: | pp-zchen |

PDF REFERENCE #:     iEik2Y5tE3GnRu69zwgXxF



Baby  Toddler  Matching Outfits  Kids  Women  Shoes & Accessories  Home & Baby Gear  Licensed Characters  Curve + Plus


$4.79 $6.99
Leopard Print Colorblock Sweatshirts for Mom and Me


$2.39 $5.99
Leopard Print Black Sweatshirts for Mom and Me


$8.99
Family Matching Leopard Color Block Long-sleeve Knitted Pullover Sweatshirts


$6.99
Colorblock Long-sleeve Hooded Fleece Hoodie Sweatshirts for Mom and Me


$11.99
Brown Leopard Fleece Sleeveless Cardigan Vest for Mom and Me


$5.99
Family Matching Leopard Splicing Black Casual Long-sleeve Dresses and Tops Sets


-40%
$2.39 $3.99
Mosaic Letter Print Long-sleeve Matching Tops


$5.99
Mosaic Leopard V-neck Bowknot Dresses for Mommy and Me


$7.19
Leopard and Colorblock Long-sleeve Hoodies Family Matching Sweatshirts


$7.99
Colorblock Splice Long-sleeve Matching Sweatshirts Dresses


-40%
$2.99 $4.99
Leopard Splice Print Long Sleeve Tops for Mommy and Me


$4.99
Colorblock Splicing Leopard Round Neck Long-sleeve Sweatshirts for Mom and Me


$5.99
Color Block Long-sleeve Textured Tops for Mom and Me


$6.99
Leopard Print Color Block Long-sleeve Hooded Sweatshirts for Mom and Me


$5.99
Floral and Stripe Print Long Sleeve Family Matching Black Sets


-60%
$2.49 $4.99
Mosaic Leopard Heart Pattern Long-sleeve Matching Midi Dresses


-40%
$6.59 $10.99
Christmas Bear and Letter Print Family Matching Red Raglan Long-sleeve Pajamas Sets (Flame...


-50%
$2.99 $5.99
Camouflage Print Long-sleeve Half High Collar Sweatshirts for Mom and Me


-85%
$0.99 $6.99
Leopard Stitching Grey Short Sleeve T-shirts for Mommy and Me


$4.99
Leopard Splicing Color Block Waffle Long-sleeve Sweatshirts for Mom and Me






Document title: Stylish Leopard Color Matching Long Sleeve for Mom and Me Only $6.99 Patpat US
Capture URL: https://us.patpat.com/product/Stylish-Leopard-Color-Matching-Long-Sleeve-for-Mom-and-Me-442855.html
Capture timestamp (UTC): Fri, 18 Feb 2022 06:12:03 GMT



$3.59 ~~$5.99~~
Autumn Leopard Long-sleeve Sweaters for Mom
and Me



$4.79
Sunflower Print Grey Long-sleeve Crewneck
Sweatshirt Dress for Mom and Me



$6.99
Pink Splicing Leopard Long-sleeve Sweatshirts
for Mom and Me



$4.79 ~~$6.00~~
Feather Print Pink Long-sleeve Sweatshirt for
Mom and Me



$4.79 ~~$7.90~~
Stripe Print Splice Long-sleeve Matching Black
and White Midi Dresses



$7.99
Light Grey Ribbed Knitted Long-sleeve Faux-two
Shirt Tops for Mom and Me



$4.89 ~~$6.99~~
Leopard Print Splice Black Pocket Long-sleeve
Fleece Hoodies for Mom and Me



$5.99
Leopard V Neck Long-sleeve Belted Mini Dress
for Mom and Me



$3.59 ~~$5.99~~
Stripe Color Block Long Sleeve T-shirts for Mom
and Me



$0.99 ~~$10.00~~
Black Striped Long Sleeve Irregular Hem Drape
Front Open Cardigan for Mom and Me



$4.19 ~~$6.00~~
Leopard and Letter Print Family Matching Black
Sets



$6.59
Leopard and Stripe Black Long Sleeve
Sweatshirts for Mom and Me



$4.49 ~~$6.00~~
Letter Print Leopard Splicing Raglan Long-sleeve
Khaki T-shirts for Mom and Me



$2.49 ~~$4.00~~
Polka Dots Print Mesh Long-sleeve Tees
Matching Tops



$5.99
Mosaic 100% Cotton Solid Blue Matching Mini
Dresses



$5.99
Pink & Grey Letter Print Sweatshirts for Mom and
Me



$6.99
Leopard and Glitter Sequins Splicing Black
Family Matching Long-sleeve Dresses and...



$7.69
Colorblock and Leopard Print Hooded Long-
sleeve Sweatshirt for Mom and Me



$0.99 ~~$5.00~~
Allover Leopard Print T-shirts for Mommy and Me



$3.59
Christmas Snowman and Letter Print Family
Matching Long-sleeve Crewneck Pajamas Set...









Document title: Stylish Leopard Color Matching Long Sleeve for Mom and Me Only $6.99 Patpat US
Capture URL: https://us.patpat.com/product/Stylish-Leopard-Color-Matching-Long-Sleeve-for-Mom-and-Me-442855.html
Capture timestamp (UTC): Fri, 18 Feb 2022 06:12:03 GMT

Baby　Toddler　Matching Outfits　Kids　Women　Shoes & Accessories　Home & Baby Gear　Licensed Characters　Curve + Plus

SIGN IN　FAVORITES　BAG



-50%

$2.99 ~~$5.99~~

Letter Print Wine Red Long-sleeve Sweatshirts for Mom and Me



$6.39

Letter Leopard Print Sweatshirts for Mommy and Me



-40%

$4.19 ~~$6.99~~

Solid Green Lace Splicing Long Sleeve Dress for Mom and Me



-60%

$2.39 ~~$5.99~~

Letter Print Wine Red Striped Raglan Long-sleeve T-shirts for Mom and Me



$4.99

Mosaic Bestie Heart Pattern Matching Sweatshirts Mini Dresses



$8.99

Brown Series Long-sleeve Family Matching Sets/Polka Dot V Neck Belted Midi Tiered...



