# EXHIBIT 2A

**Registration #:** VA0002266891
**Service Request #:** 1-10664287529



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration






This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-266-891**
**Effective Date of Registration:**
July 29, 2021
**Registration Decision Date:**
September 16, 2021

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 05, 2021 to July 13, 2021

### Title

**Title of Group:** 1-10664287529_2021PATPAT_Published_750
**Number of Photographs in Group:** 750

- **Individual Photographs:** 17289509 (1), 17289509 (2), 17289509 (3), 17289509 (4), 17289509 (5), 17289509, 17295078 (1), 17295078 (10), 17295078 (2), 17295078 (3), 17295078 (4), 17295078 (5), 17295078 (6), 17295078 (7), 17295078 (8), 17295078 (9), 17295288 (1), 17295288 (2), 17295288 (3), 17295288 (4), 17295288 (5), 17295288 (6), 17295288 (7), 17295536 (1), 17295536 (2), 17295536 (3), 17295536 (4), 17295679 (1), 17295679 (2), 17295679 (3), 17295679 (4), 17295679 (5), 17295679 (6), 17295679 (7), 17296436 (1), 17296436 (2), 17296436 (3), 17296585 (1), 17296585 (2), 17296585 (3), 17296585 (4), 17296585 (5), 17296585 (6), 17296585 (7), 17296585 (8), 17296585 (9), 17296766 (1), 17296766 (2), 17296766 (3), 17296766 (4), 17296766 (5), 17296766 (6), 17296766 (7), 17296766 (8), 17298022 (1), 17298022 (2), 17298022 (3), 17298022 (4), 17298022 (5), 17298022 (6), 17298022 (7), 17298022 (8), 17298049 (1), 17298049 (2), 17298049 (3), 17298049 (4), 17298049 (5), 17298178 (1), 17298178 (2), 17298178 (3), 17298178 (4), 17298178 (5), 17298571 (1), 17298571 (2), 17299113 (1), 17299113 (2), 17299113 (3), 17299113 (4), 17299113 (5), 17299113 (6), 17299131 (1), 17299131 (2), 17299131 (3), 17299131 (4), 17299131 (5), 17299131 (6), 17299175 (1), 17299175 (2), 17299175 (3), 17299175 (4), 17299175 (5), 17299175 (6), 17299627 (1), 17299627 (2), 17299627 (3), 17299627 (4), 17299627 (5), 17299627 (6), 17299627 (7), 17299654, 17299942 (1), 17299942 (10), 17299942 (11), 17299942 (12), 17299942 (13), 17299942 (2), 17299942 (3), 17299942 (4), 17299942 (5), 17299942 (6), 17299942 (7), 17299942 (8), 17299942 (9), 17300112 (1), 17300112 (2), 17300112 (3), 17300112 (4), 17300112 (5), 17300112 (6), 17300112 (7), 17300144 (1), 17300144 (2), 17300144 (3), 17300144 (4), 17300613 (1), 17300613 (2), 17300613 (3), 17300614 (1), 17300614 (2), 17300614 (3),

  **Published:** January 2021

- **Individual Photographs:** 17300614 (4), 17300614 (5), 17300614 (6), 17300734 (1), 17300734 (2), 17300734 (3), 17300734 (4), 17300734 (5), 17300734 (6), 17300736 (1), 17300736 (2), 17300736 (3), 17300736 (4), 17300736 (5), 17301235 (1), 17301235 (2), 17301235 (3), 17301235 (4), 17301235 (5), 17301235 (6), 17301431 (1), 17301431 (2), 17301431 (3), 17301431 (4), 17301431 (5),

