# EXHIBIT 3A

**Registration #:** VAu001420322
**Service Request #:** 1-10104638727



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

# VAu 1-420-322

**Effective Date of Registration:**
February 09, 2021
**Registration Decision Date:**
February 19, 2021



## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

## Title
_____

| | |
|---|---|
| **Title of Group:** | 1-10104638727_2021PATPAT_Unpublished_750 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** 17293820,17294174,17296068(1),17296068(2),17296068(3),17296068(4),17296068(5),17296068(6),17296068(7),17296068(8),17296068,17296071(1),17296071(2),17296071(3),17296071(4),17296071(5),17296071(6),17296071(7),17296071(8),17296071,17296074(1),17296074(2),17296074(3),17296074(4),17296074(5),17296074(6),17296074(7),17296074(8),17296074(9),17296074,17296075(1),17296075(10),17296075(11),17296075(2),17296075(3),17296075(4),17296075(5),17296075(6),17296075(7),17296075(8),17296075(9),17296076(1),17296076(10),17296076(2),17296076(3),17296076(4),17296076(5),17296076(6),17296076(7),17296076(8),17296076(9),17296077(1),17296077(10),17296077(11),17296077(2),17296077(3),17296077(4),17296077(5),17296077(6),17296077(7),17296077(8),17296077(9),17296078(1),17296078(10),17296078(2),17296078(3),17296078(4),17296078(5),17296078(6),17296078(7),17296078(8),17296078(9),17296084(1),17296084(2),17296084(3),17296084(4),17296084(5),17296084(6),17296084(7),17296084(8),17296084(9),17296085(1),17296085(10),17296085(11),17296085(2),17296085(3),17296085(4),17296085(5),17296085(6),17296085(7),17296085(8),17296085(9),17296088(1),17296088(2),17296088(3),17296088(4),17296088(5),17296090(1),17296090(2),17296090(3),17296090(4),17296090(5),17296108(1),17296108(2),17296108(3),17296108(4),17296108(5),17296108(6),17296108(7),17296108(8),17296108,17296109(1),17296109(2),17296109(3),17296109(4),17296109(5),17296110(1),17296110(2),17296110(3),17296110(4),17296110(5),17296110(6),17296110(7),17296110(8),17296110,17296111(1),17296111(10),17296111(2),17296111(3),17296111(4),17296111(5),17296111(6),17296111(7),17296111(8),17296111(9),17296117(1),17296117(2),17296117(3),17296117(4),17296117(5),17296119(1),17296119(2),17296119(3),17296119(4),17296119(5),17296127(1),17296127(2),17296127(3),17296127(4),17296127(5),17296130(1).

- **Individual Photographs:** 17296130(2),17296130(3),17296130(4),17296130(5),17296130(6),17296130(7),17296130(8),17296130(9),17296133(1),17296133(2),17296133(3),17296133(4),17296133(5),17296134(2),17296134(1),17296134(10),17296134(11),17296134(12),17296134(13),17296134(14),17296134(15),17296134(16),17296134(17),17296134(18),17296134(19),17296134(2),17296134(20),17296134(3),17296134(4),17296134(5),17296134(6),17296134(7),17296134(8),17296134(9),17296134,17296136(1),17296136(2),17296136(3),17296136(4),17296136(5),

17296144(2),17296144(1),17296144(10),17296144(11),17296144(12),172961
44(13),17296144(14),17296144(15),17296144(16),17296144(17),17296144(1
8),17296144(2),17296144(3),17296144(4),17296144(5),17296144(6),1729614
4(7),17296144(8),17296144(9),17296144,17296144,17296146(1),17296146(2),17296146
(3),17296146(4),17296146(5),17296148(1),17296148(2),17296148(3),172961
48(5),17296148(6),17296148(7),17296148(8),17296148(9),1729
6149(1),17296149(2),17296149(3),17296149(4),17296149(5),17296149(6),17
296149(7),17296149(8),17296149(9),17296154(1),17296154(2),17296154(3),
17296154(4),17296154(5),17296157(1),17296157(2),17296157(3),17296157(
4),17296157(5),17296157(6),17296157(7),17296157(8),17296157(9),1729615
8(1),17296158(10),17296158(11),17296158(12),17296158(13),17296158(14),
17296158(15),17296158(2),17296158(3),17296158(4),17296158(5),17296158
(6),17296158(7),17296158(8),17296158(9),17296167(1),17296167(2),172961
67(3),17296167(4),17296167(5),17296168(1),17296168(10),17296168(2),172
96168(3),17296168(4),17296168(5),17296168(6),17296168(7),17296168(8),1
7296168(9),17296169(1),17296169(2),17296169(3),17296169(4),17296169(5)
,17296169(6),17296169(7),17296169(8),17296174(1),17296174(2),17296174(
3),17296174(4),17296174(5),17296174(6),17296174(7),17296174(8),1729617
4(9),17296179(1),17296179(10),17296179(11),17296179(12),17296179(13),1
7296179(14),

