# EXHIBIT 4A

**Registration #:**   VA0002282229
**Service Request #:**   1-11092128102



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-282-229**

**Effective Date of Registration:**
January 13, 2022
**Registration Decision Date:**
January 13, 2022

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**  May 17, 2020 to December 27, 2020

## Title _____

| | |
|---|---|
| **Title of Group:** | 1-11092128102_2020PATPAT_Published_29 |
| **Number of Photographs in Group:** | 29 |

- **Individual Photographs:**  17260034(0),
  17260034(1),
  17260034(10),
  17260034(2),
  17260034(3),
  17260034(4),
  17260034(5),
  17260034(6),
  17260034(7),
  17260034(8),
  17260034(9),
  **Published:**  May 2020

- **Individual Photographs:**  17283410(1),
  17283410(2),
  17283410(3),
  17283410(4),
  17283410(5),
  17283410(6),
  17283410(7),
  17283410(8),
  17283410(9),
  **Published:**  September 2020

- **Individual Photographs:**  17300843(1),
  17300843(2),
  17300843(3),
  17300843(4),
  17300843(5),
  17300843(6),
  17300843(7),
  17300843(8),
  17300843(9),

**Published:** December 2020

## Completion/Publication

**Year of Completion:** 2020
**Earliest Publication Date in Group:** May 17, 2020
**Latest Publication Date in Group:** December 27, 2020
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** January 11, 2022

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application



materials. The list must be submitted in an approved document format such as .
XLS or .PDF. The file name for the numbered list must contain the title of the
group and the Case Number assigned to the application.

# EXHIBIT 4B



















# EXHIBIT 4D

**Page Vault**

| | |
|---|---|
| Document title: | Leopard Print Round Collar Sleeveless Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Leopard-Print-Round-Collar-Sleeveless-Dress-for-Mom-and-Me-216269.html?spm=1001.2002.0.0-13 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:02:57 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:03:23 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 0dbe0a33-403d-419f-88d3-0b2b87047248 |
| User: | pp-zchen |

PDF REFERENCE #:     qrUJ2Rzg3m6Y5xSXDavFRe



Document title: Leopard Print Round Collar Sleeveless Dress for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Leopard-Print-Round-Collar-Sleeveless-Dress-for-Mom-and-Me-216269.html?spm=1001.2002.0.0-13
Capture timestamp (UTC): Thu, 20 Jan 2022 03:03:23 GMT

Page 1 of 1

**Page Vault**

| | |
|---|---|
| Document title: | Leopard Print Round Collar Sleeveless Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Leopard-Print-Round-Collar-Sleeveless-Dress-for-Mom-and-Me-216269.html?spm=1001.2002.0.0-13 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:02:57 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:03:46 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 61addb43-428f-44fc-bc7e-0ed56de971ea |
| User: | pp-zchen |



| | |
|---|---|
| Document title: | Leopard Print Round Collar Sleeveless Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Leopard-Print-Round-Collar-Sleeveless-Dress-for-Mom-and-Me-216269.html?spm=1001.2002.0.0-13 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:02:57 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:04:06 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | d6821282-7331-45e4-9db4-9fd87c641e6e |
| User: | pp-zchen |



Document title: Leopard Print Round Collar Sleeveless Dress for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Leopard-Print-Round-Collar-Sleeveless-Dress-for-Mom-and-Me-216269.html?spm=1001.2002.0.0-13
Capture timestamp (UTC): Thu, 20 Jan 2022 03:04:06 GMT

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Leopard Print Round Collar Sleeveless Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Leopard-Print-Round-Collar-Sleeveless-Dress-for-Mom-and-Me-216269.html?spm=1001.2002.0.0-13 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:02:57 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:04:23 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 4e58f315-919c-49bc-9fb8-73aa12f1096b |
| User: | pp-zchen |

PDF REFERENCE #:        hKPKPCosFq5cJAULc9we5W



Document title: Leopard Print Round Collar Sleeveless Dress for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Leopard-Print-Round-Collar-Sleeveless-Dress-for-Mom-and-Me-216269.html?spm=1001.2002.0.0-13
Capture timestamp (UTC): Thu, 20 Jan 2022 03:04:23 GMT

Page 1 of 1

**Page Vault**

| | |
|---|---|
| Document title: | Leopard Print Round Collar Sleeveless Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Leopard-Print-Round-Collar-Sleeveless-Dress-for-Mom-and-Me-216269.html?spm=1001.2002.0.0-13 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:02:57 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:06:19 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | a81249c3-9a48-45c2-88ae-650fd0dd70fa |
| User: | pp-zchen |



Document title: Leopard Print Round Collar Sleeveless Dress for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Leopard-Print-Round-Collar-Sleeveless-Dress-for-Mom-and-Me-216269.html?spm=1001.2002.0.0-13
Capture timestamp (UTC): Thu, 20 Jan 2022 03:06:19 GMT

Page Vault

| | |
|---|---|
| Document title: | Leopard Print Round Collar Sleeveless Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Leopard-Print-Round-Collar-Sleeveless-Dress-for-Mom-and-Me-216269.html?spm=1001.2002.0.0-13 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:02:57 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:06:36 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 49ac175c-8f71-4dbb-8188-c35ba81755bc |
| User: | pp-zchen |

PDF REFERENCE #:        i7C3zct5SsoaSVFQEG1iDF



Page Vault

| | |
|---|---|
| Document title: | Leopard Print Round Collar Sleeveless Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Leopard-Print-Round-Collar-Sleeveless-Dress-for-Mom-and-Me-216269.html?spm=1001.2002.0.0-13 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:02:57 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:06:56 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 11dc3977-47de-4196-a237-c161b2d986e7 |
| User: | pp-zchen |



Document title: Leopard Print Round Collar Sleeveless Dress for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Leopard-Print-Round-Collar-Sleeveless-Dress-for-Mom-and-Me-216269.html?spm=1001.2002.0.0-13
Capture timestamp (UTC): Thu, 20 Jan 2022 03:06:56 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Leopard Print Round Collar Sleeveless Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Leopard-Print-Round-Collar-Sleeveless-Dress-for-Mom-and-Me-216269.html?spm=1001.2002.0.0-13 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:02:57 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:07:34 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 3285ec32-4728-40c9-95f5-1feb1b60819a |
| User: | pp-zchen |

PDF REFERENCE #:     mr7durNV1xb4uqgG7NzP7Y



🔒 **Page Vault**

| | |
|---|---|
| Document title: | Leopard Print Round Collar Sleeveless Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Leopard-Print-Round-Collar-Sleeveless-Dress-for-Mom-and-Me-216269.html?spm=1001.2002.0.0-13 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:02:57 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:07:52 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 16fa395d-fefc-48b2-8883-4146475cf680 |
| User: | pp-zchen |

PDF REFERENCE #:            w5r3VYcR8xHMyvBSeDy3Wy



Document title: Leopard Print Round Collar Sleeveless Dress for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Leopard-Print-Round-Collar-Sleeveless-Dress-for-Mom-and-Me-216269.html?spm=1001.2002.0.0-13
Capture timestamp (UTC): Thu, 20 Jan 2022 03:07:52 GMT