# EXHIBIT 5A

**Registration #:** VA0002282931
**Service Request #:** 1-11107988760



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-282-931

**Effective Date of Registration:**
January 19, 2022
**Registration Decision Date:**
January 19, 2022

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** June 18, 2020 to June 18, 2020

### Title _____

| | |
|---|---|
| **Title of Group:** | 1-11107988760_2020PATPAT_Published_6 |
| **Number of Photographs in Group:** | 6 |
| • **Individual Photographs:** | 17272545 (1), |
| | 17272545 (2), |
| | 17272545 (3), |
| | 17272545 (4), |
| | 17272545 (5), |
| | 17272545 (6) |
| **Published:** | June 2020 |

### Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Earliest Publication Date in Group:** | June 18, 2020 |
| **Latest Publication Date in Group:** | June 18, 2020 |
| **Nation of First Publication:** | United States |

### Author _____

| | |
|---|---|
| • **Author:** | Interfocus Inc |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

### Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Interfocus Inc |
| | 650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Interfocus Inc |
| **Name:** | Can Wang |
| **Email:** | infringement@patpat.com |
| **Telephone:** | (650)224-6698 |
| **Address:** | 650 Castro Street Ste. 120-458 |
|  | Mountain View, CA 94041 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Can Wang |
| **Date**: | January 19, 2022 |

---

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |

# EXHIBIT 5B







# EXHIBIT 5C

| | |
|---|---|
| Document title: | Mosaic Red Stripe Plaid Long-sleeve Family Matching Sets Only $0.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Mosaic-Red-Stripe-Plaid-Long-sleeve-Family-Matching-Sets-458435.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 07:13:54 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 07:18:43 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | a6350244-cec2-4e15-bf9a-5cf547377933 |
| User: | pp-zchen |

PDF REFERENCE #:      oaPiCuJg5PL1WfZRxuKhwx



| Document title: | Mosaic Red Stripe Plaid Long-sleeve Family Matching Sets Only $0.99 Patpat US |
|---|---|
| Capture URL: | https://us.patpat.com/product/Mosaic-Red-Stripe-Plaid-Long-sleeve-Family-Matching-Sets-458435.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 07:13:54 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 07:19:19 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 8 |
| Capture ID: | 93cc7236-454b-4c35-a627-178eb7bc018e |
| User: | pp-zchen |

PDF REFERENCE #:          u6uBPkeynGB9s17AyXRZNg



| Document title: | Mosaic Red Stripe Plaid Long-sleeve Family Matching Sets Only $0.99 Patpat US |
| --- | --- |
| Capture URL: | https://us.patpat.com/product/Mosaic-Red-Stripe-Plaid-Long-sleeve-Family-Matching-Sets-458435.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 07:13:54 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 07:20:09 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 11 |
| Capture ID: | 027eff41-822d-4f41-9feb-ddc06880caa8 |
| User: | pp-zchen |



**EXHIBIT 5D**

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Whole Family Checked Shirts & Dresses - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Whole-Family-Checked-Shirts-Dresses-205680.html?spm=1001.2002.337-pc.0-24 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:29:06 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:30:03 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 0fbbf3d9-1cca-4f79-86f0-0ac0799e9c43 |
| User: | pp-zchen |





Qty

− 1 +

**Add to Cart**

Description | Size & Fit | Delivery

| | |
|---|---|
| Material: | Cotton |
| Number Of Pieces: | 1 Pieces |
| Style: | Casual |
| Occasion: | Daily |
| Dry Clean: | Not Dry Clean |
| Thickness: | Regular |
| Washing Mode: | Wash with Cold Water |
| Season: | seasons |
| Pattern: | Plaid |

**Customer Reviews (15)**    Average Rating ⭐⭐⭐⭐⭐ 5.0

All | Most Recent | With Picture

s***m
⭐⭐⭐⭐⭐

Excelente tela, el modelo es igual al de la imagen, todas las medidas concuerdan

👍 Helpful (121)

Nov 08,2021    Color:Red    Size:Mom: L

R***l
⭐⭐⭐⭐⭐

لقد استلمت البضاعة ، وأعجبني كثيرًا ، وسأشرى الشراء في المستقبل

👍 Helpful (76)

