# EXHIBIT 7A

**Registration #:** VAu001404114
**Service Request #:** 1-9041132357



InterFocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VAu 1-404-114

**Effective Date of Registration:**
July 27, 2020

**Registration Decision Date:**
August 26, 2020

---

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

## Title _____

**Title of Group:** 1-9041132357_2020PATPAT_Unpublished_750
**Number of Photographs in Group:** 750

- **Individual Photographs:** 17250830(1),17250830(2),17250830(3),17250830(4),17250830(5),17268552( 1),17268552(2),17268552(3),17268552(4),17268552(5),17268552(6),1726855 2(7),17272472(1),17272472(2),17272472(3),17272472(4),17272482(1),17272 482(10),17272482(11),17272482(12),17272482(13),17272482(14),17272482( 15),17272482(16),17272482(2),17272482(3),17272482(4),17272482(5),17272 482(6),17272482(7),17272482(8),17272482(9),17272483(1),17272483(10),17 272483(11),17272483(2),17272483(3),17272483(4),17272483(5),17272483(6) ,17272483(7),17272483(8),17272483(9),17272491(1),17272491(2),17272491( 3),17272491(4),17272491(5),17272491(6),17272491(7),17272492(1),1727249 2(2),17272492(3),17272492(4),17272492(5),17272492(6),17272493(1),17272 493(2),17272493(3),17272493(4),17272493(5),17272493(6),17272493(7),172 72506(1),17272506(2),17272506(3),17272506(4),17272506(5),17272514(1),1 7272514(2),17272514(3),17272514(4),17272515(1),17272515(2),17272515(3) ,17272515(4),17272533(1),17272533(10),17272533(11),17272533(12),172725 33(2),17272533(3),17272533(4),17272533(5),17272533(6),17272533(7),1727 2533(8),17272533(9),17272541(1),17272541(2),17272541(3),17272541(4),17 272547(1),17272547(2),17272547(3),17272547(4),17272547(5),17272554(1), 17272554(10),17272554(11),17272554(2),17272554(3),17272554(4),1727255 4(5),17272554(6),17272554(7),17272554(8),17272554(9),17272570(1),17272 570(2),17272570(3),17272570(4),17272580(1),17272580(10),17272580(2),17 272580(3),17272580(4),17272580(5),17272580(6),17272580(7),17272580(8), 17272580(9),17272589(1),17272589(2),17272589(3),17272589(4),17272589( 5),17272600(1),17272600(2),17272600(3),17272600(4),17272600(5),1727260 0(6),17272600(7),17272600(8),17272600(9),17272613(1),17272613(2),17272 613(3),17272613(4),17272613(5),17272613(6),17272613(7),17272613(8),172 72624(1),17272624(10),17272624(11),17272624(12),17272624(2),17272624( 3);

- **Individual Photographs:** 17272624(4),17272624(5),17272624(6),17272624(7),17272624(8),17272624( 9),17272625(1),17272625(2),17272625(3),17272625(4),17272626(1),1727262 6(2),17272626(3),17272626(4),17272628(1),17272628(10),17272628(11),172 72628(12),17272628(13),17272628(14),17272628(15),17272628(16),1727262 8(2),17272628(3),17272628(4),17272628(5),17272628(6),17272628(7),17272 628(8),17272628(9),17272633(1),17272633(10),17272633(11),17272633(2),1

7272633(3),17272633(4),17272633(5),17272633(6),17272633(7),17272633(8),17272633(9),17272661(1),17272661(10),17272661(11),17272661(12),17272661(13),17272661(14),17272661(15),17272661(16),17272661(17),17272661(18),17272661(19),17272661(2),17272661(20),17272661(21),17272661(22),17272661(23),17272661(24),17272661(25),17272661(26),17272661(3),17272661(4),17272661(5),17272661(6),17272661(7),17272661(8),17272661(9),17272664(1),17272664(10),17272664(11),17272664(2),17272664(3),17272664(4),17272664(5),17272664(6),17272664(7),17272664(8),17272664(9),17272688(1),17272688(2),17272688(3),17272688(4),17272689(1),17272689(2),17272689(3),17272689(4),17272691(1),17272691(2),17272691(3),17272691(4),17272692(1),17272692(2),17272692(3),17272692(4),17272698(1),17272698(2),17272698(3),17272698(4),17272700(1),17272700(2),17272700(3),17272700(4),17272702(1),17272702(2),17272702(3),17272702(4),17272712(1),17272712(2),17272712(3),17272712(4),17272712(5),17272716(1),17272716(2),17272716(3),17272716(4),17272716(5),17272719(1),17272719(2),17272719(3),17272719(4),17272719(5),17272780(1),17272780(2),17272780(3),17272780(4),17272780(5),17272780(6),17272782(1),17272782(2),17272782(3),17272782(4),17272782(5),17272782(6),17272783(1),17272783(2),17272783(3),17272783(4),17272819(1),17272819(2),17272819(3),17272819(4),17272819(5),17272819(6),17272833(1),17272833(2),17272833(3),17272833(4),17272833(5),17272836(1),17272836(2),

- **Individual Photographs:** 17272836(3),17272836(4),17272836(5),17272836(6),17272836(7),17272836(8),17272897(1),17272897(10),17272897(11),17272897(12),17272897(13),17272897(14),17272897(15),17272897(16),17272897(17),17272897(18),17272897(19),17272897(2),17272897(20),17272897(3),17272897(4),17272897(5),17272897(6),17272897(7),17272897(8),17272897(9),17272899(1),17272899(10),17272899(11),17272899(12),17272899(13),17272899(14),17272899(15),17272899(16),17272899(2),17272899(3),17272899(4),17272899(5),17272899(6),17272899(7),17272899(8),17272899(9),17272922(1),17272922(2),17272922(3),17272922(4),17272922(5),17272922(6),17272923(1),17272923(2),17272923(3),17272923(4),17272923(5),17272931(1),17272931(2),17272931(3),17272931(4),17272931(5),17272931(6),17272931(7),17272965(1),17272965(2),17272965(3),17272965(4),17272965(5),17272965(6),17272965(7),17272965(8),17272966(1),17272966(2),17272966(3),17272966(4),17272966(5),17272966(6),17272966(7),17272966(8),17272968(2),17272968(3),17272968(4),17272968(5),17272973(1),17272973(10),17272973(11),17272973(12),17272973(2),17272973(3),17272973(4),17272973(5),17272973(6),17272973(7),17272973(8),17272973(9),17272975(1),17272975(10),17272975(11),17272975(12),17272975(2),17272975(3),17272975(4),17272975(5),17272975(6),17272975(7),17272975(8),17272975(9),17272979(1),17272979(2),17272979(3),17272979(4),17272989(1),17272989(2),17272989(3),17272989(4),17272989(5),17272990(1),17272990(2),17272990(3),17272990(4),17272990(5),17273002(1),17273002(2),17273002(3),17273003(1),17273003(2),17273003(3),17273003(4),17273003(5),17273054(1),17273054(2),17273054(3),17273054(4),17273067(1),17273067(2),17273067(3),17273067(4),17273067(5),17273068(1),17273068(2),17273068(3),17273068(4),17273068(5),17273074(1),17273074(2),17273074(3),17273074(4),17273074(5),17273081(1),17273081(2),17273081(3),

- **Individual Photographs:** 17273081(4),17273083(1),17273083(2),17273083(3),17273083(4),17273083(5),17273110(1),17273110(3),17273110(4),17273110(5),17273110(6),17273110(7),17273111(1),17273111(10),17273111(11),17273111(12),17273111(13),17273111(14),17273111(8),17273111(9),17273112(1),17273112(1),17273112(2),17273112(3),17273112(4),17273112(5),17273112(6),17273112(7),17273114(1),17273114(2),17273114(3),17273114(4),17273114(5),17273114(6),17273114(7),17273114(8),17273115(1),17273115(3),17273115(4),17273115(5),17273115(6),17273115(7),17273116(1),17273116(10),



