# **EXHIBIT 8A**

**Registration #:** VA0002282229
**Service Request #:** 1-11092128102



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

Registration Number
**VA 2-282-229**
Effective Date of Registration:
January 13, 2022
Registration Decision Date:
January 13, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: May 17, 2020 to December 27, 2020

**Title** _____

Title of Group: 1-11092128102_2020PATPAT_Published_29
Number of Photographs in Group: 29

- **Individual Photographs:** 17260034(0),
  17260034(1),
  17260034(10),
  17260034(2),
  17260034(3),
  17260034(4),
  17260034(5),
  17260034(6),
  17260034(7),
  17260034(8),
  17260034(9),
  **Published:** May 2020

- **Individual Photographs:** 17283410(1),
  17283410(2),
  17283410(3),
  17283410(4),
  17283410(5),
  17283410(6),
  17283410(7),
  17283410(8),
  17283410(9),
  **Published:** September 2020

- **Individual Photographs:** 17300843(1),
  17300843(2),
  17300843(3),
  17300843(4),
  17300843(5),
  17300843(6),
  17300843(7),
  17300843(8),
  17300843(9),



|  |  |
|---|---|
| Published: | December 2020 |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2020 |
| Earliest Publication Date in Group: | May 17, 2020 |
| Latest Publication Date in Group: | December 27, 2020 |
| Nation of First Publication: | United States |

## Author

|  |  |
|---|---|
| • Author: | Interfocus Inc |
| Author Created: | photographs |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Interfocus Inc<br>650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States |

## Rights and Permissions

|  |  |
|---|---|
| Organization Name: | Interfocus Inc |
| Name: | Can Wang |
| Email: | infringement@patpat.com |
| Telephone: | (650)224-6698 |
| Address: | 650 Castro Street Ste. 120-458<br>Mountain View, CA 94041 United States |

## Certification

|  |  |
|---|---|
| Name: | Can Wang |
| Date: | January 11, 2022 |

---

|  |  |
|---|---|
| Correspondence: | Yes |
| Copyright Office notes: | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.<br><br>Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application |



materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



Case: 1:22-cv-02259 Document #: 53-7 Filed: 11/15/22 Page 6 of 16 PageID #:2814

# EXHIBIT 8B



# EXHIBIT 8C

PageVault

| | |
|---|---|
| Document title: | Mosaic 100% Cotton Floral Stitching Flutter-sleeve Matching Midi Dresses Only $2.79 Patpat US |
| Capture URL: | https://us.patpat.com/product/Mosaic-100-Cotton-Floral-Stitching-Flutter-sleeve-Matching-Midi-Dresses-453709.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 06:04:41 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 06:09:21 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | cc2a6768-aee5-4ea9-aa7e-9b2c1b540fdd |
| User: | pp-zchen |

PDF REFERENCE #:    4fSp5WnghgqBtoRKBb5Zui

English · USD · United States   Free Shipping On Orders Over $45.00   Order Status   FAQs

# PatPat — Cute, Quality, Great Price

SIGN IN   FAVORITES   BAG

BABY | Toddler | Matching Outfits | Kids | Women | Shoes & Accessories | Home & Baby Gear | Licensed Characters | Curve + Plus

## Mosaic 100% Cotton Floral Stitching Flutter-sleeve Matching Midi Dresses

**$2.79** up to 60% Off SALE   More >

Price **$6.99** Clearance

**Color**: Dark Blue/white

**Size**

Baby Girl: 0-3M | 3-6M | 6-9M | 9-12M | 12-18M

Girl: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

Women: M

Size Chart

Qty: - 1 +

Status: In Stock

**Add to Bag**   13051 liked

Norton by Symantec

### Description

* Please add each size separately to your shopping cart
* Soft and cozy
* Length：below the knee
* Front function button
* Undetachable waist tie（lady * kid size）
* Material: 100% Cotton
* Machine wash, tumble dry
* Imported
* Pat Pat's new and exclusive "Mosaic" brand combines fun colors, interesting patterns and high quality cotton fabrics to create artistic, one of a kind styles the whole family will love. It can only be found on PatPat
* Search "Mosaic" in the search box to find more great styles

Show More

- Free Shipping On Orders Over $45.00
- Return Policy
- 100% Secured Payments

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

### All Reviews (662)

**4.6** Average Rating

| Stars | Count |
|---|---|
| 5 | 506 |
| 4 | 77 |
| 3 | 43 |
| 2 | 18 |
| 1 | 18 |

R***i   Feb 13, 2022
★★★★★
رررررررراع اعجبني كثيررررا 👍🏽💧❤️🍫🍬🤗🍬🍬🍫🍬🍫💧👍🏽👍🏽👍🏽
Helpful (0)

Show More

### You May Also Like

-86%   -40%

# EXHIBIT 8D

PageVault

| | |
|---|---|
| Document title: | Whole Family Flowers Print Pattern Tops & Dresses or Baby Romper - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Whole-Family-Flowers-Print-Pattern-Tops-Dresses-or-Baby-Romper-196151.html?spm=1001.2002.347-pc.0-14 |
| Page loaded at (UTC): | Mon, 07 Mar 2022 20:10:41 GMT |
| Capture timestamp (UTC): | Mon, 07 Mar 2022 20:13:16 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 4 |
| Capture ID: | 9b8bb44d-91dc-4100-a603-84a4e6a30cf2 |
| User: | rimon-rob |

PDF REFERENCE #: jVwDZ37yjBPMVG9EHf9yM6



Case: 1:22-cv-02259 Document #: 53-7 Filed: 11/15/22 Page 14 of 16 PageID #:2822

Document title: Whole Family Flowers Print Pattern Tops &amp; Dresses or Baby Romper - hibobi
Capture URL: https://www.hibobi.com/detail/Whole-Family-Flowers-Print-Pattern-Tops-Dresses-or-Baby-Romper-196151.html?spm=1001.2002.347-pc.0-14
Capture timestamp (UTC): Mon, 07 Mar 2022 20:13:16 GMT

Page 1 of 3



