# EXHIBIT 9A

**Registration #:** VA0002259775
**Service Request #:** 1-10622550695



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-259-775**

**Effective Date of Registration:**
July 08, 2021

**Registration Decision Date:**
July 22, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
    **For Photographs Published:** May 05, 2021 to June 22, 2021

### Title _____

    **Title of Group:** 1-10622550695_2021PATPAT_Published_750
**Number of Photographs in Group:** 750

- **Individual Photographs:** 17309604 (1), 17309604 (2), 17309604 (3), 17309604 (4), 17309604 (5), 17312049 (1), 17312049 (2), 17312049 (3), 17312049 (4), 17312049 (5), 17312049 (6), 17312742 (1), 17312742 (2), 17312742 (3), 17312742 (4), 17312742 (5), 17312742 (6), 17313321 (1), 17313321 (2), 17313321 (3), 17313321 (4), 17313321 (5), 17313321 (6), 17314167 (1), 17314167 (2), 17314167 (3), 17314167 (4), 17314167 (5), 17314167 (6), 17314167 (7), 17314167 (8), 17314169 (1), 17314169 (2), 17314169 (3), 17314169 (4), 17314169 (5), 17314169 (6), 17314390 (1), 17314390 (10), 17314390 (11), 17314390 (12), 17314390 (13), 17314390 (2), 17314390 (3), 17314390 (4), 17314390 (5), 17314390 (6), 17314390 (7), 17314390 (8), 17314390 (9), 17314829 (1), 17314829 (2), 17314829 (3), 17314829 (4), 17314829 (5), 17314829 (6), 17314829 (7), 17314829 (8), 17314829 (9), 17316447 (1), 17316447 (2), 17316447 (3), 17316447 (4), 17316447 (5), 17318592 (1), 17318592 (2), 17318592 (3), 17318592 (4), 17318592 (5), 17318592 (6),
  **Published:** May 2021

- **Individual Photographs:** 17320908(2), 17320908(3), 17320908(4), 17320908(5), 17320908(6), 17320908(7), 17320950 (1), 17320950 (10), 17320950 (2), 17320950 (3), 17320950 (4), 17320950 (5), 17320950 (6), 17320950 (7), 17320950 (8), 17320950 (9), 17320989 (1), 17320989 (2), 17320989 (3), 17320989 (4), 17320989 (5), 17320989 (6), 17320989 (7), 17320989 (8), 17321078 (1), 17321078 (2), 17321078 (3), 17321078 (4), 17321108 (1), 17321108 (2), 17321108 (3), 17321108 (4), 17321108 (5), 17321167 (1), 17321167 (10), 17321167 (11), 17321167 (12), 17321167 (2), 17321167 (3), 17321167 (4), 17321167 (5), 17321167 (6), 17321167 (7), 17321167 (8), 17321167 (9), 17321182(1), 17321182(10), 17321182(11), 17321182(2), 17321182(3), 17321182(4), 17321182(5), 17321182(6), 17321182(7), 17321182(8), 17321182(9), 17321248 (1), 17321248 (2), 17321248 (3), 17321248 (4), 17321248 (5), 17321258 (1), 17321258 (2), 17321258 (3), 17321258 (4), 17321258 (5), 17321258 (6), 17321268 (1), 17321268 (2), 17321268 (3), 17321268 (4), 17321268 (5), 17321331 (1), 17321331 (10), 17321331 (11), 17321331 (12), 17321331 (2), 17321331 (3), 17321331 (4), 17321331 (5), 17321331 (6), 17321331 (7), 17321331 (8), 17321331 (9), 17321396 (1),

