# EXHIBIT 10A

**Registration #:** VA0002266425
**Service Request #:** 1-10712522121



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-266-425

**Effective Date of Registration:**
August 10, 2021
**Registration Decision Date:**
September 13, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** January 05, 2021 to June 22, 2021

**Title** _____



|  |  |
|---|---|
| **Title of Group:** | 1-10712522121_2021PATPAT_Published_750 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** 17292640 (1), 17292640 (10), 17292640 (11), 17292640 (12), 17292640 (13), 17292640 (14), 17292640 (15), 17292640 (16), 17292640 (17), 17292640 (18), 17292640 (19), 17292640 (2), 17292640 (20), 17292640 (21), 17292640 (3), 17292640 (4), 17292640 (5), 17292640 (6), 17292640 (7), 17292640 (8), 17292640 (9), 17293034 (1), 17293034 (10), 17293034 (11), 17293034 (2), 17293034 (3), 17293034 (4), 17293034 (5), 17293034 (6), 17293034 (7), 17293034 (8), 17293034 (9), 17295216 (1), 17295216 (2),
  **Published:** January 2021

- **Individual Photographs:** 17310479(1), 17310479(2), 17310479(3), 17268255 (1), 17268255 (10), 17268255 (11), 17268255 (12), 17268255 (13), 17268255 (14), 17268255 (15), 17268255 (16), 17268255 (2), 17268255 (3), 17268255 (4), 17268255 (5), 17268255 (6), 17268255 (7), 17268255 (8), 17268255 (9), 17294524 (1), 17294524 (2), 17294524 (3), 17294524 (4), 17294524 (5),
  **Published:** March 2021

- **Individual Photographs:** 17310269 (1), 17310269 (2), 17310278 (1), 17310278 (5), 17310278 (6), 17310278 (7), 17310283 (5), 17310285(1), 17310285(2), 17310285(3), 17310288 (1), 17310288 (2), 17310292 (1), 17310292 (13), 17310292 (2), 17310292 (7), 17310292 (8), 17310304 (2), 17310304 (4), 17310304 (5), 17310304 (7), 17310308 (3), 17310308 (5), 17310309 (1), 17310309 (2), 17310309 (6), 17310309 (7), 17310309 (8), 17310334 (1), 17310334 (5), 17310359 (1), 17310359 (1)=, 17310359 (11), 17310359 (12), 17310359 (16), 17310359 (17), 17310359 (2), 17310359 (21), 17310359 (22), 17310359 (26), 17310359 (27), 17310359 (31), 17310359 (6), 17310359 (7), 17310387 (2), 17310387 (3), 17310387 (4), 17310387 (5), 17310388 (2), 17310388 (3), 17310388 (4), 17310390 (2), 17310390 (3), 17310390 (4), 17310413 (2), 17310413 (3), 17310413 (5), 17310413 (6), 17310422(1), 17310422(2), 17310422(3), 17310422(4), 17310422(5), 17310441 (1), 17310441 (5), 17310446 (1), 17310446 (5), 17310470 (1), 17310470 (2), 17310480 (4), 17310480 (5), 17310525 (2), 17310525 (4), 17310539 (1), 17310539 (5), 17310539 (6), 17310563 (1), 17310563 (5), 17310566 (1), 17310566 (5), 17310567 (1), 17310567 (5), 17310580 (1), 17310580 (10), 17310580 (5),



17310580 (6), 17310580, 17310584 (4), 17310584 (5), 17310586 (1), 17310586 (5), 17310590 (2), 17310590 (5), 17310604 (3), 17310604 (5), 17310604 (6), 17310604 (7), 17310604, 17310633 (1), 17310633 (5), 17310643 (2), 17310643 (5), 17310644(1), 17310644(2), 17310644(3), 17310644(4), 17310644(5), 17310644(6), 17310653 (2), 17310653 (4), 17310653 (5), 17310653 (7), 17310653 (8), 17310653 (9), 17310657 (1), 17310657 (5), 17310657 (6), 17310657 (8), 17310657, 17310659 (3), 17310659 (4), 17310680(1), 17310680(2), 17310680(3), 17310680(4), 17310680(5), 17310681(1), 17310681(2), 17310681(3), 17310681(4), 17310681(5), 17310681(6), 17310682(1), 17310682(2), 17310682(3), 17310682(4), 17310682(5), 17310682(6), 17310683(1), 17310683(2),

