# EXHIBIT 13A

**Registration #:**   VA0002267346
**Service Request #:**   1-10799638871



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-267-346**

**Effective Date of Registration:**
August 31, 2021

**Registration Decision Date:**
September 21, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   July 08, 2021 to August 24, 2021

### Title 

**Title of Group:**  1-10799638871_2021PATPAT_Published_750
**Number of Photographs in Group:**  750

- **Individual Photographs:**  17325400 (2),
  17325400 (5),
  17325400 (6),
  17325400 (8),
  17325400,
  17325417 (11),
  17325417 (12),
  17325417 (14),
  17325417 (2),
  17325417 (7),
  17325417 (8),
  17325418 (10),
  17325418 (12),
  17325418 (4),
  17325418 (5),
  17325418 (6),
  17325418 (9),
  17325451(1),
  17325451(2),
  17325451(3),
  17325451(4),
  17325451(5),
  17325550 (2)-,
  17325550 (3),
  17325550 (4),
  17325550 (5),
  17325550-(1),
  17325550-(2),
  17325550-(4),
  17325550,
  17325571 (1),
  17325571 (2),
  17325571 (3),

17325571 (4),
17325571 (5),
17325571 (6),
17325571 (7),
17325571 (8),
17325577(1),
17325577(2),
17325577(3),
17325577(5),
17325577,
17325611 (10),
17325611 (11),
17325611 (12),
17325611 (4),
17325611 (6),
17325636 (1),
17325636 (10),
17325636 (11),
17325636 (12),
17325636 (4),
17325636 (5),
17325636 (6),
17325636 (8),
17325636 (9),
17325661 (4),
17325661 (5),
17325661 (6),
17325662 (1),
17325662 (10),
17325662 (13),
17325662 (14),
17325662 (5),
17325662 (6),
17325662 (9),
17325663 (1),
17325663 (11),
17325663 (3),
17325663 (6),
17325663 (7),
17325690 (1),
17325690 (13),
17325690 (2),
17325690 (7),
17325690 (8),
17325734 (1),
17325734 (2),
17325734 (3),
17325734 (4),
17325753 (1),
17325753 (11),
17325753 (2),
17325753 (6),
17325753 (7),
17325754 (1),
17325754 (5),
17325755 (4),
17325755 (5),
17325922 (1),



|  |  |
|---|---|
|  | 17325922 (10), |
|  | 17325922 (2), |
|  | 17325922 (3), |
|  | 17325922 (4), |
|  | 17325922 (5), |
|  | 17325922 (6), |
|  | 17325922 (7), |
|  | 17325922 (8), |
|  | 17325922 (9), |
| **Published:** | July 2021 |

• **Individual Photographs:**  17325924 (1),
17325924 (10),
17325924 (2),
17325924 (3),
17325924 (4),
17325924 (5),
17325924 (6),
17325924 (7),
17325924 (8),
17325924 (9),
17325924,
17325992 (1),
17325992 (4),
17325992 (5),
17325992 (7),
17325992 (9),
17326065 (1),
17326065 (2),
17326066(1),
17326066(2),
17326066(3),
17326066(4),
17326070 (1),
17326070 (2),
17326070 (3),
17326070 (4),
17326070 (8),
17326091 (1),
17326091 (2),
17326105 (3),
17326105 (7),
17326105 (8),
17326105 (9),
17326118 (1),
17326118 (11),
17326118 (2),
17326118 (3),
17326118 (4),
17326118 (8),
17326118 (9),
17326171 (1),
17326171 (10),
17326171 (4),
17326171 (5),
17326171 (7),
17326171 (9),
17326175 (1),

