# EXHIBIT 14A

**Registration #:** VA0002266770
**Service Request #:** 1-10717701851



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-266-770**

**Effective Date of Registration:**
August 19, 2021
**Registration Decision Date:**
September 15, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 30, 2021 to July 30, 2021

## Title _____

| | |
|---|---|
| **Title of Group:** | 1-10717701851_2021PATPAT_Published_750 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** 17300743 (1), 17300743 (2), 17300743 (3), 17300743 (4), 17300744 (1), 17300744 (2), 17300744 (3), 17300744 (4), 17300744 (5), 17300745 (1), 17300745 (2), 17300745 (3), 17300745 (4), 17300746 (1), 17300746 (2), 17300746 (3), 17300746 (4), 17300747 (1), 17300747 (2),
  **Published:** January 2021

- **Individual Photographs:** 17298327(1), 17298327(2), 17298327(3), 17298327(4), 17298327(5), 17298327(6), 17298911 (1)_1, 17298911 (2)_1, 17298911 (3)_1, 17298911 (4)_1, 17298911 (5)_1,
  **Published:** February 2021

- **Individual Photographs:** 17305290 (1), 17305290 (10), 17305290 (11), 17305290 (2), 17305290 (3), 17305290 (4), 17305290 (5), 17305290 (6), 17305290 (7), 17305290 (8), 17305290 (9), 17299490 (1), 17299490 (10)_1, 17299490 (11)_1, 17299490 (12)_1, 17299490 (13)_1, 17299490 (14)_1, 17299490 (15)_1, 17299490 (16)_1, 17299490 (2)_1, 17299490 (3)_1, 17299490 (4)_1, 17299490 (5)_1, 17299490 (6)_1, 17299490 (7)_1, 17299490 (8)_1, 17299490 (9)_1,
  **Published:** March 2021

- **Individual Photographs:** 17311472 (1), 17311472 (2), 17311472 (3), 17311472 (4), 17311472 (5), 17311472 (6), 17311472 (7), 17311484, 17311650, 17282026,
  **Published:** April 2021

- **Individual Photographs:** 17315075 (1), 17315075 (10), 17315075 (11), 17315075 (2), 17315075 (3), 17315075 (4), 17315075 (5), 17315075 (6), 17315075 (7), 17315075 (8), 17315075 (9), 17315082 (1), 17315082 (2), 17315082 (3), 17315082 (4), 17315082 (5), 17315082 (6), 17315082 (7), 17315082 (8), 17315082 (9), 17315085 (1), 17315085 (10), 17315085 (11), 17315085 (2), 17315085 (3), 17315085 (4), 17315085 (5), 17315085 (6), 17315085 (7), 17315085 (8), 17315085 (9), 17315536 (1), 17315536 (2), 17315536 (3), 17315536 (4), 17315536 (5), 17315536 (6), 17315536 (7), 17315613 (1), 17315613 (10), 17315613 (11), 17315613 (12), 17315613 (13), 17315613 (14), 17315613 (15), 17315613 (16), 17315613 (17), 17315613 (18), 17315613 (19), 17315613 (2),

17315613 (20), 17315613 (3), 17315613 (4), 17315613 (5), 17315613 (6),
17315613 (7), 17315613 (8), 17315613 (9), 17315613, 17315698 (1),
17315698 (2), 17315698 (3), 17315698 (4), 17315698 (5), 17315698 (6),
17315698 (7), 17315837 (1), 17315837 (2), 17315837 (3), 17315837 (4),
17315837 (5), 17315837 (6), 17315849 (1), 17315849 (10), 17315849 (2),
17315849 (3), 17315849 (4), 17315849 (5), 17315849 (6), 17315849 (7),
17315849 (8), 17315849 (9), 17315849, 17315931 (1), 17315931 (10),
17315931 (11), 17315931 (12), 17315931 (13), 17315931 (14), 17315931 (15),
17315931 (16), 17315931 (2), 17315931 (3), 17315931 (4), 17315931 (5),
17315931 (6), 17315931 (7), 17315931 (8), 17315931 (9), 17316010 (1),
17316010 (2), 17316010 (3), 17316010 (4), 17316010 (5), 17316010 (6),
17316010 (7), 17316010 (8), 17316013 (1), 17316013 (2), 17316013 (3),
17316013 (4), 17316013 (5), 17316025 (1), 17316025 (2), 17316025 (3),
17316025 (4), 17316025 (5), 17316070(1), 17316070(10), 17316070(11),
17316070(12), 17316070(13), 17316070(2), 17316070(3), 17316070(4),
17316070(5), 17316070(6), 17316070(7), 17316070(8), 17316070(9),

