# EXHIBIT 15A

**Registration #:** VA0002262268
**Service Request #:** 1-10641318831



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-262-268

**Effective Date of Registration:**
July 18, 2021
**Registration Decision Date:**
August 07, 2021

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 25, 2021 to July 08, 2021

**Title** _____

| | |
|---|---|
| **Title of Group:** | 1-10641318831_2021PATPAT_Published_750 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** 17304471 (1), 17304471 (11), 17304471 (12), 17304471 (17), 17304471 (2), 17304471 (6), 17304471 (7),
  **Published:** January 2021

- **Individual Photographs:** 17306805 (2), 17306805 (5), 17306805 (6), 17306805 (7), 17306805,
  **Published:** March 2021

- **Individual Photographs:** 17310506, 17310794, 17310803, 17311072, 17311538 (4), 17311538 (5), 17311688 (1), 17311688 (10), 17311688 (11), 17311688 (4), 17311688 (6), 17311691, 17312038, 17312130,
  **Published:** April 2021

- **Individual Photographs:** 17316922 (5), 17317017 (1), 17317017 (2), 17317017 (3), 17317017 (4), 17317017 (5), 17317019 (1), 17317019 (19), 17317019 (2), 17317019 (3), 17317019 (4), 17317019 (5), 17317019 (6), 17317101 (1), 17317101 (5), 17317101 (6), 17317101 (7), 17317267(1), 17317267(2), 17317267(3), 17317267(4), 17317402 (1), 17317402 (5), 17317404 (1), 17317404 (2), 17317404 (4), 17317404 (5), 17317411 (1), 17317411 (4), 17317411 (5), 17317417(1), 17317417(2), 17317417(3), 17317417(4), 17317424 (1), 17317424 (2), 17317424 (4), 17317424 (5), 17317424 (6), 17317424 (8), 17317424 (9), 17317447 (4), 17317447 (7), 17317447 (8), 17317447 (9), 17317485 (10), 17317485 (11), 17317485 (3), 17317485 (6), 17317485 (8), 17317485 (9), 17317494 (10), 17317494 (2), 17317494 (3), 17317494 (5), 17317494 (7), 17317494 (9), 17317682 (1), 17317682 (11), 17317682 (2), 17317682 (6), 17317682 (7), 17317784 (1), 17317784 (12), 17317784 (2), 17317784 (7), 17317796 (1), 17317796 (2), 17317797 (1), 17317797 (5), 17317848 (1), 17317850 (1), 17317850 (6), 17317864 (2), 17317864 (4), 17317864 (6), 17317876 (1), 17317876 (2), 17317886 (1), 17317886 (2), 17317886, 17317909 (1), 17317909 (5), 17317937 (1), 17317937 (10), 17317937 (4), 17317937 (5), 17317937 (7), 17317937 (8), 17318042 (1), 17318042 (2), 17318055(1), 17318055(2), 17318055(3), 17318169(1), 17318169(2), 17318194 (1), 17318194 (11), 17318194 (2), 17318194 (6), 17318194 (7), 17318260 (1), 17318260 (11), 17318260 (12),

17318260 (2), 17318260 (3), 17318260 (4), 17318260 (5), 17318260 (7), 17318260 (8), 17318260 (9), 17318287 (1), 17318287 (2), 17318287 (3), 17318287 (4), 17318287 (5), 17318287 (6), 17318328 (10), 17318328 (12), 17318328 (13), 17318328 (2), 17318328 (3), 17318328 (6), 17318328, 17318501 (1), 17318501 (2), 17318501 (3), 17318501 (7), 17318501 (8),

