# EXHIBIT 16A

**Registration #:**   VA0002289508
**Service Request #:**   1-11205428732



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-289-508

**Effective Date of Registration:**
March 07, 2022
**Registration Decision Date:**
March 07, 2022

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**    April 07, 2021 to October 11, 2021

### Title _____

|  |  |
|---|---|
| **Title of Group:** | 1-11205428732_2021PATPAT_Published_72 |
| **Number of Photographs in Group:** | 72 |

- **Individual Photographs:**   17310037 (1),
  17310037 (2),
  17310037 (3),
  17310037 (4),
  17310049 (1),
  17310049 (2),
  **Published:**   April 2021

- **Individual Photographs:**   17310049 (3),
  17314069 (1),
  17314069 (2),
  17314069 (3),
  17314069 (4),
  17314069 (5),
  17314069 (6),
  **Published:**   May 2021

- **Individual Photographs:**   17320439 (1),
  17320439 (10),
  17320439 (11),
  17320439 (12),
  17320439 (2),
  17320439 (3),
  17320439 (4),
  17320439 (5),
  17320439 (6),
  17320439 (7),
  17320439 (8),
  17320439 (9),
  **Published:**   June 2021

- **Individual Photographs:**   17326444 (1),
  17326444 (2),

|  |  | 17326444 (3),<br>17326444 (4), |
|---|---|---|
|  | **Published:** | July 2021 |

| • | **Individual Photographs:** | 17330374 (10),<br>17330374 (12),<br>17330374 (1),<br>17330374 (2),<br>17330374 (3),<br>17330374 (4),<br>17330374 (5),<br>17330374 (9),<br>17348740 (1),<br>17348740 (2),<br>17348740 (3),<br>17348740 (4),<br>17348740 (5),<br>17348740 (6),<br>17355466 (1),<br>17355466 (2),<br>17355466 (3),<br>17355466 (4),<br>17355466 (5),<br>17355466 (6),<br>17355466 (7),<br>17355466 (8),<br>17355466 (9), |
|---|---|---|
|  | **Published:** | August 2021 |

| • | **Individual Photographs:** | 17353405 (1),<br>17353405 (10),<br>17353405 (11),<br>17353405 (12),<br>17353405 (13),<br>17353405 (14),<br>17353405 (15),<br>17353405 (2),<br>17353405 (3),<br>17353405 (4),<br>17353405 (5),<br>17353405 (6),<br>17353405 (7),<br>17353405 (8),<br>17353405 (9), |
|---|---|---|
|  | **Published:** | September 2021 |

| • | **Individual Photographs:** | 17366133 (1),<br>17366133 (2),<br>17366133 (3),<br>17366133 (4),<br>17366133 (5) |
|---|---|---|
|  | **Published:** | October 2021 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | April 07, 2021 |



**Latest Publication Date in Group:** October 11, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** March 07, 2022

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 16B









**EXHIBIT 16C**

PageVault

| | |
|---|---|
| Document title: | Floral Print Family Matching Sets(Sling Midi Dresses for Mommy and Girl) Only $4.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Family-Matching-SetsSling-Midi-Dresses-for-Mommy-and-Girl-487866.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:47:36 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:48:05 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | d5247a2b-d7b6-4612-8496-03148a9a6c01 |
| User: | pp-zchen |

PDF REFERENCE #:          b9AHqcxRdfVt45Gs6KLUbb



**Page**Vault

| | |
|---|---|
| Document title: | Floral Print Family Matching Sets(Sling Midi Dresses for Mommy and Girl) Only $4.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Family-Matching-SetsSling-Midi-Dresses-for-Mommy-and-Girl-487866.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:50:45 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:51:16 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 13d5b403-e3ec-4d7e-84d5-cdc5b845aa79 |
| User: | pp-zchen |

PDF REFERENCE #:          9NwMqqwm8KgLPmjT17F1ii



or 4 interest-free payments of **$1.25** Get $5 back on your first purchase with 🟣 sezzle ⓘ

**Color** Color block

**Size** Men     Size Chart

M   L   XL

**Qty** − 1 +

**Status** In Stock

Add to Bag

♡ 415 liked

✓ Norton

**Description**

* Please add each size separately to your shopping cart
* Dresses Features：
* Elastic waist
* Dresses length to knee length
Material&Care：
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00   +

Return Policy   +

100% Secured Payments   +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

**All Reviews (22)**

**4.7**

★★★★★
Average Rating

5 ★ ▬▬▬▬▬▬ 18
4 ★ ▬ 2
3 ★ ▬ 2
2 ★ 0
1 ★ 0

r***e
Jan 5, 2022

★★★★★
Taille L robe vraiment coup de cœur jolie sympa et chique

👍 Helpful (0)

Show More ⌄

**You May Also Like**



$8.99
Mosaic Family Matching Casual Sets(Solid Dresses - Animal Rompers - Grey Long Sleeve...

