# EXHIBIT 17A

**Registration #:** VA0002261342
**Service Request #:** 1-10640990254



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-261-342

**Effective Date of Registration:**
July 19, 2021
**Registration Decision Date:**
July 30, 2021

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 19, 2021 to July 06, 2021

## Title

| | |
|---|---|
| **Title of Group:** | 1-10640990254_2021PATPAT_Published_750 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** 17305446 (1), 17305446 (2),
  **Published:** January 2021

- **Individual Photographs:** 17303475, 17304323 (1), 17304323 (11), 17304323 (12), 17304323 (13), 17304323 (4), 17304323 (5),
  **Published:** February 2021

- **Individual Photographs:** 17305432 (3), 17305432 (4),
  **Published:** March 2021

- **Individual Photographs:** 17304516 (1), 17304516 (10), 17304516 (12), 17304516 (14), 17304516 (18), 17304516 (19), 17304516 (21), 17304516 (24), 17304516 (25), 17304516 (29), 17304516 (30), 17304516 (34), 17304516 (35), 17304516 (39), 17304516 (40), 17304516 (42), 17304516 (5), 17304516 (6), 17305479 (1), 17305479 (5), 17305677 (1), 17305677 (11), 17305677 (12), 17305677 (16), 17305677 (2), 17305677 (20), 17305677 (6), 17305677 (7), 17308988 (6), 17308988 (7), 17309318 (1), 17309318 (5), 17309609, 17309643, 17309645, 17309646, 17310144 (1), 17310144 (2), 17311526 (4), 17311526 (5), 17311695 (1), 17311695 (3), 17311695 (5), 17312301 (1), 17312301 (2), 17312332 (1), 17312332 (11), 17312332 (2), 17312332 (6), 17312332 (7), 17313775 (1), 17313775 (2),
  **Published:** April 2021

- **Individual Photographs:** 17319372 (2), 17319372 (3), 17319372 (4), 17319372 (5), 17319372 (6), 17319378 (1), 17319378 (2), 17319378 (3), 17319378 (4), 17319378 (5), 17319378 (6), 17319378 (7), 17319378 (8), 17319378 (9), 17259199(1), 17259199(2), 17259199(3), 17259199(4), 17259199(5), 17259199(6), 17307475(1), 17307475(2), 17307475(3), 17307475(4), 17308179 (1), 17308179 (12), 17308179 (13), 17308179 (2), 17308179 (3), 17308179 (7), 17308179 (8), 17308799 (1), 17308799 (10), 17308799 (2), 17308799 (3), 17308799 (4), 17308799 (9), 17308931 (1), 17308931 (2), 17308931 (5), 17309547 (4), 17309547 (5), 17309810 (2), 17309810, 17309966 (1), 17309966 (2), 17310099 (1), 17310099 (5), 17310268 (1), 17310268 (5),

17310279 (1), 17310279 (5), 17310466 (1), 17310466 (5), 17310647 (1), 17310647 (5), 17310938 (4), 17310938 (5), 17311054 (1), 17311054 (4), 17311054 (5), 17311402 (1), 17311402 (11), 17311402 (12), 17311402 (15), 17311402 (2), 17311402 (3), 17311402 (4), 17311402 (5), 17311402 (6), 17311402 (9), 17311418 (2), 17311418 (5), 17311418 (7), 17311418 (8), 17311418 (9), 17311524 (1), 17311524 (4), 17311524 (5), 17311536 (1), 17311536 (10), 17311536 (11), 17311536 (2), 17311536 (3), 17311536 (6), 17311536 (7), 17311536 (8), 17311536 (9), 17311568, 17311605 (1), 17311605 (5), 17311657 (1), 17311657 (5), 17311690 (4), 17311690 (5), 17311726 (1), 17311726 (10), 17311726 (11), 17311726 (2), 17311726 (3), 17311726 (6), 17311726 (7), 17311746 (12), 17311746 (13), 17311746 (16), 17311746 (17), 17311746 (2), 17311746 (20), 17311746 (21), 17311746 (3), 17311746 (4), 17311746 (5), 17311746 (8), 17311746 (9), 17311837 (1), 17311837 (2), 17311837 (3), 17311837 (6), 17311837 (7), 17311911 (1), 17311911 (5), 17312457 (1), 17312457 (10), 17312457 (14), 17312457 (15), 17312457 (16), 17312457 (5), 17312457 (6), 17312481 (1), 17312481 (10),

