# EXHIBIT 21A

**Registration #:**   VA0002289508
**Service Request #:**   1-11205428732



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-289-508

**Effective Date of Registration:**
March 07, 2022
**Registration Decision Date:**
March 07, 2022

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   April 07, 2021 to October 11, 2021

## Title _____

| | |
|---|---|
| **Title of Group:** | 1-11205428732_2021PATPAT_Published_72 |
| **Number of Photographs in Group:** | 72 |

- **Individual Photographs:** 17310037 (1),
  17310037 (2),
  17310037 (3),
  17310037 (4),
  17310049 (1),
  17310049 (2),
  **Published:** April 2021

- **Individual Photographs:** 17310049 (3),
  17314069 (1),
  17314069 (2),
  17314069 (3),
  17314069 (4),
  17314069 (5),
  17314069 (6),
  **Published:** May 2021

- **Individual Photographs:** 17320439 (1),
  17320439 (10),
  17320439 (11),
  17320439 (12),
  17320439 (2),
  17320439 (3),
  17320439 (4),
  17320439 (5),
  17320439 (6),
  17320439 (7),
  17320439 (8),
  17320439 (9),
  **Published:** June 2021

- **Individual Photographs:** 17326444 (1),
  17326444 (2),

Page 1 of 3

|  | | 17326444 (3), |
|  | | 17326444 (4), |
| **Published:** | | July 2021 |

| • | **Individual Photographs:** | 17330374 (10), |
|  | | 17330374 (12), |
|  | | 17330374 (1), |
|  | | 17330374 (2), |
|  | | 17330374 (3), |
|  | | 17330374 (4), |
|  | | 17330374 (5), |
|  | | 17330374 (9), |
|  | | 17348740 (1), |
|  | | 17348740 (2), |
|  | | 17348740 (3), |
|  | | 17348740 (4), |
|  | | 17348740 (5), |
|  | | 17348740 (6), |
|  | | 17355466 (1), |
|  | | 17355466 (2), |
|  | | 17355466 (3), |
|  | | 17355466 (4), |
|  | | 17355466 (5), |
|  | | 17355466 (6), |
|  | | 17355466 (7), |
|  | | 17355466 (8), |
|  | | 17355466 (9), |
| **Published:** | | August 2021 |

| • | **Individual Photographs:** | 17353405 (1), |
|  | | 17353405 (10), |
|  | | 17353405 (11), |
|  | | 17353405 (12), |
|  | | 17353405 (13), |
|  | | 17353405 (14), |
|  | | 17353405 (15), |
|  | | 17353405 (2), |
|  | | 17353405 (3), |
|  | | 17353405 (4), |
|  | | 17353405 (5), |
|  | | 17353405 (6), |
|  | | 17353405 (7), |
|  | | 17353405 (8), |
|  | | 17353405 (9), |
| **Published:** | | September 2021 |

| • | **Individual Photographs:** | 17366133 (1), |
|  | | 17366133 (2), |
|  | | 17366133 (3), |
|  | | 17366133 (4), |
|  | | 17366133 (5) |
| **Published:** | | October 2021 |

## Completion/Publication

|  | |
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | April 07, 2021 |

Page 2 of 3



**Latest Publication Date in Group:** October 11, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** March 07, 2022

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 21B








Case: 1:24-cv-01259 Document #: 57-7 Filed: 11/18/25 Page 10 of 28 PageID #:3203

# EXHIBIT 21C

Page Vault

| | |
|---|---|
| Document title: | Twist Front Tie Back Leopard Series Tube Rompers for Mom ; Sling Rompers for Girl and Baby Only $6.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Flutter-sleeve-Matching-Royal-Blue-Dresses-495444.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:14:28 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:25:10 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 13 |
| Capture ID: | ff7f99f8-7253-411a-989c-0330d86832c4 |
| User: | pp-zchen |

PDF REFERENCE #:          eGPeVPMcY8GzTheYF84wb3

**PatPat** Cute, Quality, Great Price

495444

SIGN IN · FAVORITES · BAG

Order Status · FAQs

Free Shipping On Orders Over $45.00

Licensed Characters | Baby | Toddler | Kids | Matching Outfits | Women & Maternity | Shoes & Accessories | Home & Baby Gear

Floral Print Flutter-sleeve Matching Royal Blue Dresses

Price: **$7.99**

or 4 interest-free payments of **$2.00**. Get $5 back on your first purchase with **sezzle** ⓘ

Color | Royal Blue

Size | Baby Girl | 6-9M | 9-12M | 12-18M | Size Chart

Qty | − 1 +

Status | **In Stock**

**Add to Bag**  ♡ 1289 liked

✓ Norton

▤ Description

* Please add each size separately to your shopping cart
* Include : 1 dress ( romper for baby)
* Invisible zipper on back (woman)
* Unremovable belt (woman)
* Function buttons (baby)
* Length: to the knee (woman and girl)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00 +

30 Days Return +

100% Secured Payments +

Highest Quality Guarantee

⬤ PatPat guarantees you only quality merchandise.

