# EXHIBIT 22A

**Registration #:** VA0002267274
**Service Request #:** 1-10799638945



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-267-274

**Effective Date of Registration:**
August 31, 2021
**Registration Decision Date:**
September 20, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: July 08, 2021 to August 24, 2021

### Title _____

| | |
|---|---|
| **Title of Group:** | 1-10799638945_2021PATPAT_Published_750 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:**
  17327181 (1),
  17327181 (5),
  17327202 (10),
  17327202 (6),
  17327202 (7),
  17327202 (8),
  17327223 (1),
  17327223 (12),
  17327223 (13),
  17327223 (2),
  17327223 (6),
  17327223 (7),
  17327223 (8),
  17327224 (3),
  17327224 (6),
  17327224 (7),
  17327224 (8),
  17327249 (1),
  17327249 (5),
  17327261 (1),
  17327261 (2),
  17327261 (3),
  17327261 (4),
  17327261 (5),
  17327306 (1),
  17327306 (2),
  17327360 (3),
  17327360 (6),
  17327360 (7),
  17327360 (9),
  17327374(1),
  17327374(2),
  17327374(3),

17327374(4),
17327374(5),
17327374(6),
17327428 (1),
17327428 (2),
17327433 (1),
17327433 (10),
17327433 (11),
17327433 (14)-,
17327433 (14),
17327433 (15),
17327433 (2),
17327433 (5),
17327433 (6),
17327433 (7),
17327441 (1),
17327441 (2),
17327465 (1),
17327465 (5),
17327485 (2),
17327485 (6),
17327633 (2),
17327633 (3),
17327644(1),
17327644(2),
17327644(3),
17327644(4),
17327644(5),
17327644(6),
17327645 (11),
17327645 (12),
17327645 (2),
17327645 (5),
17327645 (8),
17327646 (1),
17327646 (18),
17327646 (21),
17327646 (24),
17327646 (29),
17327646 (30),
17327659 (1),
17327659 (11),
17327659 (4),
17327659 (6),
17327659 (7),
17327659 (9),
17327661 (4),
17327661 (5),
17327661 (6),
17327661 (7),
17327667 (1),
17327667 (10),
17327667 (2),
17327667 (3),
17327667 (4),
17327667 (5),
17327667 (6),
17327667 (7),



|                                    | 17327667 (8), |
|                                    | 17327667 (9), |
|                                    | 17327775(1), |
|                                    | 17327775(2), |
|                                    | 17327775(6), |
|                                    | 17327775(7), |
|                                    | 17327775-, |
|                                    | 17327775, |
|                                    | 17327829 (1), |
| **Published:**                     | July 2021 |

- **Individual Photographs:**     17327829 (2),
17327829 (3),
17327841 (1),
17327841 (2),
17327842 (1),
17327842 (10),
17327842 (2),
17327842 (3),
17327842 (4),
17327842 (5),
17327842 (8),
17327842 (9),
17327848 (1),
17327848 (5),
17327944(1),
17327944(10),
17327944(11),
17327944(12),
17327944(18),
17327944(2),
17327944(3),
17327944(4),
17327944(5),
17327944(6),
17327944(7),
17327944(8),
17327944(9),
17328099 (1),
17328099 (5),
17328158 (2),
17328158 (3),
17328158 (4),
17328158 (5),
17328168 (1),
17328168 (2),
17328168 (7),
17328168 (8),
17328177 (1),
17328177 (2),
17328228 (1),
17328228 (2),
17328228 (4),
17328284(1),
17328284(2),
17328284(3),
17328284(4),
17328284(5),

17328284(6),
17328284(7),
17328284(8),
17328284(9),
17328286 (10),
17328286 (11),
17328286 (3),
17328286 (5),
17328286 (6),
17328286 (9),
17328641 (2),
17328641 (3),
17328641 (4),
17328641 (7),
17328641 (8),
17328641 (9),
17328729 (3),
17328729 (6),
17328729 (7),
17328729 (8),
17328765 (1),
17328765 (2),
17328816(1),
17328816(2),
17328816(3),
17328816(4),
17329021 (1),
17329021 (2),
17329021 (4),
17329021 (6),
17329021 (7),
17329021 (9),
17329025(1),
17329025(2),
17329025(3),
17329025(4),
17329025(5),
17329025(6),
17329025(7),
17329026 (11),
17329026 (3),
17329026 (8),
17329026 (9),
17329098(1),
17329098(11),
17329098(12),
17329098(2),
17329098(6),
17329098(7),
17329098,
17329152 (1),
17329152 (10),
17329152 (11),

