# EXHIBIT 26A

**Registration #:** VA0002289508
**Service Request #:** 1-11205428732



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-289-508

**Effective Date of Registration:**
March 07, 2022
**Registration Decision Date:**
March 07, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   April 07, 2021 to October 11, 2021

## Title _____

|  |  |
|---|---|
| **Title of Group:** | 1-11205428732_2021PATPAT_Published_72 |
| **Number of Photographs in Group:** | 72 |

- **Individual Photographs:** 17310037 (1),
  17310037 (2),
  17310037 (3),
  17310037 (4),
  17310049 (1),
  17310049 (2),
  **Published:** April 2021

- **Individual Photographs:** 17310049 (3),
  17314069 (1),
  17314069 (2),
  17314069 (3),
  17314069 (4),
  17314069 (5),
  17314069 (6),
  **Published:** May 2021

- **Individual Photographs:** 17320439 (1),
  17320439 (10),
  17320439 (11),
  17320439 (12),
  17320439 (2),
  17320439 (3),
  17320439 (4),
  17320439 (5),
  17320439 (6),
  17320439 (7),
  17320439 (8),
  17320439 (9),
  **Published:** June 2021

- **Individual Photographs:** 17326444 (1),
  17326444 (2),

Page 1 of 3

|  |  | 17326444 (3), |
|  |  | 17326444 (4), |
|  | **Published:** | July 2021 |

- **Individual Photographs:** 17330374 (10),
  17330374 (12),
  17330374 (1),
  17330374 (2),
  17330374 (3),
  17330374 (4),
  17330374 (5),
  17330374 (9),
  17348740 (1),
  17348740 (2),
  17348740 (3),
  17348740 (4),
  17348740 (5),
  17348740 (6),
  17355466 (1),
  17355466 (2),
  17355466 (3),
  17355466 (4),
  17355466 (5),
  17355466 (6),
  17355466 (7),
  17355466 (8),
  17355466 (9),
  **Published:** August 2021

- **Individual Photographs:** 17353405 (1),
  17353405 (10),
  17353405 (11),
  17353405 (12),
  17353405 (13),
  17353405 (14),
  17353405 (15),
  17353405 (2),
  17353405 (3),
  17353405 (4),
  17353405 (5),
  17353405 (6),
  17353405 (7),
  17353405 (8),
  17353405 (9),
  **Published:** September 2021

- **Individual Photographs:** 17366133 (1),
  17366133 (2),
  17366133 (3),
  17366133 (4),
  17366133 (5)
  **Published:** October 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** April 07, 2021

Page 2 of 3



**Latest Publication Date in Group:** October 11, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** March 07, 2022

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 26B















Case: 1:22-cv-02259 Document 1-3 25 Filed: 12/21/22 Page 14 of 58 PageID #:3380







# EXHIBIT 26C

**PageVault**

| | |
|---|---|
| Document title: | Pink Series Family Matching Sets ( Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts )  Only $8.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Pink-Series-Family-Matching-Sets%EF%BC %88Striped-Cross-Wrap-V-Neck-Short-sleeve-Ruffle-Hem-Dresses-and-Colorblock-T-shirts%EF%BC%89-507034.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 07:42:53 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 07:49:37 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | e327700f-3687-44ed-9304-afd13584b457 |
| User: | pp-zchen |

PDF REFERENCE #:     euUsiLXuyMG3R9BytzKHxp

PatPat  Cute, Quality, Great Price

English • USD • United States          Free Shipping On Orders Over $45.00          Order Status    FAQs

Cotton                                                                    SIGN IN    FAVORITES    BAG

Licensed Characters    Baby    Toddler    Kids    Matching Outfits    Women & Maternity    Shoes & Accessories    Home & Baby Gear

## Pink Series Family Matching Sets（Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts）

Price  **$7.99**

or 4 interest-free payments of **$2.00**. Get $5 back on your first purchase with **sezzle** ⓘ

