# EXHIBIT 27A

**Registration #:** VA0002289508
**Service Request #:** 1-11205428732



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-289-508

**Effective Date of Registration:**
March 07, 2022
**Registration Decision Date:**
March 07, 2022

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   April 07, 2021 to October 11, 2021

### Title _____

|  |  |
|---|---|
| **Title of Group:** | 1-11205428732_2021PATPAT_Published_72 |
| **Number of Photographs in Group:** | 72 |

- **Individual Photographs:** 17310037 (1),
  17310037 (2),
  17310037 (3),
  17310037 (4),
  17310049 (1),
  17310049 (2),
  **Published:** April 2021

- **Individual Photographs:** 17310049 (3),
  17314069 (1),
  17314069 (2),
  17314069 (3),
  17314069 (4),
  17314069 (5),
  17314069 (6),
  **Published:** May 2021

- **Individual Photographs:** 17320439 (1),
  17320439 (10),
  17320439 (11),
  17320439 (12),
  17320439 (2),
  17320439 (3),
  17320439 (4),
  17320439 (5),
  17320439 (6),
  17320439 (7),
  17320439 (8),
  17320439 (9),
  **Published:** June 2021

- **Individual Photographs:** 17326444 (1),
  17326444 (2),

Page 1 of 3

|                              |                 |
|------------------------------|-----------------|
|                              | 17326444 (3),   |
|                              | 17326444 (4),   |
| **Published:**               | July 2021       |

- **Individual Photographs:** 17330374 (10),
  17330374 (12),
  17330374 (1),
  17330374 (2),
  17330374 (3),
  17330374 (4),
  17330374 (5),
  17330374 (9),
  17348740 (1),
  17348740 (2),
  17348740 (3),
  17348740 (4),
  17348740 (5),
  17348740 (6),
  17355466 (1),
  17355466 (2),
  17355466 (3),
  17355466 (4),
  17355466 (5),
  17355466 (6),
  17355466 (7),
  17355466 (8),
  17355466 (9),

  **Published:** August 2021

- **Individual Photographs:** 17353405 (1),
  17353405 (10),
  17353405 (11),
  17353405 (12),
  17353405 (13),
  17353405 (14),
  17353405 (15),
  17353405 (2),
  17353405 (3),
  17353405 (4),
  17353405 (5),
  17353405 (6),
  17353405 (7),
  17353405 (8),
  17353405 (9),

  **Published:** September 2021

- **Individual Photographs:** 17366133 (1),
  17366133 (2),
  17366133 (3),
  17366133 (4),
  17366133 (5)

  **Published:** October 2021

## Completion/Publication

|                                        |                |
|----------------------------------------|----------------|
| **Year of Completion:**                | 2021           |
| **Earliest Publication Date in Group:** | April 07, 2021 |



**Latest Publication Date in Group:** October 11, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** March 07, 2022

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 27B

















# EXHIBIT 27C

🔒 Page Vault

| | |
|---|---|
| Document title: | Polka Dot Print Red Sleeveless Ruffle Jumpsuits for Mom and Me Only $9.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Polka-Dot-Print-Red-Sleeveless-Ruffle-Jumpsuits-for-Mom-and-Me-506312.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:58:05 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:59:09 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | ca718598-b267-4b89-9a4b-7a70274d3660 |
| User: | pp-zchen |

PatPat  Cute, Quality, Great Price

English · USD · United States          Free Shipping On Orders Over $45.00          Order Status    FAQs

SIGN IN    FAVORITES    BAG

Licensed Characters    Baby    Toddler    Kids    Matching Outfits    Women & Maternity    Shoes & Accessories    Home & Baby Gear

## Polka Dot Print Red Sleeveless Ruffle Jumpsuits for Mom and Me

Price  **$9.99**

or 4 interest-free payments of **$2.50**. Get $5 back on your first purchase with  sezzle ⓘ

Color    Red

Size    Baby Girl                                    Size Chart
         3-6M    6-9M

Qty      –    1    +

Status   **In Stock**

**Add to Bag**        ♡ 939 liked

✔ Norton

📄 Description

* Please add each size separately to your shopping cart.
* Each size includes: 1 jumpsuit
* Soft and comfy
* Back zipper closure (women/girls)
* Bottom snaps (jumpsuit)
* Back button closure (jumpsuit)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00                    +

30 Days Return                                          +

100% Secured Payments                                  +

Highest Quality Guarantee

QUALITY    PatPat guarantees you only quality merchandise.

