# EXHIBIT 28A

**Registration #:** VA0002287366
**Service Request #:** 1-11007515011



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-287-366

**Effective Date of Registration:**
December 10, 2021
**Registration Decision Date:**
February 16, 2022

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** July 26, 2021 to November 25, 2021

### Title

| | |
|---|---|
| **Title of Group:** | 1-11007515011_2021PATPAT_Published_750 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** 17335595 (1),
  17335595 (7),
  **Published:** July 2021

- **Individual Photographs:** 17322247 (1),
  17322247 (10),
  17322247 (11),
  17322247 (12),
  17322247 (2),
  17322247 (3),
  17322247 (4),
  17322247 (9),
  17325415 (1),
  17325415 (13),
  17325415 (14),
  17325415 (15),
  17325415 (16),
  17325415 (2),
  17326597 (2),
  17326597 (3),
  17326597 (4),
  17329447 (1),
  17329447 (2),
  17349712 (1),
  17349712 (5),
  17351616 (8),
  17351616 (9),
  17353304 (1),
  17353304 (1),
  17353304 (11),
  17353304 (2),
  17354061 (1),
  17354061 (2),

**Published:** August 2021

- **Individual Photographs:** 17289412 (1),
17289412 (18),
17289412 (2),
17289412 (3),
17289412 (4),
17289412 (5),
17289412 (6),
17352923 (1),
17352923 (6),
17352923 (7),
17352923 (8),
17355092 (10),
17355092 (11),
17355092 (12),
17355092 (13),
17355092 (2),
17355092 (3),
17355092 (6),
17355092 (7),
17355575 (2),
17355575 (6),
17355575 (7),
17355577 (1),
17355577 (2),
17355577 (3),
17355577 (4),
17355577 (5),
17355577 (6),
17358448(1),
17358448(2),
17358448(3),
17358448(4),
17358728 (3),
17358728 (5),
17358728 (6),
17359188 (12),
17359188 (2),
17359188 (3),
17359188 (4),
17359188 (5),
17359188 (9),
17359489(1),
17359489(2),
17359489(3),
17359489(4),
17359489(5),
17359551 (10),
17359551 (6),
17362073 (1),
17362073 (12),
17362073 (2),
17362073 (6),
17362073 (9),
17363391 (1),
17363391 (6),
17363430(1),



17363430(2),
17363430(3),
17363430(4),
17363430(5),
17363986 (1),
17363986 (3),
17363986 (6),
17363986 (7),
17363998 (1),
17363998 (2),
17364117 (1),
17364117 (2),
17364214 (1),
17364214 (2),
17364654 (1),
17364654 (2),
17364654 (6),
17364802 (2),
17364802 (3),
17364802 (4),
17364817 (1),
17364817 (2),
17364817 (3),
17365181 (10),
17365181 (11),
17365181 (2),
17365181 (3),
17365181 (8),
17365181 (9),
17365957 (2),
17365957 (3),
17365957 (4),
17365957 (7),
17365957 (8),
17365957 (9),
17366099 (1),
17366099 (5),
17366099 (6),
17366101 (1),
17366101 (15),
17366101 (2),
17366101 (3),
17366101 (8),
17366435(1),
17366435(2),
17366435(3),
17366435(4),
17366470 (1),
17366470 (2),
17366779 (1),
17366779 (5),
17366848 (1),
17366848 (10),
17366848 (11),
17366848 (12),
17366848 (13),
17366848 (4),
17366848 (6),

17366896 (1),
17366896 (2),
17366949(1),
17366949(5),
17366949(6),
17366949(9),
17366950 (1),
17366950 (11),
17366950 (12),
17366950 (2),
17366950 (3),
17366950 (8),
17367153 (1),
17367153 (2),
17367156 (1),
17367156 (2),
17367314 (1),
17367314 (2),
17367314 (3),
17367314 (8),
17367314 (9),
17367393 (1),
17367393 (4),
17367393 (5),
17367393 (8),
17367604 (1),
17367604 (5),
17368165 (1),
17368165 (2)

