# EXHIBIT 30A

**Registration #:** VA0002276650
**Service Request #:** 1-10911963672



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-276-650

**Effective Date of Registration:**
October 25, 2021
**Registration Decision Date:**
November 23, 2021

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** September 11, 2021 to October 14, 2021

**Title** _____

|  |  |
|---|---|
| **Title of Group:** | 1-10911963672_2021PATPAT_Published_750 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** 17365392 (4),
  17365392 (5),
  17365392 (6),
  17365392 (7),
  17365392 (8),
  17365392 (9),
  17365477 (1),
  17365477 (11),
  17365477 (2),
  17365477 (3),
  17365477 (4),
  17365477 (5),
  17365477 (7),
  17365477 (8),
  17365477 (9),
  17365483 (10),
  17365483 (3),
  17365483 (4),
  17365483 (5),
  17365483 (6),
  17365483 (9),
  17365485 (2),
  17365485 (3),
  17365485 (4),
  17365485 (7),
  17365485 (8),
  17365495 (1),
  17365495 (2),
  17365495 (3),
  17365495 (4),
  17365495 (5),
  17365639 (1),
  17365639 (10),

17365639 (2),
17365639 (3),
17365639 (4),
17365639 (5),
17365639 (6),
17365639 (7),
17365639 (8),
17365639 (9),
17365683 (1),
17365683 (2),
17365683 (3),
17365683 (4),
17365683 (5),
17365683 (6),
17365683 (7),
17365683 (8),
17365713 (1),
17365713 (2),
17365713 (3),
17365713 (4),
17365782,
17365784 (2),
17365784 (8),
17365784 (9),
17365784(3),
17365784(9),
17365817 (1),
17365817 (10),
17365817 (11),
17365817 (2),
17365817 (3),
17365817 (4),
17365817 (6),
17365817 (7),
17365817 (9),
17365822 (1),
17365822 (2),
17365822 (3),
17365822 (4),
17365822 (5),
17365822 (6),
17365822 (7),
17365822 (8),
17365982 (1),
17365982 (11),
17365982 (12),
17365982 (2),
17365982 (3),
17365982 (4),
17365982 (6),
17365982 (7),
17365982 (8),
17365982 (9),
17365985 (1),
17365985 (12),
17365985 (13),
17365985 (14),
17365985 (2),

17365985 (3),
17365985 (6),
17365985 (7),
17365985 (8),
17365985 (9),
17365986 (1),
17365986 (11),
17365986 (2),
17365986 (3),

**Published:** September 2021

- **Individual Photographs:** 17365986 (4),
17365986 (5),
17365986 (6),
17365986 (8),
17365986 (9),
17366128 (1),
17366128 (2),
17366128 (3),
17366128 (7),
17366128 (8),
17366130 (1),
17366130 (2),
17366130 (3),
17366130 (4),
17366130 (5),
17366130 (6),
17366218 (1),
17366218 (3),
17366218 (6),
17366259 (1),
17366259 (2),
17366259 (5),
17366259 (6),
17366259 (7),
17366259 (8),
17366323 (1),
17366323 (2),
17366323 (3),
17366323 (4),
17366323 (5),
17366323 (6),
17366323 (9),
17366482 (2),
17366482 (3),
17366536 (1),
17366536 (5),
17366554 (1),
17366554 (2),
17366554 (3),
17366554 (5),
17366554 (7),
17366554 (8),
17366783 (1),
17366783 (5),
17366883 (2),
17366883 (3),
17366883 (30),

