# EXHIBIT 31A

**Registration #:** VA0002289508
**Service Request #:** 1-11205428732



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-289-508

**Effective Date of Registration:**
March 07, 2022
**Registration Decision Date:**
March 07, 2022

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** April 07, 2021 to October 11, 2021

**Title** _____

|  |  |
|---|---|
| **Title of Group:** | 1-11205428732_2021PATPAT_Published_72 |
| **Number of Photographs in Group:** | 72 |

- **Individual Photographs:** 17310037 (1),
  17310037 (2),
  17310037 (3),
  17310037 (4),
  17310049 (1),
  17310049 (2),
  **Published:** April 2021

- **Individual Photographs:** 17310049 (3),
  17314069 (1),
  17314069 (2),
  17314069 (3),
  17314069 (4),
  17314069 (5),
  17314069 (6),
  **Published:** May 2021

- **Individual Photographs:** 17320439 (1),
  17320439 (10),
  17320439 (11),
  17320439 (12),
  17320439 (2),
  17320439 (3),
  17320439 (4),
  17320439 (5),
  17320439 (6),
  17320439 (7),
  17320439 (8),
  17320439 (9),
  **Published:** June 2021

- **Individual Photographs:** 17326444 (1),
  17326444 (2),

|  | | 17326444 (3),<br>17326444 (4), |
| **Published:** | | July 2021 |

- **Individual Photographs:**   17330374 (10),
17330374 (12),
17330374 (1),
17330374 (2),
17330374 (3),
17330374 (4),
17330374 (5),
17330374 (9),
17348740 (1),
17348740 (2),
17348740 (3),
17348740 (4),
17348740 (5),
17348740 (6),
17355466 (1),
17355466 (2),
17355466 (3),
17355466 (4),
17355466 (5),
17355466 (6),
17355466 (7),
17355466 (8),
17355466 (9),

**Published:** August 2021

- **Individual Photographs:**   17353405 (1),
17353405 (10),
17353405 (11),
17353405 (12),
17353405 (13),
17353405 (14),
17353405 (15),
17353405 (2),
17353405 (3),
17353405 (4),
17353405 (5),
17353405 (6),
17353405 (7),
17353405 (8),
17353405 (9),

**Published:** September 2021

- **Individual Photographs:**   17366133 (1),
17366133 (2),
17366133 (3),
17366133 (4),
17366133 (5)

**Published:** October 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** April 07, 2021



**Latest Publication Date in Group:** October 11, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
- **Author Created:** photographs
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** March 07, 2022

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 31B











# EXHIBIT 31C

Page Vault

| | |
|---|---|
| Document title: | Color Block Striped Sleeveless Cami Belted Jumpsuit for Mom and Me Only $1.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Color-Block-Striped-Sleeveless-Cami-Belted-Jumpsuit-for-Mom-and-Me-513805.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:52:17 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:52:46 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | bf58b23f-01c6-4c91-8327-ffd620101946 |
| User: | pp-zchen |

PDF REFERENCE #: hxE9vXp8x3CQSnVrDYV5HD

**PatPat** Cute, Quality, Great Price

English · USD · United States    Free Shipping On Orders Over $45.00    Order Status    FAQs

SIGN IN    FAVORITES    BAG

Licensed Characters    Baby    Toddler    Kids    Matching Outfits    Women & Maternity    Shoes & Accessories    Home & Baby Gear

Color Block Striped Sleeveless Cami Belted Jumpsuit for Mom and Me

Price **$1.99**

or 4 interest-free payments of **$0.50**. Get $5 back on your first purchase with **sezzle** ⓘ

Color    Black

Size    Baby Girl    | 3-6M | 6-9M | 9-12M |    Size Chart

Girl    | 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women    | S | M | L | XL |

Qty    − 1 +

Status    **In Stock**

**Add to Bag**    ♡ 871 liked

✓ Norton

**Description**
* Please add each size separately to your shopping cart.
* Each size includes: 1 jumpsuit
* Soft and comfy
* Adjustable belt (women/girls)
* Detachable belt (women/girls)
* Back zipper closure (women/girls)
* Shoulder ruffles (baby)
* Long sleeves (baby)
* Elasticized waist (baby)
* Back buttons (baby)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00    +

