# EXHIBIT 33A

**Registration #:** VA0002266527
**Service Request #:** 1-10695428272



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-266-527

**Effective Date of Registration:**
August 11, 2021

**Registration Decision Date:**
September 14, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** March 29, 2021 to June 07, 2021

### Title _____

**Title of Group:** 1-10695428272_2021PATPAT_Published_750
**Number of Photographs in Group:** 750

- **Individual Photographs:** 17309077 (1), 17309077 (5), 17309107 (1), 17309107 (12), 17309107 (13), 17309107 (6), 17309107 (7), 17309166 (1)_1_1, 17309166 (5)_1_1, 17309166 (6)_1_1, 17309536 (1), 17309536 (2)(1), 17309536 (2), 17309536 (3), 17309536 (6), 17309606 (1), 17309606 (2), 17309606 (3), 17309606 (4), 17309830 (1), 17309830 (2), 17309830 (3), 17309830 (4), 17309830 (5), 17309830 (6), 17309830 (7), 17309870 (1), 17309870 (2), 17309870 (3), 17309870 (4), 17309870 (5), 17309992(1), 17309992(2), 17309992(3), 17309992(4), 17309992(5), 17310088 (1), 17310088 (10), 17310088 (11), 17310088 (12), 17310088 (13), 17310088 (14), 17310088 (15), 17310088 (16), 17310088 (2), 17310088 (3), 17310088 (4), 17310088 (5), 17310088 (6), 17310088 (7), 17310088 (8), 17310088 (9), 17310109 (1), 17310109 (2), 17310109 (3), 17310109 (4), 17310109 (5), 17310109 (7), 17310109 (8),
- **Published:** March 2021

- **Individual Photographs:** 17309043 (4), 17309043 (8), 17309067 (5), 17309067 (6), 17309067 (8), 17309083 (1), 17309083 (11), 17309083 (12), 17309083 (16), 17309083 (2), 17309083 (6), 17309083 (7), 17309088 (1)_1, 17309088 (5)_1, 17309091 (1) _1, 17309091 (5)_1, 17309170 (1), 17309170 (11), 17309170 (13), 17309170 (14), 17309170 (15), 17309170 (16), 17309170 (17), 17309170 (18), 17309170 (19), 17309170 (2), 17309170 (20), 17309170 (3), 17309170 (4), 17309170 (5), 17309170 (6), 17309170 (7), 17309170 (8), 17309170 (9), 17309182 (1), 17309182 (2), 17309182 (3), 17309182 (4), 17309182 (5), 17309182 (6), 17309182 (7), 17309182 (8), 17309182 (1), 17309182 (10), 17309182 (11), 17309182 (12), 17309182 (13), 17309182 (14), 17309182 (15), 17309182 (16), 17309182 (17), 17309182 (18), 17309182 (19), 17309182 (2), 17309182 (3), 17309182 (4), 17309182 (5), 17309182 (6), 17309182 (7), 17309182 (8), 17309182 (9), 17309186 (1), 17309186 (5), 17309192 (1), 17309192 (6), 17309194 (1), 17309194 (3), 17309199 (1), 17309199 (10), 17309199 (12), 17309199 (13), 17309199 (15), 17309199 (2), 17309199 (3), 17309199 (7), 17309199 (8), 17309216 (2), 17309216 (5), 17309224 (1), 17309224 (5), 17309224 (6), 17309224 (9), 17309224, 17309238 (1), 17309238 (2), 17309238 (3), 17309238 (4), 17309259 (1), 17309259 (2), 17309302 (1), 17309302 (5), 17309314 (1), 17309314 (2), 17309314 (3), 17309314 (4),

17309315 (1), 17309315 (2), 17309315 (3), 17309326(1), 17309326(2), 17309326(6), 17309326(7), 17309337 (1), 17309337 (2), 17309341 (1), 17309341 (2), 17309358(1), 17309358(2), 17309358(6), 17309358(7), 17309358, 17309360 (1), 17309360 (2), 17309364 (1), 17309364 (10), 17309364 (11), 17309364 (5), 17309364 (6), 17309379 (1), 17309379 (5), 17309385 (4), 17309385 (5), 17309385 (6), 17309388 (1), 17309388 (2), 17309388 (6), 17309389 (1), 17309389 (5), 17309389 (6), 17309390 (4),

