**EXHIBIT 39A**

        **Registration #:** VAu001404200
        **Service Request #:** 1-9035785064



InterFocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

**VAu 1-404-200**

**Effective Date of Registration:**
July 28, 2020

**Registration Decision Date:**
August 26, 2020

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Title

| | |
|---|---|
| **Title of Group:** | 1-9035785064_2020PATPAT_Unpublished_750 |
| **Number of Photographs in Group:** | 750 |
| • **Individual Photographs:** | 17105559(1),17105559(2),17105559(3),17105559(4),17105559(5),17105559(6),17105559(1),17105559(2),17105559(3),17105559(4),17105559(5),17133095(2),17133095(3),17133095(4),17133095(5),17133095(6),17151832(1),17151832(10),17151832(11),17151832(12),17151832(2),17151832(3),17151832(4),17151832(5),17151832(6),17151832(7),17151832(8),17151832(9),17151832,17157245(1),17157245(2),17157245(3),17157245(4),17157245(5),17157245(6),17157245(7),17157245(8),17157245(9),17159419-(1),17159419-(10),17159419-(11),17159419-(12),17159419-(13),17159419-(14),17159419-(15),17159419-(16),17159419-(17),17159419-(18),17159419-(2),17159419-(3),17159419-(4),17159419-(5),17159419-(6),17159419-(7),17159419-(8),17159419-(9),17159419,17163568(1),17163568(2),17163568(3),17163568(4),17163568(5),17163568(6),17165135(1),17165135(2),17165135(3),17165135(4),17165135(5),17181030(1),17181030(2),17181030(3),17181030(4),17181030(5),17181030(6),17189129,17193560(1),17193560(2),17193560(3),17193560(4),17193560(5),17193560(6),17208838(1),17208838(2),17208838(3),17208838(4),17208838(5),17208838(6),17216522(1),17216522(2),17216522(3),17216522(4),17219934(1),17219934(10),17219934(2),17219934(3),17219934(4),17219934(5),17219934(6),17219934(7),17219934(8),17219934(9),17219934,17221536(1),17221536(2),17221536(3),17221536(4),17221536(5),17221536(6),17224473(1),17224473(2),17224473(3),17224473(4),17224473(5),17228893(1),17228893(2),17228893(3),17228893(4),17228893(5),17228893(6),17228893(7),17228893(8),17228893(9),17240520(1),17240520(10),17240520(11),17240520(12),17240520(2),17240520(3),17240520(4),17240520(5),17240520(6),17240520(7),17240520(8),17240520(9),17240520(1),17240520(10),17240520(11),17240520(12),17240520(2),17240520(3),17240520(4),17240520(5),17240520(6),17240520(7),17240520(8),17240520(9),17242983(1),17242983(2),17242983(3),17242983(4), |
| • **Individual Photographs:** | 17242983(5),17242983(6),17243449(1),17243449(2),17243449(3),17243449(4),17243449(5),17243449(6),17244215(1),17244215(2),17244215(3),17244215(4),17244215(5),17244215(6),17244281-(1),17244281-(2),17244281-(3),17244281-(4),17244281-(5),17244724-(1),17244724-(10),17244724-(11),17244724-(12),17244724-(13),17244724-(14),17244724-(15),17244724- |

(16),17244724-(17),17244724-(18),17244724-(19),17244724-(2),17244724-(20),17244724-(21),17244724-(22),17244724-(23),17244724-(24),17244724-(25),17244724-(26),17244724-(27),17244724-(28),17244724-(29),17244724-(3),17244724-(4),17244724-(5),17244724-(6),17244724-(7),17244724-(8),17244724-(9),17244724,17244764(9),17245260(1),17245260(2),17245260(3),17245260(4),17245309(2),17245309(3),17245309(4),17245309(5),17245309(6),17245311(1),17245311(2),17245311(3),17245311(4),17245311(5),17245311(6),17245319(1),17245319(2),17245319(3),17245319(4),17247109(1),17247109(2),17247109(3),17247109(4),17247109(5),17247109(6),17247109(7),17249732(1),17249732(2),17249732(3),17249732(4),17249732(5),17249732(6),17249732(7),17250239(1),17250239(10),17250239(11),17250239(12),17250239(13),17250239(14),17250239(15),17250239(16),17250239(17),17250239(18),17250239(19),17250239(2),17250239(20),17250239(3),17250239(4),17250239(5),17250239(6),17250239(7),17250239(8),17250239(9),17250249(1),17250249(10),17250249(11),17250249(12),17250249(13),17250249(14),17250249(15),17250249(16),17250249(17),17250249(18),17250249(19),17250249(2),17250249(20),17250249(21),17250249(22),17250249(23),17250249(24),17250249(25),17250249(3),17250249(4),17250249(5),17250249(6),17250249(7),17250249(8),17250249(9),17270961(1),17270961(2),17270961(3),17270961(4),17270963(1),17270963(2),17270963(3),17270963(4),17270964(1),17270964(2),17270964(3),17270964(4),17270971(1),17270971(2),17270971(3),17270971(4),17270996(1),17270996(2),17270996(3),17270996(4),17270996(5),17271029(1),

