# EXHIBIT 41A

**Registration #:** VA0002266527
**Service Request #:** 1-10695428272



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-266-527**
**Effective Date of Registration:**
August 11, 2021
**Registration Decision Date:**
September 14, 2021

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** March 29, 2021 to June 07, 2021

### Title

**Title of Group:** 1-10695428272_2021PATPAT_Published_750
**Number of Photographs in Group:** 750

- **Individual Photographs:** 17309077 (1), 17309077 (5), 17309107 (1), 17309107 (12), 17309107 (13), 17309107 (6), 17309107 (7), 17309166 (1)_1_1, 17309166 (5)_1_1, 17309166 (6)_1_1, 17309536 (1), 17309536 (2)(1), 17309536 (2), 17309536 (3), 17309536 (6), 17309606 (1), 17309606 (2), 17309606 (3), 17309606 (4), 17309830 (1), 17309830 (2), 17309830 (3), 17309830 (4), 17309830 (5), 17309830 (6), 17309830 (7), 17309870 (1), 17309870 (2), 17309870 (3), 17309870 (4), 17309870 (5), 17309992(1), 17309992(2), 17309992(3), 17309992(4), 17309992(5), 17310088 (1), 17310088 (10), 17310088 (11), 17310088 (12), 17310088 (13), 17310088 (14), 17310088 (15), 17310088 (16), 17310088 (2), 17310088 (3), 17310088 (4), 17310088 (5), 17310088 (6), 17310088 (7), 17310088 (8), 17310088 (9), 17310109 (1), 17310109 (2), 17310109 (3), 17310109 (4), 17310109 (5), 17310109 (7), 17310109 (8),

**Published:** March 2021

- **Individual Photographs:** 17309043 (4), 17309043 (8), 17309067 (5), 17309067 (6), 17309067 (8), 17309083 (1), 17309083 (11), 17309083 (12), 17309083 (16), 17309083 (2), 17309083 (6), 17309083 (7), 17309088 (1)_1, 17309088 (5)_1, 17309091 (1)_1, 17309091 (5)_1, 17309170 (1), 17309170 (11), 17309170 (13), 17309170 (14), 17309170 (15), 17309170 (16), 17309170 (17), 17309170 (18), 17309170 (19), 17309170 (2), 17309170 (20), 17309170 (3), 17309170 (4), 17309170 (5), 17309170 (6), 17309170 (7), 17309170 (8), 17309170 (9), 17309182 (1), 17309182 (2), 17309182 (3), 17309182 (4), 17309182 (5), 17309182 (6), 17309182 (7), 17309182 (8), 17309182 (1), 17309182 (10), 17309182 (11), 17309182 (12), 17309182 (13), 17309182 (14), 17309182 (15), 17309182 (16), 17309182 (17), 17309182 (18), 17309182 (19), 17309182 (2), 17309182 (3), 17309182 (4), 17309182 (5), 17309182 (6), 17309182 (7), 17309182 (8), 17309182 (9), 17309186 (1), 17309186 (5), 17309192 (1), 17309192 (6), 17309194 (1), 17309194 (3), 17309199 (1), 17309199 (10), 17309199 (12), 17309199 (13), 17309199 (15), 17309199 (2), 17309199 (3), 17309199 (7), 17309199 (8), 17309216 (2), 17309216 (5), 17309224 (1), 17309224 (5), 17309224 (6), 17309224 (9), 17309224, 17309238 (1), 17309238 (2), 17309238 (3), 17309238 (4), 17309259 (1), 17309259 (2), 17309302 (1), 17309302 (5), 17309314 (1), 17309314 (2), 17309314 (3), 17309314 (4),

