# EXHIBIT 44A

**Registration #:** VA0002282229
**Service Request #:** 1-11092128102



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**VA 2-282-229**
**Effective Date of Registration:**
January 13, 2022
**Registration Decision Date:**
January 13, 2022

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** May 17, 2020 to December 27, 2020

### Title

**Title of Group:** 1-11092128102_2020PATPAT_Published_29
**Number of Photographs in Group:** 29

- **Individual Photographs:** 17260034(0), 17260034(1), 17260034(10), 17260034(2), 17260034(3), 17260034(4), 17260034(5), 17260034(6), 17260034(7), 17260034(8), 17260034(9),
  **Published:** May 2020
- **Individual Photographs:** 17283410(1), 17283410(2), 17283410(3), 17283410(4), 17283410(5), 17283410(6), 17283410(7), 17283410(8), 17283410(9),
  **Published:** September 2020
- **Individual Photographs:** 17300843(1), 17300843(2), 17300843(3), 17300843(4), 17300843(5), 17300843(6), 17300843(7), 17300843(8), 17300843(9),



**Published:** December 2020

## Completion/Publication

**Year of Completion:** 2020
**Earliest Publication Date in Group:** May 17, 2020
**Latest Publication Date in Group:** December 27, 2020
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** January 11, 2022

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application



materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



# EXHIBIT 44B









# EXHIBIT 44D




## Customer Reviews (1)

Average Rating ★★★★★ 5.0

All | Most Recent | With Picture

E***z ★★★★★

Me encantaron!!

Sep.30,2021 Color:Multi Size:Mom: L

Helpful (0)

## How About These?









Contact us with


Email
service.western@hibobi.com


phone
+86 18957149026




Contact us with

**About Us**

About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**

Return Policy
Delivery

**Sign up For hibobi Style News**

Email Subscribe

App

Download on the App Store

GET IT ON Google Play

Address: FLAT/RM B 5/F GAYLORD COMMERCIAL BUILDING 114-118 LOCKHART ROAD HK

Payment Methods:









Delivery Partners:

fetchr aramex

© 2019-2021 hibobi All Rights Reserved

浙ICP备19023632号-1



English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby. Search 0

Recommend Baby Toddler Kids Pajamas Baby Supplies Toys Matching Outfits Shoes Accessories Women Home & Living

Home / Matching outfits / Mother Baby Clothes / Rompers

Parent-child Tie Dye Rompers

11.99 USD

★★★★★ (1 Reviews)

BUY 2 GET 10% OFF,BUY 3 GET 15% OFF >

Color

Size Size Chart

Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 2-3Y | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Mom: S | Mom: M | Mom: L | Mom: XL

Qty

– 1 +

Add to Cart

Description Size & Fit Delivery

| | |
|---|---|
| Material: | Cotton |
| Number Of Pieces: | 1 Pieces |
| Dry Clean: | Not Dry Clean |
| Season: | Summer |
| Thickness: | Thin |
| Occasion: | Vacation/Beach |
| Washing Mode: | Wash with Cold Water |
| Style: | vacation |
| Pattern: | Tie dye |

## Customer Reviews (1) Average Rating ★★★★★ 5.0

All Most Recent With Picture

E***z ★★★★★

Me encantaron!!

Sep.30,2021 Color:Multi Size:Mom: L

Helpful (0)

## How About These?









Contact us with



Email
service.western@hibobi.com



phone
+86 18957149026




Contact us with

**About Us**

About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**

Return Policy
Delivery

**Sign up For hibobi Style News**

Email Subscribe

App

Download on the App Store




Address: FLAT/RM B 5/F GAYLORD COMMERCIAL BUILDING 114-118 LOCKHART ROAD HK

Payment Methods:








Delivery Partners:

fetchr aramex

© 2019-2021 hibobi All Rights Reserved

浙ICP备19023632号-1




## Customer Reviews (1)

**Average Rating** ★★★★★ 5.0

All | Most Recent | With Picture

E***z ★★★★★

Me encantaron!!

Sep.30,2021 Color:Multi Size:Mom: L

Helpful (0)

## How About These?









**Contact us with**


Email
**service.western@hibobi.com**


phone
**+86 18957149026**




**Contact us with**

**About Us**

About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**

Return Policy
Delivery

**Sign up For hibobi Style News**

Email Subscribe

**App**




Address: FLAT/RM B 5/F GAYLORD COMMERCIAL BUILDING 114-118 LOCKHART ROAD HK

**Payment Methods:**









**Delivery Partners:**

fetchr aramex

© 2019-2021 hibobi All Rights Reserved

浙ICP备19023632号-1



English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby. Search 0

Recommend Baby Toddler Kids Pajamas Baby Supplies Toys Matching Outfits Shoes Accessories Women Home & Living

Home / Matching outfits / Mother Baby Clothes / Rompers

Parent-child Tie Dye Rompers

11.99 USD

(1 Reviews)

BUY 2 GET 10% OFF,BUY 3 GET 15% OFF

Color

Size Size Chart

Girl: 3-6M Girl: 6-9M Girl: 9-12M Girl: 12-18M Girl: 2-3Y Girl: 3-4Y Girl: 4-5Y Girl: 6-7Y Girl: 8-9Y Mom: S Mom: M Mom: L Mom: XL

Qty

1

Add to Cart

Description Size & Fit Delivery

| | |
|---|---|
| Material: | Cotton |
| Number Of Pieces: | 1 Pieces |
| Dry Clean: | Not Dry Clean |
| Season: | Summer |
| Thickness: | Thin |
| Occasion: | Vacation/Beach |
| Washing Mode: | Wash with Cold Water |
| Style: | vacation |
| Pattern: | Tie dye |

## Customer Reviews (1)

Average Rating 5.0

All Most Recent With Picture

E***z

Me encantaron!!

Sep.30,2021 Color:Multi Size:Mom: L

Helpful (0)

## How About These?










**Contact us with**



Email
**service.western@hibobi.com**



phone
**+86 18957149026**




**Contact us with**



**About Us**

About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**

Return Policy
Delivery

**Sign up For hibobi Style News**

Email | Subscribe

**App**

Download on the App Store
GET IT ON Google Play

Address: FLAT/RM B 5/F GAYLORD COMMERCIAL BUILDING 114-118 LOCKHART ROAD HK

**Payment Methods:**









**Delivery Partners:**

fetchr
aramex

© 2019-2021 hibobi All Rights Reserved

浙ICP备19023632号-1