# EXHIBIT 45A

**Registration #:** VA0002283150
**Service Request #:** 1-10944665591



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-283-150

**Effective Date of Registration:**
November 17, 2021
**Registration Decision Date:**
January 20, 2022

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** May 19, 2021 to October 26, 2021

### Title _____

|  |  |
|---|---|
| **Title of Group:** | 1-10944665591_2021PATPAT_Published_750 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** 17312534 (1),
  17312534 (2),
  17312534 (3),
  17312534 (4),
  17312534 (5),
  **Published:** May 2021

- **Individual Photographs:** 17321071 (1),
  17321071 (11),
  17321071 (12),
  17321071 (16),
  17321071 (2),
  17321071 (6),
  17321071 (7),
  17321293(1),
  17321293,
  17322043,
  **Published:** June 2021

- **Individual Photographs:** 17324375,
  17324908 (2),
  17324908 (5),
  17324908 (6),
  17329773,
  **Published:** July 2021

- **Individual Photographs:** 17327036 (1),
  17327036 (11),
  17327036 (2),
  17327036 (6),
  17327036 (7),
  17327687 (1),
  17327687 (2),

17327828 (10),
17327828 (11),
17327828 (4),
17327828 (8),
17327828 (9),
17329772,
17329926 (1),
17329926 (12),
17329926 (13),
17329926 (2),
17329926 (3),
17329926 (7),
17329926 (8),
17329931 (1),
17329931 (2),
17329931 (3),
17329931 (4),
17329931 (7),
17329931 (8),
17349299 (4),
17349299 (5),
17350050 (1),
17350050 (2),
17350050 (6),
17350833 (1),
17350833 (11),
17350833 (2),
17350833 (6),
17350833 (7),
17351519 (1),
17351519 (5),
17351863,
17353766 (1),
17353766 (10),
17353766 (5),
17353766 (6),
17353766 (7),
17354052 (3),
17354052 (6),
17354052 (7),
17354052 (8),
17354052 (9),
17362237,
17363464 (2),
17363464 (4),

**Published:**   August 2021

- **Individual Photographs:**   17181556 (10),
17181556 (4),
17181556 (5),
17181556 (7),
17325471 (1),
17325471 (5),
17325471 (6),
17325471 (7),
17325471 (8),
17350349 (10),
17350349 (12),



17350349 (5),
17350349 (6),
17350349 (9),
17350349 (1),
17353332 (1),
17353332 (5),
17353332 (6),
17353332 (8),
17353663 (1),
17353663 (5),
17353663 (6),
17354127 (1),
17354127 (2),
17354127 (3),
17354127 (4),
17354127 (5),
17354127(6),
17355046 (1),
17355046 (4),
17355046 (5),
17355144 (4),
17355144 (5),
17355345 (1),
17355345 (2),
17355444 (12),
17355444 (2),
17355444 (6),
17355444 (8),
17355444 (9),
17355576 (12),
17355576 (2),
17355576 (6),
17355576 (7),
17355576 (8),
17355763 (3),
17355763 (4),
17355799 (1),
17355799 (10),
17355799 (11),
17355799 (14),
17355799 (2),
17355799 (3),
17355799 (6),
17356782 (11),
17356782 (2),
17356782 (3),
17356782 (6),
17356782 (8),
17356783 (1),
17356783 (10),
17356783 (11),
17356783 (8),
17356783 (9),
17356785 (2),
17356785 (3),
17356785 (4),
17356785 (5),
17356785 (6),

