# EXHIBIT 46A

**Registration #:** VA0002283151
**Service Request #:** 1-10962082606



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-283-151

**Effective Date of Registration:**
November 19, 2021
**Registration Decision Date:**
January 20, 2022

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** June 28, 2021 to November 04, 2021

### Title



| | |
|---|---|
| **Title of Group:** | 1-10962082606_2021PATPAT_Published_750 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** 17322043,
  **Published:** June 2021

- **Individual Photographs:** 17321734 (1),
  17321734 (11),
  17321734 (2),
  17321734 (3),
  17321734 (7),
  17327159 (1),
  17327159 (1),
  17327159 (2),
  17327159 (2),
  17327159 (3),
  17327159 (4),
  17352313 (1),
  17352313 (2),
  17330233 (1),
  17330233 (5),
  17348472 (1),
  17348472 (5),
  17350534 (1),
  17350534 (5),
  17353081 (1),
  17353081 (5),
  17324386 (1),
  17324386 (2),
  17324386 (3),
  17324386 (4),
  17324386 (5),
  17324386 (6),
  17324386 (7),
  **Published:** July 2021

- **Individual Photographs:** 17324873,
17349557 (1),
17349557 (1),
17349557 (2),
17349557 (3),
17352314 (1),
17352314 (5),
17353087 (1),
17353087 (2),
17353087 (5),
17353090 (1),
17353090 (5),
17356870 (1),
17356870 (3),
17328187 (1),
17328187 (2),
17351240 (1),
17351240 (5),
17351392 (1),
17351392 (2),
17351935 (1),
17351935 (5),
17352315 (3),
17352315 (4),
17352342 (1),
17352342 (2),
17352349 (2),
17352349 (5),
17353671 (4),
17353671 (5),
17353905 (1),
17353905 (5),
17354126 (1),
17354126 (5),
17354401 (1),
17354401 (5),
17354652 (1),
17354652 (5),
17354683 (1),
17354683 (5),
17354785 (1),
17354785 (2),
17355164 (1),
17355164 (2),
17355251 (1),
17355251 (2),
17355403 (2),
17355403 (5),
17355674 (1),
17355674 (2),
17355674 (6),
17355789 (1),
17355789 (2),
17355789 (6),
17357042 (1),
17357042 (5),
17357292 (1),
17357292 (2),



|                               | 17357292 (6),<br>17359480 (1),<br>17359480 (5),<br>17323497 (1),<br>17323497 (2),<br>17323497 (3),<br>17323497 (4),<br>17323497 (5),<br>17323497 (6),<br>17350433 (1),<br>17350433 (2),<br>17350433 (3),<br>17350433 (4),<br>17350433 (5),<br>17350433 (6),<br>17351720 (1),<br>17351720 (2),<br>17351720 (3),<br>17351720 (4),<br>17351720 (5),<br>17351720 (6),<br>17352988 (1),<br>17352988 (2),<br>17352988 (3),<br>17352988 (4),<br>17352988 (5),<br>17362057(1),<br>17362057(2),<br>17362057(3),<br>17362057(4),<br>17362057(5),<br>17362057(6),<br>17362057(7),<br>17362057(8),<br>17362057(9), |

|                               |                               |
|-------------------------------|-------------------------------|
| **Published:**                | August 2021                   |

- **Individual Photographs:** 17351277 (1),
  17351277 (1),
  17351277 (2),
  17351277 (3),
  17353948 (1),
  17353948 (1),
  17353948 (2),
  17353948 (3),
  17353948 (4),
  17353948 (5),
  17353948 (6),
  17353948 (7),
  17354062 (1),
  17354062 (9),
  17354071 (1),
  17354071 (5),
  17358236 (1),
  17358236 (11),
  17358236 (13),
  17358236 (16),
  17358236 (2),

