# EXHIBIT 47A

**Registration #:**   VA0002289520
**Service Request #:**   1-11053257946



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-289-520

**Effective Date of Registration:**
December 29, 2021
**Registration Decision Date:**
March 07, 2022

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** October 09, 2021 to December 16, 2021



**Title** _____

|  |  |
|---|---|
| **Title of Group:** | 1-11053257946_2021PATPAT_Published_750 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** 17367089 (2),
  17367089 (3),
  17367089 (7),
  17367089 (9),
  17369069 (1),
  17369069 (11),
  17369069 (4),
  17369069 (8),
  17369069 (9),
  17369604 (1),
  17369604 (2),
  17369604 (3),
  17369604 (4),
  17369604 (5),
  17369604 (6),
  17371129  (1),
  17371129  (11),
  17371129  (12),
  17371129  (5),
  17371129  (8),
  17371200 (10),
  17371200 (12),
  17371200 (2),
  17371200 (4),
  17371200 (7),
  17371624 (1),
  17371624 (3),
  17374682(1),
  17374682(2),
  17374682(3),
  17374682(4),
  17374682(5),
  17374682(6),

**Published:**  October 2021

- **Individual Photographs:**  17377705 (5),
  17377784 (1),
  17377784 (2),
  17377784 (3),
  17377784 (4),
  17377784 (5),
  17377831 (1),
  17377831 (2),
  17377831 (3),
  17377831 (4),
  17377936 (1),
  17377936 (5),
  17378087 (1),
  17378087 (2),
  17378122 (1),
  17378122 (3),
  17378122 (5),
  17378122 (6),
  17378122 (7),
  17378248 (1),
  17378248 (2),
  17378248 (3),
  17378308 (1),
  17378308 (2),
  17378308 (3),
  17378308 (4),
  17378308 (5),
  17378350 (1),
  17378350 (2),
  17378350 (3),
  17378350 (4),
  17378350 (5),
  17378383 (1),
  17378383 (2),
  17378383 (3),
  17378383 (4),
  17378538 (1),
  17378538 (2),
  17378538 (3),
  17378538 (4),
  17378625 (1),
  17378625 (2),
  17378625 (3),
  17378625 (4),
  17378625 (5),
  17378721 (1),
  17378721 (2),
  17378721 (3),
  17378721 (4),
  17378721 (5),
  17378875 (3),
  17378875 (6),
  17378875 (7),
  17378875 (8),
  17378875 (9),
  17378968 (1),



17378968 (2),
17378968 (3),
17378968 (4),
17378968 (5),
17378979 (1),
17378979 (6),
17379358 (10),
17379358 (11),
17379358 (4),
17379358 (5),
17379358 (6),
17382498  (2),
17382498  (5),
17382498  (6),
17382658 (1),
17382658 (4),
17382746 (1),
17382746 (11),
17382746 (12),
17382746 (17),
17382746 (18),
17382746 (2),
17382746 (6),
17382846 (2),
17382846 (3),
17382846 (4),
17382846 (5),
17382846 (6),
17382846 (7),
17382846,
17382943 (1),
17382943 (10),
17382943 (11),
17382943 (2),
17382943 (5),
17382944 (1),
17382944 (10),
17382944 (2),
17382944 (3),
17382944 (7),
17383244 (1),
17383244 (2),
17383244 (5),
17383244 (7),
17383244 (8),
17383257,
17383290 (1),
17383290 (12),
17383290 (13),
17383290 (16),
17383290 (2),
17383290 (6),
17383290 (8),
17383383 (1),
17383383 (10),
17383383 (11),
17383383 (13),
17383383 (15),

|  | 17383383 (17), |
|---|---|
|  | 17383383 (2), |
|  | 17383383 (3), |
|  | 17383383 (4), |
|  | 17383383 (5), |
|  | 17383383 (6), |
|  | 17383383 (7), |
|  | 17383383 (8), |
|  | 17383383 (9), |
|  | 17383401 (1), |
|  | 17383401 (2), |
|  | 17383427 (2), |
|  | 17383427 (3), |
|  | 17383427 (4), |
|  | 17383427 (5), |
|  | 17383427 (6), |
| **Published:** | November 2021 |

