# EXHIBIT 49A

**Registration #:** VA0002307943
**Service Request #:** 1-11458614375



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-307-943

**Effective Date of Registration:**
July 05, 2022
**Registration Decision Date:**
July 12, 2022



## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** May 31, 2021 to September 08, 2021

### Title

| | |
|---|---|
| **Title of Group:** | 1-11458614375_2021PATPAT_Published_85 |
| **Number of Photographs in Group:** | 85 |

- **Individual Photographs:**
  17315604-4418087,
  17315604-4418088,
  17315604-4418089,
  17315604-4418090,
  17315604-4418091,
  17315604-4418092,
  17315604-4418093,
  17315604-4418094,
  17315604-4418095,
  17315604-4418096,
  17315604-4418097,
  17315604-4418098,
  17315604-4418099,

  **Published:** May 2021

- **Individual Photographs:**
  17324872-4585409,
  17324872-4585410,
  17324872-4585411,
  17324872-4585412,
  17324872-4585413,
  17324872-4585414,
  17324872-4585415,
  17324872-4585416,
  17324872-4585417,
  17324872-4585418,
  17324872-4585419,
  17324872-4585420,
  17324872-4592956,
  17324872-4592957,
  17324872-4592958,
  17324872-4592959,
  17324872-4592960,
  17324872-4592961,

17324872-4592962,
17324872-4592963,
17324872-4592964,
17324872-4592965,
17324872-4592966,
17324872-4592967,
17324872-4597019,
17324872-4597020,
17324872-4597021,
17324872-4597022,
17324872-4597023,
17324872-4597024,
17324872-4597025,
17324872-4597026,

**Published:** July 2021

- **Individual Photographs:** 17353392-4720313,
17353392-4720314,
17353392-4720315,
17353392-4720316,
17353392-4720317,
17353392-4720318,
17353392-4720319,
17353392-4720320,
17353392-4720321,
17353392-4720322,
17353392-4720323,
17353392-4720324,

**Published:** August 2021

- **Individual Photographs:** 17354127-4781474,
17354127-4781475,
17354127-4781476,
17354127-4781477,
17354127-4781478,
17354127-4781479,
17354127-4781480,
17354127-4781481,
17354127-4781482,
17354127-4781483,
17354127-4781484,
17354127-4781485,
17354127-4781486,
17354127-4781487,
17354127-4786651,
17354127-4737020,
17354127-4737022,
17354127-4737025,
17354127-4737026,
17354127-4737027,
17354127-4737028,
17354127-4737030,
17354127-4737031,
17354127-4771271,
17354127-4771273,
17354127-4771274,
17354127-4771275,
17354127-4771276



**Published:** September 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** May 31, 2021
**Latest Publication Date in Group:** September 08, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** July 05, 2022

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .

XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 49B























# EXHIBIT 49D

First Order: $3 OFF over $73 & $7 OFF over $77

SHOP NOW (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)

NEW (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/NEW-ARRIVALS) HOLIDAY (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-TRENDS-WHOLESALE-CLOTHING) BABY (/COLLECTIONS/WHOLESALE-BABY-CLOTHING) GIRLS (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHING)

## Categories

Select Language

BOYS (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING) SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES) MATCHING OUTFITS (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS) CUSTOMIZE (/COLLECTIONS/CUSTOM-CLOTHING)

HOME // WHOLESALE MATCHING OUTFITS FOR 2022 (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS) // FAMILY MATCHING FLORAL PRINT RUFFLE SLEEVE DRESS AND T-SHIRT WHOLESALE (/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-RUFFLE-SLEEVE-DRESS-AND-T-SHIRT-22670)

(/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-RUFFLE-SLEEVE-DRESS-AND-T-SHIRT-22670)

## Family Matching Floral Print Ruffle Sleeve Dress and T-Shirt Wholesale

$7.85

Color  Yellow

Size

Girl 5-6Y  Girl 3-4Y  Girl 4-5Y  Girl 6-7Y  Mom S  Mom L

Buy 2-3Y  Girl 2-3Y  Buy 4-6Y

− 1 +    ADD TO CART

BUY IT NOW

woman

## Customer Reviews

No reviews yet

Write a review

Description    Return & exchange

* Thickness:Regular
* Occasion:Daily
* Number Of Pieces:1 Pieces
* Season:Summer
* Material:Polyester
* Wash Label:On the inside

## People who bought this product also bought



Color  White    Color  Dark Blue/White    Color  Burgundy    Color  Mom M
Size  9-12 Months    Size  Baby 3-6M    Size  18-24 Months    Size  Multicolor

**Total: $28.49**

ADD SELECTED TO CART

## You may also like these products

Wholesale Baby Clothes

Babiesclotheswholesale offers wholesale baby clothes online. If you are searching for wholesale children's clothing, wholesale baby clothing vendors, you can check babiesclotheswholesale. We have over 4000 styles and you can find what you like.

Wholesale Children's Clothing

Babiesclotheswholesale also offers urban children's clothing wholesale. Our price is very competitive wholesale price. If you want to find a cheap wholesale clothing supplier, you must check our website.

Wholesale Baby Boy Clothes

You can find the most trendy kids wholesale clothing here, no matter what style you need. You can find cute onesies, sweet baby girl dresses, cool boys sets and fashion girls sets here.

Kids Clothing Vendors

If you are looking for kids wholesale suppliers, Babiesclotheswholesale is your best choice as our size range runs from newborn to 14-year. No matter you are looking for wholesale boys clothing,wholesale girls clothing, wholesale baby clothes or wholesale toddler clothing. What's more, all stock is affordable children's boutique clothing.

Children's Boutique Wholesale

If you are a boutique owner, you can use Babiesclotheswholesale's dropshipping service. You don't need to keep stock and your customer will receive packages from Babiesclotheswholesale without knowing our company.

Online Wholesale Clothing

As an online wholesaler, we offer cheap wholesale clothing and our quality is still at the same time. You can rest assured that you can get the hot sale items from us.

wholesale girls clothes

If you want to purchase hot cute wholesale girl dress, onesies, sets and kids accessories wholesale. We hope all girls will be happy when they wear our clothing.

Wholesale Baby Clothes Online

Babiesclotheswholesale offers baby rompers,sets,dresses, and more. We have different wholesale baby gears, such as feeding supplies, activity supplies and seat products.

Copyright © 2022 Babiesclotheswholesale Powered by Babiesclotheswholesale

First Order Code: Newcomer5 | Newcomer5

First Order: $5 OFF over $75 & $10 OFF over $177    SHOP NOW (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)





NEW (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/NEW-ARRIVALS)    HOLIDAY (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/HOLIDAY)    BEST DEAL-TRENDS-WHOLESALE (COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)    BABY (/COLLECTIONS/WHOLESALE-BABY-CLOTHING)    GIRLS (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHING)

Categories

Select Language

BOYS (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING)    SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES)    MATCHING OUTFITS (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)    CUSTOM (/COLLECTIONS/CUSTOM-CLOTHING)

HOME (/)    WHOLESALE MATCHING OUTFITS FOR 2022 (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)    FAMILY MATCHING FLORAL PRINT RUFFLE SLEEVE DRESS AND T-SHIRT WHOLESALE (/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-RUFFLE-SLEEVE-DRESS-AND-T-SHIRT-22670)







Girl

(/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-RUFFLE-SLEEVE-DRESS-AND-T-SHIRT-22670)

## Family Matching Floral Print Ruffle Sleeve Dress and T-Shirt Wholesale

$7.85

Shipping (/policies/shipping-policy) calculated at checkout.

