**EXHIBIT 50A**

**Registration #:** VA0002266428
**Service Request #:** 1-10712522203



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

Case: 1:22-cv-02259 Document #: 53-47 Filed: 11/15/22 Page 2 of 19 PageID #:4062

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-266-428**

**Effective Date of Registration:**
August 10, 2021

**Registration Decision Date:**
September 13, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

    **For Photographs Published:** January 26, 2021 to July 30, 2021

**Title** _____

      **Title of Group:** 1-10712522203_2021PATPAT_Published_750
**Number of Photographs in Group:** 750

- **Individual Photographs:** 17295216 (3), 17295216 (4), 17295216 (5), 17302906 (1), 17302906 (2), 17302906 (3), 17302906 (4), 17302906 (5),
  **Published:** January 2021

- **Individual Photographs:** 17302220, 17302221, 17304170, 17305862,
  **Published:** February 2021

- **Individual Photographs:** 17295224 (1), 17295224 (2), 17295224 (3), 17295224 (4), 17295224 (5), 17295225 (1), 17295225 (2), 17295225 (3), 17295225 (4), 17295225 (5), 17297337 (1), 17297337 (2), 17297337 (3), 17297337 (4), 17297337 (5), 17297344 (1), 17297344 (10), 17297344 (11), 17297344 (12), 17297344 (13), 17297344 (14), 17297344 (15), 17297344 (16), 17297344 (2), 17297344 (3), 17297344 (4), 17297344 (5), 17297344 (6), 17297344 (7), 17297344 (8), 17297344 (9), 17298561 (1), 17298561 (2), 17298561 (3), 17298561 (4), 17298561 (5), 17303872(1), 17303872(2), 17303872(3), 17303872(4), 17303872(5), 17303872(6), 17303872(7), 17303872(8), 17303872(9), 17304292 (1), 17304292 (10), 17304292 (11), 17304292 (2), 17304292 (3), 17304292 (4), 17304292 (5), 17304292 (6), 17304292 (7), 17304292 (8), 17304292 (9), 17304324, 17305190 (1), 17305190 (4), 17305211 (1), 17305211 (5), 17305216 (1), 17305216 (5), 17305233, 17305404 (1), 17305404 (4), 17305412, 17305638 (1), 17305638 (5), 17305652 (1), 17305652 (6), 17305839 (1), 17305839 (2), 17305839 (3), 17305839 (4), 17305839 (5), 17305839 (6), 17305839 (7), 17306036, 17306109(1), 17306109(2), 17306109(3), 17306109(4), 17306109(5), 17306109(6), 17306109(7), 17306109(8), 17306173 (1), 17306173 (2), 17306173 (3), 17306173 (4), 17306173 (5), 17306465 (1), 17306465 (10), 17306465 (11), 17306465 (12), 17306465 (13), 17306465 (14), 17306465 (15), 17306465 (16), 17306465 (17), 17306465 (18), 17306465 (19), 17306465 (2), 17306465 (20), 17306465 (21), 17306465 (22), 17306465 (23), 17306465 (24), 17306465 (25), 17306465 (26), 17306465 (27), 17306465 (28), 17306465 (3), 17306465 (4), 17306465 (5), 17306465 (6), 17306465 (7), 17306465 (8), 17306465 (9), 17306522 (1), 17306522 (2), 17306522 (3), 17306522 (4), 17306522 (5), 17306533 (1), 17306533 (5),

