# EXHIBIT 53A

**Registration #:** VA0002307943
**Service Request #:** 1-11458614375



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-307-943**

**Effective Date of Registration:**
July 05, 2022
**Registration Decision Date:**
July 12, 2022

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** May 31, 2021 to September 08, 2021

## Title

| | |
|---|---|
| **Title of Group:** | 1-11458614375_2021PATPAT_Published_85 |
| **Number of Photographs in Group:** | 85 |

- **Individual Photographs:** 17315604-4418087,
17315604-4418088,
17315604-4418089,
17315604-4418090,
17315604-4418091,
17315604-4418092,
17315604-4418093,
17315604-4418094,
17315604-4418095,
17315604-4418096,
17315604-4418097,
17315604-4418098,
17315604-4418099,
  **Published:** May 2021

- **Individual Photographs:** 17324872-4585409,
17324872-4585410,
17324872-4585411,
17324872-4585412,
17324872-4585413,
17324872-4585414,
17324872-4585415,
17324872-4585416,
17324872-4585417,
17324872-4585418,
17324872-4585419,
17324872-4585420,
17324872-4592956,
17324872-4592957,
17324872-4592958,
17324872-4592959,
17324872-4592960,
17324872-4592961,

| | |
|---|---|
| | 17324872-4592962, |
| | 17324872-4592963, |
| | 17324872-4592964, |
| | 17324872-4592965, |
| | 17324872-4592966, |
| | 17324872-4592967, |
| | 17324872-4597019, |
| | 17324872-4597020, |
| | 17324872-4597021, |
| | 17324872-4597022, |
| | 17324872-4597023, |
| | 17324872-4597024, |
| | 17324872-4597025, |
| | 17324872-4597026, |
| **Published:** | July 2021 |

- **Individual Photographs:** 17353392-4720313,
17353392-4720314,
17353392-4720315,
17353392-4720316,
17353392-4720317,
17353392-4720318,
17353392-4720319,
17353392-4720320,
17353392-4720321,
17353392-4720322,
17353392-4720323,
17353392-4720324,

**Published:** August 2021

- **Individual Photographs:** 17354127-4781474,
17354127-4781475,
17354127-4781476,
17354127-4781477,
17354127-4781478,
17354127-4781479,
17354127-4781480,
17354127-4781481,
17354127-4781482,
17354127-4781483,
17354127-4781484,
17354127-4781485,
17354127-4781486,
17354127-4781487,
17354127-4786651,
17354127-4737020,
17354127-4737022,
17354127-4737025,
17354127-4737026,
17354127-4737027,
17354127-4737028,
17354127-4737030,
17354127-4737031,
17354127-4771271,
17354127-4771273,
17354127-4771274,
17354127-4771275,
17354127-4771276



**Published:** September 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** May 31, 2021
**Latest Publication Date in Group:** September 08, 2021
**Nation of First Publication:** United States

## Author

• **Author:** Interfocus Inc
**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** July 05, 2022

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .

XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 53B







Boys

# EXHIBIT 53D



English   United States   USD     FREE SHIPPING on orders over 35.00 USD     Sign in | Register     Help Center

## hibobi
use hibobi, love your baby.

Search    0

Hottest    Baby    Toddler    Kids    Toys    Family Outfits    Shoes    Accessories    Mom Supplies&Home

Home / Matching outfits / Mother Baby Clothes / Suit



   



### Sweet Floral Print Long Sleeve Blouse & Sweater for Mom and Me

**10.55 USD** ~~11.99 USD~~

Color



Size    Size Chart

| | | | |
|---|---|---|---|
| Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M |
| Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y |
| Girl: 8-9Y | Mom: S | Mom: M | Mom: L | Girl: 2-3Y |
| Boy: 2-3Y | | | | |

Qty

− 1 +

Add to Cart

Description    Size & Fit    Delivery

| | |
|---|---|
| Occasion: | Daily |
| Thickness: | Regular |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Fabric properties: | Micro stretch |
| Clothes type: | Regular |
| Neckline: | Square Neck |
| Season: | Summer |
| Bottoms ingredients: | Polyester |
| Sleeve Length: | Long-sleeve |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

‹     ›

 Safe Delivery    Secure Payment    Premium Quality

Write to us
service.western@hibobi.com    Chat with us

### hibobi
use hibobi, love your baby.

Follow us

  

**About Us**
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**
Return Policy
Delivery

**Sign up For hibobi Style News**
Email    Subscribe

**Get Our App**
Shop anytime, anywhere

 

6/10/22, 5:35 PM
Case: 1:22-cv-02259 Document #: 53-50 Filed: 11/15/22 Page 13 of 14 PageID #:4151
Sweet Floral Print Long Sleeve Blouse & Sweater for Mom and Me | hibobi



English 🇺🇸 United States    USD          FREE SHIPPING on orders over 35.00 USD          Sign in | Register          Help Center

# hibobi
use hibobi, love your baby.

Search                                                    🛒 0

Hottest    Baby    Toddler    Kids    Toys    Family Outfits    Shoes    Accessories    Mom Supplies&Home

Home / Matching outfits / Mother Baby Clothes / Suit



### Sweet Floral Print Long Sleeve Blouse & Sweater for Mom and Me

**10.55 USD** ~~11.99 USD~~

**Color**

 

**Size**    Size Chart

| Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M |
| Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y |
| Girl: 8-9Y | Mom: S | Mom: M | Mom: L | Girl: 2-3Y |
| Boy: 2-3Y |

**Qty**

−  1  +

Add to Cart

   



Description    Size & Fit    Delivery

| | |
|---|---|
| Occasion: | Daily |
| Thickness: | Regular |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Fabric properties: | Micro stretch |
| Clothes type: | Regular |
| Neckline: | Square Neck |
| Season: | Summer |
| Bottoms ingredients: | Polyester |
| Sleeve Length: | Long-sleeve |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

‹

   

›

🚚 Safe Delivery          🛡 Secure Payment          ✓ Premium Quality

✉ Write to us
service.western@hibobi.com          💬 Chat with us


use hibobi, love your baby.

Follow us
   ▶

**About Us**
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**
Return Policy
Delivery

**Sign up For hibobi Style News**
Email                    Subscribe

**Get Our App**
Shop anytime, anywhere

English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Mother Baby Clothes / Suit

# Sweet Floral Print Long Sleeve Blouse & Sweater for Mom and Me

**10.55 USD** ~~11.99 USD~~

Color

Size Size Chart

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty
– 1 +

Add to Cart

Description Size & Fit Delivery

| | |
|---|---|
| Occasion: | Daily |
| Thickness: | Regular |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Fabric properties: | Micro stretch |
| Clothes type: | Regular |
| Neckline: | Square Neck |
| Season: | Summer |
| Bottoms ingredients: | Polyester |
| Sleeve Length: | Long-sleeve |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
service.western@hibobi.com

Chat with us

hibobi use hibobi, love your baby.
Follow us

**About Us**
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**
Return Policy
Delivery

**Sign up For hibobi Style News**
Email Subscribe

**Get Our App**
Shop anytime, anywhere
Download on the App Store | GET IT ON Google Play | EXPLORE IT ON AppGallery

 

