# EXHIBIT 54A

**Registration #:**   VA0002261342
**Service Request #:**   1-10640990254



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-261-342

**Effective Date of Registration:**
July 19, 2021
**Registration Decision Date:**
July 30, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 19, 2021 to July 06, 2021

## Title _____

| | |
|---|---|
| **Title of Group:** | 1-10640990254_2021PATPAT_Published_750 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** 17305446 (1), 17305446 (2),
  **Published:** January 2021

- **Individual Photographs:** 17303475, 17304323 (1), 17304323 (11), 17304323 (12), 17304323 (13), 17304323 (4), 17304323 (5),
  **Published:** February 2021

- **Individual Photographs:** 17305432 (3), 17305432 (4),
  **Published:** March 2021

- **Individual Photographs:** 17304516 (1), 17304516 (10), 17304516 (12), 17304516 (14), 17304516 (18), 17304516 (19), 17304516 (21), 17304516 (24), 17304516 (25), 17304516 (29), 17304516 (30), 17304516 (34), 17304516 (35), 17304516 (39), 17304516 (40), 17304516 (42), 17304516 (5), 17304516 (6), 17305479 (1), 17305479 (5), 17305677 (1), 17305677 (11), 17305677 (12), 17305677 (16), 17305677 (2), 17305677 (20), 17305677 (6), 17305677 (7), 17308988 (6), 17308988 (7), 17309318 (1), 17309318 (5), 17309609, 17309643, 17309645, 17309646, 17310144 (1), 17310144 (2), 17311526 (4), 17311526 (5), 17311695 (1), 17311695 (3), 17311695 (5), 17312301 (1), 17312301 (2), 17312332 (1), 17312332 (11), 17312332 (2), 17312332 (6), 17312332 (7), 17313775 (1), 17313775 (2),
  **Published:** April 2021

- **Individual Photographs:** 17319372 (2), 17319372 (3), 17319372 (4), 17319372 (5), 17319372 (6), 17319378 (1), 17319378 (2), 17319378 (3), 17319378 (4), 17319378 (5), 17319378 (6), 17319378 (7), 17319378 (8), 17319378 (9), 17259199(1), 17259199(2), 17259199(3), 17259199(4), 17259199(5), 17259199(6), 17307475(1), 17307475(2), 17307475(3), 17307475(4), 17308179 (1), 17308179 (12), 17308179 (13), 17308179 (2), 17308179 (3), 17308179 (7), 17308179 (8), 17308799 (1), 17308799 (10), 17308799 (2), 17308799 (3), 17308799 (4), 17308799 (9), 17308931 (1), 17308931 (2), 17308931 (5), 17309547 (4), 17309547 (5), 17309810 (2), 17309810, 17309966 (1), 17309966 (2), 17310099 (1), 17310099 (5), 17310268 (1), 17310268 (5),




17310279 (1), 17310279 (5), 17310466 (1), 17310466 (5), 17310647 (1),
17310647 (5), 17310938 (4), 17310938 (5), 17311054 (1), 17311054 (4),
17311054 (5), 17311402 (1), 17311402 (11), 17311402 (12), 17311402 (15),
17311402 (2), 17311402 (3), 17311402 (4), 17311402 (5), 17311402 (6),
17311402 (9), 17311418 (2), 17311418 (5), 17311418 (7), 17311418 (8),
17311418 (9), 17311524 (1), 17311524 (4), 17311524 (5), 17311536 (1),
17311536 (10), 17311536 (11), 17311536 (2), 17311536 (3), 17311536 (6),
17311536 (7), 17311536 (8), 17311536 (9), 17311568, 17311605 (1),
17311605 (5), 17311657 (1), 17311657 (5), 17311690 (4), 17311690 (5),
17311726 (1), 17311726 (10), 17311726 (11), 17311726 (2), 17311726 (3),
17311726 (6), 17311726 (7), 17311746 (12), 17311746 (13), 17311746 (16),
17311746 (17), 17311746 (2), 17311746 (20), 17311746 (21), 17311746 (3),
17311746 (4), 17311746 (5), 17311746 (8), 17311746 (9), 17311837 (1),
17311837 (2), 17311837 (3), 17311837 (6), 17311837 (7), 17311911 (1),
17311911 (5), 17312457 (1), 17312457 (10), 17312457 (14), 17312457 (15),
17312457 (16), 17312457 (5), 17312457 (6), 17312481 (1), 17312481 (10),

