# EXHIBIT 55A

**Registration #:** VA0002307943
**Service Request #:** 1-11458614375



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-307-943**

**Effective Date of Registration:**
July 05, 2022
**Registration Decision Date:**
July 12, 2022

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** May 31, 2021 to September 08, 2021

### Title

**Title of Group:** 1-11458614375_2021PATPAT_Published_85
**Number of Photographs in Group:** 85

- **Individual Photographs:** 17315604-4418087, 17315604-4418088, 17315604-4418089, 17315604-4418090, 17315604-4418091, 17315604-4418092, 17315604-4418093, 17315604-4418094, 17315604-4418095, 17315604-4418096, 17315604-4418097, 17315604-4418098, 17315604-4418099,
  **Published:** May 2021

- **Individual Photographs:** 17324872-4585409, 17324872-4585410, 17324872-4585411, 17324872-4585412, 17324872-4585413, 17324872-4585414, 17324872-4585415, 17324872-4585416, 17324872-4585417, 17324872-4585418, 17324872-4585419, 17324872-4585420, 17324872-4592956, 17324872-4592957, 17324872-4592958, 17324872-4592959, 17324872-4592960, 17324872-4592961,

17324872-4592962,
17324872-4592963,
17324872-4592964,
17324872-4592965,
17324872-4592966,
17324872-4592967,
17324872-4597019,
17324872-4597020,
17324872-4597021,
17324872-4597022,
17324872-4597023,
17324872-4597024,
17324872-4597025,
17324872-4597026,

**Published:** July 2021

- **Individual Photographs:** 17353392-4720313,
17353392-4720314,
17353392-4720315,
17353392-4720316,
17353392-4720317,
17353392-4720318,
17353392-4720319,
17353392-4720320,
17353392-4720321,
17353392-4720322,
17353392-4720323,
17353392-4720324,

**Published:** August 2021

- **Individual Photographs:** 17354127-4781474,
17354127-4781475,
17354127-4781476,
17354127-4781477,
17354127-4781478,
17354127-4781479,
17354127-4781480,
17354127-4781481,
17354127-4781482,
17354127-4781483,
17354127-4781484,
17354127-4781485,
17354127-4781486,
17354127-4781487,
17354127-4786651,
17354127-4737020,
17354127-4737022,
17354127-4737025,
17354127-4737026,
17354127-4737027,
17354127-4737028,
17354127-4737030,
17354127-4737031,
17354127-4771271,
17354127-4771273,
17354127-4771274,
17354127-4771275,
17354127-4771276



**Published:** September 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** May 31, 2021
**Latest Publication Date in Group:** September 08, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** July 05, 2022

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .

XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 55B











# EXHIBIT 55D

English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby. Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

Family Matching Floral Print Sleeveless Dress and T-shirt

12.99 USD

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

1

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Fabric properties: | Non stretch |
| Thickness: | Regular |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Clothes type: | Regular |
| Neckline: | Straps |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
service.western@hibobi.com

Chat with us

hibobi use hibobi, love your baby.
Follow us

About Us
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

Help & Support
Return Policy
Delivery

Sign up For hibobi Style News
Email Subscribe

Get Our App
Shop anytime, anywhere
Download on the App Store | GET IT ON Google Play | EXPLORE IT ON AppGallery





English
United States
USD
FREE SHIPPING on orders over 35.00 USD
Sign in | Register
Help Center
hibobi
use hibobi, love your baby.
Search
0
Hottest
Baby
Toddler
Kids
Toys
Family Outfits
Shoes
Accessories
Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

Family Matching Floral Print Sleeveless Dress and T-shirt
12.99 USD
Color
Size
Boy: 3-4Y
Boy: 4-5Y
Boy: 6-7Y
Girl: 3-6M
Girl: 6-9M
Girl: 9-12M
Girl: 12-18M
Girl: 3-4Y
Girl: 4-5Y
Girl: 6-7Y
Girl: 8-9Y
Dad: M
Dad: L
Dad: XL
Mom: S
Mom: M
Mom: L
Mom: XL
Girl: 2-3Y
Boy: 2-3Y

Qty
1
Add to Cart
Description
Delivery

| | |
|---|---|
| Occasion: | Daily |
| Fabric properties: | Non stretch |
| Thickness: | Regular |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Clothes type: | Regular |
| Neckline: | Straps |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery
Secure Payment
Premium Quality
Write to us
service.western@hibobi.com
Chat with us

hibobi
use hibobi, love your baby.
Follow us

**About Us**

About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**

Return Policy
Delivery

**Sign up For hibobi Style News**

Email
Subscribe

**Get Our App**

Shop anytime, anywhere

Download on the App Store
GET IT ON Google Play
EXPLORE IT ON AppGallery



English
United States
USD
FREE SHIPPING on orders over 35.00 USD
Sign in | Register
Help Center
hibobi
use hibobi, love your baby.
Search
0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

