# EXHIBIT 56A

**Registration #:**    VA0002282656
**Service Request #:**    1-11092102841



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-282-656

**Effective Date of Registration:**
January 17, 2022
**Registration Decision Date:**
January 18, 2022

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   September 02, 2021 to December 23, 2021

### Title _____

| | |
|---|---|
| **Title of Group:** | 1-11092102841_2021PATPAT_Published_750 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** 17237031(1), 17237031(10), 17237031(11), 17237031(13), 17237031(15), 17237031(2), 17237031(4), 17237031(6), 17237031(8),
  **Published:** September 2021

- **Individual Photographs:** 17375873 (1), 17375873 (10), 17375873 (13), 17375873 (3), 17375873 (4), 17375873 (5), 17375873 (6), 17375873 (7),
  **Published:** October 2021

- **Individual Photographs:** 17374720 (1), 17374720 (2), 17374720 (5), 17374720 (7), 17374720, 17374721 (4), 17374721 (5), 17374721 (6), 17374721 (9), 17374878 (1), 17374878 (4), 17374878 (5),

17374878 (6),
17374878(1),
17374878(2),
17374878,
17374978 (10),
17374978 (13),
17374978 (2),
17374978 (5),
17374978 (6),
17375083(1),
17375083(2),
17375083(3),
17375106 (1),
17375106 (5),
17375106 (6),
17375106 (7),
17375355 (2),
17375355 (3),
17375355 (5),
17375731 (10),
17375731 (2),
17375731 (3),
17375731 (5),
17375731 (7),
17375731 (8),
17375731 (9),
17375731(1),
17376687 (1),
17376687 (10),
17376687 (11),
17376687 (12),
17376687 (13),
17376687 (20),
17376687 (21),
17376687 (8),
17376687 (9),
17376835 (1),
17376835 (2),
17376835 (3),
17376835 (7),
17376835 (8),
17376946 (1),
17376946 (11),
17376946 (12),
17376946 (14),
17376946 (2),
17376946 (4),
17376946 (6),
17376946 (8),
17377418 (1),
17377418 (5),
17377506 (1),
17377506 (2),
17377640 (1),
17377640 (11),
17377640 (12),
17377640 (16),
17377640 (20),



17377640 (21),
17377640 (22),
17377640 (26),
17377640 (5),
17377640 (6),
17377640 (7),
17378270 (1),
17378270 (5),
17378611 (1),
17378611 (3),
17378930 (1),
17378930 (2),
17378930 (6),
17378930 (8),
17379210 (1),
17379210 (11),
17379210 (12),
17379210 (14),
17379210 (15),
17379210 (16),
17379210 (17),
17379210 (18),
17379210 (19),
17379210 (2),
17379210 (3),
17379210 (5),
17379210 (6),
17379210 (7),
17379210 (8),
17379210 (9),
17379680(1),
17379680(2),
17382503 (1),
17382503 (2),
17383158 (1),
17383158 (11),
17383158 (3),
17383158 (5),
17383158 (7),
17383158 (8),
17383158 (9),
17384445 (1),
17384445 (3),
17384445 (5),
17384527 (1)_1,
17384527 (10),
17384527 (10)_1,
17384527 (2),
17384527 (3)_1,
17384527 (4),
17384527 (5),
17384527 (5)_1,
17384527 (6)_1,
17384527 (7)_1,
17384527 (8)_1,
17384527 (9),
17384527,
17384987 (1),

|  | 17384987 (2),<br>17384987 (3),<br>17385025 (1),<br>17385025 (12),<br>17385025 (13),<br>17385025 (14),<br>17385025 (2),<br>17385025 (7),<br>17385025 (8),<br>17385687 (1),<br>17385687 (5),<br>17386256 (1), |
|---|---|
| **Published:** | November 2021 |
| • **Individual Photographs:** | 17386256 (2),<br>17386320(1),<br>17386320(2),<br>17386320(3),<br>17386320(4),<br>17386320(5),<br>17386320(6),<br>17386607(1),<br>17386607(2),<br>17386909 (1),<br>17386909 (11),<br>17386909 (12),<br>17386909 (13),<br>17386909 (14),<br>17386909 (15),<br>17386909 (16),<br>17387059 (1),<br>17387059 (10),<br>17387059 (2),<br>17387059 (3),<br>17387059 (4),<br>17387059 (5),<br>17387059 (6),<br>17387059 (7),<br>17387059 (8),<br>17387059 (9),<br>17387318 (1),<br>17387318 (2),<br>17387318 (3),<br>17388176 (1),<br>17388176 (10),<br>17388176 (11),<br>17388176 (12),<br>17388176 (16),<br>17388176 (5),<br>17388176 (6),<br>17388609 (2),<br>17388609 (3),<br>17367364 (6),<br>17367364 (7),<br>17367364 (8),<br>17369138 (1),<br>17369138 (2),<br>17369138 (3), |



