# EXHIBIT 57A

**Registration #:**   VAu001445206
**Service Request #:**   1-10831692276



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VAu 1-445-206

**Effective Date of Registration:**
September 24, 2021
**Registration Decision Date:**
October 06, 2021

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

### Title _____

|  |  |
|---|---|
| **Title of Group:** | 1-10831692276_2021PATPAT_Unpublished_750 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** 17353300 (5),
17353312 (1),
17353312 (5),
17353342 (4),
17353342 (5),
17353351 (1),
17353351 (5),
17353360 (1),
17353360 (2),
17353360 (3),
17353360 (4),
17353416 (1),
17353416 (2),
17353416 (3),
17353424 (1),
17353424 (2),
17353458 (4),
17353458 (5),
17353544 (1),
17353544 (2),
17353588 (2),
17353588 (3),
17353588 (8),
17353592 (2),
17353592 (3),
17353592 (4),
17353592 (8),
17353592 (9),
17353627 (1),
17353627 (2),
17353627 (3),
17353678 (1),
17353678 (2),
17353678 (3),

17353678 (7),
17353678 (8),
17353678 (1),
17353678 (13),
17353679 (1),
17353679 (2),
17353680 (1),
17353680 (2),
17353681 (1),
17353681 (2),
17353682 (1),
17353682 (12),
17353682 (13),
17353682 (2),
17353682 (3),
17353682 (7),
17353682 (8),
17353691 (1),
17353691 (5),
17353694 (1),
17353694 (5),
17353695 (2),
17353695 (3),
17353696 (1),
17353696 (2),
17353696 (3),
17353697 (1),
17353697 (5),
17353698 (1),
17353698 (2),
17353722 (1),
17353722 (2),
17353722 (3),
17353722 (6),
17353760 (1),
17353760 (5),
17353761 (1),
17353761 (5),
17353981 (13),
17353981 (2),
17353981 (3),
17353981 (4),
17353981 (8),
17353987 (1),
17353987 (10),
17353987 (4),
17353987 (8),
17353987 (9),
17354077 (3),
17354077 (4),
17354077 (5),
17354077 (6),
17354403 (1),
17354403 (2),
17354411 (1),
17354411 (5),
17354418 (1),
17354418 (5),



17354422 (1),
17354422 (4),
17354423 (1),
17354423 (5),
17354426 (1),
17354426 (5),
17354560 (1),
17354560 (2),
17354640 (1),
17354640 (5),
17354715 (1),
17354715 (2),
17354736 (10),
17354736 (2),
17354736 (3),
17354736 (4),
17354736 (9),
17354741 (12),
17354741 (2),
17354741 (3),
17354741 (4),
17354741 (9),
17354788 (1),
17354788 (2),
17354788 (3),
17354818 (1),
17354818 (2),
17354818 (3),

- **Individual Photographs:** 17354818 (7),
17354818 (8),
17354818 (9),
17355057 (1),
17355057 (11),
17355057 (12),
17355057 (16),
17355057 (2),
17355057 (6),
17355057 (7),
17355267 (1),
17355267 (2),
17355282 (1),
17355282 (2),
17355282 (3),
17355282 (6),
17355282 (8),
17355285 (1),
17355285 (10),
17355285 (11),
17355285 (15),
17355285 (16),
17355285 (20),
17355285 (21),
17355285 (5),
17355285 (6),
17355288 (2),
17355288 (3),
17355288 (4),

17355288 (8),
17355288 (9),
17355386 (1),
17355386 (2),
17355456 (2),
17355456 (4),
17355456 (6),
17355456 (7),
17355456 (8),
17355524 (1),
17355524 (5),
17355547 (1),
17355547 (2),
17355549 (1),
17355549 (2),
17355551 (4),
17355551 (5),
17355554 (1),
17355554 (5),
17355620 (4),
17355620 (5),
17355641 (1),
17355641 (2),
17355680 (1),
17355680 (5),
17355705 (1),
17355705 (5),
17355724 (1),
17355724 (2),
17355724 (3),
17355724 (4),
17355724 (6),
17355956 (4),
17355956 (5),
17355956 (6),
17355956 (4),
17355956 (5),
17355956 (6),
17355967 (2),
17355967 (6),
17355976 (1),
17355976 (5),
17356122 (2),
17356122 (5),
17356128 (2),
17356128 (6),
17356172 (1),
17356172 (2),
17356206 (1),
17356206 (2),
17356338 (1),
17356338 (10),
17356338 (11),
17356338 (8),
17356338 (9),
17356348 (1),
17356348 (11),
17356348 (2),



