# EXHIBIT 59B









# EXHIBIT 59C








PatPat Cute, Quality, Great Price

Baby boy

New In | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes & Accessories | Home & Baby Gear | Licensed Characters | Recommend

# Floral Print Blue Series Long-sleeve Family Matching Sets(Belted Pleated Dresses and Raglan-sleeve T-shirts)

12 Reviews >

**$12.95**

Color: Bluish Grey

Size:

Size Chart

Baby Girl

3-6M | 6-9M | 9-12M | 12-18M

Boy

2 Years | 3-4 Years | 4-5 Years | 6-7 Years

Girl

2 Years | 3-4 Years | 6-7 Years

Men

M | L | XL

Qty 1 ✓ In Stock

Add to Bag

or 4 interest-free payments of **$3.24** with sezzle

Norton by Symantec | ResellerRatings Excellent! | Quality Guarantee

## Description

* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)

Show More

## Free Shipping On Orders Over $49.00

## 30 Days Free Return

## 100% Secured Payments

## Highest Quality Guarantee

Safety Design | No Sharp Point | Meets CPSC Standards

All Reviews (12) | Images (2)

Rating ALL | Size ALL | Color ALL | Sort by Default

3.9

Average Rating

| | |
|---|---|
| 5 ★ | 7 |
| 4 ★ | 1 |
| 3 ★ | 2 |
| 2 ★ | 0 |

s***m ★★★★★ Helpful (10)

Apr 8, 2022 Color: Bluish Grey Size: Women: M

يجنني يجنني😍😍

Translate

2022/11/9 18:24 Floral Print Blue Series Long-sleeve Family Matching Sets(Belted Pleated Dresses and Raglan-sleeve T-shirts)-id:42704.39 PatPat CA

Case: 1:22-cv-02859 Document #: 53-56 Filed: 11/15/22 Page 8 of 15 PageID #:4270

















PatPat Cute, Quality, Great Price

Go-Neat

New In | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes & Accessories | Home & Baby Gear | Licensed Characters | Recommend

# Floral Print Blue Series Long-sleeve Family Matching Sets(Belted Pleated Dresses and Raglan-sleeve T-shirts)

12 Reviews >

$12.95

Color: Bluish Grey

Size:

Size Chart

Baby Girl

3-6M | 6-9M | 9-12M | 12-18M

Boy

2 Years | 3-4 Years | 4-5 Years | 6-7 Years

Girl

2 Years | 3-4 Years | 6-7 Years

Men

M | L | XL

Qty 1 In Stock

Add to Bag

or 4 interest-free payments of **$3.24** with sezzle

Norton by Symantec | ResellerRatings Excellent! | Quality Guarantee

## Description

* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)

Show More

## Free Shipping On Orders Over $49.00

## 30 Days Free Return

## 100% Secured Payments

## Highest Quality Guarantee

Safety Design | No Sharp Point | Meets CPSC Standards

All Reviews (12) | Images (2)

Rating ALL | Size ALL | Color ALL | Sort by Default

3.9

Average Rating

5 ★ 7
4 ★ 1
3 ★ 2
2 ★ 0

s***m ★★★★★ Helpful (10)

Apr 8, 2022 Color: Bluish Grey Size: Women: M

يجنن يجنن😍😍

Translate

# Floral Print Blue Series Long-sleeve Family Matching Sets(Belted Pleated Dresses and Raglan-sleeve T-shirts)

★★★★☆ 12 Reviews >



$12.95

Color: Bluish Grey

Size:  Size Chart ⓘ
Baby Girl

 3-6M   6-9M   9-12M   12-18M 

Boy

 2 Years   3-4 Years   4-5 Years   6-7 Years 

Girl

 2 Years   3-4 Years   6-7 Years 

Men

 M   L   XL 

Qty  − 1 +    ✓ In Stock

**Add to Bag**   ♡

or 4 interest-free payments of **$3.24** with ⓈSezzle ⓘ



## Description

* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)

