**EXHIBIT 60B**









# EXHIBIT 60C



2-5 Business Days Delivery Guaranteed Shipping From US Warehouse

SHOP NOW

**PatPat** Cute, Quality, Great Price

519995

New Arrivals | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes | Accessories | Home & Baby Gear | Licensed Characters | Recommend





### Christmas Family Matching Red Velvet Long-sleeve Splicing Mesh Dresses and Shirts Sets

★★★★★  64 Reviews  ›

**$9.99**                                    3 for 2

Color: Color block

Size:
Baby Girl                                    Size Chart ⓘ

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women

| S | M | L | XL |

Men

| M | L | XL |

Qty        —  1  +        ✓ In Stock

Add to Bag

Get extra 10% off on all orders with Klarna.  Klarna.

  

📄 **Description**                                          ⌃

* Please add each size separately to your shopping cart.
* Soft and comfy
* Dresses length: to the knee (women/girls)

Show More

🚚 **Free Shipping On Orders Over $45.00**                  ⌃

2-5 business days delivery guaranteed in the US

📦 **30 Days Return**                                       ⌄

🛡 **100% Secured Payments**                                ⌄

**Highest Quality Guarantee**

Safety Design          No Sharp Point          Meets CPSC
                                               Standards

All Reviews (64)    Images (19)              Rating  ALL ⌄   Size  ALL ⌄   Color  ALL ⌄   Sort by  Default ⌄



**2-5 Business Days** Delivery Guaranteed Shipping From US Warehouse     SHOP NOW

PatPat  Cute, Quality, Great Price

519995

New Arrivals   Black Friday   Christmas   Baby   Toddler   Kids   Matching Outfits   Maternity & Nursing   Shoes   Accessories   Home & Baby Gear   Licensed Characters   Recommend



### Christmas Family Matching Red Velvet Long-sleeve Splicing Mesh Dresses and Shirts Sets

★★★★★  64 Reviews  ›

**$9.99**                                    3 for 2

Color: Color block

Size:                                                    Size Chart ⓘ

Baby Girl

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women

| S | M | L | XL |

Men

| M | L | XL |

Qty    ⊖  1  ⊕    ✓ In Stock

Add to Bag

Get extra 10% off on all orders with Klarna.  Klarna.



### Description

* Please add each size separately to your shopping cart.
* Soft and comfy
* Dresses length: to the knee (women/girls)

Show More

### Free Shipping On Orders Over $45.00

2-5 business days delivery guaranteed in the US

### 30 Days Return

### 100% Secured Payments

**Highest Quality Guarantee**

        

Safety Design    No Sharp Point    Meets CPSC Standards

All Reviews (64)    Images (19)                   Rating  ALL ⌄   Size  ALL ⌄   Color  ALL ⌄   Sort by  Default ⌄

Case: 1:22-cv-02259 Document #: 53-57 Filed: 11/15/22 Page 9 of 15 PageID #:4286



**2-5 Business Days** Delivery Guaranteed Shipping From US Warehouse          SHOP NOW

PatPat  Cute, Quality, Great Price          519995

New Arrivals   Black Friday   Christmas   Baby   Toddler   Kids   Matching Outfits   Maternity & Nursing   Shoes   Accessories   Home & Baby Gear   Licensed Characters   Recommend





## Christmas Family Matching Red Velvet Long-sleeve Splicing Mesh Dresses and Shirts Sets

★★★★★  64 Reviews ›

**$9.99**                                    3 for 2

Color: Color block

Size:                                        Size Chart ⓘ

Baby Girl

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women

| S | M | L | XL |

Men

| M | L | XL |

Qty     ⊖   1   ⊕     ✓ In Stock

Add to Bag

Get extra 10% off on all orders with Klarna.  Klarna.

  

📄 Description                                                              ⌃

* Please add each size separately to your shopping cart.
* Soft and comfy
* Dresses length: to the knee (women/girls)

Show More

🚚 Free Shipping On Orders Over $45.00                                       ⌃

2-5 business days delivery guaranteed in the US

🔖 30 Days Return                                                           ⌄

🛡 100% Secured Payments                                                    ⌄

### Highest Quality Guarantee

Safety Design        No Sharp Point        Meets CPSC Standards

All Reviews (64)    Images (19)                    Rating  ALL ⌄   Size  ALL ⌄   Color  ALL ⌄   Sort by  Default ⌄

**2-5 Business Days** Delivery Guaranteed Shipping From US Warehouse

SHOP NOW



PatPat — Cute, Quality, Great Price

519995

New Arrivals   Black Friday   Christmas   Baby   Toddler   Kids   Matching Outfits   Maternity & Nursing   Shoes   Accessories   Home & Baby Gear   Licensed Characters   Recommend





### Christmas Family Matching Red Velvet Long-sleeve Splicing Mesh Dresses and Shirts Sets

★★★★★  64 Reviews ›

**$9.99**                                                          3 for 2

Color: Color block

Size:                                                             Size Chart ⓘ
Baby Girl

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women

| S | M | L | XL |

Men

| M | L | XL |

Qty        ⊖   1   ⊕        ✓ In Stock

Add to Bag

Get extra 10% off on all orders with Klarna.   Klarna.

