# EXHIBIT 61B























# EXHIBIT 61C



Case: 1:22-cv-02350 Document #: 53-15 Filed: 11/15/22 Page 14 of 35 PageID #:4308

# PatPat  Cute, Quality, Great Price

New In | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes & Accessories | Home & Baby Gear | Licensed Characters | Recommend



## Family Matching Green V Neck Belted Long-sleeve Ruffle Wrap Dresses and Plaid Shirts Sets

★★★★★ 60 Reviews ›

**$1.99** ~~$7.19~~ -72%
Limit 1 per customer

Ends in **1 DAY 21:45:33**

Color: Green

Size:     Size Chart ⓘ

**Baby Girl**
3-6M | 6-9M | 9-12M | 12-18M

**Boy**
2 Years | 3-4 Years | 4-5 Years | 6-7 Years

**Girl**
2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

**Women**
S | M | L | XL

**Men**
M | L | XL

Qty  − 1 +  ✓ In Stock

**Add to Bag**

or 4 interest-free payments of **$0.50** with sezzle ⓘ

Norton | Excellent! | Quality Guarantee

### Description
* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)
Show More

### Free Shipping On Orders Over $49.00

### 30 Days Free Return

### 100% Secured Payments

**Highest Quality Guarantee**

Safety Design | No Sharp Point | Meets CPSC Standards

---

All Reviews (60) | Images (28)    Rating ALL ⌄  Size ALL ⌄  Color ALL ⌄  Sort by Default ⌄

**4.8**

2***1 ★★★★★   👍 Helpful (4)
Jul 18, 2022   Color: Green   Size: Women: S

Bought these for my husband and I, and our 2 daughters for family pictures and they looked great. The fabric for the dresses is definitely very thin though. My girls and I all had to wear a shirt underneath to stay warm, with leggings as well. They look very nice though. My husbands flannel was super thick and amazing quality



PatPat Cute, Quality, Great Price

Dress

New In | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes & Accessories | Home & Baby Gear | Licensed Characters | Recommend

# Family Matching Green V Neck Belted Long-sleeve Ruffle Wrap Dresses and Plaid Shirts Sets

★★★★★ 60 Reviews >

$1.99 ~~$7.19~~ -72%
Limit 1 per customer

Ends in 1 DAY 21:45:11 >

Color: Green

Size: Size Chart

Baby Girl

3-6M | 6-9M | 9-12M | 12-18M

Boy

2 Years | 3-4 Years | 4-5 Years | 6-7 Years

Girl

2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years

Women

S | M | L | XL

Men

M | L | XL

Qty 1 In Stock

Add to Bag

or 4 interest-free payments of **$0.50** with sezzle

Norton by Symantec | ResellerRatings Excellent! | Quality Guarantee

## Description

* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)

Show More

## Free Shipping On Orders Over $49.00

## 30 Days Free Return

## 100% Secured Payments

## Highest Quality Guarantee

Safety Design | No Sharp Point | Meets CPSC Standards

All Reviews (60) | Images (28)

Rating ALL | Size ALL | Color ALL | Sort by Default

4.8

2***1 ★★★★★ Helpful (4)

Jul 18, 2022 Color: Green Size: Women: S

Bought these for my husband and I, and our 2 daughters for family pictures and they looked great. The fabric for the dresses are definitely very thin though. My girls and I all had to wear a shirt underneath to stay warm, with leggings as well. They look very nice though. My husbands flannel was super thick and amazing quality

Case: 1:22-cv-02280 Document # 53-58 Filed: 11/15/22 Page 16 of 35 PageID #:430

# PatPat    Cute, Quality, Great Price

Go-Neat

New In | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes & Accessories | Home & Baby Gear | Licensed Characters | Recommend



## Family Matching Green V Neck Belted Long-sleeve Ruffle Wrap Dresses and Plaid Shirts Sets

★★★★★  60 Reviews ›

**$1.99**  ~~$7.19~~  -72%

Limit 1 per customer

Ends in **1 DAY 21:45:00**

Color: Green

Size:                                                                    Size Chart ⓘ

**Baby Girl**

| 3-6M | 6-9M | 9-12M | 12-18M |

**Boy**

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

**Girl**

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

**Women**

| S | M | L | XL |

**Men**

| M | L | XL |

Qty    [ − ] [ 1 ] [ + ]    ✓ In Stock

**Add to Bag**

or 4 interest-free payments of **$0.50** with 🔹 sezzle  ⓘ

Norton by Symantec | Excellent | Quality Guarantee

📋 **Description**                                                          ⌃

* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)

