# EXHIBIT 62B



















# EXHIBIT 62D

2022/10/22 17:45 فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

العربية الإمارات العربية المتحدة د.إ الشحن مجاني للطلبات الأكثر من 149.00 د.إ تسجيل الدخول | التسجيل مركز المساعدة

hibobi use hibobi, love your baby. بحث في موقعنا 0

الواصلة حديثا ملابس الرضّع ملابس الأطفال الصغار ملابس الأطفال الكبار الشخصيات المرخصة أحذية إكسسوارات مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

# فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

د.إ 39.00 (السعر شامل قيمة الضريبة المضافة)

★★★★★ (4 التعليقات)

اللون

مقاس دليل المقاس

الأولاد: 3-4 سنوات | الأولاد: 4-5 سنوات | الأولاد: 6-7 سنوات | البنات: 3-6 شهور
البنات: 6-9 شهور | البنات: 9-12 شهرا | البنات: 12-18 شهرا | البنات: 3-4 سنوات
البنات: 4-5 سنوات | البنات: 6-7 سنوات | البنات: 8-9 سنوات | الأب: M | الأب: L
الأب: XL | الأم: S | الأم: M | الأم: L | الأم: XL | البنات: 2-3 سنوات
الأولاد: 2-3 سنوات

الكمية

1

إضافة إلى عربة التسوق

وصف المقاس التوصيل

| | |
|---|---|
| الموسم: | الربيع |
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| سماكة: | عادي |
| تركيب: | البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| خصائص النسيج: | تمتد الجزئي |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| عدد القطع: | قطعة |
| المكونات الموجودة في القاع: | البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (4) متوسط التقييم ★★★★★ 5.0

الكل أحدث التعليقات مع صورة

f***m ★★★★★
منتج جيد ، أحبه!
Oct.21,2022 اللون:أحمر مقاس:الأب: L
متعاون (0)

d***m ★★★★★
هذا العميل لم يكتب التعليق.
Apr.28,2022 اللون:أحمر مقاس:الأب: L
متعاون (13)

s***m ★★★★★
هذا العميل لم يكتب التعليق.
Apr.24,2022 اللون:أحمر مقاس:الأم: M
متعاون (0)

1 2

https://www.hibobi.com/detail/Family-Clothing-Floral-Print-Long-Sleeve-Dress-Or-Stripes-T-shirt-222375.html?spm=1001.2002.0.0-16 1/2

العربية الإمارات العربية المتحدة د.إ الشحن مجاني للطلبيات الأكثر من 149.00 د.إ تسجيل الدخول | التسجيل مركز المساعدة

hibobi use hibobi, love your baby. بحث في موقعنا 0

الواصلة حديثا ملابس الرضّع ملابس الأطفال الصغار ملابس الأطفال الكبار الشخصيات المرخصة أحذية إكسسوارات مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

39.00 د.إ (السعر شامل قيمة الضريبة المضافة)

(4 التعليقات)

اللون

مقاس دليل المقاس

الأولاد: 4-3 سنوات | الأولاد: 5-4 سنوات | الأولاد: 7-6 سنوات | البنات: 6-3 شهور

البنات: 9-6 شهور | البنات: 12-9 شهرا | البنات: 18-12 شهرا | البنات: 4-3 سنوات

البنات: 5-4 سنوات | البنات: 7-6 سنوات | البنات: 9-8 سنوات | الأب: M | الأب: L

الأب: XL | الأم: S | الأم: M | الأم: L | الأم: XL | البنات: 3-2 سنوات

الأولاد: 3-2 سنوات

الكمية

1

إضافة إلى عربة التسوق

وصف المقاس التوصيل

| | |
|---|---|
| الموسم: | الربيع |
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| سماكة: | عادي |
| تركيب: | البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| خصائص النسيج: | تمتد الجزئي |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| عدد القطع: | قطعة |
| المكونات الموجودة في القاع: | البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (4) متوسط التقييم 5.0

الكل | أحدث التعليقات | مع صورة

f***m
منتج جيد ، أحبه!
Oct.21,2022 اللون:أحمر مقاس:الأب: L
متعاون (0)

d***m
هذا العميل لم يكتب التعليق.
Apr.28,2022 اللون:أحمر مقاس:الأب: L
متعاون (13)

s***m
هذا العميل لم يكتب التعليق.
Apr.24,2022 اللون:أحمر مقاس:الأم: M
متعاون (0)

1 2

العربية | الإمارات العربية المتحدة | د.إ | الشحن مجانى للطلبيات الأكثر من 149.00 د.إ | تسجيل الدخول | التسجيل | مركز المساعدة

hibobi use hibobi, love your baby.

