# EXHIBIT 63B











Case: 1:20-cv-02296 Document #: 53-50 Filed: 11/15/22 Page 7 of 16 PageID #:4364





# EXHIBIT 63D

العربية 🇦🇪 الإمارات العربية المتحدة | د. | الشحن مجاني للطلبيات الأكثر من 149.00 د.إ | مركز المساعدة | تسجيل الدخول | التسجيل

## hibobi
use hibobi, love your baby.

🛒 0 | بحث في موقعنا

مستلزمات | إكسسوارات | أحذية | الشخصيات المرخصة | ملابس الأطفال الكبار | ملابس الأطفال الصغار | ملابس الرضّع | الواصلة حديثا ‹ ›

الصفحة الرئيسية / ملابس متشابهة / ماما وأنا / أطقم الملابس

جمبسوت عائلي بدون اكمام -كل قطعة تضاف على حدى

⭐⭐⭐⭐⭐ (7 التعليقات)

**42.00 د.إ** (السعر شامل قيمة الضريبة المضافة)

اللون

مقاس | دليل المقاس

| البنات: 6-3 شهور | البنات: 9-6 شهور | البنات: 12-9 شهرا | البنات: 18-12 شهرا |
| البنات: 3-2 سنوات | البنات: 4-3 سنوات | البنات: 5-4 سنوات | البنات: 7-6 سنوات | البنات: 9-8 سنوات |
| الأم: S | الأم: M | الأم: L | الأم: XL | البنات: 3-2 سنوات |

الكمية
− 1 +

إضافة إلى عربة التسو

وصف | المقاس | التوصيل

| الطبعات /الرسومات: | صلب |
| مناسبات: | اليومي |
| سماكة: | عادي |
| نمط الأكمام: | عادي |
| تصميم: | يومي |
| تركيب: | البوليستر |
| المواد: | البوليستر |
| الموسم: | الصيف |
| طول الكم: | بلا أكمام |
| طول الملابس: | عادي |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسيل اليد |
| عدد القطع: | قطعة |
| خط العنق: | ياقة بشكل V |

---

تعليقات الزبائن (7) | متوسط التقييم ⭐⭐⭐⭐⭐ 5.0

الكل | أحدث التعليقات | مع صورة

g***m ⭐⭐⭐⭐⭐
Muy lindo me encanto, la tela super buena calidad lo unico es que se arruga muy facil y viene una talla más grande asi que pidan mas pequeña
اللون:أخضر عميق مقاس:الأم: XL
Oct.03,2022
متعاون (0) 👍

r***m ⭐⭐⭐⭐⭐
جميل جدا 😊😊
مقاس:البنات: 9-6 شهور اللون:أخضر عميق
Aug.30,2022
متعاون (0) 👍

r***m ⭐⭐⭐⭐⭐
عجيب انصح فيه
متعاون (0) 👍

hibobi   use hibobi, love your baby.

العربية    🇦🇪 الإمارات العربية المتحدة    د. إ    الشحن مجاني للطلبيات الأكثر من 149.00 د إ    مركز المساعدة    تسجيل الدخول | التسجيل

بحث في موقعنا    0

مستلزمات    إكسسوارات    أحذية    الشخصيات المرخصة    ملابس الأطفال الكبار    ملابس الأطفال الصغار    ملابس الرضّع    الواصلة حديثا

الصفحة الرئيسية / ملابس متشابهة / ماما وأنا / أطقم الملابس

جمبسوت عائلي بدون اكمام -كل قطعة تضاف على حدى

★★★★★ (7 التعليقات)    42.00 د.إ (السعر شامل قيمة الضريبة المضافة)

اللون

مقاس    دليل المقاس

| البنات: 6-3 شهور | البنات: 9-6 شهور | البنات: 9-12 شهرا | البنات: 12-18 شهرا |
| البنات: 3-4 سنوات | البنات: 5-4 سنوات | البنات: 7-6 سنوات | البنات: 8-9 سنوات |
| الأم: S | الأم: M | الأم: L | الأم: XL | البنات: 2-3 سنوات |

