# EXHIBIT 64B



















# EXHIBIT 64D

العربية

الشحن مجاني للطلبيات الأكثر من 149.00 د.إ

مركز المساعدة | التسجيل | تسجيل الدخول | د.إ

# hibobi    use hibobi, love your baby.

بحث في موقعنا    0

الواصلة حديثا    ملابس الرضّع    ملابس الأطفال الصغار    ملابس الأطفال الكبار    الشخصيات المرخصة    أحذية    إكسسوارات    مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

## فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

★★★★★ (4 التعليقات)

**35.20 د.إ** ~~44.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)

### اللون

### مقاس    دليل المقاس

| | | | |
|---|---|---|---|
| الأولاد: 3-4 سنوات | الأولاد: 4-5 سنوات | الأولاد: 6-7 سنوات | البنات: 3-6 شهور |
| البنات: 5-4 سنوات | البنات: 9-12 شهرا | البنات: 9-6 شهور | البنات: 12-18 شهرا |
| البنات: 6-7 سنوات | البنات: 8-9 سنوات | الأب: M | الأب: L |
| البنات: 3-2 سنوات | الأم: S | الأم: M | الأم: L | الأم: XL |
| | | الأولاد: 2-3 سنوات | |

### الكمية

−  1  +

إضافة إلى عربة التسو

| وصف | المقاس | التوصيل |
|---|---|---|

| | |
|---|---|
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| خصائص النسيج: | غير تمتد |
| تركيب: | قطن،البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول الملابس: | طويل |
| طول فستان الأطفال: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| الموسم: | الخريف |
| المكونات الموجودة في القماع: | قطن،البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (4)    متوسط التقييم ★★★★★ 5.0

| الكل | أحدث التعليقات | مع صورة |
|---|---|---|

| k***m ★★★★★ | beautiful | مقاس:البنات: 7-6 سنوات    اللون:أصفر | Oct.07,2022 | 👍 متعاون (5) |

| k***m ★★★★★ | nice | مقاس:الأب: L    اللون:أصفر | Oct.07,2022 | 👍 متعاون (1) |

| w***m ★★★★★ | هذا العميل لم يكتب التعليق. | مقاس:البنات: 3-6 شهور    اللون:أصفر | Aug.04,2022 | 👍 متعاون (11) |



الشحن مجاني للطلبيات الأكثر من 149.00 د.إ

مركز المساعدة | التسجيل | تسجيل الدخول | د.إ الإمارات العربية المتحدة 🇦🇪 العربية

# hibobi
use hibobi, love your baby.

بحث في موقعنا

0

الواصلة حديثا | ملابس الرضّع | ملابس الأطفال الصغار | ملابس الأطفال الكبار | الشخصيات المرخصة | أحذية | إكسسوارات | مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

★★★★★
(4 التعليقات)

**35.20 د.إ** ~~44.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)

اللون

مقاس    دليل المقاس

| الأولاد: 4-3 سنوات | الأولاد: 5-4 سنوات | الأولاد: 7-6 سنوات | البنات: 3-3 شهور |
| البنات: 5-4 سنوات | البنات: 9-12 شهرا | البنات: 18-12 شهرا | البنات: 9-6 شهور |
| الأب: L | الأب: M | البنات: 9-8 سنوات | البنات: 7-6 سنوات |
| البنات: 3-2 سنوات | الأم: M | الأم: L | الأم: S | الأب: XL | الأم: XL |
| البنات: 3-2 سنوات | | | الأولاد: 3-2 سنوات |

الكمية

−  1  +

إضافة إلى عربة التسوق

| وصف | المقاس | التوصيل |
|---|---|---|

| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| خصائص النسيج: | غير تمدد |
| تركيب: | قطن,البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول الملابس: | طويل |
| طول فستان الأطفال: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| الموسم: | الخريف |
| المكونات الموجودة في القناع: | قطن,البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (4)
متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

k***m ★★★★★
beautiful
اللون:أصفر مقاس:البنات: 7-6 سنوات    Oct.07,2022
متعاون (5) 👍

k***m ★★★★★
nice
اللون:أصفر مقاس:الأم: L    Oct.07,2022
متعاون (1) 👍

w***m ★★★★★
هذا العميل لم يكتب التعليق.
اللون: أصفر مقاس:البنات: 3-6 شهور    Aug.04.2022
متعاون (11) 👍

hibobi use hibobi, love your baby.

