# EXHIBIT 65B





# EXHIBIT 65C

| | |
|---|---|
| Document title: | Mosaic Leaves Print Family Matching Stitching Sets Only $7.99 Patpat US |
| Capture URL: | https://us.patpat.com/product/Mosaic-Leaves-Print-Family-Matching-Stitching-Sets-472308.html |
| Page loaded at (UTC): | Fri, 18 Feb 2022 06:25:58 GMT |
| Capture timestamp (UTC): | Fri, 18 Feb 2022 06:34:15 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | abf21702-472d-4510-8379-a8c47392bf80 |
| User: | pp-zchen |

PDF REFERENCE #:        aPABvPggnkKiqC4uQR7Tv3



# EXHIBIT 65D

Case: 1:22-cv-02259 Document #: 59-17 Filed: 11/03/22 Page 2 of 7 PageID #:2601

First Order: **$7 OFF over $77 & $17 OFF over $177**









Select Language

HOME (/) / WHOLESALE MATCHING OUTFITS FOR 2022 (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS) /
FAMILY MATCHING FLORAL PRINT SLEEVELESS DRESSES AND T-SHIRTS SETS WHOLESALE (/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-SLEEVELESS-DRESSES-AND-T-SHIRTS-SETS-216898)





(/PRODUCTS/FA
MATCHING-FLO
PRINT-SLEEVEL
DRESSES-AND
SETS-216







# Family Matching Floral Print Sleeveless Dresses and T-shirts Sets Wholesale

SKU:    1181944

## $7.05

Shipping (/policies/shipping-policy) calculated at checkout.

Color    Dark Blue/White

Size

| Baby:3-6M | Baby:6-9M | Baby:9-12M | Baby:12-18M | Baby:18-24M | Boy: 2-3Y | Boy: 3-4Y | Boy: 4-5Y | Boy: 6-7Y | Boy: 8-9Y | Girl: 2-3Y | Girl: 4Y |

Rewards


Wishlist    Cart    Search    Shop
        (/cart)    (/collections/all)

🔒 **Page Vault**

| | |
|---|---|
| Document title: | Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi |
| Capture URL: | https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-216898.html?spm=1001.2002.337-pc.0-17 |
| Page loaded at (UTC): | Thu, 20 Jan 2022 03:23:25 GMT |
| Capture timestamp (UTC): | Thu, 20 Jan 2022 03:24:01 GMT |
| Capture tool: | v7.13.2 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | 52cbfb07-fea4-42ff-81ec-40b80d460599 |
| User: | pp-zchen |

PDF REFERENCE #:     fhBR8K52Gu3wbJPVEpLGRD



Document title: Family Matching Floral Print Sleeveless Dresses and T-shirts Sets - hibobi
Capture URL: https://www.hibobi.com/detail/Family-Matching-Floral-Print-Sleeveless-Dresses-and-T-shirts-Sets-216898.html?spm=1001.2002.337-pc.0-17
Capture timestamp (UTC): Thu, 20 Jan 2022 03:24:01 GMT

First Order: $7 OFF over $77 & $17 OFF over $177 SHOP NOW (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)

First Order Code: Newcomer7/Newcomer17

(/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-SLEEVELESS-DRESSES-AND-T-SHIRTS-SETS-216898)

# Family Matching Floral Print Sleeveless Dresses and T-shirts Sets Wholesale

SKU: 1181944

$7.05

Shipping (/policies/shipping-policy) calculated at checkout.

