# EXHIBIT 66B

# EXHIBIT 66D

































العربية | الإمارات العربية المتحدة د.إ

مركز المساعدة | تسجيل الدخول | التسجيل | الشحن مجاني للطلبيات الأكثر من 149.00 د.إ

# hibobi — use hibobi, love your baby.

0 | بحث في موقعنا

الواصلة حديثا | ملابس الرضّع | ملابس الأطفال الصغار | ملابس الأطفال الكبار | الشخصيات المرخصة | أحذية | إكسسوارات | مستلزمات

الصفحة الرئيسية / ملابس متشابهة / ملابس متشابهة عائلية / أطقم الملابس

## ملابس عائلية منقوشة بياقة قميص فستان وقميص ورومبير

★★★★★ (6 التعليقات)

**51.85 د.إ**  ~~61.00 د.إ~~  (السعر شامل قيمة الضريبة المضافة)

**اللون**

**مقاس** — دليل المقاس

- الرضّع: 3-6 شهور
- الرضّع: 6-9 شهور
- الرضّع: 9-12 شهرا
- الرضّع: 12-18 شهرا
- الأولاد: 3-4 سنوات
- الأولاد: 4-5 سنوات
- الأولاد: 6-7 سنوات
- البنات: 3-4 سنوات
- البنات: 4-5 سنوات
- البنات: 6-7 سنوات
- البنات: 8-9 سنوات
- الأب: M
- الأب: L
- الأم: XL
- الأم: L
- الأم: M
- الأم: S
- الأب: XL
- الأولاد: 2-3 سنوات
- البنات: 2-3 سنوات

**الكمية**: − 1 +

إضافة إلى عربة التسو

| وصف | المقاس | التوصيل |

| الطبعات / الرسومات: | منقوش |
| مناسبات: | اليومي |
| سماكة: | عادي |
| نمط الأكمام: | عادي |
| خصائص النسيج: | غير تمدد |
| تصميم: | يومي |
| تركيب: | البوليستر |
| خط العنق: | طوق القميص |
| المواد: | البوليستر |
| طول فستان الأطفال: | طول في الركبة |
| طول الملابس: | طويل |
| نوع الملابس: | عادي |
| تعليمات العناية: | غسل اليد |
| عدد القطع: | قطعة |
| الموسم: | الخريف |
| المكونات الموجودة في القاع: | البوليستر |
| طول الكم: | كم طويل |

   

---

**تعليقات الزبائن (6)** متوسط التقييم ★★★★★ 5.0



h***m ★★★★★
جمييل وجودة حلوووة اشتريت طقم لولدي وبناتي ما ندمت ابدا ابدا 😍😍

متعاون (18) 👍



اللون: أخضر     مقاس: الرضّع: 6-9 شهور     Sep.29,2022

---

h***m ★★★★★
جمييل وجودة حلوووة اشتريت طقم لولدي وبناتي ما ندمت ابدا ابدا 😍😍😍

متعاون (0) 👍

