# EXHIBIT 100

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,989,570**

INTERFOCUS INC (DELAWARE CORPORATION)
440 N. WOLFE RD, SUITE W013
SUNNYVALE, CA 94085

**Registered June 28, 2016**

**Int. Cl.: 35**

FOR: ON-LINE RETAIL STORE SERVICES FEATURING A WIDE VARIETY OF CONSUMER
GOODS OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**

FIRST USE 12-3-2015; IN COMMERCE 12-3-2015.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF THE STYLIZED WORD "PATPAT" IN BLACK COLOR; AN OR-
ANGE CIRCLE LOOKS LIKE QUOTE ICON AND REPRESENTING "P" LETTER FOR
"PATPAT". THE ICON ALSO LOOKS LIKE A BIRD WITH A TINY BEAK THAT SYMBOLIZE
FUN AND CREATIVE.

THE COLOR(S) ORANGE AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SN 86-511,901, FILED 1-23-2015.

HEATHER SAPP, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# PATPAT

**Reg. No. 4,989,569**
**Registered June 28, 2016**

INTERFOCUS INC (DELAWARE CORPORATION)
440 N. WOLFE RD, SUITE W013
SUNNYVALE, CA 94085

**Int. Cl.: 35**

FOR: ON-LINE RETAIL STORE SERVICES FEATURING A WIDE VARIETY OF CONSUMER
GOODS OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**

FIRST USE 12-3-2015; IN COMMERCE 12-3-2015.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 86-511,896, FILED 1-23-2015.

HEATHER SAPP, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,559,059**

**Registered Nov. 16, 2021**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

SHENZHEN YINGFUSI TECHNOLOGY CO., LTD. (CHINA LIMITED COMPANY )
401, FLOOR 4, BLOCK B, YUANZHENG
CHUANGYE, BUILDING,NO.19 LANGSHAN ROAD,
SHENZHEN, GUANGDONG, CHINA 518057

CLASS 35: On-line retail store services featuring a wide variety of consumer goods of others; On-line retail store services featuring a wide variety of consumer goods of others, namely, clothing, shoes, hats, scarves, bags, sunglasses, goggles, jewelries and accessories, arts, crafts, toys, pet care products, personal care products, baby care products, nursing mom care products, maternity care products, beauty and cosmetic products, home, kitchen, bath, patio, and garden products, home and garden decorative products, recreational and outdoor products, sports equipment, home and garden furniture; On-line retail store services featuring a wide variety of consumer goods of others, namely, clothing, hats, shoes, masks, jewelries and accessories for men, women, kids, toddlers, babies, teens, adults, pregnant women, nursing moms, mom and child, dad and child, parents and children, and siblings; On-line retail store services featuring a wide variety of goods of others, namely, tops, blouses, shirts, t-shirts, dresses, skirts, pants, jeans, leggings, masks socks, jackets, hoodies, coats, cloaks, jackets, jumpsuits, underwear, briefs, pajamas and intimates, jumpsuits, activewears, sweatshirts, sweaters, cardigans, lounge wear, outerwear, swimwear, scarves, costumes, bags, jewelries and accessories; On-line retail store services featuring a wide variety of goods of others, namely, maternity clothing and accessories, maternity tops, maternity underwear, maternity pants, maternity dresses, maternity sweatshirts and sweaters, maternity jumpsuits and rompers, maternity pajamas and loungewear, maternity swimwear, nursing tees, nursing bras, nursing dresses, nursing hoodies, diaper bags, maternity corset belly bands support, nursing T-shirts, nursing tanks, waist slimming tummy control briefs, nursing cover for nursing in public; On-line retail store services featuring a wide variety of baby products of others, namely, baby shower caps, baby swaddles, baby pacifiers, baby shower caps, baby blankets, baby toys, diaper bags, baby photography props, baby bibs, baby thermometers, baby bottles, baby pacifiers, baby sleeping bags, baby security blankets, baby cloth diapers, baby cots, baby cot bed hanging storage bags, baby play pins, crib hanging storage bags, baby beddings, baby