-60%

$2.39 ~~$5.99~~

Colorblock Splice Army Green Long-sleeve Sweatshirts for Mom and Me



$5.99

Leopard Color Block Long-sleeve Splicing Hoodie Dress for Mom and Me



$6.99

Polka Dot Mesh Sleeve Fitted Matching Pink Mini Dresses



-40%

$2.39 ~~$5.99~~

Floral Print Colorblock Family Matching Sets



$6.99

Mother's Day Letter Embroidered Pink Textured Long-sleeve Pullover for Mom and Me



-20%

$4.79 ~~$5.99~~

Plaid Print Long Sleeve Bodycon Mini Dress for Mom and Me



$5.99

Christmas Letter Print Red Family Matching Long-sleeve Hoodies



-50%

$2.99 ~~$5.99~~

Floral Embroidered Mesh Long-sleeve Matching Black Midi Dresses



$10.99

CURVE+PLUS

Women Plus Size Graphic Letter and Sunflower and Leopard Print Round Neck Long-sleeve...



$7.99

Cotton Allover Plant Print Splice Solid and Stripe Polo Long-sleeve Family Matching Sets



$9.99

Family Matching Wine Red Letter and Floral Print Hoodie Sweatshirts Sets



$5.99

Solid White Lace Splicing Long Sleeve Tops for Mom and Me



-20%

$4.79 ~~$5.99~~

Army Green Camouflage Long-sleeve Midi Dress for Mom and Me



$9.99

Family Matching Letter and Red Plaid Sunglasses Print Gray Long-sleeve Hooded...





-40%



-50%

Document title: Stylish Leopard Color Matching Long Sleeve for Mom and Me Only $6.99 Patpat US
Capture URL: https://us.patpat.com/product/Stylish-Leopard-Color-Matching-Long-Sleeve-for-Mom-and-Me-442855.html
Capture timestamp (UTC): Fri, 18 Feb 2022 06:12:03 GMT


$5.99
Vintage Print Long-sleeve Dress for Mom and Me


-40%
$4.79 $7.99
Navy Floral Print Mesh Splice Lantern Long-sleeve Midi Dress for Mom and Me


$3.99
Black Cat Print Striped Long-sleeve T-shirts for Mom and Me


-30%
$6.99 $9.99
Camouflage Splicing Long-sleeve Flannel Full Zip Hoodies for Mom and Me


-90%
$0.99 $9.99
Corduroy Splice Color Lantern Sleeve Sweatshirts for Mom and Me


$7.99
Caramel Velvet Cross Wrap V Neck Long-sleeve Romper Shorts for Mom and Me


$2.99
Mother's Day Leopard Heart and Plaid Heart Print Family Matching Long-sleeve Sweatshirts


$6.99
Color Block Ribbed Round Neck Long-sleeve Pullover for Mom and Me


-50%
$2.99 $5.99
Butterfly and Floral Print Splicing Long-sleeve Letter Hoodies for Mom and Me


$7.99
Red Lips Leopard Tongue Print Black Long-sleeve Hoodie Dress for Mom and Me


$9.99
Coral Sleeveless Ruffle Belted Jumpsuit for Mom and Me


$5.99
Floral Print Crewneck Drop Shoulder Long-sleeve Tops for Mom and Me


-83%
$0.99 $5.99
Leopard Print Pattern Tops for Mom and Me


-20%
$4.79 $5.99
Love Letter Print Pink Cotton Sweatshirts for Mom and Me


$6.99
Letter Print Black Leopard Raglan Long-sleeve Tops for Mom and Me


$8.99
Leopard Splicing Black Round Neck Short-sleeve Dresses and T-shirts Sets


$3.99
Leopard Letter Print Grey Cotton Short-sleeve T-shirts


$13.99
Plaid Lapel Button Down Long-sleeve Outwear Tops for Mom and Me


-40%
$10.19 $16.99
2-piece Kid Girl Letter Print Colorblock Long-sleeve T-shirt and Elasticized Pants Casual Set


$6.99
All Over Floral Print Cross Wrap V Neck Long-sleeve Blouse Tops for Mom and Me






Document title: Stylish Leopard Color Matching Long Sleeve for Mom and Me Only $6.99 Patpat US
Capture URL: https://us.patpat.com/product/Stylish-Leopard-Color-Matching-Long-Sleeve-for-Mom-and-Me-442855.html
Capture timestamp (UTC): Fri, 18 Feb 2022 06:12:03 GMT

# EXHIBIT 1D

**Page Vault**

| | |
|---|---|
| Document title: | Leopard Hooded Sweater Mother Baby Clothes - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Leopard-Hooded-Sweater-Mother-Baby-Clothes-210647.html?spm=1001.2002.337-pc.0-30 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:09:37 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:13:26 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | e1f29247-bc17-4a24-9072-382db9019a84 |
| User: | pp-zchen |

PDF REFERENCE #: boCwWbmnWKWgjHX4CYy1go



**Page Vault**

| | |
|---|---|
| Document title: | Leopard Hooded Sweater Mother Baby Clothes - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Leopard-Hooded-Sweater-Mother-Baby-Clothes-210647.html?spm=1001.2002.337-pc.0-30 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:09:37 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:13:44 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 748a49f7-846b-4b56-8556-f2f1b1ad74e5 |
| User: | pp-zchen |

PDF REFERENCE #:          dmMSm1eX4hPCMyZU9Q3ooM