**Published:** January 2021

- **Individual Photographs:** 17297129 (1), 17297129 (2), 17297129 (3), 17297129 (4), 17297129 (5), 17297129 (6), 17297129 (7), 17297129 (8), 17297129 (9), 17299868 (1), 17299868 (2), 17299868 (3), 17299868 (4), 17299868 (5), 17299874 (1), 17299874 (2), 17299874 (3), 17299874 (4), 17299874 (5), 17301053 (1), 17301053 (2), 17301053 (3), 17301053 (4), 17301053 (5), 17301092 (1), 17301092 (2), 17301092 (3), 17301092 (4), 17301092 (5), 17301092 (6), 17301464 (1), 17301464 (2), 17301464 (3), 17301464 (4), 17301465 (1), 17301465 (2), 17301465 (3), 17301465 (4), 17301466 (1), 17301466 (2), 17301466 (3), 17301485 (1), 17301485 (2), 17301485 (3), 17301485 (4), 17301485 (5), 17301524 (1), 17301524 (2), 17301524 (3), 17301524 (4), 17301731 (1), 17301731 (2), 17301731 (3), 17301731 (4), 17301731 (5), 17301731 (6), 17301731 (7), 17301731 (8), 17301743 (1), 17301743 (2), 17301743 (3), 17301743 (4), 17301743 (5), 17301743 (6), 17301743 (7), 17301754 (1), 17301754 (2), 17301754 (3), 17301754 (4), 17301754 (5), 17301754 (6), 17302092 (1), 17302092 (2), 17302092 (3), 17302220 (1), 17302220 (2), 17302220 (3), 17302220 (4), 17302220 (5), 17302220 (6), 17302220 (7), 17302220 (8), 17302220 (9),

**Published:** February 2021

- **Individual Photographs:** 17273101 (1), 17273101 (2), 17273101 (3), 17273101 (4), 17273101 (5), 17273101 (6), 17273101-(1), 17273101-(2), 17273101-(3), 17273101-(4), 17273101-(5), 17273101-(6), 17273101-(7), 17273101-(8), 17273101-(9), 17295083 (1), 17295083 (2), 17295083 (3), 17295083 (4), 17295083 (5), 17296725 (1), 17296725 (2), 17296859 (1), 17296859 (2), 17296859 (3), 17296859 (4), 17296859 (5), 17296859 (6), 17296859 (7), 17296859 (8), 17297850 (1), 17297850 (2), 17297850 (3), 17297850 (4), 17297850 (5), 17298601 (1), 17298601 (2), 17298601 (3), 17298601 (4), 17298601 (5), 17298601 (6), 17298601 (7), 17298786 (1), 17298786 (10), 17298786 (11), 17298786 (12), 17298786 (13), 17298786 (14), 17298786 (15), 17298786 (16), 17298786 (17), 17298786 (18), 17298786 (19), 17298786 (2), 17298786 (20), 17298786 (21), 17298786 (3), 17298786 (4), 17298786 (5), 17298786 (6), 17298786 (7), 17298786 (8), 17298786 (9), 17298800 (1), 17298800 (2), 17298800 (3), 17298800 (4), 17298800 (5), 17298904 (1), 17298904 (2), 17298904 (3), 17298904 (4), 17298904 (5), 17298904-(1), 17298904-(2), 17298904-(3), 17298904-(4), 17298904-(5), 17298904-(6), 17298979 (1), 17298979 (2), 17298979 (3), 17298979 (4), 17298979 (5), 17298979 (6), 17298979 (7), 17298979 (8), 17299079 (1), 17299079 (2), 17299079 (3), 17299079 (4), 17299079 (5), 17299079 (6), 17299082 (1), 17299082 (2), 17299082 (3), 17299082 (4), 17299082 (5), 17299385 17282761 (1), 17299385 17282761 (2), 17299385 17282761 (3), 17299385 17282761 (4), 17299582 (1), 17299582 (10), 17299582 (11), 17299582 (12), 17299582 (13), 17299582 (14), 17299582 (15), 17299582 (16), 17299582 (17), 17299582 (18), 17299582 (19), 17299582 (2), 17299582 (20), 17299582 (21), 17299582 (22), 17299582 (23), 17299582 (24), 17299582 (25), 17299582 (26), 17299582 (27), 17299582 (28), 17299582 (3), 17299582 (4), 17299582 (5), 17299582 (6), 17299582 (7), 17299582 (8), 17299582 (9),