- **Individual Photographs:**  17296179(15),17296179(16),17296179(17),17296179(18),17296179(19),1729
6179(2),17296179(3),17296179(4),17296179(5),17296179(6),17296179(7),17
296179(8),17296179(9),17296180(1),17296180(10),17296180(11),17296180(
12),17296180(13),17296180(2),17296180(3),17296180(4),17296180(5),17296
180(6),17296180(7),17296180(8),17296180(9),17296199(1),17296199(2),172
96199(3),17296199(4),17296199(5),17296209(1),17296209(10),17296209(11)
,17296209(12),17296209(2),17296209(3),17296209(4),17296209(5),17296209
(6),17296209(7),17296209(8),17296209(9),17296210(1),17296210(2),172962
10(3),17296210(4),17296210(5),17296210(6),17296210(7),17296210(8),1729
6210(9),17296211(1),17296211(10),17296211(11),17296211(12),17296211(2)
,17296211(3),17296211(4),17296211(5),17296211(6),17296211(7),17296211(
8),17296211(9),17296212(1),17296212(2),17296212(3),17296212(4),1729621
2(5),17296213(1),17296213(2),17296213(3),17296213(4),17296213(5),17296
214(1),17296214(2),17296214(3),17296214(4),17296214(5),17296216(1),172
96216(2),17296216(3),17296216(4),17296216(5),17296216(6),17296216(7),1
7296217(1),17296217(2),17296217(3),17296217(4),17296217(5),17296218(1)
,17296218(2),17296218(3),17296218(4),17296218(5),17296218(6),17296218(
7),17296232(1),17296232(2),17296232(3),17296232(4),17296232(5),1729623
4(1),17296234(2),17296234(3),17296234(4),17296234(5),17296234(6),17296
237(1),17296237(2),17296237(3),17296237(4),17296237(5),17296237(6),172
96241(1),17296241(2),17296241(3),17296241(4),17296241(5),17296264(1),1
7296264(2),17296264(3),17296264(4),17296264(5),17296266(1),17296266(1
0),17296266(11),17296266(2),17296266(3),17296266(4),17296266(5),172962
66(6),17296266(7),17296266(8),17296266(9),17296291(1),17296291(10),172
96291(11),17296291(12),17296291(13),17296291(14),17296291(15),1729629
1(16),17296291(2),17296291(3),17296291(4),17296291(5),17296291(6),1729
6291(7),

- **Individual Photographs:**  17296291(8),17296291(9),17296297(1),17296297(10),17296297(11),1729629
7(12),17296297(13),17296297(14),17296297(15),17296297(16),17296297(17)
,17296297(18),17296297(19),17296297(2),17296297(20),17296297(3),172962
97(4),17296297(5),17296297(6),17296297(7),17296297(8),17296297(9),1729
6297,17296306(1),17296306(2),17296306(3),17296306(4),17296306(5),17296
306(6),17296306(7),17296306(8),17296311(1),17296311(2),17296311(3),172
96311(4),17296312(1),17296312(10),17296312(11),17296312(12),17296312(
13),17296312(14),17296312(15),17296312(16),17296312(17),17296312(18),1
7296312(19),17296312(2),17296312(20),17296312(21),17296312(22),172963



12(23),17296312(24),17296312(25),17296312(3),17296312(4),17296312(5),1
7296312(6),17296312(7),17296312(8),17296312(9),17296316(1),17296316(1
0),17296316(11),17296316(12),17296316(13),17296316(14),17296316(15),17
296316(16),17296316(17),17296316(18),17296316(19),17296316(2),1729631
6(20),17296316(21),17296316(3),17296316(4),17296316(5),17296316(6),172
96316(7),17296316(8),17296316(9),17296322(1),17296322(10),17296322(11)
,17296322(12),17296322(13),17296322(14),17296322(15),17296322(16),1729
6322(17),17296322(18),17296322(19),17296322(2),17296322(20),17296322(
21),17296322(22),17296322(23),17296322(24),17296322(25),17296322(3),17
296322(4),17296322(5),17296322(6),17296322(7),17296322(8),17296322(9),
17296326(1),17296326(10),17296326(11),17296326(12),17296326(13),17296
326(2),17296326(3),17296326(4),17296326(5),17296326(6),17296326(7),172
96326(8),17296326(9),17296332(1),17296332(2),17296332(3),17296332(4),1
7296359(1),17296359(2),17296359(3),17296359(4),17296359(5),17296359(6)
,17296359(7),17296359(8),17296376(1),17296376(10),17296376(11),1729637
6(12),17296376(13),17296376(14),17296376(15),17296376(16),17296376(17)
,17296376(18),17296376(2),17296376(3),17296376(4),17296376(5),17296376
(6),17296376(7),17296376(8),17296376(9),17296379(1),