Sep 22,2021    Color:Red    Size:Girl: 3-4Y

B***s
⭐⭐⭐⭐⭐

الملابس مناسبة ، والثورة جميلة للغاية ، أيضًا وأد العمل يسب القميص

👍 Helpful (23)

Sep 22,2021    Color:Red    Size:Mom: M

◄ **1** 2 3 4 5 ►

**How About These?**

‹

›

Contact us with

✉ Email
service.western@hibobi.com

📞 Telephone
+86 18957149026

## hibobi
use hibobi, love your baby.

Contact us with

f  📷  🐦  ▶

About Us
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

Help & Support
Return Policy
Delivery

Sign up For hibobi Style News

[Email]  **Subscribe**

App

📱 Download on the App Store    ▶ GET IT ON Google Play

Address: FLAT/RM B 5/F GAYLORD COMMERCIAL BUILDING 114-118 LOCKHART ROAD HK

Payment Methods:
VISA  P PayPal  💳  💳 mastercard  AMERICAN EXPRESS  💳 JCB  💳 DINERS  CASH ON DELIVERY  checkout.com  tamara

Delivery Partners:
fetchr?  aramex

© 2019-2021 hibobi All Rights Reserved

浙ICP备19023632号-1

Document title: Whole Family Checked Shirts &amp; Dresses - hibobi
Capture URL: https://www.hibobi.com/detail/Whole-Family-Checked-Shirts-Dresses-205680.html?spm=1001.2002.337-pc.0-24
Capture timestamp (UTC): Thu, 20 Jan 2022 03:30:03 GMT

| | |
|---|---|
| Document title: | Whole Family Checked Shirts & Dresses - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Whole-Family-Checked-Shirts-Dresses-205680.html?spm=1001.2002.337-pc.0-24 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:29:06 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:30:38 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | a34eded7-87fa-403e-a8ba-4a3bf61449fa |
| User: | pp-zchen |

PDF REFERENCE #:        mavqXdQ685rRQgMJY1edjY





**Page Vault**

| | |
|---|---|
| Document title: | Whole Family Checked Shirts & Dresses - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Whole-Family-Checked-Shirts-Dresses-205680.html?spm=1001.2002.337-pc.0-24 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:29:06 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:30:57 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | d209ce26-22ba-4fca-ac50-bced3955090b |
| User: | pp-zchen |

PDF REFERENCE #:            aTxR2CK8iuhkneg5EKU4Kb





Qty

−  1  +

**Add to Cart**

Description | Size & Fit | Delivery

| | |
|---|---|
| Material: | Cotton |
| Number Of Pieces: | 1 Pieces |
| Style: | Casual |
| Occasion: | Daily |
| Dry Clean: | Not Dry Clean |
| Thickness: | Regular |
| Washing Mode: | Wash with Cold Water |
| Season: | seasons |
| Pattern: | Plaid |

**Customer Reviews (15)**      Average Rating ★★★★★ 5.0

[ All ]   [ Most Recent ]   [ With Picture ]

s***m
★★★★★
Excelente tela, el modelo es igual al de la imagen, todas las medidas concuerdan
Helpful (121)
Nov 08,2021    Color:Red    Size:Mom: L

R***l
★★★★★
لقد استلمت البضاعة ، وأعجبني كثيرا ، وسأعود للشراء في المستقبل
Helpful (76)
Sep 22,2021    Color:Red    Size:Girl: 3-4Y

B***s
★★★★★
الطلبن مناسبه ، والثوره جميلة للغاية ، أيضاً وأكد العقل بسب القميص
Helpful (23)
Sep 22,2021    Color:Red    Size:Mom: M

◄  1  2  3  4  5  ►

**How About These?**

‹

›

Contact us with

Email
service.western@hibobi.com

Telephone
+86 18957149026

hibobi
use hibobi, love your baby.

Contact us with

About Us
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

Help & Support
Return Policy
Delivery

Sign up For hibobi Style News
[ Email ]  Subscribe

App
Download on the App Store
GET IT ON Google Play

Address: FLAT/RM B 5/F GAYLORD COMMERCIAL BUILDING 114-118 LOCKHART ROAD HK

Payment Methods:
VISA  PayPal  mastercard  AMERICAN EXPRESS  DINERS CLUB  CASH ON DELIVERY  checkout.com  tamara

Delivery Partners:
fetchr  aramex

© 2018-2021 hibobi All Rights Reserved

浙ICP备19023432号-1