17273116(11),17273116(12),17273116(13),17273116(14),17273116(8),17273116(9),17273123(1),17273123(2),17273123(3),17273123(4),17273123(5),17273126(1),17273126(2),17273126(3),17273126(4),17273126(5),17273126(6),17273126(7),17273127(1),17273127(2),17273127(3),17273127(4),17273127(5),17273127(6),17273127(7),17273137(1),17273137(2),17273137(3),17273137(4),17273137(5),17273138(1),17273138(2),17273138(3),17273138(4),17273138(5),17273139(1),17273139(2),17273139(3),17273139(4),17273139(5),17273139(6),17273143(1),17273143(2),17273143(3),17273143(4),17273143(5),17273170(1),17273170(2),17273170(3),17273170(4),17273170(5),17273175(1),17273175(2),17273175(3),17273175(4),17273175(5),17273180(1),17273180(2),17273180(3),17273180(4),17273180(5),17273190(1),17273190(2),17273190(3),17273190(4),17273190(5),17273195(1),17273195(2),17273195(3),17273195(4),17273195(5),17273211(1),17273211(2),17273211(3),17273211(4),17273211(5),17273232(1),17273232(2),17273232(3),17273232(4),17273232(5),17273233(1),17273233(2),17273233(3),17273233(4),17273233(5),17273235(1),17273235(2),17273235(3),17273235(4),17273235(5),17273238(1),17273238(2),17273238(3),17273238(4),17273238(5),17273245(1),17273245(2),17273245(3),17273245(4),17273245(5),17273245(6),17273245(7),17273246(1),

- **Individual Photographs:** 17273246(2),17273246(3),17273246(4),17273246(5),17273246(6),17273246(7),17273247(1),17273247(2),17273247(3),17273247(4),17273247(5),17273247(6),17273247(7),17273247(8),17273247(9),17273248(1),17273248(2),17273248(3),17273248(4),17273248(5),17273248(6),17273248(7),17273252(1),17273252(10),17273252(11),17273252(12),17273252(13),17273252(14),17273252(15),17273252(16),17273252(17),17273252(18),17273252(2),17273252(3),17273252(4),17273252(5),17273252(6),17273252(7),17273252(8),17273252(9),17273253(1),17273253(10),17273253(11),17273253(2),17273253(3),17273253(4),17273253(5),17273253(6),17273253(7),17273253(8),17273253(9),17273264(1),17273264(10),17273264(11),17273264(2),17273264(3),17273264(4),17273264(5),17273264(6),17273264(7),17273264(8),17273264(9),17273272(1),17273272(2),17273272(3),17273272(4),17273273(1),17273273(2),17273273(3),17273273(4),17273273(5),17273273(6),17273273(7),17273273(8),17273273(9),17273284(1),17273284(2),17273284(3),17273284(4),17273284(5),17273286(1),17273286(10),17273286(11),17273286(2),17273286(3),17273286(4),17273286(5),17273286(6),17273286(7),17273286(8),17273286(9),17273313(1),17273313(2),17273313(3),17273313(4),17273313(5),17273313(6),17273313(7),17273315(1),17273315(2),17273315(3),17273315(4),17273315(5),17273315(6),17273326(1),17273326(2),17273326(3),17273326(4),17273326(5),17273328(1),17273328(2),17273328(3),17273328(4),17273328(5),17273329(1),17273329(2),17273329(3),17273329(4),17273329(5),17273329(6),17273329(7),17273329(8),17273329(9),17273335(1),17273335(2),17273335(3),17273335(4),17273335(5),17273335(6),17273335(7),17273336(1),17273336(2),17273336(3),17273336(4),17273336(5),17273336(6),17273337(1),17273337(2),17273337(3),17273337(4),17273337(5),17273344(1),17273344(2),17273344(3),17273344(4),17273344(5),17274419(1),17274419(2),17274419(3),17274419(4),

## Completion/Publication

Year of Completion: 2020

## Author

- Author: InterFocus Inc

Page 3 of 4

Author Created: photographs
Work made for hire: Yes
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: InterFocus Inc
650 Castro Street Ste, 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

Organization Name: InterFocus Inc
Name: Can Wang
Email: patpatchina2018@gmail.com
Telephone: (650)224-6698
Address: 650 Castro Street Ste. 120-458
Mountain View, CA United States

## Certification

Name: Can Wang
Date: July 22, 2020

Copyright Office notes: Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as XLS or PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 7B













# EXHIBIT 7C

| | |
|---|---|
| Document title: | Mosaic Leaves Print Family Matching Stitching Sets Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Mosaic-Leaves-Print-Family-Matching-Stitching-Sets-472308.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 06:25:58 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 06:34:51 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 7 |
| Capture ID: | e7887513-6954-4869-ae32-85512054beab |
| User: | pp-zchen |

PDF REFERENCE #:          cxJVXeRLvzKu5pXKTeynvv

Baby    Toddler    Matching Outfits    Kids    Women    Shoes & Accessories    Home & Baby Gear    Licensed Characters    Curve + Plus



## Mosaic Leaves Print Family Matching Stitching Sets

Price **$1.99**

or 4 interest-free payments of **$0.50**  Get $5 back on your first purchase
with **sezzle** ⓘ

Color   [ Dark Blue ]   [ Burgundy ]

Size   Baby

[ 0-3M ]  [ 3-6M ]  [ 6-9M ]  [ 9-12M ]  [ 12-18M ]

Boy

[ 2 Years ]  [ 3-4 Years ]  [ 4-5 Years ]  [ 8-9 Years ]

Girl

[ 2 Years ]  [ 3-4 Years ]  [ 4-5 Years ]  [ 6-7 Years ]  [ 8-9 Years ]

Women

[ S ]  [ M ]  [ L ]  [ XL ]   [ Women Headbands ]

Men

[ M ]  [ L ]  [ XL ]  [ XXL ]

Toddler

[ Girl Headbands ]

Size Chart

Qty    −   1   +

Status   In Stock

**Add to Bag**        ♡  37266 liked

Norton by Symantec

### Description

* Please add each size separately to your shopping cart
* Soft and cozy
* Hairbands are sold separately
* Dress length: to calf
* Elasticized waist ( dress )
* Chest pocket ( T-shirt & romper )
* Material: 95% Polyester, 5% Spandex ( White cloth ) ; 95%Cotton, 5%Spandex ( Navy cloth )
* Machine wash, tumble dry
* Imported
* Pat Pat's new and exclusive "Mosaic" brand combines fun colors, interesting patterns to create artistic, one of a kind styles the whole family will love. It can only be found on PatPat
* Search "Mosaic" in the search box to find more great styles

Show More

Free Shipping On Orders Over $45.00                                             +

30 Days Return                                                                  +

100% Secured Payments                                                          +

Highest Quality Guarantee

QUALITY   PatPat guarantees you
only quality merchandise.

### All Reviews (2133)

**4.7**
★★★★★
Average Rating

| | | |
|---|---|---|
| 5 ★ | ▬▬▬▬▬ | 1722 |
| 4 ★ | ▬ | 235 |
| 3 ★ | | 94 |
| 2 ★ | | 33 |
| 1 ★ | | 49 |

m***n
Jan 25, 2022

★★★★★
Sehr gut

Helpful (1)

Show More

| Document title: | Mosaic Leaves Print Family Matching Stitching Sets Only $7.99 Patpat US |
|---|---|
| Capture URL: | https://us.patpat.com/product/Mosaic-Leaves-Print-Family-Matching-Stitching-Sets-472308.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 06:25:58 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 06:35:34 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 9 |
| Capture ID: | 41aa658a-f9b5-4ca3-8ed1-718a7848d346 |
| User: | pp-zchen |

Baby    Toddler    Matching Outfits    Kids    Women    Shoes & Accessories    Home & Baby Gear    Licensed Characters    Curve + Plus



**Mosaic Leaves Print Family Matching Stitching Sets**

Price
**$1.99**

or 4 interest-free payments of **$0.50**   Get $5 back on your first purchase
with  sezzle ⓘ

Color     Dark Blue     Burgundy

Size      Baby
          0-3M   3-6M   6-9M   9-12M   12-18M                    Size Chart
          Boy
          2 Years   3-4 Years   4-5 Years   8-9 Years
          Girl
          2 Years   3-4 Years   4-5 Years   6-7 Years   8-9 Years
          Women
          S   M   L   XL   Women Headbands
          Men
          M   L   XL   XXL
          Toddler
          Girl Headbands

Qty       −   1   +

Status    In Stock

          Add to Bag              ♡
                                37266 liked

          ✓ Norton

📋 Description
    * Please add each size separately to your shopping cart
    * Soft and cozy
    * Hairbands are sold separately
    * Dress length: to calf
    * Elasticized waist ( dress)
    * Chest pocket ( T-shirt & romper)
    * Material: 95% Polyester, 5% Spandex ( White cloth ) ; 95%Cotton, 5%Spandex ( Navy cloth )
    * Machine wash, tumble dry
    * Imported
    * Pat Pat's new and exclusive "Mosaic" brand combines fun colors, interesting patterns to create artistic, one of a kind styles the whole family will love. It can only be found on PatPat
    * Search "Mosaic" in the search box to find more great styles
    Show More

Free Shipping On Orders Over $45.00                                         +

30 Days Return                                                             +

100% Secured Payments                                                      +

Highest Quality Guarantee

                    QUALITY    PatPat guarantees you
                               only quality merchandise.