|  |  |
|---|---|
|  | 17321396 (2), 17321396 (3), 17321396 (4), 17321396 (5), 17321396 (6), 17321398 (1), 17321398 (2), 17321398 (3), 17321398 (4), 17321398 (5), 17321398 (6), 17321398 (7), 17321402 (1), 17321402 (2), 17321402 (3), 17321402 (4), 17321402 (5), 17321403 (1), 17321403 (2), 17321403 (3), 17321403 (4), 17321403 (5), 17321403 (6), 17321403 (7), 17321407 (1), 17321407 (2), 17321407 (3), 17321407 (4), 17321407 (5), 17321407 (6), 17321407 (7), 17321407 (8), 17321413 (1), 17321413 (2), 17321413 (3), 17321413 (4), 17321413 (5), 17321413 (6), 17321474 (1), 17321474 (2), 17321474 (3), 17321474 (4), 17321474 (5), 17321474 (6), 17321487 (1), |
| **Published:** | June 2021 |
| • **Individual Photographs:** | 17321487 (10), 17321487 (11), 17321487 (12), 17321487 (2), 17321487 (3), 17321487 (4), 17321487 (5), 17321487 (6), 17321487 (7), 17321487 (8), 17321487 (9), 17321531 (1), 17321531 (2), 17321531 (3), 17321531 (4), 17321531 (5), 17321531 (6), 17321531 (7), 17321535 (1), 17321535 (2), 17321535 (3), 17321535 (4), 17321535 (5), 17321535 (6), 17321538 (1), 17321538 (2), 17321538 (3), 17321538 (4), 17321538 (5), 17321641 (1), 17321641 (2), 17321641 (3), 17321641 (4), 17321641 (5), 17321651 (1), 17321651 (2), 17321651 (3), 17321651 (4), 17321651 (5), 17321651 (6), 17321651 (7), 17321880 (1), 17321880 (2), 17321880 (3), 17321880 (4), 17321880 (5), 17321880 (6), 17321880 (7), 17321880 (8), 17321881 (1), 17321881 (2), 17321881 (3), 17321881 (4), 17321881 (5), 17321881 (6), 17321881 (7), 17321883 (1), 17321883 (2), 17321883 (3), 17321883 (4), 17321883 (5), 17322006 (1), 17322006 (2), 17322006 (3), 17322006 (4), 17322006 (5), 17322015 (1), 17322015 (2), 17322015 (3), 17322015 (4), 17322015 (5), 17322055 (1), 17322055 (10), 17322055 (11), 17322055 (12), 17322055 (13), 17322055 (14), 17322055 (2), 17322055 (3), 17322055 (4), 17322055 (5), 17322055 (6), 17322055 (7), 17322055 (8), 17322055 (9), 17310277 (1), 17310277 (2), 17310277 (3), 17310277 (4), 17310277 (5), 17310813 (1), 17310813 (2), 17310813 (3), 17310813 (4), 17310813 (5), 17310813 (6), 17310813 (7), 17310813 (8), 17310814 (1), 17310814 (2), 17310814 (3), 17310814 (4), 17310814 (5), 17310944 (1), 17310944 (2), 17310944 (3), 17310944 (4), 17310944 (5), 17311089 (1), 17311089 (2), 17311089 (3), 17311089 (4), 17311089 (5), 17311089 (6), 17311661 (1), 17311661 (2), 17311661 (3), 17311661 (4), 17311666 (1), 17311666 (2), 17311666 (3), 17311666 (4), 17311666 (5), 17311666 (6), 17311852 (1), 17311852 (2), 17311852 (3), 17311852 (4), 17311852 (5), 17311852 (6), |
| **Published:** | June 2021 |
| • **Individual Photographs:** | 17311854 (1), 17311854 (2), 17311854 (3), 17311854 (4), 17311854 (5), 17311854 (6), 17312019 (1), 17312019 (2), 17312019 (3), 17312019 (4), 17312019 (5), 17312019 (6), 17312019 (7), 17312019 (8), 17313353 (1), 17313353 (2), 17313353 (3), 17313353 (4), 17313353 (5), 17313353 (6), 17313353 (7), 17313353 (8), 17313353 (9), 17313541 (1), 17313541 (2), 17313541 (3), 17313541 (4), 17313541 (5), 17313541 (6), 17313541 (7), 17313541 (8), 17313729 (1), 17313729 (2)-, 17313729 (2), 17313729 (3), 17313729 (4), 17313729 (5), 17313995 (1), 17313995 (2), 17313995 (3), 17313995 (5), 17313995 (6), 17313995 (7), 17314464 (1), 17314464 (2), 17314464 (3), 17314464 (4), 17314496 (1), 17314496 (2), 17314496 (3), 17314496 (4), 17314496 (5), 17315262 (1), 17315262 (2), 17315262 (3), 17315262 (4), 17315262 (5), 17315262 (6), 17315288 (1), 17315288 (2), 17315288 (3), 17315288 (4), 17315288 (5), 17315288 (6), 17315288 (7), 17315354 (1), 17315354 (2), 17315354 (3), 17315354 (4), 17315354 (5), 17315354 (6), 17315354 (7), 17315503 (1), 17315503 (2), 17315503 (3), 17315503 (4), 17315503 (5), 17315503 (6), 17315503 (7), 17315649 (1), 17315649 (2), 17315649 (3), 17315649 (4), 17315649 (5), 17315649 (6), 17315649 (7), 17315649 (8), 17315673 (1), 17315673 (2), 17315673 (3), 17315673 (4), 17315673 (5), 17315673 (6), 17315673 (7), |