**Published:** April 2021

- **Individual Photographs:** 17310683(3), 17310683(4), 17310683(5), 17310683(6), 17310684(1), 17310684(2), 17310684(3), 17310684(4), 17310685(1), 17310685(2), 17310685(3), 17310687 (1), 17310687 (5), 17310701 (1), 17310701 (7), 17310719 (2), 17310719 (3), 17310721 (2), 17310721 (3), 17310721 (7), 17310721 (8), 17310721, 17310722 (2), 17310759(1), 17310759(2), 17310759 (6), 17310759(7), 17310759, 17310771(1), 17310771(2), 17310771(6), 17310771(7), 17310771, 17310785 (4), 17310785 (5), 17310791 (4), 17310791 (5), 17310791 (6), 17310791 (7), 17310801 (1), 17310801 (5), 17310839 (1), 17310839 (2), 17310839 (6), 17310839 (7), 17310839, 17310843 (1), 17310843 (5), 17310843 (6), 17310843 (7), 17310843, 17310849 (1), 17310849 (4), 17310849 (5), 17310849 (6), 17310888(1), 17310888(2), 17310903 (1), 17310903 (5), 17310905 (2), 17310905 (3), 17310905 (7), 17310905 (8), 17310905, 17310906 (2), 17310906 (3), 17310935 (1), 17310935 (2), 17310935 (3), 17310935 (4), 17310935 (5), 17310935 (6), 17310936 (2), 17310936 (3), 17310936 (4), 17310936 (5), 17310936 (6), 17310973 (1), 17310973 (2), 17310973 (4), 17310973 (5), 17310973 (6), 17310973 (7), 17311026 (1), 17311026 (5), 17311087 (4), 17311087 (5), 17311087 (6), 17311087 (7), 17311212 (1), 17311212 (2), 17311212 (3), 17311212 (4), 17311212 (5), 17311212 (6), 17311234 (2), 17311234 (3), 17311234 (4), 17311234 (5), 17311261 (1), 17311261 (10), 17311261 (11), 17311261 (18), 17311261 (19), 17311261 (20), 17311261 (23), 17311261 (24), 17311261 (25), 17311261 (30), 17311261 (8), 17311261 (9),

**Published:** April 2021

- **Individual Photographs:** 17310264 (15), 17310264 (17), 17310264 (2), 17310264 (20), 17310264 (22), 17310264 (26), 17310264 (6), 17310264 (9), 17310266 (1), 17310266 (5), 17310267 (1), 17310267 (5), 17310268 (1), 17310268 (2), 17310270 (4), 17310270 (5), 17310271 (1), 17310271 (5), 17310274 (1), 17310274 (10), 17310274 (11), 17310274 (5), 17310274 (6), 17310275 (1), 17310275 (2), 17310279 (1), 17310279 (5), 17310281 (1), 17310281 (5), 17310284 (1), 17310284 (10), 17310284 (11), 17310284 (5), 17310284 (6), 17310291 (1), 17310291 (2), 17310291 (5), 17310291 (6), 17310347 (1), 17310347 (5), 17310389 (2), 17310389 (3), 17310389 (4), 17310392 (5), 17310393 (1), 17310393 (7), 17310393 (8), 17310394 (4), 17310394 (5), 17310394 (6), 17310394 (7), 17310398 (1), 17310398 (5), 17310399 (2), 17310399 (3), 17310399 (4), 17310399 (5), 17310400 (1), 17310400 (2), 17310400 (6), 17310400 (7), 17310400 (8), 17310466 (4), 17310466 (5), 17310467 (3), 17310467 (5), 17310471 (1), 17310471 (10), 17310471 (11), 17310471 (5), 17310471 (6), 17310473 (1), 17310473 (5), 17310474 (1), 17310474 (6), 17310475 (1), 17310476 (1), 17310476 (6), 17310477 (1), 17310477 (10), 17310477 (11), 17310477 (15), 17310477 (16), 17310477 (5), 17310477 (6), 17310495 (1), 17310495 (11), 17310495 (12), 17310495 (16), 17310495 (17), 17310495 (2), 17310495 (21), 17310495 (6), 17310495 (7), 17310496 (1), 17310496 (11), 17310496 (12), 17310496 (16), 17310496 (17),



17310496 (2), 17310496 (21), 17310496 (22), 17310496 (26), 17310496 (6),
17310496 (7), 17310497 (1), 17310497 (10), 17310497 (2), 17310497 (5),
17310497 (7), 17310498 (1), 17310498 (5), 17310499 (1), 17310499 (11),
17310499 (2), 17310499 (6), 17310499 (7), 17310500 (1), 17310500 (5),
17310629 (1), 17310629 (2), 17310630 (4), 17310630 (5), 17310630 (6),
17310632 (1), 17310632 (11), 17310632 (12), 17310632 (2), 17310632 (6),