17326175 (2),
17326175 (3),
17326175 (4),
17326175 (5),
17326200 (1),
17326200 (10),
17326200 (2),
17326200 (3),
17326200 (4),
17326200 (5),
17326200 (8),
17326200 (9),
17326204 (10),
17326204 (3),
17326204 (6),
17326204 (8),
17326204 (9),
17326206 (1),
17326206 (2),
17326206 (3),
17326206 (4),
17326206 (5),
17326206 (6),
17326206 (7),
17326206 (9),
17326231 (1),
17326231 (10),
17326231 (12),
17326231 (2),
17326231 (3),
17326231 (4),
17326231 (5),
17326231 (7),
17326231 (8),
17326232 (1),
17326232 (10),
17326232 (12),
17326232 (13),
17326232 (2),
17326232 (3),
17326232 (4),
17326232 (5),
17326232 (6),
17326232 (7),
17326232 (9),
17326269 (4),
17326269 (5),
17326269 (7),
17326291 (1),
17326291 (2),
17326291 (3),
17326291 (4),
17326291 (5),

**Published:**    July 2021

- **Individual Photographs:**    17326291 (6),
17326291 (7),
17326291 (8),



17326393 (1),
17326393 (2),
17326393 (3),
17326393 (4),
17326393 (5),
17326393 (6),
17326393 (7),
17326393 (8),
17326393 (9),
17326394 (1),
17326394 (10),
17326394 (5),
17326394 (6),
17326394 (7),
17326407 (1),
17326407 (2),
17326407 (3),
17326457(1),
17326457(2),
17326457(3),
17326457(4),
17326458(1),
17326458(2),
17326458(3),
17326458(4),
17326458(5),
17326458(6),
17326465 (4),
17326465 (5),
17326465 (6),
17326467 (4),
17326467 (5),
17326467 (6),
17326467 (9),
17326467-(1),
17326467-(5),
17326467-(6),
17326467-(7),
17326501 (1),
17326501 (10),
17326501 (11),
17326501 (12),
17326501 (13),
17326501 (14),
17326501 (15),
17326501 (16),
17326501 (2),
17326501 (3),
17326501 (4),
17326501 (5),
17326501 (6),
17326501 (7),
17326501 (8),
17326501 (9),
17326604 (1),
17326604 (2),
17326604 (3),
17326604 (5),

17326604 (6),
17326622 (1),
17326622 (2),
17326622 (3),
17326622 (4),
17326622 (5),
17326622 (6),
17326622 (7),
17326646 (1),
17326646 (2),
17326646 (3),
17326728 (3),
17326728 (4),
17326753 (1),
17326753 (2),
17326753 (4),
17326824 (1),
17326824 (2),
17326824 (3),
17326824 (6),
17326824 (7),
17326912 (1),
17326912 (2),
17326912 (3),
17326912 (4),
17326912 (5),
17326912 (6),
17326912 (7),
17326912 (8),
17326912 (9),
17326913 (1),
17326913 (10),
17326913 (11),
17326913 (2),
17326913 (3),
17326913 (4),
17326913 (5),
17326913 (6),
17326913 (7),

**Published:** July 2021

- **Individual Photographs:** 17326913 (8),
17326913 (9),
17326921 (1),
17326921 (2),
17326921 (3),
17326921 (4),
17326921 (6),
17326921 (7),
17326930 (1),
17326930 (10),
17326930 (11),
17326930 (12),
17326930 (2),
17326930 (3),
17326930 (4),
17326930 (5),
17326930 (6),

Page 6 of 15



17326930 (7),
17326930 (8),
17326930 (9),
17326932 (1),
17326932 (2),
17326989 (3),
17326989 (4),
17326989,
17326997 (10),
17326997 (5),
17326997 (8),
17326997 (9),
17327005(1),
17327005(2),
17327005(3),
17327005(4),
17327005(5),
17327005(6),
17327013 (1),
17327013 (10),
17327013 (2),
17327013 (3),
17327013 (4),
17327013 (6),
17327013 (7),
17327013 (8),
17327013 (9),
17327020 (10),
17327020 (11),
17327020 (13),
17327020 (4),
17327020 (6),
17327020 (8),
17327067 (1),
17327067 (2),
17327067 (3),
17327067 (4),
17327067 (6),
17327076 (1),
17327076 (2),
17327076 (3),
17327076 (4),
17327090 (1),
17327090 (2),
17327090 (3),
17327090 (4),
17327090 (5),
17327119 (1),
17327119 (10),
17327119 (2),
17327119 (3),
17327119 (4),
17327119 (5),
17327119 (8),
17327119 (9),
17327172 (1),
17327172 (2),
17327172 (5),