**Published:** May 2021

• **Individual Photographs:** 17316145(1), 17316145(2), 17316145(3), 17316145(4), 17316145(5),
17316145(6), 17316145(7), 17316233 (1), 17316233 (2), 17316233 (3),
17316233 (4), 17316233 (5), 17316317 (1), 17316317 (2), 17316317 (3),
17316317 (4), 17316317 (5), 17316317 (6), 17316317 (7), 17316342,
17316356 (1), 17316356 (2), 17316356 (3), 17316356 (4), 17316356 (5),
17316363(1), 17316363(10), 17316363(11), 17316363(12), 17316363(13),
17316363(2), 17316363(3), 17316363(4), 17316363(5), 17316363(6),
17316363(7), 17316363(8), 17316363(9), 17316441 (1), 17316441 (2),
17316441 (3), 17316441 (4), 17316441 (5), 17316545 (1), 17316545 (10),
17316545 (11), 17316545 (2), 17316545 (3), 17316545 (4), 17316545 (5),
17316545 (6), 17316545 (7), 17316545 (8), 17316545 (9), 17297696 (10),
17297696 (11), 17297696 (12), 17297696 (13), 17297696 (14), 17297696 (15),
17297696 (16), 17297696 (2), 17297696 (6), 17297696 (8), 17307326 (1),
17307326 (10), 17307326 (11), 17307326 (12), 17307326 (13), 17307326 (14),
17307326 (2), 17307326 (3), 17307326 (4), 17307326 (5), 17307326 (6),
17307326 (7), 17307326 (8), 17307326 (9), 17310940 (1), 17310940 (2),
17310940 (3), 17310940 (4), 17310940 (5), 17311370 (1), 17311370 (10),
17311370 (11), 17311370 (12), 17311370 (13), 17311370 (14), 17311370 (2),
17311370 (3), 17311370 (4), 17311370 (5), 17311370 (6), 17311370 (7),
17311370 (8), 17311370 (9), 17311518 (1), 17311518 (10), 17311518 (2),
17311518 (3), 17311518 (4), 17311518 (5), 17311518 (6), 17311518 (7),
17311518 (8), 17311518 (9), 17311570 (1), 17311570 (2), 17311570 (3),
17311570 (4), 17311570 (5), 17311570 (6), 17311584 (1), 17311584 (10),
17311584 (2), 17311584 (3), 17311584 (4), 17311584 (5), 17311584 (6),
17311584 (7), 17311584 (8), 17311584 (9), 17311712 (1), 17311712 (10),
17311712 (11), 17311712 (12), 17311712 (13), 17311712 (2), 17311712 (3),

**Published:** May 2021

• **Individual Photographs:** 17311712 (4), 17311712 (5), 17311712 (6), 17311712 (7), 17311712 (8),
17311712 (9), 17311817 (1), 17311817 (10), 17311817 (11), 17311817 (12),
17311817 (13), 17311817 (14), 17311817 (15), 17311817 (16), 17311817 (17),
17311817 (18), 17311817 (19), 17311817 (2), 17311817 (3), 17311817 (4),
17311817 (5), 17311817 (6), 17311817 (7), 17311817 (8), 17311817 (9),
17313395 (1), 17313395 (10), 17313395 (2), 17313395 (3), 17313395 (4),
17313395 (5), 17313395 (6), 17313395 (7), 17313395 (8), 17313395 (9),
17314037 (1), 17314037 (10), 17314037 (11), 17314037 (12), 17314037 (13),
17314037 (14), 17314037 (15), 17314037 (16), 17314037 (2), 17314037 (3),
17314037 (4), 17314037 (5), 17314037 (6), 17314037 (7), 17314037 (8),
17314037 (9), 17314039 (1), 17314039 (2), 17314039 (3), 17314039 (4),
17314039 (5), 17314065(1), 17314065(10), 17314065(2), 17314065(3),