**Published:** May 2021

- **Individual Photographs:** 17318553 (2), 17318553 (3), 17318553 (4), 17318553 (6), 17318830 (1), 17318830 (2), 17318830 (3), 17318908 (1), 17318908 (6), 17318908 (7), 17318908 (8), 17318962 (11), 17318962 (12), 17318962 (15), 17318962 (16), 17318962 (2), 17318962 (3), 17318962 (4), 17318962 (5), 17318962 (6), 17318962 (7), 17318962 (8), 17319232(1), 17319232(2), 17319232(3), 17319232(4), 17319232(5), 17319232(6), 17299398 (4), 17299398 (5), 17307369 (2), 17307369 (5), 17307369 (6), 17307369 (7), 17308084(1), 17308084(2), 17308084(3), 17308084(4), 17308084(5), 17308084(6), 17308646 (1), 17308646 (10), 17308646 (11), 17308646 (2), 17308646 (3), 17309927 (1), 17309927 (11), 17309927 (3), 17309927 (6), 17309927 (9), 17311542 (1), 17311542 (13), 17311542 (15), 17311542 (18), 17311542 (20), 17311542 (21), 17311542 (5), 17311542 (8), 17311542 (9), 17311545 (4), 17311545 (5), 17311652 (1), 17311652 (10), 17311652 (11), 17311652 (5), 17311652 (8), 17311693 (4), 17311693 (5), 17312454 (3), 17312454 (4), 17312792, 17313225 (1), 17313225 (4), 17313225 (5), 17313225 (6), 17313225 (7), 17313304(1), 17313304(2), 17313304(3), 17313400 (1), 17313400 (10), 17313400 (11), 17313400 (5), 17313400 (9), 17313427(1), 17313427(10), 17313427(2), 17313427(3), 17313427(4), 17314068 (1), 17314068 (10), 17314068 (11), 17314068 (3), 17314068 (4), 17314068 (7), 17314069 (10), 17314069 (11), 17314069 (2), 17314069 (5), 17314069 (7), 17314069 (9), 17315393 (4), 17315393 (5), 17315395 (4), 17315395 (5), 17315398, 17316149 (1), 17316149 (2), 17316334 (1), 17316334 (2), 17317093(1), 17317093(2), 17317093, 17317219 (1), 17317219 (11), 17317219 (2), 17317219 (5), 17317219 (7), 17317423 (1), 17317423 (2), 17317423 (3), 17317423 (4), 17317423 (5), 17317423 (6), 17317439 (1), 17317439 (2), 17317439 (5), 17317439 (8), 17317439 (9), 17317447 (1),

**Published:** May 2021

- **Individual Photographs:** 17317447 (2), 17317447 (3), 17317921 (1), 17317921 (2), 17317994 (1), 17317994 (10), 17317994 (12), 17317994 (15), 17317994 (17), 17317994 (2), 17317994 (20), 17317994 (5), 17317994 (7), 17318292 (1), 17318292 (11), 17318292 (13), 17318292 (16), 17318292 (2), 17318292 (6), 17318292 (7), 17318299 (4), 17318299 (5), 17318299 (6), 17318299 (7), 17318299 (8), 17318299 (9), 17318452 (1), 17318452 (2), 17318458 (1), 17318458 (11), 17318458 (4), 17318458 (6), 17318458 (9), 17318467 (1), 17318467 (11), 17318467 (2), 17318467 (6), 17318467 (7), 17318567 (1), 17318567 (11), 17318567 (2), 17318567 (3), 17318567 (4), 17318571 (1), 17318571 (2), 17318580 (1), 17318580 (2), 17318580 (3), 17318580 (7), 17318580 (8), 17318860 (1), 17318860 (5), 17318868 (1), 17318868 (10), 17318868 (11), 17318868 (15), 17318868 (16), 17318868 (5), 17318868 (6), 17318871 (1), 17318871 (10), 17318871 (11), 17318871 (15), 17318871 (16), 17318871 (5), 17318871 (6), 17318875(1), 17318875(2), 17318875(3),