$8.99
Mosaic Cotton Christmas Family Matching Plaid Sets

$9.99
Mosaic 100% Cotton Family Matching Red and White Sets

$9.99
Mosaic 100% Cotton Solid and Stripe Family Matching Sets

Page Vault

| | |
|---|---|
| Document title: | Floral Print Family Matching Sets(Sling Midi Dresses for Mommy and Girl) Only $4.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Family-Matching-SetsSling-Midi-Dresses-for-Mommy-and-Girl-487866.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:49:54 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:50:30 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | f28c8037-a39f-4857-8a89-328c7394a6ab |
| User: | pp-zchen |

PDF REFERENCE #:        vHvyB88ofuE6MriESPKJCf

PatPat · Cute, Quality, Great Price

English · USD · United States · Free Shipping On Orders Over $45.00 · Order Status · FAQs

SIGN IN · FAVORITES · BAG

Licensed Characters · Baby · Toddler · Kids · Matching Outfits · Women & Maternity · Shoes & Accessories · Home & Baby Gear

## Floral Print Family Matching Sets(Sling Midi Dresses for Mommy and Girl)

**Price** $4.99 Clearance

or 4 interest-free payments of **$1.25** Get $5 back on your first purchase with sezzle ⓘ

**Color** Color block

**Size** Men

M L XL

Size Chart

**Qty** − 1 +

**Status** In Stock

Add to Bag

415 liked

Norton

### Description

* Please add each size separately to your shopping cart
* Dresses Features：
* Elastic waist
* Dresses length to knee length
Material&Care
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00 +

Return Policy +

100% Secured Payments +

Highest Quality Guarantee

PatPat guarantees you
only quality merchandise.

### All Reviews (22)

**4.7**
★★★★★
Average Rating

5★ ▬▬▬▬ 18
4★ ▬ 2
3★ ▬ 2
2★ 0
1★ 0

r***e
Jan 5, 2022

★★★★★
Taille L robe vraiment coup de cœur jolie sympa et chique

Helpful (0)

Show More ⌄

### You May Also Like






# EXHIBIT 16D

**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-219533.html?spm=1001.2002.0.0-22 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:21:55 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:24:28 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 878bd726-e82f-4bd8-9ef1-ed3322f25b0c |
| User: | pp-zchen |

PDF REFERENCE #:        2vYXZTstg798RRB5uyjqab



Document title: Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-219533.html?spm=1001.2002.0.0-22
Capture timestamp (UTC): Mon, 28 Feb 2022 03:24:28 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-219533.html?spm=1001.2002.0.0-22 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:21:55 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:25:37 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | c5134e7f-d696-4b6c-8681-c59550d95ae7 |
| User: | pp-zchen |

PDF REFERENCE #:        oJuLdtCQFFwPM4puu5QD4K



Document title: Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-219533.html?spm=1001.2002.0.0-22
Capture timestamp (UTC): Mon, 28 Feb 2022 03:25:37 GMT

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-219533.html?spm=1001.2002.0.0-22 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:21:55 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:26:59 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | bbda9826-70aa-48d9-9e87-c673c82b7628 |
| User: | pp-zchen |

PDF REFERENCE #:        kCtVxKy8wdjmjcLBxF5J4A



# hibobi
use hibobi, love your baby.

Hottest   Baby   Toddler   Kids   Toys   Family Outfits   Shoes   Accessories   Mom Supplies&Home

Home > Matching outfits > Whole Family > Suit

## Family Matching Floral Print Sleeveless Dresses and T-shirts Sets

### 11.99 USD

BUY 2 GET 15% OFF,BUY 3 GET 20% OFF >

**Color**

**Size**  Size Chart

| Boy: 2-3Y | Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M |
| Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 2-3Y | Girl: 3-4Y |
| Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL |
| Mom: S | Mom: M | Mom: L | Mom: XL |

**Qty**
−  1  +

**Add to Cart**

Description   Size & Fit   Delivery

| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Occasion: | Daily |
| Washing Mode: | Hand Wash |
| Dry Clean: | Not Dry Clean |
| Thickness: | Regular |
| Season: | Summer |
| Style: | basic |
| Pattern: | Floral |

## How About These?

### Contact us with

Email
service.western@hibobi.com

Telephone
+86 18957149026

# hibobi
use hibobi, love your baby.

Contact us with

**About Us**
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**
Return Policy
Delivery

**Sign up For hibobi Style News**
Email    Subscribe

**App**
Download on the App Store
GET IT ON Google Play

Address: FLAT:RM B 5/F GAYLORD COMMERCIAL BUILDING 114-118 LOCKHART ROAD HK

© 2019-2022 hibobi All Rights Reserved

Payment Methods:
VISA  PayPal  mastercard  AMERICAN EXPRESS  JCB  CASH ON DELIVERY  checkout.com  tamara

Delivery Partners:
fetchr  aramex

**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-219533.html?spm=1001.2002.0.0-22 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:21:55 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:30:07 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 92fbac91-5ae4-46ff-8f9a-42316d88f2fa |
| User: | pp-zchen |

PDF REFERENCE #:            6FT1dK9mv5UssitPXuUkZV



Document title: Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-219533.html?spm=1001.2002.0.0-22
Capture timestamp (UTC): Mon, 28 Feb 2022 03:30:07 GMT