**Published:** May 2021

- **Individual Photographs:** 17312481 (11), 17312481 (15), 17312481 (16), 17312481 (19), 17312481 (21), 17312481 (4), 17312481 (9), 17312536 (1), 17312536 (11), 17312536 (12), 17312536 (2), 17312536 (3), 17312536 (4), 17312536 (7), 17312536 (8), 17312608 (1), 17312608 (10), 17312608 (11), 17312608 (2), 17312608 (3), 17312608 (6), 17312608 (7), 17312666 (1), 17312666 (5), 17312742 (1), 17312742 (6), 17312742 (7), 17312742 (8), 17312742 (9), 17312792 (10), 17312792 (4), 17312792 (5), 17312792 (8), 17312792 (9), 17313402 (4), 17313402 (5), 17313626 (1), 17313626 (2), 17313711 (1), 17313711 (11), 17313711 (2), 17313711 (6), 17313711 (7), 17313842 (10), 17313842 (2), 17313842 (3), 17313842 (4), 17313842 (5), 17313842 (6), 17313842 (7), 17313893 (1), 17313893 (3), 17313949 (4), 17313949 (2), 17313954 (1), 17313954 (2), 17313954 (3), 17314169 (2), 17314169 (3), 17314169 (4), 17314185 (1), 17314185 (10), 17314185 (11), 17314185 (2), 17314185 (3), 17314185 (6), 17314185 (7), 17314193 (11), 17314193 (12), 17314193 (13), 17314193 (2), 17314193 (3), 17314193 (4), 17314193 (5), 17314193 (7), 17314193 (8), 17314193 (9), 17314323 (1), 17314323 (2), 17314323 (3), 17314323 (7), 17314323 (8), 17314385 (1), 17314385 (10), 17314385 (11), 17314385 (5), 17314385 (6), 17314435 ( (2), 17314435 ( (3), 17314435 ( (4), 17314435 ( (5), 17314435 ( (6), 17314435 ( (7), 17314435 ( (8), 17314449 (1), 17314449 (11), 17314449 (13), 17314449 (17), 17314449 (18), 17314449 (2), 17314449 (3), 17314449 (6), 17314449 (8), 17314502 (1), 17314502 (10), 17314502 (11), 17314502 (12), 17314502 (2), 17314502 (5), 17314502 (6), 17314502 (9), 17314512 (1), 17314512 (10), 17314512 (11), 17314512 (2), 17314512 (3), 17314512 (6), 17314512 (7), 17314556 (11), 17314556 (4), 17314556 (5), 17314556 (6), 17314556 (7), 17314561 (1), 17314561 (2), 17314563 (1), 17314563 (2), 17314563 (3), 17314563 (8),

**Published:** May 2021

- **Individual Photographs:** 17314563 (9), 17314702 (1), 17314702 (2), 17314702 (3), 17314702 (4), 17314702 (7), 17314702 (8), 17314779 (1), 17314779 (2), 17314779 (3), 17314779 (4), 17314779 (7), 17314779 (8), 17314786 (1), 17314786 (2), 17314786 (3), 17314786 (4), 17314786 (7), 17314786 (8), 17314831 (1), 17314831 (10), 17314831 (13), 17314831 (2), 17314831 (3), 17314831 (4), 17314831 (7), 17314831 (8), 17314840 (3), 17314840 (4), 17314846 (1), 17314846 (10), 17314846 (2), 17314846 (3), 17314846 (6), 17314846 (7), 17314857 (1), 17314857 (11), 17314857 (12), 17314857 (2), 17314857 (3), 17314857 (4), 17314857 (5), 17314857 (6), 17314857 (8), 17314866 (10), 17314866 (11), 17314866 (13), 17314866 (14), 17314866 (16), 17314866 (2), 17314866 (3), 17314866 (4), 17314866 (5), 17314866 (6), 17314866 (7), 17314866 (8), 17314875 (1), 17314875 (10), 17314875 (2), 17314875 (6),