All Reviews (22)

**4.3**
★★★★☆
Average Rating

5 ★ ▬▬▬▬ 15
4 ★ ▬ 3
3 ★ ▬ 2
2 ★ 0
1 ★ ▬ 2

★★★★★
the color is so pretty. and the material is nice and lite for a summers day.

A***l
Jan 31, 2022

👍 Helpful (0)

Show More

You May Also Like

   

Page Vault

| | |
|---|---|
| Document title: | Floral Print Flutter-sleeve Matching Royal Blue Dresses Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Flutter-sleeve-Matching-Royal-Blue-Dresses-495444.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:28:07 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:28:46 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 45b07a52-2a39-4860-97bf-c3943919ced3 |
| User: | pp-zchen |

PatPat  Cute, Quality, Great Price

SIGN IN   FAVORITES   BAG

Licensed Characters    Baby    Toddler    Kids    Matching Outfits    Women & Maternity    Shoes & Accessories    Home & Baby Gear

### Floral Print Flutter-sleeve Matching Royal Blue Dresses

Price   **$7.99**

or 4 interest-free payments of **$2.00**. Get $5 back on your first purchase with 🟢 **sezzle** ⓘ

Color    Royal Blue

Size    Baby Girl                                Size Chart
6-9M    9-12M    12-18M

Qty    −  1  +

Status   **In Stock**

**Add to Bag**          ♡ 1289 liked

✓ Norton

Description

* Please add each size separately to your shopping cart
* Include：1 dress（romper for baby）
* Invisible zipper on back (woman)
* Unremovable belt (woman)
* Function buttons (baby)
* Length: to the knee (woman and girl)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00                                +

30 Days Return                                                      +

100% Secured Payments                                             +

Highest Quality Guarantee

QUALITY    PatPat guarantees you only quality merchandise.

All Reviews (22)

## 4.3
★★★★☆
Average Rating

5 ★ �▬▬▬▬▬▬▬ 15
4 ★ ▬ 3
3 ★ ▬ 2
2 ★  0
1 ★ ▬ 2

★★★★★
the color is so pretty. and the material is nice and lite for a summers day.

A***l          👍 Helpful (0)
Jan 31, 2022

Show More ⌄

You May Also Like



Page Vault

| | |
|---|---|
| Document title: | Floral Print Flutter-sleeve Matching Royal Blue Dresses Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Flutter-sleeve-Matching-Royal-Blue-Dresses-495444.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:29:23 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:29:54 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 3a280997-c734-43a7-aa37-24a1173f8813 |
| User: | pp-zchen |

PDF REFERENCE #:          vcgdHAJWji7Kzdy963RPeB

**PatPat** Cute, Quality, Great Price

English • USD • United States
Free Shipping On Orders Over $45.00
Order Status   FAQs

SIGN IN   FAVORITES   BAG

Licensed Characters    Baby    Toddler    Kids    Matching Outfits    Women & Maternity    Shoes & Accessories    Home & Baby Gear

### Floral Print Flutter-sleeve Matching Royal Blue Dresses

Price **$7.99**

or 4 interest-free payments of **$2.00** Get $5 back on your first purchase with **sezzle** ⓘ

Color   Royal Blue

Size   Baby Girl                              Size Chart
6-9M   9-12M   12-18M

Qty   −   1   +

Status   **In Stock**

**Add to Bag**            ♡ 1289 liked

Norton

📋 Description

* Please add each size separately to your shopping cart
* Include：1 dress（romper for baby）
* Invisible zipper on back (woman)
* Unremovable belt (woman)
* Function buttons (baby)
* Length: to the knee (woman and girl)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00                                        +

30 Days Return                                                            +

100% Secured Payments                                                    +

Highest Quality Guarantee

QUALITY   PatPat guarantees you only quality merchandise.