**Published:**   July 2021

- **Individual Photographs:**   17329152 (5),
17329152 (6),
17329163 (1),



17329163 (2),
17329165 (2),
17329165 (5),
17329168 (2),
17329168 (6),
17329233 (1),
17329233 (2),
17329233 (4),
17329606 (1),
17329606 (5),
17329626 (1),
17329626 (5),
17329699 (1),
17329699 (2),
17329699 (5),
17329702 (1),
17329702 (11),
17329702 (2),
17329702 (6),
17329702 (7),
17329703(1),
17329703(2),
17329706 (1),
17329706 (6),
17329707 (4),
17329707 (5),
17329729 (10),
17329729 (11),
17329729 (12),
17329729 (13),
17329729 (15),
17329729 (16),
17329729 (17),
17329754 (1),
17329754 (5),
17329755 (3),
17329755 (5),
17329755 (6),
17329951 (1),
17329951 (2),
17329995 (1),
17329995 (4),
17330216 (1),
17330216 (5),
17330240 (11),
17330240 (12),
17330240 (4),
17330240 (5),
17330240 (7),
17330243(1)plus,
17330243(2),
17330243(3),
17330243(4),
17330245 (1),
17330245 (10),
17330245 (11),
17330245 (15),
17330245 (16),

|  | 17330245 (5), |
|  | 17330245 (6), |
|  | 17334554 (1), |
|  | 17334554 (4), |
|  | 17336406 (1)-, |
|  | 17336406 (12), |
|  | 17336406 (2), |
|  | 17336406 (7), |
|  | 17336406 (8), |
|  | 17336902 (2), |
|  | 17336902 (6), |
|  | 17342435 (2), |
|  | 17342435 (5), |
| **Published:** | July 2021 |

- **Individual Photographs:** 17327178 (6),
  17327178 (9),
  17327179 (2),
  17327179 (3),
  17327179 (4),
  17327237 (1),
  17327237 (2),
  17327243(1),
  17327243(2),
  17327243(6),
  17327243(7),
  17327243,
  17327247 (1),
  17327247 (2),
  17327252 (3),
  17327252 (4),
  17327273 (1),
  17327273 (2),
  17327282 (2),
  17327282 (5),
  17327283 (2),
  17327283 (3),
  17327283 (4),
  17327283 (5),
  17327287 (1),
  17327287 (2),
  17327287 (3),
  17327287 (4),
  17327287 (5),
  17327315 (10),
  17327315 (3),
  17327315 (6),
  17327315 (8),
  17327320 (4),
  17327320 (7),
  17327320 (8),
  17327320 (9),
  17327387 (11),
  17327387 (4),
  17327387 (6),
  17327387 (7),
  17327387 (8),
  17327396 (1),



17327396 (2),
17327396 (3),
17327396 (4),
17327403 (1),
17327403 (2),
17327424 (1),
17327424 (3),
17327424 (4),
17327431 (1),
17327431 (5),
17327431 (6),
17327435 (10),
17327435 (11),
17327435 (3),
17327435 (6),
17327435 (8),
17327435 (9),
17327481 (1),
17327481 (11),
17327481 (4),
17327481 (6),
17327481 (9),
17327584 (1),
17327584 (2),
17327584 (3),
17327584 (7),
17327584 (8),
17327642 (1),
17327642 (10),
17327642 (11),
17327642 (5),
17327642 (6),
17327685 (4),
17327685 (5),
17327694 (4),
17327694 (5),
17327700 (4),
17327700 (5),
17327735 (1),
17327735 (4),
17327741 (2),
17327741 (5),
17327750(1),
17327750(2),
17327781 (3),
17327781 (5),
17327781 (6),
17327781 (7),
17327781 (9),
17327798 (12),
17327798 (13),
17327798 (3),
17327798 (5),
17327798 (7),
17327798 (9),
17327816 (1),
17327816 (5),