Color    Multi-color

Size    **Baby Girl**
3-6M    6-9M    9-12M

**Boy**
2 Years    3-4 Years    4-5 Years    6-7 Years

**Girl**
2 Years    3-4 Years    6-7 Years    8-9 Years

**Men**
M    L    XL

Size Chart

Qty    −    1    +

Status    In Stock

**Add to Bag**    ♡  1562 liked

Norton

### Description
* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the knee (dresses)
* Waist straps design (dresses)
* Sleeveless design (romper)
* Front button closure (romper)
* Waist bowknot (romper)
* Bottom snaps (romper)
* Colorblock design (men's T-shirts)
* Left-chest pocket (boys' T-shirts)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00                    +

30 Days Return                                         +

100% Secured Payments                                 +

Highest Quality Guarantee

QUALITY    PatPat guarantees you only quality merchandise.

### All Reviews (29)

**4.9**
★★★★★
Average Rating

5 ★ ████████████ 27
4 ★          1
3 ★          0
2 ★          1
1 ★          0

C***y          ★★★★★
Jan 26, 2022    I love it                              Helpful (1)

Show More ⌄



Document title: Pink Series Family Matching Sets（Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts）Only $8.99 Patpat US
Capture URL: https://us.patpat.com/product/Pink-Series-Family-Matching-Sets%EF%BC%88Striped-Cross-Wrap-V-Neck-Short-sleeve-Ruffle-Hem-Dresses-and-...
Capture timestamp (UTC): Fri, 04 Mar 2022 07:49:37 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Pink Series Family Matching Sets ( Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts ) Only $8.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Pink-Series-Family-Matching-Sets%EF%BC %88Striped-Cross-Wrap-V-Neck-Short-sleeve-Ruffle-Hem-Dresses-and-Colorblock- T-shirts%EF%BC%89-507034.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 07:42:53 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 07:54:25 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 7 |
| Capture ID: | 8eb1442e-6616-4877-ac06-6807f96faaa5 |
| User: | pp-zchen |

PDF REFERENCE #: pnMWbN783BJ7DajtGsqMQV

English · USD · United States     Free Shipping On Orders Over $45.00     Order Status   FAQs

**PatPat** Cute, Quality, Great Price

Casual [search]

SIGN IN   FAVORITES   BAG

Licensed Characters | Baby | Toddler | Kids | Matching Outfits | Women & Maternity | Shoes & Accessories | Home & Baby Gear

Pink Series Family Matching Sets（Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts）

Price **$7.99**

or 4 interest-free payments of **$2.00**. Get $5 back on your first purchase with **sezzle** ⓘ

Color    Multi-color

Size    Size Chart

Baby Girl
[3-6M] [6-9M] [9-12M]

Boy
[2 Years] [3-4 Years] [4-5 Years] [6-7 Years]

Girl
[2 Years] [3-4 Years] [6-7 Years] [8-9 Years]

Men
[M] [L] [XL]

Qty    [−] 1 [+]

Status    **In Stock**

**Add to Bag**    ♡ 1562 liked

Norton

Description
* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the knee (dresses)
* Waist straps design (dresses)
* Sleeveless design (romper)
* Front button closure (romper)
* Waist bowknot (romper)
* Bottom snaps (romper)
* Colorblock design (men's T-shirts)
* Left-chest pocket (boys' T-shirts)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00   +

30 Days Return   +

100% Secured Payments   +

Highest Quality Guarantee

QUALITY   PatPat guarantees you only quality merchandise.

All Reviews (29)

**4.9**
★★★★★
Average Rating

5 ★ ████████████████ 27
4 ★ █ 1
3 ★ 0
2 ★ █ 1
1 ★ 0

C***y    ★★★★★ I love it
Jan 26, 2022     👍 Helpful (1)