All Reviews (13)

**4.8**
★★★★★
Average Rating

5 ★ ▓▓▓▓▓▓▓▓ 11
4 ★ ▓ 1
3 ★ ▓ 1
2 ★ 0
1 ★ ▓ 0

N***l
Feb 19, 2022

★★★★★
I love it

Helpful (0)

Show More ⌄

## You May Also Like

Page Vault

| | |
|---|---|
| Document title: | Polka Dot Print Red Sleeveless Ruffle Jumpsuits for Mom and Me Only $9.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Polka-Dot-Print-Red-Sleeveless-Ruffle-Jumpsuits-for-Mom-and-Me-506312.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:59:41 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:00:09 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 45396cd1-1cc1-46dc-a3ad-2d4c0a6cf58f |
| User: | pp-zchen |

PDF REFERENCE #:        7rfevKYH5wcAkjm74nxrwe



| | |
|---|---|
| Document title: | Polka Dot Print Red Sleeveless Ruffle Jumpsuits for Mom and Me Only $9.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Polka-Dot-Print-Red-Sleeveless-Ruffle-Jumpsuits-for-Mom-and-Me-506312.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:59:41 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:00:51 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | d4613775-2a86-41e5-8737-8f95072e1643 |
| User: | pp-zchen |

PDF REFERENCE #:          o28hF4nivpVoEL8jEvYewz



Page Vault

| | |
|---|---|
| Document title: | Polka Dot Print Red Sleeveless Ruffle Jumpsuits for Mom and Me Only $9.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Polka-Dot-Print-Red-Sleeveless-Ruffle-Jumpsuits-for-Mom-and-Me-506312.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:03:23 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:03:50 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 6335c8b6-c680-4ff6-b818-615e76f54f5c |
| User: | pp-zchen |

PDF REFERENCE #:        tWZPhWUoa3MdYdRvoLfZsE



Page Vault

| | |
|---|---|
| Document title: | Polka Dot Print Red Sleeveless Ruffle Jumpsuits for Mom and Me Only $9.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Polka-Dot-Print-Red-Sleeveless-Ruffle-Jumpsuits-for-Mom-and-Me-506312.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:04:00 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:04:29 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 8e1e1ca7-0c7e-4a6a-bfcd-bcd435ca0e18 |
| User: | pp-zchen |

PDF REFERENCE #: sf6PZZGYVUoRWAKxbez31C

**PatPat** Cute, Quality, Great Price

Toddler Boy   🔍

SIGN IN   FAVORITES   BAG

Licensed Characters   Baby   Toddler   Kids   Matching Outfits   Women & Maternity   Shoes & Accessories   Home & Baby Gear

### Polka Dot Print Red Sleeveless Ruffle Jumpsuits for Mom and Me

Price: **$9.99**

or 4 interest-free payments of **$2.50**. Get $5 back on your first purchase with **sezzle** ⓘ

Color   | Red

Size   Baby Girl     [Size Chart]
- 3-6M
- 6-9M

Qty   [ − | 1 | + ]

Status   **In Stock**

**Add to Bag**   ♡ 939 liked

✓ Norton

📄 Description
* Please add each size separately to your shopping cart.
* Each size includes: 1 jumpsuit
* Soft and comfy
* Back zipper closure (women/girls)
* Bottom snaps (jumpsuit)
* Back button closure (jumpsuit)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00   +

30 Days Return   +

100% Secured Payments   +

Highest Quality Guarantee

QUALITY   PatPat guarantees you only quality merchandise.