**Published:**      September 2021

- **Individual Photographs:**      17371547 (9),
17371554 (1),
17371554 (2),
17371554 (3),
17371554 (4),
17371554 (5),
17371554 (6),
17371554 (7),
17371554 (8),
17372290 (1),
17372290 (2),
17372290 (3),
17372290 (4),
17372290 (5),
17372290 (6),
17372290 (8),
17373590 (1),
17373590 (2),
17373590 (3),
17373590 (4),
17373590 (5),
17373590 (6),
17373590 (7),
17373590 (8),
17373983 (1),
17373983 (2),
17373983 (3),



17373983 (4),
17373983 (5),
17373983 (6),
17373983 (7),
17373983 (8),
17374804 (1),
17374804 (10),
17374804 (11),
17374804 (12),
17374804 (13),
17374804 (14),
17374804 (15),
17374804 (16),
17374804 (17),
17374804 (18),
17374804 (19),
17374804 (2),
17374804 (20),
17374804 (21),
17374804 (22),
17374804 (23),
17374804 (24),
17374804 (25),
17374804 (26),
17374804 (27),
17374804 (3),
17374804 (4),
17374804 (5),
17374804 (6),
17374804 (7),
17374804 (8),
17374804 (9),
17359187 (11),
17359187 (2),
17359187 (3),
17359187 (4),
17359187 (6),
17359187 (7),
17359544(1),
17359544(2),
17359544(3),
17359544(4),
17359544(5),
17359544(6),
17359555 (3),
17359555 (4),
17359555 (6),
17361712 (1),
17361712 (10),
17361712 (12),
17361712 (2),
17361712 (3),
17361712 (4),
17361712 (7),
17362194 (1),
17362194 (2),
17362264 (2),
17362264 (5),

17362388 (1),
17362388 (5),
17362751 (1),
17362751 (10),
17362751 (11),
17362751 (2),
17362751 (7),
17362916 (10),
17362916 (4),
17362916 (5),
17362916 (6),
17362916 (8),
17362916 (9),
17362989 (2),
17362989 (5),
17363897 (1),
17363897 (5),
17364067 (1),
17364067 (5),
17364116 (11),
17364116 (2),
17364116 (3),
17364116 (6),
17364116 (8),
17364211 (2),
17364211 (3),
17364226 (1),
17364226 (2),
17364494 (1),
17364494 (2),
17365044 (1),
17365044 (2),
17365044 (3),
17365044 (7),
17365206 (1),
17365206 (11),
17365206 (14),
17365206 (2),
17365206 (4),
17365206 (8),
17365368 (1),
17365368 (2),
17365368 (4),
17365368 (5),
17365394 (1),
17365394 (5),
17365394 (9),
17365394(8),
17365447 (1),
17365447 (4),

**Published:** October 2021

- **Individual Photographs:** 17365585 (1),
17365585 (2),
17365666 (13),
17365666 (3),
17365666 (4),
17365666 (5),



17365666 (6),
17365666 (7),
17365666 (8),
17365752 (1),
17365752 (12),
17365752 (2),
17365752 (3),
17365752 (4),
17365752 (8),
17365781 (2),
17365781 (3),
17365781 (4),
17365781 (5),
17365955 (10),
17365955 (11) ,
17365955 (3),
17365955 (5) ,
17365955 (9) ,
17365958(1),
17365958(2),
17365958(3),
17365958(4),
17365958(5),
17365961 (2),
17365961 (3),
17365961 (4),
17365961 (5),
17365961 (6),
17366075 (2),
17366075 (3),
17366108 (11),
17366108 (12),
17366108 (15),
17366108 (2),
17366108 (3),
17366108 (7),
17366131(1),
17366131(2),
17366131(3),
17366131(4),
17366131(5),
17366131(6),
17366160 (2),
17366160 (3),
17366160 (4),
17366160 (5),
17366246 (1),
17366246 (5),
17366479 (1),
17366479 (11),
17366479 (2),
17366479 (6),
17366479 (7),
17366511 (1),
17366511 (11),
17366511 (12),
17366511 (2),
17366511 (3),