17366883 (31),
17366883 (35),
17366903 (1),
17366903 (2),
17366903 (3),
17366903 (7),
17366907 (1),
17366907 (5),
17367177 (1),
17367177 (11),
17367177 (12),
17367177 (16),
17367177 (17),
17367177 (21),
17367177 (4),
17367177 (6),
17367177 (7),
17367392 (10),
17367392 (11),
17367392 (2),
17367392 (3),
17367392 (4),
17367392 (6),
17367392 (8),
17367394 (2),
17367394 (3),
17367394 (4),
17367394 (7),
17367394 (9),
17367403 (1),
17367403 (11),
17367403 (2),
17367403 (6),
17367403 (7),
17367676 (1),
17367676 (2),
17367676 (3),
17367676 (4),
17367676 (5),
17367676 (7),
17367683 (1),
17367683 (2),
17367683 (3),
17367683 (6),
17367683 (8),
17367858 (1),
17367858 (2),
17367858 (6),
17367858 (7),
17367912 (1),
17367912 (2),
17367912 (3),
17367922 (1),

**Published:** September 2021

- **Individual Photographs:** 17367922 (2),
17367922 (3),
17367922 (4),



17367922 (5),
17367922 (6),
17367991 (1),
17367991 (2),
17367991 (3),
17367991 (5),
17367991 (6),
17367991 (8),
17367991 (9),
17368218 (1),
17368218 (11),
17368218 (13),
17368218 (14),
17368218 (15),
17368218 (2),
17368218 (3),
17368218 (5),
17368218 (7),
17368218 (8),
17368218 (9),
17368400 (1),
17368400 (2),
17368400 (3),
17368400 (4),
17368443 (1),
17368443 (10),
17368443 (12),
17368443 (2),
17368443 (3),
17368443 (4),
17368443 (6),
17368443 (7),
17368443 (8),
17368443 (9),
17368641 (1),
17368641 (5),
17368732 (1),
17368732 (2),
17368883 (1),
17368883 (5),
17368885 (1),
17368885 (5),
17368941 (1),
17368941 (2),
17368941 (3),
17368941 (7),
17368941 (8),
17368970 (1),
17368970 (2),
17368971 (1),
17368971 (2),
17368983 (1),
17368983 (2),
17368983 (3),
17368983 (4),
17368983 (6),
17368983 (7),
17368983 (8),

17368983 (9),
17368998 (1),
17368998 (2),
17368999 (1),
17368999 (2),
17368999,
17369000 (1),
17369000 (10),
17369000 (2),
17369000 (7),
17369000 (8),
17369000 (9),
17369037 (1),
17369037 (2),
17369037 (7),
17369086 (10),
17369086 (14),
17369086 (15),
17369086 (16),
17369086 (18),
17369086 (21),
17369086 (4),
17369086 (5),
17369086 (9),
17369255 (1),
17369255 (2),
17368289 (3),
17368289 (4),
17368289 (5),
17368768 (1),
17368768 (2),
17368768 (3),
17368768 (4)

**Published:** September 2021

- **Individual Photographs:** 17365406 (1),
17365406 (11),
17365406 (2),
17365406 (6),
17365416 (6),
17365494 (1),
17365494 (2),
17365494 (3),
17365494 (4),
17365494 (5),
17365496 (1),
17365496 (6),
17365496 (7),
17365496 (8),
17365496 (9),
17365768 (1),
17365768 (2),
17365789 (1),
17365789 (2),
17365789 (7),
17365842 (1),
17365842 (10),
17365842 (4),



17365842 (8),
17365854 (1),
17365854 (2),
17365854 (7),
17365854 (8),
17365944 (1),
17365944 (5),
17365960 (2),
17365960 (3),
17365960 (4),
17365960 (5),
17365960 (6),
17366070 (2),
17366070 (3),
17366133 (2),
17366133 (4),
17366133 (7),
17366133 (9),
17366242 (30),
17366242 (33),
17366249 (1),
17366249 (5),
17366440 (1),
17366440 (5),
17366541 (1),
17366541 (2),
17366853 (1),
17366853 (5),
17366858 (9),
17366865 (1),
17366865 (4),
17366865 (5),
17366865 (6),
17366865 (7),
17366886 (1),
17366886 (3),
17366893 (1),
17366893 (10),
17366893 (13),
17366893 (2),
17366893 (9),
17366947 (1),
17367069 (1),
17367069 (11),
17367069 (14),
17367069 (15),
17367069 (16),
17367069 (5),
17367069 (8),
17367072 (1),
17367072 (5),
17367077 (1),
17367077 (2),
17367127 (30),
17367127 (34),
17367176 (1),
17367176 (11),
17367176 (12),