30 Days Return    +

100% Secured Payments    +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

All Reviews (11)

**4.5**
★★★★☆
Average Rating

| 5★ | 8 |
| 4★ | 2 |
| 3★ | 0 |
| 2★ | 1 |
| 1★ | 0 |

g****g
Mar 4, 2022

★★★★★

Helpful (0)

Show More ⌄

You May Also Like

🔒 Page Vault

| | |
|---|---|
| Document title: | Color Block Striped Sleeveless Cami Belted Jumpsuit for Mom and Me Only $1.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Color-Block-Striped-Sleeveless-Cami-Belted-Jumpsuit-for-Mom-and-Me-513805.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:56:00 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:56:42 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 487759e7-d178-47ce-ac98-95c630085b3c |
| User: | pp-zchen |

PDF REFERENCE #:     sMje2QSt3PLxxxDUF8xKff

PatPat   Cute, Quality, Great Price

SIGN IN   FAVORITES   BAG

| Licensed Characters | Baby | Toddler | Kids | Matching Outfits | Women & Maternity | Shoes & Accessories | Home & Baby Gear |

## Color Block Striped Sleeveless Cami Belted Jumpsuit for Mom and Me

**Price** **$1.99**

or 4 interest-free payments of **$0.50**. Get $5 back on your first purchase with **sezzle** ⓘ

**Color**   Black

**Size**   Baby Girl    [Size Chart]

3-6M   6-9M   9-12M

Girl

2 Years   3-4 Years   4-5 Years   6-7 Years   8-9 Years

Women

S   M   L   XL

**Qty**   −   1   +

**Status**   **In Stock**

**Add to Bag**

871 liked

✓ Norton

### Description

* Please add each size separately to your shopping cart.
* Each size includes: 1 jumpsuit
* Soft and comfy
* Adjustable belt (women/girls)
* Detachable belt (women/girls)
* Back zipper closure (women/girls)
* Shoulder ruffles (baby)
* Long sleeves (baby)
* Elasticized waist (baby)
* Back buttons (baby)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00   +

30 Days Return   +

100% Secured Payments   +

Highest Quality Guarantee

QUALITY   PatPat guarantees you only quality merchandise.

### All Reviews (11)

**4.5**
★★★★☆
Average Rating

| | | |
|---|---|---|
| 5 ★ | | 8 |
| 4 ★ | | 2 |
| 3 ★ | | 0 |
| 2 ★ | | 1 |
| 1 ★ | | 0 |

g****2
Mar 4, 2022

★★★★★

👍 Helpful (0)

Show More ⌄

### You May Also Like

| | |
|---|---|
| Document title: | Color Block Striped Sleeveless Cami Belted Jumpsuit for Mom and Me Only $1.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Color-Block-Striped-Sleeveless-Cami-Belted-Jumpsuit-for-Mom-and-Me-513805.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:53:10 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:54:19 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 5c04934b-422c-402f-8617-a4e0c4a8698d |
| User: | pp-zchen |

PDF REFERENCE #:          4cHU6dJM8kWCvBUBSdR39D

English · USD · 🇺🇸 United States     Free Shipping On Orders Over $45.00     Order Status   FAQs

**PatPat** Cute, Quality, Great Price

Spring Sets 🔍

👤 SIGN IN   ♡ FAVORITES   🛍 BAG

| Licensed Characters | Baby | Toddler | Kids | Matching Outfits | Women & Maternity | Shoes & Accessories | Home & Baby Gear |

## Color Block Striped Sleeveless Cami Belted Jumpsuit for Mom and Me

Price **$1.99**

or 4 interest-free payments of **$0.50**. Get $5 back on your first purchase with 🟢 sezzle ⓘ

Color    🟨 Black

Size    Size Chart

Baby Girl

[3-6M] [6-9M] [9-12M]

Girl

[2 Years] [3-4 Years] [4-5 Years] [6-7 Years] [8-9 Years]

Women

[S] [M] [L] [XL]

Qty    [ − ] [ 1 ] [ + ]

Status    **In Stock**

**Add to Bag**    ♡ 871 liked

✔ Norton

### Description

* Please add each size separately to your shopping cart.
* Each size includes: 1 jumpsuit
* Soft and comfy
* Adjustable belt (women/girls)
* Detachable belt (women/girls)
* Back zipper closure (women/girls)
* Shoulder ruffles (baby)
* Long sleeves (baby)
* Elasticized waist (baby)
* Back buttons (baby)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00   +

30 Days Return   +

100% Secured Payments   +

Highest Quality Guarantee

QUALITY    PatPat guarantees you only quality merchandise.