**Published:** April 2021

- **Individual Photographs:** 17309390 (5), 17309390 (6), 17309391 (3), 17309391 (5), 17309398 (2), 17309398 (3), 17309398 (4), 17309398 (5), 17309399 (1), 17309399 (2), 17309404 (2), 17309404 (3), 17309404 (4), 17309404 (5), 17309504 (3), 17309504 (5), 17309512 (11), 17309512 (2), 17309512 (4), 17309512 (7), 17309512 (8), 17309512 (9), 17309513 (1), 17309513 (2), 17309525 (1), 17309525 (2), 17309538 (1), 17309538 (2), 17309538 (5), 17309538 (6), 17309540 (1), 17309540 (2), 17309560 (10), 17309560 (14), 17309560 (15), 17309560 (2), 17309560 (3), 17309560 (4), 17309560 (5), 17309560 (9), 17309560, 17309598 (1), 17309598 (2), 17309607(1), 17309607(2), 17309607 (3), 17309607(4), 17309607(5), 17309607(6), 17309624 (3), 17309624 (4), 17309624 (5), 17309642 (1), 17309642 (5), 17309668 (3), 17309668 (5), 17309686 (4), 17309686 (5), 17309694 (1), 17309694 (5), 17309758 (1), 17309758 (5), 17309759 (1), 17309759 (5), 17309761 (1), 17309761 (5), 17309762 (4), 17309762 (5), 17309782(1), 17309782(11), 17309782(12), 17309782(2), 17309782(3), 17309782(4), 17309782(5), 17309782(7), 17309782(8), 17309782(9), 17309793(1), 17309793(10), 17309793(2), 17309793(3), 17309793(4), 17309793(6), 17309793(7), 17309793(8), 17309793(9), 17309794(1), 17309794(2), 17309794(3), 17309794(4), 17309794(6), 17309794(7), 17309794(8), 17309794(9), 17309818 (2), 17309818 (3), 17309818 (4), 17309818 (7), 17309818 (8), 17309818 (9), 17309821 (2), 17309821 (6), 17309828 (1), 17309828 (5), 17309842 (1), 17309842 (10), 17309842 (12), 17309842 (13), 17309842 (14), 17309842 (17), 17309842 (18), 17309842 (19), 17309842 (2), 17309842 (20), 17309842 (21), 17309842 (22), 17309842 (3), 17309842 (5), 17309842 (8), 17309842 (9), 17309880 (1), 17309880 (2), 17309884 (4), 17309884 (5), 17309885 (1), 17309885 (10), 17309885 (11), 17309885 (12), 17309885 (13),

**Published:** April 2021

- **Individual Photographs:** 17309885 (14), 17309885 (2), 17309885 (3), 17309885 (4), 17309885 (5), 17309885 (6), 17309885 (7), 17309885 (8), 17309885 (9), 17309887(1), 17309887(2), 17309895(1), 17309895(2), 17309945 (3), 17309945 (4), 17309987 (1), 17309987 (5), 17309988 (1), 17309988 (5), 17309989 (2), 17309989 (3), 17309989 (4), 17309989 (6), 17309989 (8), 17309989 (9), 17310023 (4), 17310023 (5), 17310028 (10), 17310028 (11), 17310028 (15), 17310028 (19), 17310028 (20), 17310028 (21), 17310028 (25), 17310028 (26), 17310028 (4), 17310028 (5), 17310028 (6), 17310036 (1), 17310036 (5), 17310037 (1), 17310037 (3), 17310037 (5), 17310044(1), 17310044(2), 17310044(3), 17310044(4), 17310044(5), 17310044(6), 17310047 (2), 17310047 (3), 17310047 (4), 17310047 (5), 17310048 (2), 17310048 (3), 17310048 (4), 17310048 (5), 17310048 (6), 17310049 (1), 17310049 (2), 17310049 (5), 17310051 (1), 17310051 (2), 17310051 (6), 17310052(1), 17310052(2), 17310052(3), 17310052(4), 17310055(1), 17310055(2), 17310106 (1), 17310106 (2), 17310106 (3), 17310106 (4), 17310106 (1), 17310106 (2), 17310106 (3), 17310106 (4), 17310106 (5), 17310106 (6), 17310106 (7), 17310106 (8), 17310143 (1), 17310143 (5), 17310162 (1), 17310162 (5), 17310174 (1), 17310174 (5), 17310194 (1), 17310194 (11), 17310194 (12), 17310194 (16), 17310194 (2), 17310194 (6), 17310194 (7), 17310196 (11), 17310196 (12), 17310196 (13), 17310196 (3), 17310196 (5), 17310196 (8), 17310224 (1), 17310224 (10), 17310224