- **Individual Photographs:** 17271029(10),17271029(11),17271029(12),17271029(13),17271029(14),17271029(15),17271029(16),17271029(2),17271029(3),17271029(4),17271029(5),17271029(6),17271029(7),17271029(8),17271029(9),17271032(1),17271032(2),17271032(3),17271032(4),17271032(5),17271032(6),17271034(1),17271034(2),17271034(3),17271034(4),17271034(5),17271044(1),17271044(10),17271044(11),17271044(2),17271044(3),17271044(4),17271044(5),17271044(6),17271044(7),17271044(8),17271044(9),17271061(1),17271061(2),17271061(3),17271061(4),17271061(5),17271070(1),17271070(2),17271070(3),17271070(4),17271070(5),17271096(1),17271096(2),17271096(3),17271096(4),17271096(5),17271125(1),17271125(2),17271125(3),17271125(4),17271125(5),17271142(1),17271142(2),17271142(3),17271142(4),17271142(5),17271143(1),17271143(2),17271143(3),17271143(4),17271143(5),17271199(1),17271199(2),17271199(3),17271199(4),17271206(1),17271206(2),17271206(3),17271206(4),17271225(1),17271225(10),17271225(11),17271225(12),17271225(13),17271225(14),17271225(15),17271225(2),17271225(3),17271225(4),17271225(5),17271225(6),17271225(7),17271225(8),17271225(9),17271244(1),17271244(2),17271244(3),17271244(4),17271248(1),17271248(2),17271248(3),17271248(4),17271257(1),17271257(2),17271257(3),17271257(4),17271275(1),17271275(2),17271275(3),17271275(4),17271285(1),17271285(2),17271285(3),17271285(4),17271285(5),17271285(6),17271285(7),17271305(1),17271305(2),17271305(3),17271305(4),17271305(5),17271305(6),17271305(7),17271305(1),17271305(2),17271305(3),17271305(4),17271305(5),17271305(6),17271305(7),17271311(1),17271311(2),17271311(3),17271311(4),17271314(1),17271314(2),17271314(3),17271314(4),17271318(1),17271318(2),17271318(3),17271318(4),17271337(1),17271337(2),17271337(3),17271337(4),17271337(5),17271402(1),17271402(2),17271402(3),17271402(4),17271402(5),17271402(6),17271402(7),17271402(8),17271402(9),17271733(1),17271733(2),

- **Individual Photographs:** 17271733(3),17271733(4),17271733(5),17271739(1),17271739(2),17271739(3),17271739(4),17271739(5),17271740(1),17271740(2),17271740(3),17271740(4),17271740(5),17271741(1),17271741(2),17271741(3),17271741(4),17271741(5),17271744(1),17271744(2),17271744(3),17271744(4),17271744(5),17271776(1),17271776(2),17271776(3),17271776(4),17271776(5),17271776(6),17271776(7),17271776(8),17271776(9),17271796(1),17271796(10),17271796(