        17309315 (1), 17309315 (2), 17309315 (3), 17309326(1), 17309326(2), 17309326(6), 17309326(7), 17309337 (1), 17309337 (2), 17309341 (1), 17309341 (2), 17309358(1), 17309358(2), 17309358(6), 17309358(7), 17309358, 17309360 (1), 17309360 (2), 17309364 (1), 17309364 (10), 17309364 (11), 17309364 (5), 17309364 (6), 17309379 (1), 17309379 (5), 17309385 (4), 17309385 (5), 17309385 (6), 17309388 (1), 17309388 (2), 17309388 (6), 17309389 (1), 17309389 (5), 17309389 (6), 17309390 (4),

**Published:** April 2021

- **Individual Photographs:** 17309390 (5), 17309390 (6), 17309391 (3), 17309391 (5), 17309398 (2), 17309398 (3), 17309398 (4), 17309398 (5), 17309399 (1), 17309399 (2), 17309404 (2), 17309404 (3), 17309404 (4), 17309404 (5), 17309504 (3), 17309504 (5), 17309512 (11), 17309512 (2), 17309512 (4), 17309512 (7), 17309512 (8), 17309512 (9), 17309513 (1), 17309513 (2), 17309525 (1), 17309525 (2), 17309538 (1), 17309538 (2), 17309538 (5), 17309538 (6), 17309540 (1), 17309540 (2), 17309560 (10), 17309560 (14), 17309560 (15), 17309560 (2), 17309560 (3), 17309560 (4), 17309560 (5), 17309560 (9), 17309560, 17309598 (1), 17309598 (2), 17309607(1), 17309607(2), 17309607 (3), 17309607(4), 17309607(5), 17309607(6), 17309624 (3), 17309624 (4), 17309624 (5), 17309642 (1), 17309642 (5), 17309668 (3), 17309668 (5), 17309686 (4), 17309686 (5), 17309694 (1), 17309694 (5), 17309758 (1), 17309758 (5), 17309759 (1), 17309759 (5), 17309761 (1), 17309761 (5), 17309762 (4), 17309762 (5), 17309782(1), 17309782(11), 17309782(12), 17309782(2), 17309782(3), 17309782(4), 17309782(5), 17309782(7), 17309782(8), 17309782(9), 17309793(1), 17309793(10), 17309793(2), 17309793(3), 17309793(4), 17309793(6), 17309793(7), 17309793(8), 17309793(9), 17309794(1), 17309794(2), 17309794(3), 17309794(4), 17309794(6), 17309794(7), 17309794(8), 17309794(9), 17309818 (2), 17309818 (3), 17309818 (4), 17309818 (7), 17309818 (8), 17309818 (9), 17309821 (2), 17309821 (6), 17309828 (1), 17309828 (5), 17309842 (1), 17309842 (10), 17309842 (12), 17309842 (13), 17309842 (14), 17309842 (17), 17309842 (18), 17309842 (19), 17309842 (2), 17309842 (20), 17309842 (21), 17309842 (22), 17309842 (3), 17309842 (5), 17309842 (8), 17309842 (9), 17309880 (1), 17309880 (2), 17309884 (4), 17309884 (5), 17309885 (1), 17309885 (10), 17309885 (11), 17309885 (12), 17309885 (13),