17357739 (4),
17357739 (5),
17358663 (2),
17358663 (6),
17358663 (8),
17358663 (9),
17358821 (1),
17358821 (11),
17358821 (12),
17358821 (3),
17358821 (7),
17358821 (8),
17358842 (2),
17358842 (5),
17358842 (6),
17358842 (7),
17358979 (1),
17358979 (2),
17358979 (6),
17359137 (1),
17359137 (5),
17359621 (2),
17359621 (3),
17359621 (4),
17359621 (5),
17359621 (6),
17359621 (7),
17359867 (1),
17360003 (1),
17360003 (2),
17360003 (3),
17360074 (4),
17360074 (5),
17360322 (1),
17360322 (2),
17360322 (8),
17360323 (10),
17360323 (12),
17360323 (2),
17360323 (3),
17360323 (6),
17360323 (9),
17360527 (2),
17360527 (6),
17360527 (7),
17360527 (8),
17360648 (1),
17360648 (2),
17361200 (1),
17361200 (10),
17361200 (11),
17361200 (12),
17361200 (13),
17361200 (14),
17361200 (15),
17361200 (16),
17361200 (17),
17361200 (18),



                              17361200 (19),
                              17361200 (2),
                              17361200 (20),

**Published:**   September 2021

- **Individual Photographs:**   17361200 (21),
  17361200 (22),
  17361200 (23),
  17361200 (24),
  17361200 (25),
  17361200 (26),
  17361200 (27),
  17361200 (28),
  17361200 (29),
  17361200 (3),
  17361200 (30),
  17361200 (31),
  17361200 (32),
  17361200 (4),
  17361200 (5),
  17361200 (6),
  17361200 (7),
  17361200 (8),
  17361200 (9),
  17361322 (2),
  17361322 (3),
  17361322 (4),
  17361322 (5),
  17361322 (6),
  17361445 (1),
  17361445 (5),
  17361516 (1),
  17361516 (2),
  17361516 (5),
  17361516 (6),
  17361725 (1),
  17361725 (5),
  17361726 (1),
  17361726 (11),
  17361726 (2),
  17361726 (6),
  17361726 (7),
  17361949 (11),
  17361949 (2),
  17361949 (5),
  17361949 (6),
  17361971 (1),
  17361971 (7),
  17361971 (8),
  17361971 (9),
  17362135 (11),
  17362135 (2),
  17362135 (4),
  17362135 (8),
  17362202 (1),
  17362202 (2),
  17362202 (3),
  17362202 (7),

17362202 (8),
17362326 (1),
17362326 (10),
17362326 (11),
17362326 (14),
17362326 (16),
17362326 (2),
17362326 (3),
17362326 (6),
17362326 (7),
17362331 (1),
17362331 (11),
17362331 (14),
17362331 (2),
17362331 (4),
17362331 (7),
17362449 (4),
17362449 (5),
17362466 (1),
17362466 (5),
17362646 (2),
17362646 (5),
17362647 (1),
17362647 (5),
17362648 (1),
17362648 (5),
17362649 (1),
17362649 (5),
17362650 (4),
17362650 (5),
17362659 (1),
17362659 (5),
17362725 (4),
17362725 (5),
17362736 (1),
17362736 (2),
17362743 (1),
17362743 (5),
17362743 (6),
17362745 (1),
17362745 (10),
17362745 (4),
17362745 (5),
17362745 (9),
17362789 (10),
17362789 (11),
17362789 (2),
17362789 (5),
17362789 (6),
17362789 (7),
17363269 (2),
17363269 (3),
17363269 (4),
17363269 (5),
17363269 (6),
17363289 (10),
17363289 (12),
17363289 (4),



17363289 (5),
17363289 (9),
17363330 (1),
17363330 (10),
17363330 (11),
17363330 (2),
17363330 (3),
17363330 (4),
17363330 (5),

**Published:** September 2021

- **Individual Photographs:** 17363330 (6),
17363330 (7),
17363330 (8),
17363330 (9),
17363360 (1),
17363360 (2),
17363360 (6),
17363360 (7),
17363360 (8),
17363360 (9),
17363363 (10),
17363363 (13),
17363363 (2),
17363363 (5),
17363363 (9),
17363363 (11),
17363429 (1),
17363429 (6),
17363429 (7),
17363653 (1),
17363653 (11),
17363653 (2),
17363653 (5),
17363653 (6),
17363653 (9),
17363732 (1),
17363732 (11) ,
17363732 (12) ,
17363732 (5),
17363732 (6),
17363732 (8),
17363762 (12),
17363762 (13),
17363762 (14),
17363762 (2),
17363762 (7),
17363762 (8),
17363855 (3),
17363855 (6),
17363855 (7),
17363862 (1),
17363862 (11),
17363862 (2),
17363862 (3),
17363862 (4),
17363878 (1),
17363878 (5),