17358236 (3),
17358236 (6),
17358236 (8),
17358236 (9),
17360807 (1),
17360807 (5),
17361153,
17361228,
17361365 (1),
17361365 (5),
17361366 (1),
17361366 (5),
17361367 (1),
17361367 (4),
17361368 (1),
17361368 (5),
17361369 (1),
17361369 (5),
17361370 (1),
17361370 (5),
17361371 (1),
17361371 (5),
17363214 (1),
17363214 (5),
17363215 (1),
17363215 (5),
17363376 (1),
17363376 (2),
17363853 (1),
17363853 (1),
17363853 (2),
17363853 (3),
17364186 (1),
17364186 (2),
17366233 (1),
17366233 (2),
17367207 (1),
17367207 (6),
17325942 (2),
17325942 (5),
17326540 (4),
17326540 (5),
17355667 (2),
17355667 (5),
17357035 (1),
17357035 (5),
17357106 (1),
17357106 (2),
17357106 (6),
17357297 (1),
17357297 (2),
17357297 (5),
17357492 (2),
17357492 (5),
17359274 (1),
17359274 (2),
17360835 (1),
17360835 (5),



17360835 (6),
17361375 (1),
17361375 (5),
17361877 (2),
17361877 (5),
17361878 (1),
17361878 (5),
17362381 (1),
17362381 (2),
17362560 (1),
17362560 (5),
17363286 (1),
17363286 (2),
17363602 (1),
17363602 (2),
17363695 (1),
17363695 (2),
17363695,
17365012 (1),
17365012 (5),
17365253 (1),
17365253 (2),
17365689 (1),
17365689 (5),
17367006 (1),
17367006 (5),
17351114 (1),
17351114 (2),
17351114 (3),
17351114 (4),
17351114 (5),
17351114 (6),
17351114 (7),
17351114 (8),
17353526 (1),
17353526 (2),
17353526 (3),
17353526 (4),
17353526 (5),
17353526 (6),
17353526 (7),
17355564 (1),
17355564 (2),
17355564 (3),
17355564 (4),
17355564 (5),
17355564 (6),
17355799 (1),
17355799 (2),
17355799 (3),
17355799 (4),
17355799 (5),
17355923(1),
17355923(2),
17355923(3),
17355923(4),

**Published:** September 2021

- **Individual Photographs:** 17355923(5),
17356635 (1),
17356635 (2),
17356635 (3),
17356635 (4),
17356635 (5),
17356635 (6),
17356635 (7),
17358728 (1),
17358728 (2),
17358728 (3),
17358728 (4),
17358728 (5),
17358728 (6),
17358843 (1),
17358843 (2),
17358843 (3),
17358843 (4),
17358843 (5),
17358843 (6),
17358843 (7),
17358843 (8),
17359621 (1),
17359621 (2),
17359621 (3),
17359621 (4),
17359621 (5),
17359621 (6),
17359621 (7),
17361260 (1),
17361260 (2),
17361260 (3),
17361260 (4),
17361260 (5),
17362331 (1),
17362331 (2),
17362331 (3),
17362331 (4),
17362331 (5),
17362331 (6),
17363653 (1),
17363653 (2),
17363653 (3),
17363653 (4),
17363653 (5),
17364012 (1),
17364012 (2),
17364012 (3),
17364012 (4),
17364012 (5),
17364012 (6),
17364012 (7),
17364081 (1),
17364081 (2),
17364081 (3),
17364081 (4),
17364081 (5),
17364249 (1),



17364249 (2),
17364249 (3),
17364249 (4),
17364817 (1),
17364817 (2),
17364817 (3),
17364817 (4),
17364817 (5),
17365156 (1),
17365156 (2),
17365156 (3),
17365156 (4),
17365156 (5),
17365156 (6),
17365156 (7),
17365181 (1),
17365181 (2),
17365181 (3),
17365181 (4),
17365181 (5),
17365181 (6),
17365181 (7),
17365181 (8),
17365736 (1),
17365736 (2),
17365736 (3),
17365736 (4),
17365736 (5),
17365736 (6),
17366232 (1),
17366232 (2),
17366232 (3),
17366232 (4),
17366232 (5),
17367772 (1),
17367772 (2),
17367772 (3),
17367772 (4),
17367772 (5),
17367772 (6),
17367772 (7),
17357658 (1),
17357658 (2),
17357658 (3),
17357658 (4),
17358931 (1),
17358931 (2),
17358931 (3),
17358931 (4),
17358931 (5),
17358931 (6),
17363430 (1),
17363430 (2),
17363430 (3),
17363430 (4),
17363430 (5),