- **Individual Photographs:** 17383427 (7),
  17383427 (8),
  17383427 (9),
  17383621(1),
  17383621(2),
  17383621(3),
  17383621(4),
  17383621(5),
  17383621(6),
  17383820 (4),
  17383820 (5),
  17383938 (1),
  17383938 (10),
  17383938 (11),
  17383938 (5),
  17383938 (6),
  17383985 (1),
  17383985 (2),
  17383985 (3),
  17383985 (4),
  17383985 (5),
  17384176 (1),
  17384176 (11),
  17384176 (2),
  17384176 (5),
  17384176 (7),
  17384602  (2),
  17384602  (3),
  17384987 (1),
  17384987 (2),
  17384987 (3),
  17384987 (5),
  17385128 (1),
  17385128 (5),
  17385239 (1),
  17385239 (10),
  17385239 (2),
  17385239 (3),
  17385239 (4),
  17385239 (5),

Case: 1:22-cv-02259 Document #: 53-44 Filed: 11/15/22 Page 7 of 38 PageID #:3959



17385239 (8),
17385239 (9),
17385242 (1),
17385242 (2),
17385242 (6),
17385242 (7),
17385244  (1),
17385244  (5),
17385262 (1),
17385262 (10),
17385262 (11),
17385262 (2),
17385262 (3),
17385283 (1),
17385283 (2),
17385283 (3),
17385283 (4),
17385283 (5),
17385283 (6),
17385283 (7),
17385307  (2),
17385307  (4),
17385307 (2),
17385307 (3),
17385307 (6),
17385307,
17385362 (1),
17385362 (11),
17385362 (3),
17385362 (5),
17385362 (6),
17385362 (7),
17385362 (9),
17385466 (10),
17385466 (11),
17385466 (12),
17385466 (2),
17385466 (5),
17385466 (6),
17385504 (1),
17385504 (2),
17385536 (10),
17385536 (11),
17385536 (12),
17385536 (4),
17385536 (5),
17385567 (4),
17385567 (6),
17385573(1),
17385573(2),
17385573(3),
17385573(4),
17385654 (1),
17385654 (2),
17385709 (1),
17385709 (5),
17385709 (6),
17386001 (10),

Page 5 of 15

17386001 (11),
17386001 (2),
17386001 (6),
17386001 (7),
17386104 (1),
17386104 (2),
17386104 (3),
17386104 (4),
17386104 (5),
17386104 (6),
17386104 (7),
17386147 (1),
17386147 (11),
17386147 (2),
17386147 (5),
17386147 (6),
17386147 (7),
17386147 (8),
17386214 (2),
17386214 (3),
17386214 (4),
17386357 (1),
17386357 (2),
17386357 (3),
17386357 (6),
17386597 (11),
17386597 (2),
17386597 (6),
17386597 (8),
17386607(1),
17386607(2),
17386607(3),

**Published:** November 2021

- **Individual Photographs:** 17386607(4),
17386739 (2),
17386739 (3),
17386739 (5),
17386818 (1),
17386818 (10),
17386818 (11),
17386818 (4),
17386818 (5),
17386818 (6),
17386829(1),
17386829(2),
17386829(3),
17386829(4),
17387015 (11),
17387015 (13),
17387015 (14),
17387015 (17),
17387015 (2),
17387015 (6),
17387015 (7),
17387017 (2),
17387017 (3),
17387017 (4),



17387017 (6),
17387017 (7),
17387017 (8),
17387018 (1),
17387018 (11),
17387018 (12),
17387018 (13),
17387018 (3),
17387018 (5),
17387018 (8),
17387190 (2),
17387190 (4),
17387190 (8),
17387190 (9),
17387191 (1),
17387191 (10),
17387191 (11),
17387191 (12),
17387191 (6),
17387191 (7),
17387243 (1),
17387243 (4),
17387243 (5),
17387243 (7),
17387374 (1),
17387374 (2),
17387374 (4),
17387498 (1),
17387498 (10),
17387498 (11),
17387498 (13),
17387498 (15),
17387498 (16),
17387498 (19),
17387498 (2),
17387498 (4),
17387498 (7),
17387498 (9),
17387656 (10),
17387656 (13),
17387656 (14),
17387656 (15),
17387656 (16),
17387656 (2),
17387656 (5),
17387656 (8),
17387822 (1),
17387822 (2),
17387822 (7),
17387822 (9),
17387837 (1),
17387837 (6),
17387837 (7),
17387960 (1),
17387960 (2),
17387960 (6),
17387960 (8),
17387981 (1),