**Color**    Yellow

**Size**    Girl 9-12M    Girl 12-24M    Girl 2-3Y    Girl 3-4Y    Girl 4-5Y    Girl 6-7Y    Mom S    Mom L

Buy 2-3Y    Buy 3-4Y    Buy 4-5Y

1

ADD TO CART

BUY IT NOW

COLLECTIONS:

TAGS:

PAYMENT METHODS:

SHARE ON:

TEXT=FAMILY+MATCHING+FLORAL+PRINT+RUFFLE+SLEEVE+DRESS+AND+T-SHIRT+WHOLESALE)

Y=1650707677&DESCRIPTION=FAMILY+MATCHING+FLORAL+PRINT+RUFFLE+SLEEVE+DRESS+AND+T-SHIRT+WHOLESALE)

## Customer Reviews

No reviews yet

Write a review

**Description**    Return & exchange

* Thickness:Regular
* Occasion:Daily
* Number Of Pieces:1 Pieces
* Season:Summer
* Material:Polyester
* Wash Label:On the inside

## People who bought this product also bought



**Total: $28.49**

ADD SELECTED TO CART

## You may also like these products



Wholesale Baby Clothes
Babiesclotheswholesale offers wholesale baby clothes online. If you are searching for wholesale children's clothing, wholesale baby clothing vendors, you can check babiesclotheswholesale. We have over 4000 styles and you can find what you like.
Wholesale Childrens Clothing
Babiesclotheswholesale also offers urban children's clothing wholesale. Our price is very competitive wholesale price. If you want to find a cheap wholesale clothing supplier, you must check our website.
Wholesale Baby Boy Clothes
You can find the most trendy kids wholesale clothing here, no matter what style you need. You can find cute onesies, sweet baby girl dresses, cool boys sets and fashion girls sets here.
Kids Clothing Vendors
If you are looking for kids wholesale suppliers, Babiesclotheswholesale is your best choice as our size range runs from newborn to 14-year. No matter you are looking for wholesale boys clothing,wholesale girls clothing,wholesale baby clothes or wholesale toddler clothing. What's more, all stock is affordable children's boutique clothing.
Children's Boutique Wholesale
If you are a boutique owner, you can use Babiesclotheswholesale's dropshipping service. You don't need to keep stock and your customer will receive packages from Babiesclotheswholesale without knowing our company.
Online Wholesale Clothing
As an online wholesaler, we offer cheap wholesale clothing and our quality is high at the same time. You can rest assured that you can get the hot sale items from us.
wholesale girls clothes
You can find the most trendy cute wholesale girl dress, onesies, sets and kids accessories wholesale. We hope all girls will be happy when they wear our clothing.
Wholesale Baby Clothes Online
Babiesclotheswholesale offers baby rompers sets, dresses, and other accessories. What's more, there are many baby gears, such as feeding supplies, activity supplies and bed products.

Copyright © 2022 BabiesclothesWholesale. Powered by BabiesclothesWholesale

First Order Code: Newcomer5?Newcomer?

First Order: $3 OFF over $72 & $7 OFF over $77   SHOP NOW (HTTPS://WWW.BABESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)

B&W (HTTPS://WWW.BABESCLOTHESWHOLESALE.COM)

NEW (HTTPS://WWW.BABESCLOTHESWHOLESALE.COM/COLLECTIONS/NEW-ARRIVALS)   HOLIDAY (HTTPS://WWW.BABESCLOTHESWHOLESALE.COM/COLLECTIONS/HOLIDAY)   BABY (/COLLECTIONS/WHOLESALE-BABY-CLOTHING)   GIRLS (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHING)

BOYS (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING)   SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES)   MATCHING OUTFITS (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)   CUSTOMER (/CUSTOMER-CLOTHING)

HOME > WHOLESALE MATCHING OUTFITS FOR 2022 (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS) > FAMILY MATCHING FLORAL PRINT RUFFLE SLEEVE DRESS AND T-SHIRT WHOLESALE (/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-RUFFLE-SLEEVE-DRESS-AND-T-SHIRT-19875)





(/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-RUFFLE-SLEEVE-DRESS-AND-T-SHIRT-19875)

## Family Matching Floral Print Ruffle Sleeve Dress and T-Shirt Wholesale

**$7.85**

Shipping (/policies/shipping-policy) calculated at checkout.

**Color**  Yellow

**Size**

| Girl 9-24M | Girl 2-3Y | Girl 3-4Y | Girl 4-5Y | Girl 6-7Y | Mom S | Mom L |

Buy 2-3Y   Buy 3-4Y   Buy 4-5Y

**ADD TO CART**

**BUY IT NOW**

---

**Customer Reviews**

☆☆☆☆☆ No reviews yet          Write a review

---

**Description** | **Return & exchange**

* Thickness: Regular
* Occasion: Daily
* Number Of Pieces: 1 Pieces
* Season: Summer
* Material: Polyester
* Wash Label: On the inside

---

## People who bought this product also bought



Toddler Girl Cotton Casual Floral...
(/products/toddler-girl-cotton-casual-floral-t-shirt-pants-2-pc-22058)
**$7.76**
Color  White
Size  9-12 Months

Family Matching Floral Print Sleeveless...
(/products/family-matching-floral-print-sleeveless-dresses-and-t-shirts-sets-19894)
**$7.05**
Color  Dark Blue/White
Size  Baby 0-6M

Toddler Girls Sleeveless Tropical Spa...
(/products/toddler-girls-sleeveless-tropical-spaghetti-strap-dress-22603)
**$7.24**
Color  Burgundy
Size  18-24 Months

Casual Letter Pattern Print Family...
(/products/casual-letter-pattern-print-family-matching-tops-22038)
**$6.44**
Color  Multicolor

**Total: $28.49**

**ADD SELECTED TO CART**

---

## You may also like these products

---

Wholesale Baby Clothes
Babesclotheswholesale offers wholesale baby clothes online. If you are searching for wholesale children's clothing, wholesale baby clothing vendors, you can check babesclotheswholesale. We have over 4000 styles and you can find what you like.

Wholesale Children's Clothing
Babesclotheswholesale also offers urban children's clothing wholesale. Our price is very competitive wholesale price. If you want to find a cheap wholesale clothing supplier, you must check our website.

Wholesale Baby Boy Clothes
You can find the most trendy kids wholesale clothing here, no matter what style you need. You can find cute onesies, sweet baby girl dresses, cool boys sets and fashion girls sets here.

Kids Clothing Vendors
If you are looking for kids wholesale suppliers, Babesclotheswholesale is your best choice as our size range runs from newborn to 14 years. No matter you are looking for wholesale boys clothing,wholesale girls clothing, wholesale baby clothes or wholesale toddler clothing. What's more, all stock is affordable children's boutique clothing.

Children's Boutique Wholesale
If you are a boutique owner, you can use Babesclotheswholesale's dropshipping service. You won't need to keep stock and your customer will receive packages from Babesclotheswholesale without knowing our company.