**Published:** March 2021

- **Individual Photographs:** 17298344 (1), 17298344 (2), 17298344 (3), 17298344 (4), 17298344 (5), 17305263 (1), 17305263 (10), 17305263 (11), 17305263 (12), 17305263 (13), 17305263 (14), 17305263 (15), 17305263 (16), 17305263 (17), 17305263 (18), 17305263 (2), 17305263 (3), 17305263 (4), 17305263 (5), 17305263 (6), 17305263 (7), 17305263 (8), 17305263 (9), 17305311 (1), 17305311 (10), 17305311 (11), 17305311 (12), 17305311 (13), 17305311 (14), 17305311 (15), 17305311 (16), 17305311 (17), 17305311 (18), 17305311 (19), 17305311 (2), 17305311 (3), 17305311 (4), 17305311 (5), 17305311 (6), 17305311 (7), 17305311 (8), 17305311 (9), 17306453 (1), 17306453 (2), 17306453 (3), 17306453 (4), 17306453 (5), 17306453 (6), 17306511 (1), 17306511 (2), 17306511 (3), 17306511 (4), 17306511 (5), 17306639 (1), 17306639 (2), 17306639 (3), 17306639 (4), 17306639 (5), 17306639 (6), 17306639 (7), 17306938 (10), 17306938 (11), 17306938 (15), 17306938 (16), 17306938 (2), 17306938 (3), 17306938 (6), 17306977 (1), 17306977 (10), 17306977 (11), 17306977 (12), 17306977 (13), 17306977 (14), 17306977 (15), 17306977 (16), 17306977 (17), 17306977 (18), 17306977 (19), 17306977 (2), 17306977 (20), 17306977 (21), 17306977 (3), 17306977 (4), 17306977 (5), 17306977 (6), 17306977 (7), 17306977 (8), 17306977 (9), 17307045, 17307328(1), 17307328(2), 17307328(3), 17307328(4), 17307329 (1), 17307329 (2), 17307329 (3), 17307329 (4), 17307329 (5), 17307329 (6), 17307329 (7), 17307357(1), 17307357(2), 17307357(3), 17307357(4), 17307357(5), 17307357(6), 17307357(7), 17307365, 17307460 (1), 17307460(5), 17307461(1), 17307461(5), 17307461(9), 17307462(1), 17307462(5), 17307462(9), 17307473 (1), 17307590 (1), 17307590 (2), 17307590 (3), 17307590 (4), 17307590 (5), 17307592(1), 17307592(2), 17307592(3), 17307592(4), 17307592(5), 17307592(6), 17307592(7), 17307599(1),

**Published:** April 2021

- **Individual Photographs:** 17307599(2), 17307599(3), 17307599(4), 17307599(5), 17307611(1), 17307611(2), 17307611(3), 17307611(4), 17307611(5), 17307611(6), 17307611(7), 17307611(8), 17307611(9), 17307738 (1), 17307738 (2), 17307738 (3), 17307738 (4), 17307738 (5), 17307757 (1), 17307757 (2), 17307757 (3), 17307757 (4), 17307757 (5), 17307767 (1), 17307767 (2), 17307767 (3), 17307767 (4), 17307767 (5), 17307780 (1), 17307780 (2), 17307780 (3), 17307780 (4), 17307780 (5), 17307780 (6), 17307780 (7), 17307780 (8), 17307780 (9), 17307827 (1), 17307854 (1), 17307854 (10), 17307854 (11), 17307854 (12), 17307854 (13), 17307854 (14), 17307854 (15), 17307854 (16), 17307854 (17), 17307854 (18), 17307854 (19), 17307854 (2), 17307854 (20), 17307854 (21), 17307854 (22), 17307854 (3), 17307854 (4), 17307854 (5), 17307854 (6), 17307854 (7), 17307854 (8), 17307854 (9), 17307874 (1), 17307874 (2), 17307874 (3), 17307874 (4), 17307874 (5), 17307874 (6), 17307874 (7), 17307874 (8), 17307874 (9), 17307892 (1), 17307892 (10), 17307892 (11), 17307892 (12), 17307892 (13), 17307892 (14), 17307892 (2), 17307892 (3), 17307892 (4), 17307892 (5), 17307892 (6), 17307892 (7), 17307892 (8), 17307892 (9), 17307962 (1), 17307962 (10), 17307962 (11), 17307962 (12), 17307962 (13), 17307962 (14), 17307962 (15), 17307962 (16), 17307962 (17), 17307962 (18), 17307962 (19), 17307962 (2), 17307962 (20), 17307962 (21), 17307962 (22), 17307962 (23), 17307962 (3), 17307962 (4), 17307962 (5), 17307962 (6), 17307962 (7), 17307962 (8), 17307962 (9), 17307996 (3), 17307996 (4), 17307996 (5), 17308001 (1), 17308001 (10), 17308001 (2), 17308001 (3), 17308001 (4), 17308001 (5), 17308001 (6), 17308001 (7), 17308001 (8), 17308001 (9), 17308028 (1), 17308028 (2), 17308028 (3), 17308028 (4), 17308028 (5), 17308028 (6), 17308028 (7), 17308028 (8), 17308028 (9), 17308030 (1), 17308030 (10),