**Published:** May 2021

- **Individual Photographs:** 17312481 (11), 17312481 (15), 17312481 (16), 17312481 (19), 17312481 (21),
17312481 (4), 17312481 (9), 17312536 (1), 17312536 (11), 17312536 (12),
17312536 (2), 17312536 (3), 17312536 (4), 17312536 (7), 17312536 (8),
17312608 (1), 17312608 (10), 17312608 (11), 17312608 (2), 17312608 (3),
17312608 (6), 17312608 (7), 17312666 (1), 17312666 (5), 17312742 (1),
17312742 (6), 17312742 (7), 17312742 (8), 17312742 (9), 17312792 (10),
17312792 (4), 17312792 (5), 17312792 (8), 17312792 (9), 17313402 (4),
17313402 (5), 17313626 (1), 17313626 (2), 17313711 (1), 17313711 (11),
17313711 (2), 17313711 (6), 17313711 (7), 17313842 (10), 17313842 (2),
17313842 (3), 17313842 (4), 17313842 (5), 17313842 (6), 17313842 (7),
17313893 (1), 17313893 (4), 17313893 (5), 17313949 (1), 17313949 (2),
17313954 (1), 17313954 (2), 17313954 (3), 17314169 (2), 17314169 (3),
17314169 (4), 17314185 (1), 17314185 (10), 17314185 (11), 17314185 (2),
17314185 (3), 17314185 (6), 17314185 (7), 17314193 (11), 17314193 (12),
17314193 (13), 17314193 (2), 17314193 (3), 17314193 (4), 17314193 (5),
17314193 (7), 17314193 (8), 17314193 (9), 17314323 (1), 17314323 (2),
17314323 (3), 17314323 (7), 17314323 (8), 17314385 (1), 17314385 (10),
17314385 (11), 17314385 (5), 17314385 (6), 17314435 ( (2), 17314435 ( (3),
17314435 ( (4), 17314435 ( (5), 17314435 ( (6), 17314435 ( (7), 17314435 (
(8), 17314449 (1), 17314449 (11), 17314449 (13), 17314449 (17), 17314449
(18), 17314449 (2), 17314449 (3), 17314449 (6), 17314449 (8), 17314502 (1),
17314502 (10), 17314502 (11), 17314502 (12), 17314502 (2), 17314502 (5),
17314502 (6), 17314502 (9), 17314512 (1), 17314512 (10), 17314512 (11),
17314512 (2), 17314512 (3), 17314512 (6), 17314512 (7), 17314556 (11),
17314556 (4), 17314556 (5), 17314556 (6), 17314556 (7), 17314561 (1),
17314561 (2), 17314563 (1), 17314563 (2), 17314563 (3), 17314563 (8),

**Published:** May 2021

- **Individual Photographs:** 17314563 (9), 17314702 (1), 17314702 (2), 17314702 (3), 17314702 (4),
17314702 (7), 17314702 (8), 17314779 (1), 17314779 (2), 17314779 (3),
17314779 (4), 17314779 (7), 17314779 (8), 17314786 (1), 17314786 (2),
17314786 (3), 17314786 (4), 17314786 (7), 17314786 (8), 17314831 (1),
17314831 (10), 17314831 (13), 17314831 (2), 17314831 (3), 17314831 (4),
17314831 (7), 17314831 (8), 17314840 (3), 17314840 (4), 17314846 (1),
17314846 (10), 17314846 (2), 17314846 (3), 17314846 (6), 17314846 (7),
17314857 (1), 17314857 (11), 17314857 (12), 17314857 (2), 17314857 (3),
17314857 (4), 17314857 (5), 17314857 (6), 17314857 (8), 17314866 (10),
17314866 (11), 17314866 (13), 17314866 (14), 17314866 (16), 17314866 (2),
17314866 (3), 17314866 (4), 17314866 (5), 17314866 (6), 17314866 (7),
17314866 (8), 17314875 (1), 17314875 (10), 17314875 (2), 17314875 (6),