# Family Matching Floral Print Sleeveless Dress and T-shirt

12.99 USD

Color

Size

Boy: 3-4Y
Boy: 4-5Y
Boy: 6-7Y
Girl: 3-6M
Girl: 6-9M
Girl: 9-12M
Girl: 12-18M
Girl: 3-4Y
Girl: 4-5Y
Girl: 6-7Y
Girl: 8-9Y
Dad: M
Dad: L
Dad: XL
Mom: S
Mom: M
Mom: L
Mom: XL
Girl: 2-3Y
Boy: 2-3Y
Qty
1

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Fabric properties: | Non stretch |
| Thickness: | Regular |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Clothes type: | Regular |
| Neckline: | Straps |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us
service.western@hibobi.com

Chat with us

hibobi
use hibobi, love your baby.

Follow us

**About Us**

About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**

Return Policy
Delivery

**Sign up For hibobi Style News**

Email Subscribe

**Get Our App**

Shop anytime, anywhere

Download on the App Store
GET IT ON Google Play
EXPLORE IT ON AppGallery

English United States USD FREE SHIPPING on orders over 35.00 USD Sign in | Register Help Center

hibobi use hibobi, love your baby. Search 0

Hottest Baby Toddler Kids Toys Family Outfits Shoes Accessories Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

Family Matching Floral Print Sleeveless Dress and T-shirt

12.99 USD

Color

Size

Boy: 3-4Y Boy: 4-5Y Boy: 6-7Y Girl: 3-6M Girl: 6-9M Girl: 9-12M Girl: 12-18M Girl: 3-4Y Girl: 4-5Y Girl: 6-7Y Girl: 8-9Y Dad: M Dad: L Dad: XL Mom: S Mom: M Mom: L Mom: XL Girl: 2-3Y Boy: 2-3Y

Qty

1

Add to Cart

Description Delivery

| | |
|---|---|
| Occasion: | Daily |
| Fabric properties: | Non stretch |
| Thickness: | Regular |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Clothes type: | Regular |
| Neckline: | Straps |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery Secure Payment Premium Quality

Write to us service.western@hibobi.com Chat with us

hibobi use hibobi, love your baby. Follow us

About Us
About hibobi
Privacy Policy
Terms & Conditions
Influencer program

Help & Support
Return Policy
Delivery

Sign up For hibobi Style News
Email Subscribe

Get Our App
Shop anytime, anywhere
Download on the App Store GET IT ON Google Play EXPLORE IT ON AppGallery

English | United States | USD | FREE SHIPPING on orders over 35.00 USD | Sign in | Register | Help Center

hibobi use hibobi, love your baby.

Search

0

Hottest | Baby | Toddler | Kids | Toys | Family Outfits | Shoes | Accessories | Mom Supplies&Home

Home / Matching outfits / Whole Family / Suit

Family Matching Floral Print Sleeveless Dress and T-shirt

**12.99 USD**

Color

Size

Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Girl: 3-6M | Girl: 6-9M | Girl: 9-12M | Girl: 12-18M | Girl: 3-4Y | Girl: 4-5Y | Girl: 6-7Y | Girl: 8-9Y | Dad: M | Dad: L | Dad: XL | Mom: S | Mom: M | Mom: L | Mom: XL | Girl: 2-3Y | Boy: 2-3Y

Qty

1

Add to Cart

Description | Delivery

| | |
|---|---|
| Occasion: | Daily |
| Fabric properties: | Non stretch |
| Thickness: | Regular |
| Style: | daily |
| Material: | Polyester |
| Number Of Pieces: | 1 Pieces |
| Care Instructions: | Hand Wash |
| Clothes type: | Regular |
| Neckline: | Straps |
| Season: | Summer |
| Apply to Gender: | unisex |
| Sleeve Length: | Short |
| Patterns/Graphics: | Floral |
| Wash Label: | On the inside |

## How About These?

Safe Delivery | Secure Payment | Premium Quality

Write to us
**service.western@hibobi.com**

Chat with us

hibobi
use hibobi, love your baby.

Follow us

**About Us**

About hibobi
Privacy Policy
Terms & Conditions
Influencer program

**Help & Support**

Return Policy
Delivery

**Sign up For hibobi Style News**

Email | Subscribe

**Get Our App**

Shop anytime, anywhere