17369138 (4),
17369172 (1),
17369172 (2),
17369172 (3),
17369172 (4),
17369197(1),
17369197(2),
17369197(3),
17369197(4),
17369197(5),
17369197(6),
17369197(7),
17369197(8),
17369197(9),
17369204 (1),
17369204 (2),
17369204 (3),
17369204 (4),
17369204 (5),
17370833 (1),
17370833 (2),
17370833 (3),
17370833 (4),
17370833 (5),
17370833 (6),
17370833 (7),
17370833 (8),
17370833 (9),
17371049 (1),
17371049 (2),
17371049 (3),
17371595 (1),
17371595 (2),
17371595 (3),
17372136 (1),
17372136 (2),
17372136 (3),
17372136 (4),
17372929 (1),
17372929 (10),
17372929 (11),
17372929 (2),
17372929 (3),
17372929 (4),
17372929 (5),
17372929 (6),
17372929 (7),
17372929 (8),
17372929 (9),
17373000 (1),
17373000 (2),
17373000 (3),
17373000 (4),
17373000 (5),
17373000 (6),
17373000 (7),
17373962 (1),
17373962 (2),

17373962 (3),
17374396 (1),
17374396 (2),
17374396 (3),
17374396 (4),
17374408 (1),
17374408 (2),
17374601 (1),
17374601 (2),
17375083 (1),
17375083 (2),
17375083 (3),
17375382 (1),
17375382 (2),
17375382 (3),
17375518 (1),
17375518 (10),
17375518 (2),
17375518 (3),
17375518 (4),
17375518 (5),
17375518 (6),
17375518 (7),
17375518 (8),
17375518 (9),
17376766(1),
17376766(2),
17376766(3),

**Published:** November 2021

- **Individual Photographs:** 17376779 (1),
17376779 (2),
17376779 (3),
17377176 (1),
17377176 (2),
17377176 (3),
17377176 (4),
17377279 (1),
17377279 (2),
17377279 (3),
17377584 (1),
17377584 (2),
17377584 (3),
17377584 (4),
17377644 (1),
17377644 (2),
17377644 (3),
17377644 (4),
17377644 (5),
17377644 (6),
17377644 (7),
17377644 (8),
17378049 (1),
17378049 (2),
17378273 (1),
17378273 (2),
17378273 (3),
17378273 (4),



17378273 (5),
17378273 (6),
17378273 (7),
17378442 (1),
17378442 (2),
17378442 (3),
17378979 (1),
17378979 (10),
17378979 (2),
17378979 (3),
17378979 (4),
17378979 (5),
17378979 (6),
17378979 (7),
17378979 (8),
17378979 (9),
17379678 (1),
17379678 (2),
17379678 (3),
17379678 (4),
17379678 (5),
17379678 (6),
17382403 (1),
17382403 (2),
17382403 (3),
17382403 (4),
17382403 (5),
17382403 (6),
17382403 (7),
17382403 (8),
17382432 (1),
17382432 (2),
17382432 (3),
17382498 (1),
17382498 (2),
17382498 (3),
17382498 (4),
17382498 (5),
17382498 (6),
17382498 (7),
17382498 (8),
17383158 (1),
17383158 (2),
17383158 (3),
17383158 (4),
17383158 (5),
17383158 (6),
17383158 (7),
17383158 (8),
17383551 (1),
17383551 (2),
17383551 (3),
17383551 (4),
17383551 (5),
17383747 (1),
17383747 (2),
17383747 (3),
17383747 (4),