17356348 (6),
17356348 (7),
17356384 (1),
17356384 (5),
17356388 (1),
17356388 (11),
17356388 (12),
17356388 (16),
17356388 (2),
17356388 (6),
17356388 (7),
17356389 (1),
17356389 (5),
17356390 (1),
17356390 (5),
17356391 (4),
17356391 (5),
17356393 (1),
17356393 (2),
17356393 (3),
17356393 (7),
17356393 (8),
17356394 (1),
17356394 (5),
17356395 (1),
17356395 (2),
17356396 (1),
17356396 (2),
17356396 (3),
17356396 (7),
17356396 (8),
17356397 (1),
17356397 (2),

- **Individual Photographs:**

17356397 (3),
17356397 (7),
17356397 (8),
17356397 (9),
17356398 (2),
17356398 (5),
17356400 (1),
17356400 (2),
17356401 (1),
17356401 (2),
17356527 (1),
17356527 (2),
17356527 (3),
17356630 (1),
17356630 (2),
17356666 (1),
17356666 (6),
17356749 (1),
17356749 (2),
17356750 (1),
17356750 (5),
17356765 (1),
17356765 (10),
17356765 (11),

17356765 (5),
17356765 (6),
17356930 (1),
17356930 (2),
17356930 (3),
17356930 (7),
17356930 (8),
17356933 (1),
17356933 (2),
17356933 (6),
17356933 (7),
17356934 (1),
17356934 (5),
17356937,
17356939 (1),
17356939 (5),
17356940 (1),
17356940 (5),
17356941 (2),
17356941 (3),
17356946 (1),
17356946 (11),
17356946 (2),
17356946 (6),
17356946 (7),
17356983 (1),
17356983 (12),
17356983 (13),
17356983 (17),
17356983 (18),
17356983 (2),
17356983 (22),
17356983 (23),
17356983 (3),
17356983 (6),
17356983 (8),
17356995 (1),
17356995 (2),
17356997 (1),
17356997 (2),
17356997 (3),
17356997 (6),
17356997 (7),
17356997 (8),
17357102 (1),
17357102 (5),
17357132 (1),
17357132 (2),
17357133 (1),
17357133 (2),
17357134 (1),
17357134 (5),
17357136 (2),
17357136 (3),
17357136 (7),
17357136 (8),
17357136 (9),
17357138 (1),



17357138 (2),
17357138 (3),
17357138 (7),
17357138 (8),
17357143 (1),
17357143 (2),
17357144 (2),
17357144 (3),
17357146 (2),
17357146 (3),
17357149 (1),
17357149 (5),
17357155 (1),
17357155 (4),
17357174 (4),
17357174 (5),
17357191 (1),
17357191 (10),
17357191 (12),
17357191 (15),
17357191 (17),
17357191 (20),
17357191 (22),
17357191 (26),
17357191 (27),
17357191 (28),
17357191 (29),
17357191 (33),
17357191 (34),
17357191 (4),
17357191 (6),
17357191 (7),
17357218 (2),
17357218 (3),
17357218 (4),
17357230 (2),
17357230 (3),
17357230 (4),

- **Individual Photographs:** 17357230 (5),
17357282 (1),
17357282 (5),
17357301 (1),
17357301 (2),
17357693 (1),
17357693 (4),
17357723 (1),
17357723 (11),
17357723 (12),
17357723 (16),
17357723 (2),
17357723 (6),
17357723 (7),
17357967 (3),
17357967 (4),
17357967 (5),
17358007 (1),
17358007 (5),