Show More

Free Shipping On Orders Over $49.00   ⌄

30 Days Free Return   ⌄

100% Secured Payments   ⌄

### Highest Quality Guarantee

Safety Design   No Sharp Point   Meets CPSC Standards

---

All Reviews (12) | Images (2)        Rating ALL ⌄  Size ALL ⌄  Color ALL ⌄  Sort by Default ⌄

**3.9**
Average Rating

| 5★ | 7 |
| 4★ | 1 |
| 3★ | 2 |
| 2★ | 0 |

s***m  ★★★★★      👍 Helpful (10)
Apr 8, 2022   Color: Bluish Grey   Size: Women: M

يحنن يحننن 😂😂


🌐 Translate ⌄



# EXHIBIT 59D

العربية | الإمارات العربية المتحدة | د.إ | الشحن مجاني للطلبيات الأكثر من 149.00 د.إ | تسجيل الدخول | التسجيل | مركز المساعدة

0 | بحث في موقعنا | hibobi use hibobi, love your baby.

الواصلة حدينا | ملابس الرضّع | ملابس الأطفال الصغار | ملابس الأطفال الكبار | الشخصيات المرخصة | أحذية | إكسسوارات | مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

★★★★★ (2 التعليقات)

**31.50 د.إ** ~~42.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)

اللون



مقاس | دليل المقاس

| الأولاد: 3-4 سنوات | الأولاد: 4-5 سنوات | الأولاد: 6-7 سنوات | البنات: 3-4 سنوات |
| البنات: 4-5 سنوات | البنات: 6-7 سنوات | البنات: 8-9 سنوات | الأب: M | الأب: L |
| الأب: XL | الأم: S | الأم: M | الأم: L | الأم: XL | البنات: 2-3 سنوات |
| الأولاد: 2-3 سنوات |

الكمية

− 1 +

إضافة إلى عربة التسو

وصف | المقاس | التوصيل



| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| سماكة: | عادي |
| خصائص النسيج: | غير تمتد |
| تركيب: | البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول فستان الأطفال: | طول في الركبة |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| طول الملابس: | متوسط الطول |
| الموسم: | الخريف |
| المكونات الموجودة في القاع: | البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |



تعليقات الزبائن (2) متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

 

ا***م
★★★★★

حلو اخذت اكبر من مقاس بنتي برقم وجاء قصير خذوا اكبر برقمين 👌👌👌👌👌👌👌👌👌👌👌👌👌👌👌👌👌👌👌👌👌👌👌👌👌👌👌👌👌

متعاون (0) 👍



Oct.20,2022 | اللون:الكحلي | مقاس:البنات: 8-9 سنوات

 

ا***S
★★★★★

منتج جيد ، أحبه!



متعاون (1) 👍



فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

**31.50 د.إ** ~~42.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)

(2 التعليقات) ★★★★★

اللون



دليل المقاس | مقاس

| الأولاد: 3-4 سنوات | الأولاد: 4-5 سنوات | الأولاد: 6-7 سنوات | البنات: 3-4 سنوات |
| البنات: 4-5 سنوات | البنات: 6-7 سنوات | البنات: 8-9 سنوات | الأب: M | الأب: L |
| الأب: XL | الأم: S | الأم: M | الأم: L | الأم: XL | البنات: 2-3 سنوات |
| الأولاد: 2-3 سنوات |

الكمية

− 1 +

إضافة إلى عربة التسو

| وصف | المقاس | التوصيل |

| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| سماكة: | عادي |
| خصائص النسيج: | غير تمتد |
| تركيب: | البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول فستان الأطفال: | طول في الركبة |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| طول الملابس: | متوسط الطول |
| الموسم: | الخريف |
| المكونات الموجودة في القاع: | البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |



 



### تعليقات الزبائن (2) — متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

---

**م***ا** ★★★★★

حلو اخذت اكبر من مقاس بنتي برقم وجاء قصير خذوا اكبر برقمين 

متعاون (0) 👍




Oct.20,2022 — اللون:الكحلي — مقاس:البنات: 8-9 سنوات

---

**ا***S** ★★★★★

منتج جيد ، أحبه!

متعاون (1) 👍

 
  