Norton by Symantec      Excellent      Quality Guarantee

---

📄 **Description**                                                    ⌃

* Please add each size separately to your shopping cart.
* Soft and comfy
* Dresses length: to the knee (women/girls)

Show More

---

🚚 **Free Shipping On Orders Over $45.00**                            ⌃

2-5 business days delivery guaranteed in the US

---

🔄 **30 Days Return**                                                 ⌄

---

🛡 **100% Secured Payments**                                          ⌄

---

**Highest Quality Guarantee**

                    

Safety Design      No Sharp Point      Meets CPSC Standards

---

All Reviews (64)          Images (19)                    Rating  ALL ⌄   Size  ALL ⌄   Color  ALL ⌄   Sort by  Default ⌄

Helpful (12)

**EXHIBIT 60D**

العربية | الإمارات العربية المتحدة 🇦🇪

مركز المساعدة | تسجيل الدخول | التسجيل    الشحن مجاني للطلبيات الأكثر من 149.00 د.إ    د.إ



بحث في موقعنا    0

مستلزمات | إكسسوارات | أحذية | الشخصيات المرخصة | ملابس الأطفال الكبار | ملابس الأطفال الصغار | ملابس الرضّع | الواصلة حديثا ‹ ›

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / ملابس متشابهة عائلية / أطقم الملابس

ملابس العائلة فستان مخمل مرقع وقميص منقوش

82.50 **د.إ** ~~110.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)



اللون



مقاس | دليل المقاس

| البنات: 3-6 شهور | الأولاد: 6-4 سنوات | الأولاد: 4-5 سنوات | الأولاد: 3-4 سنوات |
| البنات: 9-6 شهور | البنات: 12-18 شهرا | البنات: 3-4 سنوات |
| الأب: L | الأب: M | البنات: 9-8 سنوات | البنات: 7-6 سنوات | البنات: 5-4 سنوات |
| الأولاد: 2-3 سنوات | الأمّ: XL | الأمّ: L | الأمّ: M | الأمّ: S | الأب: XL |
| البنات: 3-2 سنوات |

الكمية

− 1 +

إضافة إلى عربة التسو

وصف | المقاس | التوصيل

   

 

| | |
|---|---|
| الطبعات / الرسومات: | منقوش |
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| سماكة: | عادي |
| نمط الأكمام: | عادي |
| تركيب: | البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| خصائص النسيج: | تمتد الجزئي |
| طول فستان الأطفال: | طول في الركبة |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| عدد القطع: | قطعة |
| الموسم: | الخريف |
| المكونات الموجودة في القاع: | البوليستر |
| طول الكم: | كم طويل |

منتجات قد تعجبك



    ›

عالية الجودة 🛡    دفع آمن 🔒    التسليم الآمن 🚚



0 ابحث في موقعنا use hibobi, love your baby.

مستلزمات | إكسسوارات | أحذية | الشخصيات المرخصة | ملابس الأطفال الكبار | ملابس الأطفال الصغار | ملابس الرضّع | الواصلة حديثا

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

## ملابس العائلة فستان مخمل مرقع وقميص منقوش

**82.50 د.إ** ~~110.00~~ (السعر شامل قيمة الضريبة المضافة)

اللون




مقاس دليل المقاس

| البنات: 3-6 شهور | الأولاد: 4-6 سنوات | الأولاد: 4-3 سنوات |
| البنات: 9-12 شهرا | البنات: 9-12 شهرا | البنات: 5-4 سنوات |
| الأب: L | البنات: 9-8 سنوات | البنات: 7-6 سنوات |
| الأولاد: 2-3 سنوات | الأم: XL | الأم: L | الأم: M | الأب: M |
| البنات: 3-2 سنوات | الأم: M | الأب: XL | الأب: L |

الكمية
− 1 +

إضافة إلى عربة التسو



   