Show More

🚚 **Free Shipping On Orders Over $49.00**                                  ⌄

📦 **30 Days Free Return**                                                  ⌄

🛡 **100% Secured Payments**                                                ⌄

**Highest Quality Guarantee**


Safety Design


No Sharp Point


Meets CPSC Standards

---

All Reviews (60)    Images (28)                      Rating ALL ⌄  Size ALL ⌄  Color ALL ⌄  Sort by Default ⌄

**4.8**

👤 2***1 ★★★★★                                            👍 Helpful (4)
Jul 18, 2022    Color: Green    Size: Women: S

Bought these for my husband and I, and our 2 daughters for family pictures and they looked great. The fabric for the dresses is definitely very thin though. My girls and I all had to wear a shirt underneath to stay warm, with leggings as well. They look very nice though. My husbands flannel was super thick and amazing quality



Case: 1:22-cv-02650-Document #: 53-58 Filed: 11/15/22 Page 17 of 35 PageID #:4308

# PatPat
Cute, Quality, Great Price

Bags

New In | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes & Accessories | Home & Baby Gear | Licensed Characters | Recommend

Wrap Dresses and Plaid Shirts Sets

★★★★★ 60 Reviews ›

$1.99  $7.19  -72%

Limit 1 per customer

Ends in **1 DAY 21:44:13** ›

Color: Green

Size: Size Chart ⓘ

Baby Girl

[ 3-6M ] [ 6-9M ] [ 9-12M ] [ 12-18M ]

Boy

[ 2 Years ] [ 3-4 Years ] [ 4-5 Years ] [ 6-7 Years ]

Girl

[ 2 Years ] [ 3-4 Years ] [ 4-5 Years ] [ 6-7 Years ] [ 8-9 Years ]

Women

[ S ] [ M ] [ L ] [ XL ]

Men

[ M ] [ L ] [ XL ]

Qty  [ − ] [ 1 ] [ + ]  ✓ In Stock

**Add to Bag**

or 4 interest-free payments of **$0.50** with 🟣 sezzle  ⓘ

Norton by Symantec | Excellent! | Quality Guarantee

## 📄 Description  ⌃
* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)

Show More

🚚 Free Shipping On Orders Over $49.00  ⌄

📦 30 Days Free Return  ⌄

🛡 100% Secured Payments  ⌄

**Highest Quality Guarantee**

🛡 Safety Design | ⚪ No Sharp Point | 🏅 Meets CPSC Standards

All Reviews (60) | Images (28)

Rating  ALL ⌄  Size  ALL ⌄  Color  ALL ⌄  Sort by  Default ⌄

**4.8**

2***1  ★★★★★  👍 Helpful (4)

Jul 18, 2022    Color: Green    Size: Women: S

Bought these for my husband and I, and our 2 daughters for family pictures and they looked great. The fabric for the dresses is definitely very thin though. My girls and I all had to wear a shirt underneath to stay warm, with leggings as well. They look very nice though. My husbands flannel was super thick and amazing quality



# PatPat
Cute, Quality, Great Price

New In  Black Friday  Christmas  Baby  Toddler  Kids  Matching Outfits  Maternity & Nursing  Shoes & Accessories  Home & Baby Gear  Licensed Characters  Recommend



## Family Matching Green V Neck Belted Long-sleeve Ruffle Wrap Dresses and Plaid Shirts Sets

★★★★★  60 Reviews ›

**$1.99** ~~$7.19~~ -72%

Limit 1 per customer

Ends in **1 DAY 21:43:55**

Color: Green

Size:

Size Chart ⓘ

Baby Girl

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women

| S | M | L | XL |

Men

| M | L | XL |

Qty  ⊖  1  ⊕  ✓ In Stock

**Add to Bag**

or 4 interest-free payments of **$0.50** with 💲sezzle ⓘ

✅ Norton  Excellent!  Quality Guarantee

### 📄 Description
* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)

Show More

### 🚚 Free Shipping On Orders Over $49.00

### 📦 30 Days Free Return

### 🛡 100% Secured Payments

## Highest Quality Guarantee

Safety Design    No Sharp Point    Meets CPSC Standards

---

All Reviews (60)    Images (28)

Rating  ALL ⌄    Size  ALL ⌄    Color  ALL ⌄    Sort by  Default ⌄

**4.8**

2***1  ★★★★★

Jul 18, 2022    Color: Green    Size: Women: S    👍 Helpful (4)