بحث في موقعنا

0

الواصلة حديثا | ملابس الرضّع | ملابس الأطفال الصغار | ملابس الأطفال الكبار | الشخصيات المرخصة | أحذية | إكسسوارات | مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

39.00 د.إ (السعر شامل قيمة الضريبة المضافة)

★★★★★ (4 التعليقات)

اللون

مقاس دليل المقاس

الأولاد: 3-4 سنوات | الأولاد: 4-5 سنوات | الأولاد: 6-7 سنوات | البنات: 3-6 شهور

البنات: 6-9 شهور | البنات: 9-12 شهرا | البنات: 12-18 شهرا | البنات: 3-4 سنوات

البنات: 4-5 سنوات | البنات: 6-7 سنوات | البنات: 8-9 سنوات | الأب: M | الأب: L

الأب: XL | الأم: S | الأم: M | الأم: L | الأم: XL | البنات: 2-3 سنوات

الأولاد: 2-3 سنوات

الكمية

− 1 +

إضافة إلى عربة التسو

وصف | المقاس | التوصيل

| | |
|---|---|
| الموسم: | الربيع |
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| سماكة: | عادي |
| تركيب: | البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| خصائص النسيج: | تمتد الجزئي |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| عدد القطع: | قطعة |
| المكونات الموجودة في القاع: | البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (4) متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

f***m ★★★★★
منتج جيد ، أحبه!
Oct.21,2022 اللون:أحمر مقاس:الأب: L
متعاون (0)

d***m ★★★★★
هذا العميل لم يكتب التعليق.
Apr.28,2022 اللون:أحمر مقاس:الأب: L
متعاون (13)

s***m ★★★★★
هذا العميل لم يكتب التعليق.
Apr.24,2022 اللون:أحمر مقاس:الأب: M
متعاون (0)

◄ 1 2 ►

العربية
الإمارات العربية المتحدة
د.إ
الشحن مجاني للطلبات الأكثر من 149.00 د.إ
تسجيل الدخول | التسجيل
مركز المساعدة
hibobi
use hibobi, love your baby.
بحث في موقعنا
0
الواصلة حديثا
ملابس الرضّع
ملابس الأطفال الصغار
ملابس الأطفال الكبار
الشخصيات المرخصة
أحذية
إكسسوارات
مستلزمات
الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس
فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة
39.00 د.إ
(السعر شامل قيمة الضريبة المضافة)
(4 التعليقات)
اللون
مقاس
دليل المقاس
الأولاد: 3-4 سنوات
الأولاد: 4-5 سنوات
الأولاد: 6-7 سنوات
البنات: 3-6 شهور
البنات: 6-9 شهور
البنات: 9-12 شهرا
البنات: 12-18 شهرا
البنات: 3-4 سنوات
البنات: 4-5 سنوات
البنات: 6-7 سنوات
البنات: 8-9 سنوات
الأب: M
الأب: L
الأب: XL
الأم: S
الأم: M
الأم: L
الأم: XL
البنات: 2-3 سنوات
الأولاد: 2-3 سنوات
الكمية
1
إضافة إلى عربة التسو
وصف
المقاس
التوصيل
الموسم: الربيع
مناسبات: اليومي
خط العنق: رقبة مستديرة
سماكة: عادي
تركيب: البوليستر
تصميم: أنيق
المواد: البوليستر
خصائص النسيج: تمتد الجزئي
طول الملابس: طويل
نوع الملابس: عادي
تعليمات العناية: غسل اليد
عدد القطع: قطعة
المكونات الموجودة في القاع: البوليستر
طول الكم: كم طويل
الطبعات / الرسومات: مورد
تعليقات الزبائن (4) متوسط التقييم 5.0
الكل
أحدث التعليقات
مع صورة
f***m
منتج جيد ، أحبه!
Oct.21,2022
اللون:أحمر
مقاس:الأب: L
متعاون (0)
d***m
هذا العميل لم يكتب التعليق.
Apr.28,2022
اللون:أحمر
مقاس:الأب: L
متعاون (13)
s***m
هذا العميل لم يكتب التعليق.
Apr.24,2022
اللون:أحمر
مقاس:الأم: M
متعاون (0)
1 2