الكمية

−  1  +

إضافة إلى عربة التسوق

وصف    المقاس    التوصيل

| الطبعات / الرسومات: | صلب |
| مناسبات: | اليومي |
| سماكة: | عادي |
| نمط الأكمام: | عادي |
| تصميم: | يومي |
| تركيب: | البوليستر |
| المواد: | البوليستر |
| الموسم: | الصيف |
| طول الكم: | بلا أكمام |
| طول الملابس: | عادي |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسيل اليد |
| عدد القطع: | قطعة |
| خط العنق: | ياقة بشكل V |

تعليقات الزبائن (7)    متوسط التقييم    ★★★★★ 5.0

الكل    أحدث التعليقات    مع صورة

g***m ★★★★★

Muy lindo me encanto, la tela super buena calidad lo unico es que se arruga muy facil y viene una talla más grande asi que pidan mas pequeña

اللون:أخضر عميق    مقاس:الأم: XL    Oct.03,2022    👍 متعاون (0)

r***m ★★★★★

جميل جدا 😍😍

اللون:أخضر عميق    مقاس:البنات: 9-6 شهور    Aug.30,2022    👍 متعاون (0)

r***m ★★★★★

عجيب انصح فيه

👍 متعاون (0)

# جمبسوت عائلي بدون اكمام -كل قطعة تضاف على حدى

**42.00 د.إ** (السعر شامل قيمة الضريبة المضافة)

★★★★★ (7 التعليقات)

اللون

مقاس دليل المقاس

البنات: 3-6 شهور | البنات: 6-9 شهور | البنات: 9-12 شهرا | البنات: 12-18 شهرا
البنات: 3-4 سنوات | البنات: 4-5 سنوات | البنات: 6-7 سنوات | البنات: 8-9 سنوات
الأم: S | الأم: M | الأم: L | الأم: XL | البنات: 2-3 سنوات

الكمية

− 1 +

إضافة إلى عربة التسوق

وصف | المقاس | التوصيل

| | |
|---|---|
| الطبعات / الرسومات: | صلب |
| مناسبات: | اليومي |
| سماكة: | عادي |
| نمط الأكمام: | عادي |
| تصميم: | يومي |
| تركيب: | البوليستر |
| المواد: | البوليستر |
| الموسم: | الصيف |
| طول الكم: | بلا أكمام |
| طول الملابس: | عادي |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| عدد القطع: | قطعة |
| خط العنق: | ياقة بشكل V |

## تعليقات الزبائن (7) متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

g***m ★★★★★

Muy lindo me encanto, la tela super buena calidad lo unico es que se arruga muy facil y viene una talla más grande asi que pidan mas pequeña

Oct.03,2022 اللون:أخضر عميق مقاس:الأم: XL

متعاون (0)

r***m ★★★★★

جميل جدا 😍😍

Aug.30,2022 اللون:أخضر عميق مقاس:البنات: 6-9 شهور

متعاون (0)

r***m ★★★★★

عجيب انصح فيه

متعاون (0)

العربية 🇦🇪 الإمارات العربية المتحدة | د.إ الشحن مجاني للطلبيات الأكثر من 149.00 د.إ مركز المساعدة تسجيل الدخول | التسجيل

hibobi  use hibobi, love your baby.  🔍 بحث في موقعنا  0

مستلزمات | إكسسوارات | أحذية | الشخصيات المرخصة | ملابس الأطفال الكبار | ملابس الأطفال الصغار | ملابس الرضّع | الواصلة حديثا

الصفحة الرئيسية / ملابس متشابهة / ماما وأنا / أطقم الملابس

## جمبسوت عائلي بدون اكمام -كل قطعة تضاف على حدى

⭐⭐⭐⭐⭐
(7 التعليقات)

**42.00 د.إ** (السعر شامل قيمة الضريبة المضافة)

اللون

مقاس   دليل المقاس

| | |
|---|---|
| البنات: 6-9 شهور | البنات: 9-12 شهراً | البنات: 12-18 شهراً |
| البنات: 3-4 سنوات | البنات: 4-5 سنوات | البنات: 6-7 سنوات | البنات: 8-9 سنوات |
| الأم: S | الأم: M | الأم: L | الأم: XL | البنات: 2-3 سنوات |