بحث في موقعنا    0

الواصلة حديثا | ملابس الرضّع | ملابس الأطفال الصغار | ملابس الأطفال الكبار | الشخصيات المرخصة | أحذية | إكسسوارات | مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

★★★★★ (4 التعليقات)

**35.20 د.إ** ~~44.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)

اللون

مقاس   دليل المقاس

| | | |
|---|---|---|
| البنات: 3-3 شهور | الأولاد: 7-6 سنوات | الأولاد: 3-4 سنوات | الأولاد: 3-4 سنوات |
| البنات: 3-3 سنوات | البنات: 12-9 شهرا | البنات: 9-6 شهر | |
| الأب: M | البنات: 9-8 سنوات | البنات: 7-6 سنوات | البنات: 5-4 سنوات |
| الأولاد: 3-2 سنوات | الأم: XL | الأم: L | الأم: M | الأم: 3 | الأب: L | البنات: 3-2 سنوات |

الكمية

− 1 +

إضافة إلى عربة التسوّق

| وصف | المقاس | التوصيل |
|---|---|---|

| | |
|---|---|
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| خصائص النسيج: | غير تمتد |
| تركيب: | قطن,البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول الملابس: | طويل |
| طول فستان الأطفال: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| الموسم: | الخريف |
| المكونات الموجودة في القماع: | قطن,البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (4)

متوسط التقييم ★★★★★ 5.0

| الكل | أحدث التعليقات | مع صورة |

**k***m** ★★★★★
beautiful
اللون:أصفر مقاس:البنات: 7-6 سنوات   Oct.07,2022
متعاون (5) 👍

**k***m** ★★★★★
nice
اللون:أصفر مقاس:الأم: L   Oct.07,2022
متعاون (1) 👍

**w***m** ★★★★★
هذا العميل لم يكتب التعليق.
اللون:أصفر مقاس:البنات: 3-6 شهور   Aug.04,2022
متعاون (11) 👍

العربية | الإمارات العربية المتحدة | د.إ | الشحن مجانى للطلبيات الأكثر من 149.00 د.إ | تسجيل الدخول | التسجيل | مركز المساعدة

hibobi use hibobi, love your baby.

بحث في موقعنا

0

الواصلة حديثا | ملابس الرضّع | ملابس الأطفال الصغار | ملابس الأطفال الكبار | الشخصيات المرخصة | أحذية | إكسسوارات | مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

# فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

35.20 د.إ ~~44.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)

★★★★★ (4 التعليقات)

اللون

مقاس دليل المقاس

الأولاد: 4-3 سنوات | الأولاد: 5-4 سنوات | الأولاد: 7-6 سنوات | البنات: 6-3 شهور
البنات: 9-6 شهور | البنات: 12-9 شهرا | البنات: 18-12 شهرا | البنات: 4-3 سنوات
البنات: 5-4 سنوات | البنات: 7-6 سنوات | البنات: 9-8 سنوات | الأب: M | الأب: L
الأب: XL | الأم: S | الأم: M | الأم: L | الأم: XL | الأولاد: 3-2 سنوات
البنات: 3-2 سنوات

الكمية

– 1 +

إضافة إلى عربة التسو

وصف | المقاس | التوصيل

| | |
|---|---|
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| خصائص النسيج: | غير تمتد |
| تركيب: | قطن,البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول الملابس: | طويل |
| طول فستان الأطفال: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| الموسم: | الخريف |
| المكونات الموجودة في القاع: | قطن,البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (4) متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

k***m ★★★★★

beautiful

Oct.07,2022 اللون:أصفر مقاس:البنات: 7-6 سنوات

متعاون (5)

k***m ★★★★★

nice

Oct.07,2022 اللون:أصفر مقاس:الأم: L

متعاون (1)

w***m ★★★★★

هذا العميل لم يكتب التعليق.