**Color** Dark Blue/White

**Size**
Baby:3-6M Baby:6-9M Baby:9-12M Baby:12-18M Baby:18-24M Boy: 2-3Y Boy: 3-4Y Boy: 4-5Y Boy: 6-7Y Boy: 8-9Y Girl: 2-3Y Girl: 3-4Y Girl: 4-5Y Girl: 6-7Y Girl: 8-9Y Dad: M Dad: L Dad: XL Dad: XXL Mom: S Mom: M Mom: L Mom: XL

– 1 + ADD TO CART

BUY IT NOW

COLLECTIONS: 11/04/2021 (/collections/11-04-2021), 2022/06/29 (/collections/2022-06-29), 5-7.99 (/collections/5-7-99), Baby Summer Clothes (/collections/baby-summer-clothes), Best deal trends wholesale clothing (/collections/best-deal-trends-wholesale-clothing), Dress (/collections/dress), MATCHING OUTFITS NEW IN (/collections/matching-outfits-new-in), MATCHING OUTFITS VIEW ALL (/collections/matching-outfits-view-all), mothers day outfits for mom and baby (/collections/mothers-day-outfits-for-mom-and-baby), NEW ARRIVALS (/collections/new-arrivals), Recommended products (Seguno) (/collections/recommended-products-seguno), Wholesale Family Matching Outfits (/collections/family-matching-outfits), Wholesale Floral Clothing (/collections/wholesale-floral-clothing), Wholesale Matching Outfits for 2022 (/collections/wholesale-matching-outfits), Wholesale Trendy Matching Outfits Clothes (/collections/wholesale-trendy-matching-outfits-clothes)

TAGS: 1 Pieces (/collections/all/1-pieces), 216898 (/collections/all/216898), 5-7.99 (/collections/all/5-7-99), Baby:12-18M (/collections/all/baby-12-18m), Baby:18-24M (/collections/all/baby-18-24m), Baby:3-6M (/collections/all/baby-3-6m), Baby:6-9M (/collections/all/baby-6-9m), Baby:9-12M (/collections/all/baby-9-12m), Boy: 2-3Y (/collections/all/boy-2-3y), Boy: 3-4Y (/collections/all/boy-3-4y), Boy: 4-5Y (/collections/all/boy-4-5y), Boy: 6-7Y (/collections/all/boy-6-7y), Boy: 8-9Y (/collections/all/boy-8-9y), cate-Matching outfits (/collections/all/cate-matching-outfits), cate-Suit (/collections/all/cate-suit), cate-Whole Family (/collections/all/cate-whole-family), Cotton (/collections/all/cotton), Dad: L (/collections/all/dad-l), Dad: M (/collections/all/dad-m), Dad: XL (/collections/all/dad-xl), Dad: XXL (/collections/all/dad-xxl), Daily (/collections/all/daily), Dark Blue/white (/collections/all/dark-blue-white), Girl: 2-3Y (/collections/all/girl-2-3y), Girl: 3-4Y (/collections/all/girl-3-4y), Girl: 4-5Y (/collections/all/girl-4-5y), Girl: 6-7Y (/collections/all/girl-6-7y), Girl: 8-9Y (/collections/all/girl-8-9y), Matching outfits (/collections/all/matching-outfits), Matching outfits Whole Family (/collections/all/matching-outfits-whole-family), Matching outfits Whole Family Suit (/collections/all/matching-outfits-whole-family-suit), Mom: L (/collections/all/mom-l), Mom: M (/collections/all/mom-m), Mom: S (/collections/all/mom-s), Mom: XL (/collections/all/mom-xl), Regular (/collections/all/regular), Short (/collections/all/short), Summer (/collections/all/summer), wholesale220629-6 (/collections/all/wholesale220629-6)

PAYMENT METHODS:

SHARE ON
(//PINTEREST.COM/PIN/CREATE/BUTTON/?URL=HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/PRODUCTS/FAMILY-MATCHING-FLORAL-PRINT-SLEEVELESS-DRESSES-AND-T-SHIRTS-SETS-216898 ... V=1656555680&DESCRIPTION=FAMILY%20MATCHING%20FLORAL%20PRINT%20SLEEVELESS%20DRESSES%20AND%20T-SHIRTS%20SETS%20WHOLESALE)

## Customer Reviews

☆☆☆☆☆ No reviews yet

Write a review

Description Return & exchange

## People who bought this product also bought

Causal Letter Pattern Print Family... (/products/causal-letter-pattern-print-family-matching-tees-230099?pr_prod_strat=use_description&pr_rec_id=9f882c473...)
$6.44
Size Mom: M
Color Multicolor
– 1 +