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



furniture, baby swaddle baskets, baby changing pads, baby souvenirs, baby tooth souvenir cases, baby table corner protectors, baby furniture edge protectors, baby/toddler crawling socks, baby picture frames, baby sleep pillows, baby crawling blankets, baby water pads, baby shower caps, baby shower cups, baby shampoo cups, baby swimwear, baby beachwear, baby bath toys, prenatal care and antenatal care products, nursing products, baby bath toy storage bags, height measure wall stickers, removable blackboard wall stickers, baby footprint kits; On-line retail store services featuring a wide variety of children's clothing and accessory products of others, namely, shirts, t-shirts, pants, dresses, skirts, underwear, sweaters, shorts, jackets, jumpsuits, pajamas, coats, underpants, socks, leggings, pantyhose, kneecaps, tights, shoes, boots, sandals, scarves, masks, mittens, hats, face masks, costumes, hair accessories, sun glasses, goggles, bags, jewelries and accessories, mosquito nets for beds, mosquito nets for strollers; On-line retail store services featuring a wide variety of kitchen products of others, namely, vegetable cutters, cookie cutters, cookie stamps, potato, cucumber, carrot and fruit peelers and slicers, aprons, stove protective covers and cases, funnels, edge funnels, ice cream molds, kitchen sink strainers, garbage bag racks, child safety locks, egg separators, kitchen baking tools and accessories, silicon or sponge dish washing kitchen scrubbers, hanging storage bags, placemats, storage containers, storage hooks, storage baskets, reusable fresh-keep sealing covers and containers, tableware, cutlery knives, fork, spoon, oven mitts, hot pot towels, spatulas, kitchen cleaning brushes, cake slicers, cocktail muddlers, citrus zesters, cheese graters, salad bowls, cake molds, avocado slicers, fruit slicers, vegetable slicers, fruit cutters, vegetable cutters, kitchen utensils, spatula, funnels, citrus squeezers, rolling pins, pots, pans, cutting boards, kitchen knives, food containers, cups, kitchen sink organizers, kitchen organizers, kitchen storage baskets, champagne corks, utensil storage racks, chopstick storage racks, food storage boxes and containers, measuring spoons, reusable ice cubes, and wall oil splash proof baffle; On-line retail store services featuring a wide variety of pet goods of others, namely, pet feeding bowls, pet water bottles, pet water containers, pet training whistles, dog whistles, pet tags, pet toothbrushes, pet finger silicone tooth brushes, pet toys, pet training urine pads, pet life jackets, pet swimming suits, pet clothing, pet dresses, pet jeans, pet shirts, pet skirts, pet sweaters, pet hoodies, pet coats, pet head bands, pet hats, pet T-shirts, pet raincoats, pet bow ties, pet shoes, pet socks, pet gloves, pet scarfs, pet leg warmers, pet sportswear, pet leashes, pet traction ropes, pet hats, pet boots, pet bibs, pet surgical gowns for sterilization, pet mouth covers, pet chew toys, pet necklaces, pet beds, pet craters, pet electric nail polishers, pet water bottles, fish tank filters, pet grooming products, pet Infrared thermometers, pet carriers, pet collars, pet LED luminous collar circles, pet hair removers, pet mouth pieces, pet sunglasses, pet bath gloves, pet food containers, pet boots, cat laser toys, pet nail clippers, pet biting toys, pet backpacks, pet mouth meshes, pet Elizabeth circles, pet diapers, pet massage gloves, pet scrubber shampoo dispensers, pet furniture, pet sniffing pads, pet slings, pet travel backpacks, pet carriers, electrostatic hair removal brushes, pet combs, pet lint rollers, pet changing mats; On-line retail store services featuring a wide variety of home goods of others, namely, storage boxes, storage hangers, storage baskets, storage organizers, table corner protectors, ultrasonic pest resellers, wall papers, wall stickers, wall decorations, home decorations, bedding sets, Laundry bucket, cloth organizers, shower curtain, furniture corner protectors, furniture edge protectors, laundry baskets, laundry hampers, towel racks, outdoor picnic mats, towels, alarm clocks, holiday decorations, steam irons

FIRST USE 12-1-2014; IN COMMERCE 12-1-2014

The mark consists of the stylized word "PATPAT", a circle that looks like a quote icon representing the letter "P" for "PATPAT". The icon also looks like a bird with a tiny beak that symbolizes fun and creativity.

SER. NO. 90-275,115, FILED 10-23-2020

---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.