**Published:** March 2021

- **Individual Photographs:** 17301316 (1), 17301316 (2), 17301316 (3), 17301316 (4), 17301425 (1), 17301425 (2), 17301425 (3), 17301425 (4), 17301425 (5), 17301469 (1), 17301469 (2), 17301469 (3), 17301469 (4), 17301469 (5), 17301473 (1), 17301473 (2), 17301473 (3), 17301473 (4), 17301473 (5), 17301477 (1), 17301477 (2), 17301477 (3), 17301477 (4), 17301477 (5), 17301491 (1), 17301491 (2), 17301491 (3), 17301491 (4), 17301491 (5), 17301491 (6), 17301510 (1), 17301510 (10), 17301510 (2), 17301510 (3), 17301510 (4), 17301510 (5), 17301510 (6), 17301510 (7), 17301510 (8), 17301510 (9),



17301515 (1), 17301515 (2), 17301515 (3), 17301515 (4), 17301517 (1), 17301517 (2), 17301517 (3), 17301517 (4), 17301517 (5), 17301517 (6), 17301612 (1), 17301612 (2), 17301612 (3), 17301612 (4), 17301612 (5), 17301612 (6), 17301612 (7), 17301612 (8), 17301614 (1), 17301614 (2), 17301614 (3), 17301614 (4), 17301614, 17301616 (1), 17301616 (2), 17301616 (3), 17301616 (4), 17301616 (5), 17301616 (6), 17301616 (7), 17301616 (8), 17301749 (1), 17301749 (2), 17301749 (3), 17301749 (4), 17301749 (5), 17301932 (1), 17301932 (2), 17301932 (3), 17301932 (4), 17301932 (5), 17301932 (6), 17301934 (1), 17301934 (2), 17301934 (3), 17301934 (4), 17301934 (5), 17301934 (6), 17301934 (7), 17301934 (8), 17301937 (1), 17301937 (2), 17301937 (3), 17301937 (4), 17301937 (5), 17301937 (6), 17301937 (7), 17301937 (8), 17301959 (1), 17301959 (2), 17301959 (3), 17301959 (4), 17301959 (5), 17301959 (6), 17302296 (1), 17302296 (2), 17302296 (3), 17302296 (4), 17302328 (1), 17302328 (2), 17302328 (3), 17302328 (4), 17302328 (5), 17302517 (1), 17302517 (10), 17302517 (11), 17302517 (12), 17302517 (13), 17302517 (14), 17302517 (15), 17302517 (16), 17302517 (17), 17302517 (18), 17302517 (19), 17302517 (2), 17302517 (20),

**Published:** March 2021

- **Individual Photographs:** 17246471 (1), 17246471 (2), 17246471 (3), 17246471 (4), 17246471 (5), 17246471 (6), 17253878 (1), 17253878 (10), 17253878 (11), 17253878 (12), 17253878 (13), 17253878 (14), 17253878 (15), 17253878 (16), 17253878 (17), 17253878 (18), 17253878 (19), 17253878 (2), 17253878 (3), 17253878 (4), 17253878 (5), 17253878 (6), 17253878 (8), 17253878 (9), 17259516 (1), 17259516 (2), 17259516 (3), 17301415 (1), 17301415 (2), 17301415 (3), 17301415 (4), 17301415 (5), 17301521 (1), 17301521 (2), 17301521 (3), 17301521 (4), 17301521 (5),

**Published:** April 2021

- **Individual Photographs:** 17067185 (1), 17067185 (2), 17067185 (3), 17067185 (4), 17067185 (5), 17067185 (6), 17067185 (7), 17203419 (1), 17203419 (10), 17203419 (11), 17203419 (12), 17203419 (13), 17203419 (14), 17203419 (15), 17203419 (16), 17203419 (2), 17203419 (3), 17203419 (4), 17203419 (5), 17203419 (6), 17203419 (7), 17203419 (8), 17203419 (9), 17241727 (1), 17241727 (10), 17241727 (2), 17241727 (3), 17241727 (4), 17241727 (5), 17241727 (6), 17241727 (7), 17241727 (8), 17241727 (9), 17266642 (1), 17266642 (10), 17266642 (2), 17266642 (3), 17266642 (4), 17266642 (5), 17266642 (6), 17266642 (7), 17266642 (8), 17266642 (9), 17268223 (1), 17268223 (2), 17268223 (3), 17268223 (4), 17268223 (5), 17279601 (1), 17279601 (2), 17279601 (3), 17279601 (4), 17279601 (5), 17283280 (1), 17283280 (10), 17283280 (2), 17283280 (3), 17283280 (4), 17283280 (5), 17283280 (6), 17283280 (7), 17283280 (8), 17283280 (9), 17288017 (1), 17288017 (2), 17288017 (3), 17288017 (4), 17288017 (5), 17288017 (6), 17288017 (7), 17288017 (8), 17293987 (1), 17293987 (2), 17293987 (3), 17293987 (4), 17293987 (5), 17293987 (6), 17293987 (7), 17295037 (1), 17295037 (2), 17295037 (3), 17295875 (1), 17295875 (2), 17295875 (3), 17295875 (4), 17295875 (5), 17296009 (1), 17296009 (2), 17296009 (3), 17296009 (4), 17296009 (5), 17298982 (1), 17298982 (2), 17298982 (3), 17298982 (4), 17298982 (5),