- **Individual Photographs:**  17296379(2),17296379(3),17296379(4),17296379(5),17296395(1),17296395(
2),17296395(3),17296395(4),17296395(5),17296395(6),17296395(7),1729639
9(1),17296399(10),17296399(11),17296399(12),17296399(13),17296399(14),
17296399(15),17296399(16),17296399(17),17296399(18),17296399(19),1729
6399(2),17296399(20),17296399(21),17296399(22),17296399(23),17296399(
24),17296399(3),17296399(4),17296399(5),17296399(6),17296399(7),172963
99(8),17296399(9),17296399,17296407(1),17296407(2),17296407(3),1729640
7(4),17296407(5),17296407(6),17296416(1),17296416(10),17296416(2),1729
6416(3),17296416(4),17296416(5),17296416(6),17296416(7),17296416(8),17
296416(9),17296424(1),17296424(2),17296424(3),17296424(4),17296424(5),
17296428(1),17296428(2),17296428(3),17296428(4),17296428(5),17296428(
6),17296429(1),17296429(2),17296429(3),17296429(4),17296429(5),1729642
9(6),17296429(7),17296429(8),17296430(1),17296430(2),17296430(3),17296
430(4),17296430(5),17296430(6),17296430(7),17296430(8),17296430,172964
31(1),17296431(2),17296431(3),17296431(4),17296431(5),17296431(6),1729
6431(7),17296431(8),17296432(1),17296432(10),17296432(11),17296432(12)
,17296432(2),17296432(3),17296432(4),17296432(5),17296432(6),17296432(
7),17296432(8),17296432(9),17296433(1),17296433(10),17296433(12),17296
433(13),17296433(14),17296433(15),17296433(2),17296433(3),17296433(4),
17296433(5),17296433(6),17296433(7),17296433(8),17296434(1),17296434(
2),17296434(3),17296434(4),17296434(5),17296434(6),17296434(7),1729643
4(8),17296434(9),17296435(1),17296435(10),17296435(2),17296435(3),1729
6435(4),17296435(5),17296435(6),17296435(7),17296435(8),17296435(9),17
296436(1),17296436(2),17296436(3),17296436(4),17296436(5),17296436(6),
17296436(7),17296440(1),17296440(10),17296440(11),17296440(2),1729644
0(3),17296440(4),17296440(5),17296440(6),17296440(7),17296440(8),17296
440(9),

## Completion/Publication

**Year of Completion:** 2021

## Author

- **Author:** Interfocus Inc
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** February 05, 2021

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 3B









**EXHIBIT 3C**

| | |
|---|---|
| Document title: | Mosaic Floral Print and Stripe Family Matching Sets Only $3.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Mosaic-Family-Matching-Floral-Series-Cotton-Sets-473938.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 03:35:25 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 05:51:01 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 10 |
| Capture ID: | 9f255b09-21d6-4b29-9d65-0567fa7c6fac |
| User: | pp-zchen |

PDF REFERENCE #:          sc26Qc7WDecgxd2dvL1WGF



| | |
|---|---|
| Document title: | Mosaic Floral Print and Stripe Family Matching Sets Only $3.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Mosaic-Family-Matching-Floral-Series-Cotton-Sets-473938.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 03:35:25 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 05:52:11 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 12 |
| Capture ID: | 6316eb19-1bf2-45e1-bcbe-bbc597c2cb90 |
| User: | pp-zchen |

PDF REFERENCE #:          jJQ1DaG9sZM5sSy1voQDMm

Baby  Toddler  Matching Outfits  Kids  Women  Shoes & Accessories  Home & Baby Gear  Licensed Characters  Curve + Plus



Mosaic Floral Print and Stripe Family Matching Sets

**$1.59** up to 60% Off SALE   More >

Price   **$3.99** Clearance

or 4 interest-free payments of **$1.00**  Get $5 back on your first purchase with **sezzle** ⓘ

Color   Royal Blue   Yellow

Size   Size Chart

Baby Girl
| 0-3M | 3-6M | 6-9M | 9-12M | 12-18M |

Boy
| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Girl
| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women
| S | M | L | XL |