All Reviews (2133)

**4.7**          5 ⭐ ▬▬▬▬▬▬▬ 1722
⭐⭐⭐⭐⭐        4 ⭐ ▬ 235
Average Rating   3 ⭐ 94
                 2 ⭐ 33
                 1 ⭐ 49

  m***n          ⭐⭐⭐⭐⭐
  Jan 25, 2022   Sehr gut                                    👍 Helpful (1)

                        Show More ⌄

**Page Vault**

| | |
|---|---|
| Document title: | Mosaic Leaves Print Family Matching Stitching Sets Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Mosaic-Leaves-Print-Family-Matching-Stitching-Sets-472308.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 06:25:58 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 06:36:40 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 11 |
| Capture ID: | a0c584db-1808-47f7-931e-00aa08714a72 |
| User: | pp-zchen |

PDF REFERENCE #:          tdNVVzFMDe1YhD3te3h6eB

Baby    Toddler    Matching Outfits    Kids    Women    Shoes & Accessories    Home & Baby Gear    Licensed Characters    Curve + Plus



### Mosaic Leaves Print Family Matching Stitching Sets

**Price**

**$1.99**

or 4 interest-free payments of **$0.50**   Get $5 back on your first purchase
with  sezzle ⓘ

**Color**   🔵 Dark Blue    🔴 Burgundy

**Size**   Size Chart

Baby
0-3M | 3-6M | 6-9M | 9-12M | 12-18M

Boy
2 Years | 3-4 Years | 4-5 Years | 8-9 Years

Girl
2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

Women
S | M | L | XL | Women Headbands

Men
M | L | XL | XXL

Toddler
Girl Headbands

**Qty**   −  1  +

**Status**   In Stock

**Add to Bag**

♡ 37266 liked

✓ Norton
by Symantec

📋 **Description**

* Please add each size separately to your shopping cart
* Soft and cozy
* Hairbands are sold separately
* Dress length: to calf
* Elasticized waist（dress）
* Chest pocket（T-shirt & romper）
* Material: 95% Polyester, 5% Spandex（White cloth）；95%Cotton，5%Spandex（Navy cloth）
* Machine wash, tumble dry
* Imported
* Pat Pat's new and exclusive "Mosaic" brand combines fun colors, interesting patterns to create artistic, one of a kind styles the whole family will love. It can only be found on PatPat.
* Search "Mosaic" in the search box to find more great styles

Show More

Free Shipping On Orders Over $45.00  +

30 Days Return  +

100% Secured Payments  +

Highest Quality Guarantee

PatPat guarantees you
only quality merchandise.

---

**All Reviews (2133)**

**4.7**
⭐⭐⭐⭐⭐
Average Rating

| | | |
|---|---|---|
| 5⭐ | ▓▓▓▓▓▓ | 1722 |
| 4⭐ | ▓ | 235 |
| 3⭐ | | 94 |
| 2⭐ | | 33 |
| 1⭐ | | 49 |

m***n
Jan 25, 2022

⭐⭐⭐⭐⭐ Sehr gut

👍 Helpful (1)

Show More ⌄

**Page Vault**

| | |
|---|---|
| Document title: | Mosaic Leaves Print Family Matching Stitching Sets Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Mosaic-Leaves-Print-Family-Matching-Stitching-Sets-472308.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 06:25:58 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 06:39:13 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 13 |
| Capture ID: | ce8001ff-fa1b-49f6-b383-b66f69386f95 |
| User: | pp-zchen |

PDF REFERENCE #:    kSHjmJbEvG6Mpp56b3nmZH

Baby   Toddler   Matching Outfits   Kids   Women   Shoes & Accessories   Home & Baby Gear   Licensed Characters   Curve + Plus



### Mosaic Leaves Print Family Matching Stitching Sets

Price  **$1.99**

or 4 interest-free payments of **$0.50**  Get $5 back on your first purchase with ⬥ sezzle ⓘ

Color   Dark Blue   Burgundy

Size   Size Chart

Baby
0-3M   3-6M   6-9M   9-12M   12-18M

Boy
2 Years   3-4 Years   4-5 Years   8-9 Years

Girl
2 Years   3-4 Years   4-5 Years   6-7 Years   8-9 Years

Women
S   M   L   XL   Women Headbands

Men
M   L   XL   XXL

Toddler
Girl Headbands

Qty   −   1   +

Status   In Stock

**Add to Bag**   ♡ 37266 liked

✓ Norton

#### Description
* Please add each size separately to your shopping cart
* Soft and cozy
* Hairbands are sold separately
* Dress length: to calf
* Elasticized waist（dress）
* Chest pocket（T-shirt & romper）
* Material: 95% Polyester, 5% Spandex（White cloth）; 95%Cotton, 5%Spandex（Navy cloth）
* Machine wash, tumble dry
* Imported
* Pat Pat's new and exclusive "Mosaic" brand combines fun colors, interesting patterns to create artistic, one of a kind styles the whole family will love. It can only be found on PatPat
* Search "Mosaic" in the search box to find more great styles

Show More

Free Shipping On Orders Over $45.00   +

30 Days Return   +

100% Secured Payments   +

Highest Quality Guarantee

QUALITY   PatPat guarantees you only quality merchandise.

### All Reviews (2133)

**4.7**
★★★★★
Average Rating

5 ★  ▓▓▓▓▓▓▓  1722
4 ★  ▓▓  235
3 ★  ▏  94
2 ★  ▏  33
1 ★  ▏  49

m***n
Jan 25, 2022

★★★★★
Sehr gut

👍 Helpful (1)

Show More ⌄

# EXHIBIT 7D

**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-216898.html?spm=1001.2002.337-pc.0-17 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:23:25 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:24:21 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 4cdd731f-a839-4f8f-8a47-fc57330cbd14 |
| User: | pp-zchen |

PDF REFERENCE #:        uijtViKjQBuC1rjhPb6Gg2



**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-216898.html?spm=1001.2002.337-pc.0-17 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:23:25 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:24:34 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | bde694c3-5324-4525-8ccd-20ad2e277df1 |
| User: | pp-zchen |

PDF REFERENCE #:     8BmuUhvodan7ox1Hx7TgNo



| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-216898.html?spm=1001.2002.337-pc.0-17 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:23:25 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:24:51 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | a6f25d1c-2b73-4be5-a5f2-a50437ca8d9e |
| User: | pp-zchen |

PDF REFERENCE #:          aCygbyEpnqwxczzPsTaPCA



🔒 Page Vault

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-216898.html?spm=1001.2002.337-pc.0-17 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:23:25 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:25:29 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 9ede76b4-8b79-4244-9314-4b98ee916f37 |
| User: | pp-zchen |

PDF REFERENCE #:     3D37gowki3eLa7SmRo3yjb



First Order: $7 OFF over $77 & $17 OFF over $177 SHOP NOW (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)

First Order Code: Newcomer7/Newcomer17

(https://www.facebook.com/babiesclotheswholesale) (https://www.pinterest.com/BabiesClothesWholesale/_created/) (https://www.instagram.com/babiesclotheswholesale_/) (https://www.youtube.com/channel/UC9PfMSxBvt_KwB6lL49W34g) USD Login(/account/login)

NEW (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/NEW-ARRIVALS) HOLIDAY (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING) Bestseller BABY (/COLLECTIONS/WHOLESALE-BABY-CLOTHING) GIRLS (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHES) $7.85 (/cart)

Categories Search ... Trending 30 Day Return Policy 100% Satisfaction Guarantee

BOYS (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING) SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES) MATCHING OUTFITS (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS) CUSTOMIZE (/COLLECTIONS/CUSTOM-CLOTHING)

HOME (/) / WHOLESALE MATCHING OUTFITS FOR 2022 (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS) / FAMILY MATCHING FLORAL PRINT SLEEVELESS DRESSES AND T-SHIRTS SETS WHOLESALE (/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-SLEEVELESS-DRESSES-AND-T-SHIRTS-SETS-216898)

(/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-SLEEVELESS-DRESSES-AND-T-SHIRTS-SETS-216898)

# Family Matching Floral Print Sleeveless Dresses and T-shirts Sets Wholesale

SKU: 1181944

$7.05

Shipping (/policies/shipping-policy) calculated at checkout.