17315673 (8), 17315673 (9), 17316101 (1), 17316101 (2), 17316101 (3), 17316101 (4), 17316101 (5), 17316101 (6), 17316503 (1), 17316503 (2), 17316503 (3), 17316503 (4), 17316546 (1), 17316546 (10), 17316546 (2), 17316546 (3), 17316546 (4), 17316546 (5), 17316546 (6), 17316546 (7), 17316546 (8), 17316546 (9), 17316726 (1), 17316726 (2), 17316726 (3), 17316726 (4), 17316726 (5), 17316729 (1), 17316729 (2), 17316729 (3), 17316729 (4), 17316729 (5), 17316729 (6), 17316729 (7), 17317040 (1),

**Published:** June 2021

- **Individual Photographs:** 17317040 (2), 17317040 (3), 17317040 (4), 17317040 (5), 17317076 (1), 17317076 (2), 17317076 (3), 17317076 (4), 17317076 (5), 17317076 (6), 17317076 (7), 17317076 (8), 17317198 (1), 17317198 (2), 17317198 (3), 17317198 (4), 17317198 (5), 17317198 (6), 17317198 (7), 17317218 (1), 17317218 (2), 17317218 (3), 17317218 (4), 17317261 (1), 17317261 (2), 17317261 (3), 17317261 (4), 17317261 (5), 17317261 (6), 17317264 (1), 17317264 (2), 17317264 (3), 17317264 (4), 17317264 (5), 17317303 (1), 17317303 (2), 17317303 (3), 17317303 (4), 17317303 (5), 17317303 (6), 17317303 (7), 17317303 (8), 17317305 (1), 17317305 (2), 17317305 (3), 17317305 (4), 17317305 (5), 17317305 (6), 17317337 (1), 17317337 (2), 17317337 (3), 17317337 (4), 17317349 (1), 17317349 (2), 17317349 (3), 17317349 (4), 17317865 (1), 17317865 (2), 17317865 (3), 17317865 (4), 17317865 (5), 17318213 (1), 17318213 (2), 17318213 (3), 17318213 (4), 17318213 (5), 17318213 (6), 17318435 (1), 17318435 (2), 17318435 (3), 17318435 (4), 17318437 (1), 17318437 (2), 17318437 (3), 17318437 (4), 17318437 (5), 17318437 (6), 17318781 (1), 17318781 (2), 17318781 (3), 17318781 (4), 17318781 (5), 17318781 (6), 17318906 (1), 17318906 (10), 17318906 (11), 17318906 (12), 17318906 (13), 17318906 (2), 17318906 (3), 17318906 (4), 17318906 (5), 17318906 (6), 17318906 (7), 17318906 (8), 17318906 (9), 17318984 (1), 17318984 (2), 17318984 (3), 17318984 (4), 17318984 (5), 17319006 (1), 17319006 (10), 17319006 (2), 17319006 (3), 17319006 (4), 17319006 (5), 17319006 (6), 17319006 (7), 17319006 (8), 17319006 (9), 17319761 (1), 17319761 (2), 17319761 (3), 17319761 (4), 17319916 (1), 17319916 (2), 17319916 (3), 17319916 (4), 17319916 (5), 17319916 (6), 17319916 (7), 17320154 (1), 17320154 (2), 17320154 (3), 17320154 (4), 17320154 (5), 17320154 (6), 17320154 (7), 17320158 (1),