**Published:** May 2021

- **Individual Photographs:** 17310632 (7), 17310632, 17310637 (1), 17310637 (2), 17310638 (1),
17310638 (6), 17310639 (1), 17310639 (2), 17310639 (6), 17310640 (1),
17310640 (2), 17310641 (1), 17310641 (2), 17310642 (1), 17310642 (12),
17310642 (13), 17310642 (2), 17310642 (3), 17310642 (7), 17310642 (8),
17310647 (1), 17310647 (5), 17310654 (10), 17310654 (14), 17310654 (15),
17310654 (19), 17310654 (20), 17310654 (21), 17310654 (3), 17310654 (4),
17310654 (9), 17310655 (1), 17310655 (11), 17310655 (12), 17310655 (16),
17310655 (17), 17310655 (2), 17310655 (6), 17310655 (7), 17310656 (1),
17310656 (5), 17310664 (1), 17310664 (11), 17310664 (2), 17310664 (6),
17310664 (7), 17310667 (2), 17310667 (3), 17310667 (4), 17310667 (5),
17310690 (2), 17310690 (3), 17310690 (4), 17310690 (5), 17310723 (1),
17310723 (2), 17310724 (1), 17310724 (2), 17310725 (1), 17310725 (5),
17310727 (4), 17310727 (5), 17310727 (6), 17310727 (7), 17310728 (2),
17310728 (3), 17310728 (4), 17310728 (5), 17310729 (2), 17310729 (3),
17310729 (4), 17310729 (5), 17310730 (4), 17310730 (5), 17310730 (6),
17310731 (2), 17310731 (3), 17310731 (4), 17310732 (4), 17310732 (5),
17310732 (6), 17310734 (2), 17310734 (3), 17310734 (4), 17310743 (1),
17310743 (13), 17310743 (2), 17310743 (3), 17310743 (4), 17310743 (5),
17310743 (9), 17310744 (1), 17310744 (2), 17310745 (1), 17310745 (5),
17310792 (4), 17310792 (5), 17310792 (6), 17310792 (7), 17310809 (2),
17310809 (3), 17310809 (4), 17310809 (5), 17310815 (4), 17310815 (5),
17310815 (6), 17310815 (7), 17310826 (1), 17310826 (3), 17310850(1),
17310850(2), 17310853(1), 17310853(2), 17310918 (1), 17310918 (11),
17310918 (12), 17310918 (16), 17310918 (17), 17310918 (2), 17310918 (6),
17310918 (7), 17310918, 17310937 (1), 17310937 (2), 17310938 (1),
17310938 (2), 17310939 (2), 17310939 (5), 17310940 (1), 17310940 (2),

**Published:** May 2021

- **Individual Photographs:** 17310941 (4), 17310941 (5), 17310941 (6), 17310941 (7), 17310945 (10),
17310945 (11), 17310945 (5), 17310945 (9), 17310947 (5), 17310947 (6),
17310947 (7), 17310947 (8), 17310948 (4), 17310948 (5), 17310948 (6),
17310948 (7), 17310949 (2), 17310949 (3), 17310949 (4), 17310962 (4),
17310962 (5), 17310962 (6), 17310962 (7), 17311086 (2), 17311086 (3),
17311086 (4), 17311086 (5), 17311088 (1), 17311088 (5), 17311088 (6),
17311088 (7), 17311183 (1), 17311183 (6), 17311183 (7), 17311183 (8),
17311184 (2), 17311184 (3), 17311184 (4), 17311184 (5), 17311187 (1),
17311187 (5), 17311236 (1), 17311236 (2), 17311236 (3), 17311236 (4),
17311237 (2), 17311237 (3), 17311237 (4), 17311237 (5), 17311240 (2),
17311240 (3), 17311240 (4), 17311240 (5), 17311296 (1), 17311296 (2),
17311296 (6), 17311296 (7), 17311316 (1), 17311316 (2), 17311317 (1),
17311317 (2), 17311318 (1), 17311318 (2), 17311340 (2), 17311340 (3),
17311340 (4), 17311340 (5), 17290958 (1), 17290958 (10), 17290958 (11),
17290958 (12), 17290958 (2), 17290958 (3), 17290958 (4), 17290958 (5),
17290958 (6), 17290958 (7), 17290958 (8), 17290958 (9),

**Published:** May 2021

- **Individual Photographs:** 17310277 (4), 17310277 (5), 17310277 (6), 17310396 (4), 17310396 (5),
17310396 (6), 17310397 (4), 17310397 (5), 17310397 (6), 17310397 (7),
17310666 (2), 17310666 (3), 17310666 (4), 17310695 (1), 17310695 (11),
17310695 (12), 17310695 (16), 17310695 (17), 17310695 (2), 17310695 (20),