|  |  | 17327172 (6), |
| **Published:** | | July 2021 |

- **Individual Photographs:**

17325392 (7),
17325392 (8),
17325392 (9),
17325405 (1),
17325405 (5),
17325406 (1),
17325406 (11),
17325406 (2),
17325406 (6),
17325406 (7),
17325413 (1),
17325413 (11),
17325413 (2),
17325413 (6),
17325413 (7),
17325414 (1),
17325414 (5),
17325472 (1),
17325472 (11),
17325472 (2),
17325472 (6),
17325472 (8),
17325476 (1),
17325476 (10),
17325476 (11),
17325476 (12),
17325476 (16),
17325476 (17),
17325476 (2),
17325476 (21),
17325476 (6),
17325479 (1),
17325479 (5),
17325480 (1),
17325480 (2),
17325480 (6),
17325517 (1),
17325517 (10),
17325517 (13),
17325517 (5),
17325517 (6),
17325517 (7),
17325518 (1),
17325518 (11),
17325518 (2),
17325518 (6),
17325518 (7),
17325518 (8),
17325548 (1),
17325548 (10),
17325548 (11),
17325548 (12),
17325548 (13),
17325548 (14),
17325548 (2),



17325548 (3),
17325548 (4),
17325548 (5),
17325548 (6),
17325548 (7),
17325548 (8),
17325548 (9),
17325556 (1),
17325556 (2),
17325570 (1),
17325570 (12),
17325570 (13),
17325570 (14),
17325570 (15),
17325570 (2),
17325570 (3),
17325570 (7),
17325570 (8),
17325570 (9),
17325576 (1),
17325576 (2),
17325576 (3),
17325576 (7),
17325576 (8),
17325580 (1),
17325580 (11),
17325580 (12),
17325580 (16),
17325580 (2),
17325580 (6),
17325580 (7),
17325582 (1),
17325582 (2),
17325608(1),
17325608(2),
17325608(3),
17325608(4),
17325608(5),
17325610 (1),
17325610 (11),
17325610 (2),
17325610 (7),
17325612(1),
17325612(2),
17325612(3),

**Published:**    August 2021

- **Individual Photographs:**    17325612(4),
17325613 (11),
17325613 (2),
17325613 (8),
17325613 (9),
17325688(1),
17325688(2),
17325688(6),
17325688(7),
17325688,
17325707 (1),

17325707 (2),
17325733 (1),
17325733 (2),
17325733 (5),
17326003(1),
17326003(2),
17326003(3),
17326003(4),
17326014 (1),
17326014 (10),
17326014 (11),
17326014 (5),
17326014 (6),
17326017 (10),
17326017 (2),
17326017 (5),
17326017 (6),
17326017 (8),
17326022(1),
17326022(2),
17326022(3),
17326022(4),
17326131(1),
17326131(2),
17326131(3),
17326131(4),
17326131(5),
17326131(6),
17326133 (1),
17326133 (2),
17326133 (3),
17326133 (4),
17326133 (5),
17326142 (1),
17326142 (2),
17326142 (3),
17326142 (4),
17326142 (6),
17326142 (7),
17326142 (8),
17326186 (1),
17326186 (2),
17326186 (6),
17326186 (7),
17326214(1),
17326214(2),
17326214(3),
17326214(4),
17326215 (1),
17326215 (2),
17326215 (3),
17326215 (4),
17326217 (6),
17326217 (7),
17326217 (8),
17326332 (1),
17326332 (2),
17326332 (3),