17314065(4), 17314065(5), 17314065(6), 17314065(7), 17314065(8),
17314065(9), 17314707 (1), 17314707 (2), 17314707 (3), 17314707 (4),
17314707 (5), 17314707 (6), 17314829 (1), 17314829 (2), 17314829 (3),
17314829 (4), 17314829 (5), 17314829 (6), 17314829 (7), 17315077 (1),
17315077 (10), 17315077 (2), 17315077 (3), 17315077 (4), 17315077 (5),
17315077 (6), 17315077 (7), 17315077 (8), 17315077 (9), 17315084 (1),
17315084 (10), 17315084 (11), 17315084 (12), 17315084 (2), 17315084 (3),
17315084 (4), 17315084 (5), 17315084 (6), 17315084 (7), 17315084 (8),
17315084 (9), 17315445 (1), 17315445 (2), 17315445 (3), 17315445 (4),
17315445 (5), 17315497 (1), 17315497 (2), 17315497 (3), 17315497 (4),
17315497 (5), 17315675 (1), 17315675 (10), 17315675 (11), 17315675 (12),
17315675 (13), 17315675 (14), 17315675 (15), 17315675 (16), 17315675 (17),
17315675 (18), 17315675 (19), 17315675 (2), 17315675 (20), 17315675 (21),
17315675 (3), 17315675 (4), 17315675 (5), 17315675 (6), 17315675 (7),

**Published:**     May 2021

• **Individual Photographs:**     17315675 (8), 17315675 (9), 17315934 (1), 17315934 (10), 17315934 (11),
17315934 (12), 17315934 (13), 17315934 (14), 17315934 (15), 17315934 (2),
17315934 (3), 17315934 (4), 17315934 (5), 17315934 (6), 17315934 (7),
17315934 (8), 17315934 (9), 17315934, 17316071 (1), 17316071 (10),
17316071 (11), 17316071 (12), 17316071 (13), 17316071 (14), 17316071 (15),
17316071 (16), 17316071 (2), 17316071 (3), 17316071 (4), 17316071 (5),
17316071 (6), 17316071 (7), 17316071 (8), 17316071 (9), 17316084 (1),
17316084 (2), 17316084 (3), 17316084 (4), 17316084 (5), 17316087 (1),
17316087 (2), 17316087 (3), 17316087 (4), 17316087 (5), 17316087 (6),
17316118 (1), 17316118 (2), 17316118 (3), 17316118 (4), 17316118 (5),
17316118 (6), 17316266 (1), 17316266 (2), 17316266 (3), 17316266 (4),
17316266 (5), 17316285 (1), 17316285 (2), 17316285 (3), 17316285 (4),
17316285 (5), 17316420 (1), 17316420 (2), 17316420 (3), 17316420 (4),
17316420 (5), 17316438 (1), 17316438 (2), 17316438 (3), 17316438 (4),
17316438 (5), 17316474 (1), 17316474 (2), 17316474 (3), 17316474 (4),
17316474 (5), 17316631 (1), 17316631 (10), 17316631 (2), 17316631 (3),
17316631 (4), 17316631 (5), 17316631 (6), 17316631 (7), 17316631 (8),
17316631 (9), 17316662 (1), 17316662 (2), 17316662 (3), 17316662 (4),
17316662 (5), 17316663 (1), 17316663 (2), 17316663 (3), 17316663 (4),
17316663 (5), 17316681 (1), 17316681 (10), 17316681 (11), 17316681 (12),
17316681 (13), 17316681 (14), 17316681 (15), 17316681 (16), 17316681 (17),
17316681 (2), 17316681 (3), 17316681 (4), 17316681 (5), 17316681 (6),
17316681 (7), 17316681 (8), 17316681 (9), 17316780 (1), 17316780 (10),
17316780 (11), 17316780 (2), 17316780 (3), 17316780 (4), 17316780 (5),
17316780 (6), 17316780 (7), 17316780 (8), 17316780 (9), 17316798 (1),
17316798 (2), 17316798 (3), 17316798 (4), 17316798 (5), 17317500 (1),

**Published:**     May 2021

• **Individual Photographs:**     17317500 (2), 17317500 (3), 17317500 (4), 17317500 (5), 17317502 (1),
17317502 (2), 17317502 (3), 17317502 (4), 17317502 (5), 17317504 (1),
17317504 (10), 17317504 (11), 17317504 (12), 17317504 (13), 17317504 (14),
17317504 (15), 17317504 (16), 17317504 (2), 17317504 (3), 17317504 (4),
17317504 (5), 17317504 (6), 17317504 (7), 17317504 (8), 17317504 (9),