**Published:** May 2021

- **Individual Photographs:** 17316944 (1), 17316944 (11), 17316944 (4), 17316944 (5), 17316944 (9), 17316945(1), 17316945(2), 17316945(3), 17316945(4), 17317270 (2), 17317270 (6), 17317270 (7), 17317270 (8), 17317330 (1), 17317330 (10), 17317330 (12), 17317330 (13), 17317330 (5), 17317330 (6), 17317333 (1), 17317333 (6), 17317333 (7), 17317333 (8), 17317345 (1), 17317345 (5), 17317351 (1), 17317351 (3), 17317351 (4), 17317351 (7), 17317733 (2), 17317733 (3), 17317733 (5), 17317740 (1), 17317740 (2), 17317740 (3),



17317788 (1), 17317788 (2), 17317868 (1), 17317868 (2), 17317868 (3),
17317871 (1), 17317871 (2), 17317898 (1), 17317898 (5), 17317899 (1),
17317899 (5), 17317901 (4), 17317901 (5), 17317902 (1), 17317902 (4),
17317932 (1), 17317932 (2), 17317932 (3), 17317932 (4), 17317985 (1),
17317985 (2), 17318171 (1), 17318171 (5), 17318369 (1), 17318369 (2),
17318369 (3), 17318369 (4), 17318414 (1), 17318414 (2), 17318421 (1),
17318421 (2), 17318421 (3), 17318421 (4), 17318421 (5), 17318421 (6),
17318429 (10), 17318429 (11), 17318429 (5), 17318429 (6), 17318440 (1),
17318440 (2), 17318446 (1), 17318446 (2), 17318483 (1), 17318483 (5),
17318497 (1), 17318497 (2), 17318687 (1), 17318687 (2), 17318691 (1),
17318691 (4), 17318826 (1), 17318826 (5), 17318862 (1), 17318862 (5),
17318862 (6), 17318923 (2), 17318923 (3), 17318923 (4), 17319056 (1),
17319056 (2), 17319133 (1), 17319133 (2), 17319480 (1), 17319480 (2),
17319480 (3), 17319480 (4), 17319480 (6), 17319518 (6), 17319518 (8),
17319521 (1), 17319521 (5), 17319522 (1), 17319522 (5), 17319606 (1),
17319606 (27), 17319606 (28), 17319606 (32), 17319606 (33), 17319606 (37),
17319606 (38), 17319606 (42), 17319606 (43), 17319606 (47), 17319606 (48),
17265470(1), 17265470(2), 17265470(3), 17265470(4), 17313243 (1),
17313243 (10), 17313243 (11), 17313243 (5), 17313243 (6), 17313243 (8),

**Published:** June 2021

- **Individual Photographs:** 17313243 (9), 17313731 (1), 17313731 (7), 17313731 (8), 17313770 (1),
17313770 (10), 17313770 (12), 17313770 (5), 17313770 (6), 17313770 (9),
17314188 (1), 17314188 (11), 17314188 (2), 17314188 (3), 17314188 (4),
17314188 (5), 17314188 (8), 17314546(1), 17314546(2), 17314546(3),
17314546(4), 17314833 (2), 17314833 (3), 17314833 (4), 17314833 (7),
17314863 (1), 17314863 (10), 17314863 (2), 17314863 (5), 17314863 (8),
17314884 (9), 17314884 (1), 17314884 (2), 17314884 (3), 17314884 (4),
17314884 (5), 17314896 (1), 17314896 (5), 17314908 (1), 17314908 (2),
17315177 (1), 17315177 (2), 17315177 (5), 17315177 (6), 17315177 (9),
17315380 (4), 17315380 (5), 17315382 (4), 17315382 (5), 17315387 (4),
17315387 (5), 17315391 (1), 17315391 (5), 17315392 (1), 17315392 (5),
17315601 (1), 17315601 (3), 17315601 (5), 17315601 (7), 17315944 (1),
17315944 (2), 17315958 (1), 17315958 (2), 17315979 (1), 17315979 (2),
17315980 (1), 17315980 (2), 17315982 (1), 17315982 (2), 17315985 (1),
17315985 (6), 17316091 (1), 17316091 (2), 17316091 (5), 17316091 (6),
17316091 (9), 17316096 (1), 17316096 (10), 17316096 (13), 17316096 (2),
17316096 (5), 17316096 (6), 17316096 (9), 17316097 (1), 17316097 (10),
17316097 (11), 17316097 (2), 17316097 (3), 17316097 (6), 17316097 (7),
17316464 (1), 17316464 (11), 17316464 (12), 17316464 (16), 17316464 (17),
17316464 (18), 17316464 (2), 17316464 (6), 17316464 (7), 17316506 (1),
17316506 (2), 17316506 (3), 17316506 (7), 17316506 (8), 17316734 (1),
17316734 (10), 17316734 (11), 17316734 (14), 17316734 (15), 17316734 (16),
17316734 (19), 17316734 (20), 17316734 (21), 17316734 (24), 17316734 (25),
17316734 (4), 17316734 (5), 17316734 (6), 17316734 (9), 17316871 (2),
17316871 (3), 17316871 (4), 17316882 (1), 17316882 (4), 17316882 (5),
17316882 (6), 17317065 (1), 17317065 (13), 17317065 (14), 17317065 (15),