17314875 (8), 17314921 (1), 17314921 (4), 17314921 (5), 17314951 (1),
17314951 (2), 17314951 (3), 17315234 (1), 17315234 (2), 17315234 (6),
17315234 (7), 17315253 (3), 17315253 (5), 17315394 (3), 17315394 (4),
17315398 (1), 17315398 (4), 17315398 (8), 17315398 (9), 17315434 (3),
17315434 (4), 17315604(1), 17315604(2), 17315604(3), 17315604(4),
17315604(5), 17315604(6), 17315607(1), 17315607(2), 17315607(3),
17315607(4), 17315607(5), 17315607(6), 17315822 (1), 17315822 (13),
17315822 (2), 17315822 (7), 17315822 (8), 17315940(1), 17315940(10),
17315940(11), 17315940(13), 17315940(15), 17315940(16), 17315940(17),
17315940(2), 17315940(5), 17315940(6), 17315940(8), 17315940, 17316120
(1), 17316120 (5), 17316149 (1), 17316149 (10), 17316149 (2), 17316149 (6),
17316149 (7), 17316150 (4), 17316150 (5), 17316209 (1), 17316209 (2),
17316209 (6), 17316209 (7), 17316209 (8), 17316220 (1), 17316220 (2),
17316220 (3), 17316220 (4), 17316304 (1), 17316304 (10),

**Published:** May 2021

- **Individual Photographs:** 17316304 (11), 17316304 (12), 17316304 (16), 17316304 (5), 17316304 (6),
17316326 (4), 17316326 (5), 17316334 (1), 17316334 (2), 17316337 (1),
17316337 (2), 17316386 (3), 17316386 (4), 17316447 (1), 17316447 (2),
17316447 (3), 17316447 (4), 17316531 (1), 17316531 (2), 17316547 (1),
17316547 (5), 17316547 (6), 17316585 (1), 17316585 (10), 17316585 (12),
17316585 (13), 17316585 (14), 17316585 (16), 17316585 (17), 17316585 (18),
17316585 (20), 17316585 (21), 17316585 (22), 17316585 (24),
17316585 (25), 17316585 (26), 17316585 (3), 17316585 (4), 17316585 (5),
17316585 (6), 17316585 (8), 17316585 (9), 17316592 (1), 17316592 (10),
17316592 (11), 17316592 (13), 17316592 (14), 17316592 (15), 17316592 (17),
17316592 (18), 17316592 (19), 17316592 (2), 17316592 (21), 17316592 (22),
17316592 (23), 17316592 (25), 17316592 (26), 17316592 (27), 17316592 (29),
17316592 (3), 17316592 (30), 17316592 (31), 17316592 (33), 17316592 (34),
17316592 (35), 17316592 (4), 17316592 (5), 17316592 (6), 17316592 (7),
17316592 (9), 17316667 (1), 17316667 (2), 17316667 (3), 17316667 (5),
17316667 (6), 17316667 (7), 17316728 (3), 17316728 (5), 17316737 (4),
17316737 (5), 17316741 (3), 17316741 (4), 17316744 (2), 17316744 (3),
17316744 (6), 17316744 (8), 17316744 (9), 17316791 (1), 17316791 (3),
17316791 (4), 17316793 (4), 17316793 (5), 17316819 (1), 17316819 (10),
17316819 (11), 17316819 (2), 17316819 (3), 17316819 (6), 17316823 (1),
17316823 (12), 17316823 (13), 17316823 (2), 17316823 (3), 17316823 (7),
17316823 (8), 17316922 (4),