All Reviews (22)

**4.3**
★★★★☆
Average Rating

5 ★ ▬▬▬▬▬▬ 15
4 ★ ▬ 3
3 ★ ▬ 2
2 ★ 0
1 ★ ▬ 2

★★★★★
the color is so pretty. and the material is nice and lite for a summers day.

A***1
Jan 31, 2022

👍 Helpful (0)

Show More ⌄

You May Also Like






| | |
|---|---|
| Document title: | Floral Print Flutter-sleeve Matching Royal Blue Dresses Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Floral-Print-Flutter-sleeve-Matching-Royal-Blue-Dresses-495444.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:31:17 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:31:46 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | c43f373c-8a03-44b4-9486-1d3b0470680b |
| User: | pp-zchen |

PDF REFERENCE #:     16gBgCZREGAmLGQ9Za3Z9R

English · USD · 🇺🇸 United States     Free Shipping On Orders Over $45.00     Order Status   FAQs

**PatPat** Cute, Quality, Great Price

[Baby Girl] 🔍

👤 SIGN IN   ♡ FAVORITES   🛍 BAG

Licensed Characters    Baby    Toddler    Kids    Matching Outfits    Women & Maternity    Shoes & Accessories    Home & Baby Gear

### Floral Print Flutter-sleeve Matching Royal Blue Dresses

Price: **$7.99**

or 4 interest-free payments of **$2.00**. Get $5 back on your first purchase with 💰 sezzle ⓘ

Color    🔵 Royal Blue

Size    Baby Girl      [Size Chart]
| 6-9M | 9-12M | 12-18M |

Qty    [ −   1   + ]

Status    **In Stock**

[ **Add to Bag** ]    ♡ 1289 liked

✓ Norton

📋 **Description**

* Please add each size separately to your shopping cart
* Include: 1 dress ( romper for baby )
* Invisible zipper on back (woman)
* Unremovable belt (woman)
* Function buttons (baby)
* Length: to the knee (woman and girl)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00     +

30 Days Return     +

100% Secured Payments     +

Highest Quality Guarantee

🏅 QUALITY    PatPat guarantees you only quality merchandise.

---

All Reviews (22)

**4.3** ⭐⭐⭐⭐☆ Average Rating

| | | |
|---|---|---|
| 5⭐ | ▬▬▬▬▬▬▬ | 15 |
| 4⭐ | ▬ | 3 |
| 3⭐ | ▬ | 2 |
| 2⭐ | | 0 |
| 1⭐ | ▬ | 2 |

⭐⭐⭐⭐⭐
the color is so pretty. and the material is nice and lite for a summers day.

👤 A***l    Jan 31, 2022      [👍 Helpful (0)]

Show More ⌄

### You May Also Like

   

# EXHIBIT 21D

Page Vault

| | |
|---|---|
| Document title: | Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219531.html?spm=1001.2002.337-pc.0-25 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 10:07:57 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 10:09:30 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 7da3b49a-de59-4bcf-9f96-10020e8e21dd |
| User: | pp-zchen |

PDF REFERENCE #:      9PGHBGBDiYhr3xwwiVqabn



| | |
|---|---|
| Document title: | Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219531.html?spm=1001.2002.337-pc.0-25 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 10:07:57 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 10:12:05 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | be39dcef-ee90-4ee8-adfa-c5f17e4293bb |
| User: | pp-zchen |

PDF REFERENCE #:          btboMbXDfuSBWFPCMzqp9J



Page Vault

| | |
|---|---|
| Document title: | Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219531.html?spm=1001.2002.337-pc.0-25 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 10:07:57 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 10:12:20 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 287dfebf-e9f1-45ad-ae47-aec9db0d91b7 |
| User: | pp-zchen |

PDF REFERENCE #:          wuFsdQ4CvJFae7sswJUZzK



Page Vault

| | |
|---|---|
| Document title: | Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219531.html?spm=1001.2002.337-pc.0-25 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 10:07:57 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 10:12:34 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 52c5fd79-c536-42af-9d1f-150a54271745 |
| User: | pp-zchen |

PDF REFERENCE #:     uy4DzDHduLKyVDfb1yFwvn



Document title: Floral Print V-neck Ruffle Sleeves Dress for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Floral-Print-V-neck-Ruffle-Sleeves-Dress-for-Mom-and-Me-219531.html?spm=1001.2002.337-pc.0-25
Capture timestamp (UTC): Fri, 25 Feb 2022 10:12:34 GMT

Page 1 of 1