**Published:**   August 2021

- **Individual Photographs:** 17327830 (1),
17327830 (11),
17327830 (5),
17327830 (6),
17327830 (8),
17327830 (9),
17327832 (1),
17327832 (2),
17327832 (7),
17327855 (1),
17327855 (5),
17327855 (6),
17327855 (7),
17327871 (1),
17327871 (11),
17327871 (12),
17327871 (16),
17327871 (2),
17327871 (6),
17327871 (7),
17327872 (1),
17327872 (2),
17327876(1),
17327876(2),
17327876(3),
17327876(4),
17327876(5),
17327877(1),
17327877(2),
17327877(3),
17327877(4),
17327877(5),
17327877(6),
17327879(1),
17327879(2),
17327879(3),
17327879(4),
17327879(5),
17327881 (1),
17327881 (11),
17327881 (14),
17327881 (2),
17327881 (6),
17327881 (7),
17327881 (8),
17327947 (1),
17327947 (2),
17327953 (1),
17327953 (2),
17327956 (3),
17327956 (4),
17327972 (2),
17327972 (3),
17327972 (4),
17327972 (5),
17327992 (1),
17327992 (5),



17328013 (1),
17328013 (2),
17328061 (1),
17328061 (10),
17328061 (11),
17328061 (4),
17328061 (6),
17328061 (7),
17328116 (1),
17328116 (2),
17328120 (1),
17328120 (2),
17328122 (1),
17328122 (2),
17328141 (2),
17328142 (10),
17328142 (2),
17328142 (3),
17328142 (6),
17328142 (7),
17328144 (1),
17328144 (2),
17328145 (1),
17328145 (2),
17328147 (1),
17328147 (5),
17328147 (6),
17328147 (7),
17328182 (1),
17328182 (10),
17328182 (12),
17328182 (13),
17328182 (2),
17328182 (3),
17328182 (5),
17328187 (1),
17328187 (5),
17328188 (1),
17328188 (2),
17328188 (3),
17328188 (8),
17328188 (9),
17328189 (1),

**Published:**        August 2021

- **Individual Photographs:**        17328189 (2),
17328190 (1),
17328190 (2),
17328198 (1),
17328198 (2),
17328198 (3),
17328198 (4),
17328205 (1),
17328205 (2),
17328205 (3),
17328205 (4),
17328205 (6),
17328205 (7),

17328205 (9),
17328229 (1),
17328229 (4),
17328279 (1),
17328279 (13),
17328279 (14),
17328279 (19),
17328279 (2),
17328279 (7),
17328279 (8),
17328320 (1),
17328320 (2),
17328381 (2),
17328381 (6),
17328381 (7),
17328381 (9),
17328384 (1),
17328384 (3),
17328384 (5),
17328384 (7),
17328398 (1),
17328398 (5),
17328464 (1),
17328464 (2),
17328530 (2),
17328530 (5),
17328591 (1),
17328591 (11),
17328591 (2),
17328591 (6),
17328591 (7),
17328605 (1),
17328605 (2),
17328606 (1),
17328606 (5),
17328610 (1),
17328610 (3),
17328613 (1),
17328613 (2),
17328615 (1),
17328615 (10),
17328615 (11),
17328615 (5),
17328615 (6),
17328624 (3),
17328624 (4),
17328625 (1),
17328625 (5),
17328634 (2),
17328634 (6),
17328837 (1),
17328837 (5),
17328839 (1),
17328839 (11),
17328839 (4),
17328839 (5),
17328839 (7),
17328839 (9),



17329018 (1),
17329018 (4),
17329018 (8),
17329018 (9),
17329116 (1),
17329116 (5),
17329166 (1),
17329166 (11),
17329166 (2),
17329166 (6),
17329166 (7),
17329200 (1),
17329200 (12),
17329200 (13),
17329200 (2),
17329200 (3),
17329200 (7),
17329200 (8),
17329201 (1),
17329201 (3),
17329201 (4),
17329202 (1),
17329202 (2),
17329202 (4),
17329204 (1),
17329204 (5),
17329208 (1),
17329208 (2),
17329208 (4),