Show More ⌄

Document title: Pink Series Family Matching Sets（Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts）Only $8.99 Patpat US
Capture URL: https://us.patpat.com/product/Pink-Series-Family-Matching-Sets%EF%BC%88Striped-Cross-Wrap-V-Neck-Short-sleeve-Ruffle-Hem-Dresses-and-...
Capture timestamp (UTC): Fri, 04 Mar 2022 07:54:25 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Pink Series Family Matching Sets ( Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts )  Only $8.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Pink-Series-Family-Matching-Sets%EF%BC %88Striped-Cross-Wrap-V-Neck-Short-sleeve-Ruffle-Hem-Dresses-and-Colorblock-T-shirts%EF%BC%89-507034.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 07:42:53 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 07:55:42 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 9 |
| Capture ID: | 2be66b6f-0ef6-4c84-b704-cb4e60f9f689 |
| User: | pp-zchen |

PDF REFERENCE #:       p7MfGz9puyZPCJe63VQ63s

PatPat  Cute, Quality, Great Price

English · USD · United States    Free Shipping On Orders Over $45.00    Order Status   FAQs

SIGN IN    FAVORITES    BAG

Licensed Characters   Baby   Toddler   Kids   Matching Outfits   Women & Maternity   Shoes & Accessories   Home & Baby Gear

## Pink Series Family Matching Sets（Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts）

Price **$7.99**

or 4 interest-free payments of **$2.00** Get $5 back on your first purchase with 🟣 sezzle ⓘ

Color   Multi-color

Size

Baby Girl
| 3-6M | 6-9M | 9-12M |

Boy
| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl
| 2 Years | 3-4 Years | 6-7 Years | 8-9 Years |

Men
| M | L | XL |

Size Chart

Qty  − 1 +

Status   **In Stock**

**Add to Bag**    ♡ 1562 liked

✓ Norton

### Description
* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the knee (dresses)
* Waist straps design (dresses)
* Sleeveless design (romper)
* Front button closure (romper)
* Waist bowknot (romper)
* Bottom snaps (romper)
* Colorblock design (men's T-shirts)
* Left-chest pocket (boys' T-shirts)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00   +

30 Days Return   +

100% Secured Payments   +

Highest Quality Guarantee

QUALITY   PatPat guarantees you only quality merchandise.

---

All Reviews (29)

**4.9**
★★★★★
Average Rating

| 5★ | 27 |
| 4★ | 1 |
| 3★ | 0 |
| 2★ | 1 |
| 1★ | 0 |

C***y
Jan 26, 2022

★★★★★
I love it

👍 Helpful (1)

Show More ⌄

🔒 Page Vault

| | |
|---|---|
| Document title: | Pink Series Family Matching Sets ( Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts )  Only $8.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Pink-Series-Family-Matching-Sets%EF%BC %88Striped-Cross-Wrap-V-Neck-Short-sleeve-Ruffle-Hem-Dresses-and-Colorblock- T-shirts%EF%BC%89-507034.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 07:42:53 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 07:59:01 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 11 |
| Capture ID: | 71c0afc4-89a5-4d9e-a602-d79dca6ee7f4 |
| User: | pp-zchen |

PDF REFERENCE #:      1MfJTvoeBVt9Nrin1HrX9Y

PatPat  Cute, Quality, Great Price

English | USD | United States                    Free Shipping On Orders Over $45.00        Order Status    FAQs

SIGN IN    FAVORITES    BAG

| Licensed Characters | Baby | Toddler | Kids | Matching Outfits | Women & Maternity | Shoes & Accessories | Home & Baby Gear |

Pink Series Family Matching Sets（Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts）

Price
**$7.99**
or 4 interest-free payments of **$2.00**. Get $5 back on your first purchase with 💲 **sezzle** ⓘ

Color    🔲 Multi-color

Size    Size Chart

Baby Girl
| 3-6M | 6-9M | 9-12M |

Boy
| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl
| 2 Years | 3-4 Years | 6-7 Years | 8-9 Years |

Men
| M | L | XL |

Qty    [ − | 1 | + ]

Status    **In Stock**

**Add to Bag**          ♡  1562 liked

✓ Norton

📄 Description
* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the knee (dresses)
* Waist straps design (dresses)
* Sleeveless design (romper)
* Front button closure (romper)
* Waist bowknot (romper)
* Bottom snaps (romper)
* Colorblock design (men's T-shirts)
* Left-chest pocket (boys' T-shirts)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00                                    +

30 Days Return                                                        +

100% Secured Payments                                                +

Highest Quality Guarantee

🏅 QUALITY    PatPat guarantees you only quality merchandise.