**All Reviews (13)**

**4.8**
★★★★★
Average Rating

5 ★ ▇▇▇▇▇▇ 11
4 ★ ▇ 1
3 ★ ▇ 1
2 ★ 0
1 ★ ▇ 0

N***l   ★★★★★
Feb 19, 2022   I love it

Helpful (0)

Show More ⌄

### You May Also Like

Page Vault

| | |
|---|---|
| Document title: | Polka Dot Print Red Sleeveless Ruffle Jumpsuits for Mom and Me Only $9.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Polka-Dot-Print-Red-Sleeveless-Ruffle-Jumpsuits-for-Mom-and-Me-506312.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:01:02 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:01:31 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | fac6898f-33fa-4c80-b75c-e46383b5c82d |
| User: | pp-zchen |

PatPat Cute, Quality, Great Price

English • USD • United States

Free Shipping On Orders Over $45.00

Order Status    FAQs

SIGN IN    FAVORITES    BAG

Licensed Characters    Baby    Toddler    Kids    Matching Outfits    Women & Maternity    Shoes & Accessories    Home & Baby Gear

## Polka Dot Print Red Sleeveless Ruffle Jumpsuits for Mom and Me

Price  **$9.99**

or 4 interest-free payments of **$2.50**  Get $5 back on your first purchase with 💜 sezzle ⓘ

Color    Red

Size    Baby Girl    [Size Chart]

3-6M    6-9M

Qty    −    1    +

Status    **In Stock**

**Add to Bag**    ♡ 939 liked

Norton

### Description

* Please add each size separately to your shopping cart.
* Each size includes: 1 jumpsuit
* Soft and comfy
* Back zipper closure (women/girls)
* Bottom snaps (jumpsuit)
* Back button closure (jumpsuit)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00    +

30 Days Return    +

100% Secured Payments    +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

All Reviews (13)

**4.8**
★★★★★
Average Rating

5 ★ �▬▬▬▬▬ 11
4 ★ ▬ 1
3 ★ ▬ 1
2 ★ 0
1 ★ 0

N***l
Feb 19, 2022

★★★★★
I love it

Helpful (0)

Show More ⌄

### You May Also Like

Page Vault

| | |
|---|---|
| Document title: | Polka Dot Print Red Sleeveless Ruffle Jumpsuits for Mom and Me Only $9.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Polka-Dot-Print-Red-Sleeveless-Ruffle-Jumpsuits-for-Mom-and-Me-506312.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:01:44 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:02:23 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 00470cf8-59d4-446d-b76d-a00b4612da3a |
| User: | pp-zchen |

PDF REFERENCE #:          uiEfEUttFcoum8UC5d4Fus

PatPat  Cute, Quality, Great Price

Shirt&Tee

SIGN IN    FAVORITES    BAG

Licensed Characters    Baby    Toddler    Kids    Matching Outfits    Women & Maternity    Shoes & Accessories    Home & Baby Gear

## Polka Dot Print Red Sleeveless Ruffle Jumpsuits for Mom and Me

Price  **$9.99**

or 4 interest-free payments of **$2.50** Get $5 back on your first purchase with 🟣 sezzle ⓘ

Color    Red

Size    Baby Girl    [Size Chart]
3-6M    6-9M

Qty    −    1    +

Status    **In Stock**

**Add to Bag**    ♡ 939 liked

✓ Norton

### Description
* Please add each size separately to your shopping cart.
* Each size includes: 1 jumpsuit
* Soft and comfy
* Back zipper closure (women/girls)
* Bottom snaps (jumpsuit)
* Back button closure (jumpsuit)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00                    +

30 Days Return                                         +

100% Secured Payments                                 +

Highest Quality Guarantee

QUALITY    PatPat guarantees you only quality merchandise.