17366511 (4),
17366511 (5),
17366511 (7),
17366517 (1),
17366517 (5),
17366526 (1),
17366526 (2),
17366526 (4),
17366556 (1),
17366556 (2),
17366556 (3),
17366556 (4),
17366556 (5),
17366556 (6),
17366582 (1),
17366582 (2),
17366582 (3),
17366582 (8),
17366612 (10),
17366612 (11),
17366612 (13),
17366612 (3),
17366612 (4),
17366612 (8),
17366614 (1),
17366614 (2),
17366614 (3),
17366614 (4),
17366615 (1),
17366615 (2),
17366615 (3),
17366615 (4),
17366615 (6),
17366615 (9),
17366861 (1),
17366861 (2),
17366888(1),
17366888(2),
17366888(3),
17366888(4),
17366888(5),
17366892 (1),
17366892 (11),
17366892 (2),
17366892 (4),
17366892 (5),
17366892 (6),
17366945 (5),
17366945 (6),
17366945 (9),
17367089 (1),
17367089 (2),
17367089 (6),
17367089 (7),
17367090 (1),
17367090 (11),
17367090 (2),
17367090 (6),

17367090 (7),
17367150 (1),
17367150 (4),
17367150 (5),
17367150 (8),
17367150 (9),
17367157 (10),
17367157 (11),
17367157 (12),
17367157 (13),
17367157 (14),
17367157 (4),
17367185 (1),

**Published:**     October 2021

- **Individual Photographs:**     17367185 (10),
17367185 (11),
17367185 (4),
17367185 (5),
17367185 (7),
17367185 (8),
17367384 (1),
17367384 (5),
17367395 (1),
17367395 (2),
17367395 (4),
17367395 (5),
17367395 (6),
17367463 (1),
17367463 (5),
17367519 (2),
17367519 (5),
17367519 (6),
17367519 (7),
17367544(1),
17367544(2),
17367544(3),
17367544(4),
17367544(5),
17367544(6),
17367613 (11),
17367613 (3),
17367613 (6),
17367613 (7),
17367628 (10),
17367628 (12),
17367628 (13),
17367628 (2),
17367628 (7),
17367670 (11),
17367670 (12),
17367670 (2),
17367670 (5),
17367670 (6),
17367670 (9),
17367673(1),
17367673(2),
17367673(3),

17367673(4),
17367989 (1),
17367989 (11),
17367989 (2),
17367989 (3),
17367989 (4),
17367989 (5),
17368008 (1),
17368008 (2),
17368008 (8),
17368707 (1),
17368707 (12),
17368707 (3),
17368707 (4),
17368707 (5),
17368707 (8),
17368707 (9),
17378116 (1),
17378116 (2),
17378116 (3),
17378116 (4),
17378116 (5),
17378378 (10),
17378378 (11),
17378378 (6),
17378378 (7),
17378378 (8),
17378379 (13),
17378379 (3),
17378379 (5),
17378380 (2),
17378380 (4),
17378380 (5),
17378380,

**Published:**     October 2021

- **Individual Photographs:**     17376566 (1),
17376566 (2),
17376566 (3),
17376566 (4),
17376566 (5),
17376566 (6),
17376566 (7),
17376566 (8),
17382547(1),
17382547(10),
17382547(11),
17382547(12),
17382547(13),
17382547(14),
17382547(15),
17382547(16),
17382547(17),
17382547(18),
17382547(19),
17382547(2),
17382547(20),
17382547(21),