17367176 (16),
17367176 (17),
17367176 (5),
17367176 (6),
17367229 (4),
17367229 (5),
17367308  (10),
17367308  (2),
17367308  (3),
17367308  (4),
17367308  (5),
17367308  (8),
17367308  (9),
17367313 (1),
17367313 (5),
17367349 (1),
17367349 (10),
17367349 (11),
17367349 (2),
17367349 (6),
17367349 (7),
17367358 (1),
17367358 (2),
17367359 (1),
17367359 (6),
17367360 (30),
17367360 (31),
17367362 (1),
17367362 (5),
17367363 (1),
17367363 (2),
17367363 (31),
17367363 (32),
17367363 (4),
17367363 (6),
17367421 (1),
17367421 (11),
17367421 (2),
17367421 (6),
17367421 (7),
17367450 (1),
17367450 (2),
17367457-(2),
17367457 (2),
17367457 (4),
17367457 (5),
17367457 (8),
17367458 (1),
17367458 (5),

**Published:** October 2021

- **Individual Photographs:** 17367595 (10),
17367595 (11),
17367595 (12),
17367595 (5),
17367595 (6),
17367625 (1),
17367625 (12),



17367625 (13),
17367625 (17),
17367625 (18),
17367625 (2),
17367625 (22),
17367625 (23),
17367625 (27),
17367625 (28),
17367625 (3),
17367625 (7),
17367625 (8),
17367632 (1),
17367632 (11),
17367632 (12),
17367632 (16),
17367632 (2),
17367632 (6),
17367632 (7),
17367637 (1),
17367637 (5),
17367639 (1),
17367639 (5),
17367789 (1),
17367789 (10),
17367789 (11),
17367789 (12),
17367789 (13),
17367789 (5),
17367789 (6),
17367838 (2),
17367838 (3),
17367845 (1),
17367845 (2),
17367860 (1),
17367860 (11),
17367860 (5),
17367860 (6),
17367860 (7),
17367905 (10),
17367905 (2),
17367905 (3),
17367905 (4),
17367905 (5),
17367905 (8),
17367905 (9),
17367908 (1),
17367908 (2),
17367908 (3),
17367908 (4),
17367908 (5),
17367914 (4),
17367914 (7),
17367914 (8),
17367914 (9),
17367934 (3),
17367934 (4),
17367934 (5),
17367964 (1),

17367964 (4),
17367979 (12),
17367979 (2),
17367979 (3),
17367979 (4),
17367979 (5),
17367979 (6),
17368002 (5),
17368002 (6),
17368022 (11),
17368022 (12),
17368022 (14),
17368022 (15),
17368022 (2),
17368022 (9),
17368058 (10),
17368058 (4),
17368058 (5),
17368058 (8),
17368058,
17368067 (1),
17368067 (10),
17368067 (12),
17368067 (4),
17368067 (7),
17368095 (2),
17368095 (8),
17368095 (9),
17368243 (1),
17368243 (5),
17368248 (1),
17368248 (5),
17368361 (1),
17368361 (10),
17368361 (11),
17368361 (6),
17368361 (9),
17368366 (10),
17368366 (11),
17368366 (12),
17368366 (13),
17368366 (2),
17368366 (3),
17368366 (9),
17368378 (1),
17368378 (11),
17368378 (2),
17368378 (4),
17368378 (7),
17368378 (8),
17368515 (100),
17368515 (30),
17368515 (32),
17368515 (36),
17368515 (37),
17368515 (41),
17368515 (42),
17368515 (46),