### All Reviews (11)

**4.5**
⭐⭐⭐⭐
Average Rating

| 5⭐ | 8 |
| 4⭐ | 2 |
| 3⭐ | 0 |
| 2⭐ | 1 |
| 1⭐ | 0 |

g****2
Mar 4, 2022

⭐⭐⭐⭐⭐

👍 Helpful (0)

Show More ⌄

**You May Also Like**

**Page Vault**

| | |
|---|---|
| Document title: | Color Block Striped Sleeveless Cami Belted Jumpsuit for Mom and Me Only $1.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Color-Block-Striped-Sleeveless-Cami-Belted-Jumpsuit-for-Mom-and-Me-513805.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:57:04 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:57:39 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | e16d527d-fe2c-45de-94e2-b88dfe4cff5d |
| User: | pp-zchen |

PDF REFERENCE #:        cvNnpEdC3PWc8eNBtv3pzv

**PatPat** Cute, Quality, Great Price

SIGN IN · FAVORITES · BAG

Licensed Characters    Baby    Toddler    Kids    Matching Outfits    Women & Maternity    Shoes & Accessories    Home & Baby Gear

## Color Block Striped Sleeveless Cami Belted Jumpsuit for Mom and Me

Price **$1.99**

or 4 interest-free payments of **$0.50** Get $5 back on your first purchase with 🟣 sezzle ⓘ

Color    Black

Size    Size Chart

Baby Girl
3-6M | 6-9M | 9-12M

Girl
2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

Women
S | M | L | XL

Qty    − 1 +

Status    **In Stock**

**Add to Bag**

♡ 871 liked

✔ Norton

### Description

* Please add each size separately to your shopping cart.
* Each size includes: 1 jumpsuit
* Soft and comfy
* Adjustable belt (women/girls)
* Detachable belt (women/girls)
* Back zipper closure (women/girls)
* Shoulder ruffles (baby)
* Long sleeves (baby)
* Elasticized waist (baby)
* Back buttons (baby)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00   +

30 Days Return   +

100% Secured Payments   +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

### All Reviews (11)

**4.5**
★★★★☆
Average Rating

5 ★ ▬▬▬▬ 8
4 ★ ▬▬ 2
3 ★ 0
2 ★ ▬ 1
1 ★ 0

g****2
Mar 4, 2022

★★★★★

👍 Helpful (0)

Show More ⌄

### You May Also Like

🔒 **Page**Vault

| | |
|---|---|
| Document title: | Color Block Striped Sleeveless Cami Belted Jumpsuit for Mom and Me Only $1.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Color-Block-Striped-Sleeveless-Cami-Belted-Jumpsuit-for-Mom-and-Me-513805.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 08:54:55 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 08:55:46 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | e5e2005b-57af-4fe6-a7bb-23c29052a0de |
| User: | pp-zchen |

PDF REFERENCE #:       9tfdPaVbbEMtFjQs44jSz2

PatPat  Cute, Quality, Great Price

Letter

SIGN IN    FAVORITES    BAG

Licensed Characters    Baby    Toddler    Kids    Matching Outfits    Women & Maternity    Shoes & Accessories    Home & Baby Gear

### Color Block Striped Sleeveless Cami Belted Jumpsuit for Mom and Me

Price   **$1.99**

or 4 interest-free payments of **$0.50**. Get $5 back on your first purchase with ⓢ sezzle ⓘ

Color   Black

Size   Size Chart

**Baby Girl**
3-6M    6-9M    9-12M

**Girl**
2 Years    3-4 Years    4-5 Years    6-7 Years    8-9 Years

**Women**
S    M    L    XL

Qty    −  1  +

Status   **In Stock**

**Add to Bag**

♡  871 liked

✓ Norton

### Description

* Please add each size separately to your shopping cart.
* Each size includes: 1 jumpsuit
* Soft and comfy
* Adjustable belt (women/girls)
* Detachable belt (women/girls)
* Back zipper closure (women/girls)
* Shoulder ruffles (baby)
* Long sleeves (baby)
* Elasticized waist (baby)
* Back buttons (baby)
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00    +

30 Days Return    +

100% Secured Payments    +

Highest Quality Guarantee

PatPat guarantees you only quality merchandise.