(11), 17310224 (15), 17310224 (16), 17310224 (5), 17310224 (6), 17310228 (1), 17310228 (5), 17310241 (1), 17310241 (2), 17310241 (3), 17310241 (5), 17310241 (7), 17310241 (8), 17310241 (9), 17310243 (1), 17310243 (11), 17310243 (12), 17310243 (16), 17310243 (17), 17310243 (2), 17310243 (21), 17310243 (22), 17310243 (26), 17310243 (27), 17310243 (31), 17310243 (6), 17310243 (7), 17310263 (1), 17310263 (5),

**Published:** April 2021

- **Individual Photographs:** 17309056 (1), 17309056 (2), 17309153 (1), 17309153 (2), 17309156 (1), 17309156 (11), 17309156 (13), 17309156 (16), 17309156 (19), 17309156 (21), 17309156 (22), 17309156 (23), 17309156 (3), 17309156 (6), 17309156 (7), 17309180 (1), 17309180 (11), 17309180 (15), 17309180 (16), 17309180 (17), 17309180 (2), 17309180 (3), 17309180 (4), 17309180 (5), 17309180 (6), 17309180 (9), 17309183 (1), 17309183 (5), 17309183 (6), 17309185 (1), 17309185 (5), 17309293 (1), 17309293 (2), 17309294 (1), 17309294 (2), 17309297 (1), 17309297 (11), 17309297 (15), 17309297 (2), 17309297 (6), 17309297 (7), 17309297, 17309298 (1), 17309298 (4), 17309298 (5), 17309299 (1), 17309299 (6), 17309301 (1), 17309301 (5), 17309306 (1), 17309306 (2), 17309306 (6), 17309306 (7), 17309306, 17309308 (1), 17309308 (2), 17309308 (3), 17309309 (1), 17309309 (2), 17309309 (3), 17309312 (1), 17309312 (2), 17309312 (3), 17309312 (8), 17309313 (1), 17309313 (2), 17309313 (3), 17309380 (1), 17309380 (2), 17309407 (1), 17309407 (5), 17309506 (1), 17309506 (5), 17309508 (1), 17309508 (4), 17309509 (1), 17309509 (11), 17309509 (12), 17309509 (6), 17309509 (7), 17309542 (1), 17309542 (5), 17309543 (1), 17309543 (2), 17309544 (1), 17309544 (10), 17309544 (11), 17309544 (15), 17309544 (16), 17309544 (5), 17309544 (6), 17309547 (4), 17309547 (5)=, 17309548 (1), 17309548 (2), 17309549 (1), 17309549 (10), 17309549 (2), 17309549 (6), 17309549, 17309593 (1), 17309593 (10), 17309593 (11), 17309593 (15), 17309593 (16), 17309593 (20), 17309593 (21), 17309593 (5), 17309593 (6), 17309594 (1), 17309594 (5), 17309595 (1), 17309595 (2), 17309595 (3), 17309595 (7), 17309595 (8), 17309602 (1), 17309602 (5), 17309603 (1), 17309603 (2), 17309603 (3), 17309603 (4), 17309604 (2), 17309604 (3), 17309604 (4), 17309604 (5), 17309610(1), 17309610(2), 17309610(3), 17309626 (1),

**Published:** May 2021

- **Individual Photographs:** 17309626 (5), 17309714(1), 17309714(2), 17309714(6), 17309714(7), 17309714, 17309726 (1), 17309726 (2), 17309726 (5), 17309727 (1), 17309727 (2), 17309729 (1), 17309729 (11), 17309729 (4), 17309729 (6), 17309729 (9), 17309731 (1), 17309731 (3), 17309732 (1), 17309732 (5), 17309733 (1), 17309733 (5), 17309734 (1), 17309734 (12), 17309734 (13), 17309734 (2), 17309734 (3), 17309734 (7), 17309734 (8), 17309736 (1), 17309736 (2), 17309803 (2), 17309803 (3), 17309803 (4), 17309803 (5), 17309803 (6), 17309803 (7), 17309805 (1), 17309805 (5), 17309808 (1), 17309808 (2), 17309809 (1), 17309809 (2), 17309810 (1), 17309810 (5), 17309811 (1), 17309811 (5), 17309813 (1), 17309813 (5), 17309815 (1), 17309815 (11), 17309815 (2), 17309815 (6), 17309815 (7), 17309823 (1), 17309823 (5), 17309824 (1), 17309824 (2), 17309824 (3), 17309824 (6), 17309824 (7), 17309825 (1), 17309825 (5), 17309844 (1), 17309844 (11), 17309844 (12), 17309844 (13), 17309844 (14), 17309844 (15), 17309844 (16), 17309844 (18), 17309844 (19), 17309844 (2), 17309844 (20), 17309844 (21), 17309844 (3), 17309844 (4), 17309844 (5), 17309844 (7), 17309844 (8), 17309844 (9), 17309965 (1), 17309965 (2), 17310038 (1), 17310038 (5), 17310039 (1), 17310039 (2), 17310040 (1), 17310040 (5), 17310042 (1), 17310042 (2), 17310043 (1), 17310043 (5), 17310046 (1), 17310046 (5), 17310046 (6), 17310058 (2), 17310058 (3), 17310058 (4), 17310060 (1), 17310060 (10), 17310060 (11), 17310060 (13), 17310060 (14), 17310060 (15), 17310060 (16), 17310060 (17), 17310060 (19), 17310060 (2), 17310060 (20),