- Individual Photographs:
2),17271796(3),17271796(4),17271796(5),17271796(6),17271796(7),17271796(8),17271796(9),17271950(1),17271950(2),17271950(3),17271950(4),17271950(5),17271950(6),17271950(7),17271950(8),17271950(9),17271980(1),17271980(10),17271980(2),17271980(3),17271980(4),17271980(5),17271980(6),17271980(7),17271980(8),17271980(9),17272065(1),17272065(2),17272065(3),17272065(4),17272065(5),17272065(6),17272065(7),17272079(1),17272079(2),17272079(3),17272079(4),17272079(5),17272079(6),17272079(7),17272269(1),17272269(2),17272269(3),17272269(4),17272269(5),17272271(1),17272271(2),17272271(3),17272271(4),17272271(5),17272276(1),17272276(2),17272276(3),17272276(4),17272276(5),17272277(1),17272277(2),17272277(3),17272277(4),17272277(5),17272282(1),17272282(2),17272282(3),17272282(4),17272282(5),17272314(1),17272314(2),17272314(3),17272314(4),17272314(5),17272319(1),17272319(2),17272319(3),17272319(4),17272319(5),17272398(1),17272398(2),17272398(3),17272398(4),17272398(5),17272398(6),17272398(7),17272403(1),17272403(2),17272403(3),17272403(4),17272403(5),17272403(6),17272403(7),17272415(1),17272415(2),17272415(3),17272415(4),17272415(5),17272436(1),17272436(2),17272436(3),17272436(4),17272436(5),17272436(6),17272436(7),17272531(1),17272531(2),17272531(3),17272531(4),17272531(5),17272531(6),17272585(1),17272585(2),17272585(3),17272585(4),17272585(5),17272590(1),17272590(2),17272590(3),17272590(4),17272590(5),17272590(6),17272590(7),17272601(1),17272601(2),17272601(3),17272601(4),17272601(5),17272601(6),17272601(7),17272717(1),17272717(2),17272717(3),17272717(4),17272717(5),17272718(1),17272718(2),17272718(3),17272718(4),17272718(5),17272720(1),17272720(2),17272720(3),17272720(4),17272720(5),17272721(1),17272721(2),17272721(3),17272721(4),17272721(5),17272831(1),17272831(2),17272831(3),17272831(4),17272831(5),17272832(1),17272832(2),17272832(3),17272832(4),17272832(5),17272861(1),17272861(2),17272861(3),17272861(4),17272861(5),17272866(1),17272866(2),17272866(3),17272866(4),17272866(5),17272964(1),17272964(10),17272964(2),17272964(3),17272964(4),17272964(5),17272964(6),17272964(7),17272964(8),17272964(9),17273103(1),17273103(2),17273103(3),17273103(4),17273103(5),17273113(1),17273113(2),17273113(3),17273113(4),17273113(5),17273113(6),17273113(7),427338(1),427338(2),427338(3),427338(4),427338(5),427338(6),427338(7),427338(8),433046(1),433046(10),433046(11),433046(12),433046(2),433046(3),433046(4),433046(5),433046(6),433046(7),433046(8),433046(9),433217(1),433217(10),433217(11),433217(12),433217(13),433217(14),433217(15),433217(2),433217(3),433217(4),433217(5),433217(6),433217(7),433217(8),433217(9),457304(1),457304(2),457304(3),457304(4),457304(5),457304(6),457304(7),458362,458936(1),458936(10),458936(11),458936(12),458936(13),458936(2),458936(3),458936(4),458936(5),458936(6),458936(7),458936(8),458936(9),459206(1),459206(2),459206(3),459206(4),459206(5),459414(1),459414(10),459414(11),459414(2),459414(3),459414(4),459414(5),459414(6),459414(7),459414(8),459414(9);

**Completion/Publication**

Year of Completion: 2020

**Author**

- Author: InterFocus Inc
  Author Created: photographs

        **Work made for hire:** Yes
              **Domiciled in:** United States

## Copyright Claimant

      **Copyright Claimant:** InterFocus Inc
      650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

      **Organization Name:** InterFocus Inc
                 **Name:** Can Wang
                 **Email:** patpatchina2018@gmail.com
            **Telephone:** (650)224-6698
              **Address:** 650 Castro Street Ste. 120-458,
      Mountain View, CA 94041 United States

## Certification

                 **Name:** Can Wang
                   **Date:** July 22, 2020

   **Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

      Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 39B



# EXHIBIT 39D

PageVault

| | |
|---|---|
| Document title: | Floral Print Round Collar Short Sleeve Dress for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Floral-Print-Round-Collar-Short-Sleeve-Dress-for-Mom-and-Me-217291.html?spm=1001.2002.0.0-32 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:18:19 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:18:55 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 3ba788da-fdf7-4662-8701-f82d9a5fc65b |
| User: | pp-zchen |

PDF REFERENCE #:    sNavm3cBu2YSW1YHahVBtj

Case: 1:22-cv-02259 Document #: 53-37 Filed: 11/15/22 Page 11 of 11 PageID #:3816



Document title: Floral Print Round Collar Short Sleeve Dress for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Floral-Print-Round-Collar-Short-Sleeve-Dress-for-Mom-and-Me-217291.html?spm=1001.2002.0.0-32
Capture timestamp (UTC): Thu, 20 Jan 2022 03:18:55 GMT
Page 1 of 1