**Published:** April 2021

- **Individual Photographs:** 17309885 (14), 17309885 (2), 17309885 (3), 17309885 (4), 17309885 (5), 17309885 (6), 17309885 (7), 17309885 (8), 17309885 (9), 17309887(1), 17309887(2), 17309895(1), 17309895(2), 17309945 (3), 17309945 (4), 17309987 (1), 17309987 (5), 17309988 (1), 17309988 (5), 17309989 (2), 17309989 (3), 17309989 (4), 17309989 (6), 17309989 (8), 17309989 (9), 17310023 (4), 17310023 (5), 17310028 (10), 17310028 (11), 17310028 (15), 17310028 (19), 17310028 (20), 17310028 (21), 17310028 (25), 17310028 (26), 17310028 (4), 17310028 (5), 17310028 (6), 17310036 (1), 17310036 (5), 17310037 (1), 17310037 (3), 17310037 (5), 17310044(1), 17310044(2), 17310044(3), 17310044(4), 17310044(5), 17310044(6), 17310047 (2), 17310047 (3), 17310047 (4), 17310047 (5), 17310048 (2), 17310048 (3), 17310048 (4), 17310048 (5), 17310048 (6), 17310049 (1), 17310049 (2), 17310049 (5), 17310051 (1), 17310051 (2), 17310051 (6), 17310052(1), 17310052(2), 17310052(3), 17310052(4), 17310055(1), 17310055(2), 17310106 (1), 17310106 (2), 17310106 (3), 17310106 (4), 17310106 (1), 17310106 (2), 17310106 (3), 17310106 (4), 17310106 (5), 17310106 (6), 17310106 (7), 17310106 (8), 17310143 (1), 17310143 (5), 17310162 (1), 17310162 (5), 17310174 (1), 17310174 (5), 17310194 (1), 17310194 (11), 17310194 (12), 17310194 (16), 17310194 (2), 17310194 (6), 17310194 (7), 17310196 (11), 17310196 (12), 17310196 (13), 17310196 (3), 17310196 (5), 17310196 (8), 17310224 (1), 17310224 (10), 17310224



                                   (11), 17310224 (15), 17310224 (16), 17310224 (5), 17310224 (6), 17310228 (1), 17310228 (5), 17310241 (1), 17310241 (2), 17310241 (3), 17310241 (5), 17310241 (7), 17310241 (8), 17310241 (9), 17310243 (1), 17310243 (11), 17310243 (12), 17310243 (16), 17310243 (17), 17310243 (2), 17310243 (21), 17310243 (22), 17310243 (26), 17310243 (27), 17310243 (31), 17310243 (6), 17310243 (7), 17310263 (1), 17310263 (5),

**Published:** April 2021

- **Individual Photographs:** 17309056 (1), 17309056 (2), 17309153 (1), 17309153 (2), 17309156 (1), 17309156 (11), 17309156 (13), 17309156 (16), 17309156 (19), 17309156 (21), 17309156 (22), 17309156 (23), 17309156 (3), 17309156 (6), 17309156 (7), 17309180 (1), 17309180 (11), 17309180 (15), 17309180 (16), 17309180 (17), 17309180 (2), 17309180 (3), 17309180 (4), 17309180 (5), 17309180 (6), 17309180 (9), 17309183 (1), 17309183 (5), 17309183 (6), 17309185 (1), 17309185 (5), 17309293 (1), 17309293 (2), 17309294 (1), 17309294 (2), 17309297 (1), 17309297 (11), 17309297 (15), 17309297 (2), 17309297 (6), 17309297 (7), 17309297, 17309298 (1), 17309298 (4), 17309298 (5), 17309299 (1), 17309299 (6), 17309301 (1), 17309301 (5), 17309306 (1), 17309306 (2), 17309306 (6), 17309306 (7), 17309306, 17309308 (1), 17309308 (2), 17309308 (3), 17309309 (1), 17309309 (2), 17309309 (3), 17309312 (1), 17309312 (2), 17309312 (3), 17309312 (8), 17309313 (1), 17309313 (2), 17309313 (3), 17309380 (1), 17309380 (2), 17309407 (1), 17309407 (5), 17309506 (1), 17309506 (5), 17309508 (1), 17309508 (4), 17309509 (1), 17309509 (11), 17309509 (12), 17309509 (6), 17309509 (7), 17309542 (1), 17309542 (5), 17309543 (1), 17309543 (2), 17309544 (1), 17309544 (10), 17309544 (11), 17309544 (15), 17309544 (16), 17309544 (5), 17309544 (6), 17309547 (4), 17309547 (5)=, 17309548 (1), 17309548 (2), 17309549 (1), 17309549 (10), 17309549 (2), 17309549 (6), 17309549, 17309593 (1), 17309593 (10), 17309593 (11), 17309593 (15), 17309593 (16), 17309593 (20), 17309593 (21), 17309593 (5), 17309593 (6), 17309594 (1), 17309594 (5), 17309595 (1), 17309595 (2), 17309595 (3), 17309595 (7), 17309595 (8), 17309602 (1), 17309602 (5), 17309603 (1), 17309603 (2), 17309603 (3), 17309603 (4), 17309604 (2), 17309604 (3), 17309604 (4), 17309604 (5), 17309610(1), 17309610(2), 17309610(3), 17309626 (1),