17363878 (6),
17363932 (1),
17363932 (2),
17363932 (3),
17363932 (7),
17363932 (8),
17363935 (10),
17363935 (13),
17363935 (5),
17363935 (6),
17363935 (7),
17363988 (10),
17363988 (11),
17363988 (6),
17363988 (7),
17363997 (10),
17363997 (13),
17363997 (3),
17363997 (8),
17363997 (9),
17364009 (1),
17364009 (5),
17364012 (1),
17364012 (11),
17364012 (13),
17364012 (2),
17364012 (3),
17364012 (6),
17364015 (11),
17364015 (4),
17364015 (6),
17364015 (7),
17364015 (8),
17364020 (1),
17364020 (10),
17364020 (14),
17364020 (2),
17364020 (3),
17364020 (6),
17364027 (1),
17364027 (12),
17364027 (13),
17364027 (17),
17364027 (18),
17364027 (2),
17364027 (22),
17364027 (23),
17364027 (3),
17364027 (7),
17364027 (8),
17364081 (1),
17364081 (5),
17364081 (6),
17364081 (7),
17364081 (8),
17364081 (9),
17364085 (2),
17364085 (3),



|  | 17364086 (2), |
|---|---|
|  | 17364086 (3), |
|  | 17364086 (4), |
|  | 17364088 (2), |
|  | 17364088 (3), |
|  | 17364088 (4), |
|  | 17364088 (5), |
|  | 17364090 (12), |
|  | 17364090 (13), |
|  | 17364090 (14), |
|  | 17364090 (2), |
|  | 17364090 (3), |
|  | 17364090 (5), |
|  | 17364149 (3), |
|  | 17364149 (4), |
|  | 17364206 (10), |
|  | 17364206 (2), |
|  | 17364206 (3), |
|  | 17364206 (7), |
|  | 17364267 (10), |
|  | 17364267 (2), |
|  | 17364267 (3), |
|  | 17364267 (4), |
|  | 17364267 (5), |
|  | 17364293 (1), |
| **Published:** | September 2021 |

- **Individual Photographs:** 17364293 (12),
17364293 (2),
17364293 (3),
17364293 (4),
17364309 (2),
17364309 (5),
17364329 (2),
17364329 (6),
17364329 (8),
17364329,
17364336 (1),
17364336 (10),
17364336 (13),
17364336 (5),
17364336 (6),
17364336 (8),
17364336 (9),
17364367 (1),
17364367 (4),
17364367 (9),
17364468 (1),
17364468 (2),
17364474 (12),
17364474 (2),
17364474 (6),
17364474 (7),
17364474 (8),
17364646 (2),
17364646 (6),
17364646 (8),
17364646 (9),

17364680 (10),
17364680 (11),
17364680 (2),
17364680 (4),
17364680 (5),
17364680 (9),
17364683 (1),
17364683 (10),
17364683 (15),
17364683 (2),
17364683 (7),
17364683 (8),
17364697 (4),
17364697 (7),
17364697 (8),
17364698 (1),
17364698 (10),
17364698 (2),
17364698 (3),
17364698 (4),
17364698 (6),
17364733 (2),
17364733 (4),
17364733 (5),
17364733 (6),
17364779 (10),
17364779 (12),
17364779 (15),
17364779 (5),
17364779 (8),
17364802 (3),
17364802 (4),
17364802 (9),
17364811 (1),
17364811 (2),
17364811 (3),
17364811 (8),
17364811 (9),
17364852 (10),
17364852 (11),
17364852 (12),
17364852 (2),
17364852 (7),
17364852 (8),
17364852,