**Published:**   September 2021

- **Individual Photographs:** 17373658 (2),
  17373658 (6),
  17373658 (7),
  17360786 (1),
  17360786 (11),
  17360786 (12),
  17360786 (13),
  17360786 (5),
  17364972 (1),
  17364972 (11),
  17364972 (15),
  17364972 (6),
  17364972 (7),
  17364978 (1),
  17364978 (2),
  17364978 (3),
  17364978 (7),
  17364978 (8),
  17367299 (1),
  17367299 (2),
  17367372 (1),
  17367372 (6),
  17367779 (1),
  17367779 (5),
  17367953 (1),
  17367953 (5),
  17367995 (1),
  17367995 (5),
  17368565 (1),
  17368565 (11),
  17368565 (12),
  17368565 (16),
  17368565 (17),
  17368565 (2),
  17368565 (21),
  17368565 (6),
  17368565 (7),
  17368810 (12),
  17368810 (13),
  17368810 (14),
  17368810 (17),
  17368810 (3),
  17368810 (4),
  17368810 (8),
  17368810 (9),
  17368810,
  17368813 (1),
  17368813 (5),
  17369581 (1),
  17369581 (11),
  17369581 (2),
  17369581 (6),
  17369581 (7),
  17369967,
  17369994 (1),
  17369994 (2),
  17369997 (1),
  17369997 (2),



17370191 (1),
17370191 (5),
17370294 (1),
17370294 (5),
17370305 (1),
17370305 (2),
17370964 (1),
17370964 (2),
17371035,
17371899 (1),
17371899 (5),
17372959 (1),
17372959 (5),
17372988 (1),
17372988 (11),
17372988 (12),
17372988 (16),
17372988 (17),
17372988 (2),
17372988 (21),
17372988 (6),
17372988 (7),
17373517 (4),
17373517 (5),
17373591 (1),
17373591 (2),
17373591 (3),
17373591 (7),
17373591 (8),
17373591 (2),
17373591 (3),
17373632 (1),
17373632 (2),
17374073 (1),
17374073 (11),
17374073 (14),
17374073 (16),
17374073 (19),
17374073 (2),
17374073 (21),
17374073 (24),
17374073 (26),
17374073 (29),
17374073 (31),
17374073 (6),
17374073 (7),
17374426 (1),
17374426 (2),
17374426 (3),
17374426 (4),
17374426 (2),
17374426 (3),
17374690 (11),
17374690 (2),
17374690 (3),
17374690 (5),
17374690 (8),
17356403 (1),

17356403 (2),
17359391 (2),
17359391 (3),
17362264 (1),
17362264 (2),
17365745 (1),
17365745 (2),
17366189 (1),
17366189 (2),
17366190 (2),
17366190 (3),
17366193 (1),
17366193 (5),
17366956 (1),
17366956 (4),
17366956 (5),
17367389 (1),
17367389 (2),
17367584 (1),

**Published:**   October 2021

- **Individual Photographs:**   17367584 (11),
17367584 (12),
17367584 (16),
17367584 (2),
17367584 (6),
17367584 (7),
17367743 (1),
17367743 (2),
17368183 (1),
17368183 (2),
17368185 (1),
17368185 (2),
17368187 (1),
17368187 (2),
17368189 (1),
17368189 (2),
17374579,
17374611 (1),
17374611 (10),
17374611 (2),
17374611 (3),
17374611 (4),
17374611 (5),
17374611 (6),
17374611 (8),
17375411 (10),
17375411 (2),
17375411 (3),
17375411 (4),
17375411 (5),
17375411 (6),
17375411 (8),
17376004 (10),
17376004 (2),
17376004 (3),
17376004 (4),
17376004 (5),