17387981 (5),
17387981 (6),
17387981 (9),
17388021 (1),
17388021 (5),
17388021 (6),
17389359 (1),
17389359 (3),
17389359 (4),
17389359 (5),
17366758 (1),
17366758 (10),
17366758 (11),
17366758 (12),
17366758 (13),
17366758 (14),
17366758 (15),
17366758 (16),
17366758 (17),
17366758 (18),
17366758 (19),
17366758 (2),
17366758 (23),
17366758 (3),
17366758 (4),
17366758 (5),
17366758 (6),
17366758 (7),
17366758 (8),
17366758 (9),
17367941 (1),
17367941 (12),
17367941 (2),
17367941 (5),
17367941 (7),
17367941 (8),
17370172(1),
17370172(2),
17370172(3),
17370172(4),
17370172(5),
17370469(1),
17370469(2),
17370469(3),
17370469(4),
17370469(5),
17370469(6),
17371066 (12),

**Published:** November 2021

- **Individual Photographs:** 17371066 (14),
17371066 (19),
17371066 (20),
17371066 (23),
17371066 (26),
17371066 (3),
17371066 (5),
17371066 (6),



17371066 (7),
17371066 (8),
17371112 (2),
17371112 (4),
17371112 (6),
17371112,
17371164(1),
17371164(2),
17371164(3),
17371164(4),
17371164(5),
17371164(6),
17371178(1),
17371178(2),
17371178(3),
17371178(4),
17371178(5),
17371178,
17372643 (1),
17372643 (4),
17372643 (6),
17372921 (1),
17372921 (1)_1,
17372921 (10)_1,
17372921 (2),
17372921 (3),
17372921 (5)_1,
17372921 (6)_1,
17372921 (7),
17372921 (8),
17373320 (1),
17373320 (10),
17373320 (11),
17373320 (12),
17373320 (3),
17373320 (4),
17373320 (5),
17373320 (9),
17373471 (10),
17373471 (11),
17373471 (2),
17373471 (5),
17373471 (6),
17373471 (9),
17374465 (11),
17374465 (12),
17374465 (15),
17374465 (2),
17374465 (7),
17374465 (8),
17374520 (10),
17374520 (11),
17374520 (13),
17374520 (14),
17374520 (2),
17374520 (7),
17374520 (8),
17374521 (1),

17374521 (3),
17374521 (6),
17374521 (7),
17374521 (8),
17374521 (9),
17374526 (10),
17374526 (12),
17374526 (3),
17374526 (4),
17374526 (5),
17374526 (9),
17374704 (1),
17374704 (3),
17374704 (5),
17374704 (6),
17374704 (7),
17374704 (9),
17374719 (10),
17374719 (11),
17374719 (13),
17374719 (14),
17374719 (15),
17374719 (17),
17374719 (2),
17374719 (3),
17374719 (6)

**Published:**     November 2021

- **Individual Photographs:**     17377781 (1),
17377781 (2),
17378615(1),
17378615(2),
17379545 (1),
17379545 (2),
17379545 (3),
17379545 (4),
17379545 (5),
17379545 (6),
17379545 (7),
17379596 (1),
17379596 (2),
17379596 (5),
17379797 (2),
17379797 (3),
17379797 (4),
17379797 (7),
17379797 (8),
17382639 (1),
17382639 (11),
17382639 (2),
17382639 (6),
17382639 (7),
17382700 (3),
17382700 (4),
17382776 (1),
17382776 (12),
17382776 (13),
17382776 (2),



17382776 (3),
17382776 (7),
17382776 (8),
17382895(1),
17382895(2),
17382895(3),
17382895(4),
17383151 (1),
17383151 (10),
17383151 (11),
17383151 (5),
17383151 (6),
17383167 (2),
17383167 (3),
17383167 (1),
17383167 (2),
17383167 (6),
17383167 (7),
17383167 (8),
17383295 (1),
17383295 (3),
17383295 (6),
17383295 (2),
17383295 (5),
17383302 (1),
17383302 (3),
17383302 (5),
17383417 (3),
17383417 (4),
17383577 (1),
17383577 (12),
17383577 (13),
17383577 (16),
17383577 (17),
17383577 (2),
17383577 (3),
17383577 (8),
17383577 (9),
17383873,
17383978 (1),
17383978 (11),
17383978 (3),
17383978 (4),
17383978 (6),
17383978 (7),
17383978 (9),
17383988 (1),
17383988 (5),
17384037 (1),
17384037 (3),
17384037 (5),
17384221 (11),
17384221 (12),
17384221 (16),
17384221 (2),
17384221 (3),
17384221 (6),
17384221 (7),

17384660 (10),
17384660 (11),
17384660 (12),
17384660 (3),
17384660 (7),
17384660 (9),
17384795 (2),
17384795 (5),
17384795 (6),
17384795 (7),
17384795 (8),
17384878 (1),
17384878 (10),
17384878 (11),
17384878 (2),
17384878 (3),
17384982 (1),
17384982 (5),
17384988 (1),
17384988 (2),
17384988 (4),
17384991 (3),
17384991 (4),
17384991 (5),
17384991 (7),
17385229 (3),
17385229 (4),
17385344 (1),
17385344 (2),
17385344 (3),
17385558 (1),
17385558 (4),