Cheap Wholesale Clothing
As an online wholesaler, we offer cheap wholesale clothing and our quantity is high at the same time. You can rest assured that you can get the hot sale items from us.

wholesale girls clothes
If you want to find cute wholesale girl dress, onesies, sets and kids accessories wholesale. We hope all girls will be happy when they wear our clothing.

Wholesale Baby Clothes Online
Babesclotheswholesale offers baby rompers, sets, dresses and kids accessories. What's more, there are many baby gears, such as feeding supplies, activity supplies and bed products.

---

**ABOUT B&W**
ABOUT US (/PAGES/ABOUT-US)
CONTACT US (/PAGES/CONTACT-US)
RETURN & REFUND (/PAGES/RETURN-POLICY)
SHIPPING & DELIVERY (/PAGES/SHIPPING-POLICY)
PRIVACY POLICY (/PAGES/PRIVACY-POLICY)
TERMS & CONDITIONS (/PAGES/TERMS-CONDITIONS)

**CUSTOMER SERVICE**
SEARCH (HTTPS://WWW.BABESCLOTHESWHOLESALE.COM/SEARCH)
FAQ (/PAGES/FAQ)
HOW TO BUY (/PAGES/HOW-TO-BUY)
PAYMENT METHODS (/PAGES/PAYMENT-METHOD)
ORDER TRACKING (HTTPS://WWW.17TRACK.NET/EN)
RETURN (/PAGES/RETURN-POLICY)
INCORRECT ADDRESS (/PAGES/INCORRECT-ORDER-ADDRESS)

**BUSINESS SUPPORT**
IS DROPSHIP US (/PAGES/FLAT-US)
IMPORT TAXES (/PAGES/IMPORT-TAXES)
DROP SHIPPING (/PAGES/DROPSHIPPING)
CUSTOMER (/PAGES/CUSTOMER)

**SHOP BY CATEGORIES**
WHOLESALE FLASH SALE (/COLLECTIONS/FLASH-SALE)
WHOLESALE BABY CLOTHING (/COLLECTIONS/WHOLESALE-BABY-CLOTHING)
WHOLESALE GIRL CLOTHING (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHING)
WHOLESALE BOY CLOTHING (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING)
WHOLESALE KIDS DAILY NEW (/COLLECTIONS/NEW-ARRIVALS)
WHOLESALE CUSTOM CLOTHING (/COLLECTIONS/CUSTOM-CLOTHING)
WHOLESALE KIDS ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES)
WHOLESALE MATCHING OUTFITS (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)

**SHOP BY SEASON**
SPRING (/COLLECTIONS/SPRING-BABY-CLOTHING)
SUMMER (/COLLECTIONS/SUMMER-BABY-CLOTHING)
FALL (/COLLECTIONS/BABY-FALL-CLOTHES)
WINTER (/COLLECTIONS/BABY-WINTER-CLOTHES)

**SHOP BY AGE**
0-24 MONTHS (/COLLECTIONS/0-24-MONTHS)
2-4 YEARS (/COLLECTIONS/2-4-YEARS)
4-10 YEARS (/COLLECTIONS/4-10-YEARS)
10 YEARS & ABOVE (/COLLECTIONS/10-YEARS-ABOVE)

**ABOUT PRICE**
$1-$3.99 CLOTHING (/COLLECTIONS/1-99)
$4-$5.99 CLOTHING (/COLLECTIONS/4-99)
$6-$7.99 CLOTHING (/COLLECTIONS/6-99)
$8-$9.99 CLOTHING (/COLLECTIONS/8-99)
$10 & ABOVE CLOTHING (/COLLECTIONS/10-ABOVE)

**CUSTOMER SERVICE**
CUSTOMER WOVEN LABELS (/BLOGS/NEWS/CUSTOM-WOVEN-LABELS)
CUSTOMER HANG TAGS (/BLOGS/NEWS/CUSTOMER-HANG-TAGS)
CUSTOMER PACKING BAGS (/BLOGS/NEWS/CUSTOMER-PACKING-BAGS)

Copyright © 2022 Babesclotheswholesale Powered by Babesclotheswholesale

First Order Code: Newcomer5 / Newcomer5

First Order: $5 OFF over $72 & $17 OFF over $77

SHOP NOW (HTTPS://WWW.BABESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)

NEW (HTTPS://WWW.BABESCLOTHESWHOLESALE.COM/COLLECTIONS/NEW-ARRIVALS)   HOLIDAY (HTTPS://WWW.BABESCLOTHESWHOLESALE.COM/COLLECTIONS/HOLIDAY)   BABY (/COLLECTIONS/WHOLESALE-BABY-CLOTHING)   GIRLS (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHING)

BOYS (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING)   SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES)   MATCHING OUTFITS (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)   CUSTOMIZE (/COLLECTIONS/CUSTOM-CLOTHING)

# Family Matching Floral Print Ruffle Sleeve Dress and T-Shirt Wholesale

$7.85

**Color**

**Size**

ADD TO CART

BUY IT NOW

## Customer Reviews

No reviews yet

Write a review

Description    Return & exchange

* Thickness:Regular
* Occasion:Daily
* Number Of Pieces:1 Pieces
* Season:Summer
* Material:Polyester
* Wash Label:On the inside

## People who bought this product also bought



Total: $28.49



ADD SELECTED TO CART

## You may also like these products

Wholesale Baby Clothes
Babiesclotheswholesale offers wholesale baby clothes online. If you are searching for wholesale children's clothing, wholesale baby clothing vendors, you can check babiesclotheswholesale. We have over 4000 styles and you can find what you like.

Wholesale Children's Clothing
Babiesclotheswholesale also offers urban children's clothing wholesale. Our price is very competitive wholesale price. If you want to find a cheap wholesale clothing supplier, you must check our website.

Wholesale Baby Boy Clothing
You can find the most trendy kids wholesale clothing here, no matter what style you need. You can find cute onesies, sweet baby girl dresses, cool boys sets and fashion girls sets here.

Kids Clothing Vendors
If you are looking for kids wholesale suppliers, Babiesclotheswholesale is your best choice as our size range runs from newborn to to year. No matter you are looking for wholesale boys clothing,wholesale girls clothing, wholesale baby clothing or wholesale toddler clothing. What's more, all stock is affordable children's boutique clothing.

Children's Boutique Wholesale
If you are a boutique owner, you can use Babiesclotheswholesale's dropshipping service. You don't need to keep stock and your customer will receive packages from Babiesclotheswholesale without knowing our company.

Online Wholesale Clothing
As an online wholesaler, we offer cheap wholesale clothing and our quality is high at the same time. You can rest assured that you can get the hot sale items from us.

wholesale girls clothes
You can use Babiesclotheswholesale to buy wholesale girl dress, onesies, sets and kids accessories wholesale. We hope all girls will be happy when they wear our clothing.

Wholesale Baby Clothes Online
Babiesclotheswholesale offers baby rompers, sets, dresses, pants and kids accessories. What's more, there are many baby gears, such as feeding supplies, activity supplies and seat products.