**Published:** April 2021

- **Individual Photographs:** 17308030 (11), 17308030 (12), 17308030 (13), 17308030 (14), 17308030 (15), 17308030 (2), 17308030 (3), 17308030 (4), 17308030 (5), 17308030 (6), 17308030 (7), 17308030 (8), 17308030 (9), 17308067 (1), 17308067 (10), 17308067 (11), 17308067 (12), 17308067 (13), 17308067 (14), 17308067 (2), 17308067 (3), 17308067 (4), 17308067 (5), 17308067 (6), 17308067 (7), 17308067 (8), 17308067 (9), 17308077 (1), 17308077 (10), 17308077 (11), 17308077 (12), 17308077 (13), 17308077 (14), 17308077 (15), 17308077 (2), 17308077 (3), 17308077 (4), 17308077 (5), 17308077 (6), 17308077 (7), 17308077 (8), 17308077 (9), 17308079 (1), 17308079 (2), 17308079 (3), 17308079 (4), 17308079 (5), 17308082 (1), 17308082 (10), 17308082 (11), 17308082 (12), 17308082 (13), 17308082 (14), 17308082 (2), 17308082 (3), 17308082 (4), 17308082 (5), 17308082 (6), 17308082 (7), 17308082 (8), 17308082 (9), 17308083 (1), 17308083 (10), 17308083 (11), 17308083 (12), 17308083 (13), 17308083 (2), 17308083 (3), 17308083 (4), 17308083 (5), 17308083 (6), 17308083 (7), 17308083 (8), 17308083 (9), 17308089 (1), 17308089 (10), 17308089 (11), 17308089 (12), 17308089 (13), 17308089 (2), 17308089 (3), 17308089 (4), 17308089 (5), 17308089 (6), 17308089 (7), 17308089 (8), 17308089 (9), 17308090 (1), 17308090 (10), 17308090 (11), 17308090 (12), 17308090 (13), 17308090 (2), 17308090 (3), 17308090 (4), 17308090 (5), 17308090 (6), 17308090 (7), 17308090 (8), 17308090 (9), 17308125 (1), 17308125 (10), 17308125 (11), 17308125 (12), 17308125 (13), 17308125 (14), 17308125 (2), 17308125 (3), 17308125 (4), 17308125 (5), 17308125 (6), 17308125 (7), 17308125 (8), 17308125 (9), 17308128 (1), 17308128 (10), 17308128 (2), 17308128 (3), 17308128 (4), 17308128 (5), 17308128 (6), 17308128 (7), 17308128 (8), 17308128 (9), 17308137 (1), 17308137 (10), 17308137 (11), 17308137 (12), 17308137 (13), 17308137 (14),

**Published:** April 2021

- **Individual Photographs:** 17308137 (15), 17308137 (16), 17308137 (17), 17308137 (18), 17308137 (19), 17308137 (2), 17308137 (3), 17308137 (4), 17308137 (5), 17308137 (6), 17308137 (7), 17308137 (8), 17308137 (9), 17308139 (1), 17308139 (10), 17308139 (11), 17308139 (12), 17308139 (13), 17308139 (14), 17308139 (2), 17308139 (3), 17308139 (4), 17308139 (5), 17308139 (6), 17308139 (7), 17308139 (8), 17308139 (9), 17308149 (1), 17308149 (10), 17308149 (11), 17308149 (12), 17308149 (13), 17308149 (2), 17308149 (3), 17308149 (4), 17308149 (5), 17308149 (6), 17308149 (7), 17308149 (8), 17308149 (9), 17308150 (1), 17308150 (10), 17308150 (11), 17308150 (12), 17308150 (13), 17308150 (14), 17308150 (15), 17308150 (16), 17308150 (17), 17308150 (2), 17308150 (3), 17308150 (4), 17308150 (5), 17308150 (6), 17308150 (7), 17308150 (8), 17308150 (9), 17308163 (1), 17308163 (10), 17308163 (11), 17308163 (12), 17308163 (13), 17308163 (2), 17308163 (3), 17308163 (4), 17308163 (5), 17308163 (6), 17308163 (7), 17308163 (8), 17308163 (9), 17308166 (1), 17308166 (10), 17308166 (11), 17308166 (12), 17308166 (13), 17308166 (14), 17308166 (2), 17308166 (3), 17308166 (4), 17308166 (5), 17308166 (6), 17308166 (7), 17308166 (8), 17308166 (9), 17308169 (1), 17308169 (10), 17308169 (11), 17308169 (12), 17308169 (13), 17308169 (14), 17308169 (15), 17308169 (16), 17308169 (17), 17308169 (18), 17308169 (2), 17308169 (3), 17308169 (4), 17308169 (5), 17308169 (6), 17308169 (7), 17308169 (8), 17308169 (9), 17308170 (1), 17308170 (10), 17308170 (11), 17308170 (12), 17308170 (13), 17308170 (14), 17308170 (2), 17308170 (3), 17308170 (4), 17308170 (5), 17308170 (6), 17308170 (7), 17308170 (8), 17308170 (9), 17308196(1), 17308196(2), 17308196(3), 17308196(4), 17308202(1), 17308202(2), 17308202(3), 17308202(4), 17308203 (1), 17308203 (2), 17308203 (3), 17308203 (4), 17308203 (5), 17308203 (6),