17314875 (8), 17314921 (1), 17314921 (4), 17314921 (5), 17314951 (1),
17314951 (2), 17314951 (3), 17315234 (1), 17315234 (2), 17315234 (6),
17315234 (7), 17315253 (3), 17315253 (5), 17315394 (3), 17315394 (4),
17315398 (1), 17315398 (4), 17315398 (8), 17315398 (9), 17315434 (3),
17315434 (4), 17315604(1), 17315604(2), 17315604(3), 17315604(4),
17315604(5), 17315604(6), 17315607(1), 17315607(2), 17315607(3),
17315607(4), 17315607(5), 17315607(6), 17315822 (1), 17315822 (13),
17315822 (2), 17315822 (7), 17315822 (8), 17315940(1), 17315940(10),
17315940(11), 17315940(13), 17315940(15), 17315940(16), 17315940(17),
17315940(2), 17315940(5), 17315940(6), 17315940(8), 17315940, 17316120
(1), 17316120 (5), 17316149 (1), 17316149 (10), 17316149 (2), 17316149 (6),
17316149 (7), 17316150 (4), 17316150 (5), 17316209 (1), 17316209 (2),
17316209 (6), 17316209 (7), 17316209 (8), 17316220 (1), 17316220 (2),
17316220 (3), 17316220 (4), 17316304 (1), 17316304 (10),

**Published:** May 2021

- **Individual Photographs:** 17316304 (11), 17316304 (12), 17316304 (16), 17316304 (5), 17316304 (6),
17316326 (4), 17316326 (5), 17316334 (1), 17316334 (2), 17316337 (1),
17316337 (2), 17316386 (3), 17316386 (4), 17316447 (1), 17316447 (2),
17316447 (3), 17316447 (4), 17316531 (1), 17316531 (2), 17316547 (1),
17316547 (5), 17316547 (6), 17316585 (10), 17316585 (12),
17316585 (13), 17316585 (14), 17316585 (16), 17316585 (17), 17316585 (18),
17316585 (2), 17316585 (20), 17316585 (21), 17316585 (22), 17316585 (24),
17316585 (25), 17316585 (26), 17316585 (3), 17316585 (4), 17316585 (5),
17316585 (6), 17316585 (8), 17316585 (9), 17316592 (1), 17316592 (10),
17316592 (11), 17316592 (13), 17316592 (14), 17316592 (15), 17316592 (17),
17316592 (18), 17316592 (19), 17316592 (2), 17316592 (21), 17316592 (22),
17316592 (23), 17316592 (25), 17316592 (26), 17316592 (27), 17316592 (29),
17316592 (3), 17316592 (30), 17316592 (31), 17316592 (33), 17316592 (34),
17316592 (35), 17316592 (4), 17316592 (5), 17316592 (6), 17316592 (7),
17316592 (9), 17316667 (1), 17316667 (2), 17316667 (3), 17316667 (5),
17316667 (6), 17316667 (7), 17316728 (3), 17316728 (5), 17316737 (4),
17316737 (5), 17316741 (3), 17316741 (4), 17316744 (2), 17316744 (3),
17316744 (6), 17316744 (8), 17316744 (9), 17316791 (1), 17316791 (3),
17316791 (4), 17316793 (4), 17316793 (5), 17316819 (1), 17316819 (10),
17316819 (11), 17316819 (2), 17316819 (3), 17316819 (6), 17316823 (1),
17316823 (12), 17316823 (13), 17316823 (2), 17316823 (3), 17316823 (7),
17316823 (8), 17316922 (4),