17383747 (5),
17383747 (6),
17383916 (1),
17383916 (10),
17383916 (11),
17383916 (2),
17383916 (3),
17383916 (4),
17383916 (5),
17383916 (6),
17383916 (7),
17383916 (8),
17383916 (9),
17384990 (1),
17384990 (2),
17384990 (3),
17384990 (4),
17384990 (5),
17384990 (6),
17384990 (7),
17384990 (8),
17385239(1),
17385239(2),
17385239(3),
17385239(4),
17385239(5),
17385239(6),
17385239(7),
17385242 (1),
17385242 (2),
17385242 (3),
17385242 (4),
17385242 (5),
17385348 (1),
17385348 (10),
17385348 (11),
17385348 (2),
17385348 (3),
17385348 (4),
17385348 (5),
17385348 (6),
17385348 (7),
17385348 (8),
17385348 (9),

**Published:** November 2021

- **Individual Photographs:** 17385796 (1),
17385796 (2),
17385796 (3),
17385908 (1),
17385908 (2),
17385908 (3),
17385908 (4),
17385908 (5),
17385908 (6),
17379667 (1),
17379667 (4),
17379667 (6),



17379681 (2),
17379681 (5),
17379681 (6),
17386335 (1),
17386335 (5),
17386335 (7),
17386335 (9),
17372213 (1),
17372213 (10),
17372213 (11),
17372213 (12),
17372213 (13),
17372213 (9),

**Published:** November 2021

- **Individual Photographs:** 17377485 (1),
17377485 (3),
17377485 (4),
17377594 (1),
17377594 (13),
17377594 (14),
17377594 (18),
17377594 (19),
17377594 (4),
17377594 (5),
17377594 (8),
17377594 (9),
17377829 (4),
17377829 (5),
17377917 (2),
17377917 (5),
17382470,
17383335 (13),
17383335 (14),
17383335 (15),
17383335 (16),
17383335 (2),
17383335 (3),
17383335 (6),
17383356 (1),
17383356 (5),
17383687 (1),
17383687 (13),
17383687 (14),
17383687 (17),
17383687 (3),
17383687 (8),
17383687 (9),
17384160 (1),
17384160 (12),
17384160 (14),
17384160 (15),
17384160 (16),
17384160 (4),
17384160 (8),
17384449 (1),
17384449 (10),
17384449 (12),

17384449 (14),
17384449 (16),
17384449 (5),
17384449 (6),
17384449 (9),
17384534 (1),
17384534 (10),
17384534 (11),
17384534 (12),
17384534 (13),
17384534 (3),
17384534 (6),
17384534 (8),
17384534 (9),
17385233 (1),
17385233 (10),
17385233 (11),
17385233 (2),
17385233 (6),
17385326 (1),
17385326 (5),
17385516 (1),
17385516 (5),
17385517 (1),
17385517 (2),
17385518 (1),
17385518 (5),
17385521 (1),
17385521 (5),
17385523 (1),
17385523 (2),
17386095 (1),
17386095 (5),
17387189 (1),
17387189 (3),
17387189 (4),
17387189 (5),
17387630 (1),
17387630 (2),
17387704 (1),
17387704 (2),
17387704 (5),
17387942 (1),
17387942 (10),
17387942 (13),
17387942 (14),
17387942 (15),
17387942 (2),
17387942 (3),
17387942 (4),
17387942 (5),
17387942 (8),
17387942 (9),
17388241 (1),
17388241 (2),
17388241 (3),
17388241 (4),
17388241 (5),



17388241 (6),
17388241 (7),
17388241 (9),
17388301 (1),
17388301 (10),
17388301 (12),
17388301 (13),
17388301 (15),
17388301 (16),
17388301 (17),
17388301 (2),
17388301 (3),
17388301 (4),
17388301 (5),
17388301 (6),
17388301 (8),
17388301 (9),
17388301,
17388394 (11),
17388394 (2),
17388394 (3),
17388394 (4),
17388394 (7),
17388394 (8),
17388488 (1),
17388488 (2),
17388488 (3),
17388488 (4),
17388543 (11),