17358015 (1),
17358015 (2),
17358015 (3),
17358015 (4),
17358016 (1),
17358016 (2),
17358016 (3),
17358019 (1),
17358019 (2),
17358019 (3),
17358019 (5),
17358026 (1),
17358026 (2),
17358026 (3),
17358026 (6),
17358026 (7),
17358026 (8),
17358026 (9),
17358028 (1),
17358028 (4),
17358028 (5),
17358028 (6),
17358040 (1),
17358040 (5),
17358284 (1),
17358284 (10),
17358284 (4),
17358284 (5),
17358284 (6),
17358349 (3),
17358349 (6),
17358350 (1),
17358350 (2),
17358395 (1),
17358395 (5),
17358453 (1),
17358453 (5),
17358453 (6),
17358453 (7),
17358453 (8),
17358455 (2),
17358455 (5),
17358457 (1),
17358457 (2),
17358460 (1),
17358460 (2),
17358471 (1),
17358471 (2),
17358471 (3),
17358471 (7),
17358471 (8),
17358482 (1),
17358482 (2),
17358483 (2),
17358483 (3),
17358578 (1),
17358578 (2),
17358622 (1),



17358622 (2),
17358622 (3),
17358699 (11),
17358699 (4),
17358699 (5),
17358699 (8),
17358699 (9),
17358700 (1),
17358700 (2),
17358700 (3),
17358700 (4),
17358700 (5),
17358704 (1),
17358704 (2),
17358704 (3),
17358704 (4),
17358704 (5),
17358713 (1),
17358713 (2),
17358722 (3),
17358722 (5),
17358751 (1),
17358751 (3),
17358832 (2),
17358832 (3),
17358834 (1),
17358834 (5),
17358834 (6),
17358834 (7),
17358834 (8),
17358839 (1),
17358839 (5),
17358841 (1),
17358841 (2),
17358846 (1),
17358846 (4),
17358849 (1),
17358849 (5),
17358888 (4),
17358888 (5),
17358889 (1),
17358889 (2),
17358892 (4),

- **Individual Photographs:** 17358892 (5),
17358893 (1),
17358893 (5),
17358895 (1),
17358895 (5),
17358899 (1),
17358899 (11),
17358899 (2),
17358899 (6),
17358899 (7),
17358900 (1),
17358900 (11),
17358900 (2),
17358900 (6),

17358900 (7),
17358900 (8),
17358958 (2),
17358958 (3),
17358958 (4),
17358958 (5),
17358958 (6),
17358958 (7),
17359006 (1),
17359006 (2),
17359006 (3),
17359006 (4),
17359006 (7),
17359006 (8),
17359006 (9),
17359032 (1),
17359032 (5),
17359037 (1),
17359037 (2),
17359165 (4),
17359165 (5),
17359171 (1),
17359171 (11),
17359171 (3),
17359171 (5),
17359171 (8),
17359171 (9),
17359201 (1),
17359201 (3),
17359201 (4),
17359214 (1),
17359222 (1),
17359222 (3),
17359222 (4),
17359239 (4),
17359239 (5),
17359286 (11),
17359286 (12),
17359286 (16),
17359286 (17),
17359286 (18),
17359286 (2),
17359286 (22),
17359286 (6),
17359286 (7),
17359326 (2),
17359326 (5),
17359340 (1),
17359340 (2),
17359340 (6),
17359352 (1),
17359352 (5),
17359387 (1),
17359387 (5),
17359388 (1),
17359388 (2),
17359388 (3),
17359388 (7),



17359388 (8),
17359389 (1),
17359389 (7),
17359391 (1),
17359391 (2),
17359393 (1),
17359393 (2),
17359395 (1),
17359395 (5),
17359396 (1),
17359396 (5),
17359398 (1),
17359398 (2),
17359398 (3),
17359398 (7),
17359398 (8),
17359399 (2),
17359399 (3),
17359400 (1),
17359400 (2),
17359450 (4),
17359450 (5),
17359473 (1),
17359473 (2),
17359473 (5),
17359476 (1),
17359476 (2),
17359476 (3),
17359496 (4),
17359496 (5),
17359533 (1),
17359533 (2),
17359552 (1),
17359552 (2),
17359573 (1),
17359573 (5),
17359576 (1),
17359576 (5),
17359584 (4),
17359584 (5),
17359594 (1),
17359594 (4),
17359595 (1),
17359595 (2),
17359735  (1),
17359735  (2),
17359753 (1),
17359753 (2),