 

| وصف | المقاس | التوصيل |

| | |
|---|---|
| الطبعات / الرسومات: | منقوش |
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| سماكة: | عادي |
| نمط الأكمام: | عادي |
| تركيب: | البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| خصائص النسيج: | تمتد الجزئي |
| طول فستان الأطفال: | طول في الركبة |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| عدد القطع: | قطعة |
| الموسم: | الخريف |
| المكونات الموجودة في القاع: | البوليستر |
| طول الكم: | كم طويل |

## منتجات قد تعجبك

     

عالية الجودة ✓   دفع امن 💳   التسليم الآمن 🚚



العربية | الإمارات العربية المتحدة | د | الشحن مجاني للطلبيات الأكثر من 149.00 د إ | مركز المساعدة | التسجيل | تسجيل الدخول

use hibobi, love your baby.

بحث في موقعنا | 0

مستلزمات | إكسسوارات | أحذية | الشخصيات المرخصة | ملابس الأطفال الكبار | ملابس الأطفال الصغار | ملابس الرضّع | الواصلة حديثا

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

ملابس العائلة فستان مخمل مرقع وقميص منقوش

82.50 **د.إ**   ~~د.إ 110.00~~   (السعر شامل قيمة الضريبة المضافة)

اللون


مقاس | دليل المقاس

| البنات: 3-6 شهور | الأولاد: 6-7 سنوات | الأولاد: 4-5 سنوات | الأولاد: 3-4 سنوات |
| البنات: 3-4 سنوات | البنات: 9-12 شهرا | البنات: 6-9 شهور | البنات: 5-4 سنوات |
| الأب: L | الأب: M | البنات: 8-9 سنوات | البنات: 6-7 سنوات |
| الأولاد: 2-3 سنوات | الأم: XL | الأم: L | الأم: M | الأم: ؟ | الأب: XL |
| البنات: 2-3 سنوات |

الكمية
−  1  +



إضافة إلى عربة التسوّق

| التوصيل | المقاس | وصف |

| | منقوش | الطبعات / الرسومات: |
| | اليومي | مناسبات: |
| | رقبة مستديرة | خط العنق: |
| | عادي | سماكة: |
| | عادي | نمط الأكمام: |
| | البوليستر | تركيب: |
| | أنيق | تصميم: |
| | البوليستر | المواد: |
| | تمتد الجزئي | خصائص النسيج: |
| | طول في الركبة | طول فستان الأطفال: |
| | طويل | طول الملابس: |
| | عادي | نوع الملابس: |
| | غسل اليد | تعليمات العناية: |
| | قطعة | عدد القطع: |
| | الخريف | الموسم: |
| | البوليستر | المكونات الموجودة في القماش: |
| | كم طويل | طول الكم: |

 

 

منتجات قد تعجبك

   

عالية الجودة | دفع امن | التسليم الامن

hibobi   use hibobi, love your baby.

بحث في موقعنا    تسجيل الدخول | التسجيل    0

مستلزمات    إكسسوارات    أحذية    الشخصيات المرخصة    ملابس الأطفال الكبار    ملابس الأطفال الصغار    ملابس الرضّع    الواصلة حديثا    ›

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

ملابس العائلة فستان مخمل مرقع وقميص منقوش

82.50 **د.إ**   ~~د.إ110.00~~  (السعر شامل قيمة الضريبة المضافة)



اللون



مقاس | دليل المقاس

| البنات: 3-6 شهور | الأولاد: 6-7 سنوات | الأولاد: 4-5 سنوات | الأولاد: 3-4 سنوات |
| البنات: 9-12 شهرا | البنات: 6-9 شهور | الأب: L | الأب: M |
| الأولاد: 2-3 سنوات | الأم: XL | الأم: L | الأم: M | الأم: S | الأب: XL | البنات: 5-4 سنوات | البنات: 7-6 سنوات | البنات: 8-9 سنوات |
| البنات: 2-3 سنوات | | | |

الكمية

−  1  +

إضافة إلى عربة التسوّق

| التوصيل | المقاس | **وصف** |

الطبعات / الرسومات: منقوش
مناسبات: اليومي
خط العنق: رقبة مستديرة
سماكة: عادي
نمط الأكمام: عادي
تركيب: البوليستر
تصميم: أنيق
المواد: البوليستر
خصائص النسيج: تمتد الجزئي
طول فستان الأطفال: طول في الركبة
طول الملابس: طويل
نوع الملابس: عادي
تعليمات العناية: غسل اليد
عدد القطع: قطعة
الموسم: الخريف
المكونات الموجودة في القماش: البوليستر
طول الكم: كم طويل

 

 

منتجات قد تعجبك

‹          ›

عالية الجودة    دفع امن    التسليم الامن