Bought these for my husband and I, and our 2 daughters for family pictures and they looked great. The fabric for the dresses are definitely very thin though. My girls and I all had to wear a shirt underneath to stay warm, with leggings as well. They look very nice though. My husbands flannel was super thick and amazing quality

# PatPat
Cute, Quality, Great Price

Kid girl





New In | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes & Accessories | Home & Baby Gear | Licensed Characters | Recommend

## Family Matching Green V Neck Belted Long-sleeve Ruffle Wrap Dresses and Plaid Shirts Sets

★★★★★ 60 Reviews >

**$1.99** $7.19 -72%

Limit 1 per customer

Ends in **1 DAY 21:43:34**

Color: Green

Size:
Size Chart ⓘ

Baby Girl

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women

| S | M | L | XL |

Men

| M | L | XL |

Qty    [−]  1  [+]    ✓ In Stock

**Add to Bag**

or 4 interest-free payments of **$0.50** with 🟣 sezzle ⓘ

Norton by Symantec | Excellent | Quality Guarantee

## 📋 Description    ⌃

* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)

Show More

🚚 Free Shipping On Orders Over $49.00    ⌄

📦 30 Days Free Return    ⌄

🛡 100% Secured Payments    ⌄

### Highest Quality Guarantee

        

Safety Design    No Sharp Point    Meets CPSC Standards

---

All Reviews (60)    Images (28)    Rating ALL ⌄    Size ALL ⌄    Color ALL ⌄    Sort by Default ⌄

## 4.8

2***1 ★★★★★    👍 Helpful (4)

Jul 18, 2022    Color: Green    Size: Women: S

Bought these for my husband and I, and our 2 daughters for family pictures and they looked great. The fabric for the dresses are definitely very thin though. My girls and I all had to wear a shirt underneath to stay warm, with leggings as well. They look very nice though. My husbands flannel was super thick and amazing quality



PatPat    Cute, Quality, Great Price

New In   Black Friday   Christmas   Baby   Toddler   Kids   Matching Outfits   Maternity & Nursing   Shoes & Accessories   Home & Baby Gear   Licensed Characters   Recommend



### Family Matching Green V Neck Belted Long-sleeve Ruffle Wrap Dresses and Plaid Shirts Sets

⭐⭐⭐⭐⭐   60 Reviews ›

**$1.99**  ~~$7.19~~  -72%

Limit 1 per customer

Ends in **1 DAY 21:43:19**

Color: Green

Size:                                                Size Chart ⓘ

Baby Girl

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women

| S | M | L | XL |

Men

| M | L | XL |

Qty    ⊖  1  ⊕    ✓ In Stock

**Add to Bag**

or 4 interest-free payments of **$0.50** with 🔶 sezzle ⓘ

Norton   Excellent!   Quality Guarantee

#### 📄 Description

* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)

Show More

🚚 Free Shipping On Orders Over $49.00

🔄 30 Days Free Return

🛡 100% Secured Payments

#### Highest Quality Guarantee

🛡                      ⚪                      🏆
Safety Design     No Sharp Point     Meets CPSC
                                     Standards

---

All Reviews (60)    Images (28)                    Rating  ALL ⌄   Size  ALL ⌄   Color  ALL ⌄   Sort by  Default ⌄

## 4.8

👤  2***1  ⭐⭐⭐⭐⭐                                                              👍 Helpful (4)
Jul 18, 2022    Color: Green    Size: Women: S

Bought these for my husband and I, and our 2 daughters for family pictures and they looked great. The fabric for the dresses is definitely very thin though. My girls and I all had to wear a shirt underneath to stay warm, with leggings as well. They look very nice though. My husbands flannel was super thick and amazing quality



# PatPat
Cute, Quality, Great Price

New In    Black Friday    Christmas    Baby    Toddler    Kids    Matching Outfits    Maternity & Nursing    Shoes & Accessories    Home & Baby Gear    Licensed Characters    Recommend



## Family Matching Green V Neck Belted Long-sleeve Ruffle Wrap Dresses and Plaid Shirts Sets

★★★★★    60 Reviews  ›

**$1.99**  ~~$7.19~~  -72%

Limit 1 per customer

Ends in **1 DAY 21:42:42**  ›

Color: Green

Size:                                                    Size Chart ⓘ

Baby Girl

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women

| S | M | L | XL |

Men

| M | L | XL |

Qty      ⊖  1  ⊕        ✓ In Stock

Add to Bag

or 4 interest-free payments of **$0.50** with ⦿ sezzle  ⓘ





### 📄 Description                                                          ⌃

* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)