العربية
الإمارات العربية المتحدة
د.إ
الشحن مجاني للطلبات الأكثر من 149.00 د.إ
تسجيل الدخول | التسجيل
مركز المساعدة
hibobi
use hibobi, love your baby.
بحث في موقعنا
0
الواصلة حديثا
ملابس الرضّع
ملابس الأطفال الصغار
ملابس الأطفال الكبار
الشخصيات المرخصة
أحذية
إكسسوارات
مستلزمات
الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس
فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة
39.00 د.إ
(السعر شامل قيمة الضريبة المضافة)
(4 التعليقات)
اللون
مقاس
دليل المقاس
الأولاد: 3-4 سنوات
الأولاد: 4-5 سنوات
الأولاد: 6-7 سنوات
البنات: 3-6 شهور
البنات: 6-9 شهور
البنات: 9-12 شهرا
البنات: 12-18 شهرا
البنات: 3-4 سنوات
البنات: 4-5 سنوات
البنات: 6-7 سنوات
البنات: 8-9 سنوات
الأب: M
الأب: L
الأب: XL
الأم: S
الأم: M
الأم: L
الأم: XL
البنات: 2-3 سنوات
الأولاد: 2-3 سنوات
الكمية
1
إضافة إلى عربة التسوق
وصف
المقاس
التوصيل
الموسم: الربيع
مناسبات: اليومي
خط العنق: رقبة مستديرة
سماكة: عادي
تركيب: البوليستر
تصميم: أنيق
المواد: البوليستر
خصائص النسيج: تمتد الجزئي
طول الملابس: طويل
نوع الملابس: عادي
تعليمات العناية: غسل اليد
عدد القطع: قطعة
المكونات الموجودة في القاع: البوليستر
طول الكم: كم طويل
الطبعات / الرسومات: مورد
تعليقات الزبائن (4) متوسط التقييم 5.0
الكل
أحدث التعليقات
مع صورة
f***m
منتج جيد ، أحبه!
Oct.21,2022
اللون:أحمر
مقاس:الأب: L
متعاون (0)
d***m
هذا العميل لم يكتب التعليق.
Apr.28,2022
اللون:أحمر
مقاس:الأب: L
متعاون (13)
s***m
هذا العميل لم يكتب التعليق.
Apr.24,2022
اللون:أحمر
مقاس:الأب: M
متعاون (0)
1
2

العربية | الإمارات العربية المتحدة | د.إ | الشحن مجاني للطلبات الأكثر من 149.00 د.إ | تسجيل الدخول | التسجيل | مركز المساعدة

hibobi use hibobi, love your baby.

بحث في موقعنا

0

الواصلة حديثا | ملابس الرضّع | ملابس الأطفال الصغار | ملابس الأطفال الكبار | الشخصيات المرخصة | أحذية | إكسسوارات | مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

# فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

39.00 د.إ (السعر شامل قيمة الضريبة المضافة)

★★★★★ (4 التعليقات)

اللون

مقاس دليل المقاس

الأولاد: 4-3 سنوات | الأولاد: 5-4 سنوات | الأولاد: 7-6 سنوات | البنات: 6-3 شهور
البنات: 9-6 شهور | البنات: 12-9 شهرا | البنات: 18-12 شهرا | البنات: 4-3 سنوات
البنات: 5-4 سنوات | البنات: 7-6 سنوات | البنات: 9-8 سنوات | الأب: M | الأب: L
الأب: XL | الأم: S | الأم: M | الأم: L | الأم: XL | البنات: 3-2 سنوات
الأولاد: 3-2 سنوات

الكمية

1

إضافة إلى عربة التسو

وصف | المقاس | التوصيل

| | |
|---|---|
| الموسم: | الربيع |
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| سماكة: | عادي |
| تركيب: | البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| خصائص النسيج: | تمتد الجزئي |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| عدد القطع: | قطعة |
| المكونات الموجودة في القاع: | البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (4) متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

f***m ★★★★★
منتج جيد ، أحبه!
Oct.21,2022 اللون:أحمر مقاس:الأب: L
متعاون (0)

d***m ★★★★★
هذا العميل لم يكتب التعليق.
Apr.28,2022 اللون:أحمر مقاس:الأب: L
متعاون (13)

s***m ★★★★★
هذا العميل لم يكتب التعليق.
Apr.24,2022 اللون:أحمر مقاس:الأم: M
متعاون (0)

1 2

# فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

39.00 د.إ (السعر شامل قيمة الضريبة المضافة)

★★★★★ (4 التعليقات)

اللون

مقاس دليل المقاس

الأولاد: 4-3 سنوات | الأولاد: 5-4 سنوات | الأولاد: 7-6 سنوات | البنات: 6-3 شهور
البنات: 9-6 شهور | البنات: 12-9 شهرا | البنات: 18-12 شهرا | البنات: 4-3 سنوات
البنات: 5-4 سنوات | البنات: 7-6 سنوات | البنات: 9-8 سنوات | الأب: M | الأب: L
الأب: XL | الأم: S | الأم: M | الأم: L | الأم: XL | البنات: 3-2 سنوات
الأولاد: 3-2 سنوات