الكمية
- 1 +

إضافة إلى عربة التسو

وصف | المقاس | التوصيل

| | |
|---|---|
| الطبعات /الرسومات: | صلب |
| مناسبات: | اليومي |
| سماكة: | عادي |
| نمط الأكمام: | عادي |
| تصميم: | يومي |
| تركيب: | البوليستر |
| المواد: | البوليستر |
| الموسم: | الصيف |
| طول الكم: | بلا أكمام |
| طول الملابس: | عادي |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسيل اليد |
| عدد القطع: | قطعة |
| خط العنق: | ياقة بشكل V |

## تعليقات الزبائن (7) متوسط التقييم ⭐⭐⭐⭐⭐ 5.0

الكل | أحدث التعليقات | مع صورة

g***m ⭐⭐⭐⭐⭐
Muy lindo me encanto, la tela super buena calidad lo unico es que se arruga muy facil y viene una talla más grande asi que pidan mas pequeña
متعاون (0) 👍
اللون:أخضر عميق   مقاس:الأم: XL   Oct.03,2022

r***m ⭐⭐⭐⭐⭐
جميل جدا 😍😍
متعاون (0) 👍
اللون:أخضر عميق   مقاس:البنات: 6-9 شهور   Aug.30,2022

r***m ⭐⭐⭐⭐⭐
عجيب انصح فيه
متعاون (0) 👍

hibobi use hibobi, love your baby.

بحث في موقعنا ⌕    🛒 0

‹ › | مستلزمات | إكسسوارات | أحذية | الشخصيات المرخصة | ملابس الأطفال الكبار | ملابس الأطفال الصغار | ملابس الرضّع | الواصلة حديثا

الصفحة الرئيسية / ملابس متشابهة / ماما وأنا / أطقم الملابس

جمبسوت عائلي بدون اكمام -كل قطعة تضاف على حدى

★★★★★
(7 التعليقات)

**42.00 د.إ** (السعر شامل قيمة الضريبة المضافة)

اللون

مقاس    دليل المقاس

| البنات: 6-3 شهور | البنات: 9-6 شهور | البنات: 12-9 شهرا | البنات: 18-12 شهرا |
| البنات: 3-4 سنوات | البنات: 5-4 سنوات | البنات: 7-6 سنوات | البنات: 9-8 سنوات |
| الأم: S | الأم: M | الأم: L | الأم: XL | البنات: 3-2 سنوات |

الكمية

− 1 +

إضافة إلى عربة التسو

وصف | المقاس | التوصيل

| الطبعات / الرسومات: | صلب |
| مناسبات: | اليومي |
| سماكة: | عادي |
| نمط الأكمام: | عادي |
| تصميم: | يومي |
| تركيب: | البوليستر |
| المواد: | البوليستر |
| الموسم: | الصيف |
| طول الكم: | بلا أكمام |
| طول الملابس: | عادي |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسيل اليد |
| عدد القطع: | قطعة |
| خط العنق: | ياقة بشكل V |

تعليقات الزبائن (7)    متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

g***m ★★★★★
Muy lindo me encanto, la tela super buena calidad lo unico es que se arruga muy facil y viene una talla más grande asi que pidan mas pequeña
Oct.03,2022    اللون:أخضر عميق    مقاس:الأم: XL
متعاون (0) 👍

r***m ★★★★★
جميل جدا 😍😍
Aug.30,2022    اللون:أخضر عميق    مقاس:البنات: 9-6 شهور
متعاون (0) 👍

r***m ★★★★★
عجيب انصح فيه
متعاون (0) 👍

الشحن مجاني للطلبيات الأكثر من 149.00 د.إ

مركز المساعدة | تسجيل الدخول | التسجيل

hibobi   use hibobi, love your baby.