متعاون (11)

مركز المساعدة | تسجيل الدخول | التسجيل | د. | الإمارات العربية المتحدة 🇦🇪 | العربية

# hibobi
use hibobi, love your baby.

0

بحث في موقعنا

الواصلة حديثا | ملابس الرضّع | ملابس الأطفال الصغار | ملابس الأطفال الكبار | الشخصيات المرخصة | أحذية | إكسسوارات | مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

## فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

★★★★★
(4 التعليقات)

**35.20 د.إ** ~~44.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)

اللون

مقاس | دليل المقاس

| البنات: 3-6 شهور | الأولاد: 6-7 سنوات | الأولاد: 4-5 سنوات | الأولاد: 3-4 سنوات |
| البنات: 3-4 سنوات | البنات: 9-12 شهراً | البنات: 12-18 شهراً |
| الأب: L | الأب: M | البنات: 7-9 سنوات | البنات: 5-4 سنوات |
| الأولاد: 2-3 سنوات | الأم: XL | الأم: L | الأم: M | الأم: S | الأب: XL |
| البنات: 2-3 سنوات |

الكمية

− 1 +

إضافة إلى عربة التسوق

### وصف | المقاس | التوصيل

| مناسبات: | اليومي |
| خط العنق: | رقة مستديرة |
| نمط الأكمام: | عادي |
| خصائص النسيج: | غير تمتد |
| تركيب: | قطن،البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول الملابس: | طويل |
| طول فستان الأطفال: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| الموسم: | الخريف |
| المكونات الموجودة في: | قطن،البوليستر |
| القماش: | |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (4) | متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

k***m ★★★★★
beautiful
اللون:أصفر مقاس:البنات: 7-6 سنوات  Oct.07,2022
متعاون (5) 👍

k***m ★★★★★
nice
اللون:أصفر الأم: L مقاس:  Oct.07,2022
متعاون (1) 👍

w***m ★★★★★
هذا العميل لم يكتب التعليق.
اللون:أصفر Aug.04,2022 مقاس:البنات: 3-6 شهور
متعاون (11) 👍

العربية | الإمارات العربية المتحدة | د.إ | الشحن مجاني للطلبيات الأكثر من 149.00 د.إ | تسجيل الدخول | التسجيل | مركز المساعدة

hibobi use hibobi, love your baby.

بحث في موقعنا 0

الواصلة حديثا | ملابس الرضّع | ملابس الأطفال الصغار | ملابس الأطفال الكبار | الشخصيات المرخصة | أحذية | إكسسوارات | مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

# فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

**35.20 د.إ** ~~44.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)

★★★★★ (4 التعليقات)

اللون

مقاس دليل المقاس

الأولاد: 3-4 سنوات | الأولاد: 4-5 سنوات | الأولاد: 6-7 سنوات | البنات: 3-6 شهور
البنات: 6-9 شهور | البنات: 9-12 شهرا | البنات: 12-18 شهرا | البنات: 3-4 سنوات
البنات: 4-5 سنوات | البنات: 6-7 سنوات | البنات: 8-9 سنوات | الأم: M | الأب: L
الأب: XL | الأم: S | الأم: M | الأم: L | الأم: XL | الأولاد: 2-3 سنوات
البنات: 2-3 سنوات

الكمية

— 1 +

إضافة إلى عربة التسوق

وصف | المقاس | التوصيل

| | |
|---|---|
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| خصائص النسيج: | غير تمتد |
| تركيب: | قطن,البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول الملابس: | طويل |
| طول فستان الأطفال: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| الموسم: | الخريف |
| المكونات الموجودة في القاع: | قطن,البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (4) متوسط التقييم ★★★★★ 5.0

الكل | أحدث التعليقات | مع صورة

k***m ★★★★★

beautiful

Oct.07,2022 اللون:أصفر مقاس:البنات: 6-7 سنوات

متعاون (5)

k***m ★★★★★

nice

Oct.07,2022 اللون:أصفر مقاس:الأم: L

متعاون (1)

w***m ★★★★★

هذا العميل لم يكتب التعليق.

Aug.04,2022 اللون:أصفر مقاس:البنات: 3-6 شهور

متعاون (11)

مركز المساعدة | تسجيل الدخول | التسجيل

د.إ

hibobi    use hibobi, love your baby.