Family Matching Floral Print Sleeveless... (/products/family-matching-floral-print-sleeveless-dress-and-t-shirt-229847?pr_prod_strat=use_...)
$6.82
Size Dad: XXL
Color Multicolor
– 1 +

Sweet Love Bear Pattern Print... (/products/sweet-love-bear-pattern-print-family-matching-tees-228746?pr_prod_strat=use_...)
$5.39
Color Blue
Size Baby:6-9M
– 1 +

Family Matching Floral Print Sleeveless... (/products/family-matching-floral-print-sleeveless-dress-and-t-shirt-227244?...c473&pr_rec_pid=7219363020975&pr_ref_pid=7300603838639&pr_seq=uniform)
$9.77
Color Black
Size Mom: S
– 1 +

**Total: $28.42**

ADD SELECTED TO CART

## You may also like these products

Wholesale Baby Clothes
Babiesclotheswholesale offers wholesale baby clothes online. If you are searching for wholesale children's clothing, wholesale baby clothing vendors, you can check babiesclotheswholesale. We have over 4000 styles and you can find what you like.
Wholesale Childrens clothing
Babiesclotheswholesale also offers urban children's clothing wholesale. Our price is very competitive wholesale price. If you want to find a cheap wholesale clothing supplier, you must check our website.
Wholesale Baby Boy Clothes
You can find the most trendy kids wholesale clothing here, no matter what style you need. You can find cute onesies, sweet baby girl dresses, cool boys sets and fashion girls sets here.
Kids Clothing Vendors
If you are looking for b2b wholesale suppliers, Babiesclotheswholesale is your best choice as our size range runs from newborn to 14-year. No matter you are looking for wholesale boys clothing,wholesale girls clothes, wholesale baby clothes or wholesale toddler clothing. What's more. all stock is affordable children's boutique clothing.
Children's Boutique Wholesale
If you are a boutique owner, you can use Babiesclotheswholesale's dropshipping service. You don' t need to keep stock and your customer will receive packages from Babiesclotheswholesale without knowing our company.
Online Wholesale Clothing
As an online wholesaler, we offer cheap wholesale clothing and our quality is high at the same time. You can rest assured that you can get the hot sale items from us.
wholesale girls clothes
Babiesclotheswholesale has cute wholesale girl dress, onesies, sets and kids accessories wholesale. We hope all girls will be happy when they wear our clothing.
Wholesale Baby Clothes Online
Babiesclotheswholesale offes baby rompers, sets, dresses, and other accessories. What's more, there are many baby gears. Such as feeding supplies, activity supplies and bed products.

Copyright © 2022 Babiesclotheswholesale Powered by Babiesclotheswholesale

Select Language

-->

(https://frs.echatsoft.com/visitor/pc/chat.html?companyId=529408&encryptVID=h%2FK4afhlOwE%3D&chatVisitorId=4187572&echatTag=shopify&lan=en&enterUrl=https%3A%2F%2Fwww.babiesclotheswholesale.com%2Fcollections%2Fwholesale-matching-outfits%2Fproducts%2Ffamily-matching-floral-print-sleeveless-dresses-and-t-shirts-sets-216898&enterTitle=Family%20Matching%20Floral%20Print%20Sleeveless%20Dresses%20and%20T-shirts%20Sets%20Wholesale-Matching%20outfits%20Whole%20Family%20Suit%20-babiesclotheswholesale%20%E2%80%93%20Babiesclotheswholesale&firstUrl=https%3A%2F%2Fwww.babiesclotheswholesale.com%2F&firstTitle=Babiesclotheswholesale&referrer=https%3A%2F%2Fwww.babiesclotheswholesale.com%2F&fromHost=https%3A%2F%2Fwww.babiesclotheswholesale.com&dataHost=https%3A%2F%2Ffr.echatsoft.com)

Rewards (www.echatsoft.com)