**Published:** May 2021

- **Individual Photographs:** 17321319 (1), 17321319 (10), 17321319 (11), 17321319 (12), 17321319 (13), 17321319 (14), 17321319 (15), 17321319 (16), 17321319 (17), 17321319 (18), 17321319 (19), 17321319 (2), 17321319 (20), 17321319 (21), 17321319 (3), 17321319 (4), 17321319 (5), 17321319 (6), 17321319 (7), 17321319 (8), 17321319 (9), 17321351(1), 17321351(2), 17321351(3), 17321351(4), 17321351(5), 17321360(1), 17321360(2), 17321360(3), 17321360(4),

17321360(5), 17321520 (1), 17321520 (10), 17321520 (11), 17321520 (2), 17321520 (3), 17321520 (4), 17321520 (5), 17321520 (6), 17321520 (7), 17321520 (8), 17321520 (9), 17247755 (1), 17247755 (10), 17247755 (11), 17247755 (2), 17247755 (3), 17247755 (4), 17247755 (5), 17247755 (6), 17247755 (7), 17247755 (8), 17247755 (9), 17283294 (1), 17283294 (2), 17283294 (3), 17283294 (4), 17283294 (5), 17283294 (6), 17285511 (1), 17285511 (10), 17285511 (2), 17285511 (3), 17285511 (4), 17285511 (5), 17285511 (6), 17285511 (7), 17285511 (8), 17285511 (9), 17289945 (1), 17289945 (10), 17289945 (2), 17289945 (3), 17289945 (4), 17289945 (5), 17289945 (6), 17289945 (7), 17289945 (8), 17289945 (9),

**Published:** June 2021

- **Individual Photographs:** 17321116 (2), 17321116 (3), 17321116 (4), 17321116 (5), 17321116 (6), 17321116 (7), 17321116 (8), 17158736 (1), 17158736 (2), 17158736 (3), 17158736 (4), 17158736 (5), 17158736 (6), 17267436 (1), 17267436 (2), 17267436 (3), 17267436 (4), 17267436 (5), 17267436 (6), 17267436 (7), 17267436 (8), 17267436 (9), 17294159 (1), 17294159 (2), 17294159 (3), 17294159 (4), 17294159 (5), 17294159 (6), 17294159 (7), 17294159 (8), 17294391 (1), 17294391 (2), 17294391 (3), 17296179 (1), 17296179 (2), 17296179 (3), 17296179 (4), 17296179 (5), 17296433 (1), 17296433 (2), 17296433 (3), 17296433 (4), 17296433 (5), 17296433 (6),

**Published:** July 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** January 05, 2021
**Latest Publication Date in Group:** July 13, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458



Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** July 23, 2021

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 2B



# EXHIBIT 2C

PageVault

| | |
|---|---|
| Document title: | Mosaic Floral Print and Stripe Family Matching Sets Only $3.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Mosaic-Family-Matching-Floral-Series-Cotton-Sets-473938.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 03:35:25 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 03:45:24 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | ce9af005-b791-411b-817f-17a7667da93d |
| User: | pp-zchen |






Mosaic Floral Print and Stripe Family Matching Sets

$1.59 up to 60% Off SALE More

Price $3.99 Clearance

or 4 interest-free payments of **$1.00**. Get $5 back on your first purchase with sezzle