Men
| M | L | XL | XXL |

Toddler
| Children Mask |

Adult
| Adult Mask |

Qty   -  1  +

Status   **In Stock**

Add to Bag

14301 liked

✓ Norton

Description

* Please add each size separately to your shopping cart
* Soft and cozy
* Dress length: to calf（lady size）, to knee（kid size）
* Elasticized waist（dress & romper）
* Material: 95% Cotton, 5% Spandex（T-shirt）; 100% Cotton inner &100% Rayon outer（dress & romper & mask）
* Machine wash, tumble dry
* Imported
* Pat Pat's new and exclusive "Mosaic" brand combines fun colors, interesting patterns to create artistic, one of a kind styles the whole family will love. It can only be found on PatPat
* Search "Mosaic" in the search box to find more great styles

Free Shipping On Orders Over $45.00   +

Return Policy   +

100% Secured Payments   +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

All Reviews (668)

**4.3**
★★★★☆
Average Rating

| | | |
|---|---|---|
| 5★ | | 447 |
| 4★ | | 86 |
| 3★ | | 59 |
| 2★ | | 27 |
| 1★ | | 49 |

n***l
Jan 2, 2022

★★★★★
Great

Helpful (0)

| | |
|---|---|
| Document title: | Mosaic Floral Print and Stripe Family Matching Sets Only $3.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Mosaic-Family-Matching-Floral-Series-Cotton-Sets-473938.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 03:35:25 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 03:47:51 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | 06b35a1c-fc6d-4ae7-b4a6-0fa7ebc221c1 |
| User: | pp-zchen |



Page Vault

| | |
|---|---|
| Document title: | Mosaic Floral Print and Stripe Family Matching Sets Only $3.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Mosaic-Family-Matching-Floral-Series-Cotton-Sets-473938.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 03:35:25 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 05:53:27 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 14 |
| Capture ID: | 8530ea2a-a2ed-4f18-9844-8b863867d99a |
| User: | pp-zchen |

PDF REFERENCE #: k1CUYc5zkZMuxqkfnaCULn



# EXHIBIT 3D

🔒 Page Vault

| | |
|---|---|
| Document title: | Family Matching All Over Floral Print Sleeveless Dresses And Striped Pattern T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-All-Over-Floral-Print-Sleeveless-Dresses-And-Striped-Pattern-T-shirts-Sets-214912.html?spm=1001.2002.0.0-14 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 02:32:19 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 02:36:08 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | ff02c201-0613-44bf-9024-abaaeb38376d |
| User: | pp-zchen |

PDF REFERENCE #:        7737V31scsxpr87NSD9sJN



🔒 Page Vault

| | |
|---|---|
| Document title: | Family Matching All Over Floral Print Sleeveless Dresses And Striped Pattern T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-All-Over-Floral-Print-Sleeveless-Dresses-And-Striped-Pattern-T-shirts-Sets-214912.html?spm=1001.2002.0.0-14 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 02:32:19 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 02:36:23 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | de417f54-2180-4767-8b9a-113fe6f3773d |
| User: | pp-zchen |

PDF REFERENCE #:         mrB3NbXVgv8q56XARnz9io



Document title: Family Matching All Over Floral Print Sleeveless Dresses And Striped Pattern T-shirts Sets - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-All-Over-Floral-Print-Sleeveless-Dresses-And-Striped-Pattern-T-shirts-Sets-214912.html?…
Capture timestamp (UTC): Thu, 20 Jan 2022 02:36:23 GMT

🔒 Page Vault

| | |
|---|---|
| Document title: | Family Matching All Over Floral Print Sleeveless Dresses And Striped Pattern T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-All-Over-Floral-Print-Sleeveless-Dresses-And-Striped-Pattern-T-shirts-Sets-214912.html?spm=1001.2002.0.0-14 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 02:32:19 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 02:36:49 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | d0d5abb2-d010-49cf-9acf-4eea4c600b77 |
| User: | pp-zchen |



Document title: Family Matching All Over Floral Print Sleeveless Dresses And Striped Pattern T-shirts Sets - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-All-Over-Floral-Print-Sleeveless-Dresses-And-Striped-Pattern-T-shirts-Sets-214912.html?...
Capture timestamp (UTC): Thu, 20 Jan 2022 02:36:49 GMT

🔒 Page Vault

| | |
|---|---|
| Document title: | Family Matching All Over Floral Print Sleeveless Dresses And Striped Pattern T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-All-Over-Floral-Print-Sleeveless-Dresses-And-Striped-Pattern-T-shirts-Sets-214912.html?spm=1001.2002.0.0-14 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 02:32:19 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 02:37:11 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | a052051a-f792-4688-88ae-934c864ff00b |
| User: | pp-zchen |