Color: Dark Blue/White

Size: Baby:3-6M Baby:6-9M Baby:9-12M Baby:12-18M Baby:18-24M Boy: 2-3Y Boy: 3-4Y Boy: 4-5Y Boy: 6-7Y Boy: 8-9Y Girl: 2-3Y Girl: 3-4Y Girl: 4-5Y Girl: 6-7Y Girl: 8-9Y Dad: M Dad: L Dad: XL Dad: XXL Mom: S Mom: M Mom: L Mom: XL

− 1 + ADD TO CART

BUY IT NOW

COLLECTIONS: 11/04/2021 (/collections/11-04-2021), 2022/06/29 (/collections/2022-06-29), 5-7.99 (/collections/5-7-99), Baby Summer Clothes (/collections/baby-summer-clothes), Best deal trends wholesale clothing (/collections/best-deal-trends-wholesale-clothing), Dress (/collections/dress), MATCHING OUTFITS NEW IN (/collections/matching-outfits-new-in), MATCHING OUTFITS VIEW ALL (/collections/matching-outfits-view-all), mothers day outfits for mom and baby (/collections/mothers-day-outfits-for-mom-and-baby), NEW ARRIVALS (/collections/new-arrivals), Recommended products (Seguno) (/collections/recommended-products-seguno), Wholesale Family Matching Outfits (/collections/family-matching-outfits), Wholesale Floral Clothing (/collections/wholesale-floral-clothing), Wholesale Matching Outfits for 2022 (/collections/wholesale-matching-outfits), Wholesale Trendy Matching Outfits Clothes (/collections/wholesale-trendy-matching-outfits-clothes)

TAGS: 1 Pieces (/collections/all/1-pieces), 216898 (/collections/all/216898), 5-7.99 (/collections/all/5-7-99), Baby:12-18M (/collections/all/baby-12-18m), Baby:18-24M (/collections/all/baby-18-24m), Baby:3-6M (/collections/all/baby-3-6m), Baby:6-9M (/collections/all/baby-6-9m), Baby:9-12M (/collections/all/baby-9-12m), Boy: 2-3Y (/collections/all/boy-2-3y), Boy: 3-4Y (/collections/all/boy-3-4y), Boy: 4-5Y (/collections/all/boy-4-5y), Boy: 6-7Y (/collections/all/boy-6-7y), Boy: 8-9Y (/collections/all/boy-8-9y), cate-Matching outfits (/collections/all/cate-matching-outfits), cate-Suit (/collections/all/cate-suit), cate-Whole Family (/collections/all/cate-whole-family), Cotton (/collections/all/cotton), Dad: L (/collections/all/dad-l), Dad: M (/collections/all/dad-m), Dad: XL (/collections/all/dad-xl), Dad: XXL (/collections/all/dad-xxl), Daily (/collections/all/daily), Dark Blue/white (/collections/all/dark-blue-white), Girl: 2-3Y (/collections/all/girl-2-3y), Girl: 3-4Y (/collections/all/girl-3-4y), Girl: 4-5Y (/collections/all/girl-4-5y), Girl: 6-7Y (/collections/all/girl-6-7y), Girl: 8-9Y (/collections/all/girl-8-9y), Matching outfits (/collections/all/matching-outfits), Matching outfits Whole Family (/collections/all/matching-outfits-whole-family), Matching outfits Whole Family Suit (/collections/all/matching-outfits-whole-family-suit), Mom: L (/collections/all/mom-l), Mom: M (/collections/all/mom-m), Mom: S (/collections/all/mom-s), Mom: XL (/collections/all/mom-xl), Regular (/collections/all/regular), Short (/collections/all/short), Summer (/collections/all/summer), wholesale220629-6 (/collections/all/wholesale220629-6)

PAYMENT METHODS:

SHARE ON

(//PINTEREST.COM/PIN/CREATE/BUTTON/?URL=HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-SLEEVELESS-DRESSES-AND-T-SHIRTS-SETS-216898 ... V=1656555680&DESCRIPTION=FAMILY%20MATCHING%20FLORAL%20PRINT%20SLEEVELESS%20DRESSES%20AND%20T-SHIRTS%20SETS%20WHOLESALE)

## Customer Reviews

☆☆☆☆☆ No reviews yet

Write a review

Description Return & exchange

## People who bought this product also bought

Causal Letter Pattern Print Family... (/products/causal-letter-pattern-print-family-matching-tees-230099?pr_prod_strat=use_description&pr_rec_id=9f882c473...)
$6.44
Size: Mom: M
Color: Multicolor
− 1 +

Family Matching Floral Print Sleeveless... (/products/family-matching-floral-print-sleeveless-dress-and-t-shirt-229847?pr_prod_strat=use_description&pr_rec_id=9f882c473...)
$6.82
Size: Dad: XXL
Color: Multicolor
− 1 +

Sweet Love Bear Pattern Print... (/products/sweet-love-bear-pattern-print-family-matching-tees-228746?pr_prod_strat=use_description&pr_rec_id=9f882c473...)
$5.39
Color: Blue
Size: Baby:6-9M
− 1 +

Family Matching Floral Print Sleeveless... (/products/family-matching-floral-print-sleeveless-dress-and-t-shirt-227244?pr_prod_strat=use_description&pr_rec_id=9f882c473&pr_rec_pid=7219363020975&pr_ref_pid=7300603838639&pr_seq=uniform)
$9.77
Color: Black
Size: Mom: S
− 1 +

Total: $28.42

ADD SELECTED TO CART

## You may also like these products

Wholesale Baby Clothes
Babiesclotheswholesale offers wholesale baby clothes online. If you are searching for wholesale children's clothing, wholesale baby clothing vendors, you can check babiesclotheswholesale. We have over 4000 styles and you can find what you like.
Wholesale Childrens clothing
Babiesclotheswholesale also offers urban children's clothing wholesale. Our price is very competitive wholesale price. If you want to find a cheap wholesale clothing supplier, you must check our website.
Wholesale Baby Boy Clothes
You can find the most trendy kids wholesale clothing here, no matter what style you need. You can find cute onesies, sweet baby girl dresses, cool boys sets and fashion girls sets here.
Kids Clothing Vendors
If you are looking for b2b wholesale suppliers, Babiesclotheswholesale is your best choice as our size range runs from newborn to 14-year. No matter you are looking for wholesale boys clothing,wholesale girls clothes, wholesale baby clothes or wholesale toddler clothing. What's more. all stock is affordable children's boutique clothing.
Children's Boutique Wholesale
If you are a boutique owner, you can use Babiesclotheswholesale's dropshipping service. You don' t need to keep stock and your customer will receive packages from Babiesclotheswholesale without knowing our company.
Online Wholesale Clothing
As an online wholesaler, we offer cheap wholesale clothing and our quality is high at the same time. You can rest assured that you can get the hot sale items from us.
wholesale girls clothes
Babiesclotheswholesale has cute wholesale girl dress, onesies, sets and kids accessories wholesale. We hope all girls will be happy when they wear our clothing.
Wholesale Baby Clothes Online
Babiesclotheswholesale offes baby rompers, sets, dresses, and other accessories. What's more, there are many baby gears. Such as feeding supplies, activity supplies and bed products.