**Published:** June 2021

- **Individual Photographs:** 17320158 (2), 17320158 (3), 17320158 (4), 17320158 (5), 17320158 (6), 17320158 (7), 17320171 (1), 17320171 (2), 17320171 (3), 17320171 (4), 17320171 (5), 17320171 (6), 17320178 (1), 17320178 (2), 17320178 (3), 17320178 (4), 17320178 (5), 17320178 (6), 17320178 (7), 17320178 (8), 17320189 (1), 17320189 (2), 17320189 (3), 17320189 (4), 17320251 (1), 17320251 (10), 17320251 (11), 17320251 (12), 17320251 (13), 17320251 (14), 17320251 (15), 17320251 (2), 17320251 (3), 17320251 (4), 17320251 (5), 17320251 (6), 17320251 (7), 17320251 (8), 17320251 (9), 17320598 (1), 17320598 (2), 17320598 (3), 17320598 (4), 17320598 (5), 17320598 (6), 17320598 (7), 17320598 (8), 17320629 (1), 17320629 (2), 17320629 (3), 17320629 (4), 17320629 (5), 17320629 (6), 17320629 (7), 17320631 (1), 17320631 (10), 17320631 (11), 17320631 (12), 17320631 (13), 17320631 (2), 17320631 (3), 17320631 (4), 17320631 (5), 17320631 (6), 17320631 (7), 17320631 (8), 17320631 (9), 17320633 (1), 17320633 (10), 17320633 (2), 17320633 (3), 17320633 (4), 17320633 (5), 17320633 (6), 17320633 (7), 17320633 (8), 17320633 (9), 17320729 (1), 17320729 (10), 17320729 (11), 17320729 (2), 17320729 (3), 17320729 (4), 17320729 (5), 17320729 (6), 17320729 (7), 17320729 (8), 17320729 (9), 17320858 (1), 17320858 (2), 17320858 (3), 17320858 (4), 17320858 (5), 17320858 (6), 17320872 (1), 17320872 (2), 17320872 (3), 17320872 (4), 17320872 (5), 17320872 (6), 17320910 (1), 17320910 (2), 17320910 (3), 17320910 (4), 17320910 (5),

**Published:** 17320910 (6), 17320910 (7), 17320944 (1), 17320944 (2), 17320944 (3), 17320944 (4), 17320944 (5), 17320944 (6), 17320944 (7), 17320993 (1), 17320993 (2), 17320993 (3), 17320993 (4), 17320993 (5), 17320993 (6), 17320993 (7), 17320994 (1), 17320994 (2), 17320994 (3), 17320994 (4), 17320994 (5), 17320994 (6), 17320994 (7), 17321165 (1), 17321165 (10),
June 2021

- **Individual Photographs:** 17321165 (11), 17321165 (12), 17321165 (13), 17321165 (14), 17321165 (15), 17321165 (16), 17321165 (2), 17321165 (3), 17321165 (4), 17321165 (5), 17321165 (6), 17321165 (7), 17321165 (8), 17321165 (9), 17321257 (1), 17321257 (2), 17321257 (3), 17321257 (4), 17321257 (5), 17321257 (6), 17321257 (7), 17321266 (1), 17321266 (2), 17321266 (3), 17321266 (4), 17321266 (5), 17321266 (6), 17321277 (1), 17321277 (10), 17321277 (11),

**Published:** June 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** May 05, 2021
**Latest Publication Date in Group:** June 22, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** July 06, 2021



**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# **EXHIBIT 9B**



# EXHIBIT 9D

12/23/21, 11:26 AM  Color Matching Nursing Clothing Long sleeve Hoodie - hibobi



# Color Matching Nursing Clothing Long sleeve Hoodie

**16.90 USD**  ~~18.99 USD~~

★★★★★ (1 Reviews)

**Color**

**Size** | Size Chart
S  M  L  XL

**Qty**
– 1 +

**Add to Cart**

| Description | Size & Fit | Delivery |

Collar type: Neck
Decoration: Ruched
Hooded: No
Washing Mode: Wash with Cold Water
Material: Cotton,Polyester
Season: Autumn
sleeve type: Regular
Applicable Targets: Mother
Dry Clean: Not Dry Clean
Thickness: Regular
Scenes: Daily wear
Pattern: Color-block

## Customer Reviews (1)     Average Rating ★★★★★ 5.0

All | Most Recent | With Picture


r***m
★★★★★

جميله وجوده عاليه

Dec.05,2021     Color:Yellow     Size:S

👍 Helpful (0)

## How About These?

Contact us with

Email
service.western@hibobi.com

phone
+86 18957149026

hibobi
use hibobi, love your baby.

Contact us with

**About Us**

- About hibobi
- Privacy Policy
- Terms & Conditions
- Influencer program

**Help & Support**

- Return Policy
- Delivery

**Sign up For hibobi Style News**

Email Subscribe

**App**

Download on the App Store

GET IT ON Google Play

Address: FLAT/RM B 5/F GAYLORD COMMERCIAL BUILDING 114-118 LOCKHART ROAD HK

**Payment Methods:**

VISA PayPal maestro MasterCard AMERICAN EXPRESS JCB Diners Club International CASH ON DELIVERY checkout.com tamara

**Delivery Partners:**

fetchr aramex

© 2019-2021 hibobi All Rights Reserved

浙ICP备19023632号-1

   