17310695 (22), 17310695 (25), 17310695 (6), 17310695 (7), 17310726 (2),
17310726 (3), 17310726 (4), 17310726 (5), 17310733 (2), 17310733 (3),
17310733 (4), 17310789 (2), 17310789 (3), 17310789 (4), 17310790 (2),
17310790 (3), 17310790 (4), 17310790 (5), 17310811 (4), 17310811 (5),
17310811 (6), 17310811 (7), 17310812 (2), 17310812 (3), 17310812 (4),
17310812 (5), 17310813 (2), 17310813 (3), 17310813 (4), 17310813 (5),
17310814 (2), 17310814 (3), 17310814 (4), 17310814 (5), 17310942 (1),
17310942 (5), 17310942 (6), 17310942 (7), 17310944 (2), 17310944 (3),
17310944 (4), 17310944 (5), 17311089 (1), 17311089 (5), 17311089 (6),
17311089 (7), 17311235 (1), 17311235 (2), 17311235 (3), 17311238 (2),
17311238 (3), 17311238 (4), 17311238 (5), 17311239 (1), 17311239 (2),
17311239 (3), 17311313 (1), 17311313 (11), 17311313 (12), 17311313 (5),
17311313 (6), 17311313 (7), 17311313, 17311314 (1), 17311314 (11),
17311314 (12), 17311314 (16), 17311314 (17), 17311314 (2), 17311314 (21),
17311314 (22), 17311314 (6), 17311314 (7), 17311314, 17311315 (1),
17311315 (11), 17311315 (12), 17311315 (2), 17311315 (6), 17311315 (7),
17311315,

**Published:** June 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** January 05, 2021
**Latest Publication Date in Group:** June 22, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification



**Name:** Can Wang
**Date:** August 09, 2021

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 10B



# EXHIBIT 10C

| | |
|---|---|
| Document title: | PatPat US \| Baby, Toddler, Kids Clothes & Matching Family Outfits Online Shopping |
| Capture URL: | https://us.patpat.com/product/Nursing-Sweet-Print-Round-collar-long-sleeve-Long-sleeve-Nursing-Tee-483567.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 03:27:28 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 03:32:21 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 21f4925e-3107-4de0-b56f-9a9139888930 |
| User: | pp-zchen |

PDF REFERENCE #:          npKTSHQh9EkNApkrZ6KCYy



**EXHIBIT 10D**

English 🇺🇸 United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

# hibobi use hibobi, love your baby.

Search 0

Recommend    Baby    Toddler    Kids    Pajamas    Baby Supplies    Toys    Matching Outfits    Shoes    Accessories    Women    Home & Living

Home / Maternity / Pregnant Mom Costume / Breastfeeding Suit



   

Color Matching Nursing Clothing Long sleeve Hoodie

**16.90 USD**  ~~18.99 USD~~

⭐⭐⭐⭐⭐
(1 Reviews)

**Color**

    

**Size**    Size Chart

S    M    L    XL

**Qty**

−  1  +

Add to Cart

Description    Size & Fit    Delivery

| | |
|---|---|
| Collar type: | Neck |
| Decoration: | Ruched |
| Hooded: | No |
| Washing Mode: | Wash with Cold Water |
| Material: | Cotton,Polyester |
| Season: | Autumn |
| sleeve type: | Regular |
| Applicable Targets: | Mother |
| Dry Clean: | Not Dry Clean |
| Thickness: | Regular |
| Scenes: | Daily wear |
| Pattern: | Color-block |

## Customer Reviews (1)    Average Rating ⭐⭐⭐⭐⭐ 5.0

All    Most Recent    With Picture

 r***m
⭐⭐⭐⭐⭐

جميلة وجودة عالية



Dec.05,2021    Color:Yellow    Size:S

👍 Helpful (0)

## How About These?

   

Contact us with

Email
service.western@hibobi.com

phone
+86 18957149026

hibobi
use hibobi, love your baby.

Contact us with

**About Us**

About hibobi

Privacy Policy

Terms & Conditions

Influencer program

**Help & Support**

Return Policy

Delivery

**Sign up For hibobi Style News**

Email Subscribe

**App**

Download on the App Store

GET IT ON Google Play

Address: FLAT/RM B 5/F GAYLORD COMMERCIAL BUILDING 114-118 LOCKHART ROAD HK

**Payment Methods:**

VISA PayPal maestro MasterCard AMERICAN EXPRESS JCB Diners Club International CASH ON DELIVERY checkout.com tamara

**Delivery Partners:**

fetchr aramex

© 2019-2021 hibobi All Rights Reserved

浙ICP备19023632号-1