17326332 (4),
17326342 (1),
17326342 (11),
17326342 (12),
17326342 (16),
17326342 (2),
17326342 (6),
17326342 (7),
17326344 (1),
17326344 (11),
17326344 (12),
17326344 (5),
17326344 (7),
17326361 (1),
17326361 (2),
17326361 (3),
17326361 (7),
17326361 (8),
17326372 (1),
17326372 (2),
17326372 (3),
17326372 (7),
17326372 (8),
17326390 (1),
17326390 (2),
17326390 (3),
17326390 (4),
17326390 (5),
17326409 (1),
17326409 (10),
17326409 (11),

**Published:** August 2021

- **Individual Photographs:** 17326409 (12),
17326409 (13),
17326409 (2),
17326409 (6),
17326409,
17326411 (2),
17326411 (3),
17326411 (4),
17326469 (1),
17326469 (2),
17326469 (6),
17326469 (7),
17326469 (8),
17326475 (1),
17326475 (2),
17326475 (3),
17326475 (4),
17326493 (2),
17326493 (3),
17326493 (4),
17326493 (5),
17326493 (8),
17326507 (1),
17326507 (4),
17326507 (5),

17326511 (1),
17326511 (5),
17326548 (1),
17326548 (11),
17326548 (2),
17326548 (6),
17326548 (7),
17326580 (1),
17326580 (11),
17326580 (2),
17326580 (6),
17326580 (7),
17326583 (1),
17326583 (2),
17326597 (2),
17326597 (7),
17326597 (8),
17326597 (9),
17326634(1),
17326634(2),
17326634(3),
17326634(4),
17326641 (1),
17326641 (10),
17326641 (5),
17326641 (7),
17326641 (8),
17326641 (9),
17326657(1),
17326657(2),
17326657(3),
17326657(4),
17326657(5),
17326658(1),
17326658(2),
17326658(3),
17326658(4),
17326658(5),
17326680 (10),
17326680 (11),
17326680 (2),
17326680 (5),
17326680 (6),
17326680 (9),
17326682(1),
17326682(2),
17326682(3),
17326683 (11),
17326683 (2),
17326683 (6),
17326683 (7),
17326683 (8),
17326686 (1),
17326686 (10),
17326686 (5),
17326686 (6),
17326686 (8),
17326691 (1),

17326691 (10),
17326691 (5),
17326691 (6),
17326691 (8),
17326691 (9),
17326692 (1),
17326692 (10),
17326692 (11),
17326692 (12),
17326692 (16),
17326692 (17),
17326692 (18),
17326692 (21),
17326692 (5),
17326692 (6),
17326692,
17326700 (1),

**Published:** August 2021

- **Individual Photographs:** 17326700 (10),
17326700 (11),
17326700 (5),
17326700 (6),
17326705 (1),
17326705 (5),
17326751 (1),
17326751 (10),
17326751 (11),
17326751 (4),
17326751 (6),
17326772 (1),
17326772 (2),
17326772 (3),
17326772 (6),
17326781 (1),
17326781 (3),
17326781 (5),
17326794 (1),
17326794 (11),
17326794 (12),
17326794 (16),
17326794 (2),
17326794 (6),
17326794 (7),
17326796 (1),
17326796 (5),
17326803 (1),
17326803 (11),
17326803 (2),
17326803 (6),
17326803 (7),
17326812 (1),
17326812 (2),
17326856 (1),
17326856 (2),
17326856 (3),
17326856 (7),
17326856 (8),