**Published:**     May 2021

• **Individual Photographs:**     17314523 (5), 17314523 (6), 17314523 (7), 17314523 (8), 17314523 (9),
17315206 (1), 17315206 (2), 17315206 (3), 17315206 (4), 17315206 (5),
17315206 (6), 17315206 (7), 17315206 (8), 17315206 (9), 17315562 (1),
17315562 (2), 17315562 (3), 17315562 (4), 17315562 (5), 17315562 (6),
17315562 (7), 17316408 (1), 17316408 (2), 17316408 (3), 17316408 (4),
17316408 (5), 17313139 (1), 17313139 (10), 17313139 (2), 17313139 (3),
17313139 (4), 17313139 (5), 17313139 (6), 17313139 (7), 17313139 (8),

|  | 17313139 (9), 17314101 (1), 17314101 (2), 17314101 (3), 17314101 (4), 17314101 (5), 17314177 (1), 17314177 (2), 17314177 (3), 17314177 (4), 17314177 (5), 17314177 (6), 17314364 (1), 17314364 (2), 17314364 (3), 17314364 (4), 17314364 (5), 17314364 (6), 17314364 (7), 17314464 (1), 17314464 (2), 17314464 (3), 17314464 (4), 17314464 (5), 17314464 (6), 17314464 (7), 17314988 (1), 17314988 (10), 17314988 (11), 17314988 (12), 17314988 (13), 17314988 (14), 17314988 (15), 17314988 (16), 17314988 (2), 17314988 (3), 17314988 (4), 17314988 (5), 17314988 (6), 17314988 (7), 17314988 (8), 17314988 (9), 17315453 (1), 17315453 (10), 17315453 (11), 17315453 (12), 17315453 (13), 17315453 (14), 17315453 (15), 17315453 (16), 17315453 (17), 17315453 (18), 17315453 (19), 17315453 (2), 17315453 (20), 17315453 (21), 17315453 (22), 17315453 (23), 17315453 (24), 17315453 (25), 17315453 (26), 17315453 (3), 17315453 (4), 17315453 (5), 17315453 (6), 17315453 (7), 17315453 (8), 17315453 (9), 17316415 (10), 17316415 (11), 17316415 (12), 17316415 (13), 17316415 (2), 17316415 (3), 17316415 (4), 17316415 (5), 17316415 (6), 17316415 (7), 17316415 (9), |
|---|---|
| **Published:** | June 2021 |
| • **Individual Photographs:** | 17215788 (1), 17215788 (10), 17215788 (11), 17215788 (2), 17215788 (3), 17215788 (4), 17215788 (5), 17215788 (6), 17215788 (7), 17215788 (8), 17215788 (9), 17245434, 17294741 (1), 17294741 (2), 17294741 (3), 17294741 (4), 17294741 (5), 17294741 (6), 17294752 (1), 17294752 (2), 17294752 (3), 17294752 (4), 17294752 (5), 17294752 (6), |
| **Published:** | July 2021 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | January 30, 2021 |
| **Latest Publication Date in Group:** | July 30, 2021 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Interfocus Inc |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Interfocus Inc<br>650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Interfocus Inc |
| **Name:** | Can Wang |
| **Email:** | infringement@patpat.com |



|  |  |
|---|---|
| **Telephone:** | (650)224-6698 |
| **Address:** | 650 Castro Street Ste. 120-458 |
|  | Mountain View, CA 94041 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Can Wang |
| **Date:** | August 09, 2021 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 14B





















# EXHIBIT 14C

| | |
|---|---|
| Document title: | Floral Print Ruffle Sleeve Short Rompers for Mommy and Me Only $6.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Ruffle-Sleeve-Short-Rompers-for-Mommy-and-Me-486902.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 10:00:17 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 10:00:48 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 06d06c2d-ec0e-4ba8-9c01-3897fe2db7db |
| User: | pp-zchen |



| Document title: | Floral Print Ruffle Sleeve Short Rompers for Mommy and Me Only $6.99 Patpat US |
| --- | --- |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Ruffle-Sleeve-Short-Rompers-for-Mommy-and-Me-486902.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 10:09:58 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 10:10:36 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 57e8b4e3-d86c-40bd-9fda-155791d135c7 |
| User: | pp-zchen |