**Published:** June 2021

- **Individual Photographs:** 17317065 (16), 17317065 (17), 17317065 (18), 17317065 (2), 17317065 (3),
17317084 (1), 17317084 (2), 17317095 (1), 17317095 (2), 17317095 (5),
17317095 (6), 17317095 (9), 17317122 (4), 17317122 (5), 17317209 (2),
17317209 (4), 17317209 (6), 17317209 (7), 17317263 (1), 17317263 (11),
17317263 (5), 17317263 (6), 17317263 (7), 17317264 (4), 17317264 (5),
17317264 (6), 17317269 (1), 17317269 (2), 17317273 (1), 17317273 (11),
17317273 (2), 17317273 (20), 17317273 (24), 17317273 (25), 17317273 (26),
17317273 (6), 17317273 (7), 17317291 (1), 17317291 (2), 17317451 (1),
17317451 (5), 17317451 (6), 17317451 (7), 17317675 (1), 17317675 (11),

17317675 (13), 17317675 (16), 17317675 (18), 17317675 (21), 17317675 (3), 17317675 (6), 17317675 (8), 17317773 (2), 17317773 (3), 17317896 (1), 17317896 (5), 17317897 (1), 17317897 (5), 17317999 (1), 17317999 (12), 17317999 (2), 17317999 (3), 17317999 (6), 17317999 (9), 17318125 (1), 17318125 (2), 17318125 (3), 17318135 (2), 17318135 (6), 17318135 (7), 17318135 (8), 17318231 (2), 17318231 (3), 17318231 (4), 17318231 (5), 17318259 (1), 17318259 (11), 17318259 (2), 17318259 (5), 17318259 (7), 17318295(1), 17318295(2), 17318295(3), 17318396 (2), 17318396 (3), 17318396 (4), 17318396 (5), 17318678 (1), 17318678 (5), 17318679 (1), 17318679 (4), 17318697 (1), 17318697 (5), 17318703 (1), 17318703 (5), 17318723 (1), 17318723 (13), 17318723 (2), 17318723 (7), 17318723 (8), 17318725 (1), 17318725 (2), 17318730 (1), 17318730 (5), 17318781 (2), 17318781 (3), 17318781 (4), 17318781 (5), 17318782 (1), 17318782 (2), 17318782 (3), 17318783 (1), 17318783 (2), 17318783 (3), 17318876 (1), 17318876 (5),

**Published:** June 2021

- **Individual Photographs:** 17314205 (1), 17314205 (10), 17314205 (13), 17314205 (2), 17314205 (5), 17314205 (6), 17314205 (9), 17314212 (1), 17314212 (10), 17314212 (2), 17314212 (3), 17314212 (4), 17314212 (7), 17317444 (1), 17317444 (2), 17317444 (3), 17317444 (4), 17317444 (5), 17317444 (6),