**Published:** May 2021

- **Individual Photographs:** 17319430 (1), 17319430 (2), 17319430 (3), 17319430 (4), 17319430 (5),
17319430 (6), 17319430 (7), 17320225 (1), 17320225 (2), 17320225 (3),
17320225 (4), 17320225 (5), 17320225 (6), 17320225 (7), 17320225 (8),
17249733 (10), 17249733 (2), 17249733 (4), 17249733 (5), 17249733 (8),
17249733 (9), 17313559 (1), 17313559 (2), 17313559 (5), 17313559 (7),
17313956 (1), 17313956 (10), 17313956 (11), 17313956 (15), 17313956 (16),
17313956 (5), 17313956 (6), 17313972 (1), 17313972 (11), 17313972 (2),
17313972 (6), 17313972 (7), 17314141 (2), 17314141 (3), 17314141 (4),
17314141 (5), 17314928 (1), 17314928 (10), 17314928 (11), 17314928 (15),
17314928 (16), 17314928 (5), 17314928 (6), 17314943 (1), 17314943 (10),
17314943 (11), 17314943 (2), 17314943 (4), 17314943 (9), 17315488 (1),
17315488 (10), 17315488 (11), 17315488 (4), 17315488 (5), 17315488 (6),
17315488 (9), 17315914(1), 17315914(2), 17315914(3), 17315914(4),
17315914(5), 17315914(6), 17316134(1), 17316134(2), 17316134(3),
17316134(4), 17316134(5), 17316402 (1), 17316402 (2), 17316402 (3),
17316402 (7), 17316402 (8), 17316402 (1), 17316402 (10), 17316402 (11),
17316402 (15), 17316402 (5), 17316402 (6), 17316403 (1), 17316403 (2),
17316403 (5), 17316410 (1), 17316410 (5), 17316470 (1), 17316470 (2),

17316470 (4), 17316473 (1), 17316473 (5), 17316562 (1), 17316562 (11), 17316562 (2), 17316562 (6), 17316562 (7), 17316563 (1), 17316563 (12), 17316563 (13), 17316563 (2), 17316563 (3), 17316563 (7), 17316563 (8), 17316565 (1), 17316565 (5), 17316600 (1), 17316600 (11), 17316600 (12), 17316600 (14), 17316600 (15), 17316600 (17), 17316600 (18), 17316600 (2), 17316600 (20), 17316600 (21), 17316600 (3), 17316600 (4), 17316600 (5), 17316600 (8), 17316600 (9), 17316648 (1), 17316648 (10), 17316648 (11), 17316648 (5), 17316648 (6), 17316651 (1), 17316651 (11), 17316651 (12),

**Published:** June 2021

- **Individual Photographs:** 17316651 (16), 17316651 (2), 17316651 (6), 17316651 (7), 17316652 (1), 17316652 (10), 17316652 (11), 17316652 (12), 17316652 (2), 17316652 (6), 17316658 (1), 17316658 (5), 17316659 (1), 17316659 (4), 17316659 (5), 17316698 (12), 17316698 (13), 17316698 (2), 17316698 (3), 17316698 (7), 17316698 (8), 17316698, 17316735 (3), 17316735 (4), 17316784 (10), 17316784 (11), 17316784 (3), 17316784 (4), 17316784 (6), 17316784 (9), 17316799(1), 17316799(2), 17316799(3), 17316799(4), 17316799(5), 17316799(6), 17316812 (1), 17316812 (10), 17316812 (2), 17316812 (3), 17316812 (4), 17316812 (5), 17316812 (7), 17316812 (8), 17316812 (9), 17316854 (1), 17316854 (11), 17316854 (12), 17316854 (16), 17316854 (2), 17316854 (6), 17316854 (7), 17316887 (4), 17316887 (5),