**Published:**     August 2021

- **Individual Photographs:**     17329210 (1),
17329210 (2),
17329215 (1),
17329215 (10),
17329215 (11),
17329215 (5),
17329215 (6),
17329218(1),
17329218(2),
17329234 (1),
17329234 (5),
17329404 (1),
17329404 (12),
17329404 (13),
17329404 (14),
17329404 (2),
17329404 (3),
17329404 (7),
17329404 (8),
17329404 (9),
17329405 (1),
17329405 (2),
17329405 (3),
17329405 (7),
17329405 (8),
17329459 (4),
17329459 (5),

17329459 (6),
17329526 (1),
17329526 (2),
17329526 (3),
17329526 (4),
17329571 (1),
17329571 (11),
17329571 (2),
17329571 (3),
17329571 (4),
17329571 (5),
17329571 (6),
17329578 (10),
17329578 (11),
17329578 (4),
17329578 (6),
17329578 (7),
17329584 (2),
17329584 (6),
17329584 (7),
17329584 (8),
17329585 (2),
17329585 (6),
17329585 (7),
17329585 (8),
17329590 (1),
17329590 (10),
17329590 (11),
17329590 (5),
17329590 (6),
17329590 (7),
17329590 (8),
17329590 (9),
17329601 (3),
17329601 (5),
17329601 (6),
17329601 (8),
17329725 (1),
17329725 (5),
17329732 (1),
17329732 (11),
17329732 (12),
17329732 (13),
17329732 (4),
17329732 (5),
17329732 (9),
17329740 (1),
17329740 (5),
17329761 (2),
17329761 (3),
17329761 (4),
17329761 (7),
17329822 (4),
17329822 (6),
17329822 (7),
17329875 (1),
17329875 (10),
17329875 (2),



|  | 17329875 (3),<br>17329875 (4),<br>17329875 (5),<br>17329875 (6),<br>17329875 (7),<br>17329875 (8),<br>17329875 (9),<br>17329957 (1),<br>17329957 (2),<br>17329957 (3),<br>17329957 (6),<br>17329959(1),<br>17329959(2),<br>17329959(3),<br>17329959(4), |
|---|---|
| **Published:** | August 2021 |

- **Individual Photographs:** 17329997 (1),
  17329997 (2),
  17329997 (3),
  17330074 (1),
  17330074 (2),
  17330074 (3),
  17330074 (4),
  17330074 (5),
  17330119 (1),
  17330119 (3),
  17330119 (4),
  17330119 (5),
  17330130 (4),
  17330130 (5),
  17330130 (6),
  17330130 (7),
  17330140 (3),
  17330140 (5),
  17330140 (6),
  17330140 (7),
  17330140 (8),
  17330163 (1),
  17330163 (10),
  17330163 (4),
  17330163 (5),
  17330163 (6),
  17330163 (9),
  17330209 (1),
  17330209 (5),
  17330222 (2),
  17330222 (5),
  17330223 (1),
  17330223 (5),
  17330271(1),
  17330271(2),
  17330271(3),
  17330271(4),
  17330274 (1),
  17330274 (5),
  17330279 (1),
  17330279 (5),

17330280 (1),
17330280 (10),
17330280 (11),
17330280 (5),
17330280 (6),
17330283 (1),
17330283 (5),
17330285 (1),
17330285 (5),
17330287 (1),
17330287 (11),
17330287 (5),
17330287 (6),
17330287 (7),
17330334 (1),
17330334 (10),
17330334 (3),
17330334 (7),
17330374 (10),
17330374 (11),
17330374 (12),
17330374 (3),
17330374 (6),
17330374 (8),
17341367 (1),
17341367 (2),
17341367 (3),
17341367 (4),
17341367 (5),
17341367 (6),
17341367 (7),
17341367 (8),
17341367 (9),
17344933 (1),
17344933 (4),

**Published:** August 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** July 08, 2021
**Latest Publication Date in Group:** August 24, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** United States



## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** August 31, 2021

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 22B













# EXHIBIT 22C

**Page Vault**

| | |
|---|---|
| Document title: | Polka Dot Print Family Matching Sets ( Sling Waist Lace Up Dresses and Short Sleeve T-shirts ) Only $8.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Polka-Dot-Print-Family-Matching-Sets%EF%BC%88Sling-Waist-Lace-Up-Dresses-and-Short-Sleeve-T-shirts%EF%BC%89-499439.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:09:46 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:11:21 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 766967a8-3844-43dc-bf80-974c44f73aa7 |
| User: | pp-zchen |

PDF REFERENCE #:          gLm9TJwNwZU8rN64zEfJzi



**Page Vault**

| | |
|---|---|
| Document title: | Polka Dot Print Family Matching Sets（Sling Waist Lace Up Dresses and Short Sleeve T-shirts）Only $8.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Polka-Dot-Print-Family-Matching-Sets%EF%BC%88Sling-Waist-Lace-Up-Dresses-and-Short-Sleeve-T-shirts%EF%BC%89-499439.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:13:55 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:14:48 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 41f90b71-5af8-42f5-8684-7b91d7ed32fb |
| User: | pp-zchen |

PDF REFERENCE #:      3cYLf6fjXJ7UqUW4xXHDUn

PatPat Cute, Quality, Great Price

SIGN IN    FAVORITES    BAG

Licensed Characters    Baby    Toddler    Kids    Matching Outfits    Women & Maternity    Shoes & Accessories    Home & Baby Gear

## Polka Dot Print Family Matching Sets（Sling Waist Lace Up Dresses and Short Sleeve T-shirts）

Price **$6.99**

or 4 interest-free payments of **$1.75**. Get $5 back on your first purchase with **sezzle** ⓘ

Color    Ginger

Size    Baby Girl

3-6M    6-9M    9-12M    12-18M

Boy

2 Years    3-4 Years    4-5 Years    6-7 Years

Girl

2 Years    3-4 Years    4-5 Years    6-7 Years    8-9 Years

Women

S    M    L    XL

Men

M    L    XL

Size Chart

Qty    −  1  +

Status    **In Stock**

Add to Bag

1388 liked

Norton

### Description

* Please add each size separately to your shopping cart.
* Soft and comfy
* Dress length: below the knee (women/girls size)
* Waist lace-up design on both sides (women/girls size)
* Left chest splicing pocket design (men/boys size)
* Flutter-sleeve design (baby size)
* Bottom snaps (baby size)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00    +

30 Days Return    +

100% Secured Payments    +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

### All Reviews (9)

**4.4**
★★★★☆
Average Rating

| | | |
|---|---|---|
| 5 ★ | | 7 |
| 4 ★ | | 1 |
| 3 ★ | | 0 |
| 2 ★ | | 0 |
| 1 ★ | | 1 |

B***n
Nov 19, 2021

★★★★★
beautiful

👍 Helpful (1)

Show More ⌄

🔒 **Page Vault**

Document title:                Polka Dot Print Family Matching Sets ( Sling Waist Lace Up Dresses and Short
                               Sleeve T-shirts ) Only $8.99 Patpat US

Capture URL:                   https://us.patpat.com/product/Polka-Dot-Print-Family-Matching-Sets%EF%BC
                               %88Sling-Waist-Lace-Up-Dresses-and-Short-Sleeve-T-shirts%EF%BC
                               %89-499439.html

Page loaded at (UTC):          Fri, 04 Mar 2022 09:15:43 GMT

Capture timestamp (UTC):       Fri, 04 Mar 2022 09:16:10 GMT

Capture tool:                  v7.13.2

Collection server IP:          3.90.170.83

Browser engine:                Chrome/77.0.3865.120

Operating system:              Microsoft Windows NT 10.0.17763.0 (10.0.17763.0)

PDF length:                    5

Capture ID:                    92508f7e-74bf-49b6-bb6a-1631ca659210

User:                          pp-zchen

PDF REFERENCE #:        htyQ1vspDEcGxmrBLpKaii



**Page Vault**

| | |
|---|---|
| Document title: | Polka Dot Print Family Matching Sets（Sling Waist Lace Up Dresses and Short Sleeve T-shirts）Only $8.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Polka-Dot-Print-Family-Matching-Sets%EF%BC%88Sling-Waist-Lace-Up-Dresses-and-Short-Sleeve-T-shirts%EF%BC%89-499439.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:16:22 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:18:26 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | e93c70a5-c5f3-46a9-a27b-677d4bd3e6a0 |
| User: | pp-zchen |