All Reviews (29)

**4.9**
★★★★★
Average Rating

| 5★ | ████████████ | 27 |
| 4★ | █ | 1 |
| 3★ | | 0 |
| 2★ | █ | 1 |
| 1★ | | 0 |

C***y          ★★★★★
Jan 26, 2022   I love it                                    👍 Helpful (1)

Show More ⌄

| | |
|---|---|
| Document title: | Pink Series Family Matching Sets ( Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts ) Only $8.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Pink-Series-Family-Matching-Sets%EF%BC %88Striped-Cross-Wrap-V-Neck-Short-sleeve-Ruffle-Hem-Dresses-and-Colorblock- T-shirts%EF%BC%89-507034.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 07:42:53 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:00:20 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 13 |
| Capture ID: | 5df468dd-b20d-4366-bdf0-4c693bbcc992 |
| User: | pp-zchen |

PDF REFERENCE #: ng6T8MG4aYRFBaB2LTpXrB



🔒 Page Vault

| | |
|---|---|
| Document title: | Pink Series Family Matching Sets（Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts）Only $8.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Pink-Series-Family-Matching-Sets%EF%BC %88Striped-Cross-Wrap-V-Neck-Short-sleeve-Ruffle-Hem-Dresses-and-Colorblock-T-shirts%EF%BC%89-507034.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:00:49 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:02:53 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | b9e7e8f5-1b70-4fc1-8913-ccece81b7590 |
| User: | pp-zchen |

PDF REFERENCE #:    wq92H2d1oHjmzMb6qZq6dv



**Page Vault**

| | |
|---|---|
| Document title: | Pink Series Family Matching Sets（Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts） Only $8.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Pink-Series-Family-Matching-Sets%EF%BC %88Striped-Cross-Wrap-V-Neck-Short-sleeve-Ruffle-Hem-Dresses-and-Colorblock-T-shirts%EF%BC%89-507034.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:00:49 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:03:44 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 7 |
| Capture ID: | 58b2d2aa-7b15-40f6-8fa2-30b6a40ad28f |
| User: | pp-zchen |

PDF REFERENCE #:     iemdPE2LRa4sSdahiRTbA7



**Page Vault**

| | |
|---|---|
| Document title: | Pink Series Family Matching Sets ( Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts )  Only $8.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Pink-Series-Family-Matching-Sets%EF%BC %88Striped-Cross-Wrap-V-Neck-Short-sleeve-Ruffle-Hem-Dresses-and-Colorblock-T-shirts%EF%BC%89-507034.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:00:49 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:04:34 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 9 |
| Capture ID: | 32273825-4aca-4b83-95fc-126d917b3928 |
| User: | pp-zchen |

PDF REFERENCE #:        tfvCUw8VvpuaZe45DXjWXc

**PatPat** Cute, Quality, Great Price

English · USD · United States | Free Shipping On Orders Over $45.00 | Order Status · FAQs

SIGN IN · FAVORITES · BAG

Licensed Characters | Baby | Toddler | Kids | Matching Outfits | Women & Maternity | Shoes & Accessories | Home & Baby Gear

### Pink Series Family Matching Sets（Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts）

Price **$7.99**

or 4 interest-free payments of **$2.00**. Get $5 back on your first purchase with 💲 **sezzle** ⓘ

Color **Multi-color**

Size [Size Chart]

Baby Girl
[3-6M] [6-9M] [9-12M]

Boy
[2 Years] [3-4 Years] [4-5 Years] [6-7 Years]

Girl
[2 Years] [3-4 Years] [6-7 Years] [8-9 Years]

Men
[M] [L] [XL]

Qty [ − ] [ 1 ] [ + ]

Status **In Stock**

**Add to Bag** | ♡ 1562 liked

✓ Norton

📄 **Description**
* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the knee (dresses)
* Waist straps design (dresses)
* Sleeveless design (romper)
* Front button closure (romper)
* Waist bowknot (romper)
* Bottom snaps (romper)
* Colorblock design (men's T-shirts)
* Left-chest pocket (boys' T-shirts)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00 +

30 Days Return +

100% Secured Payments +

Highest Quality Guarantee

QUALITY · PatPat guarantees you only quality merchandise.