All Reviews (13)

**4.8**    ⭐⭐⭐⭐⭐    Average Rating

5⭐ ▓▓▓▓▓▓▓ 11
4⭐ ▓ 1
3⭐ ▓ 1
2⭐ 0
1⭐ ▓ 0

N***l    ⭐⭐⭐⭐⭐
Feb 19, 2022    I love it

Helpful (0)

Show More ⌄

## You May Also Like

**Page Vault**

| | |
|---|---|
| Document title: | Polka Dot Print Red Sleeveless Ruffle Jumpsuits for Mom and Me Only $9.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Polka-Dot-Print-Red-Sleeveless-Ruffle-Jumpsuits-for-Mom-and-Me-506312.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:04:41 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:05:11 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | cd3c949b-5484-48df-9733-02bbf81aa5ba |
| User: | pp-zchen |

PDF REFERENCE #: ehWdPe6HuWwaZ6SFSGhFh8

English • USD • 🇺🇸 United States          Free Shipping On Orders Over $45.00          Order Status    FAQs

🔴 PatPat  Cute, Quality, Great Price

🔍 Toddler Boy              ⊗ SIGN IN   ♡ FAVORITES   🛍 BAG

Licensed Characters     Baby     Toddler     Kids     Matching Outfits     Women & Maternity     Shoes & Accessories     Home & Baby Gear

**Polka Dot Print Red Sleeveless Ruffle Jumpsuits for Mom and Me**

Price     **$9.99**

or 4 interest-free payments of **$2.50**  Get $5 back on your first purchase
with 🟣 sezzle ⓘ

Color      [Red] Red

Size       Baby Girl                                    [Size Chart]
           [3-6M]  [6-9M]

Qty        [ − ]  1  [ + ]

Status     **In Stock**

[          Add to Bag          ]          ♡
                                        939 liked

✓ Norton

📄 **Description**
  * Please add each size separately to your shopping cart.
  * Each size includes: 1 jumpsuit
  * Soft and comfy
  * Back zipper closure (women/girls)
  * Bottom snaps (jumpsuit)
  * Back button closure (jumpsuit)
  * Material: 100% Polyester
  * Machine wash, tumble dry
  * Imported

○ Free Shipping On Orders Over $45.00                    +

○ 30 Days Return                                         +

○ 100% Secured Payments                                 +

○ Highest Quality Guarantee

     QUALITY    PatPat guarantees you
                only quality merchandise.

All Reviews (13)

**4.8**          5⭐ ▬▬▬▬▬▬▬▬  11
⭐⭐⭐⭐⭐     4⭐ ▬            1
Average Rating   3⭐ ▬            1
                 2⭐             0
                 1⭐ ▬            0

👤            ⭐⭐⭐⭐⭐                                  [👍 Helpful (0)]
N***l       I love it
Feb 19, 2022

Show More ⌄

**You May Also Like**

# EXHIBIT 27D

| | |
|---|---|
| Document title: | Wave Point Print Round Collar Ruffle Sleeves Jumpsuit for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Wave-Point-Print-Round-Collar-Ruffle-Sleeves-Jumpsuit-for-Mom-and-Me-219529.html?spm=1001.2002.337-pc.0-37 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 02:12:22 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:13:34 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 5821bd05-e8c1-420c-a2dd-324357c99948 |
| User: | pp-zchen |

PDF REFERENCE #: 5Q4ArUXHLnixGvxQBjDhmg



Document title: Wave Point Print Round Collar Ruffle Sleeves Jumpsuit for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Wave-Point-Print-Round-Collar-Ruffle-Sleeves-Jumpsuit-for-Mom-and-Me-219529.html?spm=1001.2002.337-pc.0-37
Capture timestamp (UTC): Mon, 28 Feb 2022 02:13:34 GMT

Page Vault

| | |
|---|---|
| Document title: | Wave Point Print Round Collar Ruffle Sleeves Jumpsuit for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Wave-Point-Print-Round-Collar-Ruffle-Sleeves-Jumpsuit-for-Mom-and-Me-219529.html?spm=1001.2002.337-pc.0-37 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 02:12:22 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:14:57 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | dc8767e0-c75e-4635-b580-80f75ab934b0 |
| User: | pp-zchen |

PDF REFERENCE #:        7EVehQD7JEbuHQnX6LxH1J



| | |
|---|---|
| Document title: | Wave Point Print Round Collar Ruffle Sleeves Jumpsuit for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Wave-Point-Print-Round-Collar-Ruffle-Sleeves-Jumpsuit-for-Mom-and-Me-219529.html?spm=1001.2002.337-pc.0-37 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 02:12:22 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:34:31 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | b4ebbf97-2ddb-45fa-8454-81be4d8b442f |
| User: | pp-zchen |