17382547(22),
17382547(23),
17382547(3),
17382547(4),
17382547(5),
17382547(6),
17382547(7),
17382547(8),
17382547(9),
17386355 (1),
17386355 (10),
17386355 (11),
17386355 (12),
17386355 (13),
17386355 (14),
17386355 (15),
17386355 (16),
17386355 (2),
17386355 (3),
17386355 (4),
17386355 (5),
17386355 (6),
17386355 (7),
17386355 (8),
17386355 (9),
17386364 (1),
17386364 (10),
17386364 (11),
17386364 (12),
17386364 (13),
17386364 (14),
17386364 (15),
17386364 (16),
17386364 (17),
17386364 (18),
17386364 (19),
17386364 (2),
17386364 (20),
17386364 (21),
17386364 (22),
17386364 (23),
17386364 (24),
17386364 (25),
17386364 (26),
17386364 (27),
17386364 (28),
17386364 (29),
17386364 (3),
17386364 (30),
17386364 (31),
17386364 (32),
17386364 (33),
17386364 (34),
17386364 (35),
17386364 (36),
17386364 (4),
17386364 (5),
17386364 (6),

|                               |              |                   |
|-------------------------------|--------------|-------------------|
|                               |              | 17386364 (7),     |
|                               |              | 17386364 (8),     |
|                               |              | 17386364 (9),     |
|                               |              | 17365468 (1),     |
|                               |              | 17365468 (2),     |
|                               |              | 17365468 (7),     |
|                               |              | 17365468 (8),     |
|                               |              | 17375750 (1),     |
|                               |              | 17375750 (10),    |
|                               |              | 17375750 (11),    |
|                               |              | 17375750 (4),     |
|                               |              | 17375750 (6),     |
|                               |              | 17375805 (1),     |
|                               |              | 17375805 (10),    |
|                               |              | 17375805 (11),    |
|                               |              | 17375805 (5),     |
|                               |              | 17375805 (9),     |
|                               |              | 17375817 (1),     |
|                               |              | 17375817 (13),    |
|                               |              | 17375817 (6),     |
|                               |              | 17375817 (7),     |
|                               |              | 17375817 (8),     |
|                               |              | 17375818 (1),     |
|                               |              | 17375818 (12),    |
|                               |              | 17375818 (2),     |
|                               |              | 17375818 (3),     |
|                               |              | 17375818 (7),     |
|                               |              | 17375818 (8),     |
|                               |              | 17376051 (1),     |
|                               |              | 17376051 (5),     |
|                               |              | 17376428 (1),     |
|                               |              | 17376428 (5),     |
|                               |              | 17376523 (1),     |
|                               |              | 17376593 (1),     |
|                               |              | 17376593 (5),     |
|                               |              | 17376687,         |
|                               |              | 17376727 (1),     |
|                               |              | 17376727 (11),    |
|                               |              | 17376727 (2),     |
|                               |              | 17376727 (6),     |
|                               |              | 17376727 (7),     |
|                               |              | 17376728 (1),     |
|                               |              | 17376728 (5),     |
|                               |              | 17376729 (1),     |
|                               |              | 17376729 (5),     |
|                               |              | 17376837 (1),     |
|                               |              | 17376837 (12),    |
|                               |              | 17376837 (5),     |
|                               |              | 17376837 (6),     |
|                               |              | 17376837 (7),     |
|                               | **Published:** | November 2021   |
| • **Individual Photographs:** |              | 17376837,         |
|                               |              | 17377433 (2),     |
|                               |              | 17377433 (3),     |
|                               |              | 17377433 (4),     |
|                               |              | 17377433 (5),     |
|                               |              | 17377433 (6),     |