|  | 17368515 (47), |
|---|---|
|  | 17368575 (1), |
|  | 17368575 (10), |
|  | 17368575 (11), |
|  | 17368575 (13), |
|  | 17368575 (16), |
|  | 17368575 (18), |
| **Published:** | October 2021 |
| • **Individual Photographs:** | 17368575 (19), |
|  | 17368575 (2), |
|  | 17368575 (21), |
|  | 17368575 (23), |
|  | 17368575 (25), |
|  | 17368575 (3), |
|  | 17368575 (8), |
|  | 17368601 (1), |
|  | 17368601 (5), |
|  | 17368635 (4), |
|  | 17368635 (5), |
|  | 17368647 (2), |
|  | 17368647 (6), |
|  | 17368659 (1), |
|  | 17368659 (5), |
|  | 17368774 (2), |
|  | 17368774 (5), |
|  | 17368774 (6), |
|  | 17368774 (9), |
|  | 17368808 (1), |
|  | 17368808 (5), |
|  | 17368867 (2), |
|  | 17368867 (5), |
|  | 17368878 (1), |
|  | 17368878 (2), |
|  | 17368878 (3), |
|  | 17368878 (4), |
|  | 17368884 (1), |
|  | 17368884 (11), |
|  | 17368884 (3), |
|  | 17368884 (6), |
|  | 17368884 (7), |
|  | 17368886 (1), |
|  | 17368886 (2), |
|  | 17369051 (1), |
|  | 17369051 (5), |
|  | 17369052 (1), |
|  | 17369052 (11), |
|  | 17369052 (12), |
|  | 17369052 (16), |
|  | 17369052 (2), |
|  | 17369052 (6), |
|  | 17369052 (7), |
|  | 17369053 (1), |
|  | 17369053 (11), |
|  | 17369053 (5), |
|  | 17369053 (6), |
|  | 17369053 (7), |
|  | 17369074 (3), |

17369074 (4),
17369074 (5),
17369078 (1),
17369078 (2),
17369085 (1),
17369085 (11),
17369085 (12),
17369085 (16),
17369085 (17),
17369085 (2),
17369085 (21),
17369085 (22),
17369085 (26),
17369085 (6),
17369085 (7),
17369085-(1),
17369085-(2),
17369111 (11),
17369111 (3),
17369111 (4),
17369111 (6),
17369111 (7),
17369149 (1),
17369149 (2),
17369149 (6),
17369150 (30),
17369150 (33),
17369218 (1),
17369218 (11),
17369218 (12),
17369218 (13),
17369218 (2),
17369218 (6),
17369218 (7),
17369283 (1),
17369283 (5),
17369394 (1),
17369394 (5),
17369394 (6),
17369394 (9),
17369492 (1),
17369492 (5),
17369500 (1),
17369500 (11),
17369500 (5),
17369500 (6),
17369500 (7),
17369530 (1),
17369530 (2),
17369541 (10),
17369541 (11),
17369541 (2),
17369541 (6),
17369541 (7),
17369548 (30),
17369548 (34),
17369548 (35),
17369548 (39),

17369548 (40),
17369549 (1),
17369549 (11),
17369549 (12),
17369549 (6),
17369549 (9),
17369562 (1),
17369562 (5),
17369574 (1),
17369574 (5),
17369713 (1),
17369713 (2),
17369727 (1),
17369727 (12),
17369727 (13),
17369727 (2),
17369727 (3),
17369727 (7),
17369727 (8),
17369763 (12),
17369763 (2),
17369763 (7),
17369763 (8),

**Published:** October 2021

- **Individual Photographs:** 17369828 (11),
17369828 (12),
17369828 (13),
17369828 (14),
17369828 (2),
17369828 (5),
17369828 (8),
17369885 (4),
17369885 (5),
17369924 (10),
17369924 (11),
17369924 (14),
17369924 (16),
17369924 (3),
17369924 (6),
17369970 (1),
17369970 (12),
17369970 (14),
17369970 (17),
17369970 (2),
17369970 (6),
17369970 (7),
17369978 (1),
17369978 (2),
17370031 (1),
17370031 (2),
17370031 (6),
17370031 (7),
17370145 (1),
17370145 (11),
17370145 (12),
17370145 (4),
17370145 (8),