### All Reviews (11)

**4.5**
★★★★★
Average Rating

5 ★ ▬▬▬▬▬▬ 8
4 ★ ▬▬ 2
3 ★ 0
2 ★ ▬ 1
1 ★ 0

g****2
Mar 4, 2022

★★★★★

👍 Helpful (0)

Show More ⌄

**You May Also Like**

# EXHIBIT 31D

🔒 Page Vault

| | |
|---|---|
| Document title: | Stripe Print V-neck Sleeveless Jumpsuits for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Stripe-Print-V-neck-Sleeveless-Jumpsuits-for-Mom-and-Me-219534.html?spm=1001.2002.337-pc.0-36 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 01:55:24 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:03:38 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 4fe05600-36f1-4a65-b803-86003abb5c25 |
| User: | pp-zchen |

PDF REFERENCE #:          v5FtTRDMzZUawc7uxvU6be



Document title: Stripe Print V-neck Sleeveless Jumpsuits for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Stripe-Print-V-neck-Sleeveless-Jumpsuits-for-Mom-and-Me-219534.html?spm=1001.2002.337-pc.0-36
Capture timestamp (UTC): Mon, 28 Feb 2022 02:03:38 GMT

🔒 Page Vault

| | |
|---|---|
| Document title: | Stripe Print V-neck Sleeveless Jumpsuits for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Stripe-Print-V-neck-Sleeveless-Jumpsuits-for-Mom-and-Me-219534.html?spm=1001.2002.337-pc.0-36 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 01:55:24 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:05:57 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | b4a5ecb6-db27-4e26-ac1a-8e764110bfcb |
| User: | pp-zchen |



🔒 Page Vault

| | |
|---|---|
| Document title: | Stripe Print V-neck Sleeveless Jumpsuits for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Stripe-Print-V-neck-Sleeveless-Jumpsuits-for-Mom-and-Me-219534.html?spm=1001.2002.337-pc.0-36 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 01:55:24 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:06:59 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 82cca528-19e4-4400-aaa1-66a3957a0319 |
| User: | pp-zchen |

PDF REFERENCE #:     34YzYnCNZX4LkbKEY731oS



| | |
|---|---|
| Document title: | Stripe Print V-neck Sleeveless Jumpsuits for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Stripe-Print-V-neck-Sleeveless-Jumpsuits-for-Mom-and-Me-219534.html?spm=1001.2002.337-pc.0-36 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 01:55:24 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:09:53 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 1944dcdc-44d3-4285-b2a5-48433c6ffb36 |
| User: | pp-zchen |

PDF REFERENCE #: pTNK3PmRtWHJyq6dshmvjq



Document title: Stripe Print V-neck Sleeveless Jumpsuits for Mom and Me - hibobi

Capture URL: https://www.hibobi.com/detail/Stripe-Print-V-neck-Sleeveless-Jumpsuits-for-Mom-and-Me-219534.html?spm=1001.2002.337-pc.0-36

Capture timestamp (UTC): Mon, 28 Feb 2022 02:09:53 GMT

**Page Vault**

| | |
|---|---|
| Document title: | Stripe Print V-neck Sleeveless Jumpsuits for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Stripe-Print-V-neck-Sleeveless-Jumpsuits-for-Mom-and-Me-219534.html?spm=1001.2002.337-pc.0-36 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 01:55:24 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 02:10:19 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 9fcca6bf-ca49-4d54-88a8-55eb8b80b609 |
| User: | pp-zchen |

PDF REFERENCE #:     jmPo75DHce9mzMAipft9mG



Document title: Stripe Print V-neck Sleeveless Jumpsuits for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Stripe-Print-V-neck-Sleeveless-Jumpsuits-for-Mom-and-Me-219534.html?spm=1001.2002.337-pc.0-36
Capture timestamp (UTC): Mon, 28 Feb 2022 02:10:19 GMT