17310060 (21), 17310060 (22), 17310060 (3), 17310060 (4), 17310060 (5), 17310060 (7), 17310060 (8), 17310060 (9), 17310092 (1), 17310092 (2), 17310098 (1), 17310098 (4), 17310098 (5), 17310099 (1), 17310099 (2), 17310100 (1), 17310100 (5), 17310125 (1), 17310125 (10), 17310125 (11), 17310125 (5), 17310125 (6), 17310126 (1), 17310126 (5), 17310169 (1), 17310169 (2), 17310262 (1), 17310262 (5), 17310264 (1), 17310264 (11), 17310264 (12),

**Published:** May 2021

- **Individual Photographs:** 17309310 (1), 17309310 (5), 17309310 (6), 17309310 (7), 17309311 (1), 17309311 (2), 17309311 (3), 17309311 (4), 17309387( (2), 17309387( (3), 17309387( (4), 17309387( (5), 17309546 (3), 17309546 (4), 17309546 (5), 17309546 (6), 17309575 (2), 17309575 (3), 17309575 (4), 17309575 (5), 17310045 (1), 17310045 (5), 17310045 (6), 17310045 (7), 17310057 (2), 17310057 (3), 17310057 (4), 17310057 (5),

**Published:** June 2021

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | March 29, 2021 |
| **Latest Publication Date in Group:** | June 07, 2021 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Interfocus Inc |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Interfocus Inc |
| **Name:** | Can Wang |
| **Email:** | infringement@patpat.com |
| **Telephone:** | (650)224-6698 |
| **Address:** | 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States |

## Certification

| | |
|---|---|
| **Name:** | Can Wang |
| **Date**: | August 09, 2021 |



**Copyright Office notes:**     Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 33B







# EXHIBIT 33C

**Page Vault**

| | |
|---|---|
| Document title: | Butterfly Print Tassel Cover Up for Mommy and Me Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Butterfly-Print-Tassel-Cover-Up-for-Mommy-and-Me-483029.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:34:31 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:35:20 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 26e4a1e5-7361-45d2-8ecc-df3c85d27c8d |
| User: | pp-zchen |

PDF REFERENCE #:    4QG1XitsaqfDTn27kEUiWV

**PatPat** Cute, Quality, Great Price

English · USD · 🇺🇸 United States    Free Shipping On Orders Over $45.00    Order Status   FAQs

SIGN IN   FAVORITES   BAG

| Licensed Characters | Baby | Toddler | Kids | Matching Outfits | Women & Maternity | Shoes & Accessories | Home & Baby Gear |

### Butterfly Print Tassel Cover Up for Mommy and Me

Price **$7.99** Clearance

or 4 interest-free payments of **$2.00**. Get $5 back on your first purchase with sezzle ⓘ

Color  Color block

Size  Girl
8-9 Years

Size Chart

Qty  − 1 +

Status  **In Stock**

**Add to Bag**

♡ 1732 liked

✓ Norton

📋 Description
* Please add each size separately to your shopping cart.
Detail:
* Suitable for children aged 2-9
* Tassels detail
Material & Care:
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00 +

Return Policy +

100% Secured Payments +

Highest Quality Guarantee

QUALITY — PatPat guarantees you only quality merchandise.