**Published:** May 2021

- **Individual Photographs:** 17309626 (5), 17309714(1), 17309714(2), 17309714(6), 17309714(7), 17309714, 17309726 (1), 17309726 (2), 17309726 (5), 17309727 (1), 17309727 (2), 17309729 (1), 17309729 (11), 17309729 (4), 17309729 (6), 17309729 (9), 17309731 (1), 17309731 (3), 17309732 (1), 17309732 (5), 17309733 (1), 17309733 (5), 17309734 (1), 17309734 (12), 17309734 (13), 17309734 (2), 17309734 (3), 17309734 (7), 17309734 (8), 17309736 (1), 17309736 (2), 17309803 (2), 17309803 (3), 17309803 (4), 17309803 (5), 17309803 (6), 17309803 (7), 17309805 (1), 17309805 (5), 17309808 (1), 17309808 (2), 17309809 (1), 17309809 (2), 17309810 (1), 17309810 (5), 17309811 (1), 17309811 (5), 17309813 (1), 17309813 (5), 17309815 (1), 17309815 (11), 17309815 (2), 17309815 (6), 17309815 (7), 17309823 (1), 17309823 (5), 17309824 (1), 17309824 (2), 17309824 (3), 17309824 (6), 17309824 (7), 17309825 (1), 17309825 (5), 17309844 (1), 17309844 (11), 17309844 (12), 17309844 (13), 17309844 (14), 17309844 (15), 17309844 (16), 17309844 (18), 17309844 (19), 17309844 (2), 17309844 (20), 17309844 (21), 17309844 (3), 17309844 (4), 17309844 (5), 17309844 (7), 17309844 (8), 17309844 (9), 17309965 (1), 17309965 (2), 17310038 (1), 17310038 (5), 17310039 (1), 17310039 (2), 17310040 (1), 17310040 (5), 17310042 (1), 17310042 (2), 17310043 (1), 17310043 (5), 17310046 (1), 17310046 (5), 17310046 (6), 17310058 (2), 17310058 (3), 17310058 (4), 17310060 (1), 17310060 (10), 17310060 (11), 17310060 (13), 17310060 (14), 17310060 (15), 17310060 (16), 17310060 (17), 17310060 (19), 17310060 (2), 17310060 (20),

17310060 (21), 17310060 (22), 17310060 (3), 17310060 (4), 17310060 (5), 17310060 (7), 17310060 (8), 17310060 (9), 17310092 (1), 17310092 (2), 17310098 (1), 17310098 (4), 17310098 (5), 17310099 (1), 17310099 (2), 17310100 (1), 17310100 (5), 17310125 (1), 17310125 (10), 17310125 (11), 17310125 (5), 17310125 (6), 17310126 (1), 17310126 (5), 17310169 (1), 17310169 (2), 17310262 (1), 17310262 (5), 17310264 (1), 17310264 (11), 17310264 (12),

**Published:** May 2021

- **Individual Photographs:** 17309310 (1), 17309310 (5), 17309310 (6), 17309310 (7), 17309311 (1), 17309311 (2), 17309311 (3), 17309311 (4), 17309387( (2), 17309387( (3), 17309387( (4), 17309387( (5), 17309546 (3), 17309546 (4), 17309546 (5), 17309546 (6), 17309575 (2), 17309575 (3), 17309575 (4), 17309575 (5), 17310045 (1), 17310045 (5), 17310045 (6), 17310045 (7), 17310057 (2), 17310057 (3), 17310057 (4), 17310057 (5),