**Published:**   September 2021

- **Individual Photographs:**   17371456 (8),
17371456 (9),
17371586 (1),
17371586 (5),
17371592 (11),
17371592 (2),
17371592 (3),
17371592 (7),
17371887 (1),
17371887 (2),
17371887 (3),



17371887 (7),
17371887 (8),
17371940 (1),
17371940 (11),
17371940 (12),
17371940 (16),
17371940 (7),
17372006 (1),
17372006 (2),
17372006 (3),
17372006 (4),
17372006 (5),
17372006 (6),
17372006 (7),
17372006 (8),
17372206 (4),
17372206 (5),
17372411 (1),
17372411 (11),
17372411 (13),
17372411 (15),
17372411 (16),
17372411 (2),
17372411 (3),
17372430 (1),
17372430 (2),
17372585 (1),
17372585 (11),
17372585 (2),
17372585 (6),
17372585 (7),
17372742 (2),
17372742 (6),
17372745 (1),
17372745 (11),
17372745 (12),
17372745 (15),
17372745 (17),
17372745 (18),
17372745 (22),
17372745 (23),
17372745 (5),
17372745 (6),
17372745 (7),
17372919 (1),
17372919 (4),
17372942 (1),
17372942 (3),
17372988  (1),
17372988  (2),
17372988 (1),
17372988 (2),
17373316 (2),
17373316 (3),
17373316 (4),
17373316 (5),
17373475 (1),
17373475 (10),

17373475 (11),
17373475 (12),
17373475 (2),
17373475 (3),
17373475 (4),
17373475 (6),
17373475 (7),
17373475 (8),
17373475 (9),
17373487 (1),
17373487 (10),
17373487 (2),
17373487 (3),
17373487 (4),
17373487 (5),
17373487 (6),
17373487 (7),
17373487 (8),
17373487 (9),
17373489 (1),
17373489 (2),
17373489 (3),
17373489 (4),
17373489 (5),
17373490 (1),
17373490 (2),
17373490 (3),
17373490 (4),
17373769 (2),
17373769 (6),
17373769(1),

**Published:**     October 2021

- **Individual Photographs:**     17373769,
17373801 (1),
17373801 (2),
17373801 (3),
17373801 (4),
17373801 (5),
17373804 (1),
17373804 (10),
17373804 (2),
17373804 (3),
17373804 (6),
17373804 (7),
17373804 (8),
17373804 (9),
17373949 (1),
17373949 (10),
17373949 (11),
17373949 (12),
17373949 (2),
17373949 (3),
17373949 (4),
17373949 (5),
17374536 (2),
17374536 (3),
17374536 (4),



17375458 (2),
17375458 (6),
17375515 (1),
17375515 (6),
17283175 (10),
17283175 (4),
17283175 (6),
17283175 (8),
17283175 (9),
17329409  (3),
17329409  (4),
17359018 (11),
17359018 (2),
17359018 (3),
17359018 (4),
17359018 (8),
17359397 (1),
17359397 (2),
17359597 (1),
17359597 (5),
17359776 (1),
17359776 (5),
17360771 (2),
17362215 (1),
17362215 (2),
17362285 (1),
17362285 (5),
17362287 (1),
17362287 (5),
17362360 (1),
17362360 (5),
17362403 (1),
17362403 (2),
17362557,
17362980 (12),
17362980 (13),
17362980 (14),
17362980 (15),
17362980 (3),
17362980 (6),
17363108 (1),
17363108 (10),
17363108 (13),
17363108 (15),
17363108 (5),
17363108 (6),
17363128 (1),
17363128 (12),
17363128 (13),
17363128 (2),
17363128 (3),
17363128 (4),
17363704 (10),
17363704 (11),
17363704 (5),
17363704 (7),
17363705 (2),
17363705 (3),