17376004 (8),
17376004 (9),
17376702 (1),
17376702 (5),
17377256 (1),
17377256 (12),
17377256 (2),
17377256 (3),
17377256 (4),
17377256 (7),
17377256 (8),
17377256 (9),
17377363 (2),
17377363 (3),
17377363 (4),
17377363 (5),
17377488 (1),
17377488 (2),
17377488 (3),
17377488 (4),
17377858 (1),
17377858 (5),
17378092 (1),
17378092 (10),
17378092 (11),
17378092 (2),
17378092 (3),
17378092 (4),
17378092 (6),
17378092 (7),
17378092 (8),
17378092 (9),
17378291 (1),
17378291 (2),
17378291 (3),
17378291 (4),
17378291 (5),
17378291 (6),
17363623 (1),
17363623 (2),
17363623 (3),
17363623 (4),
17363623 (5),
17363623 (6),
17363623 (7),
17363922(1),
17363922(2),
17363922(3),
17363922(4),
17364595 (1),
17364595 (2),
17364595 (3),
17364595 (4),
17364595 (5),
17364595 (6),
17364595 (7),
17366553 (1),
17366553 (2),

17366553 (3),
17366553 (4),
17366553 (5),
17366553 (6),
17366553 (7),
17366876 (1),
17366876 (2),
17366876 (3),
17366876 (4),
17366876 (5),
17366876 (6),
17366876 (7),
17366876 (8),
17366876 (9),
17370302 (1),
17370302 (2),
17370302 (3),
17370302 (4),
17370302 (5),
17370302 (6),
17370302 (7),
17370302 (8),
17370873(1),
17370873(2),
17370873(3),
17370873(4),
17373157 (1),
17373157 (2),
17373157 (3),
17373157 (4),
17373157 (5),
17373157 (6),
17373157 (7),
7360320 (1),
7360320 (2),
7360320 (3),
7360320 (4),
7360320 (5),
7360320 (6),
7360320 (7),
17358670 (1),
17358670 (6),
17358670 (7),
17358670 (8),
17358670 (9),
17369604 (1),
17369604 (2),
17369604 (

**Published:**     October 2021

- **Individual Photographs:**     17293090 (2),
17293090 (3),
17370492 (1),
17370492 (5),
17371081 (1),
17371081 (10),
17371081 (11),
17371081 (12),



17371081 (13),
17371081 (5),
17371081 (6),
17372646 (1),
17372646 (5),
17375571 (1),
17375571 (5),
17366006 (1),
17366006 (2),
17366006 (3),
17366006 (4),
17366006 (5),
17366006 (6),
17366754 (1),
17366754 (2),
17366754 (3),
17366754 (4),
17366754 (5),
17366758 (1),
17366758 (2),
17366758 (3),
17366758 (4),
17366758 (5),
17366758 (6),
17366758 (7),
17367303 (1),
17367303 (2),
17367303 (3),
17367303 (4),
17367303 (5),
17367303 (6),
17367303 (7),
17367303 (8),
17367303 (9),
17369015 (1),
17369015 (2),
17369015 (3),
17369015 (4),
17369015 (5),
17369015 (6),
17370341  (1),
17370341  (10),
17370341  (2),
17370341  (3),
17370341  (4),
17370341  (5),
17370341  (6),
17370341  (7),
17370341  (8),
17370341  (9),
17370517 (1),
17370517 (2),
17370517 (3),
17370517 (4),
17378471 (7),
17378471 (8),
17378471 (9),
17378473(1),

17378473(2),
17378473(3),
17378473(4),
17378473(5),
17378473(6),
17378473(7),
17378473(8),
17378473(9),
17379084 (1),
17379084 (10),
17379084 (2),
17379084 (3),
17379084 (4),
17379084 (5),
17379084 (6),
17379084 (7),
17379084 (8),
17379084 (9),
17378471 (6),
17377681 (8),
17377689 (1),
17377689 (2),
17377689 (3),
17377689 (4),
17377689 (5),
17377689 (6),
17377689 (7),
17377689 (8),
17373897 (2),
17373897 (3),