**Published:** December 2021

- **Individual Photographs:** 17385558 (8),
17385755 (2),
17385755 (3),
17385755 (4),
17385823 (1),
17385823 (2),
17385823 (3),
17386079 (1),
17386079 (2),
17386149 (1),
17386149 (7),
17386359 (6),
17386359 (7),
17386372 (1),
17386372 (7),
17386591 (12),
17386591 (15),
17386591 (2),
17386591 (6),
17386591 (8),
17386702 (1),
17386702 (10),
17386702 (11),
17386702 (13),



17386702 (14),
17386702 (15),
17386702 (17),
17386702 (18),
17386702 (19),
17386702 (2),
17386702 (20),
17386702 (3),
17386702 (4),
17386702 (5),
17386702 (7),
17386702 (8),
17386702 (9),
17386738 (1),
17386738 (2),
17386738 (3),
17386961 (1),
17386961 (10),
17386961 (2),
17386961 (3),
17386961 (4),
17386961 (5),
17386961 (6),
17386961 (7),
17386961 (8),
17386974 (2),
17386974 (3),
17386974 (4),
17387146 (1),
17387146 (2),
17387146 (4),
17387146 (7),
17387164 (1),
17387164 (5),
17387368 (4),
17387368 (5),
17387369 (1),
17387369 (2),
17387369 (4),
17387370 (1),
17387370 (3),
17387370 (5),
17387373 (1),
17387373 (2),
17387630 (1),
17387630 (2),
17387777 (2),
17387777 (6),
17387860 (1),
17387860 (2),
17387890 (1),
17387890 (2),
17387936 (1),
17387936 (11),
17387936 (12),
17387936 (16),
17387936 (17),
17387936 (2),

17387936 (21),
17387936 (6),
17387936 (7),
17388094 (1),
17388094 (4),
17388288 (1),
17388288 (4),
17388345 (2),
17388345 (4),
17392936 (2),
17392936 (3),
17392936 (4),
17392936 (5),
17392936 (7),
17392936 (8),
17393483 (1),
17393483 (2),
17393483 (3),
17393483 (4),
17393483 (5),
17393483 (6),
17393483 (7),
17393483 (8),
17394206 (1),
17394206 (2),
17394206 (3),
17394206 (4),
17394206 (5),
17394206 (6),
17394206 (7),
17395180 (1),
17395180 (2),
17395180 (5),

**Published:** December 2021

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | October 09, 2021 |
| **Latest Publication Date in Group:** | December 16, 2021 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Interfocus Inc |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant



**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** December 29, 2021

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 47B









# EXHIBIT 47C

**2-5 Business Days** Delivery Guaranteed Shipping From US Warehouse    SHOP NOW



PatPat  Cute, Quality, Great Price



New Arrivals   Black Friday   Christmas   Baby   Toddler   Kids   Matching Outfits   Maternity & Nursing   Shoes   Accessories   Home & Baby Gear   Licensed Characters   Recommend

## Christmas Family Matching Red Velvet Long-sleeve Splicing Mesh Dresses and Shirts Sets

★★★★★  64 Reviews ›

**$9.99**                                            3 for 2

Color: Color block



Size:
Baby Girl

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women

| S | M | L | XL |

Men

| M | L | XL |

Size Chart ⓘ

Qty   ⊖  1  ⊕   ✓ In Stock

Add to Bag

Get extra 10% off on all orders with Klarna.  Klarna.

Norton     Excellent     Quality Guarantee

### 📋 Description

* Please add each size separately to your shopping cart.
* Soft and comfy
* Dresses length: to the knee (women/girls)

Show More

### 🚚 Free Shipping On Orders Over $45.00

2-5 business days delivery guaranteed in the US

### 🔒 30 Days Return

### 🛡 100% Secured Payments

**Highest Quality Guarantee**

                    

Safety Design      No Sharp Point      Meets CPSC Standards

All Reviews (64)      Images (19)                    Rating  ALL ⌄   Size  ALL ⌄   Color  ALL ⌄   Sort by  Default ⌄



**2-5 Business Days** Delivery Guaranteed Shipping From US Warehouse

SHOP NOW

PatPat Cute, Quality, Great Price

519995

New Arrivals | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes | Accessories | Home & Baby Gear | Licensed Characters | Recommend




## Christmas Family Matching Red Velvet Long-sleeve Splicing Mesh Dresses and Shirts Sets

★★★★★ 64 Reviews  ›

**$9.99**                                          3 for 2

Color: Color block

Size:
Baby Girl

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women

| S | M | L | XL |

Men

| M | L | XL |

Size Chart ⓘ

Qty   ⊖ 1 ⊕   ✓ In Stock

Add to Bag

Get extra 10% off on all orders with Klarna. Klarna.