Copyright © 2022 Babiesclotheswholesale Powered by Babiesclotheswholesale

NEW (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/NEW-ARRIVALS) | HOLIDAY (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING) | BABY (/COLLECTIONS/WHOLESALE-BABY-CLOTHING) | GIRLS (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHING)

Categories

Select Language

BOYS (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING) | SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES) | MATCHING OUTFITS (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS) | CUSTOM&OEM (/COLLECTIONS/CUSTOM-CLOTHING)

HOME // WHOLESALE MATCHING OUTFITS FOR 2022 (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS) // FAMILY MATCHING FLORAL PRINT RUFFLE SLEEVE DRESS AND T-SHIRT WHOLESALE (/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-RUFFLE-SLEEVE-DRESS-AND-T-SHIRT-228711)

# Family Matching Floral Print Ruffle Sleeve Dress and T-Shirt Wholesale

(/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-RUFFLE-SLEEVE-DRESS-AND-T-SHIRT-228711)

$7.85

Color

Size

Buy 3 3+ | Buy 3 4+ | Buy 3 6+

ADD TO CART

BUY IT NOW

Customer Reviews

No reviews yet

Write a review

Description | Return & exchange

* Thickness:Regular
* Occasion:Daily
* Number Of Pieces:1 Pieces
* Season:Summer
* Material:Polyester
* Wash Label:On the inside

## People who bought this product also bought



Total: $28.49

ADD SELECTED TO CART

## You may also like these products



Wholesale Baby Clothes

Babiesclotheswholesale offers wholesale baby clothes online. If you are searching for wholesale children's clothing, wholesale baby clothing vendors, you can check babiesclotheswholesale. We have over 4000 styles and you can find what you like.

Wholesale Childrens Clothing

Babiesclotheswholesale also offers urban children's clothing wholesale. Our price is very competitive wholesale price. If you want to find a cheap wholesale clothing supplier, you must check our website.

Wholesale Baby Boy Clothes

You can find the most trendy kids wholesale clothing here, no matter what style you need. You can find cute onesies, sweet baby girl dresses, cool boys sets and fashion girls sets here.

Kids Clothing Vendors

If you are looking for kids wholesale suppliers, Babiesclotheswholesale is your best choice as our size range runs from newborn to 14 year. No matter you are looking for wholesale boys clothing,wholesale girls clothing, wholesale baby clothes or wholesale toddler clothing. What's more, all stock is affordable children's boutique clothing.

Children's Boutique Wholesale

If you are a boutique owner, you can use Babiesclotheswholesale dropshipping service. You don't need to keep stock and your customer will receive packages from Babiesclotheswholesale without knowing our company.

Online Wholesale Clothing

As an online wholesaler, we offer cheap wholesale clothing and our quantity is high at the same time. You can rest assured that you can get the hot sale items from us.

wholesale girls clothes

Babiesclotheswholesale is your cute wholesale girl dress, onesies, sets and kids accessories wholesale. We hope all girls will be happy when they wear our clothing.

Wholesale Baby Clothes Online

Babiesclotheswholesale offers baby rompers,sets,dresses,and other accessories. What's more, there are many baby gears. Such as feeding supplies, activity supplies and bed products.

Copyright © 2022 Babiesclotheswholesale Powered by Babiesclotheswholesale

First Order: $3 OFF over $73 & $10 OFF over $173

SHOP NOW (HTTPS://WWW.BABESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)

(https://www.facebook.com/babesclotheswholesale/)   (https://www.pinterest.com/babesclotheswholesale/_created/)   (https://www.instagram.com/babesclotheswholesale/)   (https://www.youtube.com/channel/UCtPFF5dIV_4vdW6JvNiOxA)

NEW (HTTPS://WWW.BABESCLOTHESWHOLESALE.COM/COLLECTIONS/NEW-ARRIVALS)   HOLIDAY (HTTPS://WWW.BABESCLOTHESWHOLESALE.COM/COLLECTIONS/HOLIDAY)   BestSeller   BABY (/COLLECTIONS/WHOLESALE-BABY-CLOTHING)   GIRLS (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHING)

BOYS (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING)   SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES)   MATCHING OUTFITS (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)   CUSTOMIZE (/COLLECTIONS/CUSTOM-CLOTHING)

HOME //   WHOLESALE MATCHING OUTFITS FOR 2022 (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)   //   FAMILY MATCHING FLORAL PRINT RUFFLE SLEEVE DRESS AND T-SHIRT WHOLESALE (/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-RUFFLE-SLEEVE-DRESS-AND-T-SHIRT-18970)





# Family Matching Floral Print Ruffle Sleeve Dress and T-Shirt Wholesale

PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-RUFFLE-SLEEVE-DRESS-AND-T-SHIRT-22670

**$7.85**

Shipping (/policies/shipping-policy) calculated at checkout.

**Color**   Yellow

**Size**   Girl 3-4Y   Girl 3-4Y   Girl 5-6Y   Girl 5-6Y   Girl 4-5Y   Mom S   Mom L
Boy 2-3Y   Boy 3-4Y   Boy 4-5Y

[ − 1 + ]

ADD TO CART

BUY IT NOW

People who bought this product also bought


Toddler Girl Cotton Casual Floral...
Color  White
Size  9-12 Months
$7.76


Family Matching Floral Print Sleeveless...
Color  Dark Blue/White
Size  Baby/18M
$7.06


Toddler Girls Sleeveless Tropical Spa...
Color  Burgundy
Size  18-24 Months
$7.24


Casual Letter Pattern Print Family...
Color  Mom M
Size  Multicolor
$6.44

**Total: $28.49**

ADD SELECTED TO CART

## You may also like these products



Wholesale Baby Clothes
Babesclotheswholesale offers wholesale baby clothes online. If you are searching for wholesale children's clothing, wholesale baby clothing vendors, you can check babesclotheswholesale. We have over 4000 styles and you can find what you like.

Wholesale Childrens Clothing
Babesclotheswholesale also offers urban children's clothing wholesale. Our price is very competitive wholesale price. If you want to find a cheap wholesale clothing supplier, you must check our website.

Wholesale Baby Boy Clothes
You can find the most trendy kids wholesale clothing here, no matter what style you need. You can find cute dresses, sweet baby girl dresses, cool boys sets and fashion girls sets here.

Kids Clothing Vendors
If you are looking for kids wholesale suppliers, Babesclotheswholesale is your best choice as our size range runs from newborn to 14 year. No matter you are looking for wholesale boys clothing,wholesale girls clothing, wholesale baby clothes or wholesale toddler clothing. What's more, all stock is affordable children's boutique clothing.

Children's Boutique Wholesale
If you are a boutique owner, you can use Babesclotheswholesale's dropshipping service. You don't need to keep stock and your customer will receive packages from Babesclotheswholesale without knowing our company.

Online Wholesale Clothing
As an online wholesaler, we offer cheap wholesale clothing and our quality is high at the same time. You can rest assured that you can get the hot sale items from us.

wholesale girls clothes
Babesclotheswholesale offers wholesale girl dress, onesies, sets and kids accessories wholesale. We hope all girls will be happy when they wear our clothing.

Wholesale Baby Clothes Online
Babesclotheswholesale offers baby rompers, sets, dresses, and other accessories. What's more, there are many baby gears, Such as feeding supplies, activity supplies and bed products.