|   |   |   |
|---|---|---|
| | **Published:** | April 2021 |
| • | **Individual Photographs:** | 17308203 (7), 17308203 (8), 17308280 (1), 17308280 (10), 17308280 (11), 17308280 (2), 17308280 (3), 17308280 (4), 17308280 (5), 17308280 (6), 17308280 (7), 17308280 (8), 17308280 (9), |
| | **Published:** | April 2021 |
| • | **Individual Photographs:** | 17307518 (1), 17307518 (5), 17307518 (6), 17307518 (7), 17307724(1), 17307724(2), 17307724(3), 17307798 (1), 17307798 (5), 17307798 (6), 17307798 (8), 17307847(1), 17307847(2), 17307847(3), 17307847(4), 17307847(5), 17307847(6), 17307847(7), 17307847(8), 17307847(9), 17307871 (5), 17307872(1), 17307872(2), 17307872(3), 17307872(4), 17307872(5), 17307872(6), 17307872(7), 17307899 (1), 17307899 (2), 17307899 (3), 17307899 (1), 17307899 (3), 17307899 (6), 17307971(1), 17307971(10), 17307971(11), 17307971(12), 17307971(2), 17307971(3), 17307971(4), 17307971(5), 17307971(6), 17307971(7), 17307971(8), 17307971(9), 17307971, 17308015 (1), 17308015 (2), 17308015 (3), 17308015 (4), 17308015 (5), 17308015 (6), 17308015 (7), 17308179 (1), 17308179 (10), 17308179 (11), 17308179 (2), 17308179 (6), 17308245 (1), 17308245 (2), 17308254 (1), 17308254 (5), 17308254 (6), 17308254 (7), 17308264 (1), 17308264 (11), 17308264 (12), 17308264 (2), 17308264 (7), 17308282(1), 17308282(2), 17308282(3), 17308282(4), 17308283 (1), 17308283 (2), 17308283 (3), |
| | **Published:** | May 2021 |
| • | **Individual Photographs:** | 17295435, |
| | **Published:** | July 2021 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | January 26, 2021 |
| **Latest Publication Date in Group:** | July 30, 2021 |
| **Nation of First Publication:** | United States |

## Author

| | | |
|---|---|---|
| • | **Author:** | Interfocus Inc |
| | **Author Created:** | photographs |
| | **Work made for hire:** | Yes |
| | **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Interfocus Inc<br>650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States |

## Rights and Permissions



**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** August 09, 2021

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 50B









**EXHIBIT 50D**

English | United States | USD | FREE SHIPPING on orders over 35.00 USD | Sign in | Register | Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest | Baby | Toddler | Kids | Toys | Family Outfits | Shoes | Accessories | Mom Supplies&Home

Home / Matching outfits / Mother Baby Clothes / Dress

# Leopard Print V-neck Jumpsuit for Mom and Me

**14.95 USD** ~~16.99 USD~~

★★★★★ (1 Reviews)

Color

Size Size Chart

Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y

Qty

− 1 +

Add to Cart

Description | Size & Fit | Delivery

| | |
|---|---|
| Patterns/Graphics: | Leopard |
| Occasion: | Vacation/Beach,Daily |
| Thickness: | Thin |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Dry Clean: | Dry-cleanable |
| Washing Mode: | Hand Wash |
| Season: | Summer |
| Style: | basic |

## Customer Reviews (1)

Average Rating ★★★★★ 5.0

All | Most Recent | With Picture

m***m ★★★★★

User did not add a comment

Feb.24,2022 Color:Black Size:Mom: L

Helpful (0)

## How About These?

Safe Delivery | Secure Payment | Premium Quality

Write to us
service.western@hibobi.com

Chat with us

hibobi use hibobi, love your baby.