**Published:** May 2021

- **Individual Photographs:** 17319430 (1), 17319430 (2), 17319430 (3), 17319430 (4), 17319430 (5),
17319430 (6), 17319430 (7), 17320225 (1), 17320225 (2), 17320225 (3),
17320225 (4), 17320225 (5), 17320225 (6), 17320225 (7), 17320225 (8),
17249733 (10), 17249733 (2), 17249733 (4), 17249733 (5), 17249733 (8),
17249733 (9), 17313559 (1), 17313559 (2), 17313559 (5), 17313559 (7),
17313956 (1), 17313956 (10), 17313956 (11), 17313956 (15), 17313956 (16),
17313956 (5), 17313956 (6), 17313972 (1), 17313972 (11), 17313972 (2),
17313972 (6), 17313972 (7), 17314141 (2), 17314141 (3), 17314141 (4),
17314141 (5), 17314928 (1), 17314928 (10), 17314928 (11), 17314928 (15),
17314928 (16), 17314928 (5), 17314928 (6), 17314943 (1), 17314943 (10),
17314943 (11), 17314943 (2), 17314943 (4), 17314943 (9), 17315488 (1),
17315488 (10), 17315488 (11), 17315488 (4), 17315488 (5), 17315488 (6),
17315488 (9), 17315914(1), 17315914(2), 17315914(3), 17315914(4),
17315914(5), 17315914(6), 17316134(1), 17316134(2), 17316134(3),
17316134(4), 17316134(5), 17316402 (1), 17316402 (2), 17316402 (3),
17316402 (7), 17316402 (8), 17316402 (1), 17316402 (10), 17316402 (11),
17316402 (15), 17316402 (5), 17316402 (6), 17316403 (1), 17316403 (2),
17316403 (5), 17316410 (1), 17316410 (5), 17316470 (1), 17316470 (2),

17316470 (4), 17316473 (1), 17316473 (5), 17316562 (1), 17316562 (11), 17316562 (2), 17316562 (6), 17316562 (7), 17316563 (1), 17316563 (12), 17316563 (13), 17316563 (2), 17316563 (3), 17316563 (7), 17316563 (8), 17316565 (1), 17316565 (5), 17316600 (1), 17316600 (11), 17316600 (12), 17316600 (14), 17316600 (15), 17316600 (17), 17316600 (18), 17316600 (2), 17316600 (20), 17316600 (21), 17316600 (3), 17316600 (4), 17316600 (5), 17316600 (8), 17316600 (9), 17316648 (1), 17316648 (10), 17316648 (11), 17316648 (5), 17316648 (6), 17316651 (1), 17316651 (11), 17316651 (12),

**Published:** June 2021

- **Individual Photographs:** 17316651 (16), 17316651 (2), 17316651 (6), 17316651 (7), 17316652 (1), 17316652 (10), 17316652 (11), 17316652 (12), 17316652 (2), 17316652 (6), 17316658 (1), 17316658 (5), 17316659 (1), 17316659 (4), 17316659 (5), 17316698 (12), 17316698 (13), 17316698 (2), 17316698 (3), 17316698 (7), 17316698 (8), 17316698, 17316735 (3), 17316735 (4), 17316784 (10), 17316784 (11), 17316784 (3), 17316784 (4), 17316784 (6), 17316784 (9), 17316799(1), 17316799(2), 17316799(3), 17316799(4), 17316799(5), 17316799(6), 17316812 (1), 17316812 (10), 17316812 (2), 17316812 (3), 17316812 (4), 17316812 (5), 17316812 (7), 17316812 (8), 17316812 (9), 17316854 (1), 17316854 (11), 17316854 (12), 17316854 (16), 17316854 (2), 17316854 (6), 17316854 (7), 17316887 (4), 17316887 (5),

**Published:** June 2021

- **Individual Photographs:** 17314278 (10), 17314278 (2), 17314278 (4), 17314278 (5), 17314278 (8), 17314278 (9),

**Published:** July 2021

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | January 19, 2021 |
| **Latest Publication Date in Group:** | July 06, 2021 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Interfocus Inc |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc



|  |  |
|---|---|
| **Name:** | Can Wang |
| **Email:** | infringement@patpat.com |
| **Telephone:** | (650)224-6698 |
| **Address:** | 650 Castro Street Ste. 120-458 |
|  | Mountain View, CA 94041 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Can Wang |
| **Date:** | July 16, 2021 |