**Published:** December 2021

- **Individual Photographs:** 17388543 (2),
17388543 (4),
17388543 (6),
17388543 (9),
17388566 (1),
17388566 (5),
17388568 (1),
17388568 (2),
17388568 (5),
17388980 (1),
17388980 (3),
17389020 (1),
17389020 (2),
17389020 (3),
17389020 (6),
17389020 (7),
17371584 (1),
17371584 (2),
17372940 (1),
17372940 (2),
17372940 (3),
17372940 (4),
17372940 (5),
17372940 (6),
17376906 (1),
17376906 (2),
17376906 (3),

17376906 (4),
17376906 (5),
17376906 (6),
17377472 (1),
17377472 (2),
17377472 (3),
17377472 (4),
17378007 (1),
17378007 (2),
17378007 (3),
17378007 (4),
17378007 (5),
17378007 (6),
17379051 (1),
17379051 (2),
17379051 (3),
17379051 (4),
17379051 (5),
17379051 (6),
17379051 (7),
17379346 (1),
17379346 (2),
17379346 (3),
17379346 (4),
17379346 (5),
17383116 (1),
17383116 (2),
17383116 (3),
17383116 (4),
17383116 (5),
17383116 (6),
17383116 (7),
17383116 (8),
17383660 (1),
17383660 (2),
17383660 (3),
17383660 (4),
17383660 (5),
17383660 (6),
17383660 (7),
17383660 (8),
17383660 (9),
17385943 (1),
17385943 (2),
17385943 (3),
17385943 (4),
17385943 (5),
17385943 (6),
17385943 (7),
17385943 (8),
17385958 (1),
17385958 (2),
17385958 (3),
17385958 (4),
17385958 (5),
17385958 (6),
17386463 (1),
17386463 (2),



17386463 (3),
17386463 (4),
17386463 (5),
17386463 (6),
17386463 (7),
17386482 (1),
17386482 (2),
17386482 (3),
17386482 (4),
17386482 (5),
17387860 (1),
17387860 (2),
17387860 (3),
17387860 (4),
17387860 (5),
17387981 (1),
17387981 (2),
17387981 (3),
17387981 (4),
17387981 (5),
17387981 (6),
17388568 (1),
17388568 (10),
17388568 (2),
17388568 (3),
17388568 (4),
17388568 (5),
17388568 (6),
17388568 (7),
17388568 (8),
17388568 (9),
17390025 (1),
17390025 (2),
17390025 (3),
17390025 (4),
17390025 (5),
17390025 (6),
17390025 (7),
17390518 (1),
17390518 (2),
17390518 (3),
17390518 (4),
17390518 (5),
17390518 (6),
17390518 (7),

**Published:** December 2021

- **Individual Photographs:** 17390518 (8),
17390518 (9),
17371489 (1),
17371489 (2),
17371489 (5),
17371949 (1),
17371949 (5),
17385558 (1),
17385558 (2),
17385558 (6),
17387471 (1),

17387471 (10),
17387471 (11),
17387471 (2),
17387471 (6),
17388439 (3),
17388439 (4),
17388439 (6),
17388439 (7),
17388439 (8),
17388468 (1),
17388468 (5),
17389557 (1),
17389557 (10),
17389557 (11),
17389557 (2),
17389557 (6),
17389557 (7),
17389557 (8),
17389557 (9),
17389805 (1),
17389805 (17),
17389805 (18),
17389805 (20),
17389805 (22),
17389805 (24),
17389805 (25),
17389805 (27),
17389805 (28),
17389805 (30),
17390890 (1)_1,
17390890 (5)_1,
17390890 (6)_1,
17372399 (1),
17372399 (2),
17372399 (3),
17374096 (1),
17374096 (4),

**Published:** December 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** September 02, 2021
**Latest Publication Date in Group:** December 23, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
**Author Created:** photographs
**Work made for hire:** Yes
**Domiciled in:** United States



## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** January 11, 2022

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 56B











# EXHIBIT 56D



تسجيل | تسجيل الدخول | مركز المساعدة          الشحن مجاني للطلبيات الأكثر من 149.00 د.إ          د.          الإمارات العربية المتحدة 🇦🇪          العربية



0                              ابحث في موقعنا                    **hibobi**  use hibobi, love your baby.