- **Individual Photographs:** 17359754 (1),
17359754 (4),
17359755 (1),
17359755 (2),
17359756 (1),
17359756 (2),
17359760 (1),
17359760 (2),
17359773 (11),

17359773 (2),
17359773 (3),
17359773 (7),
17359773 (8),
17359774 (1),
17359774 (2),
17359775 (1).,
17359775 (1),
17359775 (2),
17359780 (1),
17359780 (2),
17359781 (1),
17359781 (2),
17359786 (1),
17359786 (2),
17359827 (1),
17359827 (10),
17359827 (11),
17359827 (12),
17359827 (13),
17359827 (2),
17359827 (5),
17359827 (6),
17359871 (1),
17359871 (2),
17359902 (1),
17359902 (5),
17359903 (1),
17359903 (5),
17359904 (1),
17359904 (2),
17359907 (4),
17359907 (5),
17359913 (1),
17359913 (2),
17359916 (1),
17359916 (2),
17359919 (1),
17359919 (2),
17359927 (1),
17359927 (2),
17359941 (1),
17359941 (10),
17359941 (2),
17359941 (6),
17359941 (9),
17359976 (1),
17359976 (2),
17359977 (1),
17359977 (2),
17359979 (1),
17359979 (2),
17359980 (2),
17359980 (6),
17360066 (1),
17360066 (5),
17360067 (1),
17360067 (5),



17360069 (4),
17360069 (5),
17360071 (4),
17360071 (5),
17360073 (1),
17360073 (6),
17360076 (1),
17360076 (5),
17360211 (1),
17360211 (4),
17360219  (1),
17360219  (2),
17360220 (1),
17360220 (2),
17360231 (1),
17360231 (12),
17360231 (13),
17360231 (2),
17360231 (3),
17360231 (7),
17360231 (8),
17360233 (1),
17360233 (11),
17360233 (2),
17360233 (6),
17360233 (7),
17360234 (1),
17360234 (2),
17360234 (3),
17360234 (7),
17360234 (8),
17360265 (2),
17360265 (5),
17360319 (1),
17360319 (12).,
17360319 (12),
17360319 (18),
17360319 (2),
17360319 (3),
17360319 (9),
17360320 (1),
17360320 (13),
17360320 (15),
17360320 (4),
17360320 (6),
17360320 (9),
17360430 (1),
17360430 (2),
17360443 (1),
17360443 (5),
17360527 (2),
17360527 (3),
17360527 (4),

- **Individual Photographs:**  17360527 (5),
17360599 (2),
17360599 (3),
17360599 (4),

17360604 (2),
17360604 (3),
17360604 (4),
17360604 (5),
17360670 (10),
17360670 (2),
17360670 (3),
17360670 (4),
17360670 (5),
17360670 (6),
17360670 (8),
17360670 (9),
17360757 (1),
17360757 (2),
17360757 (3),
17360757 (3),
17360757 (6),
17360775 (1),
17360775 (2),
17360775 (3),
17360789 (1),
17360789 (2),
17360789 (3),
17360789 (4),
17360789 (5),
17360791 (1),

## Completion/Publication

**Year of Completion:** 2021

## Author

- **Author:** Interfocus Inc
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698



**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** September 23, 2021

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials.  The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 57B









# EXHIBIT 57D

العربية 🇦🇪 الإمارات العربية المتحدة    د.  الشحن مجاني للطلبيات الأكثر من 149.00 د    تسجيل الدخول | التسجيل    مركز المساعدة

hibobi · use hibobi, love your baby.