Show More

🚚 Free Shipping On Orders Over $49.00                                       ⌄

🗓 30 Days Free Return                                                       ⌄

🛡 100% Secured Payments                                                     ⌄

**Highest Quality Guarantee**

Safety Design          No Sharp Point          Meets CPSC Standards

All Reviews (60)     Images (28)              Rating  ALL ⌄   Size  ALL ⌄   Color  ALL ⌄   Sort by  Default ⌄

**4.8**                   2***1  ★★★★★                                       👍 Helpful (4)
                          Jul 18, 2022    Color: Green    Size: Women: S

Bought these for my husband and I, and our 2 daughters for family pictures and they looked great. The fabric for the dresses is definitely very thin though. My girls and I all had to wear a shirt underneath to stay warm, with leggings as well. They look very nice though. My husbands flannel was super thick and amazing quality

Case: 1:22-cv-02850 Document #: 53-58 Filed: 11/15/22 Page 22 of 35 PageID #:431



# PatPat
Cute, Quality, Great Price

Go-Neat

New In | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes & Accessories | Home & Baby Gear | Licensed Characters | Recommend





## Family Matching Green V Neck Belted Long-sleeve Ruffle Wrap Dresses and Plaid Shirts Sets

★★★★★ 60 Reviews ›

**$1.99** ~~$7.19~~ -72%

Limit 1 per customer

Ends in **1 DAY 21:42:23**

Color: Green

Size:

Size Chart ⓘ

Baby Girl

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women

| S | M | L | XL |

Men

| M | L | XL |

Qty   [−] 1 [+]   ✓ In Stock

**Add to Bag**

or 4 interest-free payments of **$0.50** with 🔲 sezzle ⓘ

✓ Norton by Symantec    ⭐ Reseller Ratings Excellent!    Quality Guarantee

### 📋 Description ⌃
* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)

Show More

### 🚚 Free Shipping On Orders Over $49.00 ⌄

### 🛍 30 Days Free Return ⌄

### 🛡 100% Secured Payments ⌄

**Highest Quality Guarantee**

🛡 Safety Design    ⭕ No Sharp Point    🏅 Meets CPSC Standards

---

All Reviews (60)    Images (28)

Rating ALL ⌄   Size ALL ⌄   Color ALL ⌄   Sort by Default ⌄

## 4.8

2***1 ★★★★★
Jul 18, 2022    Color: Green    Size: Women: S

👍 Helpful (4)

Bought these for my husband and I, and our 2 daughters for family pictures and they looked great. The fabric for the dresses are definitely very thin though. My girls and I all had to wear a shirt underneath to stay warm, with leggings as well. They look very nice though. My husbands flannel was super thick and amazing quality



# PatPat
**Cute, Quality, Great Price**

Baby boy

New In    Black Friday    Christmas    Baby    Toddler    Kids    Matching Outfits    Maternity & Nursing    Shoes & Accessories    Home & Baby Gear    Licensed Characters    Recommend



## Family Matching Green V Neck Belted Long-sleeve Ruffle Wrap Dresses and Plaid Shirts Sets

★★★★★  60 Reviews ›

**$1.99**  ~~$7.19~~  -72%

Limit 1 per customer

Ends in **1 DAY 21:42:07**

**Color: Green**

**Size:** Size Chart ⓘ

Baby Girl

| 3-6M | 6-9M | 9-12M | 12-18M |

Boy

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years |

Girl

| 2 Years | 3-4 Years | 4-5 Years | 6-7 Years | 8-9 Years |

Women

| S | M | L | XL |

Men

| M | L | XL |

Qty    [−] 1 [+]    ✓ In Stock

**Add to Bag**

or 4 interest-free payments of **$0.50** with 💳 sezzle ⓘ

🛡 Norton    Excellent!    Quality Guarantee

### Description

* Please add each size separately to your shopping cart.
* Soft and comfy
* Length: to the calf (dresses)

Show More

🚚 Free Shipping On Orders Over $49.00

📦 30 Days Free Return

🛡 100% Secured Payments

### Highest Quality Guarantee

Safety Design    No Sharp Point    Meets CPSC Standards

---

All Reviews (60)    Images (28)    Rating ALL ⌄    Size ALL ⌄    Color ALL ⌄    Sort by Default ⌄

## 4.8

2***1 ★★★★★    👍 Helpful (4)
Jul 18, 2022    Color: Green    Size: Women: S

Bought these for my husband and I, and our 2 daughters for family pictures and they looked great. The fabric for the dresses are definitely very thin though. My girls and I all had to wear a shirt underneath to stay warm, with leggings as well. They look very nice though. My husbands flannel was super thick and amazing quality