الكمية

− 1 +

إضافة إلى عربة التسو

وصف | المقاس | التوصيل

| | |
|---|---|
| الموسم: | الربيع |
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| سماكة: | عادي |
| تركيب: | البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| خصائص النسيج: | تمتد الجزئي |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| عدد القطع: | قطعة |
| المكونات الموجودة في القاع: | البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (4) متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

f***m ★★★★★
منتج جيد ، أحبه!
Oct.21,2022 اللون:أحمر مقاس:الأب: L
متعاون (0)

d***m ★★★★★
هذا العميل لم يكتب التعليق.
Apr.28,2022 اللون:أحمر مقاس:الأب: L
متعاون (13)

s***m ★★★★★
هذا العميل لم يكتب التعليق.
Apr.24,2022 اللون:أحمر مقاس:الأب: M
متعاون (0)

◄ 1 2 ►

# فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

★★★★★ (4 التعليقات)

د.إ 39.00 (السعر شامل قيمة الضريبة المضافة)

اللون

مقاس دليل المقاس

الأولاد: 3-4 سنوات | الأولاد: 4-5 سنوات | الأولاد: 6-7 سنوات | البنات: 3-6 شهور

البنات: 6-9 شهور | البنات: 9-12 شهرا | البنات: 12-18 شهرا | البنات: 3-4 سنوات

البنات: 4-5 سنوات | البنات: 6-7 سنوات | البنات: 8-9 سنوات | الأب: M | الأب: L

الأب: XL | الأم: S | الأم: M | الأم: L | الأم: XL | البنات: 2-3 سنوات

الأولاد: 2-3 سنوات

الكمية

– 1 +

إضافة إلى عربة التسو

وصف المقاس التوصيل

| | |
|---|---|
| الموسم: | الربيع |
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| سماكة: | عادي |
| تركيب: | البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| خصائص النسيج: | تمتد الجزئي |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| عدد القطع: | قطعة |
| المكونات الموجودة في القاع: | البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (4) متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

f***m ★★★★★
منتج جيد ، أحبه!
Oct.21,2022 اللون:أحمر مقاس:الأب: L
متعاون (0)

d***m ★★★★★
هذا العميل لم يكتب التعليق.
Apr.28,2022 اللون:أحمر مقاس:الأب: L
متعاون (13)

s***m ★★★★★
هذا العميل لم يكتب التعليق.
Apr.24,2022 اللون:أحمر مقاس:الأم: M
متعاون (0)

◄ 1 2 ►

العربية الإمارات العربية المتحدة د.إ الشحن مجاني للطلبيات الأكثر من 149.00 د.إ تسجيل الدخول | التسجيل مركز المساعدة

hibobi use hibobi, love your baby. بحث في موقعنا 0

الواصلة حديثا ملابس الرضّع ملابس الأطفال الصغار ملابس الأطفال الكبار الشخصيات المرخصة أحذية إكسسوارات مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

# فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

39.00 د.إ (السعر شامل قيمة الضريبة المضافة)

★★★★★ (4 التعليقات)

اللون

مقاس دليل المقاس

الأولاد: 3-4 سنوات | الأولاد: 4-5 سنوات | الأولاد: 6-7 سنوات | البنات: 3-6 شهور
البنات: 6-9 شهور | البنات: 9-12 شهرا | البنات: 12-18 شهرا | البنات: 3-4 سنوات
البنات: 4-5 سنوات | البنات: 6-7 سنوات | البنات: 8-9 سنوات | الأب: M | الأب: L
الأب: XL | الأم: S | الأم: M | الأم: L | الأم: XL | البنات: 2-3 سنوات
الأولاد: 2-3 سنوات

الكمية

1

إضافة إلى عربة التسو

وصف المقاس التوصيل

| | |
|---|---|
| الموسم: | الربيع |
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| سماكة: | عادي |
| تركيب: | البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| خصائص النسيج: | تمتد الجزئي |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| عدد القطع: | قطعة |
| المكونات الموجودة في القاع: | البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (4) متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

f***m ★★★★★
منتج جيد ، أحبه!
Oct.21,2022 اللون:أحمر مقاس:الأب: L
متعاون (0)

d***m ★★★★★
هذا العميل لم يكتب التعليق.
Apr.28,2022 اللون:أحمر مقاس:الأب: L
متعاون (13)

s***m ★★★★★
هذا العميل لم يكتب التعليق.
Apr.24,2022 اللون:أحمر مقاس:الأم: M
متعاون (0)

1 2