بحث في موقعنا    0

مستلزمات  |  إكسسوارات  |  أحذية  |  الشخصيات المرخصة  |  ملابس الأطفال الكبار  |  ملابس الأطفال الصغار  |  ملابس الرضّع  |  ملابس حديثا  |  الواصلة حديثا

‹  ›

الصفحة الرئيسية / ملابس متشابهة / ماما وأنا / أطقم الملابس

جمبسوت عائلي بدون اكمام -كل قطعة تضاف على حدى

★★★★★ (7 التعليقات)

**42.00 د.إ**  (السعر شامل قيمة الضريبة المضافة)

اللون



مقاس    دليل المقاس

| البنات: 6-3 شهور | البنات: 9-6 شهور | البنات: 9-12 شهرا | البنات: 12-18 شهرا |
| البنات: 3-4 سنوات | البنات: 4-5 سنوات | البنات: 6-7 سنوات | البنات: 8-9 سنوات |
| الأم: S | الأم: M | الأم: L | الأم: XL | البنات: 2-3 سنوات |

الكمية

−   1   +

إضافة إلى عربة التسو

---

وصف        المقاس        التوصيل

| الطبعات / الرسومات: | صلب |
| مناسبات: | اليومي |
| سماكة: | عادي |
| نمط الأكمام: | عادي |
| تصميم: | يومي |
| تركيب: | البوليستر |
| المواد: | البوليستر |
| الموسم: | الصيف |
| طول الكم: | بلا أكمام |
| طول الملابس: | عادي |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسيل اليد |
| عدد القطع: | قطعة |
| خط العنق: | ياقة بشكل V |

## تعليقات الزبائن (7)    متوسط التقييم ★★★★★ 5.0

الكل        أحدث التعليقات        مع صورة

★★★★★ g***m
Muy lindo me encanto, la tela super buena calidad lo unico es que se arruga muy facil y viene una talla más grande asi que pidan mas pequeña

👍 (0)   متعاون


اللون:أخضر عميق    مقاس:الأم: XL    Oct.03,2022

★★★★★ r***m
جميل جدا 😍😍

👍 (0)   متعاون


اللون:أخضر عميق    مقاس:البنات: 9-6 شهور    Aug.30,2022

★★★★★ r***m
عجيب انصح فيه

👍 (0)   متعاون

الشحن مجاني للطلبيات الأكثر من 149.00 د.إ    الإمارات العربية المتحدة 🇦🇪    العربية

مركز المساعدة    تسجيل الدخول | التسجيل    د.إ

# hibobi
use hibobi, love your baby.

0    بحث في موقعنا

مستلزمات | إكسسوارات | أحذية | الشخصيات المرخصة | ملابس الأطفال الكبار | ملابس الأطفال الصغار | ملابس الرضّع | ملابس حديبا | الواصلة حديبا

الصفحة الرئيسية / ملابس متشابهة / ماما وأنا / أطقم الملابس

## جمبسوت عائلي بدون اكمام -كل قطعة تضاف على حدى

★★★★★ (7 التعليقات)

(السعر شامل قيمة الضريبة المضافة)    **42.00 د.إ**

اللون

مقاس    دليل المقاس

| البنات: 6-3 شهور | البنات: 9-6 شهور | البنات: 12-9 شهرا | البنات: 18-12 شهرا |
| البنات: 3-3 سنوات | البنات: 5-4 سنوات | البنات: 7-6 سنوات | البنات: 9-8 سنوات |
| الأم: M | الأم: L | الأم: XL | البنات: 3-2 سنوات |
| الأم: S |

الكمية

−  1  +

إضافة إلى عربة التسو

وصف    المقاس    التوصيل

| الطبعات / الرسومات: | صلب |
| مناسبات: | اليومي |
| سماكة: | عادي |
| نمط الأكمام: | عادي |
| تصميم: | يومي |
| تركيب: | البوليستر |
| المواد: | البوليستر |
| الموسم: | الصيف |
| طول الكم: | بلا أكمام |
| طول الملابس: | عادي |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسيل اليد |
| عدد القطع: | قطعة |
| خط العنق: | ياقة بشكل V |

## تعليقات الزبائن (7)    5.0 ★★★★★ متوسط التقييم

الكل    أحدث التعليقات    مع صورة

g***m ★★★★★
Muy lindo me encanto, la tela super buena calidad lo unico es que se arruga muy facil y viene una talla más grande asi que pidan mas pequeña    متعاون (0) 👍

اللون:أخضر عميق    مقاس:الأم: XL    Oct.03,2022

r***m ★★★★★
جميل جدا 😍😍    متعاون (0) 👍

اللون:أخضر عميق    مقاس:البنات: 9-6 شهور    Aug.30,2022

r***m ★★★★★
عجيب انصح فيه    متعاون (0) 👍