بحث في موقعنا    0

الواصلة حديثا    ملابس الرضّع    ملابس الأطفال الصغار    ملابس الأطفال الكبار    الشخصيات المرخصة    أحذية    إكسسوارات    مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

## فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

⭐⭐⭐⭐⭐
(4 التعليقات)

**35.20 د.إ** ~~د.إ 44.00~~ (السعر شامل قيمة الضريبة المضافة)



اللون



مقاس    دليل المقاس

| | | |
|---|---|---|
| البنات: 3-6 شهور | الأولاد: 4-6 سنوات | الأولاد: 4-3 سنوات |
| البنات: 9-12 شهرا | البنات: 18-12 شهرا | البنات: 3-4 سنوات |
| البنات: 5-4 سنوات | البنات: 7-6 سنوات | الأب: L |
| البنات: 9-8 سنوات | الأم: M | الأب: M |
| الأب: XL | الأم: L | الأم: S | الأولاد: 2-3 سنوات |
| البنات: 2-3 سنوات | الأم: XL | الأم: M | |

الكمية

−    1    +

### إضافة إلى عربة التسو

وصف    المقاس    التوصيل


   



| مناسبات: | اليومي |
|---|---|
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| خصائص النسيج: | غير تمتد |
| تركيب: | قطن,البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول الملابس: | طويل |
| طول فستان الأطفال: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| الموسم: | الخريف |
| المكونات الموجودة في القلاع: | قطن,البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |



## تعليقات الزبائن (4)    متوسط التقييم ⭐⭐⭐⭐⭐ 5.0

الكل    أحدث التعليقات    مع صورة

k***m ⭐⭐⭐⭐⭐
beautiful
متعاون (5) 👍



Oct.07,2022    اللون:أصفر    مقاس:البنات: 7-6 سنوات

k***m ⭐⭐⭐⭐⭐
nice
متعاون (1) 👍

 

Oct.07,2022    اللون:أصفر    مقاس:الأب: L

w***m ⭐⭐⭐⭐⭐
هذا العميل لم يكتب التعليق.
متعاون (11) 👍

 

hibobi    use hibobi, love your baby.

بحث في موقعنا    0

الواصلة حديثا    ملابس الرضّع    ملابس الأطفال الصغار    ملابس الأطفال الكبار    الشخصيات المرخصة    أحذية    إكسسوارات    مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

⭐⭐⭐⭐⭐
(4 التعليقات)

**35.20 د.إ**    ~~44.00~~ (السعر شامل قيمة الضريبة المضافة)

اللون


مقاس    دليل المقاس

| | | |
|---|---|---|
| البنات: 3-6 شهور | الأولاد: 4-6 سنوات | الأولاد: 4-3 سنوات |
| البنات: 6-9 شهرا | البنات: 12-18 شهرا | البنات: 3-3 سنوات |
| الأب: L | البنات: 8-9 سنوات | البنات: 5-4 سنوات |
| الأب: M | الأم: XL | البنات: 7-6 سنوات |
| الأولاد: 2-3 سنوات | الأم: L | الأم: M | الأم: S | الأب: XL |
| البنات: 2-3 سنوات | | |

الكمية
−  1  +

إضافة إلى عربة التسوّق

| وصف | المقاس | التوصيل |
|---|---|---|

| | |
|---|---|
| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| خصائص النسيج: | غير تمتد |
| تركيب: | قطن،البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول الملابس: | طويل |
| طول فستان الأطفال: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| الموسم: | الخريف |
| المكونات الموجودة في القماع: | قطن،البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |



   



تعليقات الزبائن (4)    متوسط التقييم ⭐⭐⭐⭐⭐ 5.0

| الكل | أحدث التعليقات | مع صورة |
|---|---|---|



متعاون (5) 👍    beautiful    k***m ⭐⭐⭐⭐⭐

Oct.07,2022    اللون:أصفر  مقاس:البنات: 7-6 سنوات

متعاون (1) 👍    nice    k***m ⭐⭐⭐⭐⭐

Oct.07,2022    اللون:أصفر  مقاس:الأم: L

متعاون (11) 👍    هذا العميل لم يكتب التعليق.    w***m ⭐⭐⭐⭐⭐

Sep.04,2022    اللون:أصفر  مقاس:البنات: 3-6 شهور

# hibobi

use hibobi, love your baby.