Color: Royal Blue | Yellow

Size — Size Chart

Baby Girl: 0-3M | 3-6M | 6-9M | 9-12M | 12-18M

Boy: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

Girl: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

Women: S | M | L | XL

Men: M | L | XL | XXL

Toddler: Children Mask

Adult: Adult Mask

Qty - 1 +

Status **In Stock**

Add to Bag

14301 liked

Norton

## Description

* Please add each size separately to your shopping cart
* Soft and cozy
* Dress length： to calf（lady size）， to knee（kid size）
* Elasticized waist（dress & romper）
* Material: 95% Cotton, 5% Spandex（T-shirt）； 100% Cotton inner &100% Rayon outer（dress & romper & mask）
* Machine wash, tumble dry
* Imported
* Pat Pat's new and exclusive "Mosaic" brand combines fun colors, interesting patterns to create artistic, one of a kind styles the whole family will love. It can only be found on PatPat
* Search "Mosaic" in the search box to find more great styles

Free Shipping On Orders Over $45.00 +

Return Policy +

100% Secured Payments +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

All Reviews (668)

4.3 Average Rating

| Stars | Count |
|---|---|
| 5 | 447 |
| 4 | 86 |
| 3 | 59 |
| 2 | 27 |
| 1 | 49 |

Great

Helpful (0)

Document title: Mosaic Floral Print and Stripe Family Matching Sets Only $3.99 Patpat US
Capture URL: https://us.patpat.com/product/Mosaic-Family-Matching-Floral-Series-Cotton-Sets-473938.html
Capture timestamp (UTC): Fri, 18 Feb 2022 03:45:24 GMT

# EXHIBIT 2D

PageVault

| | |
|---|---|
| Document title: | Family Matching All Over Floral Print Sleeveless Dresses And Striped Pattern T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-All-Over-Floral-Print-Sleeveless-Dresses-And-Striped-Pattern-T-shirts-Sets-214912.html?spm=1001.2002.0.0-14 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 02:32:19 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 02:33:19 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | d469f9db-a34a-4f52-82c2-627875152798 |
| User: | pp-zchen |


English
United States
USD
FREE SHIPPING on orders over 35.00 USD
Sign in | Register
Help Center
hibobi use hibobi, love your baby.
Search
Recommend
Baby
Toddler
Kids
Pajamas
Baby Supplies
Toys
Matching Outfits
Shoes
Accessories
Women
Home & Living
Home / Matching outfits / Whole Family / Suit
Family Matching All Over Floral Print Sleeveless Dresses And Striped …
24.99 USD
BUY 2 GET 20% OFF,BUY 3 GET 25% OFF
Color
Size
Size Chart
Baby:3-6M
Baby:6-9M
Baby:9-12M
Baby:12-18M
Baby:18-24M
Boy: 2-3Y
Boy: 3-4Y
Boy: 4-5Y
Boy: 6-7Y
Boy: 8-9Y
Girl: 2-3Y
Girl: 3-4Y
Girl: 4-5Y
Girl: 6-7Y
Girl: 8-9Y
Dad: M
Dad: L
Dad: XL
Dad: XXL
Mom: S
Mom: M
Mom: L
Mom: XL
Qty
1
Add to Cart
Description
Size & Fit
Delivery
Material: Cotton,Polyester
Number Of Pieces: 1 Pieces
Occasion: Daily
Dry Clean: Dry-cleanable
Washing Mode: Hand Wash
Thickness: Regular
Season: Summer
Style: basic
Pattern: Floral
How About These?
Contact us with
Email
service.western@hibobi.com
Telephone
+86 18957149026
hibobi
use hibobi, love your baby.
Contact us with
About Us
About hibobi
Privacy Policy
Terms & Conditions
Influencer program
Help & Support
Return Policy
Delivery
Sign up For hibobi Style News
Email
Subscribe
App
Download on the App Store
GET IT ON Google Play
Address: FLAT/RM B 5/F GAYLORD COMMERCIAL BUILDING 114-118 LOCKHART ROAD HK
Payment Methods:
VISA
PayPal
CASH ON DELIVERY
checkout.com
tamara
Delivery Partners:
fetchr
aramex
© 2019-2021 hibobi All Rights Reserved
浙ICP备19023632号-1