**ABOUT BCW**
ABOUT US (/PAGES/ABOUT-US)
CONTACT US (/PAGES/CONTACT-US)
RETURN & REFUND (/PAGES/RETURN-POLICY)
SHIPPING & DELIVERY (/PAGES/SHIPPING-POLICY)
PRIVACY POLICY (/PAGES/PRIVACY-POLICY)
TERMS & CONDITIONS (/PAGES/TERMS-CONDITIONS)

**CUSTOMER SERVICE**
SEARCH (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/SEARCH)
FAQ (/PAGES/FAQ)
HOW TO BUY (/PAGES/HOW-TO-BUY)
PAYMENT METHOD (/PAGES/PAYMENT-METHOD)
ORDER TRACKING (HTTPS://WWW.17TRACK.NET/EN)
RETURN (/PAGES/RETURN-POLICY)
INCORRECT ADDRESS (/PAGES/INCORRECT-ORDER-ADDRESS)

**BUSINESS SUPPORT**
COLLAB WITH US (/PAGES/COLLAB-WITH-US)
IMPORT TAXES (/PAGES/ABOUT-IMPORT-TAXES)
DROP SHIPPING (/PAGES/DROP-SHIPPING)
CUSTOMIZE (/PAGES/SUPPORT-CUSTOMIZED)

**SHOP BY CATEGORIES**
WHOLESALE FLASH SALE (/COLLECTIONS/FLASH-SALE)
WHOLESALE BABY CLOTHING (/COLLECTIONS/WHOLESALE-BABY-CLOTHING)
WHOLESALE GIRL CLOTHING (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHES)
WHOLESALE BOY CLOTHING (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING)
WHOLESALE KIDS DAILY NEW (/COLLECTIONS/NEW-ARRIVALS)
WHOLESALE CUSTOM CLOTHING (/COLLECTIONS/CUSTOM-CLOTHING)
WHOLESALE KIDS HOLIDAY WEAR (/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)
WHOLESALE KIDS SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES)
WHOLESALE MATCHING OUTFITS CLOTHING (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)

**SHOP BY SEASON**
SPRING🌻 (/COLLECTIONS/SPRING-BABY-CLOTHES)
SUMMER🌴 (/COLLECTIONS/BABY-SUMMER-CLOTHES)
FALL🍂 (/COLLECTIONS/BABY-FALL-CLOTHES)
WINTER❄️ (/COLLECTIONS/BABY-WINTER-CLOTHES)

**SHOP BY AGE**
0-24 MONTHS (/COLLECTIONS/0-24-MONTHS)
2-6 YEARS (/COLLECTIONS/2-6-YEARS)
6-10 YEARS (/COLLECTIONS/6-10-YEARS)
10 YEARS & ABOVE (/COLLECTIONS/10-YEARS-ABOVE)

**GREAT DEALS**
FLASH SALE (/COLLECTIONS/FLASH-SALE)
$0-$2.99 CLOTHING (/COLLECTIONS/0-2-99)
$3-$4.99 CLOTHING (/COLLECTIONS/3-4-99)
$5-$7.99 (/COLLECTIONS/5-7-99)
$8-$9.99 CLOTHING (/COLLECTIONS/8-9-99)
$10 & ABOVE CLOTHING (/COLLECTIONS/10-ABOVE)

**CUSTOMIZED SERVICE**
CUSTOMIZE FREE LABELS (/BLOGS/NEWS/HOW-TO-MAKE-FREE-LABELS-ON-BCW)
CUSTOMIZE WOVEN LABELS (/BLOGS/NEWS/CUSTOMIZE-WOVEN-LABELS)
CUSTOMIZE TAGS (/BLOGS/NEWS/CUSTOMIZE-TAGS)
CUSTOMIZE PACKING BAGS (/PRODUCTS/183588)

Copyright © 2022 Babiesclotheswholesale Powered by Babiesclotheswholesale

Select Language

-->

(https://frs.echatsoft.com/visitor/pc/chat.html?companyId=529408&encryptVID=h%2FK4afhlOwE%3D&chatVisitorId=4187572&echatTag=shopify&lan=en&enterUrl=https%3A%2F%2Fwww.babiesclotheswholesale.com%2Fcollections%2Fwholesale-matching-outfits%2Fproducts%2Ffamily-matching-floral-print-sleeveless-dresses-and-t-shirts-sets-216898&enterTitle=Family%20Matching%20Floral%20Print%20Sleeveless%20Dresses%20and%20T-shirts%20Sets%20Wholesale-Matching%20outfits%20Whole%20Family%20Suit%20-babiesclotheswholesale%20%E2%80%93%20Babiesclotheswholesale&firstUrl=https%3A%2F%2Fwww.babiesclotheswholesale.com%2F&firstTitle=Babiesclotheswholesale&referrer=https%3A%2F%2Fwww.babiesclotheswholesale.com%2F&fromHost=https%3A%2F%2Fwww.babiesclotheswholesale.com&dataHost=https%3A%2F%2Ffr.echatsoft.com)

电商客服系统 Rewards (https://www.echatsoft.com)

First Order: $7 OFF over $77 & $17 OFF over $177 SHOP NOW (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)

First Order Code: Newcomer7/Newcomer17

(https://www.facebook.com/babiesclotheswholesale) (https://www.pinterest.com/BabiesClothesWholesale/_created/) (https://www.instagram.com/babiesclotheswholesale_/) (https://www.youtube.com/channel/UC9PfMSxBvt_KwB6IL49W34g) USD Login(/account/login)

NEW (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/NEW-ARRIVALS) HOLIDAY (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING) Bestseller BABY (/COLLECTIONS/WHOLESALE-BABY-CLOTHING) GIRLS (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHES) $7.85 (/cart)

Categories Search ... Trending 30 Day Return Policy 100% Satisfaction Guarantee

BOYS (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING) SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES) MATCHING OUTFITS (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS) CUSTOMIZE (/COLLECTIONS/CUSTOM-CLOTHING)

HOME (/) / WHOLESALE MATCHING OUTFITS FOR 2022 (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS) / FAMILY MATCHING FLORAL PRINT SLEEVELESS DRESSES AND T-SHIRTS SETS WHOLESALE (/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-SLEEVELESS-DRESSES-AND-T-SHIRTS-SETS-216898)

(/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-SLEEVELESS-DRESSES-AND-T-SHIRTS-SETS-216898)

# Family Matching Floral Print Sleeveless Dresses and T-shirts Sets Wholesale

SKU: 1181944

$7.05

Shipping (/policies/shipping-policy) calculated at checkout.

Color Dark Blue/White

Size
Baby:3-6M Baby:6-9M Baby:9-12M Baby:12-18M Baby:18-24M Boy: 2-3Y Boy: 3-4Y Boy: 4-5Y Boy: 6-7Y Boy: 8-9Y Girl: 2-3Y Girl: 3-4Y Girl: 4-5Y Girl: 6-7Y Girl: 8-9Y Dad: M Dad: L Dad: XL Dad: XXL Mom: S Mom: M Mom: L Mom: XL

– 1 + ADD TO CART

BUY IT NOW

COLLECTIONS: 11/04/2021 (/collections/11-04-2021), 2022/06/29 (/collections/2022-06-29), 5-7.99 (/collections/5-7-99), Baby Summer Clothes (/collections/baby-summer-clothes), Best deal trends wholesale clothing (/collections/best-deal-trends-wholesale-clothing), Dress (/collections/dress), MATCHING OUTFITS NEW IN (/collections/matching-outfits-new-in), MATCHING OUTFITS VIEW ALL (/collections/matching-outfits-view-all), mothers day outfits for mom and baby (/collections/mothers-day-outfits-for-mom-and-baby), NEW ARRIVALS (/collections/new-arrivals), Recommended products (Seguno) (/collections/recommended-products-seguno), Wholesale Family Matching Outfits (/collections/family-matching-outfits), Wholesale Floral Clothing (/collections/wholesale-floral-clothing), Wholesale Matching Outfits for 2022 (/collections/wholesale-matching-outfits), Wholesale Trendy Matching Outfits Clothes (/collections/wholesale-trendy-matching-outfits-clothes)