17326882 (1),
17326882 (2),
17327032 (1),
17327032 (2),
17327093 (1),
17327093 (2),
17327112 (1),
17327112 (10),
17327112 (11),
17327112 (12),
17327112 (2),
17327112 (3),
17327112 (4),
17327112 (5),
17327112 (6),
17327112 (7),
17327112 (8),
17327112 (9),
17327113 (1),
17327113 (2),
17327113 (3),
17327113 (4),
17327113 (5),
17327113 (6),
17327127 (1),
17327127 (2),
17327132 (1),
17327132 (2),
17327132 (3),
17327132 (4),
17327178 (11),
17327178 (12),
17327178 (13),
17327178 (3),
17327178 (5),

**Published:** August 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** July 08, 2021
**Latest Publication Date in Group:** August 24, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** United States



## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** August 31, 2021

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 13B













# EXHIBIT 13C

**PageVault**

| | |
|---|---|
| Document title: | Floral Print Short-sleeve Family Matching Burgundy Sets Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Short-sleeve-Family-Matching-Burgundy-Sets-496057.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:21:44 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 08:22:45 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 81a6758e-b59a-4e95-a702-54a903d09962 |
| User: | pp-zchen |



Document title: Floral Print Short-sleeve Family Matching Burgundy Sets Only $7.99 Patpat US
Capture URL: https://us.patpat.com/product/Floral-Print-Short-sleeve-Family-Matching-Burgundy-Sets-496057.html
Capture timestamp (UTC): Wed, 23 Mar 2022 08:22:45 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Floral Print Short-sleeve Family Matching Burgundy Sets Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Short-sleeve-Family-Matching-Burgundy-Sets-496057.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:23:26 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 08:24:00 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | a9ceb265-f8bd-4b4c-87a3-02371d2211fa |
| User: | pp-zchen |



Case: 1:22-cv-02259 Document #: 53-12 Filed: 11/15/22 Page 29 of 50 PageID #:2927

## Floral Print Short-sleeve Family Matching Burgundy Sets

Price **$7.99**

or 4 interest-free payments of **$2.00**. Get $5 back on your first purchase with sezzle ⓘ

Color: Burgundy

Size: Size Chart

Boy: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years

Girl: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

Women: S | M | L | XL

Men: M | L | XL

Qty: - 1 +

Status: **In Stock**

Add to Bag

605 liked

Norton

### Description

* Please add each size separately to your shopping cart
* Soft and cozy
* Dress length: under the knee (woman and girl)
* Elasticized waist (woman and girl)
* Sleeveless design(baby)
* Raglan sleeve design(man)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00 +

30 Days Return +

100% Secured Payments +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

All Reviews (8)

**4.9**

★★★★★

Average Rating

| | | |
|---|---|---|
| 5★ | | 7 |
| 4★ | | 1 |
| 3★ | | 0 |
| 2★ | | 0 |
| 1★ | | 0 |

k***3
Mar 5, 2022

★★★★★

Best dress I got this order! LOVED it ! Soft comfortable material and true to size! I got a medium so it would be comfortable! Love it

Helpful (0)

Show More

**You May Also Like**

**Page Vault**

| | |
|---|---|
| Document title: | Floral Print Short-sleeve Family Matching Burgundy Sets Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Short-sleeve-Family-Matching-Burgundy-Sets-496057.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:24:14 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 08:24:57 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 6d3d64f4-7fa5-4c43-a365-bf8b60826faf |
| User: | pp-zchen |

PDF REFERENCE #:     vgCc2LMC5Ec9G1QdLbFQsp



PatPat Cute, Quality, Great Price

Baby Girl | SIGN IN | FAVORITES | BAG

New In new | Baby | Toddler | Kids | Matching Outfits | Licensed Characters | Maternity & Nursing | Shoes & Accessories | Home & Baby Gear | Women & Maternity

Floral Print Short-sleeve Family Matching Burgundy Sets

Price **$7.99**

or 4 interest-free payments of **$2.00**. Get $5 back on your first purchase with sezzle ⓘ