PDF REFERENCE #:         rVwMweuP52rRwK2uknuic2



🔒 **Page Vault**

| | |
|---|---|
| Document title: | Floral Print Ruffle Sleeve Short Rompers for Mommy and Me Only $6.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Ruffle-Sleeve-Short-Rompers-for-Mommy-and-Me-486902.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 10:00:17 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 10:01:36 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 9 |
| Capture ID: | 40efb17d-dd7b-4ad6-acad-c08fe9af5554 |
| User: | pp-zchen |

PDF REFERENCE #:       jHnauMiaSWJsh54dRXEJFj



Page Vault

| | |
|---|---|
| Document title: | Floral Print Ruffle Sleeve Short Rompers for Mommy and Me Only $6.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Ruffle-Sleeve-Short-Rompers-for-Mommy-and-Me-486902.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 10:00:17 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 10:02:23 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | aa168d8f-9712-435b-bcad-c49ce8207795 |
| User: | pp-zchen |

PDF REFERENCE #:           gQqNwWFK29quusnkC4XKX7



🔒 Page Vault

| | |
|---|---|
| Document title: | Floral Print Ruffle Sleeve Short Rompers for Mommy and Me Only $6.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Ruffle-Sleeve-Short-Rompers-for-Mommy-and-Me-486902.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 10:01:58 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 10:03:01 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | d8bcca5e-15d1-4204-a49a-4dbc65ab5d21 |
| User: | pp-zchen |

PDF REFERENCE #:          9SwCj2P1qGta6C7m24oRjL



PageVault

| | |
|---|---|
| Document title: | Floral Print Ruffle Sleeve Short Rompers for Mommy and Me Only $6.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Ruffle-Sleeve-Short-Rompers-for-Mommy-and-Me-486902.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 10:03:14 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 10:03:41 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 6aeba255-271a-43de-8c1e-ff35f20b9386 |
| User: | pp-zchen |

PDF REFERENCE #:        go7BoM5aAgBe1tnYUtg4rY



**Page Vault**

| | |
|---|---|
| Document title: | Floral Print Ruffle Sleeve Short Rompers for Mommy and Me Only $6.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Ruffle-Sleeve-Short-Rompers-for-Mommy-and-Me-486902.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 10:04:05 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 10:04:37 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 932c1471-f065-4ef3-8662-ecc2a6a3d50f |
| User: | pp-zchen |

PDF REFERENCE #:          2B3W2qi8nehuzsin133D9Q



🔒 **Page**Vault

| | |
|---|---|
| Document title: | Floral Print Ruffle Sleeve Short Rompers for Mommy and Me Only $6.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Ruffle-Sleeve-Short-Rompers-for-Mommy-and-Me-486902.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 10:08:59 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 10:09:26 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 5f05acf4-7c69-4f67-aa5c-d9699ff5dfb5 |
| User: | pp-zchen |

PDF REFERENCE #:     91iN3oqHe6nuirB52VqetC



**Page Vault**

| | |
|---|---|
| Document title: | Floral Print Ruffle Sleeve Short Rompers for Mommy and Me Only $6.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Ruffle-Sleeve-Short-Rompers-for-Mommy-and-Me-486902.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 10:04:49 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 10:05:20 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 6e148a34-f84b-4bf5-8844-7648245e31e9 |
| User: | pp-zchen |

PDF REFERENCE #:          h6HKqQsroe5wBoxXFc7ki8



**Page Vault**

| | |
|---|---|
| Document title: | Floral Print Ruffle Sleeve Short Rompers for Mommy and Me Only $6.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Ruffle-Sleeve-Short-Rompers-for-Mommy-and-Me-486902.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 10:05:30 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 10:06:15 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 61e313aa-2ed5-4705-89b5-a44c5afde5c9 |
| User: | pp-zchen |

PDF REFERENCE #:     1ejrUgMVwtA32gUFLu1nrZ



# EXHIBIT 14D

Page Vault

| | |
|---|---|
| Document title: | Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219767.html?spm=1001.2002.0.0-23 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:55:06 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:55:18 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | dbf84e7f-4ddf-4910-8f0c-4d2240861070 |
| User: | pp-zchen |



Document title: Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219767.html?spm=1001.2002.0.0-23
Capture timestamp (UTC): Mon, 28 Feb 2022 03:55:18 GMT