**Published:** July 2021

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | January 25, 2021 |
| **Latest Publication Date in Group:** | July 08, 2021 |
| **Nation of First Publication:** | United States |

## Author

- **Author:** Interfocus Inc
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Interfocus Inc |
| **Name:** | Can Wang |
| **Email:** | infringement@patpat.com |
| **Telephone:** | (650)224-6698 |
| **Address:** | 650 Castro Street Ste. 120-458 |



Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** July 16, 2021

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 15B











**EXHIBIT 15C**

Page Vault

| | |
|---|---|
| Document title: | Floral Print Family Matching Sets(Sling Midi Dresses for Mommy and Girl) Only $4.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Family-Matching-SetsSling-Midi-Dresses-for-Mommy-and-Girl-487866.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:40:43 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:42:17 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 014e8d78-5537-4dd7-b87f-e91fd2ec14c8 |
| User: | pp-zchen |

PDF REFERENCE #:      44VN6pZgkiUmUpbD7Xxjxg



| | |
|---|---|
| Document title: | Floral Print Family Matching Sets(Sling Midi Dresses for Mommy and Girl) Only $4.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Family-Matching-SetsSling-Midi-Dresses-for-Mommy-and-Girl-487866.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:40:43 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:45:39 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 10 |
| Capture ID: | ce8e83a8-2295-4cab-aa24-ce1a512935f0 |
| User: | pp-zchen |

PDF REFERENCE #:        eCuPaCNfG5sbZqD9txBCdr

Licensed Characters | Baby | Toddler | Kids | Matching Outfits | Women & Maternity | Shoes & Accessories | Home & Baby Gear



Color      Color block

Size    Men                                                    Size Chart
        M    L    XL

Qty     -    1    +

Status  **In Stock**

**Add to Bag**                        415 liked

✔ Norton

📄 Description

* Please add each size separately to your shopping cart
* Dresses Features：
* Elastic waist
* Dresses length to knee length
Material&Care:
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00                    +

Return Policy                                          +

100% Secured Payments                                  +

Highest Quality Guarantee

PatPat guarantees you
only quality merchandise.

---

All Reviews (22)

**4.7**                         5★ ▬▬▬▬▬ 18
★★★★★                          4★ ▬ 2
Average Rating                  3★ ▬ 2
                                2★ 0
                                1★ 0

👤 r***e          ★★★★★                                    👍 Helpful (0)
   Jan 5, 2022   Taille L robe vraiment coup de cœur jolie sympa et chique

Show More ⌄

### You May Also Like



$8.99
Mosaic Family Matching Casual Sets(Solid Dresses - Animal Rompers - Grey Long Sleeve…

$8.99
Mosaic Cotton Christmas Family Matching Plaid Sets

$9.99
Mosaic 100% Cotton Family Matching Red and White Sets

$9.99
Mosaic 100% Cotton Solid and Stripe Family Matching Sets

---

Page Vault

| | |
|---|---|
| Document title: | Floral Print Family Matching Sets(Sling Midi Dresses for Mommy and Girl) Only $4.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Family-Matching-SetsSling-Midi-Dresses-for-Mommy-and-Girl-487866.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:40:43 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:46:32 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 92cdc017-2868-49bc-957f-977e24498955 |
| User: | pp-zchen |

PDF REFERENCE #:             n1KAqw1BvWRhMjjzLTisu7

PatPat  Cute, Quality, Great Price

Toodler Girl

SIGN IN  FAVORITES  BAG

Licensed Characters | Baby | Toddler | Kids | Matching Outfits | Women & Maternity | Shoes & Accessories | Home & Baby Gear