**Published:** June 2021

- **Individual Photographs:** 17314278 (10), 17314278 (2), 17314278 (4), 17314278 (5), 17314278 (8), 17314278 (9),

**Published:** July 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** January 19, 2021
**Latest Publication Date in Group:** July 06, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc



|  |  |
|---|---|
| **Name:** | Can Wang |
| **Email:** | infringement@patpat.com |
| **Telephone:** | (650)224-6698 |
| **Address:** | 650 Castro Street Ste. 120-458 |
|  | Mountain View, CA 94041 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Can Wang |
| **Date:** | July 16, 2021 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 17B











# EXHIBIT 17C

**Page Vault**

| | |
|---|---|
| Document title: | Denim Floral Print Family Matching Sets(Sling Dresses for Mom and Girl ; Short Sleeve Front Button Shirts for Dad and Boy) Only $13.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Denim-Floral-Print-Family-Matching-SetsSling-Dresses-for-Mom-and-Girl-;-Short-Sleeve-Front-Button-Shirts-for-Dad-and-Boy-488204.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:28:43 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 08:29:47 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | a008b29f-1ed1-4b22-864a-3630321786b8 |
| User: | pp-zchen |



Denim Floral Print Family Matching Sets(Sling Dresses for Mom and Girl ; Short Sleeve Front Button Shirts for Dad and Boy)

Price $13.99 Clearance

or 4 interest-free payments of **$3.50** Get $5 back on your first purchase with sezzle ⓘ

Color: Color block

Size: Size Chart

Baby Girl: 3-6M | 6-9M | 9-12M

Boy: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years

Girl: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

Women: S | M | L | XL

Men: M | L | XL

Qty: - 1 +

Status: **In Stock**

Add to Bag

695 liked

Norton

Description

* Please add each size separately to your shopping cart
* Dresses Features:
* Elastic waist
* Girl's dresses length to knee length
* Women's dresses length to calf length
* Soft and cozy

Material&Care:
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00 +

Return Policy +

100% Secured Payments +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

All Reviews (4)

4.0
★★★★☆
Average Rating

| | |
|---|---|
| 5★ | 3 |
| 4★ | 0 |
| 3★ | 0 |
| 2★ | 0 |
| 1★ | 1 |

Y***d
Jan 30, 2022

★★★★★

Helpful (1)

Show More

**Page Vault**

| | |
|---|---|
| Document title: | Denim Floral Print Family Matching Sets(Sling Dresses for Mom and Girl ; Short Sleeve Front Button Shirts for Dad and Boy) Only $13.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Denim-Floral-Print-Family-Matching-SetsSling-Dresses-for-Mom-and-Girl-;-Short-Sleeve-Front-Button-Shirts-for-Dad-and-Boy-488204.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:30:02 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 08:30:33 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | d2743883-1851-42ce-892b-1df57a93bd51 |
| User: | pp-zchen |

PDF REFERENCE #:        tn5FWbCAs1AiNz6246n3oU



Denim Floral Print Family Matching Sets(Sling Dresses for Mom and Girl ; Short Sleeve Front Button Shirts for Dad and Boy)

Price $13.99 Clearance

or 4 interest-free payments of **$3.50** Get $5 back on your first purchase with sezzle

Color: Color block

Size: Size Chart

Baby Girl: 3-6M 6-9M 9-12M

Boy: 2 Years 3-4 Years 4-5 Years 6-7 Years

Girl: 2 Years 3-4 Years 4-5 Years 6-7 Years 8-9 Years

Women: S M L XL

Men: M L XL

Qty: - 1 +

Status: **In Stock**

Add to Bag

695 liked

Norton

Description

* Please add each size separately to your shopping cart
* Dresses Features:
* Elastic waist
* Girl's dresses length to knee length
* Women's dresses length to calf length
* Soft and cozy

Material&Care:

* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00 +

Return Policy +

100% Secured Payments +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

All Reviews (4)

4.0
Average Rating

| | | |
|---|---|---|
| 5 | | 3 |
| 4 | | 0 |
| 3 | | 0 |
| 2 | | 0 |
| 1 | | 1 |