PatPat  Cute, Quality, Great Price

English · USD · United States          Free Shipping On Orders Over $45.00          Order Status    FAQs

SIGN IN    FAVORITES    BAG

Licensed Characters    Baby    Toddler    Kids    Matching Outfits    Women & Maternity    Shoes & Accessories    Home & Baby Gear

## Polka Dot Print Family Matching Sets（Sling Waist Lace Up Dresses and Short Sleeve T-shirts）

Price  **$6.99**

or 4 interest-free payments of **$1.75**. Get $5 back on your first purchase with 💲sezzle ⓘ

Color  Ginger

Size  **Baby Girl**
3-6M   6-9M   9-12M   12-18M                              Size Chart

**Boy**
2 Years   3-4 Years   4-5 Years   6-7 Years

**Girl**
2 Years   3-4 Years   4-5 Years   6-7 Years   8-9 Years

**Women**
S   M   L   XL

**Men**
M   L   XL

Qty  −   1   +

Status  **In Stock**

Add to Bag          ♡
1388 liked

Norton

### Description
* Please add each size separately to your shopping cart.
* Soft and comfy
* Dress length: below the knee (women/girls size)
* Waist lace-up design on both sides (women/girls size)
* Left chest splicing pocket design (men/boys size)
* Flutter-sleeve design (baby size)
* Bottom snaps (baby size)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00                        +

30 Days Return                                            +

100% Secured Payments                                    +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

### All Reviews (9)

**4.4**
⭐⭐⭐⭐
Average Rating

5 ⭐  7
4 ⭐  1
3 ⭐  0
2 ⭐  0
1 ⭐  1

B***n          ⭐⭐⭐⭐⭐                                    👍 Helpful (1)
Nov 19, 2021   beautiful

Show More ⌄

🔒 Page Vault

| | |
|---|---|
| Document title: | Polka Dot Print Family Matching Sets（Sling Waist Lace Up Dresses and Short Sleeve T-shirts）Only $8.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Polka-Dot-Print-Family-Matching-Sets%EF%BC%88Sling-Waist-Lace-Up-Dresses-and-Short-Sleeve-T-shirts%EF%BC%89-499439.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:32:22 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:33:54 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 5703c1be-2f23-4f45-b89a-e8fab07c046f |
| User: | pp-zchen |

PDF REFERENCE #:          5RbNe71ToYdjhwWodCdtbL

PatPat  Cute, Quality, Great Price

English · USD · 🇺🇸 United States          Free Shipping On Orders Over $45.00          Order Status    FAQs

SIGN IN    FAVORITES    BAG

Licensed Characters    Baby    Toddler    Kids    Matching Outfits    Women & Maternity    Shoes & Accessories    Home & Baby Gear

**Polka Dot Print Family Matching Sets（Sling Waist Lace Up Dresses and Short Sleeve T-shirts）**

Price  **$6.99**

or 4 interest-free payments of **$1.75**. Get $5 back on your first purchase with **sezzle** ⓘ

Color    Ginger

Size    Baby Girl                                          [Size Chart]

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women

| S | M | L | XL |

Men

| M | L | XL |

Qty    [ − ]  1  [ + ]

Status    **In Stock**

[ Add to Bag ]    ♡  1389 liked

Norton
by Symantec

ℹ Description
* Please add each size separately to your shopping cart.
* Soft and comfy
* Dress length: below the knee (women/girls size)
* Waist lace-up design on both sides (women/girls size)
* Left chest splicing pocket design (men/boys size)
* Flutter-sleeve design (baby size)
* Bottom snaps (baby size)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

⊝ Free Shipping On Orders Over $45.00                          +

⊝ 30 Days Return                                              +

⊝ 100% Secured Payments                                       +

⊝ Highest Quality Guarantee

QUALITY    PatPat guarantees you only quality merchandise.