All Reviews (29)

**4.9**
★★★★★
Average Rating

5 ★ �no 27
4 ★ ▬ 1
3 ★ 0
2 ★ ▬ 1
1 ★ 0

C***y
Jan 26, 2022

★★★★★
I love it

👍 Helpful (1)

Show More ⌄



🔒 **Page Vault**

| | |
|---|---|
| Document title: | Pink Series Family Matching Sets ( Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts ) Only $8.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Pink-Series-Family-Matching-Sets%EF%BC %88Striped-Cross-Wrap-V-Neck-Short-sleeve-Ruffle-Hem-Dresses-and-Colorblock-T-shirts%EF%BC%89-507034.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:00:49 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:05:54 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 11 |
| Capture ID: | bbd17258-a528-4ce4-9afb-fe3a1b6790a5 |
| User: | pp-zchen |

PDF REFERENCE #:    oAh3WnMCA4nVoGkHJCw3Js

PatPat  Cute, Quality, Great Price

English · USD · United States    Free Shipping On Orders Over $45.00    Order Status  FAQs

SIGN IN  FAVORITES  BAG

Baby Girl

Licensed Characters | Baby | Toddler | Kids | Matching Outfits | Women & Maternity | Shoes & Accessories | Home & Baby Gear



**Pink Series Family Matching Sets（Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts）**

Price  **$7.99**

or 4 interest-free payments of **$2.00**. Get $5 back on your first purchase with 💚 sezzle ⓘ

Color   Multi-color

Size    Baby Girl                                             Size Chart
        3-6M | 6-9M | 9-12M

        Boy
        2 Years | 3-4 Years | 4-5 Years | 6-7 Years

        Girl
        2 Years | 3-4 Years | 6-7 Years | 8-9 Years

        Men
        M | L | XL

Qty     − 1 +

Status  **In Stock**

**Add to Bag**            ♡  1562 liked

✓ Norton

📄 Description
   * Please add each size separately to your shopping cart.
   * Soft and comfy
   * Length: to the knee (dresses)
   * Waist straps design (dresses)
   * Sleeveless design (romper)
   * Front button closure (romper)
   * Waist bowknot (romper)
   * Bottom snaps (romper)
   * Colorblock design (men's T-shirts)
   * Left-chest pocket (boys' T-shirts)
   * Material: 100% Polyester
   * Machine wash, tumble dry
   * Imported

Free Shipping On Orders Over $45.00                        +

30 Days Return                                             +

100% Secured Payments                                      +

Highest Quality Guarantee

QUALITY   PatPat guarantees you
          only quality merchandise.

All Reviews (29)

**4.9**              5 ⭐ ▬▬▬▬▬▬▬▬▬  27
⭐⭐⭐⭐⭐          4 ⭐ ▬            1
Average Rating       3 ⭐ ▬            0
                     2 ⭐ ▬            1
                     1 ⭐ ▬            0

👤              ⭐⭐⭐⭐⭐
C***y           I love it                              👍 Helpful (1)
Jan 26, 2022

Show More ⌄

Document title: Pink Series Family Matching Sets ( Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts ) Only $8.99 Patpat US
Capture URL: https://us.patpat.com/product/Pink-Series-Family-Matching-Sets%EF%BC%88Striped-Cross-Wrap-V-Neck-Short-sleeve-Ruffle-Hem-Dresses-and-...
Capture timestamp (UTC): Fri, 04 Mar 2022 08:05:54 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Pink Series Family Matching Sets ( Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts )  Only $8.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Pink-Series-Family-Matching-Sets%EF%BC%88Striped-Cross-Wrap-V-Neck-Short-sleeve-Ruffle-Hem-Dresses-and-Colorblock-T-shirts%EF%BC%89-507034.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:00:49 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:07:53 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 13 |
| Capture ID: | 65f252f2-da4a-44fc-86e0-c205edf3247a |
| User: | pp-zchen |