PDF REFERENCE #:        eKUhT8hnFDp9rRVxVCPtzh



Document title: Wave Point Print Round Collar Ruffle Sleeves Jumpsuit for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Wave-Point-Print-Round-Collar-Ruffle-Sleeves-Jumpsuit-for-Mom-and-Me-219529.html?spm=1001.2002.337-pc.0-37
Capture timestamp (UTC): Mon, 28 Feb 2022 02:34:31 GMT

🔒 Page Vault

| | |
|---|---|
| Document title: | Wave Point Print Round Collar Ruffle Sleeves Jumpsuit for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Wave-Point-Print-Round-Collar-Ruffle-Sleeves-Jumpsuit-for-Mom-and-Me-219529.html?spm=1001.2002.337-pc.0-37 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 02:12:22 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:35:07 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | f60eb475-5b12-4b68-8aea-96c86db988b1 |
| User: | pp-zchen |

PDF REFERENCE #:    i2Dw3qUAxq35YMuZcUjZEt



Document title: Wave Point Print Round Collar Ruffle Sleeves Jumpsuit for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Wave-Point-Print-Round-Collar-Ruffle-Sleeves-Jumpsuit-for-Mom-and-Me-219529.html?spm=1001.2002.337-pc.0-37
Capture timestamp (UTC): Mon, 28 Feb 2022 02:35:07 GMT

Page 1 of 1

Page Vault

| | |
|---|---|
| Document title: | Wave Point Print Round Collar Ruffle Sleeves Jumpsuit for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Wave-Point-Print-Round-Collar-Ruffle-Sleeves-Jumpsuit-for-Mom-and-Me-219529.html?spm=1001.2002.337-pc.0-37 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 02:12:22 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:35:41 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | d2c60b8b-4841-49f1-9e54-0c499c6a3c38 |
| User: | pp-zchen |

PDF REFERENCE #: rmrUrCCwXLM4BGMSVSdRZA



🔒 Page Vault

| | |
|---|---|
| Document title: | Wave Point Print Round Collar Ruffle Sleeves Jumpsuit for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Wave-Point-Print-Round-Collar-Ruffle-Sleeves-Jumpsuit-for-Mom-and-Me-219529.html?spm=1001.2002.337-pc.0-37 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 02:12:22 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:36:08 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 93a9fc8d-bfde-407c-8c1d-0431140c0eef |
| User: | pp-zchen |



Document title: Wave Point Print Round Collar Ruffle Sleeves Jumpsuit for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Wave-Point-Print-Round-Collar-Ruffle-Sleeves-Jumpsuit-for-Mom-and-Me-219529.html?spm=1001.2002.337-pc.0-37
Capture timestamp (UTC): Mon, 28 Feb 2022 02:36:08 GMT

Page 1 of 1

| | |
|---|---|
| Document title: | Wave Point Print Round Collar Ruffle Sleeves Jumpsuit for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Wave-Point-Print-Round-Collar-Ruffle-Sleeves-Jumpsuit-for-Mom-and-Me-219529.html?spm=1001.2002.337-pc.0-37 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 02:12:22 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:36:51 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 857ebea5-4ee3-42c9-a384-e12a491349e3 |
| User: | pp-zchen |



Document title: Wave Point Print Round Collar Ruffle Sleeves Jumpsuit for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Wave-Point-Print-Round-Collar-Ruffle-Sleeves-Jumpsuit-for-Mom-and-Me-219529.html?spm=1001.2002.337-pc.0-37
Capture timestamp (UTC): Mon, 28 Feb 2022 02:36:51 GMT

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Wave Point Print Round Collar Ruffle Sleeves Jumpsuit for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Wave-Point-Print-Round-Collar-Ruffle-Sleeves-Jumpsuit-for-Mom-and-Me-219529.html?spm=1001.2002.337-pc.0-37 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 02:12:22 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:37:25 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 2f38ae18-439d-4871-b0d9-c03de8ce53c5 |
| User: | pp-zchen |

PDF REFERENCE #: k9K1G6Xd2oza5oXDPhuXvV