17377433 (9),
17377433 (1),
17377631 (1),
17377631 (2),
17377680 (1),
17377680 (2),
17377680 (6),
17377787 (1),
17377787 (2),
17377837 (3),
17377837 (7),
17377837 (8),
17377880 (1),
17377880 (5),
17377921 (1),
17377921 (5),
17378350 (2),
17378350 (3),
17379126 (3),
17379126 (6),
17379126 (7),
17379126 (8),
17379126 (9),
17379495 (11),
17379495 (2),
17379495 (3),
17379495 (7),
17379499 (1),
17379499 (10),
17379499 (2),
17379499 (3),
17379499 (7),
17379499 (8),
17379499 (9),
17379345 (3),
17379345 (7),
17379345 (8),
17379528(1),
17379528(2),
17379528(3),
17379528(4),
17379528(5),
17379528(6),
17382842 (1),
17382842 (2),
17382843 (1),
17382843 (5),
17382849 (1),
17382849 (2),
17383207 (1),
17383207 (2),
17383207 (3),
17383207 (4),
17383207 (5),
17383214 (1),
17383214 (2),
17383214 (3),
17383214 (4),

|  | 17383214 (7),<br>17383214 (8),<br>17383424 (2),<br>17383424 (3),<br>17383424 (4),<br>17384026 (1),<br>17384026 (2),<br>17384026 (5),<br>17384026 (7),<br>17384322 (1),<br>17384322 (2),<br>17384322 (3),<br>17384322 (5),<br>17384322 (7),<br>17384511 (1),<br>17384511 (2),<br>17384511 (5),<br>17384516 (11),<br>17384516 (2),<br>17384516 (7),<br>17384516 (9),<br>17384516(1),<br>17384533 (2),<br>17384533 (3),<br>17384533 (8),<br>17384533 (9),<br>17379345 (2) |
|---|---|
| **Published:** | November 2021 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | July 26, 2021 |
| **Latest Publication Date in Group:** | November 25, 2021 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Interfocus Inc |
| **Pseudonym:** | Can Wang |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Interfocus Inc<br>650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States |

## Rights and Permissions

# EXHIBIT 28B













# EXHIBIT 28C

**🔒 PageVault**

| | |
|---|---|
| Document title: | Family Matching Allover Floral Print Long-sleeve Dresses and Contrast Stripe Tops Sets Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Family-Matching-Allover-Floral-Print-Long-sleeve-Dresses-and-Contrast-Stripe-Tops-Sets-513806.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:40:42 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 08:43:48 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 6116e2a8-332b-4bf5-8611-8ab20230a481 |
| User: | pp-zchen |



**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Allover Floral Print Long-sleeve Dresses and Contrast Stripe Tops Sets Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Family-Matching-Allover-Floral-Print-Long-sleeve-Dresses-and-Contrast-Stripe-Tops-Sets-513806.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:46:47 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 08:47:23 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | e47ad304-fd8d-47d7-bdf6-8f43f4e82782 |
| User: | pp-zchen |



**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Allover Floral Print Long-sleeve Dresses and Contrast Stripe Tops Sets Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Family-Matching-Allover-Floral-Print-Long-sleeve-Dresses-and-Contrast-Stripe-Tops-Sets-513806.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:47:41 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 08:48:58 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 1d7ddd6f-070a-426a-8572-98f80b1d6281 |
| User: | pp-zchen |



**a Page Vault**

| | |
|---|---|
| Document title: | Family Matching Allover Floral Print Long-sleeve Dresses and Contrast Stripe Tops Sets Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Family-Matching-Allover-Floral-Print-Long-sleeve-Dresses-and-Contrast-Stripe-Tops-Sets-513806.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:53:34 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 08:57:01 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 801ca30f-588a-4dac-a11f-f3497450e59c |
| User: | pp-zchen |