17370504 (1),
17370504 (4),
17370504 (5),
17370550 (1),
17370550 (5),
17371184 (1),
17371184 (11),
17371184 (3),
17371184 (5),
17371184 (8),
17368334 (1),
17368334 (10),
17368334 (11),
17368334 (12),
17368334 (13),
17368334 (14),
17368334 (2),
17368334 (3),
17368334 (4),
17368334 (5),
17368334 (6),
17368334 (7),
17368334 (8),
17368334 (9),
17368618 (1),
17368618 (2),
17368618 (3),
17368618 (4),
17368618 (5),
17368618 (6),
17368618 (7),
17368618 (8),
17368618 (9),

**Published:** October 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** September 11, 2021
**Latest Publication Date in Group:** October 14, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant



**Copyright Claimant:**  Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:**  Interfocus Inc
**Name:**  Can Wang
**Email:**  infringement@patpat.com
**Telephone:**  (650)224-6698
**Address:**  650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:**  Can Wang
**Date:**  October 23, 2021

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



# EXHIBIT 30B









# EXHIBIT 30C

Page Vault

| | |
|---|---|
| Document title: | Floral Print Flutter-sleeve Matching Royal Blue Dresses Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Color-Block-Striped-Sleeveless-Cami-Belted-Jumpsuit-for-Mom-and-Me-513805.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:31:17 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:32:53 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | bff88514-79e0-4e0e-8fd3-52327b814f97 |
| User: | pp-zchen |

PDF REFERENCE #:        9VUC4DT6Crbfbpz5iG5h9D



**Page Vault**

| | |
|---|---|
| Document title: | Floral Print Flutter-sleeve Matching Royal Blue Dresses Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Color-Block-Striped-Sleeveless-Cami-Belted-Jumpsuit-for-Mom-and-Me-513805.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:31:17 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:33:45 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 9 |
| Capture ID: | a098c699-5e22-4045-8cfd-ab2012b0d3f0 |
| User: | pp-zchen |

PDF REFERENCE #:      5McZ1iE4xGwey3eCz7Lr2h



Page Vault

| | |
|---|---|
| Document title: | Color Block Striped Sleeveless Cami Belted Jumpsuit for Mom and Me Only $1.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Color-Block-Striped-Sleeveless-Cami-Belted-Jumpsuit-for-Mom-and-Me-513805.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:50:35 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:51:04 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | e6a8a351-2a17-477b-a1fb-45df9965d94e |
| User: | pp-zchen |



| | |
|---|---|
| Document title: | Color Block Striped Sleeveless Cami Belted Jumpsuit for Mom and Me Only $1.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Color-Block-Striped-Sleeveless-Cami-Belted-Jumpsuit-for-Mom-and-Me-513805.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:51:28 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:52:03 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 0098edd6-08e3-4d73-86e3-86350cea30db |
| User: | pp-zchen |

PDF REFERENCE #:        tcKngpyrSJdaNnK7N9YRX7



Color Block Striped Sleeveless Cami Belted Jumpsuit for Mom and Me

Price: **$1.99**

or 4 interest-free payments of **$0.50**  Get $5 back on your first purchase with ● sezzle ⓘ

Color: Black

Size:

Baby Girl
3-6M · 6-9M · 9-12M

Girl
2 Years · 3-4 Years · 4-5 Years · 6-7 Years · 8-9 Years

Women
S · M · L · XL

Size Chart

Qty:  −  1  +

Status:  In Stock

**Add to Bag**    ♡ 871 liked

✓ Norton

☐ Description
  * Please add each size separately to your shopping cart.
  * Each size includes: 1 jumpsuit
  * Soft and comfy
  * Adjustable belt (women/girls)
  * Detachable belt (women/girls)
  * Back zipper closure (women/girls)
  * Shoulder ruffles (baby)
  * Long sleeves (baby)
  * Elasticized waist (baby)
  * Back buttons (baby)
  * Material: 100% Polyester
  * Machine wash, tumble dry
  * Imported