### All Reviews (52)

**4.9**
★★★★★
Average Rating

| | | |
|---|---|---|
| 5★ | | 47 |
| 4★ | | 3 |
| 3★ | | 2 |
| 2★ | | 0 |
| 1★ | | 0 |

A***d
Jan 21, 2022

★★★★★
daughter loves it and it's perfect

👍 Helpful (0)

Show More ⌄

### You May Also Like

**Page Vault**

| | |
|---|---|
| Document title: | Butterfly Print Tassel Cover Up for Mommy and Me Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Butterfly-Print-Tassel-Cover-Up-for-Mommy-and-Me-483029.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:35:45 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:36:18 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 4e695528-700e-4763-a841-918f9256d860 |
| User: | pp-zchen |

PDF REFERENCE #:            3EPvxpUTJQQ8JRW4dXqdUn

PatPat  Cute, Quality, Great Price

English · USD · United States    Free Shipping On Orders Over $45.00    Order Status   FAQs

SIGN IN    FAVORITES    BAG

Licensed Characters    Baby    Toddler    Kids    Matching Outfits    Women & Maternity    Shoes & Accessories    Home & Baby Gear

## Butterfly Print Tassel Cover Up for Mommy and Me

Price  **$7.99** Clearance

or 4 interest-free payments of **$2.00**. Get $5 back on your first purchase with **sezzle** ⓘ

Color   Color block

Size   Girl    Size Chart
8-9 Years

Qty    −  1  +

Status   **In Stock**

**Add to Bag**    ♡ 1732 liked

✔ Norton

🗎 Description
* Please add each size separately to your shopping cart.
Detail:
* Suitable for children aged 2-9
* Tassels detail
Material & Care:
* Material: 100% Polyester
* Machine wash, tumble dry
* Imported

Free Shipping On Orders Over $45.00    +

Return Policy    +

100% Secured Payments    +

Highest Quality Guarantee

PatPat guarantees you
only quality merchandise.

## All Reviews (52)

**4.9**
★★★★★
Average Rating

5★ ▬▬▬▬▬ 47
4★ ▬ 3
3★ 2
2★ 0
1★ 0

★★★★★
A***d         daughter loves it and it's perfect         👍 Helpful (0)
Jan 21, 2022

Show More ⌄

## You May Also Like

**Page Vault**

| | |
|---|---|
| Document title: | Butterfly Print Tassel Cover Up for Mommy and Me Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Butterfly-Print-Tassel-Cover-Up-for-Mommy-and-Me-483029.html |
| Page loaded at (UTC): | Fri, 04 Mar 2022 09:36:30 GMT |
| Capture timestamp (UTC): | Fri, 04 Mar 2022 09:36:58 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 6 |
| Capture ID: | 82becb6b-1671-4da6-bea2-cc7272219a8c |
| User: | pp-zchen |

PDF REFERENCE #:        cXoZJsyDoCG6AcPe4bAHE8



# EXHIBIT 33D

**Page Vault**

| | |
|---|---|
| Document title: | Butterfly Print Prevent Bask Cardigan for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Butterfly-Print-Prevent-Bask-Cardigan-for-Mom-and-Me-219770.html?spm=1001.2002.0.0-12 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:04:56 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:05:15 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 34c822cf-757b-4179-a185-0bd200a5779e |
| User: | pp-zchen |

PDF REFERENCE #:        xbMiN3oHttbBjDiiXGepku



**Page Vault**

| | |
|---|---|
| Document title: | Butterfly Print Prevent Bask Cardigan for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Butterfly-Print-Prevent-Bask-Cardigan-for-Mom-and-Me-219770.html?spm=1001.2002.0.0-12 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:04:56 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:05:42 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | aab701eb-81d8-4a58-8253-bda283f29a97 |
| User: | pp-zchen |

PDF REFERENCE #:     g8TLP1GVkQrhz4zrwx4tZC



🔒 **Page Vault**

| | |
|---|---|
| Document title: | Butterfly Print Prevent Bask Cardigan for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Butterfly-Print-Prevent-Bask-Cardigan-for-Mom-and-Me-219770.html?spm=1001.2002.0.0-12 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:04:56 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:05:57 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 6cea16d2-7ba1-4d38-a43c-6bdaff4d7f0d |
| User: | pp-zchen |

PDF REFERENCE #:          6jo1orwHbdghF57XnKTjUW



Document title: Butterfly Print Prevent Bask Cardigan for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Butterfly-Print-Prevent-Bask-Cardigan-for-Mom-and-Me-219770.html?spm=1001.2002.0.0-12
Capture timestamp (UTC): Mon, 28 Feb 2022 03:05:57 GMT