**Published:** June 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** March 29, 2021
**Latest Publication Date in Group:** June 07, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** August 09, 2021

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 41B

3-4Y

# EXHIBIT 41D

PageVault

| | |
|---|---|
| Document title: | Solid Color Lace Tassel Prevent Bask Cardigan for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Solid-Color-Lace-Tassel-Prevent-Bask-Cardigan-for-Mom-and-Me-219766.html?spm=1001.2002.0.0-10 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:08:55 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:10:32 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | ec54dd6b-d2bc-4d36-b980-e71af62723e0 |
| User: | pp-zchen |



English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center
hibobi use hibobi, love your baby.
Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home
Home / Matching outfits / Mother Baby Clothes / Top
Solid Color Lace Tassel Prevent Bask Cardigan for Mom and Me
13.99 USD
BUY 2 GET 15% OFF,BUY 3 GET 20% OFF
Color
Size Size Chart
Girl: 2-3Y Girl: 4-5Y Girl: 6-7Y Girl: 8-9Y Mom: S Mom: M Mom: L Mom: XL
Qty
Add to Cart
Description Size & Fit Delivery
Material: Polyester
Number Of Pieces: 1 Pieces
Occasion: Daily
Dry Clean: Dry-cleanable
Washing Mode: Hand Wash
Thickness: Regular
Season: Summer
Style: basic
Pattern: Solid
How About These?
Contact us with
Email service.western@hibobi.com
Telephone +86 18957149026
hibobi use hibobi, love your baby.
Contact us with
About Us About hibobi Privacy Policy Terms & Conditions Influencer program
Help & Support Return Policy Delivery
Sign up For hibobi Style News
Subscribe
App
Download on the App Store
GET IT ON Google Play
Address: FLAT/RM B 5/F GAYLORD COMMERCIAL BUILDING 114-118 LOCKHART ROAD HK
Payment Methods:
Delivery Partners:
© 2019-2021 hibobi All Rights Reserved
浙ICP备19023632号-1

Document title: Solid Color Lace Tassel Prevent Bask Cardigan for Mom and Me - hibobi
Capture URL: https://www.hibobi.com/detail/Solid-Color-Lace-Tassel-Prevent-Bask-Cardigan-for-Mom-and-Me-219766.html?spm=1001.2002.0.0-10
Capture timestamp (UTC): Mon, 28 Feb 2022 03:10:32 GMT
Page 1 of 1

PageVault

| | |
|---|---|
| Document title: | Solid Color Lace Tassel Prevent Bask Cardigan for Mom and Me - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Solid-Color-Lace-Tassel-Prevent-Bask-Cardigan-for-Mom-and-Me-219766.html?spm=1001.2002.0.0-10 |
| Page loaded at (UTC): | Mon, 28 Feb 2022 03:08:55 GMT |
| Capture timestamp (UTC): | Mon, 28 Feb 2022 03:12:24 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 52e7e59f-de0e-45e9-85e1-9d8e4fef75a2 |
| User: | pp-zchen |

# Solid Color Lace Tassel Prevent Bask Cardigan for Mom and Me

**13.99 USD**

BUY 2 GET 15% OFF,BUY 3 GET 20% OFF >

Color

Size Size Chart

Girl: 2-3Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Mom: S | Mom: M | Mom: L | Mom: XL

Qty

− 1 +

Add to Cart

Description | Size & Fit | Delivery

| | |
|---|---|
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Occasion: | Daily |
| Dry Clean: | Dry-cleanable |
| Washing Mode: | Hand Wash |
| Thickness: | Regular |
| Season: | Summer |
| Style: | basic |
| Pattern: | Solid |

## How About These?

© 2019-2021 hibobi All Rights Reserved

浙ICP备19023632号-1