17363705 (4),
17363886 (10),
17363886 (12),
17363886 (2),
17363886 (6),
17363949 (14),
17363949 (16),
17363949 (4),
17363949 (5),
17363949 (6),
17363949 (9),
17364089 (2),
17364091 (1),
17364091 (2),
17364091 (3),
17364091 (5),
17364091 (6),
17364091 (8),
17364091 (9),
17364600 (1),
17364600 (2),
17364648 (1),
17364648 (11),
17364648 (2),
17364648 (3),
17364648 (4),
17364648 (5),
17364687 (1),
17364687 (11),
17364687 (14),
17364687 (4),
17364687 (5),
17364687 (8),
17364853 (10),
17364853 (12),
17364853 (13),
17364853 (3),
17364853 (4),
17364853 (9)

**Published:**  October 2021

## Completion/Publication

**Year of Completion:**  2021
**Earliest Publication Date in Group:**  May 19, 2021
**Latest Publication Date in Group:**  October 26, 2021
**Nation of First Publication:**  United States

## Author

- **Author:**  Interfocus Inc
  **Author Created:**  photographs



**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** November 16, 2021

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 45B









# EXHIBIT 45C



# PatPat
Cute, Quality, Great Price

New In | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes & Accessories | Home & Baby Gear | Licensed Characters | Recommend

## Floral Print Blue Series Long-sleeve Family Matching Sets(Belted Pleated Dresses and Raglan-sleeve T-shirts)

★★★★☆  12 Reviews ›

**$12.95**

Color: Bluish Grey



Size:

**Baby Girl**

| 3-6M | 6-9M | 9-12M | 12-18M |

**Boy**

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

**Girl**

| 2 Years | 3-4 Years | 6-7 Years |

**Men**

| M | L | XL |

Size Chart ⓘ

Qty    −  1  +    ✓ In Stock

Add to Bag

or 4 interest-free payments of **$3.24** with ⚡sezzle  ⓘ





📄 **Description**                                                            ⌃
* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)
Show More

🚚 Free Shipping On Orders Over $49.00                                        ⌄

🔄 30 Days Free Return                                                        ⌄

🛡 100% Secured Payments                                                      ⌄

**Highest Quality Guarantee**

🛡 Safety Design          ⬤ No Sharp Point          ✏ Meets CPSC Standards

---

All Reviews (12)    Images (2)          Rating ALL ⌄   Size ALL ⌄   Color ALL ⌄   Sort by Default ⌄



### 3.9
Average Rating

| 5 ★ | 7 |
| 4 ★ | 1 |
| 3 ★ | 2 |
| 2 ★ | 0 |

s***m  ★★★★★
Apr 8, 2022    Color: Bluish Grey    Size: Women: M

يحبني يحبني 😂😂

🌐 Translate ⌄

👍 Helpful (10)



Cute, Quality, Great Price

New In · Black Friday · Christmas · Baby · Toddler · Kids · Matching Outfits · Maternity & Nursing · Shoes & Accessories · Home & Baby Gear · Licensed Characters · Recommend




## Floral Print Blue Series Long-sleeve Family Matching Sets(Belted Pleated Dresses and Raglan-sleeve T-shirts)

★★★★☆ 12 Reviews >

**$12.95**

Color: Bluish Grey

Size:
**Baby Girl**

3-6M · 6-9M · 9-12M · 12-18M

**Boy**

2 Years · 3-4 Years · 4-5 Years · 6-7 Years

**Girl**

2 Years · 3-4 Years · 6-7 Years

**Men**

M · L · XL

Size Chart ⓘ

Qty   –   1   +    ✓ In Stock

Add to Bag

or 4 interest-free payments of **$3.24** with 💳 sezzle ⓘ




📄 **Description**                                                                       ⌃

\* Please add each size separately to your shopping cart.
\* Soft and comfy
\* Length: to the calf (dresses)
Show More