**Published:** November 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** June 28, 2021
**Latest Publication Date in Group:** November 04, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States



## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Interfocus Inc |
| **Name:** | Can Wang |
| **Email:** | infringement@patpat.com |
| **Telephone:** | (650)224-6698 |
| **Address:** | 650 Castro Street Ste. 120-458 |
| | Mountain View, CA 94041 United States |

## Certification

| | |
|---|---|
| **Name:** | Can Wang |
| **Date**: | November 16, 2021 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 46B





**EXHIBIT 46C**



# PatPat
**Cute, Quality, Great Price**

New In | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes & Accessories | Home & Baby Gear | Licensed Characters | Recommend



### Floral Print Blue Series Long-sleeve Family Matching Sets(Belted Pleated Dresses and Raglan-sleeve T-shirts)

★★★★☆ 12 Reviews ›

**$12.95**

Color: Bluish Grey



Size:             Size Chart ⓘ

Baby Girl

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 6-7 Years |

Men

| M | L | XL |

Qty   ⊖ 1 ⊕   ✓ In Stock

**Add to Bag**

or 4 interest-free payments of **$3.24** with sezzle ⓘ




---

📄 **Description** ⌃

* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)

Show More

---

🚚 **Free Shipping On Orders Over $49.00** ⌄

---

🔄 **30 Days Free Return** ⌄

---

🛡 **100% Secured Payments** ⌄

---

**Highest Quality Guarantee**

🛡 Safety Design    ⊘ No Sharp Point    📐 Meets CPSC Standards

---

All Reviews (12)    Images (2)        Rating ALL ⌄   Size ALL ⌄   Color ALL ⌄   Sort by Default ⌄



### 3.9
Average Rating

| | |
|---|---|
| 5 ★ | 7 |
| 4 ★ | 1 |
| 3 ★ | 2 |
| 2 ★ | 0 |

**s\*\*\*m** ★★★★★        👍 Helpful (10)

Apr 8, 2022    Color: Bluish Grey    Size: Women: M

يحبس يحبس 😍😍

🌐 Translate ⌄

Case: 1:22-cv-02259 Document #: 53-43 Filed: 11/15/22 Page 24 of 27 PageID #:3949 .39 PatPat CA



# PatPat
Cute, Quality, Great Price

New In   Black Friday   Christmas   Baby   Toddler   Kids   Matching Outfits   Maternity & Nursing   Shoes & Accessories   Home & Baby Gear   Licensed Characters   Recommend



## Floral Print Blue Series Long-sleeve Family Matching Sets(Belted Pleated Dresses and Raglan-sleeve T-shirts)

★★★★☆ 12 Reviews ›

**$12.95**

Color: Bluish Grey

Size:                                           Size Chart ⓘ

**Baby Girl**

| 3-6M | 6-9M | 9-12M | 12-18M |

**Boy**

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

**Girl**

| 2 Years | 3-4 Years | 6-7 Years |

**Men**

| M | L | XL |

Qty    ⊖ 1 ⊕    ✓ In Stock

Add to Bag

or 4 interest-free payments of **$3.24** with 🔴 sezzle ⓘ



📄 **Description**                                      ⌃

* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)
<u>Show More</u>

🚚 Free Shipping On Orders Over $49.00         ⌄

🔄 30 Days Free Return                          ⌄

🛡 100% Secured Payments                        ⌄

**Highest Quality Guarantee**

🛡                    ◯                    ✎
Safety Design      No Sharp Point      Meets CPSC
                                       Standards

---

All Reviews (12)    Images (2)              Rating [ALL ⌄]  Size [ALL ⌄]  Color [ALL ⌄]  Sort by [Default ⌄]

### 3.9

Average Rating

| 5 ★ | | 7 |
| 4 ★ | | 1 |
| 3 ★ | | 2 |
| 2 ★ | | 0 |

s***m  ★★★★★
Apr 8, 2022    Color: Bluish Grey    Size: Women: M

يعجبني يعجبني 🤩🤩

🌐 Translate  ⌄

👍 Helpful (10)

# EXHIBIT 46D



العربية 🇦🇪 الإمارات العربية المتحدة | د ‏ | الشحن مجاني للطلبيات الأكثر من 149.00 د‏.إ | تسجيل الدخول | التسجيل | مركز المساعدة

hibobi use hibobi, love your baby.