Norton    Excellent    Quality Guarantee

### 📋 Description

* Please add each size separately to your shopping cart.
* Soft and comfy
* Dresses length: to the knee (women/girls)

Show More

### 🚚 Free Shipping On Orders Over $45.00

2-5 business days delivery guaranteed in the US

### 30 Days Return

### 🛡 100% Secured Payments

**Highest Quality Guarantee**

      

Safety Design    No Sharp Point    Meets CPSC Standards

---

All Reviews (64)    Images (19)

Rating  ALL ⌄   Size  ALL ⌄   Color  ALL ⌄   Sort by  Default ⌄

Helpful (12)



2-5 Business Days Delivery Guaranteed Shipping From US Warehouse

SHOP NOW

PatPat · Cute, Quality, Great Price

New Arrivals   Black Friday   Christmas   Baby   Toddler   Kids   Matching Outfits   Maternity & Nursing   Shoes   Accessories   Home & Baby Gear   Licensed Characters   Recommend





## Christmas Family Matching Red Velvet Long-sleeve Splicing Mesh Dresses and Shirts Sets

★★★★★ 64 Reviews ›

**$9.99**                                              3 for 2

Color: Color block

Size:
Baby Girl                                              Size Chart ⓘ

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women

| S | M | L | XL |

Men

| M | L | XL |

Qty   ⊖  1  ⊕        ✓ In Stock

Add to Bag

Get extra 10% off on all orders with Klarna   Klarna.

### Description
* Please add each size separately to your shopping cart.
* Soft and comfy
* Dresses length: to the knee (women/girls)
Show More

### Free Shipping On Orders Over $45.00
2-5 business days delivery guaranteed in the US

### 30 Days Return

### 100% Secured Payments

**Highest Quality Guarantee**

                        

Safety Design       No Sharp Point       Meets CPSC Standards

All Reviews (64)        Images (19)

Rating  ALL ⌄   Size  ALL ⌄   Color  ALL ⌄   Sort by  Default ⌄



**2-5 Business Days** Delivery Guaranteed Shipping From US Warehouse

SHOP NOW

PatPat · Cute, Quality, Great Price

New Arrivals   Black Friday   Christmas   Baby   Toddler   Kids   Matching Outfits   Maternity & Nursing   Shoes   Accessories   Home & Baby Gear   Licensed Characters   Recommend





### Christmas Family Matching Red Velvet Long-sleeve Splicing Mesh Dresses and Shirts Sets

★★★★★ 64 Reviews ›

**$9.99**                                    3 for 2

Color: Color block

Size:

Size Chart ⓘ

Baby Girl

3-6M   6-9M   9-12M   12-18M

Boy

2 Years   3-4 Years   4-5 Years   **6-7 Years**

Girl

2 Years   3-4 Years   4-5 Years   6-7 Years   8-9 Years

Women

S   M   L   XL

Men

M   L   XL

Qty   −   1   +   ✓ In Stock

Add to Bag

Get extra 10% off on all orders with Klarna. *Klarna.*

Norton   Excellent   Quality

### Description

* Please add each size separately to your shopping cart.
* Soft and comfy
* Dresses length: to the knee (women/girls)

Show More

### Free Shipping On Orders Over $45.00

2-5 business days delivery guaranteed in the US

### 30 Days Return

### 100% Secured Payments

**Highest Quality Guarantee**

                        

Safety Design         No Sharp Point      Meets CPSC
                                          Standards

All Reviews (64)    Images (19)

Rating  ALL ⌄   Size  ALL ⌄   Color  ALL ⌄   Sort by  Default ⌄



2-5 Business Days Delivery Guaranteed Shipping From US Warehouse    SHOP NOW

PatPat  Cute, Quality, Great Price

New Arrivals    Black Friday    Christmas    Baby    Toddler    Kids    Matching Outfits    Maternity & Nursing    Shoes    Accessories    Home & Baby Gear    Licensed Characters    Recommend





### Christmas Family Matching Red Velvet Long-sleeve Splicing Mesh Dresses and Shirts Sets

★★★★★  64 Reviews ›

**$9.99**                                                    3 for 2

Color: Color block

Size:
Baby Girl                                                   Size Chart ⓘ

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women

| S | M | L | XL |

Men

| M | L | XL |

Qty    ⊖    1    ⊕    ✓ In Stock

Add to Bag

Get extra 10% off on all orders with Klarna.  Klarna.