Description   Return & exchange

* Thickness:Regular
* Occasion:Daily
* Number Of Pieces:1 Pieces
* Season:Summer
* Material:Polyester
* Wash Label:On the inside

## Customer Reviews

☆☆☆☆☆ No reviews yet

Write a review

ABOUT B&W
ABOUT US (/PAGES/ABOUT-US)
CONTACT US (/PAGES/CONTACT-US)
RETURN & REFUND (/PAGES/RETURN-POLICY)
SHIPPING & DELIVERY (/PAGES/SHIPPING-POLICY)
PRIVACY POLICY (/PAGES/PRIVACY-POLICY)
TERMS & CONDITIONS (/PAGES/TERMS-CONDITIONS)

CUSTOMER SERVICE
SEARCH (HTTPS://WWW.BABESCLOTHESWHOLESALE.COM/SEARCH)
FAQ (/PAGES/FAQ)
HOW TO BUY (/PAGES/HOW-TO-BUY)
PAYMENT METHODS (/PAGES/PAYMENT-METHOD)
ORDER TRACKING (HTTPS://WWW.17TRACK.NET/EN)
RETURN (/PAGES/RETURN-POLICY)
INCORRECT ADDRESS (/PAGES/INCORRECT-ADDRESS)

BUSINESS SUPPORT
JOIN US (/PAGES/COLLAB-WITH-US)
IMPORT TAXES (/PAGES/ABOUT-IMPORT-TAXES)
DROP SHIPPING (/PAGES/DROP-SHIPPING)
CUSTOMIZE (/PAGES/CUSTOMIZE)

SHOP BY CATEGORIES
WHOLESALE FLASH SALE (/COLLECTIONS/FLASH-SALE)
WHOLESALE BABY CLOTHING (/COLLECTIONS/WHOLESALE-BABY-CLOTHING)
WHOLESALE GIRL CLOTHING (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHING)
WHOLESALE BOY CLOTHING (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING)
WHOLESALE KIDS DAILY NEW (/COLLECTIONS/NEW-ARRIVALS)
WHOLESALE CUSTOM CLOTHING (/COLLECTIONS/CUSTOM-CLOTHING)
WHOLESALE KIDS HOLIDAY WEAR (/COLLECTIONS/HOLIDAY)
WHOLESALE SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES)
WHOLESALE MATCHING OUTFITS (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)

SHOP BY SEASON
SPRING (/COLLECTIONS/SPRING-BABY-CLOTHES)
SUMMER (/COLLECTIONS/SUMMER-BABY-CLOTHES)
FALL (/COLLECTIONS/FALL-CLOTHES)
WINTER (/COLLECTIONS/WINTER-CLOTHES)

SHOP BY AGE
0-24 MONTHS (/COLLECTIONS/0-24-MONTHS)
2-6 YEARS (/COLLECTIONS/2-6-YEARS)
6 YEARS & ABOVE (/COLLECTIONS/6-YEARS-ABOVE)

GROUP BUILD
$3.99-$4.99 CLOTHING (/COLLECTIONS/3-99)
$4.99-$5.99 CLOTHING (/COLLECTIONS/4-99)
$5.99-$6.99 CLOTHING (/COLLECTIONS/5-99)
$6.99 & ABOVE CLOTHING (/COLLECTIONS/6-99)

CUSTOMER SERVICE
WHOLESALE CLOTHING WITH NO CUSTOMIZATION ITEM-FREE LABELS ($6.99)
CUSTOMER WOVEN LABELS (/BLOCKNEXO/CUSTOMER-WOVEN-LABEL)
CUSTOMER PACKAGE BAGS (/PRODUCTS/CUSTOM-BAG)

Copyright © 2022 Babesclotheswholesale Powered by Babesclotheswholesale

First Order Code: Newcomer5%welcome!!!

First Order: $3 OFF over $72 & $17 OFF over $177

SHOP NOW (HTTPS://WWW.BABESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)


Categories

Select Language

BOYS (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING)   SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES)   MATCHING OUTFITS (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)   CUSTOM (/COLLECTIONS/CUSTOM-CLOTHING)

HOME //   WHOLESALE MATCHING OUTFITS FOR 2022 (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS) // FAMILY MATCHING FLORAL PRINT RUFFLE SLEEVE DRESS AND T-SHIRT WHOLESALE (/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-RUFFLE-SLEEVE-DRESS-AND-T-SHIRT-22670)



# Family Matching Floral Print Ruffle Sleeve Dress and T-Shirt Wholesale

(/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-RUFFLE-SLEEVE-DRESS-AND-T-SHIRT-22670)

**$7.85**

Shipping (/policies/shipping-policy) calculated at checkout.

Color   Yellow

Size   Girl 5-6Y   Girl 7-8Y   Girl 3-4Y   Girl 4-5Y   Girl 6-7Y   Mom S   Mom L

Buy 2-3Y   Buy 3-4Y   Buy 0-1Y

−   1   +

ADD TO CART

BUY IT NOW



## Customer Reviews

☆☆☆☆☆ No reviews yet

Write a review

**Description**   Return & exchange

* Thickness:Regular
* Occasion:Daily
* Number Of Pieces:1 Pieces
* Season:Summer
* Material:Polyester
* Wash Label:On the inside



## People who bought this product also bought

Color   White   ∨
Size   9-12 Months   ∨
−   1   +

Color   Dark Blue/White   ∨
Size   Baby 3-6M   ∨
−   1   +

Color   Burgundy   ∨
Size   18-24 Months   ∨
−   1   +

Color   Multicolor   ∨
−   1   +

$9.76   $7.05   $7.24   $6.44

**Total: $28.49**

ADD SELECTED TO CART

## You may also like these products



Wholesale Baby Clothes
Babesclotheswholesale offers wholesale baby clothes online. If you are searching for wholesale children's clothing, wholesale baby clothing vendors, you can check babesclotheswholesale. We have over 4000 styles and you can find what you like.

Wholesale Children's Clothing
Babesclotheswholesale also offers urban children's clothing wholesale. Our price is very competitive wholesale price. If you want to find a cheap wholesale clothing supplier, you must check our website.

Wholesale Baby Boy Clothes
You can find the most trendy kids wholesale clothing here, no matter what style you need. You can find cute onesies, sweet baby girl dresses, cool boys sets and fashion girls sets here.

Kids Clothing Vendors
If you are looking for kids wholesale suppliers, Babesclotheswholesale is your best choice as our size range runs from newborn to 14 year. No matter you are looking for wholesale boys clothing,wholesale girls clothes, wholesale baby clothes or wholesale toddler clothing. What's more, all stock is affordable children's boutique clothing.

Children's Boutique Wholesale
If you are a boutique owner, you can use Babesclotheswholesale's dropshipping service. You don't need to keep stock and your customer will receive packages from Babesclotheswholesale without knowing our company.

Online Wholesale Clothing
As an online wholesaler, we offer cheap wholesale clothing and our quantity is high at the same time. You can rest assured that you can get the hot sale items from us.

wholesale girls clothes
If you are looking for cute wholesale girl dress, onesies, sets and kids accessories wholesale. We hope all girls will be happy when they wear our clothing.

Wholesale Baby Clothes Online
Babesclotheswholesale offers baby rompers sets, dresses, and more accessories. What's more, there are many baby gears such as feeding supplies, activity supplies and seat products.