Follow us

About Us
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

Help & Support
Return Policy
Delivery

Sign up For hibobi Style News
Email Subscribe

Get Our App
Shop anytime, anywhere





English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Mother Baby Clothes / Dress

# Leopard Print V-neck Jumpsuit for Mom and Me

**14.95 USD** ~~16.99 USD~~

★★★★★ (1 Reviews)

Color

Size Size Chart

Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y

Qty

− 1 +

Add to Cart

Description Size & Fit Delivery

| | |
|---|---|
| Patterns/Graphics: | Leopard |
| Occasion: | Vacation/Beach,Daily |
| Thickness: | Thin |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Dry Clean: | Dry-cleanable |
| Washing Mode: | Hand Wash |
| Season: | Summer |
| Style: | basic |

## Customer Reviews (1)

Average Rating ★★★★★ 5.0

All Most Recent With Picture

m***m ★★★★★

User did not add a comment

Feb.24,2022 Color:Black Size:Mom: L

Helpful (0)

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
**service.western@hibobi.com**

Chat with us

hibobi use hibobi, love your baby.

Follow us

**About Us**
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**
Return Policy
Delivery

**Sign up For hibobi Style News**
Email Subscribe

**Get Our App**
Shop anytime, anywhere

English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Mother Baby Clothes / Dress

# Leopard Print V-neck Jumpsuit for Mom and Me

**14.95 USD** ~~16.99 USD~~

★★★★★ (1 Reviews)

Color

Size Size Chart

Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y

Qty

− 1 +

Add to Cart

Description Size & Fit Delivery

| | |
|---|---|
| Patterns/Graphics: | Leopard |
| Occasion: | Vacation/Beach,Daily |
| Thickness: | Thin |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Dry Clean: | Dry-cleanable |
| Washing Mode: | Hand Wash |
| Season: | Summer |
| Style: | basic |

## Customer Reviews (1)

Average Rating ★★★★★ 5.0

All Most Recent With Picture

m***m ★★★★★

User did not add a comment

Feb.24,2022 Color:Black Size:Mom: L

Helpful (0)

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
service.western@hibobi.com

Chat with us

hibobi use hibobi, love your baby.
Follow us

**About Us**
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**
Return Policy
Delivery

**Sign up For hibobi Style News**
Email Subscribe

**Get Our App**
Shop anytime, anywhere

English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Mother Baby Clothes / Dress

# Leopard Print V-neck Jumpsuit for Mom and Me

**14.95 USD** ~~16.99 USD~~

★★★★★ (1 Reviews)

Color

Size Size Chart

Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y

Qty

– 1 +

Add to Cart

Description Size & Fit Delivery

| | |
|---|---|
| Patterns/Graphics: | Leopard |
| Occasion: | Vacation/Beach,Daily |
| Thickness: | Thin |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Dry Clean: | Dry-cleanable |
| Washing Mode: | Hand Wash |
| Season: | Summer |
| Style: | basic |

## Customer Reviews (1)

Average Rating ★★★★★ 5.0

All Most Recent With Picture

m***m ★★★★★

User did not add a comment

Feb.24,2022 Color:Black Size:Mom: L

Helpful (0)

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
**service.western@hibobi.com**

Chat with us

hibobi use hibobi, love your baby.

Follow us

**About Us**

About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**

Return Policy
Delivery

**Sign up For hibobi Style News**

Email Subscribe

**Get Our App**

Shop anytime, anywhere

English | United States | USD | FREE SHIPPING on orders over 35.00 USD | Sign in | Register | Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest | Baby | Toddler | Kids | Toys | Family Outfits | Shoes | Accessories | Mom Supplies&Home

Home / Matching outfits / Mother Baby Clothes / Dress

# Leopard Print V-neck Jumpsuit for Mom and Me

**14.95 USD** ~~16.99 USD~~

★★★★★ (1 Reviews)

Color

Size Size Chart

Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y

Qty

− 1 +

Add to Cart

Description | Size & Fit | Delivery

| | |
|---|---|
| Patterns/Graphics: | Leopard |
| Occasion: | Vacation/Beach,Daily |
| Thickness: | Thin |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Dry Clean: | Dry-cleanable |
| Washing Mode: | Hand Wash |
| Season: | Summer |
| Style: | basic |

## Customer Reviews (1)

Average Rating ★★★★★ 5.0

All | Most Recent | With Picture

m***m ★★★★★

User did not add a comment

Feb.24,2022 Color:Black Size:Mom: L

Helpful (0)

## How About These?

Safe Delivery | Secure Payment | Premium Quality

Write to us
service.western@hibobi.com

Chat with us

hibobi use hibobi, love your baby.

Follow us

**About Us**
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**
Return Policy
Delivery

**Sign up For hibobi Style News**
Email | Subscribe

**Get Our App**
Shop anytime, anywhere