**Copyright Office notes:**   Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 54B













# EXHIBIT 54D

English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Sleeveless Dress and T-shirt

**12.99 USD**

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

− 1 +

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Fabric properties: | Non stretch |
| Thickness: | Regular |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Clothes type: | Regular |
| Neckline: | Straps |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
**service.western@hibobi.com**

Chat with us

hibobi use hibobi, love your baby.

Follow us

**About Us**
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**
Return Policy
Delivery

**Sign up For hibobi Style News**
Email Subscribe

**Get Our App**
Shop anytime, anywhere

Download on the App Store | GET IT ON Google Play | EXPLORE IT ON AppGallery

English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Sleeveless Dress and T-shirt

**12.99 USD**

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

– 1 +

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Fabric properties: | Non stretch |
| Thickness: | Regular |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Clothes type: | Regular |
| Neckline: | Straps |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
service.western@hibobi.com

Chat with us

hibobi use hibobi, love your baby.

Follow us

**About Us**

About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**

Return Policy
Delivery

**Sign up For hibobi Style News**

Email Subscribe

**Get Our App**

Shop anytime, anywhere

Download on the App Store | GET IT ON Google Play | EXPLORE IT ON AppGallery

English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Sleeveless Dress and T-shirt

**12.99 USD**

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

− 1 +

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Fabric properties: | Non stretch |
| Thickness: | Regular |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Clothes type: | Regular |
| Neckline: | Straps |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
**service.western@hibobi.com**

Chat with us

hibobi use hibobi, love your baby.

Follow us

**About Us**
- About hibobi
- Privacy Policy
- Terms & Conditions
- Influencer program

**Help & Support**
- Return Policy
- Delivery

**Sign up For hibobi Style News**

Email Subscribe

**Get Our App**

Shop anytime, anywhere

Download on the App Store | GET IT ON Google Play | EXPLORE IT ON AppGallery

# Family Matching Floral Print Sleeveless Dress and T-shirt

**12.99 USD**

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

− 1 +

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Fabric properties: | Non stretch |
| Thickness: | Regular |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Clothes type: | Regular |
| Neckline: | Straps |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Case: 1:22-cv-02259 Document #: 53-51 Filed: 11/15/22 Page 21 of 22 PageID #:4173

English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Sleeveless Dress and T-shirt

**12.99 USD**

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

− 1 +

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Fabric properties: | Non stretch |
| Thickness: | Regular |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Clothes type: | Regular |
| Neckline: | Straps |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
**service.western@hibobi.com**

Chat with us

hibobi use hibobi, love your baby.

Follow us

**About Us**

About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**

Return Policy
Delivery

**Sign up For hibobi Style News**

Email Subscribe

**Get Our App**

Shop anytime, anywhere

Download on the App Store | GET IT ON Google Play | EXPLORE IT ON AppGallery

English | United States | USD | FREE SHIPPING on orders over 35.00 USD | Sign in | Register | Help Center

hibobi use hibobi, love your baby.

Search 0

Hottest | Baby | Toddler | Kids | Toys | Family Outfits | Shoes | Accessories | Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Sleeveless Dress and T-shirt

**12.99 USD**

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

– 1 +

Add to Cart

Description | Delivery

| | |
|---|---|
| Occasion: | Daily |
| Fabric properties: | Non stretch |
| Thickness: | Regular |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Clothes type: | Regular |
| Neckline: | Straps |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery | Secure Payment | Premium Quality

Write to us
**service.western@hibobi.com**

Chat with us

hibobi
use hibobi, love your baby.

Follow us

**About Us**
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**
Return Policy
Delivery

**Sign up For hibobi Style News**
Email | Subscribe

**Get Our App**
Shop anytime, anywhere

Download on the App Store | GET IT ON Google Play | EXPLORE IT ON AppGallery