⟨  ⟩          الواصلة حديثا   ملابس الرضّع   ملابس الأطفال الصغار   ملابس الأطفال الكبار   الشخصيات المرخصة   أحذية   إكسسوارات   مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

ملابس عائلية منقوشة بياقة قميص فستان وقميص ورومبير

⭐⭐⭐⭐⭐
(6 التعليقات)

(السعر شامل قيمة الضريبة المضافة)  ~~د.إ 61.00~~  **51.85 د.إ**

اللون


مقاس   دليل المقاس

| | | |
|---|---|---|
| الرضّع: 6-3 شهور | الرضّع: 6-9 شهور | الرضّع: 12-18 شهرا |
| الأولاد: 3-3 سنوات | الأولاد: 5-4 سنوات | الرضّع: 9-12 شهرا |
| البنات: 3-3 سنوات | البنات: 7-6 سنوات | الأولاد: 7-6 سنوات |
| الأب: L | الأب: M | البنات: 9-8 سنوات |
| الأم: XL | الأم: L | البنات: 5-4 سنوات |
| الأولاد: 2-3 سنوات | الأم: M | الأم: S |
| | | البنات: 2-3 سنوات |

الكمية
－   1   ＋

إضافة إلى عربة التسو

وصف              المقاس              التوصيل

| | |
|---|---|
| الطبعات / الرسومات: | منقوش |
| مناسبات: | اليومي |
| سماكة: | عادي |
| نمط الأكمام: | عادي |
| خصائص النسيج: | غير تمدد |
| تصميم: | يومي |
| تركيب: | البوليستر |
| خط العنق: | طوق القميص |
| المواد: | البوليستر |
| طول فستان الأطفال: | طول في الركبة |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| عدد القطع: | قطعة |
| الموسم: | الخريف |
| المكونات الموجودة في القماش: | البوليستر |
| طول الكم: | كم طويل |

   





تعليقات الزبائن (6)  متوسط التقييم ⭐⭐⭐⭐⭐ 5.0

الكل          أحدث التعليقات          مع صورة

جمييل وجودة حلوووة اشتريت طقم لولدي وبناتي ما ندمت ابدا ابدا 😍😍          h***m  
⭐⭐⭐⭐⭐

  

اللون:أخضر   مقاس:الرضّع: 9-6 شهور          Sep.29,2022

 متعاون (18) 👍

جمييل وجودة حلوووة اشتريت طقم لولدي وبناتي ما ندمت ابدا ابدا 😍😍😍😍          h***m 
⭐⭐⭐⭐⭐

  

متعاون (0) 👍



الشحن مجاني للطلبيات الأكثر من 149.00 د.إ

الإمارات العربية المتحدة | العربية

مركز المساعدة   التسجيل | تسجيل الدخول

# hibobi
use hibobi, love your baby.

بحث في موقعنا   0

مستلزمات   إكسسوارات   أحذية   الشخصيات المرخصة   ملابس الأطفال الكبار   ملابس الأطفال الصغار   ملابس الرضّع   الواصلة حديثا

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

## ملابس عائلية منقوشة بياقة قميص فستان وقميص ورومبير

★★★★★ (6 التعليقات)

**51.85 د.إ** ~~61.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)

اللون


مقاس   دليل المقاس

| | | | |
|---|---|---|---|
| الرضّع: 3-6 شهور | الرضّع: 6-9 شهور | الرضّع: 9-12 شهرا | الرضّع: 12-18 شهرا |
| الأولاد: 3-3 سنوات | الأولاد: 4-5 سنوات | البنات: 6-7 سنوات | البنات: 3-3 سنوات |
| البنات: 4-5 سنوات | البنات: 7-8 سنوات | الأب: M | الأب: L |
| الأمّ: S | الأمّ: M | الأمّ: L | الأمّ: XL |
| البنات: 2-3 سنوات | الأولاد: 2-3 سنوات | | |

الكمية  −  1  +

إضافة إلى عربة التسو

وصف   المقاس   التوصيل

   



| | |
|---|---|
| الطبعات / الرسومات: | منقوش |
| مناسبات: | اليومي |
| سماكة: | عادي |
| نمط الأكمام: | عادي |
| خصائص النسيج: | غير تمتد |
| تصميم: | يومي |
| تركيب: | البوليستر |
| خط العنق: | طوق القميص |
| المواد: | البوليستر |
| طول فستان الأطفال: | طول في الركبة |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| عدد القطع: | قطعة |
| الموسم: | الخريف |
| المكونات الموجودة في القناع: | البوليستر |
| طول الكم: | كم طويل |