بحث في موقعنا    0

‹ ›    مستلزمات    إكسسوارات    أحذية    الشخصيات المرخصة    ملابس الأطفال الكبار    ملابس الأطفال الصغار    ملابس الرضّع    الواصلة حديثا

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

### تي شيرت و فستان و رومبير Family Clothing

★★★★★
(9 التعليقات)

~~د.إ 90.00~~ **د.إ 72.00**  (السعر شامل قيمة الضريبة المضافة)

اللون

مقاس    دليل المقاس

| البنات: 3-6 شهور | الأولاد: 6-7 سنوات | الأولاد: 4-5 سنوات | الأولاد: 3-4 سنوات |
|---|---|---|---|
| البنات: 9-12 شهرا | البنات: 6-9 شهور | البنات: 18-12 شهرا | البنات: 5-4 سنوات |
| الأب: L | الأب: M | البنات: 9-8 سنوات | البنات: 7-6 سنوات |
| الأولاد: 2-3 سنوات | الأم: XL | الأم: L | الأم: M | الأم: S | الأم: XL |
| | | | البنات: 2-3 سنوات |

الكمية

− 1 +

إضافة إلى عربة التسوق

| وصف | المقاس | التوصيل |
|---|---|---|

| | |
|---|---|
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| تصميم: | يومي |
| تركيب: | قطن،البوليستر |
| المواد: | دمج |
| خصائص النسيج: | تمدد الجزئي |
| طول فستان الأطفال: | طول في الركبة |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| الموسم: | الخريف |
| المكونات الموجودة في القماش: | قطن،البوليستر |
| القفا: | |
| طول الكم: | كم طويل |
| الطبعات و الرسومات: | تباين الألوان |

تعليقات الزبائن (9)  ★★★★★ متوسط التقييم  5.0

| الكل | أحدث التعليقات | مع صورة |
|---|---|---|

حلو خامته روعه    m***m 👤

★★★★★

متعاون (5) 👍



Oct.11,2022    اللون:كاكي    مقاس:البنات:8-9 سنوات

كثير عجبني    m***m 👤

★★★★★

متعاون (0) 👍



الشحن مجاني للطلبيات الأكثر من 149.00 د.إ | د.إ | مركز المساعدة | تسجيل الدخول | التسجيل

**hibobi** use hibobi, love your baby.

بحث في موقعنا                          0

الواصلة حديثا    ملابس الرضّع    ملابس الأطفال الصغار    ملابس الأطفال الكبار    الشخصيات المرخصة    أحذية    إكسسوارات    مستلزمات    ‹

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

### Family Clothing تي شيرت و فستان و رومبير

⭐⭐⭐⭐⭐ (9 التعليقات)

**72.00 د.إ** ~~90.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)

اللون

مقاس   دليل المقاس

| البنات: 3-6 شهور | الأولاد: 6-7 سنوات | الأولاد: 4-5 سنوات | الأولاد: 3-4 سنوات |
| البنات: 3-4 سنوات | البنات: 18-12 شهرا | البنات: 9-12 شهرا | البنات: 9-6 شهور |
| الأب: L | الأب: M | البنات: 8-9 سنوات | البنات: 5-4 سنوات |
| الأولاد: 2-3 سنوات | الأم: XL | الأم: L | الأم: M | الأم: S | الأم: XL | البنات: 7-6 سنوات |
| | | | البنات: 2-3 سنوات |

الكمية

[ − ] 1 [ + ]

إضافة إلى عربة التسوق

| وصف | المقاس | التوصيل |

| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| تصميم: | يومي |
| تركيب: | قطن،البوليستر |
| المواد: | دمج |
| خصائص النسيج: | تمدد الجزئي |
| طول فستان الأطفال: | طول في الركبة |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| الموسم: | الخريف |
| المكونات الموجودة في القناع: | قطن،البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | تباين الألوان |



### تعليقات الزبائن (9)  متوسط التقييم ⭐⭐⭐⭐⭐ 5.0

[ الكل ]   أحدث التعليقات   مع صورة

m***m  ⭐⭐⭐⭐⭐
حلو خامته روعه

اللون:كاكي  مقاس:البنات:8-9 سنوات    Oct.11,2022

متعاون (5) 👍

m***m  ⭐⭐⭐⭐⭐
كتير عجبني

متعاون (0) 👍

https://www.hibobi.com/detail/Family-Clothing-Color-block-T-shirt-Dress-Romper-230690.html?spm=1001.2002.0.0-8