# EXHIBIT 61D



Español    Mexico    MXN     ENVÍO GRATIS en pedidos superiores a 499.00 MXN     Iniciar sesión | Iniciar sesión    Centr

# hibobi   use hibobi, love your baby.

Buscar

Personajes con Licencia    Los Recién Llegados    Ropas de bebé    Ropa para niños pequeños    Ropas de niño    Calzados

Inicio / Ropas Familiar / Ropas Familiar / Conjuntos



Ropa familiar Mono de manga larga con cuell

## 538.00 MXN

Color



Tamaño    Tabla de Tallas

| Niño: 3-4 años | Niño: 4-5 años | Niño: 6-7 años | |
| Chica: 6-9 m | Niña: 9-12M | Niña: 12-18 M | Niña: |
| Niña: 4-5 años | Niña: 6-7 años | Niña: 8-9 años | P |
| Papá: XL | Mamá: S | Mamá: M | Mamá: L | Mam |
| Niño: 2-3Y | Niña: 2-3 años | | |

Cantidad

| − | 1 | + |



Añadir al carrito

**Descripción**    Talla y ajuste    Entrega

| | |
|---|---|
| Patrones/Gráficos: | Tartán |
| Ocasión: | Diario |
| Tipo de manga: | Regular |
| Espesor: | Regular |
| Estilo: | Casual |
| Composición: | Poliéster |
| Material: | Polyester |
| Longitud de ropa: | Largo |
| Instrucciones de cuidado: | Lavado a mano |
| longitud del vestido de los niños: | Longitud mediana |
| Propiedades de la tela: | Microestiramiento |
| tipo de ropa: | Regular |
| Escote: | V-cuello |
| Temporada: | Otoño |
| Ingredientes de fondos: | Poliéster |
| Longitud de la manga: | Manga larga |

   

 

## Valoración de los clientes (7)    **Calificación promedio** ⭐⭐⭐⭐⭐ 5.0

| Todo | Más reciente | Con imagen |



# hibobi
use hibobi, love your baby.

Buscar

Personajes con Licencia    Los Recién Llegados    Ropas de bebé    Ropa para niños pequeños    Ropas de niño    Calzados

Inicio / Ropas Familiar / Ropas Familiar / Conjuntos




   

 

## Ropa familiar Mono de manga larga con cuell

## 538.00 MXN

Color



Tamaño    Tabla de Tallas

| Niño: 3-4 años | Niño: 4-5 años | Niño: 6-7 años | C |

| Chica: 6-9 m | Niña: 9-12M | Niña: 12-18 M | Niña: |

| Niña: 4-5 años | Niña: 6-7 años | Niña: 8-9 años | P |

| Papá: XL | Mamá: S | Mamá: M | Mamá: L | Mam |

| Niño: 2-3Y | Niña: 2-3 años |

Cantidad

−   1   +

Añadir al carrito

**Descripción**    Talla y ajuste    Entrega



| Patrones/Gráficos: | Tartán |
| Ocasión: | Diario |
| Tipo de manga: | Regular |
| Espesor: | Regular |
| Estilo: | Casual |
| Composición: | Poliéster |
| Material: | Polyester |
| Longitud de ropa: | Largo |
| Instrucciones de cuidado: | Lavado a mano |
| longitud del vestido de los niños: | Longitud mediana |
| Propiedades de la tela: | Microestiramiento |
| tipo de ropa: | Regular |
| Escote: | V-cuello |
| Temporada: | Otoño |
| Ingredientes de fondos: | Poliéster |
| Longitud de la manga: | Manga larga |

## Valoración de los clientes (7)    Calificación promedio    ⭐⭐⭐⭐⭐ 5.0

Todo    Más reciente    Con imagen

ENVÍO GRATIS en pedidos superiores a 499.00 MXN

Iniciar sesión | Iniciar sesión          Centr



| Personajes con Licencia | Los Recién Llegados | Ropas de bebé | Ropa para niños pequeños | Ropas de niño | Calzados |

Inicio / Ropas Familiar / Ropas Familiar / Conjuntos







## Ropa familiar Mono de manga larga con cuell

### 538.00 MXN

Color



Tamaño          Tabla de Tallas

| Niño: 3-4 años | Niño: 4-5 años | Niño: 6-7 años | |
| Chica: 6-9 m | Niña: 9-12M | Niña: 12-18 M | Niña: |
| Niña: 4-5 años | Niña: 6-7 años | Niña: 8-9 años | P |
| Papá: XL | Mamá: S | Mamá: M | Mamá: L | Mam |
| Niño: 2-3Y | Niña: 2-3 años |