الواصلة حديثا | ملابس الرضّع | ملابس الأطفال الصغار | ملابس الأطفال الكبار | الشخصيات المرخصة | أحذية | إكسسوارات | مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

⭐⭐⭐⭐⭐ (4 التعليقات)

**35.20 د.إ** ~~44.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)

اللون

مقاس   دليل المقاس

| البنات: 3-6 شهور | الأولاد: 6-7 سنوات | الأولاد: 4-5 سنوات | الأولاد: 3-4 سنوات |
| البنات: 9-12 شهرا | البنات: 12-18 شهرا | البنات: 9-6 شهرا | البنات: 5-4 سنوات |
| الأب: L | الأب: M | البنات: 7-8 سنوات | البنات: 4-5 سنوات |
| الأولاد: 2-3 سنوات | الأم: XL | الأم: L | الأم: M | الأم: S | الأب: XL | الأب: L |
| البنات: 2-3 سنوات |

الكمية
−  1  +

إضافة إلى عربة التسوق

وصف | المقاس | التوصيل

| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| خصائص النسيج: | غير تمتد |
| تركيب: | قطن،البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول الملابس: | طويل |
| طول فستان الأطفال: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| الموسم: | الخريف |
| المكونات الموجودة في القماع: | قطن،البوليستر |
| طول الكم: | كم طويل |
| الطبعات / الرسومات: | مورد |

## تعليقات الزبائن (4) متوسط التقييم ⭐⭐⭐⭐⭐ 5.0

الكل | أحدث التعليقات | مع صورة

k***m ⭐⭐⭐⭐⭐
beautiful
مقاس:البنات: 7-6 سنوات    اللون:أصفر    Oct.07,2022
متعاون (5) 👍

k***m ⭐⭐⭐⭐⭐
nice
مقاس:الأب: L    اللون:أصفر    Oct.07,2022
متعاون (1) 👍

w***m ⭐⭐⭐⭐⭐
هذا العميل لم يكتب التعليق.
مقاس:البنات: 3-6 شهور    اللون:أصفر    Apr.04,2022
متعاون (11) 👍

الإمارات العربية المتحدة 🇦🇪 العربية

مركز المساعدة | التسجيل | تسجيل الدخول

الشحن مجاني للطلبيات الأكثر من 149.00 د.إ

د.

hibobi  use hibobi, love your baby.

بحث في موقعنا      0

الواصلة حديثا   ملابس الرضّع   ملابس الأطفال الصغار   ملابس الأطفال الكبار   الشخصيات المرخصة   أحذية   إكسسوارات   مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

فستان بأكمام طويلة وطبعة زهور متناسق مع العائلة

★★★★★
(4 التعليقات)

35.20 د.إ  ~~44.00 د.إ~~ (السعر شامل قيمة الضريبة المضافة)

اللون

المقاس    دليل المقاس

| البنات: 3-6 شهور | الأولاد: 6-7 سنوات | الأولاد: 4-5 سنوات | الأولاد: 3-4 سنوات |
| البنات: 9-12 شهرا | البنات: 18-12 شهرا | البنات: 9-6 شهور | |
| الأب: L | الأب: M | البنات: 8-9 سنوات | البنات: 7-6 سنوات | البنات: 5-4 سنوات |
| الأولاد: 2-3 سنوات | الأم: XL | الأم: L | الأم: M | الأم: M | الأب: XL | الأب: L |
| | | | البنات: 2-3 سنوات |

الكمية
−  1  +

إضافة إلى عربة التسو

| | التوصيل | المقاس | وصف |

| مناسبات: | اليومي |
| خط العنق: | رقبة مستديرة |
| نمط الأكمام: | عادي |
| خصائص النسيج: | غير تمتد |
| تركيب: | قطن،البوليستر |
| تصميم: | أنيق |
| المواد: | البوليستر |
| طول الملابس: | طويل |
| طول فستان الأطفال: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| الموسم: | الخريف |
| المكونات الموجودة في القماش: | قطن،البوليستر |
| الطول: | كم طويل |
| طول الكم: | طويل |
| الطبعات / الرسومات: | مورد |

تعليقات الزبائن (4)   متوسط التقييم ★★★★★  5.0

| الكل | أحدث التعليقات | مع صورة |

k***m
★★★★★
beautiful                           متعاون (5) 👍
اللون:أصفر  مقاس:البنات: 7-6 سنوات   Oct.07,2022

k***m
★★★★★
nice                                متعاون (1) 👍
اللون:أصفر  مقاس:الأب: L   Oct.07,2022

w***m
★★★★★
هذا العميل لم يكتب التعليق.         متعاون (11) 👍