TAGS: 1 Pieces (/collections/all/1-pieces), 216898 (/collections/all/216898), 5-7.99 (/collections/all/5-7-99), Baby:12-18M (/collections/all/baby-12-18m), Baby:18-24M (/collections/all/baby-18-24m), Baby:3-6M (/collections/all/baby-3-6m), Baby:6-9M (/collections/all/baby-6-9m), Baby:9-12M (/collections/all/baby-9-12m), Boy: 2-3Y (/collections/all/boy-2-3y), Boy: 3-4Y (/collections/all/boy-3-4y), Boy: 4-5Y (/collections/all/boy-4-5y), Boy: 6-7Y (/collections/all/boy-6-7y), Boy: 8-9Y (/collections/all/boy-8-9y), cate-Matching outfits (/collections/all/cate-matching-outfits), cate-Suit (/collections/all/cate-suit), cate-Whole Family (/collections/all/cate-whole-family), Cotton (/collections/all/cotton), Dad: L (/collections/all/dad-l), Dad: M (/collections/all/dad-m), Dad: XL (/collections/all/dad-xl), Dad: XXL (/collections/all/dad-xxl), Daily (/collections/all/daily), Dark Blue/white (/collections/all/dark-blue-white), Girl: 2-3Y (/collections/all/girl-2-3y), Girl: 3-4Y (/collections/all/girl-3-4y), Girl: 4-5Y (/collections/all/girl-4-5y), Girl: 6-7Y (/collections/all/girl-6-7y), Girl: 8-9Y (/collections/all/girl-8-9y), Matching outfits (/collections/all/matching-outfits), Matching outfits Whole Family (/collections/all/matching-outfits-whole-family), Matching outfits Whole Family Suit (/collections/all/matching-outfits-whole-family-suit), Mom: L (/collections/all/mom-l), Mom: M (/collections/all/mom-m), Mom: S (/collections/all/mom-s), Mom: XL (/collections/all/mom-xl), Regular (/collections/all/regular), Short (/collections/all/short), Summer (/collections/all/summer), wholesale220629-6 (/collections/all/wholesale220629-6)

PAYMENT METHODS:

SHARE ON

(//PINTEREST.COM/PIN/CREATE/BUTTON/?URL=HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-SLEEVELESS-DRESSES-AND-T-SHIRTS-SETS-216898 ... V=1656555680&DESCRIPTION=FAMILY%20MATCHING%20FLORAL%20PRINT%20SLEEVELESS%20DRESSES%20AND%20T-SHIRTS%20SETS%20WHOLESALE)

## Customer Reviews

☆☆☆☆☆ No reviews yet

Write a review

Description Return & exchange

## People who bought this product also bought

Causal Letter Pattern Print Family... (/products/causal-letter-pattern-print-family-matching-tees-230099?pr_prod_strat=use_description&pr_rec_id=9f882c473...)

$6.44

Size Mom: M
Color Multicolor
– 1 +

Family Matching Floral Print Sleeveless... (/products/family-matching-floral-print-sleeveless-dress-and-t-shirt-229847?pr_prod_strat=use_...)

$6.82

Size Dad: XXL
Color Multicolor
– 1 +

Sweet Love Bear Pattern Print... (/products/sweet-love-bear-pattern-print-family-matching-tees-228746?pr_prod_strat=use_...)

$5.39

Color Blue
Size Baby:6-9M
– 1 +

Family Matching Floral Print Sleeveless... (/products/family-matching-floral-print-sleeveless-dress-and-t-shirt-227244?pr_prod_strat=use_...&pr_rec_pid=7219363020975&pr_ref_pid=7300603838639&pr_seq=uniform)

$9.77

Color Black
Size Mom: S
– 1 +

Total: $28.42

ADD SELECTED TO CART

← PREVIOUS NEXT →

## You may also like these products

Wholesale Baby Clothes
Babiesclotheswholesale offers wholesale baby clothes online. If you are searching for wholesale children's clothing, wholesale baby clothing vendors, you can check babiesclotheswholesale. We have over 4000 styles and you can find what you like.
Wholesale Childrens clothing
Babiesclotheswholesale also offers urban children's clothing wholesale. Our price is very competitive wholesale price. If you want to find a cheap wholesale clothing supplier, you must check our website.
Wholesale Baby Boy Clothes
You can find the most trendy kids wholesale clothing here, no matter what style you need. You can find cute onesies, sweet baby girl dresses, cool boys sets and fashion girls sets here.
Kids Clothing Vendors
If you are looking for b2b wholesale suppliers, Babiesclotheswholesale is your best choice as our size range runs from newborn to 14-year. No matter you are looking for wholesale boys clothing,wholesale girls clothes, wholesale baby clothes or wholesale toddler clothing. What's more. all stock is affordable children's boutique clothing.
Children's Boutique Wholesale
If you are a boutique owner, you can use Babiesclotheswholesale's dropshipping service. You don' t need to keep stock and your customer will receive packages from Babiesclotheswholesale without knowing our company.
Online Wholesale Clothing
As an online wholesaler, we offer cheap wholesale clothing and our quality is high at the same time. You can rest assured that you can get the hot sale items from us.
wholesale girls clothes
Babiesclotheswholesale has cute wholesale girl dress, onesies, sets and kids accessories wholesale. We hope all girls will be happy when they wear our clothing.
Wholesale Baby Clothes Online
Babiesclotheswholesale offes baby rompers, sets, dresses, and other accessories. What's more, there are many baby gears. Such as feeding supplies, activity supplies and bed products.

**ABOUT BCW**
ABOUT US (/PAGES/ABOUT-US)
CONTACT US (/PAGES/CONTACT-US)
RETURN & REFUND (/PAGES/RETURN-POLICY)
SHIPPING & DELIVERY (/PAGES/SHIPPING-POLICY)
PRIVACY POLICY (/PAGES/PRIVACY-POLICY)
TERMS & CONDITIONS (/PAGES/TERMS-CONDITIONS)

**CUSTOMER SERVICE**
SEARCH (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/SEARCH)
FAQ (/PAGES/FAQ)
HOW TO BUY (/PAGES/HOW-TO-BUY)
PAYMENT METHOD (/PAGES/PAYMENT-METHOD)
ORDER TRACKING (HTTPS://WWW.17TRACK.NET/EN)
RETURN (/PAGES/RETURN-POLICY)
INCORRECT ADDRESS (/PAGES/INCORRECT-ORDER-ADDRESS)

**BUSINESS SUPPORT**
COLLAB WITH US (/PAGES/COLLAB-WITH-US)
IMPORT TAXES (/PAGES/ABOUT-IMPORT-TAXES)
DROP SHIPPING (/PAGES/DROP-SHIPPING)
CUSTOMIZE (/PAGES/SUPPORT-CUSTOMIZED)

**SHOP BY CATEGORIES**
WHOLESALE FLASH SALE (/COLLECTIONS/FLASH-SALE)
WHOLESALE BABY CLOTHING (/COLLECTIONS/WHOLESALE-BABY-CLOTHING)
WHOLESALE GIRL CLOTHING (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHES)
WHOLESALE BOY CLOTHING (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING)
WHOLESALE KIDS DAILY NEW (/COLLECTIONS/NEW-ARRIVALS)
WHOLESALE CUSTOM CLOTHING (/COLLECTIONS/CUSTOM-CLOTHING)
WHOLESALE KIDS HOLIDAY WEAR (/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)
WHOLESALE KIDS SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES)
WHOLESALE MATCHING OUTFITS CLOTHING (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)

**SHOP BY SEASON**
SPRING🌻 (/COLLECTIONS/SPRING-BABY-CLOTHES)
SUMMER🌴 (/COLLECTIONS/BABY-SUMMER-CLOTHES)
FALL🍂 (/COLLECTIONS/BABY-FALL-CLOTHES)
WINTER❄ (/COLLECTIONS/BABY-WINTER-CLOTHES)