Color: Burgundy

Size: Size Chart

Boy: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years

Girl: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

Women: S | M | L | XL

Men: M | L | XL

Qty: - 1 +

Status: **In Stock**

Add to Bag

605 liked

Norton

Description

* Please add each size separately to your shopping cart
* Soft and cozy
* Dress length: under the knee (woman and girl)
* Elasticized waist (woman and girl)
* Sleeveless design(baby)
* Raglan sleeve design(man)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00 +

30 Days Return +

100% Secured Payments +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

All Reviews (8)

4.9
★★★★★
Average Rating

| | |
|---|---|
| 5★ | 7 |
| 4★ | 1 |
| 3★ | 0 |
| 2★ | 0 |
| 1★ | 0 |

k***3
Mar 9, 2022

★★★★★
Best dress I got this order! LOVED it ! Soft comfortable material and true to size! I got a medium so it would be comfortable! Love it

Helpful (0)

View More

You May Also Like

| | |
|---|---|
| Document title: | Floral Print Short-sleeve Family Matching Burgundy Sets Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Short-sleeve-Family-Matching-Burgundy-Sets-496057.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:26:05 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 08:26:38 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | dcd492b1-1151-4790-831e-60632e32f236 |
| User: | pp-zchen |



## Floral Print Short-sleeve Family Matching Burgundy Sets

Price **$7.99**

or 4 interest-free payments of **$2.00**. Get $5 back on your first purchase with sezzle ⓘ

Color: Burgundy

Size: Size Chart

Boy: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years

Girl: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

Women: S | M | L | XL

Men: M | L | XL

Qty: - 1 +

Status: **In Stock**

Add to Bag

805 liked

Norton

### Description

* Please add each size separately to your shopping cart
* Soft and cozy
* Dress length: under the knee (woman and girl)
* Elasticized waist (woman and girl)
* Sleeveless design(baby)
* Raglan sleeve design(man)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00 +

30 Days Return +

100% Secured Payments +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

### All Reviews (8)

4.9

★★★★★

Average Rating

| | | |
|---|---|---|
| 5★ | | 7 |
| 4★ | | 1 |
| 3★ | | 0 |
| 2★ | | 0 |
| 1★ | | 0 |

k***3
Mar 5, 2022

★★★★★

Best dress I got this order! LOVED it ! Soft comfortable material and true to size! I got a medium so it would be comfortable! Love it

Helpful (0)

Show More

### You May Also Like

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Floral Print Short-sleeve Family Matching Burgundy Sets Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Short-sleeve-Family-Matching-Burgundy-Sets-496057.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:26:51 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 08:27:17 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | e09c7482-d08b-4249-b667-62c3f6bea297 |
| User: | pp-zchen |



# Floral Print Short-sleeve Family Matching Burgundy Sets

Price **$7.99**

or 4 interest-free payments of **$2.00**. Get $5 back on your first purchase with sezzle ⓘ

Color: Burgundy

Size: Size Chart

Boy: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years

Girl: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

Women: S | M | L | XL

Men: M | L | XL

Qty: - 1 +

Status: **In Stock**

Add to Bag

805 liked

Norton

## Description

* Please add each size separately to your shopping cart
* Soft and cozy
* Dress length: under the knee (woman and girl)
* Elasticized waist (woman and girl)
* Sleeveless design(baby)
* Raglan sleeve design(man)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00 +

30 Days Return +

100% Secured Payments +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

## All Reviews (8)

4.9 ★★★★★ Average Rating

| | | |
|---|---|---|
| 5★ | | 7 |
| 4★ | | 1 |
| 3★ | | 0 |
| 2★ | | 0 |
| 1★ | | 0 |

k***3
Mar 5, 2022

★★★★★
Best dress I got this order! LOVED it ! Soft comfortable material and true to size! I got a medium so it would be comfortable! Love it

Helpful (0)