Page 1 of 1

**Page Vault**

| | |
|---|---|
| Document title: | Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219767.html?spm=1001.2002.0.0-23 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:55:06 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:59:56 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 78bfa968-e96e-4dcf-a89f-a1d175172793 |
| User: | pp-zchen |

PDF REFERENCE #: btqXDdXEjfXfkQVas1oc8w



| | |
|---|---|
| Document title: | Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219767.html?spm=1001.2002.0.0-23 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:55:06 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:55:48 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 730e124a-9bea-4133-813e-91dcb5709f66 |
| User: | pp-zchen |

PDF REFERENCE #:        tEwqisTak7p3ZsEaN7caSq



Page Vault

| | |
|---|---|
| Document title: | Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219767.html?spm=1001.2002.0.0-23 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:55:06 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:56:23 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 93c4deed-a688-4d32-ab8d-b71eb71a74c1 |
| User: | pp-zchen |

PDF REFERENCE #: 4kKoE3TfRjGkKtUykEUYnG



Floral Print V-neck Ruffle Sleeves Dress for Mom and Me

**13.99 USD**

BUY 2 GET 15% OFF,BUY 3 GET 20% OFF

Color

Size    Size Chart

Girl: 3-6M  Girl: 6-9M  Girl: 9-12M  Girl: 12-18M  Girl: 2-3Y
Girl: 3-4Y  Girl: 4-5Y  Girl: 6-7Y  Girl: 8-9Y  Mom: S  Mom: M
Mom: L  Mom: XL

Qty
−  1  +

**Add to Cart**

| Description | Size & Fit | Delivery |

| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Occasion: | Daily |
| Washing Mode: | Hand Wash |
| Dry Clean: | Not Dry Clean |
| Thickness: | Regular |
| Season: | Summer |
| Style: | basic |
| Pattern: | Floral |

## How About These?

Contact us with

Email
service.western@hibobi.com

Telegram
+86 18967149026

hibobi
use hibobi. love your baby.

Contact us with

About Us
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

Help & Support
Return Policy
Delivery

Sign up For hibobi Style News

Subscribe

App

Address: FLAT/RM D 5/F GAYLORD COMMERCIAL BUILDING 114-118 LOCKHART ROAD HK

Payment Methods:

Delivery Partners:

© 2015-2021 hihobi All Rights Reserved.

Document title: Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219767.html?spm=1001.2002.0.0-23
Capture timestamp (UTC): Mon, 28 Feb 2022 03:56:23 GMT

Page 1 of 1

Page Vault

| | |
|---|---|
| Document title: | Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219767.html?spm=1001.2002.0.0-23 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:55:06 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:57:24 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 3e2277b1-520e-4f44-84a4-c4a8a190cfbd |
| User: | pp-zchen |

PDF REFERENCE #:          ujhhjDaz6rYFFtvQmT23Gv



**Page Vault**

| | |
|---|---|
| Document title: | Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219767.html?spm=1001.2002.0.0-23 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:55:06 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:58:36 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | bbcf3c88-55cf-4046-96d1-db249384e3e3 |
| User: | pp-zchen |

PDF REFERENCE #:          qhaGDoDGMLAoiDeob7ev43



Page Vault

| | |
|---|---|
| Document title: | Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219767.html?spm=1001.2002.0.0-23 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:55:06 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:58:49 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | d08b2c35-1102-430f-8971-f66a3bbfe2dd |
| User: | pp-zchen |

PDF REFERENCE #:      96ga6ArMDj4EsZFs6sd78e



| | |
|---|---|
| Document title: | Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219767.html?spm=1001.2002.0.0-23 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:55:06 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:59:08 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 01a414e2-3577-4b57-9a3b-445c98fab23a |
| User: | pp-zchen |

PDF REFERENCE #:      rCw3o6GEUztwTexVmYER3i



Page Vault

| | |
|---|---|
| Document title: | Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219767.html?spm=1001.2002.0.0-23 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:55:06 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:59:23 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 70638176-49a3-44b2-a86f-2ed6aaeabbe3 |
| User: | pp-zchen |

PDF REFERENCE #:     os9YdyDBD3rs5f5s15o957



**Page Vault**

| | |
|---|---|
| Document title: | Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219767.html?spm=1001.2002.0.0-23 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:55:06 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:59:41 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 6df6e17e-2c87-4080-bdf3-ec6fe9f16142 |
| User: | pp-zchen |

PDF REFERENCE #:        uLkJAttTR2tTZKep98fkU5