### Floral Print Family Matching Sets(Sling Midi Dresses for Mommy and Girl)

**Price** **$4.99** Clearance

or 4 interest-free payments of **$1.25** Get $5 back on your first purchase with ⓢ sezzle ⓘ

**Color** Color block

**Size** Men [Size Chart]

M  L  XL

**Qty** − 1 +

**Status** In Stock

[ Add to Bag ]

♡ 415 liked

✔ Norton

📄 Description

* Please add each size separately to your shopping cart
* Dresses Features：
* Elastic waist
* Dresses length to knee length
Material&Care
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00 +

Return Policy +

100% Secured Payments +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

---

**All Reviews (22)**

**4.7**
★★★★★
Average Rating

| | | |
|---|---|---|
| 5★ | | 18 |
| 4★ | | 2 |
| 3★ | | 2 |
| 2★ | | 0 |
| 1★ | | 0 |

👤 r***e
Jan 5, 2022

★★★★★
Taille L robe vraiment coup de cœur jolie sympa et chique

👍 Helpful (0)

Show More ⌄

**You May Also Like**

| | |
|---|---|
| Document title: | Floral Print Family Matching Sets(Sling Midi Dresses for Mommy and Girl) Only $4.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Family-Matching-SetsSling-Midi-Dresses-for-Mommy-and-Girl-487866.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:46:43 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:47:21 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 59720af5-5d03-476e-b012-c1299ef660f3 |
| User: | pp-zchen |

PDF REFERENCE #:     hRryB38gYk6smbizX1pQhU





| | |
|---|---|
| Document title: | Floral Print Family Matching Sets(Sling Midi Dresses for Mommy and Girl) Only $4.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Family-Matching-SetsSling-Midi-Dresses-for-Mommy-and-Girl-487866.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:48:16 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:48:47 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 3b61a5e8-563c-42b7-b5af-2b6d291d8a2d |
| User: | pp-zchen |

PDF REFERENCE #:     pnf181N6cG6B84LKzh3493

**PatPat** Cute, Quality, Great Price

English · USD · United States          Free Shipping On Orders Over $45.00          Order Status    FAQs

Baby Girl

SIGN IN    FAVORITES    BAG

Licensed Characters    Baby    Toddler    Kids    Matching Outfits    Women & Maternity    Shoes & Accessories    Home & Baby Gear

### Floral Print Family Matching Sets(Sling Midi Dresses for Mommy and Girl)

Price  **$4.99** Clearance

or 4 interest-free payments of **$1.25** Get $5 back on your first purchase with **sezzle** ⓘ

Color    Color block

Size    Men    M    L    XL    Size Chart

Qty    −    1    +

Status    **In Stock**

**Add to Bag**    ♡ 415 liked

✓ Norton

📄 Description

* Please add each size separately to your shopping cart
* Dresses Features：
* Elastic waist
* Dresses length to knee length
Material&Care
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00    +

Return Policy    +

100% Secured Payments    +

Highest Quality Guarantee

QUALITY — PatPat guarantees you only quality merchandise.

---

All Reviews (22)

**4.7**
★★★★★
Average Rating

| | | |
|---|---|---|
| 5★ | | 18 |
| 4★ | | 2 |
| 3★ | | 2 |
| 2★ | | 0 |
| 1★ | | 0 |

r***e
Jan 5, 2022

★★★★★
Taille L robe vraiment coup de cœur jolie sympa et chique

👍 Helpful (0)

Show More ⌄

### You May Also Like






| | |
|---|---|
| Document title: | Floral Print Family Matching Sets(Sling Midi Dresses for Mommy and Girl) Only $4.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Family-Matching-SetsSling-Midi-Dresses-for-Mommy-and-Girl-487866.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:49:05 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:49:36 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 1e1aa85f-7e2e-4c00-ad0a-b2b467e29eb4 |
| User: | pp-zchen |

PDF REFERENCE #:        8WwDWEyp7VsZjauwVNP9vC



Status  **In Stock**

Add to Bag

415 liked

Norton

Description

* Please add each size separately to your shopping cart
* Dresses Features：
* Elastic waist
* Dresses length to knee length
Material&Care:
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00      +

Return Policy      +

100% Secured Payments      +

Highest Quality Guarantee

PatPat guarantees you
only quality merchandise.