Y***g
Jan 30, 2022

Helpful (1)

Show More

**Page Vault**

| | |
|---|---|
| Document title: | Denim Floral Print Family Matching Sets(Sling Dresses for Mom and Girl ; Short Sleeve Front Button Shirts for Dad and Boy) Only $13.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Denim-Floral-Print-Family-Matching-SetsSling-Dresses-for-Mom-and-Girl-;-Short-Sleeve-Front-Button-Shirts-for-Dad-and-Boy-488204.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:31:02 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 08:34:47 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | dd96d8e8-de03-48c6-a407-2aae33d87454 |
| User: | pp-zchen |

PDF REFERENCE #:     rnK85uvHza54d2ynct4jTK



Denim Floral Print Family Matching Sets(Sling Dresses for Mom and Girl ; Short Sleeve Front Button Shirts for Dad and Boy)

**$13.99** Clearance

or 4 interest-free payments of **$3.50**. Get $5 back on your first purchase with **sezzle** ⓘ

Color: Color block

Size:

Baby Girl
[ 3-6M ] [ 6-9M ] [ 9-12M ]

Boy
[ 2 Years ] [ 3-4 Years ] [ 4-5 Years ] [ 6-7 Years ]

Girl
[ 2 Years ] [ 3-4 Years ] [ 4-5 Years ] [ 6-7 Years ] [ 8-9 Years ]

Women
[ S ] [ M ] [ L ] [ XL ]

Men
[ M ] [ L ] [ XL ]

QTY: — 1 +

Status: **In Stock**

**Add to Bag**

095 liked

Norton

Description
* Please add each size separately to your shopping cart
* Dresses Features:
* Elastic waist
* Girl's dresses length to knee length
* Women's dresses length to calf length
* Soft and cozy
* Material&Care:
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00

Return Policy

100% Secured Payments

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

All Reviews (4)

## 4.0
★★★★☆
Average Rating

5★ ▬▬▬ 3
4★ ▬▬▬ 0
3★ ▬▬▬ 0
2★ ▬▬▬ 0
1★ ▬▬▬ 1

★★★★★

Y***U
Jan 30, 2022

Read More

🔒 **PageVault**

| | |
|---|---|
| Document title: | Denim Floral Print Family Matching Sets(Sling Dresses for Mom and Girl ; Short Sleeve Front Button Shirts for Dad and Boy) Only $13.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Denim-Floral-Print-Family-Matching-SetsSling-Dresses-for-Mom-and-Girl-;-Short-Sleeve-Front-Button-Shirts-for-Dad-and-Boy-488204.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:35:08 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 08:36:26 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 1523ba48-8e09-4f87-8e38-b55f29eece23 |
| User: | pp-zchen |



Denim Floral Print Family Matching Sets(Sling Dresses for Mom and Girl ; Short Sleeve Front Button Shirts for Dad and Boy)

Price $13.99 Clearance

or 4 interest-free payments of **$3.50** Get $5 back on your first purchase with sezzle ⓘ

Color: Color block

Size: Size Chart

Baby Girl: 3-6M | 6-9M | 9-12M

Boy: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years

Girl: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

Women: S | M | L | XL

Men: M | L | XL

Qty: - 1 +

Status: **In Stock**

Add to Bag

695 liked

Norton

Description

* Please add each size separately to your shopping cart
* Dresses Features:
* Elastic waist
* Girl's dresses length to knee length
* Women's dresses length to calf length
* Soft and cozy

Material&Care:
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00 +

Return Policy +

100% Secured Payments +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

All Reviews (4)

4.0

Average Rating

| | | |
|---|---|---|
| 5 | | 3 |
| 4 | | 0 |
| 3 | | 0 |
| 2 | | 0 |
| 1 | | 1 |

V***d
Jan 30, 2022

Helpful (1)