**All Reviews (9)**

**4.4**
★★★★☆
Average Rating

| 5 ★ | 7 |
| 4 ★ | 1 |
| 3 ★ | 0 |
| 2 ★ | 0 |
| 1 ★ | 1 |

B***n          ★★★★★
Nov 19, 2021   beautiful                                    👍 Helpful (1)

Show More ⌄

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Polka Dot Print Family Matching Sets（Sling Waist Lace Up Dresses and Short Sleeve T-shirts）Only $8.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Polka-Dot-Print-Family-Matching-Sets%EF%BC%88Sling-Waist-Lace-Up-Dresses-and-Short-Sleeve-T-shirts%EF%BC%89-499439.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:30:19 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:30:59 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | f201d7e7-7fc3-45de-bf0e-1bb97e14fe1e |
| User: | pp-zchen |

PDF REFERENCE #:     7TuxojYXW53W89zGvYZNFE



# EXHIBIT 22D

| | |
|---|---|
| Document title: | Family Matching Wave Point Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Wave-Point-Print-Sleeveless-Dresses-and-T-shirts-Sets-219541.html?spm=1001.2002.0.0-31 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 02:52:08 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:52:20 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 5cd5b725-978a-4660-a6eb-41b0b0838a19 |
| User: | pp-zchen |

PDF REFERENCE #:          nJszQL12i9ubxXSy27fuir



Document title: Family Matching Wave Point Print Sleeveless Dresses and T-shirts Sets - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Wave-Point-Print-Sleeveless-Dresses-and-T-shirts-Sets-219541.html?spm=1001.2002.0.0-31
Capture timestamp (UTC): Mon, 28 Feb 2022 02:52:20 GMT

| | |
|---|---|
| Document title: | Family Matching Wave Point Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Wave-Point-Print-Sleeveless-Dresses-and-T-shirts-Sets-219541.html?spm=1001.2002.0.0-31 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 02:52:08 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:53:51 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | c2277928-c10c-4370-a0b5-2fa569807df2 |
| User: | pp-zchen |

PDF REFERENCE #: 6MWYHyT1PtftKMNvJUpWhs



| | |
|---|---|
| Document title: | Family Matching Wave Point Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Wave-Point-Print-Sleeveless-Dresses-and-T-shirts-Sets-219541.html?spm=1001.2002.0.0-31 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 02:52:08 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:54:06 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | bd4cd60a-f1ce-4398-93f1-d1095e09cdfa |
| User: | pp-zchen |

PDF REFERENCE #:     v7MqTEDiQFPDSLEPezGvpQ



| | |
|---|---|
| Document title: | Family Matching Wave Point Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Wave-Point-Print-Sleeveless-Dresses-and-T-shirts-Sets-219541.html?spm=1001.2002.0.0-31 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 02:52:08 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:54:23 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 93e895d5-8184-49e5-9cc4-2ea8c75819e6 |
| User: | pp-zchen |

PDF REFERENCE #: i4Lhw8u9bqhP6ELzDAhdH7



**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Wave Point Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Wave-Point-Print-Sleeveless-Dresses-and-T-shirts-Sets-219541.html?spm=1001.2002.0.0-31 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 02:52:08 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:56:57 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 24666811-cb1e-4f8e-a4b9-8f075d3d2b1b |
| User: | pp-zchen |

PDF REFERENCE #:    q7sipvE5cwauAReqjzFZhk



🔒 **Page Vault**

| | |
|---|---|
| Document title: | Family Matching Wave Point Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Wave-Point-Print-Sleeveless-Dresses-and-T-shirts-Sets-219541.html?spm=1001.2002.0.0-31 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 02:52:08 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:57:14 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | f1692c1b-0343-4385-8d11-acf19ca59df1 |
| User: | pp-zchen |

PDF REFERENCE #:     v8CJUpo7zxrL1XZ2KSXWCh



Document title: Family Matching Wave Point Print Sleeveless Dresses and T-shirts Sets - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Wave-Point-Print-Sleeveless-Dresses-and-T-shirts-Sets-219541.html?spm=1001.2002.0.0-31
Capture timestamp (UTC): Mon, 28 Feb 2022 02:57:14 GMT