PDF REFERENCE #:     oq2Y1ecN8DxfrLQKRQWFN4

PatPat  Cute, Quality, Great Price

Round heck          🔍

⊙ SIGN IN    ♡ FAVORITES    🛍 BAG

| Licensed Characters | Baby | Toddler | Kids | Matching Outfits | Women & Maternity | Shoes & Accessories | Home & Baby Gear |

### Pink Series Family Matching Sets（Striped Cross Wrap V Neck Short-sleeve Ruffle Hem Dresses and Colorblock T-shirts）

Price  **$7.99**

or 4 interest-free payments of **$2.00** . Get $5 back on your first purchase with 🟣 sezzle ⓘ

Color  🔲 Multi-color

Size  
Baby Girl  
3-6M  6-9M  9-12M

Boy  
2 Years  3-4 Years  4-5 Years  6-7 Years

Girl  
2 Years  3-4 Years  6-7 Years  8-9 Years

Men  
M  L  XL

Size Chart

Qty  −  1  +

Status  **In Stock**

**Add to Bag**    ♡ 1562 liked

✓ Norton

⊡ Description
* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the knee (dresses)
* Waist straps design (dresses)
* Sleeveless design (romper)
* Front button closure (romper)
* Waist bowknot (romper)
* Bottom snaps (romper)
* Colorblock design (men's T-shirts)
* Left-chest pocket (boys' T-shirts)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

⊕ Free Shipping On Orders Over $45.00          +

⊕ 30 Days Return          +

⊕ 100% Secured Payments          +

⊕ Highest Quality Guarantee

QUALITY  PatPat guarantees you only quality merchandise.

### All Reviews (29)

**4.9**
★★★★★
Average Rating

| | | |
|---|---|---|
| 5 ★ | | 27 |
| 4 ★ | | 1 |
| 3 ★ | | 0 |
| 2 ★ | | 1 |
| 1 ★ | | 0 |

C***y
Jan 26, 2022

★★★★★
I love it

👍 Helpful (1)

Show More ⌄



# EXHIBIT 26D

| | |
|---|---|
| Document title: | Family Matching Chromatic Stripe Print Short Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Chromatic-Stripe-Print-Short-Sleeve-Dress-and-T-shirt-219768.html?spm=1001.2002.0.0-17 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 08:19:10 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 09:47:47 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 1a9bbdfb-0f5a-4cc3-b628-a2037f87cbc7 |
| User: | pp-zchen |

PDF REFERENCE #: mAng9PPjx2sJQSHvqvfWVV



**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Chromatic Stripe Print Short Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Chromatic-Stripe-Print-Short-Sleeve-Dress-and-T-shirt-219768.html?spm=1001.2002.0.0-17 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 08:19:10 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 09:49:10 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | bf94762f-912f-497a-ba93-653daa9a9770 |
| User: | pp-zchen |

PDF REFERENCE #:    cGY5ASVQFkgsRBFHr9Se7j



**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Chromatic Stripe Print Short Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Chromatic-Stripe-Print-Short-Sleeve-Dress-and-T-shirt-219768.html?spm=1001.2002.0.0-17 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 08:19:10 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 09:53:11 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 13c89762-52db-431c-92fc-67ef2999cdb5 |
| User: | pp-zchen |

PDF REFERENCE #:      raJErMbTDLqAPLreJeg2X3



Document title: Family Matching Chromatic Stripe Print Short Sleeve Dress and T-shirt - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Chromatic-Stripe-Print-Short-Sleeve-Dress-and-T-shirt-219768.html?spm=1001.2002.0.0-17
Capture timestamp (UTC): Fri, 25 Feb 2022 09:53:11 GMT

| | |
|---|---|
| Document title: | Family Matching Chromatic Stripe Print Short Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Chromatic-Stripe-Print-Short-Sleeve-Dress-and-T-shirt-219768.html?spm=1001.2002.0.0-17 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 08:19:10 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 09:53:50 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | dd6592b9-ef23-4921-932d-a7a15583603a |
| User: | pp-zchen |