**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Allover Floral Print Long-sleeve Dresses and Contrast Stripe Tops Sets Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Family-Matching-Allover-Floral-Print-Long-sleeve-Dresses-and-Contrast-Stripe-Tops-Sets-513806.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:58:08 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 08:59:15 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 977cbcf4-d6d9-4a32-81ca-36f538f1444a |
| User: | pp-zchen |



| | |
|---|---|
| Document title: | Family Matching Allover Floral Print Long-sleeve Dresses and Contrast Stripe Tops Sets Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Family-Matching-Allover-Floral-Print-Long-sleeve-Dresses-and-Contrast-Stripe-Tops-Sets-513806.html |
| Page loaded at (UTC): | Wed, 23 Mar 2022 08:59:27 GMT |
| Capture timestamp (UTC): | Wed, 23 Mar 2022 09:00:12 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | 37cb64bd-577f-4195-9533-d3af0167c26c |
| User: | pp-zchen |



Family Matching Allover Floral Print Long-sleeve Dresses and Contrast Stripe Tops Sets

Price $5.99

or 4 interest-free payments of **$1.50** Get $5 back on your first purchase with ● sezzle ⓘ

Color ▣ Dark Blue

Size Baby Girl

3-6M | 6-9M | 9-12M | 12-18M

Boy

2 Years | 3-4 Years | 4-5 Years | 6-7 Years

Girl

2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

Women

S | M | L | XL

Men

M | L | XL

Size Chart

QTY − 1 +

Status In Stock

**Add to Bag**

1053 liked

✓ Norton
by Symantec

### Description

* Please add each size separately to your shopping cart.
* Soft and comfy
* Elasticized waist (women/girls/baby)
* Back function button (women/girls/baby)
* Regular fit (tops)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00 +

30 Days Return +

100% Secured Payments +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

All Reviews (23)

4.7
★★★★★
Average Rating

5 ★ — 20
4 ★ — 1
3 ★ — 0
2 ★ — 1
1 ★ — 1

★★★★★ nice
h***n
Feb 22,2022

👍 Helpful (0)

Show More

$4.99

Family Matching All Over Lapel Long-sleeve Shirt Dresses and Raglan-sleeve T-shirts Sets

$9.99

Wine Red Swiss Dot Long-sleeve Belted Ruffle Hem Chiffon Midi Dress for Mom and Me

$8.99

Family Matching All Over Floral Print Black V Neck Midi Dresses and Striped T-shirts Sets

$4.99

Family Matching Dark Red Square Neck Long-sleeve Splicing Floral Print Dresses and T-shirt...



$7.99

Dark Green Print Family Matching Sets(Floral Print Long Sleeve Dresses and Short Sleeve...



$7.99

Family Matching Cyan Long-sleeve Splicing Floral Print Irregular Dresses and Striped Polo...



$2.99

Family Matching All Over Floral Print Long-sleeve Belted Dresses and Color Block Striped...



$6.99

Family Matching All Over Floral Print Dark Blue Long-sleeve Dresses and Raglan-sleeve T-shir...



$5.99

100% Cotton Crepe Solid Pink Long-sleeve Tie Waist Maxi Dress for Mom and Me



$8.99

Floral Print Black Family Matching Sets(Long Sleeve Midi Dresses and Striped T-shirts)



$7.99

All Over Floral Print Black Stand Collar Ruffle Long-sleeve Dress for Mom and Me



$2.99

Family Matching All Over Plants Print Long-sleeve Dresses and Raglan-sleeve T-shirts Sets



$5.99

Family Matching All Over Floral Print V Neck Long-sleeve Dresses Splicing T-shirts Sets



$8.99

Floral Print Blue Series Long-sleeve Family Matching Sets(Belted Pleated Dresses and...



$4.99

Family Matching All Over Floral Print Blue Long-sleeve Belted Dresses and Striped Tops Sets



$4.99

Family Matching Floral Print Black Lapel V Neck Button Long-sleeve Dresses and T-shirts Sets



$4.99

Family Matching All Over Floral Print Black Long-sleeve Ruffle Dresses and Color Block Tops Sets



$6.99

Family Matching Long-sleeve Cross Wrap Ruffle Splice Floral Print Dresses and Striped T-shirts...