☐ Free Shipping On Orders Over $45.00    +

☐ 30 Days Return    +

☐ 100% Secured Payments    +

☐ Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

All Reviews (11)

**4.5**
★★★★☆
Average Rating

5★ ▬▬▬▬▬ 8
4★ ▬▬ 2
3★  0
2★ ▬ 1
1★ ▬ 3

★★★★★
Lia Jae

g****g
Mar 4, 2022

👍 Helpful (0)

Show More ✕

You May Also Like

# EXHIBIT 30D

**Page Vault**

| | |
|---|---|
| Document title: | Stripe Print V-neck Sleeveless Jumpsuits for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Stripe-Print-V-neck-Sleeveless-Jumpsuits-for-Mom-and-Me-219534.html?spm=1001.2002.337-pc.0-36 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 10:14:08 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 10:14:20 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 38ff2966-a8e7-40c2-9b53-7ccfc7d3407e |
| User: | pp-zchen |

PDF REFERENCE #:     oCTQhTcKcMEjle8rNDGbqw



Document title: Stripe Print V-neck Sleeveless Jumpsuits for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Stripe-Print-V-neck-Sleeveless-Jumpsuits-for-Mom-and-Me-219534.html?spm=1001.2002.337-pc.0-36
Capture timestamp (UTC): Fri, 25 Feb 2022 10:14:20 GMT

Page 1 of 1

**Page Vault**

| | |
|---|---|
| Document title: | Stripe Print V-neck Sleeveless Jumpsuits for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Stripe-Print-V-neck-Sleeveless-Jumpsuits-for-Mom-and-Me-219534.html?spm=1001.2002.337-pc.0-36 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 10:14:08 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 10:14:45 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 38703768-3a99-43e6-838e-6152844ebc1d |
| User: | pp-zchen |

PDF REFERENCE #:          k7Y5qJqDwj3sTpA3CPp7xE



Document title: Stripe Print V-neck Sleeveless Jumpsuits for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Stripe-Print-V-neck-Sleeveless-Jumpsuits-for-Mom-and-Me-219534.html?spm=1001.2002.337-pc.0-36
Capture timestamp (UTC): Fri, 25 Feb 2022 10:14:45 GMT

PageVault

| | |
|---|---|
| Document title: | Stripe Print V-neck Sleeveless Jumpsuits for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Stripe-Print-V-neck-Sleeveless-Jumpsuits-for-Mom-and-Me-219534.html?spm=1001.2002.337-pc.0-36 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 10:14:08 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 10:15:03 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 1a9a0f00-5855-43a8-a27e-33041fefed81 |
| User: | pp-zchen |

PDF REFERENCE #:     p3D32Cn3cwHRXGpiyZ4qAY



Document title: Stripe Print V-neck Sleeveless Jumpsuits for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Stripe-Print-V-neck-Sleeveless-Jumpsuits-for-Mom-and-Me-219534.html?spm=1001.2002.337-pc.0-36
Capture timestamp (UTC): Fri, 25 Feb 2022 10:15:03 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Stripe Print V-neck Sleeveless Jumpsuits for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Stripe-Print-V-neck-Sleeveless-Jumpsuits-for-Mom-and-Me-219534.html?spm=1001.2002.337-pc.0-36 |
| Page loaded at (UTC): | Fri, 25 Feb 2022 10:14:08 GMT |
| Capture timestamp (UTC): | Fri, 25 Feb 2022 10:15:25 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | a1487e1a-d3c0-4832-adc6-87645f279286 |
| User: | pp-zchen |

PDF REFERENCE #:      jhyffEixeyDkMt3h5X3KYA



Document title: Stripe Print V-neck Sleeveless Jumpsuits for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Stripe-Print-V-neck-Sleeveless-Jumpsuits-for-Mom-and-Me-219534.html?spm=1001.2002.337-pc.0-36
Capture timestamp (UTC): Fri, 25 Feb 2022 10:15:25 GMT

Page 1 of 1