🚚 Free Shipping On Orders Over $49.00                                          ⌄

↩ 30 Days Free Return                                                                  ⌄

🛡 100% Secured Payments                                                             ⌄

**Highest Quality Guarantee**

🛡 Safety Design     ⭕ No Sharp Point     📐 Meets CPSC Standards

---

All Reviews (12)     Images (2)                Rating ALL ⌄  Size ALL ⌄  Color ALL ⌄  Sort by Default ⌄

### 3.9
Average Rating

5 ★  ▬ 7
4 ★  ▬ 1
3 ★  ▬ 2
2 ★     0

s\*\*\*m ★★★★★                          👍 Helpful (10)
Apr 8, 2022   Color: Bluish Grey   Size: Women: M
بحثين بحثين 😅😅
🌐 Translate ⌄



# Floral Print Blue Series Long-sleeve Family Matching Sets(Belted Pleated Dresses and Raglan-sleeve T-shirts)

12 Reviews >

**$12.95**

Color: Bluish Grey

Size: Size Chart

Baby Girl

3-6M | 6-9M | 9-12M | 12-18M

Boy

2 Years | 3-4 Years | 4-5 Years | 6-7 Years

Girl

2 Years | 3-4 Years | 6-7 Years

Men

M | L | XL

Qty 1 In Stock

Add to Bag

or 4 interest-free payments of **$3.24** with sezzle

Norton by Symantec | ResellerRatings Excellent! | Quality Guarantee

## Description

* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)

Show More

## Free Shipping On Orders Over $49.00

## 30 Days Free Return

## 100% Secured Payments

## Highest Quality Guarantee

Safety Design | No Sharp Point | Meets CPSC Standards

All Reviews (12) | Images (2)

Rating ALL | Size ALL | Color ALL | Sort by Default

3.9

Average Rating

5 ★ 7
4 ★ 1
3 ★ 2
2 ★ 0

s***m ★★★★★ Helpful (10)

Apr 8, 2022 Color: Bluish Grey Size: Women: M

يجنن يجننن😍😍

Translate

# Floral Print Blue Series Long-sleeve Family Matching Sets(Belted Pleated Dresses and Raglan-sleeve T-shirts)

★★★★☆ 12 Reviews >

**$12.95**

Color: Bluish Grey

Size:

Size Chart ⓘ

Baby Girl

3-6M | 6-9M | 9-12M | 12-18M

Boy

2 Years | 3-4 Years | 4-5 Years | 6-7 Years

Girl

2 Years | 3-4 Years | 6-7 Years

Men

M | L | XL

Qty − 1 + ✓ In Stock

Add to Bag

or 4 interest-free payments of **$3.24** with sezzle ⓘ

Norton by Symantec | ResellerRatings Excellent! | Quality Guarantee

## Description

* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)

Show More

## Free Shipping On Orders Over $49.00

## 30 Days Free Return

## 100% Secured Payments

### Highest Quality Guarantee

Safety Design | No Sharp Point | Meets CPSC Standards

All Reviews (12) | Images (2)

Rating ALL | Size ALL | Color ALL | Sort by Default

**3.9**

Average Rating

5 ★ 7
4 ★ 1
3 ★ 2
2 ★ 0

s***m ★★★★★ Helpful (10)

Apr 8, 2022 Color: Bluish Grey Size: Women: M

يجنن يجنن😍😍

Translate



# EXHIBIT 45D

الإمارات العربية المتحدة 🇦🇪 العربية

الشحن مجاني للطلبيات الأكثر من 149.00 د.إ

مركز المساعدة | تسجيل الدخول | التسجيل

د.إ

hibobi use hibobi, love your baby.