🔍 بحث في موقعنا     0

الواصلة حديثا | ملابس الرضّع | ملابس الأطفال الصغار | ملابس الأطفال الكبار | الشخصيات المرخصة | أحذية | إكسسوارات | مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

★★★★★ (2 التعليقات)

~~42.00 د.إ~~ **31.50 د.إ** (السعر شامل قيمة الضريبة المضافة)

اللون


مقاس     دليل المقاس

| البنات: 3-4 سنوات | الأولاد: 4-5 سنوات | الأولاد: 4-3 سنوات |
| البنات: 5-4 سنوات | البنات: 6-7 سنوات | الأولاد: 6-7 سنوات |
| الأب: L | الأب: M | البنات: 9-8 سنوات | البنات: 7-6 سنوات |
| البنات: 2-3 سنوات | الأم: XL | الأم: L | الأم: M | الأم: S | الأب: XL |
| الأولاد: 2-3 سنوات |

الكمية
− 1 +

إضافة إلى عربة التسوق



وصف | المقاس | التوصيل

   



| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| سماكة: | عادي |
| خصائص النسيج: | غير تمدد |
| تركيب: | البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول فستان الأطفال: | طول في الركبة |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| طول الملابس: | متوسط الطول |
| الموسم: | الخريف |
| المكونات الموجودة في: | البوليستر |
| القاع: | |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

تعليقات الزبائن (2) متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

م***أ| ★★★★★
حلو اخذت اكبر من مقاس بنتي برقم وجاء قصير خذوا برقمين اكبر برقمين 👏👏👏👏👏👏👏👏👏👏👏👏👏 👏👏👏👏👏👏👏👏👏👏👏👏



اللون:الكحلي    مقاس:البنات:9-8 سنوات    Oct.20,2022
متعاون (0) 👍

S***أ| ★★★★★
منتج جيد ، أحبه!

متعاون (1) 👍

**hibobi** use hibobi, love your baby.

بحث في موقعنا | 0

مستلزمات | إكسسوارات | أحذية | الشخصيات المرخصة | ملابس الأطفال الكبار | ملابس الأطفال الصغار | ملابس الرضّع | الواصلة حديثا

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

### فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

⭐⭐⭐⭐⭐ (2 التعليقات)

**31.50 د.إ** ~~42.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)



اللون

دليل المقاس | مقاس

الأولاد: 4-3 سنوات | الأولاد: 4-5 سنوات | الأولاد: 6-7 سنوات | البنات: 3-4 سنوات
الأب: XL | الأم: S | الأم: M | الأم: L | الأم: XL | البنات: 5-4 سنوات | البنات: 6-7 سنوات | البنات: 8-9 سنوات | الأب: L | الأب: M
الأولاد: 2-3 سنوات | البنات: 2-3 سنوات

الكمية: + 1 -

إضافة إلى عربة التسوق

وصف | المقاس | التوصيل

...

   

  

### تعليقات الزبائن (2) متوسط التقييم ⭐⭐⭐⭐⭐ 5.0

الكل | أحدث التعليقات | مع صورة

م***| ⭐⭐⭐⭐⭐ | حلو اخذت اكبر من مقاس بنتي برقم وجاء قصير خذوا برقمين اكبر ... 🐻🐻🐻🐻🐻🐻... | متعاون (0)
  Oct.20,2022
المقاس:البنات:9-8 سنوات | اللون:الكحلي

S***| ⭐⭐⭐⭐⭐ | منتج جيد ، أحبه! | متعاون (1)