Norton    Excellent    Quality Guarantee

📄 **Description**                                          ⌃
* Please add each size separately to your shopping cart.
* Soft and comfy
* Dresses length: to the knee (women/girls)
**Show More**

🚚 **Free Shipping On Orders Over $45.00**                  ⌃
2-5 business days delivery guaranteed in the US

🔒 **30 Days Return**                                        ⌄

🛡 **100% Secured Payments**                                 ⌄

**Highest Quality Guarantee**

                    

Safety Design       No Sharp Point       Meets CPSC Standards

---

All Reviews (64)    Images (19)          Rating  ALL ⌄    Size  ALL ⌄    Color  ALL ⌄    Sort by  Default ⌄

2-5 Business Days Delivery Guaranteed Shipping From US Warehouse

SHOP NOW

PatPat Cute, Quality, Great Price

519995

New Arrivals   Black Friday   Christmas   Baby   Toddler   Kids   Matching Outfits   Maternity & Nursing   Shoes   Accessories   Home & Baby Gear   Licensed Characters   Recommend





### Christmas Family Matching Red Velvet Long-sleeve Splicing Mesh Dresses and Shirts Sets

★★★★★  64 Reviews ›

**$9.99**                                    3 for 2

Color: Color block

Size:                                        Size Chart ⓘ
Baby Girl

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women

| S | M | L | XL |

Men

| M | L | XL |

Qty        ⊖   1   ⊕        ✓ In Stock

Add to Bag

Get extra 10% off on all orders with Klarna.  Klarna.

Norton        Excellent        Quality Guarantee

📄 **Description**                                    ⌃

* Please add each size separately to your shopping cart.
* Soft and comfy
* Dresses length: to the knee (women/girls)

Show More

🚚 **Free Shipping On Orders Over $45.00**            ⌃

2-5 business days delivery guaranteed in the US

🔄 **30 Days Return**                                ⌄

🛡 **100% Secured Payments**                          ⌄

**Highest Quality Guarantee**

                  

Safety Design    No Sharp Point    Meets CPSC Standards

All Reviews (64)    Images (19)        Rating  ALL ⌄   Size  ALL ⌄   Color  ALL ⌄   Sort by  Default ⌄

**EXHIBIT 47D**

Español | 🇲🇽 Mexico | MXN     ENVÍO GRATIS en pedidos superiores a 499.00 MXN     Iniciar sesión | Iniciar sesión    Centr


**hibobi** use hibobi, love your baby.

Buscar

Personajes con Licencia    Los Recién Llegados    Ropas de bebé    Ropa para niños pequeños    Ropas de niño    Calzados

Inicio / Ropas Familiar / Ropas Familiar / Conjuntos



   

 

## Family Clothing Vestido de retazos de terciope

### 678.00 MXN

**Color**



**Tamaño**    Tabla de Tallas

| Niño: 3-4 años | Niño: 4-5 años | Niño: 6-7 años | C
| Chica: 6-9 m | Niña: 9-12M | Niña: 12-18 M | Niña:
| Niña: 4-5 años | Niña: 6-7 años | Niña: 8-9 años | P
| Papá: XL | Mamá: S | Mamá: M | Mamá: L | Mar
| Niño: 2-3Y | Niña: 2-3 años |

**Cantidad**



−   1   +

Añadir al carrito

**Descripción**    Talla y ajuste    Entrega

| | |
|---|---|
| Patrones/Gráficos: | Tartán |
| Escote: | Cuello redondo |
| Ocasión: | Diario |
| Tipo de manga: | Regular |
| Espesor: | Regular |
| Composición: | Poliéster |
| Estilo: | Elegante |
| Material: | Polyester |
| Numero de piezas: | 1 piezas |
| Longitud de ropa: | Largo |
| Instrucciones de cuidado: | Lavado a mano |
| longitud del vestido de los niños: | Longitud de la rodilla |
| Propiedades de la tela: | Microestiramiento |
| tipo de ropa: | Regular |
| Temporada: | Otoño |
| Ingredientes de fondos: | Poliéster |
| Longitud de la manga: | Manga larga |

## ¿Que tal esto?



Español ⬛ Mexico    MXN          ENVÍO GRATIS en pedidos superiores a 499.00 MXN          Iniciar sesión | Iniciar sesión     Centr