ABOUT B&W   CUSTOMER SERVICE   BUSINESS SUPPORT   SHOP BY CATEGORIES

SHOP BY SEASON   SHOP BY AGE   GROUP HELD   CUSTOMER SERVICE

Copyright © 2022 Babesclotheswholesale Powered by Babesclotheswholesale

First Order Code: Newcome??Newcome??

First Order: $3 OFF over $73 & $10 OFF over $77    SHOP NOW (HTTPS://WWW.BABIESCLOTHESWHOLSALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)



Categories

Select Language

Search…

HOME // WHOLESALE MATCHING OUTFITS FOR 2022 (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS) // FAMILY MATCHING FLORAL PRINT RUFFLE SLEEVE DRESS AND T-SHIRT WHOLESALE (/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-RUFFLE-SLEEVE-DRESS-AND-T-SHIRT-29870)




# Family Matching Floral Print Ruffle Sleeve Dress and T-Shirt Wholesale

$7.85

Shipping (/policies/shipping-policy) calculated at checkout.

Color        Yellow

Size    Girl 9-12M    Girl 2-3Y    Girl 3-4Y    Girl 4-5Y    Girl 6-7Y    Mom S    Mom L
        Buy 2-3Y    Buy 3-4Y    Buy 4-5Y

−  1  +

ADD TO CART

BUY IT NOW

## Customer Reviews

☆☆☆☆☆  No reviews yet

Write a review

Description    Return & exchange

* Thickness:Regular
* Occasion:Daily
* Number Of Pieces:1 Pieces
* Season:Summer
* Material:Polyester
* Wash Label:On the inside

## People who bought this product also bought



Toddler Girl Cotton Casual Floral...
Color  White ▾
Size  9-12 Months ▾
$7.76
−  1  +

Family Matching Floral Print Sleeveless...
Color  Dark Blue/White ▾
Size  Baby 3-6M ▾
$7.05
−  1  +

Toddler Girls Sleeveless Tropical Spa...
Color  Burgundy ▾
Size  18-24 Months ▾
$7.24
−  1  +

Casual Ladies Pattern Print Family...
Color  Mom M ▾
Size  Multicolor ▾
$6.44
−  1  +

Total: $28.49

ADD SELECTED TO CART

## You may also like these products

Wholesale Baby Clothes
Babiesclotheswholesale offers wholesale baby clothes online. If you are searching for wholesale children's clothing, wholesale baby clothing vendors, you can check babiesclotheswholesale. We have over 4000 styles and you can find what you like.
Wholesale Childrens Clothing
Babiesclotheswholesale also offers urban children's clothing wholesale. Our price is very competitive wholesale price. If you want to find a cheap wholesale clothing supplier, you must check our website.
Wholesale Baby Boy Clothing
You can find the most trendy kids wholesale clothing here, no matter what style you need. You can find cute dresses, sweet baby girl dresses, cool boys sets and fashion girls sets here.
Kids Clothing Vendors
If you are looking for b2b wholesale suppliers, Babiesclotheswholesale is your best choice as our size range runs from newborn to 14-year. No matter you are looking for wholesale boys clothing,wholesale girls clothing, wholesale baby clothes or wholesale toddler clothing. What's more, all stock is affordable children's boutique clothing.
Children's Boutique Wholesale
If you are a boutique owner, you can use Babiesclotheswholesale's dropshipping service. You don't need to keep stock and your customer will receive packages from Babiesclotheswholesale without knowing our company.
Online Wholesale Clothing
As an online wholesaler, we offer cheap wholesale clothing and our quantity is high at the same time. You can rest assured that you can get the hot sale items from us.
wholesale girls clothes
Wholesale Baby Clothes Online
Babiesclotheswholesale offers baby rompers sets, dresses, and many accessories. What's more, there are many baby gears, such as feeding supplies, activity supplies and bed products.

### ABOUT B&W
ABOUT US (/PAGES/ABOUT-US)
CONTACT US (/PAGES/CONTACT-US)
RETURN & REFUND (/PAGES/RETURN-POLICY)
SHIPPING & DELIVERY (/PAGES/SHIPPING-POLICY)
PRIVACY POLICY (/PAGES/PRIVACY-POLICY)
TERMS & CONDITIONS (/PAGES/TERMS-CONDITIONS)

### CUSTOMER SERVICE
SEARCH (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/SEARCH)
FAQ (/PAGES/FAQ)
HOW TO BUY (/PAGES/HOW-TO-BUY)
PAYMENT METHODS (/PAGES/PAYMENT-METHODS)
ORDER TRACKING (HTTPS://WWW.17TRACK.NET/EN)
RETURN (/PAGES/RETURN-POLICY)
INCORRECT ADDRESS (/PAGES/INCORRECT-ORDER-ADDRESS)

### BUSINESS SUPPORT
JOIN US (/PAGES/COLLAB-WITH-US)
IMPORT TAXES (/PAGES/IMPORT-TAXES)
DROP SHIPPING (/PAGES/DROP-SHIPPING)
CUSTOMIZE (/PAGES/CUSTOMIZE)

### SHOP BY CATEGORIES
WHOLESALE FLASH SALE (/COLLECTIONS/FLASH-SALE)
WHOLESALE BABY CLOTHING (/COLLECTIONS/WHOLESALE-BABY-CLOTHING)
WHOLESALE GIRLS CLOTHING (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHING)
WHOLESALE BOYS CLOTHING (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING)
WHOLESALE KIDS DAILY NEW (/COLLECTIONS/NEW-ARRIVALS)
WHOLESALE CUSTOM CLOTHING (/COLLECTIONS/CUSTOM-CLOTHING)
WHOLESALE KIDS SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES)
WHOLESALE MATCHING OUTFITS (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)

### SHOP BY SEASON
SPRING (/COLLECTIONS/SPRING-BABY-CLOTHES)
SUMMER (/COLLECTIONS/SUMMER-BABY-CLOTHES)
FALL (/COLLECTIONS/FALL-BABY-CLOTHES)
WINTER (/COLLECTIONS/WINTER-CLOTHES)

### SHOP BY AGE
0-24 MONTHS (/COLLECTIONS/0-24-MONTHS)
2-8 YEARS (/COLLECTIONS/2-8-YEARS)
4-8 YEARS (/COLLECTIONS/4-8-YEARS)
9 YEARS & ABOVE (/COLLECTIONS/9-YEARS-ABOVE)

### GROUP SALES
$3-$4.99 CLOTHING (/COLLECTIONS/3-99)
$5-$6.99 CLOTHING (/COLLECTIONS/5-99)
$7-$8.99 CLOTHING (/COLLECTIONS/7-99)
$9-$9.99 CLOTHING (/COLLECTIONS/9-99)
$10 & ABOVE CLOTHING (/COLLECTIONS/10-ABOVE)

### CUSTOMER SERVICE
CUSTOMER WOVEN LABELS (/BLOGS/NEWS/HOW-TO-MAKE-FREE-LABELS-ON-B2W)
CUSTOMER WOVEN LABELS (/BLOGS/NEWS/CUSTOMER-WOVEN-LABELS)
CUSTOMER PACKING BAGS (/PRODUCTS/CUSTOM-BAGS)

Copyright © 2022 Babiesclotheswholesale Powered by Babiesclotheswholesale

https://www.facebook.com    https://www.pinterest.com    https://www.instagram.com    https://www.youtube.com