## تعليقات الزبائن (6) متوسط التقييم ★★★★★ 5.0

الكل   أحدث التعليقات   مع صورة

جميييل وجودة حلووووة اشتريت طقم لولدي وبناتي ما ندمت ابدا 😍😍   h***m ★★★★★



Sep.29,2022   مقاس:الرضّع: 9-6 شهور   اللون:أخضر

متعاون (18) 👍

جميييل وجودة حلووووة اشتريت طقم لولدي وبناتي ما ندمت ابدا 😍😍😍😍   h***m ★★★★★



متعاون (0) 👍



العربية | الإمارات العربية المتحدة 🇦🇪

الشحن مجاني للطلبيات الأكثر من 149.00 د.إ | د.

تسجيل الدخول | التسجيل | مركز المساعدة

🔍 بحث في موقعنا    hibobi use hibobi, love your baby.    0

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

## ملابس عائلية منقوشة بياقة قميص فستان وقميص ورومبير

⭐⭐⭐⭐⭐
(6 التعليقات)

د.إ 51.85  ~~د.إ 61.00~~  (السعر شامل قيمة الضريبة المضافة)



اللون

مقاس  دليل المقاسات

| | | | |
|---|---|---|---|
| الرضّع: 3-6 شهور | الرضّع: 6-9 شهور | الرضّع: 9-12 شهرا | الرضّع: 12-18 شهرا |
| الأولاد: 3-4 سنوات | الأولاد: 4-5 سنوات | الأولاد: 6-7 سنوات | |
| البنات: 4-5 سنوات | البنات: 7-8 سنوات | البنات: 8-9 سنوات | الأب: L |
| الأب: S | الأب: M | الأم: M | الأب: XL |
| البنات: 2-3 سنوات | الأم: M | الأم: L | الأم: XL | الأولاد: 2-3 سنوات |
| البنات: 3-3 سنوات | | | |

الكمية

− 1 +

إضافة إلى عربة التسو

   

🐦 ⓕ

وصف | المقاس | التوصيل

| | |
|---|---|
| الطبعات / الرسومات: | منقوش |
| مناسبات: | اليومي |
| سماكة: | عادي |
| نمط الأكمام | عادي |
| خصائص النسيج: | غير تمتد |
| تصميم: | يومي |
| تركيب: | البوليستر |
| خط العنق: | طوق القميص |
| المواد: | البوليستر |
| طول فستان الأطفال: | طول في الركبة |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| عدد القطع: | قطعة |
| الموسم: | الخريف |
| المكونات الموجودة في البوليستر | البوليستر |
| الياقة: | |
| طول الكم: | كم طويل |

## تعليقات الزبائن (6)    متوسط التقييم ⭐⭐⭐⭐⭐ 5.0

الكل | أحدث التعليقات | مع صورة



h***m
⭐⭐⭐⭐⭐

جمييل وجودة حلوووة اشتريت طقم لولدي وبناتي ما ندمت ابدا ابدا 😍😍



Sep.29,2022    مقاس:الرضّع: 9-6 شهور    اللون:أخضر

👍 متعاون (18)

h***m
⭐⭐⭐⭐⭐

جمييل وجودة حلوووة اشتريت طقم لولدي وبناتي ما ندمت ابدا ابدا 😍😍😍😍

  

👍 متعاون (0)



الإمارات العربية المتحدة 🇦🇪 | العربية

مركز المساعدة | تسجيل الدخول | التسجيل

الشحن مجاني للطلبيات الأكثر من 149.00 د.إ

بحث في موقعنا

hibobi *use hibobi, love your baby.*

0


مسلتزمات | إكسسوارات | أحذية | الشخصيات المرخصة | ملابس الأطفال الكبار | ملابس الأطفال الصغار | ملابس الرضّع | الواصلة حديثا

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

ملابس عائلية منقوشة بياقة قميص فستان وقميص ورومبير

⭐⭐⭐⭐⭐
(6 التعليقات)