العربية 🇦🇪 الإمارات العربية المتحدة د. الشحن مجاني للطلبيات الأكثر من 149.00 د إ مركز المساعدة | التسجيل | تسجيل الدخول

**hibobi** use hibobi, love your baby.

بحث في موقعنا 0

‹ › الواصلة حديثا | ملابس الرضّع | ملابس الأطفال الصغار | ملابس الأطفال الكبار | الشخصيات المرخصة | أحذية | إكسسوارات | مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

### تي شيرت و فستان و رومبير Family Clothing

★★★★★ (9 التعليقات)

**72.00 د.إ** ~~90.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)

اللون

مقاس | دليل المقاسات

| البنات: 3-6 شهور | الأولاد: 6-7 سنوات | الأولاد: 4-5 سنوات | الأولاد: 3-4 سنوات |
| البنات: 3-4 سنوات | البنات: 9-12 شهرا | البنات: 9-6 شهور | البنات: 12-18 شهرا |
| الأب: L | الأب: M | البنات: 8-9 سنوات | البنات: 7-6 سنوات | البنات: 4-5 سنوات |
| الأولاد: 2-3 سنوات | الأم: XL | الأم: L | الأم: M | الأم: S | الأم: XL |
| | | | | البنات: 2-3 سنوات |

الكمية
− 1 +

إضافة إلى عربة التسو

| وصف | المقاس | التوصيل |

| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| تصميم: | يومي |
| تركيب: | قطن,البوليستر |
| المواد: | دمج |
| خصائص النسيج: | تمدد الجزئي |
| طول فستان الأطفال: | طول في الركبة |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| الموسم: | الخريف |
| المكونات الموجودة في القماع: | قطن,البوليستر |
| طول الكم: | كم طويل |
| الطبعات و الرسومات: | تباين الألوان |

### تعليقات الزبائن (9) ★★★★★ 5.0 متوسط التقييم

الكل | أحدث التعليقات | مع صورة

m***m
★★★★★
حلو خامته روعه


Oct.11,2022 اللون:كاكي مقاس:البنات: 8-9 سنوات

متعاون (5) 👍

m***m
★★★★★
كثير عجبني

متعاون (0) 👍





# hibobi

use hibobi, love your baby.

🔍 بحث في موقعنا    0

‹ ›    مستلزمات    إكسسوارات    أحذية    الشخصيات المرخصة    ملابس الأطفال الكبار    ملابس الأطفال الصغار    ملابس الرضّع    الواصلة حديثا

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

Family Clothing تي شيرت و فستان و رومبير

★★★★★
(9 التعليقات)

~~د.إ 90.00~~   **72.00 د.إ**   (السعر شامل قيمة الضريبة المضافة)

اللون

| مقاس   دليل المقاس

| البنات: 3-6 شهور | الأولاد: 6-7 سنوات | الأولاد: 4-5 سنوات | الأولاد: 3-4 سنوات |
| البنات: 9-6 شهور | البنات: 12-18 شهرا | البنات: 3-4 سنوات |
| الأب: L | الأب: M | البنات: 9-8 سنوات | البنات: 5-4 سنوات |
| الأولاد: 2-3 سنوات | الأم: XL | الأم: L | الأم: S | الأم: M | الأب: XL | البنات: 7-6 سنوات |
| البنات: 2-3 سنوات |

الكمية

− 1 +

إضافة إلى عربة التسوق

وصف    المقاس    التوصيل

| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| تصميم: | يومي |
| تركيب: | قطن,البوليستر |
| المواد: | دمج |
| خصائص النسيج: | تمدد الجزئي |
| طول فستان الأطفال: | طول في الركبة |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| الموسم: | الخريف |
| المكونات الموجودة في القماش: | قطن,البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | تباين الألوان |

## تعليقات الزبائن (9)   ★★★★★ 5.0 متوسط التقييم

الكل | أحدث التعليقات | مع صورة

متوسط التقييم (9)   ★★★★★ 5.0

m***m   حلو خامته روعه
★★★★★



Oct.11,2022   اللون:كاكي   مقاس:البنات: 8-9 سنوات

متعاون (5) 👍

m***m   كثير عجبني
★★★★★

متعاون (0) 👍