Cantidad

| − | 1 | + |

Añadir al carrito



**Descripción**     Talla y ajuste     Entrega

| Patrones/Gráficos: | Tartán |
| Ocasión: | Diario |
| Tipo de manga: | Regular |
| Espesor: | Regular |
| Estilo: | Casual |
| Composición: | Poliéster |
| Material: | Polyester |
| Longitud de ropa: | Largo |
| Instrucciones de cuidado: | Lavado a mano |
| longitud del vestido de los niños: | Longitud mediana |
| Propiedades de la tela: | Microestiramiento |
| tipo de ropa: | Regular |
| Escote: | V-cuello |
| Temporada: | Otoño |
| Ingredientes de fondos: | Poliéster |
| Longitud de la manga: | Manga larga |

## Valoración de los clientes (7)     Calificación promedio     ★★★★★ 5.0

| Todo | Más reciente | Con imagen |



Español    Mexico    MXN     ENVÍO GRATIS en pedidos superiores a 499.00 MXN        Iniciar sesión | Iniciar sesión     Centr

# hibobi
*use hibobi, love your baby.*

Buscar

Personajes con Licencia     Los Recién Llegados     Ropas de bebé     Ropa para niños pequeños     Ropas de niño     Calzados

Inicio / Ropas Familiar / Ropas Familiar / Conjuntos



   

 

## Ropa familiar Mono de manga larga con cuell

## 538.00 MXN

**Color**



Tamaño    Tabla de Tallas

| Niño: 3-4 años | Niño: 4-5 años | Niño: 6-7 años | |
| Chica: 6-9 m | Niña: 9-12M | Niña: 12-18 M | Niña: |
| Niña: 4-5 años | Niña: 6-7 años | Niña: 8-9 años | P |
| Papá: XL | Mamá: S | Mamá: M | Mamá: L | Mar |
| Niño: 2-3Y | Niña: 2-3 años | | |

**Cantidad**

–   1   +



Añadir al carrito

**Descripción**    Talla y ajuste    Entrega

| | |
|---|---|
| Patrones/Gráficos: | Tartán |
| Ocasión: | Diario |
| Tipo de manga: | Regular |
| Espesor: | Regular |
| Estilo: | Casual |
| Composición: | Poliéster |
| Material: | Polyester |
| Longitud de ropa: | Largo |
| Instrucciones de cuidado: | Lavado a mano |
| longitud del vestido de los niños: | Longitud mediana |
| Propiedades de la tela: | Microestiramiento |
| tipo de ropa: | Regular |
| Escote: | V-cuello |
| Temporada: | Otoño |
| Ingredientes de fondos: | Poliéster |
| Longitud de la manga: | Manga larga |

## Valoración de los clientes (7)    **Calificación promedio** ★★★★★ 5.0

| Todo | Más reciente | Con imagen |



Español | Mexico | MXN    ENVÍO GRATIS en pedidos superiores a 499.00 MXN    Iniciar sesión | Iniciar sesión   Centr

## hibobi
use hibobi, love your baby.

Buscar

Personajes con Licencia   Los Recién Llegados   Ropas de bebé   Ropa para niños pequeños   Ropas de niño   Calzados

Inicio / Ropas Familiar / Ropas Familiar / Conjuntos



### Ropa familiar Mono de manga larga con cuell

**538.00 MXN**

Color



Tamaño   Tabla de Tallas

Niño: 3-4 años | Niño: 4-5 años | Niño: 6-7 años |
Chica: 6-9 m | Niña: 9-12M | Niña: 12-18 M | Niña:
Niña: 4-5 años | Niña: 6-7 años | Niña: 8-9 años | P
Papá: XL | Mamá: S | Mamá: M | Mamá: L | Mar
Niño: 2-3Y | Niña: 2-3 años

Cantidad

− 1 +

Añadir al carrito



**Descripción**   Talla y ajuste   Entrega

| Patrones/Gráficos: | Tartán |
|---|---|
| Ocasión: | Diario |
| Tipo de manga: | Regular |
| Espesor: | Regular |
| Estilo: | Casual |
| Composición: | Poliéster |
| Material: | Polyester |
| Longitud de ropa: | Largo |
| Instrucciones de cuidado: | Lavado a mano |
| longitud del vestido de los niños: | Longitud mediana |
| Propiedades de la tela: | Microestiramiento |
| tipo de ropa: | Regular |
| Escote: | V-cuello |
| Temporada: | Otoño |
| Ingredientes de fondos: | Poliéster |
| Longitud de la manga: | Manga larga |