**SHOP BY AGE**
0-24 MONTHS (/COLLECTIONS/0-24-MONTHS)
2-6 YEARS (/COLLECTIONS/2-6-YEARS)
6-10 YEARS (/COLLECTIONS/6-10-YEARS)
10 YEARS & ABOVE (/COLLECTIONS/10-YEARS-ABOVE)

**GREAT DEALS**
FLASH SALE (/COLLECTIONS/FLASH-SALE)
$0-$2.99 CLOTHING (/COLLECTIONS/0-2-99)
$3-$4.99 CLOTHING (/COLLECTIONS/3-4-99)
$5-$7.99 (/COLLECTIONS/5-7-99)
$8-$9.99 CLOTHING (/COLLECTIONS/8-9-99)
$10 & ABOVE CLOTHING (/COLLECTIONS/10-ABOVE)

**CUSTOMIZED SERVICE**
CUSTOMIZE FREE LABELS (/BLOGS/NEWS/HOW-TO-MAKE-FREE-LABELS-ON-BCW)
CUSTOMIZE WOVEN LABELS (/BLOGS/NEWS/CUSTOMIZE-WOVEN-LABELS)
CUSTOMIZE TAGS (/BLOGS/NEWS/CUSTOMIZE-TAGS)
CUSTOMIZE PACKING BAGS (/PRODUCTS/183588)

Copyright © 2022 Babiesclotheswholesale Powered by Babiesclotheswholesale

Select Language

-->

(https://frs.echatsoft.com/visitor/pc/chat.html?companyId=529408&encryptVID=h%2FK4afhlOwE%3D&chatVisitorId=4187572&echatTag=shopify&lan=en&enterUrl=https%3A%2F%2Fwww.babiesclotheswholesale.com%2Fcollections%2Fwholesale-matching-outfits%2Fproducts%2Ffamily-matching-floral-print-sleeveless-dresses-and-t-shirts-sets-216898&enterTitle=Family%20Matching%20Floral%20Print%20Sleeveless%20Dresses%20and%20T-shirts%20Sets%20Wholesale-Matching%20outfits%20Whole%20Family%20Suit%20-babiesclotheswholesale%20%E2%80%93%20Babiesclotheswholesale&firstUrl=https%3A%2F%2Fwww.babiesclotheswholesale.com%2F&firstTitle=Babiesclotheswholesale&referrer=https%3A%2F%2Fwww.babiesclotheswholesale.com%2F&fromHost=https%3A%2F%2Fwww.babiesclotheswholesale.com&dataHost=https%3A%2F%2Ffr.echatsoft.com)

电商客服系统 Rewards (www.echatsoft.com)

First Order: **$7 OFF over $77 & $17 OFF over $177** SHOP NOW (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)

First Order Code: Newcomer7/Newcomer17

(https://www.facebook.com/babiesclotheswholesale) (https://www.pinterest.com/BabiesClothesWholesale/_created/) (https://www.instagram.com/babiesclotheswholesale_/) (https://www.youtube.com/channel/UC9PfMSx8vt_KwB6IL49WJ4g) USD Login(/account/login)

(/)

NEW (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/NEW-ARRIVALS) HOLIDAY (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING) Bestseller BABY (/COLLECTIONS/WHOLESALE-BABY-CLOTHING) GIRLS (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHES) $7.85 (/cart)

Categories Search ... Trending 30 Day Return Policy 100% Satisfaction Guarantee

BOYS (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING) SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES) MATCHING OUTFITS (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS) CUSTOMIZE (/COLLECTIONS/CUSTOM-CLOTHING)

HOME (/) / WHOLESALE MATCHING OUTFITS FOR 2022 (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS) / FAMILY MATCHING FLORAL PRINT SLEEVELESS DRESSES AND T-SHIRTS SETS WHOLESALE (/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-SLEEVELESS-DRESSES-AND-T-SHIRTS-SETS-216898)

(/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-SLEEVELESS-DRESSES-AND-T-SHIRTS-SETS-216898)

# Family Matching Floral Print Sleeveless Dresses and T-shirts Sets Wholesale

SKU: 1181944

**$7.05**

Shipping (/policies/shipping-policy) calculated at checkout.

**Color** Dark Blue/White

**Size**
Baby:3-6M Baby:6-9M Baby:9-12M Baby:12-18M Baby:18-24M Boy: 2-3Y Boy: 3-4Y Boy: 4-5Y Boy: 6-7Y Boy: 8-9Y Girl: 2-3Y Girl: 3-4Y Girl: 4-5Y Girl: 6-7Y Girl: 8-9Y Dad: M Dad: L Dad: XL Dad: XXL Mom: S Mom: M Mom: L Mom: XL

– 1 + ADD TO CART

BUY IT NOW

COLLECTIONS: 11/04/2021 (/collections/11-04-2021), 2022/06/29 (/collections/2022-06-29), 5-7.99 (/collections/5-7-99), Baby Summer Clothes (/collections/baby-summer-clothes), Best deal trends wholesale clothing (/collections/best-deal-trends-wholesale-clothing), Dress (/collections/dress), MATCHING OUTFITS NEW IN (/collections/matching-outfits-new-in), MATCHING OUTFITS VIEW ALL (/collections/matching-outfits-view-all), mothers day outfits for mom and baby (/collections/mothers-day-outfits-for-mom-and-baby), NEW ARRIVALS (/collections/new-arrivals), Recommended products (Seguno) (/collections/recommended-products-seguno), Wholesale Family Matching Outfits (/collections/family-matching-outfits), Wholesale Floral Clothing (/collections/wholesale-floral-clothing), Wholesale Matching Outfits for 2022 (/collections/wholesale-matching-outfits), Wholesale Trendy Matching Outfits Clothes (/collections/wholesale-trendy-matching-outfits-clothes)

TAGS: 1 Pieces (/collections/all/1-pieces), 216898 (/collections/all/216898), 5-7.99 (/collections/all/5-7-99), Baby:12-18M (/collections/all/baby-12-18m), Baby:18-24M (/collections/all/baby-18-24m), Baby:3-6M (/collections/all/baby-3-6m), Baby:6-9M (/collections/all/baby-6-9m), Baby:9-12M (/collections/all/baby-9-12m), Boy: 2-3Y (/collections/all/boy-2-3y), Boy: 3-4Y (/collections/all/boy-3-4y), Boy: 4-5Y (/collections/all/boy-4-5y), Boy: 6-7Y (/collections/all/boy-6-7y), Boy: 8-9Y (/collections/all/boy-8-9y), cate-Matching outfits (/collections/all/cate-matching-outfits), cate-Suit (/collections/all/cate-suit), cate-Whole Family (/collections/all/cate-whole-family), Cotton (/collections/all/cotton), Dad: L (/collections/all/dad-l), Dad: M (/collections/all/dad-m), Dad: XL (/collections/all/dad-xl), Dad: XXL (/collections/all/dad-xxl), Daily (/collections/all/daily), Dark Blue/white (/collections/all/dark-blue-white), Girl: 2-3Y (/collections/all/girl-2-3y), Girl: 3-4Y (/collections/all/girl-3-4y), Girl: 4-5Y (/collections/all/girl-4-5y), Girl: 6-7Y (/collections/all/girl-6-7y), Girl: 8-9Y (/collections/all/girl-8-9y), Matching outfits (/collections/all/matching-outfits), Matching outfits Whole Family (/collections/all/matching-outfits-whole-family), Matching outfits Whole Family Suit (/collections/all/matching-outfits-whole-family-suit), Mom: L (/collections/all/mom-l), Mom: M (/collections/all/mom-m), Mom: S (/collections/all/mom-s), Mom: XL (/collections/all/mom-xl), Regular (/collections/all/regular), Short (/collections/all/short), Summer (/collections/all/summer), wholesale220629-6 (/collections/all/wholesale220629-6)

PAYMENT METHODS:

SHARE ON

(//PINTEREST.COM/PIN/CREATE/BUTTON/?URL=HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-SLEEVELESS-DRESSES-AND-T-SHIRTS-SETS-216898 ... V=1656555680&DESCRIPTION=FAMILY%20MATCHING%20FLORAL%20PRINT%20SLEEVELESS%20DRESSES%20AND%20T-SHIRTS%20SETS%20WHOLESALE)

## Customer Reviews

☆☆☆☆☆ No reviews yet

Write a review

**Description** **Return & exchange**

## People who bought this product also bought

Causal Letter Pattern Print Family... (/products/causal-letter-pattern-print-family-matching-tees-230099?pr_prod_strat=use_description&pr_rec_id=9f882c473...)