View More

## You May Also Like

**a Page Vault**

| | |
|---|---|
| Document title: | Floral Print Short-sleeve Family Matching Burgundy Sets Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Short-sleeve-Family-Matching-Burgundy-Sets-496057.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:27:32 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 08:28:05 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | e1013523-e687-4c95-a070-f3c1ff8027da |
| User: | pp-zchen |



## Floral Print Short-sleeve Family Matching Burgundy Sets

Price **$7.99**

or 4 interest-free payments of **$2.00**. Get $5 back on your first purchase with sezzle

Color: Burgundy

Size: Size Chart

Boy: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years

Girl: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

Women: S | M | L | XL

Men: M | L | XL

Qty: - 1 +

Status: **In Stock**

Add to Bag

805 liked

Norton

### Description

* Please add each size separately to your shopping cart
* Soft and cozy
* Dress length: under the knee (woman and girl)
* Elasticized waist (woman and girl)
* Sleeveless design(baby)
* Raglan sleeve design(man)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00 +

30 Days Return +

100% Secured Payments +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

All Reviews (8)

4.9
★★★★★
Average Rating

| | |
|---|---|
| 5★ | 7 |
| 4★ | 1 |
| 3★ | 0 |
| 2★ | 0 |
| 1★ | 0 |

★★★★★
Best dress I got this order! LOVED it ! Soft comfortable material and true to size! I got a medium so it would be comfortable! Love it

Helpful (0)

View More

You May Also Like

# EXHIBIT 13D

🔒 **Page**Vault

| | |
|---|---|
| Document title: | Family Matching Floral Print Short Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Short-Sleeve-Dress-and-T-shirt-223348.html?spm=1001.2002.337-pc.0-38 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:05:23 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:05:50 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | a756595c-a7e7-48dd-af42-afb191776d09 |
| User: | pp-zchen |

PDF REFERENCE #: 5LyYEyAWt5A6HVBEmJWUwr



**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Floral Print Short Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Short-Sleeve-Dress-and-T-shirt-223348.html?spm=1001.2002.337-pc.0-38 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:05:23 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:09:39 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 47803277-ac82-4bd8-bb2b-e3eea1409f45 |
| User: | pp-zchen |

PDF REFERENCE #:          rukNJf6WjQqCWB2F67N1pB



PageVault

| | |
|---|---|
| Document title: | Family Matching Floral Print Short Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Short-Sleeve-Dress-and-T-shirt-223348.html?spm=1001.2002.337-pc.0-38 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:05:23 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:14:28 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | a529a6d3-46f0-4870-b1b2-811892b02316 |
| User: | pp-zchen |



🔒 PageVault

| | |
|---|---|
| Document title: | Family Matching Floral Print Short Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Short-Sleeve-Dress-and-T-shirt-223348.html?spm=1001.2002.337-pc.0-38 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:05:23 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:17:47 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 365bc41c-37b8-4b47-b9f2-33bf76b5a562 |
| User: | pp-zchen |



Document title: Family Matching Floral Print Short Sleeve Dress and T-shirt - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Floral-Print-Short-Sleeve-Dress-and-T-shirt-223348.html?spm=1001.2002.337-pc.0-38
Capture timestamp (UTC): Mon, 21 Mar 2022 07:17:47 GMT
Page 1 of 1

**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Floral Print Short Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Short-Sleeve-Dress-and-T-shirt-223348.html?spm=1001.2002.337-pc.0-38 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:05:23 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:19:09 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | a3d9f00c-f698-424c-8c54-0c4f06f17f87 |
| User: | pp-zchen |

PDF REFERENCE #:      3QXqQLyUTE8kpS24zzHkPC



**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Floral Print Short Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Short-Sleeve-Dress-and-T-shirt-223348.html?spm=1001.2002.337-pc.0-38 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:05:23 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:20:12 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 40d9e8ff-2f84-4cf6-bbdd-dae012f5fe79 |
| User: | pp-zchen |

PDF REFERENCE #:                3QFsDopUgaAGBpn1W9p3UV