All Reviews (22)

**4.7**
⭐⭐⭐⭐⭐
Average Rating

5 ⭐ ████████ 18
4 ⭐ ██ 2
3 ⭐ ██ 2
2 ⭐ 0
1 ⭐ 0

r***e
Jan 5, 2022

⭐⭐⭐⭐⭐
Taille L robe vraiment coup de cœur jolie sympa et chique

Helpful (0)

Show More

You May Also Like



$8.99
Mosaic Family Matching Casual Sets(Solid Dresses - Animal Rompers - Grey Long Sleeve...

$8.99
Mosaic Cotton Christmas Family Matching Plaid Sets

$9.99
Mosaic 100% Cotton Family Matching Red and White Sets

$9.99
Mosaic 100% Cotton Solid and Stripe Family Matching Sets

$16.99
Brown Textured Notch Neck Long-sleeve T-shirt

$7.99
Floral Print Matching Colorful Sling Shorts

$4.99
Mosaic Solid Stitching Floral Print Family

$4.99
Christmas Deer and Snowman Print Red Apron

Document title: Floral Print Family Matching Sets(Sling Midi Dresses for Mommy and Girl) Only $4.99 Patpat US
Capture URL: https://us.patpat.com/product/Floral-Print-Family-Matching-SetsSling-Midi-Dresses-for-Mommy-and-Girl-487866.html
Capture timestamp (UTC): Fri, 04 Mar 2022 09:49:36 GMT

**EXHIBIT 15D**

🔒 **Page**Vault

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-219533.html?spm=1001.2002.0.0-22 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:21:55 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:22:06 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 45d7cd34-e81b-4962-af4f-ce5222490f18 |
| User: | pp-zchen |

PDF REFERENCE #:  o33ryu1dyJxgbpSpyE8cWA



🔒 **Page Vault**

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-219533.html?spm=1001.2002.0.0-22 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:21:55 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:22:22 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 775d1d5f-c135-4a3d-9126-3ff388fec2b8 |
| User: | pp-zchen |

PDF REFERENCE #:        rGCaCHrUFR7LdgJ4xQTto6



🔒 **Page**Vault

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-219533.html?spm=1001.2002.0.0-22 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:21:55 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:22:38 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | f39ce658-eb57-4f79-9ee0-d2faa8f109e9 |
| User: | pp-zchen |

PDF REFERENCE #:     3mwhS26n68v72oMihGHz8X



Document title: Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-219533.html?spm=1001.2002.0.0-22
Capture timestamp (UTC): Mon, 28 Feb 2022 03:22:38 GMT

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-219533.html?spm=1001.2002.0.0-22 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:21:55 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:22:55 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 45f1f814-820d-4956-83ba-5dd5d1c2c745 |
| User: | pp-zchen |

PDF REFERENCE #:        qHKuYoNjFcvDGERneLxRhi



**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-219533.html?spm=1001.2002.0.0-22 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:21:55 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:23:31 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 0a7e9d1f-527e-4d39-8764-2841803346d2 |
| User: | pp-zchen |

PDF REFERENCE #:        wxRcKQHbLXHEYgCvJp3dRK



**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-219533.html?spm=1001.2002.0.0-22 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:21:55 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:24:14 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 26c164b2-2c31-420a-978a-190e9ab2b48c |
| User: | pp-zchen |

PDF REFERENCE #:      7YjxXXXJg2zZFjYvxA17bs



Document title: Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-219533.html?spm=1001.2002.0.0-22
Capture timestamp (UTC): Mon, 28 Feb 2022 03:24:14 GMT