Show More

**Page Vault**

| | |
|---|---|
| Document title: | Denim Floral Print Family Matching Sets(Sling Dresses for Mom and Girl ; Short Sleeve Front Button Shirts for Dad and Boy) Only $13.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Denim-Floral-Print-Family-Matching-SetsSling-Dresses-for-Mom-and-Girl-;-Short-Sleeve-Front-Button-Shirts-for-Dad-and-Boy-488204.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:38:27 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 08:39:03 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 520fce1b-fbd3-4e87-b126-c7eef0620673 |
| User: | pp-zchen |

PDF REFERENCE #:     qWqdBjS71we9DP3KPVKKte



Denim Floral Print Family Matching Sets(Sling Dresses for Mom and Girl ; Short Sleeve Front Button Shirts for Dad and Boy)

Price $13.99 Clearance

or 4 interest-free payments of **$3.50** Get $5 back on your first purchase with sezzle ⓘ

Color: Color block

Size: Size Chart

Baby Girl: 3-6M | 6-9M | 9-12M

Boy: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years

Girl: 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

Women: S | M | L | XL

Men: M | L | XL

Qty: - 1 +

Status: **In Stock**

Add to Bag

695 liked

Norton

Description

* Please add each size separately to your shopping cart
* Dresses Features:
* Elastic waist
* Girl's dresses length to knee length
* Women's dresses length to calf length
* Soft and cozy

Material&Care:
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00 +

Return Policy +

100% Secured Payments +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

All Reviews (4)

4.0

Average Rating

| | | |
|---|---|---|
| 5 | | 3 |
| 4 | | 0 |
| 3 | | 0 |
| 2 | | 0 |
| 1 | | 1 |

V***d
Jan 30, 2022

Helpful (1)

Show More

# EXHIBIT 17D

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Long Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Long-Dress-and-T-shirt-223353.html?spm=1001.2002.337-pc.0-30 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:29:14 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:30:43 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | c899608c-97c9-4710-b046-edfce04ebd7e |
| User: | pp-zchen |

PDF REFERENCE #:     wutix13bE3k3wQBGjNxbQA



Page Vault

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Long Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Long-Dress-and-T-shirt-223353.html?spm=1001.2002.337-pc.0-30 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:29:14 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:35:22 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 0e3ea0fb-23fd-476a-9a54-2613f918d548 |
| User: | pp-zchen |

PDF REFERENCE #:     3mGbuKKv3UFassPSbCwXFy



Document title: Family Matching Floral Print Sleeveless Long Dress and T-shirt - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Long-Dress-and-T-shirt-223353.html?spm=1001.2002.337-pc.0-30
Capture timestamp (UTC): Mon, 21 Mar 2022 07:35:22 GMT

🔒 PageVault

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Long Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Long-Dress-and-T-shirt-223353.html?spm=1001.2002.337-pc.0-30 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:29:14 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:36:00 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 375789cf-3dc9-4b3c-9d13-063cfe8c3110 |
| User: | pp-zchen |

PDF REFERENCE #:      veWvVovsc1S4JqGHexzFpy



Document title: Family Matching Floral Print Sleeveless Long Dress and T-shirt - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Long-Dress-and-T-shirt-223353.html?spm=1001.2002.337-pc.0-30
Capture timestamp (UTC): Mon, 21 Mar 2022 07:36:00 GMT

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Long Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Long-Dress-and-T-shirt-223353.html?spm=1001.2002.337-pc.0-30 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:29:14 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:40:38 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | ca4d4ee3-6c0d-4910-b071-595b05988973 |
| User: | pp-zchen |

PDF REFERENCE #: vapaL9wLbGPz8NDzPwsa9e



Page Vault

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Long Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Long-Dress-and-T-shirt-223353.html?spm=1001.2002.337-pc.0-30 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:29:14 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:44:30 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 772f6b0f-9a20-439d-a9aa-61e7bcf4711a |
| User: | pp-zchen |

PDF REFERENCE #:     71Z1F8vwcsYrK5WNnNgweN