PDF REFERENCE #: beDLg5aHFi6Ho8fkdYJxYk



Document title: Family Matching Chromatic Stripe Print Short Sleeve Dress and T-shirt - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Chromatic-Stripe-Print-Short-Sleeve-Dress-and-T-shirt-219768.html?spm=1001.2002.0.0-17
Capture timestamp (UTC): Fri, 25 Feb 2022 09:53:50 GMT

| | |
|---|---|
| Document title: | Family Matching Chromatic Stripe Print Short Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Chromatic-Stripe-Print-Short-Sleeve-Dress-and-T-shirt-219768.html?spm=1001.2002.0.0-17 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 08:19:10 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 09:54:32 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | bb05d986-a7cf-467c-afcb-170e509901aa |
| User: | pp-zchen |

PDF REFERENCE #:            6RzDrFjjvapjd9LZ7YS67b



Document title: Family Matching Chromatic Stripe Print Short Sleeve Dress and T-shirt - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Chromatic-Stripe-Print-Short-Sleeve-Dress-and-T-shirt-219768.html?spm=1001.2002.0.0-17
Capture timestamp (UTC): Fri, 25 Feb 2022 09:54:32 GMT

| | |
|---|---|
| Document title: | Family Matching Chromatic Stripe Print Short Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Chromatic-Stripe-Print-Short-Sleeve-Dress-and-T-shirt-219768.html?spm=1001.2002.0.0-17 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 08:19:10 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 09:55:53 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | a4f0fe51-dd3d-4c04-adcf-f62cfde8120f |
| User: | pp-zchen |



| | |
|---|---|
| Document title: | Family Matching Chromatic Stripe Print Short Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Chromatic-Stripe-Print-Short-Sleeve-Dress-and-T-shirt-219768.html?spm=1001.2002.0.0-17 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 08:19:10 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 09:56:57 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | cfed864b-823b-48be-8475-5cf6cd6d7338 |
| User: | pp-zchen |

PDF REFERENCE #:     rCmRwGDfb1KfrS3FrS3bt6



Document title: Family Matching Chromatic Stripe Print Short Sleeve Dress and T-shirt - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Chromatic-Stripe-Print-Short-Sleeve-Dress-and-T-shirt-219768.html?spm=1001.2002.0.0-17
Capture timestamp (UTC): Fri, 25 Feb 2022 09:56:57 GMT

**PageVault**

| | |
|---|---|
| Document title: | Family Matching Chromatic Stripe Print Short Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Chromatic-Stripe-Print-Short-Sleeve-Dress-and-T-shirt-219768.html?spm=1001.2002.0.0-17 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 08:19:10 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 09:57:15 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 489b0548-3b7e-4db3-8e1d-4456261e2c06 |
| User: | pp-zchen |

PDF REFERENCE #:     vrCUNU8fv7Wwq8DLdQEb15



**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Chromatic Stripe Print Short Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Chromatic-Stripe-Print-Short-Sleeve-Dress-and-T-shirt-219768.html?spm=1001.2002.0.0-17 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 08:19:10 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 09:58:40 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 0a83ecfc-df87-4a70-97a4-3f3d99bd3c00 |
| User: | pp-zchen |

PDF REFERENCE #:          iDm5vPgbbNVWWi8ivvFF4B



PageVault

| | |
|---|---|
| Document title: | Family Matching Chromatic Stripe Print Short Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Chromatic-Stripe-Print-Short-Sleeve-Dress-and-T-shirt-219768.html?spm=1001.2002.0.0-17 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 08:19:10 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 09:59:18 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 8a72c46a-49d8-4ecb-a67c-e2f27dc82b51 |
| User: | pp-zchen |

PDF REFERENCE #:        jpCh2YMf5uDVKHbGhDgkiB