$8.99

Brown Series Long-sleeve Family Matching Sets(Polka Dot V Neck Belted Midi Tiered...



$7.99

Solid Striped Short-sleeve Family Matching Sets



$10.99



$9.59 $11.99



$9.99



$5.99

Document title: Family Matching Allover Floral Print Long-sleeve Dresses and Contrast Stripe Tops Sets Only $7.99 Patpat US

Capture URL: https://us.patpat.com/product/Family-Matching-Allover-Floral-Print-Long-sleeve-Dresses-and-Contrast-Stripe-Tops-Sets-513806.html

Capture timestamp (UTC): Wed, 23 Mar 2022 09:00:12 GMT

Page 3 of 4

PatPat  Cute, Quality, Good Price

SIGN IN    FAVORITES    BAG

New In    Baby    Toddler    Kids    Matching Outfits    Licensed Characters    Maternity & Nursing    Shoes & Accessories    Home & Baby Gear    Women & Maternity



$5.99

100% Cotton Crepe Solid Pink Long-sleeve Tie Waist Maxi Dress for Mom and Me



$8.99

Floral Print Black Family Matching Sets(Long Sleeve Midi Dresses and Striped T-shirts)



$7.99

All Over Floral Print Black Stand Collar Ruffle Long-sleeve Dress for Mom and Me



$2.99

Family Matching All Over Plants Print Long-sleeve Dresses and Raglan-sleeve T-shirts Sets



$5.99

Family Matching All Over Floral Print V Neck Long-sleeve Dresses Splicing T-shirts Sets



$8.99

Floral Print Blue Series Long-sleeve Family Matching Sets(Belted Pleated Dresses and...



$4.99

Family Matching All Over Floral Print Blue Long-sleeve Belted Dresses and Striped Tops Sets



$4.99

Family Matching Floral Print Black Lapel V Neck Button Long-sleeve Dresses and T-shirts Sets



$4.99

Family Matching All Over Floral Print Black Long-sleeve Ruffle Dresses and Color Block Tops Sets



$6.99

Family Matching Long-sleeve Cross Wrap Ruffle Splice Floral Print Dresses and Striped T-shirts...



$8.99

Brown Series Long-sleeve Family Matching Sets(Polka Dot V Neck Belted Midi Tiered...



$7.99

Solid Striped Short-sleeve Family Matching Sets



$10.99

Family Matching Red V Neck Splicing Lace Long-sleeve Belted Dresses and 100% Cotton...



$9.59 $11.99

All Over Floral Print White 3/4 Sleeve Party Dress for Mom and Me



$9.99

Butterfly Print Splicing Half-sleeve Long Maxi Dress for Mom and Me



$5.99

Brown Swiss Dots V Neck Button Long-sleeve Ruffle Dress for Mom and Me



$8.99

Family Matching Black Long-sleeve Splicing Plaid Dresses and Polo Shirts Sets



$5.99

Family Matching Leopard Splicing Long-sleeve Belted Dresses and Black Cotton T-shirts Sets



$12.99

All Over Floral Print Blue Cross Wrap V Neck Long-sleeve Dress for Mom and Me



$8.99

Floral Print Red Family Matching Sets (Belted Midi Dresses and Striped Long-sleeve T-shirts)









Document title: Family Matching Allover Floral Print Long-sleeve Dresses and Contrast Stripe Tops Sets Only $7.99 Patpat US

Capture URL: https://us.patpat.com/product/Family-Matching-Allover-Floral-Print-Long-sleeve-Dresses-and-Contrast-Stripe-Tops-Sets-513806.html

Capture timestamp (UTC): Wed, 23 Mar 2022 09:00:12 GMT

Page 4 of 4

# EXHIBIT 28D

| | |
|---|---|
| Document title: | Family Matching Floral Print Long Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Long-Sleeve-Dress-and-T-shirt-222376.html?spm=1001.2002.337-pc.0-25 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:45:26 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:45:50 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | a88d94c8-da8d-4004-b19f-0fe10fd425d2 |
| User: | pp-zchen |