بحث في موقعنا

0

مستلزمات | إكسسوارات | أحذية | الشخصيات المرخصة | ملابس الأطفال الكبار | ملابس الأطفال الصغار | ملابس الرضّع | الواصلة حديثا

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة



★★★★★
(2 التعليقات)

~~42.00 د.إ~~   **31.50 د.إ**   (السعر شامل قيمة الضريبة المضافة)

اللون



دليل المقاس | مقاس

| البنات: 3-4 سنوات | الأولاد: 4-5 سنوات | الأولاد: 4-3 سنوات |
| البنات: 6-7 سنوات | الأولاد: 6-7 سنوات | |
| الأب: L | البنات: 9-8 سنوات | الأم: M |
| الأب: L | الأم: XL | الأب: S | الأم: M |
| البنات: 2-3 سنوات | | الأولاد: 2-3 سنوات |

الكمية

−  1  +

إضافة إلى عربة التسوق

وصف | المقاس | التوصيل

| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| سماكة: | عادي |
| خصائص النسيج: | غير تمدد |
| تركيب: | البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول فستان الأطفال: | طول فى الركبة |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| طول الملابس: | متوسط الطول |
| الموسم: | الخريف |
| المكونات الموجودة فى: | البوليستر |
| القاع: | |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

تعليقات الزبائن (2) متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

م***|
★★★★★
حلو اخذت اكبر من مقاس بنتي برقم وجاء قصير خذوا برقمين اكبر برقمين 😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍
😍😍😍😍😍😍😍😍😍😍😍😍

متعاون (0) 👍



Oct.20,2022   اللون:الكحلي   مقاس:البنات:9-8 سنوات

S***|
★★★★★
منتج جيد ، أحبه!



متعاون (1) 👍

1/2

الفشن مجاني للطلبيات الأكثر من 149.00 د إ.    د    الإمارات العربية المتحدة 🇦🇪    العربية

تسجيل الدخول | التسجيل    مركز المساعدة

hibobi    use hibobi, love your baby.

بحث في موقعنا    0

الواصلة حديثا    ملابس الرضّع    ملابس الأطفال الصغار    ملابس الأطفال الكبار    الشخصيات المرخصة    إكسسوارات    أحذية    مستلزمات

‹ ›

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

★★★★★
(2 التعليقات)

**31.50 د.إ** ~~42.00 د.إ~~    (السعر شامل قيمة الضريبة المضافة)

اللون



مقاس    دليل المقاسات

| الأولاد: 4-3 سنوات | الأولاد: 4-5 سنوات | الأولاد: 6-7 سنوات | البنات: 3-3 سنوات |
| البنات: 4-5 سنوات | البنات: 6-7 سنوات | البنات: 8-9 سنوات | الأب: L |
| الأولاد: 2-3 سنوات | الأم: S | الأم: M | الأم: L | الأم: XL | الأب: M | الأب: L | البنات: 2-3 سنوات |

الكمية

−  1  +

إضافة إلى عربة التسوق

| وصف | المقاس | التوصيل |

| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| سماكة: | عادي |
| خصائص النسيج: | غير تمدد |
| تركيب: | البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول فستان الأطفال: | طول فوق الركبة |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| طول الملابس: | متوسط الطول |
| الموسم: | الخريف |
| المكونات الموجودة في: | البوليستر |
| القماش: | |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

تعليقات الزبائن (2)متوسط التقييم ★★★★★ 5.0

| الكل | أحدث التعليقات | مع صورة |

م***إ
★★★★★
حلو اخذت اكبر من مقاس بنتي برقم وجاء قصير خذوا برقمين 🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤
🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤🤤

متعاون (0) 👍



اللون:الكحلي    مقاس:البنات:9-8 سنوات    Oct.20,2022

S***إ
★★★★★
منتج جيد ، أحبه!