# hibobi
*use hibobi, love your baby.*

Buscar

Personajes con Licencia   Los Recién Llegados   Ropas de bebé   Ropa para niños pequeños   Ropas de niño   Calzados

Inicio / Ropas Familiar / Ropas Familiar / Conjuntos



Family Clothing Vestido de retazos de terciope

## 678.00 MXN

**Color**



**Tamaño**    Tabla de Tallas

Niño: 3-4 años | Niño: 4-5 años | Niño: 6-7 años | Q
Chica: 6-9 m | Niña: 9-12M | Niña: 12-18 M | Niña:
Niña: 4-5 años | Niña: 6-7 años | Niña: 8-9 años | P
Papá: XL | Mamá: S | Mamá: M | Mamá: L | Mam
Niño: 2-3Y | Niña: 2-3 años

**Cantidad**

− 1 +

Añadir al carrito

**Descripción**    Talla y ajuste    Entrega

| | |
|---|---|
| Patrones/Gráficos: | Tartán |
| Escote: | Cuello redondo |
| Ocasión: | Diario |
| Tipo de manga: | Regular |
| Espesor: | Regular |
| Composición: | Poliéster |
| Estilo: | Elegante |
| Material: | Polyester |
| Numero de piezas: | 1 piezas |
| Longitud de ropa: | Largo |
| Instrucciones de cuidado: | Lavado a mano |
| longitud del vestido de los niños: | Longitud de la rodilla |
| Propiedades de la tela: | Microestiramiento |
| tipo de ropa: | Regular |
| Temporada: | Otoño |
| Ingredientes de fondos: | Poliéster |
| Longitud de la manga: | Manga larga |

   
 

## ¿Que tal esto?



Español    Mexico    MXN     ENVÍO GRATIS en pedidos superiores a 499.00 MXN      Iniciar sesión | Iniciar sesión    Centr

# hibobi
use hibobi, love your baby.

Buscar

Personajes con Licencia    Los Recién Llegados    Ropas de bebé    Ropa para niños pequeños    Ropas de niño    Calzados

Inicio / Ropas Familiar / Ropas Familiar / Conjuntos



   

 

Family Clothing Vestido de retazos de terciop

## 678.00 MXN

Color



Tamaño    Tabla de Tallas

| Niño: 3-4 años | Niño: 4-5 años | Niño: 6-7 años | |
| Chica: 6-9 m | Niña: 9-12M | Niña: 12-18 M | Niña: |
| Niña: 4-5 años | Niña: 6-7 años | Niña: 8-9 años | P |
| Papá: XL | Mamá: S | Mamá: M | Mamá: L | Mar |
| Niño: 2-3Y | Niña: 2-3 años | | |

Cantidad

| − | 1 | + |

Añadir al carrito

**Descripción**    Talla y ajuste    Entrega

| | |
|---|---|
| Patrones/Gráficos: | Tartán |
| Escote: | Cuello redondo |
| Ocasión: | Diario |
| Tipo de manga: | Regular |
| Espesor: | Regular |
| Composición: | Poliéster |
| Estilo: | Elegante |
| Material: | Polyester |
| Numero de piezas: | 1 piezas |
| Longitud de ropa: | Largo |
| Instrucciones de cuidado: | Lavado a mano |
| longitud del vestido de los niños: | Longitud de la rodilla |
| Propiedades de la tela: | Microestiramiento |
| tipo de ropa: | Regular |
| Temporada: | Otoño |
| Ingredientes de fondos: | Poliéster |
| Longitud de la manga: | Manga larga |

## ¿Que tal esto?



Español 🇲🇽 Mexico    MXN        ENVÍO GRATIS en pedidos superiores a 499.00 MXN        Iniciar sesión | Iniciar sesión    Centr

# hibobi
*use hibobi, love your baby.*

Buscar

Personajes con Licencia    Los Recién Llegados    Ropas de bebé    Ropa para niños pequeños    Ropas de niño    Calzados

Inicio / Ropas Familiar / Ropas Familiar / Conjuntos



   

 

Family Clothing Vestido de retazos de terciope

## 678.00 MXN

Color



Tamaño    Tabla de Tallas

| Niño: 3-4 años | Niño: 4-5 años | Niño: 6-7 años | C |
| Chica: 6-9 m | Niña: 9-12M | Niña: 12-18 M | Niña: |
| Niña: 4-5 años | Niña: 6-7 años | Niña: 8-9 años | P |
| Papá: XL | Mamá: S | Mamá: M | Mamá: L | Mam |
| Niño: 2-3Y | Niña: 2-3 años |