NEW (HTTPS://WWW.BABESCLOTHESWHOLESALE.COM/COLLECTIONS/NEW-ARRIVALS)    HOLIDAY (HTTPS://WWW.BABESCLOTHESWHOLESALE.COM/COLLECTIONS/HOLIDAY)    BEST-DEAL-TRENDS-WHOLESALE-CLOTHING    BABY (/COLLECTIONS/WHOLESALE-BABY-CLOTHING)    GIRLS (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHING)

Categories    Select Language

BOYS (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING)    SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES)    MATCHING OUTFITS (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)    CUSTOM (/COLLECTIONS/CUSTOM-CLOTHING)



HOME // WHOLESALE MATCHING OUTFITS FOR 2022 (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS) // FAMILY MATCHING FLORAL PRINT RUFFLE SLEEVE DRESS AND T-SHIRT WHOLESALE (/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-RUFFLE-SLEEVE-DRESS-AND-T-SHIRT-22670)

# Family Matching Floral Print Ruffle Sleeve Dress and T-Shirt Wholesale

$7.85

**Color**    Yellow

**Size**    Girl 3-6M    Girl 6-9M    Girl 9-12M    Girl 2-3Y    Girl 3-4Y    Girl 4-5Y    Girl 6-7Y    Girl 8-9Y    Mom S    Mom L

— 1 +    ADD TO CART

BUY IT NOW

## Customer Reviews

No reviews yet    Write a review

**Description**    Return & exchange

* Thickness:Regular
* Occasion:Daily
* Number Of Pieces:1 Pieces
* Season:Summer
* Material:Polyester
* Wash Label:On the inside

## People who bought this product also bought

Total: $28.49

ADD SELECTED TO CART

## You may also like these products

Wholesale Baby Clothes
Babesclotheswholesale offers wholesale baby clothes online. If you are searching for wholesale children's clothing, wholesale baby clothing vendors, you can check babesclotheswholesale. We have over 6000 styles and you can find what you like.

Wholesale Childrens Clothing
Babesclotheswholesale also offers urban children's clothing wholesale. Our price is very competitive wholesale price. If you want to find a cheap wholesale clothing supplier, you must check our website.

Wholesale Baby Boy Clothes
You can find the most trendy kids wholesale clothing here, no matter what style you need. You can find cute dresses, sweet baby girl dresses, cool boys sets and fashion girls sets here.

Kids Clothing Vendors
If you are looking for kids wholesale suppliers, Babesclotheswholesale is your best choice as our size range runs from newborn to 14 year. No matter you are looking for wholesale boys clothing,wholesale girls clothes, wholesale baby clothes or wholesale toddler clothing. What's more, all stock is affordable children's boutique clothing.

Children's Boutique Wholesale
If you are a boutique owner, you can use Babesclotheswholesale's dropshipping service. You won't need to keep stock and your customer will receive packages from Babesclotheswholesale without knowing our company.

Online Wholesale Clothing
As an online wholesaler, we offer cheap wholesale clothing and our quantity is high at the same time. You can rest assured that you can get the hot sale items from us.

wholesale girls clothes
Want to find wholesale clothing, you can include wholesale girl dress, onesies, sets and kids accessories wholesale. We hope all girls will be happy when they wear our clothing.

Wholesale Baby Clothes Online
Babesclotheswholesale offers baby rompers, sets, dresses, and other accessories. What's more, there are many baby gears, such as feeding supplies, activity supplies and bed products.

Copyright © 2022 Babesclotheswholesale Powered by Babesclotheswholesale

First Order Code NewcomerOffNewcomer!!

First Order: $3 OFF over $73 & $10 OFF over $77    SHOP NOW (HTTPS://WWW.BABESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)

Categories    Select Language

BOYS (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING)    SHOES/ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES)    MATCHING OUTFITS (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)    CUSTOMIZE (/COLLECTIONS/CUSTOM-CLOTHING)

HOME // WHOLESALE MATCHING OUTFITS FOR 2022 (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS...) // FAMILY MATCHING FLORAL PRINT RUFFLE SLEEVE DRESS AND T-SHIRT WHOLESALE (/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-RUFFLE-SLEEVE-DRESS-AND-T-SHIRT-22670)





# Family Matching Floral Print Ruffle Sleeve Dress and T-Shirt Wholesale

(/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-RUFFLE-SLEEVE-DRESS-AND-T-SHIRT-22670)

**$7.85**

Color    Yellow

Size    Girl 9-12M    Girl 3-4Y    Girl 4-5Y    Girl 6-7Y    Girl 8-9Y    Mom S    Mom L

Buy 2-9Y    Buy 3-4Y    Buy 6-9Y

ADD TO CART

BUY IT NOW

COLLECTIONS

TAGS

PAYMENT METHODS

SHARE ON

## Customer Reviews

No reviews yet    Write a review

**Description**    Return & exchange

* Thickness:Regular
* Occasion:Daily
* Number Of Pieces:1 Pieces
* Season:Summer
* Material:Polyester
* Wash Label:On the Inside

## People who bought this product also bought



Color    White    Color    Dark Blue White    Color    Burgundy    Color    Mom M    Color    Multicolor
Size    9-12 Months    Size    Baby 3-6M    Size    18-24 Months    Size    Mom M    Size

Total: $28.49

ADD SELECTED TO CART

## You may also like these products



Wholesale Baby Clothes
Babiesclotheswholesale offers wholesale baby clothes online. If you are searching for wholesale children's clothing, wholesale baby clothing vendors, you can check babiesclotheswholesale. We have over 4000 styles and you can find what you like.
Wholesale Childrens Clothing
Babiesclotheswholesale also offers urban children's clothing wholesale. Our price is very competitive wholesale price. If you want to find a cheap wholesale clothing supplier, you must check our website.
Wholesale Baby Boy Clothing
You can find the most trendy kids wholesale clothing here, no matter what style you need. You can find cute onesies, sweet baby girl dresses, cool boys sets and fashion girls sets here.
Kids Clothing Vendors
If you are looking for kids wholesale suppliers, Babiesclotheswholesale is your best choice as our size range runs from newborn to bigger. No matter you are looking for wholesale boys clothing,wholesale baby clothes or wholesale toddler clothing. What's more, all stock is affordable children's boutique clothing.
Children's Boutique Wholesale
If you are a boutique owner, you can use Babiesclotheswholesale's dropshipping service. You don't need to keep stock and your customer will receive packages from Babiesclotheswholesale without knowing our company.
Online Wholesale Clothing
As an online wholesaler, we offer cheap wholesale clothing and our quantity is high at the same time. You can rest assured that you can get the hot sale items from us.
wholesale girls clothes
You can choose hundreds of cute wholesale girl dress, onesies, sets and kids accessories wholesale. We hope all girls will be happy when they wear our clothing.
Wholesale Baby Clothes Online
Babiesclotheswholesale offers baby rompers, sets, dresses, and other accessories. What's more, there are many baby gears, such as feeding supplies, activity supplies and seat products.