**51.85 د.إ** ~~د.إ 61.00~~ (السعر شامل قيمة الضريبة المضافة)

اللون



مقاس | دليل المقاس

| الرضّع: 3-6 شهور | الرضّع: 6-9 شهور | الرضّع: 9-12 شهرا | الرضّع: 12-18 شهرا |
| البنات: 4-5 سنوات | الأولاد: 4-5 سنوات | الأولاد: 3-4 سنوات |
| الأب: L | الأب: M | البنات: 8-9 سنوات | البنات: 7-8 سنوات | البنات: 5-7 سنوات |
| الأولاد: 2-3 سنوات | الأم: XL | الأم: L | الأم: S | الأب: XL |
| البنات: 2-3 سنوات |

الكمية

− 1 +

إضافة إلى عربة التسو

   

🐦 📘

| وصف | المقاس | التوصيل |
|---|---|---|

| الطبعات / الرسومات: | منقوش |
| مناسبات: | اليومي |
| سماكة: | عادي |
| نمط الأكمام | عادي |
| خصائص النسيج: | غير تمتد |
| تصميم: | يومي |
| تركيب: | البوليستر |
| خط العنق: | طوق القميص |
| المواد: | البوليستر |
| طول فستان الأطفال: | طول في الركبة |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| عدد القطع: | قطعة |
| الموسم: | الخريف |
| المكونات الموجودة في الياقة: | البوليستر |
| طول الكم: | كم طويل |

**تعليقات الزبائن (6)** متوسط التقييم ⭐⭐⭐⭐⭐ 5.0


الكل | أحدث التعليقات | مع صورة

جمييل وجودة حلووووة اشتريت طقم لولدي وبناتي ما ندمت ابدا ابدا 😍😍 | h***m 👤
⭐⭐⭐⭐⭐

  

Sep.29,2022 | مقاس:الرضّع: 6-9 شهور | اللون:أخضر

متعاون (18) 👍

جمييل وجودة حلووووة اشتريت طقم لولدي وبناتي ما ندمت ابدا ابدا 😍😍😍😍 | h***m 👤
⭐⭐⭐⭐⭐

متعاون (0) 👍



0   بحث في موقعنا   مركز المساعدة | التسجيل | تسجيل الدخول   hibobi   use hibobi, love your baby.

الواصلة حديثا   ملابس الرضّع   ملابس الأطفال الصغار   ملابس الأطفال الكبار   الشخصيات المرخصة   أحذية   إكسسوارات   مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

ملابس عائلية منقوشة بياقة قميص فستان وقميص ورومبير



★★★★★
(6 التعليقات)

51.85 د.إ   61.00 د.إ   (السعر شامل قيمة الضريبة المضافة)

اللون


مقاس   دليل المقاس

الرضّع: 3-6 شهور | الرضّع: 9-12 شهرا | الرضّع: 12-18 شهرا
الأولاد: 3-4 سنوات | الأولاد: 4-5 سنوات | البنات: 3-3 سنوات
البنات: 4-5 سنوات | البنات: 7-8 سنوات | الأب: L
الأب: S | الأم: M | الأب: M | الأم: L | الأم: XL | الأولاد: 2-3 سنوات
البنات: 2-3 سنوات

الكمية
− 1 +

إضافة إلى عربة التسو

وصف | المقاس | التوصيل

الطبعات / الرسومات:   منقوش
مناسبات:   اليومي
سماكة:   عادي
نمط الأكمام:   عادي
خصائص النسيج:   غير تمدد
تصميم:   يومي
تركيب:   البوليستر
خط العنق:   طوق القميص
المواد:   البوليستر
طول فستان الأطفال:   طول في الركبة
طول الملابس:   طويل
نوع الملابس:   عادي
تعليمات العناية:   غسل اليد
عدد القطع:   قطعة
الموسم:   الخريف
المكونات الموجودة في القناع:   البوليستر
طول الكم:   كم طويل

تعليقات الزبائن (6)   متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

h***m  ★★★★★
جمييل وجودة حلووووة اشتريت طقم لولدي وبناتي ما ندمت ابدا ابدا 😍😍
  
Sep.29,2022   مقاس:الرضّع: 9-6 شهور   اللون:أخضر
متعاون (18) 👍

h***m  ★★★★★
جمييل وجودة حلووووة اشتريت طقم لولدي وبناتي ما ندمت ابدا ابدا 😍😍😍😍
متعاون (0) 👍