   

 

## Valoración de los clientes (7)    **Calificación promedio** ⭐⭐⭐⭐⭐ 5.0

Todo | Más reciente | Con imagen



Español    Mexico     MXN      ENVÍO GRATIS en pedidos superiores a 499.00 MXN      Iniciar sesión | Iniciar sesión    Centr

# hibobi
use hibobi, love your baby.

Buscar

Personajes con Licencia    Los Recién Llegados    Ropas de bebé    Ropa para niños pequeños    Ropas de niño    Calzados

Inicio / Ropas Familiar / Ropas Familiar / Conjuntos



Ropa familiar Mono de manga larga con cuell

## 538.00 MXN

Color



Tamaño    Tabla de Tallas

| Niño: 3-4 años | Niño: 4-5 años | Niño: 6-7 años | C |
| Chica: 6-9 m | Niña: 9-12M | Niña: 12-18 M | Niña: |
| Niña: 4-5 años | Niña: 6-7 años | Niña: 8-9 años | P |
| Papá: XL | Mamá: S | Mamá: M | Mamá: L | Mar |
| Niño: 2-3Y | Niña: 2-3 años | | |

Cantidad

−  1  +

Añadir al carrito

**Descripción**    Talla y ajuste    Entrega

| | |
|---|---|
| Patrones/Gráficos: | Tartán |
| Ocasión: | Diario |
| Tipo de manga: | Regular |
| Espesor: | Regular |
| Estilo: | Casual |
| Composición: | Poliéster |
| Material: | Polyester |
| Longitud de ropa: | Largo |
| Instrucciones de cuidado: | Lavado a mano |
| longitud del vestido de los niños: | Longitud mediana |
| Propiedades de la tela: | Microestiramiento |
| tipo de ropa: | Regular |
| Escote: | V-cuello |
| Temporada: | Otoño |
| Ingredientes de fondos: | Poliéster |
| Longitud de la manga: | Manga larga |

   

 

## Valoración de los clientes (7)    **Calificación promedio** ⭐⭐⭐⭐⭐ 5.0

| Todo | Más reciente | Con imagen |

الإمارات العربية المتحدة 🇦🇪

الشحن مجاني للطلبيات الأكثر من 149.00 د.إ

مركز المساعدة | تسجيل الدخول | التسجيل

د.إ

# hibobi
use hibobi, love your baby.

🔍 ابحث في موقعنا

0

الواصلة حديثا ملابس الرضّع ملابس الأطفال الصغار ملابس الأطفال الكبار الشخصيات المرخصة أحذية إكسسوارات مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

ملابس الأسرة رومبير لون خالص يافة على شكل V وأكمام طويلة وقميص...

★★★★★
(7 التعليقات)

~75.00 **60.00 د.إ** (السعر شامل قيمة الضريبة المضافة)

اللون

مقاس    دليل المقاس

| البنات: 3-6 شهور | الأولاد: 6-7 سنوات | الأولاد: 4-5 سنوات | الأولاد: 3-4 سنوات |
|---|---|---|---|
| البنات: 3-3 سنوات | البنات: 9-6 شهور | البنات: 18-12 شهرا | |
| الأب: L | البنات: 9-8 سنوات | البنات: 7-6 سنوات | البنات: 5-4 سنوات |
| الأولاد: 2-3 سنوات | الأم: XL | الأم: L الأب: M | الأم: M الأب: M الأم: XL الأب: L |
| | | | البنات: 2-3 سنوات |

الكمية
− 1 +

إضافة إلى عربة التسو

| وصف | المقاس | التوصيل |
|---|---|---|

| الطبعات / الرسومات: | منقوش |
|---|---|
| مناسبات: | اليومي |
| نمط الأكمام: | عادي |
| سماكة: | عادي |
| تصميم: | يومي |
| تركيب: | البوليستر |
| المواد: | البوليستر |
| خصائص النسيج: | تمتد الجزئي |
| طول فستان الأطفال: | طول متوسط |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| خط العنق: | يافة بشكل V |
| الموسم: | الخريف |
| المكونات الموجودة في التغاء: | البوليستر |
| طول الكم: | كم طويل |