**$6.44**

Size Mom: M
Color Multicolor
– 1 +

Family Matching Floral Print Sleeveless... (/products/family-matching-floral-print-sleeveless-dress-and-t-shirt-229847?pr_prod_strat=use_...)

**$6.82**

Size Dad: XXL
Color Multicolor
– 1 +

Sweet Love Bear Pattern Print... (/products/sweet-love-bear-pattern-print-family-matching-tees-228746?pr_prod_strat=use_...)

**$5.39**

Color Blue
Size Baby:6-9M
– 1 +

Family Matching Floral Print Sleeveless... (/products/family-matching-floral-print-sleeveless-dress-and-t-shirt-227244?pr_prod_strat=use_...c473&pr_rec_pid=7219363020975&pr_ref_pid=7300603838639&pr_seq=uniform)

**$9.77**

Color Black
Size Mom: S
– 1 +

**Total: $28.42**

ADD SELECTED TO CART

## You may also like these products

Wholesale Baby Clothes
Babiesclotheswholesale offers wholesale baby clothes online. If you are searching for wholesale children's clothing, wholesale baby clothing vendors, you can check babiesclotheswholesale. We have over 4000 styles and you can find what you like.
Wholesale Childrens clothing
Babiesclotheswholesale also offers urban children's clothing wholesale. Our price is very competitive wholesale price. If you want to find a cheap wholesale clothing supplier, you must check our website.
Wholesale Baby Boy Clothes
You can find the most trendy kids wholesale clothing here, no matter what style you need. You can find cute onesies, sweet baby girl dresses, cool boys sets and fashion girls sets here.
Kids Clothing Vendors
If you are looking for b2b wholesale suppliers, Babiesclotheswholesale is your best choice as our size range runs from newborn to 14-year. No matter you are looking for wholesale boys clothing,wholesale girls clothes, wholesale baby clothes or wholesale toddler clothing. What's more. all stock is affordable children's boutique clothing.
Children's Boutique Wholesale
If you are a boutique owner, you can use Babiesclotheswholesale's dropshipping service. You don' t need to keep stock and your customer will receive packages from Babiesclotheswholesale without knowing our company.
Online Wholesale Clothing
As an online wholesaler, we offer cheap wholesale clothing and our quality is high at the same time. You can rest assured that you can get the hot sale items from us.
wholesale girls clothes
Babiesclotheswholesale has cute wholesale girl dress, onesies, sets and kids accessories wholesale. We hope all girls will be happy when they wear our clothing.
Wholesale Baby Clothes Online
Babiesclotheswholesale offes baby rompers, sets, dresses, and other accessories. What's more, there are many baby gears. Such as feeding supplies, activity supplies and bed products.

**ABOUT BCW**
- ABOUT US (/PAGES/ABOUT-US)
- CONTACT US (/PAGES/CONTACT-US)
- RETURN & REFUND (/PAGES/RETURN-POLICY)
- SHIPPING & DELIVERY (/PAGES/SHIPPING-POLICY)
- PRIVACY POLICY (/PAGES/PRIVACY-POLICY)
- TERMS & CONDITIONS (/PAGES/TERMS-CONDITIONS)

**CUSTOMER SERVICE**
- SEARCH (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/SEARCH)
- FAQ (/PAGES/FAQ)
- HOW TO BUY (/PAGES/HOW-TO-BUY)
- PAYMENT METHOD (/PAGES/PAYMENT-METHOD)
- ORDER TRACKING (HTTPS://WWW.17TRACK.NET/EN)
- RETURN (/PAGES/RETURN-POLICY)
- INCORRECT ADDRESS (/PAGES/INCORRECT-ORDER-ADDRESS)

**BUSINESS SUPPORT**
- COLLAB WITH US (/PAGES/COLLAB-WITH-US)
- IMPORT TAXES (/PAGES/ABOUT-IMPORT-TAXES)
- DROP SHIPPING (/PAGES/DROP-SHIPPING)
- CUSTOMIZE (/PAGES/SUPPORT-CUSTOMIZED)

**SHOP BY CATEGORIES**
- WHOLESALE FLASH SALE (/COLLECTIONS/FLASH-SALE)
- WHOLESALE BABY CLOTHING (/COLLECTIONS/WHOLESALE-BABY-CLOTHING)
- WHOLESALE GIRL CLOTHING (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHES)
- WHOLESALE BOY CLOTHING (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING)
- WHOLESALE KIDS DAILY NEW (/COLLECTIONS/NEW-ARRIVALS)
- WHOLESALE CUSTOM CLOTHING (/COLLECTIONS/CUSTOM-CLOTHING)
- WHOLESALE KIDS HOLIDAY WEAR (/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)
- WHOLESALE KIDS SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES)
- WHOLESALE MATCHING OUTFITS CLOTHING (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)

**SHOP BY SEASON**
- SPRING🌻 (/COLLECTIONS/SPRING-BABY-CLOTHES)
- SUMMER🌴 (/COLLECTIONS/BABY-SUMMER-CLOTHES)
- FALL🍂 (/COLLECTIONS/BABY-FALL-CLOTHES)
- WINTER❄️ (/COLLECTIONS/BABY-WINTER-CLOTHES)

**SHOP BY AGE**
- 0-24 MONTHS (/COLLECTIONS/0-24-MONTHS)
- 2-6 YEARS (/COLLECTIONS/2-6-YEARS)
- 6-10 YEARS (/COLLECTIONS/6-10-YEARS)
- 10 YEARS & ABOVE (/COLLECTIONS/10-YEARS-ABOVE)

**GREAT DEALS**
- FLASH SALE (/COLLECTIONS/FLASH-SALE)
- $0-$2.99 CLOTHING (/COLLECTIONS/0-2-99)
- $3-$4.99 CLOTHING (/COLLECTIONS/3-4-99)
- $5-$7.99 (/COLLECTIONS/5-7-99)
- $8-$9.99 CLOTHING (/COLLECTIONS/8-9-99)
- $10 & ABOVE CLOTHING (/COLLECTIONS/10-ABOVE)

**CUSTOMIZED SERVICE**
- CUSTOMIZE FREE LABELS (/BLOGS/NEWS/HOW-TO-MAKE-FREE-LABELS-ON-BCW)
- CUSTOMIZE WOVEN LABELS (/BLOGS/NEWS/CUSTOMIZE-WOVEN-LABELS)
- CUSTOMIZE TAGS (/BLOGS/NEWS/CUSTOMIZE-TAGS)
- CUSTOMIZE PACKING BAGS (/PRODUCTS/183588)

Copyright © 2022 Babiesclotheswholesale Powered by Babiesclotheswholesale

Select Language

-->

(https://frs.echatsoft.com/visitor/pc/chat.html?companyId=529408&encryptVID=h%2FK4afhlOwE%3D&chatVisitorId=4187572&echatTag=shopify&lan=en&enterUrl=https%3A%2F%2Fwww.babiesclotheswholesale.com%2Fcollections%2Fwholesale-matching-outfits%2Fproducts%2Ffamily-matching-floral-print-sleeveless-dresses-and-t-shirts-sets-216898&enterTitle=Family%20Matching%20Floral%20Print%20Sleeveless%20Dresses%20and%20T-shirts%20Sets%20Wholesale-Matching%20outfits%20Whole%20Family%20Suit%20-babiesclotheswholesale%20%E2%80%93%20Babiesclotheswholesale&firstUrl=https%3A%2F%2Fwww.babiesclotheswholesale.com%2F&firstTitle=Babiesclotheswholesale&referrer=https%3A%2F%2Fwww.babiesclotheswholesale.com%2F&fromHost=https%3A%2F%2Fwww.babiesclotheswholesale.com&dataHost=https%3A%2F%2Ffr.echatsoft.com)

Rewards
电商客服系统 (https://www.echatsoft.com)