PDF REFERENCE #:      ks3EzrN9q7u552MybCKAHH



Document title: Family Matching Floral Print Long Sleeve Dress and T-shirt - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Floral-Print-Long-Sleeve-Dress-and-T-shirt-222376.html?spm=1001.2002.337-pc.0-25
Capture timestamp (UTC): Mon, 21 Mar 2022 07:45:50 GMT

Page 1 of 1

| | |
|---|---|
| Document title: | Family Matching Floral Print Long Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Long-Sleeve-Dress-and-T-shirt-222376.html?spm=1001.2002.337-pc.0-25 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:45:26 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:48:23 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 634f2262-24e7-4ed7-904d-2d40155acf88 |
| User: | pp-zchen |

PDF REFERENCE #:    cB9abN2puPFfmfX87xhvjQ



Document title: Family Matching Floral Print Long Sleeve Dress and T-shirt - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Floral-Print-Long-Sleeve-Dress-and-T-shirt-222376.html?spm=1001.2002.337-pc.0-25
Capture timestamp (UTC): Mon, 21 Mar 2022 07:48:23 GMT

Page 1 of 1

**Page Vault**

| | |
|---|---|
| Document title: | Family Matching Floral Print Long Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Long-Sleeve-Dress-and-T-shirt-222376.html?spm=1001.2002.337-pc.0-25 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:45:26 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:48:59 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 8f246d7c-ef5f-48df-8cfb-2a394c75351a |
| User: | pp-zchen |

PDF REFERENCE #:        e3R4h2oQCx2cFT2FhP9VKg



Document title: Family Matching Floral Print Long Sleeve Dress and T-shirt - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Floral-Print-Long-Sleeve-Dress-and-T-shirt-222376.html?spm=1001.2002.337-pc.0-25
Capture timestamp (UTC): Mon, 21 Mar 2022 07:48:59 GMT
Page 1 of 1

**PageVault**

| | |
|---|---|
| Document title: | Family Matching Floral Print Long Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Long-Sleeve-Dress-and-T-shirt-222376.html?spm=1001.2002.337-pc.0-25 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:45:26 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:50:27 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | c7b01948-07be-4e80-af37-731ef6140f31 |
| User: | pp-zchen |

PDF REFERENCE #:        2cYQ4ENGw6K8Z1RHsv9uJ8



Document title: Family Matching Floral Print Long Sleeve Dress and T-shirt - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Floral-Print-Long-Sleeve-Dress-and-T-shirt-222376.html?spm=1001.2002.337-pc.0-25
Capture timestamp (UTC): Mon, 21 Mar 2022 07:50:27 GMT

Page 1 of 1

Page Vault

| | |
|---|---|
| Document title: | Family Matching Floral Print Long Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Long-Sleeve-Dress-and-T-shirt-222376.html?spm=1001.2002.337-pc.0-25 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:45:26 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:51:03 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | b9056961-493f-45b0-bc6e-7a112b1a4b1d |
| User: | pp-zchen |

PDF REFERENCE #:         vWyp4Dopxrgvi3Y7PbeXKv



🔒 **PageVault**

| | |
|---|---|
| Document title: | Family Matching Floral Print Long Sleeve Dress and T-shirt - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Long-Sleeve-Dress-and-T-shirt-222376.html?spm=1001.2002.337-pc.0-25 |
| Page loaded at (UTC): | Mon, 21 Mar 2022 07:45:26 GMT |
| Capture timestamp (UTC): | Mon, 21 Mar 2022 07:51:49 GMT |
| Capture tool: | v7.14.0 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 29b1c7d5-f2f9-4051-9f61-26977f299839 |
| User: | pp-zchen |

PDF REFERENCE #:      xyT4jAitTyCZHPTcSnjkVH