متعاون (1) 👍



الشحن مجاني للطلبيات الأكثر من 149.00 د.إ    د.    الإمارات العربية المتحدة 🇦🇪    العربية
مركز المساعدة    تسجيل الدخول | التسجيل

**hibobi**  use hibobi, love your baby.

🔍 بحث في موقعنا    0

‹ ›    الواصلة حديثا    ملابس الرضّع    ملابس الأطفال الصغار    ملابس الأطفال الكبار    الشخصيات المرخصة    أحذية    إكسسوارات    مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

## فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

⭐⭐⭐⭐⭐
(2 التعليقات)

**31.50 د.إ**  ~~42.00 د.إ~~  (السعر شامل قيمة الضريبة المضافة)

اللون



مقاس    دليل المقاس

| | | |
|---|---|---|
| البنات: 3-4 سنوات | الأولاد: 6-7 سنوات | الأولاد: 4-5 سنوات | الأولاد: 3-4 سنوات |
| الأب: L | البنات: 9-8 سنوات | البنات: 6-7 سنوات | البنات: 5-4 سنوات |
| البنات: 2-3 سنوات | الأم: XL | الأم: L | الأم: M | الأم: S | الأب: XL |
| الأولاد: 2-3 سنوات |

الكمية

+ 1 −

إضافة إلى عربة التسو

وصف    المقاس    التوصيل

| | |
|---|---|
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| سماكة: | عادي |
| خصائص النسيج: | غير تمدد |
| تركيب: | البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول فستان الأطفال: | طول في الركبة |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| طول الملابس: | متوسط الطول |
| الموسم: | الخريف |
| المكونات الموجودة في: | البوليستر |
| القاع: | |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (2) متوسط التقييم ⭐⭐⭐⭐⭐ 5.0

الكل    أحدث التعليقات    مع صورة

---

إ***م  👤
⭐⭐⭐⭐⭐
حلو اخذت اكبر من مقاس بنتي برقم وجاء قصير خذوا برقمين اكبر برقمين 😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍
😍😍😍😍😍😍😍😍😍😍😍😍😍

متعاون (0) 👍



Oct.20,2022    اللون:الكحلي    مقاس:البنات:9-8 سنوات

---

إ***S  👤
⭐⭐⭐⭐⭐
منتج جيد ، أحبه!

 

متعاون (1) 👍

# hibobi
### use hibobi, love your baby.

بحث في موقعنا    0

الواصلة حديثا    ملابس الرضّع    ملابس الأطفال الصغار    ملابس الأطفال الكبار    الشخصيات المرخصة    أحذية    إكسسوارات    مستلزمات    ❮ ❯

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

## فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

★★★★★ (2 التعليقات)

**31.50 د.إ**    ~~42.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)

اللون

مقاس    دليل المقاس

| الأولاد: 4-3 سنوات | الأولاد: 4-5 سنوات | الأولاد: 6-7 سنوات | البنات: 3-4 سنوات |
| البنات: 5-4 سنوات | البنات: 7-6 سنوات | البنات: 8-9 سنوات | الأب: L |
| الأب: S | الأم: M | الأم: L | الأم: XL | البنات: 2-3 سنوات |
| الأولاد: 2-3 سنوات |

الكمية    − 1 +

إضافة إلى عربة التسو

| وصف | المقاس | التوصيل |

| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| سماكة: | عادي |
| خصائص النسيج: | غير تمدد |
| تركيب: | البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول فستان الأطفال: | طول فى الركبة |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| طول الملابس: | متوسط الطول |
| الموسم: | الخريف |
| المكونات الموجودة في: | البوليستر |
| القاع: |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (2) متوسط التقييم ★★★★★ 5.0

| الكل | أحدث التعليقات | مع صورة |

م***ا ★★★★★    حلو اخذت اكبر من مقاس بنتي برقم وجاء قصير خذوا برقمين اكبر برقمين 😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍    متعاون (0)

اللون:الكحلي    مقاس:البنات:9-8 سنوات    Oct.20,2022

س***ا ★★★★★    منتج جيد ، أحبه!    متعاون (1)

https://www.hibobi.com/detail/Family-Matching-Floral-Print-Long-Sleeve-Dress-and-T-shirt-230696.html?spm=1001.2002.0.0-13    1/2