Cantidad

−  1  +

Añadir al carrito



**Descripción**    Talla y ajuste    Entrega

| | |
|---|---|
| Patrones/Gráficos: | Tartán |
| Escote: | Cuello redondo |
| Ocasión: | Diario |
| Tipo de manga: | Regular |
| Espesor: | Regular |
| Composición: | Poliéster |
| Estilo: | Elegante |
| Material: | Polyester |
| Numero de piezas: | 1 piezas |
| Longitud de ropa: | Largo |
| Instrucciones de cuidado: | Lavado a mano |
| longitud del vestido de los niños: | Longitud de la rodilla |
| Propiedades de la tela: | Microestiramiento |
| tipo de ropa: | Regular |
| Temporada: | Otoño |
| Ingredientes de fondos: | Poliéster |
| Longitud de la manga: | Manga larga |

## ¿Que tal esto?

Español | Mexico | MXN

ENVÍO GRATIS en pedidos superiores a 499.00 MXN

Iniciar sesión | Iniciar sesión | Centr



use hibobi, love your baby.

Buscar

Personajes con Licencia | Los Recién Llegados | Ropas de bebé | Ropa para niños pequeños | Ropas de niño | Calzados

Inicio / Ropas Familiar / Ropas Familiar / Conjuntos












Family Clothing Vestido de retazos de terciope

## 678.00 MXN

Color



Tamaño    Tabla de Tallas

| Niño: 3-4 años | Niño: 4-5 años | Niño: 6-7 años | |
| Chica: 6-9 m | Niña: 9-12M | Niña: 12-18 M | Niña: |
| Niña: 4-5 años | Niña: 6-7 años | Niña: 8-9 años | P |
| Papá: XL | Mamá: S | Mamá: M | Mamá: L | Man |
| Niño: 2-3Y | Niña: 2-3 años | | |

Cantidad



Añadir al carrito

**Descripción**    Talla y ajuste    Entrega

| | |
|---|---|
| Patrones/Gráficos: | Tartán |
| Escote: | Cuello redondo |
| Ocasión: | Diario |
| Tipo de manga: | Regular |
| Espesor: | Regular |
| Composición: | Poliéster |
| Estilo: | Elegante |
| Material: | Polyester |
| Numero de piezas: | 1 piezas |
| Longitud de ropa: | Largo |
| Instrucciones de cuidado: | Lavado a mano |
| longitud del vestido de los niños: | Longitud de la rodilla |
| Propiedades de la tela: | Microestiramiento |
| tipo de ropa: | Regular |
| Temporada: | Otoño |
| Ingredientes de fondos: | Poliéster |
| Longitud de la manga: | Manga larga |

## ¿Que tal esto?



Español ★ Mexico | MXN | ENVÍO GRATIS en pedidos superiores a 499.00 MXN | Iniciar sesión | Iniciar sesión | Centr

# hibobi
*use hibobi, love your baby.*

Buscar

Personajes con Licencia    Los Recién Llegados    Ropas de bebé    Ropa para niños pequeños    Ropas de niño    Calzados

Inicio / Ropas Familiar / Ropas Familiar / Conjuntos



   

 

## Family Clothing Vestido de retazos de terciope



**678.00 MXN**

**Color**



Tamaño    Tabla de Tallas

| Niño: 3-4 años | Niño: 4-5 años | Niño: 6-7 años | |
| Chica: 6-9 m | Niña: 9-12M | Niña: 12-18 M | Niña: |
| Niña: 4-5 años | Niña: 6-7 años | Niña: 8-9 años | |
| Papá: XL | Mamá: S | Mamá: M | Mamá: L | Mam |
| Niño: 2-3Y | Niña: 2-3 años | | |

**Cantidad**

−  1  +

Añadir al carrito

**Descripción**    Talla y ajuste    Entrega

| | |
|---|---|
| Patrones/Gráficos: | Tartán |
| Escote: | Cuello redondo |
| Ocasión: | Diario |
| Tipo de manga: | Regular |
| Espesor: | Regular |
| Composición: | Poliéster |
| Estilo: | Elegante |
| Material: | Polyester |
| Numero de piezas: | 1 piezas |
| Longitud de ropa: | Largo |
| Instrucciones de cuidado: | Lavado a mano |
| longitud del vestido de los niños: | Longitud de la rodilla |
| Propiedades de la tela: | Microestiramiento |
| tipo de ropa: | Regular |
| Temporada: | Otoño |
| Ingredientes de fondos: | Poliéster |
| Longitud de la manga: | Manga larga |

## ¿Que tal esto?