ABOUT B&W    CUSTOMER SERVICE    BUSINESS SUPPORT    SHOP BY CATEGORIES

SHOP BY SEASON    SHOP BY AGE    GROUP HELD    CUSTOMER SERVICE

Copyright © 2022 Babiesclotheswholesale Powered by Babiesclotheswholesale









English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby. Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Ruffle Sleeve Dress and T-shirt

**11.43 USD** ~~12.99 USD~~

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

− 1 +

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Thickness: | Regular |
| Neckline: | Round neck |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Fabric properties: | Micro stretch |
| Clothes type: | Regular |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
service.western@hibobi.com

Chat with us

hibobi use hibobi, love your baby.
Follow us

**About Us**
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**
Return Policy
Delivery

**Sign up For hibobi Style News**
Email Subscribe

**Get Our App**
Shop anytime, anywhere

Download on the App Store | GET IT ON Google Play | EXPLORE IT ON AppGallery

English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Ruffle Sleeve Dress and T-shirt

**11.43 USD** ~~12.99 USD~~

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

– 1 +

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Thickness: | Regular |
| Neckline: | Round neck |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Fabric properties: | Micro stretch |
| Clothes type: | Regular |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
**service.western@hibobi.com**

Chat with us

hibobi use hibobi, love your baby.

**Follow us**

**About Us**
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**
Return Policy
Delivery

**Sign up For hibobi Style News**
Email Subscribe

**Get Our App**
Shop anytime, anywhere

Download on the App Store | GET IT ON Google Play | EXPLORE IT ON AppGallery

English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Ruffle Sleeve Dress and T-shirt

**11.43 USD** ~~12.99 USD~~

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

1

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Thickness: | Regular |
| Neckline: | Round neck |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Fabric properties: | Micro stretch |
| Clothes type: | Regular |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
service.western@hibobi.com

Chat with us

hibobi
use hibobi, love your baby.
Follow us

**About Us**
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**
Return Policy
Delivery

**Sign up For hibobi Style News**
Email
Subscribe

**Get Our App**
Shop anytime, anywhere

Download on the App Store
GET IT ON Google Play
EXPLORE IT ON AppGallery

English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Ruffle Sleeve Dress and T-shirt

**11.43 USD** ~~12.99 USD~~

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

– 1 +

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Thickness: | Regular |
| Neckline: | Round neck |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Fabric properties: | Micro stretch |
| Clothes type: | Regular |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
service.western@hibobi.com

Chat with us

hibobi use hibobi, love your baby.
Follow us

About Us
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

Help & Support
Return Policy
Delivery

Sign up For hibobi Style News
Email
Subscribe

Get Our App
Shop anytime, anywhere

Download on the App Store
GET IT ON Google Play
EXPLORE IT ON AppGallery

English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby. Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Ruffle Sleeve Dress and T-shirt

**11.43 USD** ~~12.99 USD~~

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

– 1 +

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Thickness: | Regular |
| Neckline: | Round neck |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Fabric properties: | Micro stretch |
| Clothes type: | Regular |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
service.western@hibobi.com

Chat with us

hibobi use hibobi, love your baby.

Follow us

**About Us**

About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**

Return Policy
Delivery

**Sign up For hibobi Style News**

Email Subscribe

**Get Our App**

Shop anytime, anywhere

Download on the App Store | GET IT ON Google Play | EXPLORE IT ON AppGallery



English | United States | USD | FREE SHIPPING on orders over 35.00 USD | Sign in | Register | Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest | Baby | Toddler | Kids | Toys | Family Outfits | Shoes | Accessories | Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Ruffle Sleeve Dress and T-shirt

**11.43 USD** ~~12.99 USD~~

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

− 1 +

Add to Cart

Description | Delivery

| | |
|---|---|
| Occasion: | Daily |
| Thickness: | Regular |
| Neckline: | Round neck |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Fabric properties: | Micro stretch |
| Clothes type: | Regular |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery | Secure Payment | Premium Quality

Write to us
**service.western@hibobi.com**

Chat with us

hibobi
use hibobi, love your baby.

**Follow us**

**About Us**

About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**

Return Policy
Delivery

**Sign up For hibobi Style News**

Email | Subscribe

**Get Our App**

Shop anytime, anywhere

Download on the App Store | GET IT ON Google Play | EXPLORE IT ON AppGallery



English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Ruffle Sleeve Dress and T-shirt

**11.43 USD** ~~12.99 USD~~

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

– 1 +

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Thickness: | Regular |
| Neckline: | Round neck |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Fabric properties: | Micro stretch |
| Clothes type: | Regular |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
**service.western@hibobi.com**

Chat with us

hibobi use hibobi, love your baby.

Follow us

**About Us**
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**
Return Policy
Delivery

**Sign up For hibobi Style News**
Email Subscribe

**Get Our App**
Shop anytime, anywhere

Download on the App Store | GET IT ON Google Play | EXPLORE IT ON AppGallery





English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Ruffle Sleeve Dress and T-shirt

**11.43 USD** ~~12.99 USD~~

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

– 1 +

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Thickness: | Regular |
| Neckline: | Round neck |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Fabric properties: | Micro stretch |
| Clothes type: | Regular |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
service.western@hibobi.com

Chat with us

hibobi use hibobi, love your baby.
Follow us

**About Us**
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**
Return Policy
Delivery

**Sign up For hibobi Style News**
Email Subscribe

**Get Our App**
Shop anytime, anywhere
Download on the App Store GET IT ON Google Play EXPLORE IT ON AppGallery

English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest | Baby | Toddler | Kids | Toys | Family Outfits | Shoes | Accessories | Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Ruffle Sleeve Dress and T-shirt

**11.43 USD** ~~12.99 USD~~

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

1

Add to Cart

Description | Delivery

| | |
|---|---|
| Occasion: | Daily |
| Thickness: | Regular |
| Neckline: | Round neck |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Fabric properties: | Micro stretch |
| Clothes type: | Regular |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery | Secure Payment | Premium Quality

Write to us
**service.western@hibobi.com**

Chat with us

hibobi
use hibobi, love your baby.
**Follow us**

**About Us**
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**
Return Policy
Delivery

**Sign up For hibobi Style News**
Email
Subscribe

**Get Our App**
Shop anytime, anywhere

Download on the App Store | GET IT ON Google Play | EXPLORE IT ON AppGallery

English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Ruffle Sleeve Dress and T-shirt

**11.43 USD** ~~12.99 USD~~

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

− 1 +

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Thickness: | Regular |
| Neckline: | Round neck |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Fabric properties: | Micro stretch |
| Clothes type: | Regular |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
service.western@hibobi.com

Chat with us

hibobi use hibobi, love your baby.
Follow us

**About Us**
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**
Return Policy
Delivery

**Sign up For hibobi Style News**
Email Subscribe

**Get Our App**
Shop anytime, anywhere

English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Ruffle Sleeve Dress and T-shirt

**11.43 USD** ~~12.99 USD~~

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

– 1 +

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Thickness: | Regular |
| Neckline: | Round neck |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Fabric properties: | Micro stretch |
| Clothes type: | Regular |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
service.western@hibobi.com

Chat with us

hibobi
use hibobi, love your baby.

Follow us

**About Us**

About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**

Return Policy
Delivery

**Sign up For hibobi Style News**

Email Subscribe

**Get Our App**

Shop anytime, anywhere

Download on the App Store | GET IT ON Google Play | EXPLORE IT ON AppGallery