## تعليقات الزبائن (7) متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

f***m
★★★★★

good quality

متعاون (22) 👍

مقاس:الأب: XL     اللون:أخضر     Aug.29,2022

none

مركز المساعدة | تسجيل الدخول | التسجيل | الشحن مجاني للطلبيات الأكثر من 149.00 د إ | د

**hibobi** use hibobi, love your baby.

🔍 ابحث في موقعنا    0

الواصلة حديثا | ملابس الرضّع | ملابس الأطفال الصغار | ملابس الأطفال الكبار | الشخصيات المرخصة | أحذية | إكسسوارات | مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

## ملابس الأسرة رومبير لون خالص يافة على شكل V وأكمام طويلة وقميص...

⭐⭐⭐⭐⭐
(7 التعليقات)

**60.00 د.إ** ~~75.00 د~~ (السعر شامل قيمة الضريبة المضافة)

اللون

مقاس    دليل المقاس

| | | | |
|---|---|---|---|
| الأولاد: 3-4 سنوات | الأولاد: 4-5 سنوات | الأولاد: 6-7 سنوات | البنات: 3-6 شهور |
| البنات: 5-4 سنوات | البنات: 9-12 شهرا | البنات: 9-6 شهور | البنات: 4-3 سنوات |
| البنات: 7-6 سنوات | البنات: 9-8 سنوات | البنات: 18-12 شهرا | البنات: 5-4 سنوات |
| الأم: L | الأم: M | الأب: M | الأب: L |
| الأولاد: 2-3 سنوات | الأم: XL | الأم: L | الأم: M |
| البنات: 2-3 سنوات | | | |

الكمية

− 1 +

إضافة إلى عربية التسو

| وصف | المقاس | التوصيل |
|---|---|---|

| | |
|---|---|
| منقوش | الطبعات / الرسومات: |
| اليومي | مناسبات: |
| عادي | نمط الأكمام: |
| عادي | سماكة: |
| يومي | تصميم: |
| البوليستر | تركيب: |
| البوليستر | المواد: |
| تمدد الجزئي | خصائص النسيج: |
| طول متوسط | طول فستان الأطفال: |
| طويل | طول الملابس: |
| عادي | نوع الملابس: |
| غسل اليد | تعليمات العناية: |
| يافة بشكل V | خط العنق: |
| الخريف | الموسم: |
| البوليستر | المكونات الموجودة في اللقاء: |
| كم طويل | طول الكم: |

## تعليقات الزبائن (7) متوسط التقييم    5.0 ⭐⭐⭐⭐⭐

الكل | أحدث التعليقات | مع صورة

| f***m |
|---|
| ⭐⭐⭐⭐⭐ |

good quality

متعاون (22) 👍



Aug.29,2022    اللون:أخضر    مقاس:الأب: XL

د. | الشحن مجاني للطلبيات الأكثر من 149.00 د.إ | مركز المساعدة | تسجيل الدخول | التسجيل

hibobi  use hibobi, love your baby.

0        بحث في موقعنا

مستلزمات | إكسسوارات | أحذية | الشخصيات المرخصة | ملابس الأطفال الكبار | ملابس الأطفال الصغار | ملابس الرضّع | الواصلة حديثا

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

ملابس الأسرة رومبير لون خالص لون يافة على شكل V وأكمام طويلة وقميص...

★★★★★ (7 التعليقات)

**60.00 د.إ** ~~75.00~~ (السعر شامل قيمة الضريبة المضافة)

اللون

مقاس  دليل المقاس

| البنات: 3-6 شهور | الأولاد: 6-7 سنوات | الأم: 4-5 سنوات | الأولاد: 3-4 سنوات |
| البنات: 9-6 شهور | البنات: 12-18 شهرا | الأولاد: 9-12 شهرا | البنات: 3-4 سنوات |
| الأب: L | الأب: M | البنات: 9-8 سنوات | البنات: 7-6 سنوات | البنات: 5-4 سنوات |
| الأولاد: 2-3 سنوات | الأم: XL | الأم: L | الأم: M | الأم: S | البنات: 3-2 سنوات |
| البنات: 3-2 سنوات |

الكمية  − 1 +

إضافة إلى عربة التسو



وصف | المقاس | التوصيل

تعليقات الزبائن (7) متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

f***m  ★★★★★  good quality

متعاون (22)

Aug.29,2022   اللون:أخضر   مقاس:الأب: XL

https://www.hibobi.com/detail/Family-Clothing-Solid-Color-V-neck-Long-sleeve-Romper-Dress-Plaid-Shirt-230687.html?spm=1001.2002.0.0-19   1/2

