# EXHIBIT 101

(https://www.facebook.com/babiesclotheswholesale/)  (https://www.pinterest.com/babiesclotheswholesale_created/)  (https://www.instagram.com/babiesclotheswholesale_/)  (https://www.youtube.com/channel/UC9PMSxBzV_4uML6JiN4Ovmg)



NEW (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/NEW-ARRIVALS)    HOLIDAY (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)    BABY (/COLLECTIONS/WHOLESALE-BABY-CLOTHING)    GIRLS (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHING)

BOYS (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING)    SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES)    MATCHING OUTFITS (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)    CUSTOMER (/COLLECTIONS/CUSTOM-CLOTHING)

HOME //  ABOUT US (/PAGES/ABOUT-US)

# About Us

## How BCW Begin?

BabiesClothesWholesale was born in 2015. It used to be a factory where several certain styles were clothing. We took ourselves as only manufacturers. The difference happened when a customer who ordered from us asked us why we didn't sell other styles of baby clothing, from newborn to kids, so he didn't need to find other suppliers to get more styles. At that time, our team decided to help our customers collect all hot sale baby and kids clothes. We explore our products from only baby rompers to baby gear and kids clothing. Now we almost cover all relative categories about baby and kids clothing. In 2019, because Covid-19 affected the whole world, many customers couldn't come to our warehouse or placed order physically. We open an online website so that customers overseas can still order from us.
BCW now has more than 100,000 customers. We ship to America, United Kingdom, Canada, Mexico, Australia, Europe countries, Asian countries and so on. Thank you for your support. It is our honor that we can see our clothing sold on Montenegro,  Ethiopia and many places in the world.
Our goal is to help small business owners in the baby clothing industry boost their sales by offering good products, good prices, good service.




## What You Can Find Here?

BCW covers categories from baby wear, baby suppliers, baby gear, toddler clothes, kids clothes, kids accessories and shoes. Not only baby and kids, BCW also cares about mothers. Family matching outfits and maternity clothing. We hope we can offer you all items you might need when you sell to your customers.
BCW has more than **4,000** items and **60,000** skus, you can always find the best sellers in the market. You can find original designs here which makes you stand out from your competitors.






BABY CLOTHING          GIRLS CLOTHING          BOYS CLOTHING          MATERNITY




SHOP BY HOLIDAY          ACCESSORIES          KIDS SHOES          FAMILY LOOK

## Special Service

### Dropshipping

Dropshipping means we ship clothing directly to your customers. In this case, you do not need to keep inventory yourself and you can pay to us after you receive your customers' payment. We will NOT put any invoice or our website info on the package. So your customer will not know our website. For dropshipping, you can get wholesale price even you just buy one item.

### Custom Packing

We all know brand image is very important for you long-term business. If you have your own brand and you want to make a deep impression on our customers, we highly recommend you use custom packing, including custom labels, custom tags, custom packages.

### Custom Printed Clothing

Few months before, we received many request that they want to print their own design on clothing as birthday gifts. Custom printed clothing was came out at that time. For business use, you can print your logo, your unique design on clothing. If you use for retail, you can print photos, wishes on clothing as gifts to keep sweet memory and show love.






Tag          Label          Bag          Clothes

## Why You Choose BCW?

BCW aims to offer every customer competitive prices, good quality products and helpful customer service.

### Competitive Price

You can get all items at cheap wholesale prices. If you are just starting your business and do not have a big budget, you can check our website. All items are at wholesale price but there is no MOQ, which means you can buy in small orders, which is very friendly for beginners. If you are a boutique owner and are very familiar with wholesale, you can use our bulk order discount, which means you can get a much lower price than others.







Wholesale Price          No MOQ          High Quality          Secured Payment

### Good Quality Products

As businessmen, we all know that good quality is the most important thing for a business. This is the only way you keep customers. A cheap price may be a factor when you choose a baby clothes wholesale supplier, but the main reason is always good products. Good quality can save you from time-consuming aftersale service and win more trust and support. Trendy style and good quality help us win more than 100,000 customers' likes. In BCW, you can find the latest trendy baby clothes and get them earlier than your competitors. Especially for holiday season, you can start to prepare your stock 2-3 months in advance.



**HIGH QUALITY FABRIC**

Strict selection of top cotton



### Timely Customer Service

Our customer service team is 24/7 standby. You can contact us via email: service@babiesclotheswholesale.com; WhatsApp: (+1) 484 474 9447 (https://api.whatsapp.com/send?phone=14844704744&text=Hello&source=&data=&app_absent=) ; Facebook: BabiesClothesWholesale (https://www.facebook.com/babiesclotheswholesale). You can also contact us via live chat, in the left right corner. You will receive our reply within 24h. If you are in hurry, you can check our FAQ (https://www.babiesclotheswholesale.com/pages/faq) page first, maybe you can find the answer there. If you are looking for certain styles, you can contact us and send us pictures, we will find for you.



## Shop now

Choosing a trustworthy wholesale supplier is a good start for your business, no matter you sell on FB, IG, or your own website, or you are a physical boutique owner, why not give us an opportunity to help you? If you do not how to start, you can download and post our pictures, then place a small order for a try. We do not have MOQ. When you receive your first order, you will be surprised that the item worth more than you pay.

Register now, you can get **$17** for your first order!

HIBOBI Technology Limited

Registration Number: 2931468

Address:FLAT/RM B 5/F GAYLORD COMMERCIAL BUILDING 114-118 LOCKHART ROAD HK

Rewards

**ABOUT BCN**

ABOUT US (/PAGES/ABOUT-US)

CONTACT US (/PAGES/CONTACT-US)

RETURN & REFUND (/PAGES/RETURN-POLICY)

SHIPPING & DELIVERY (/PAGES/SHIPPING-POLICY)

PRIVACY POLICY (/PAGES/PRIVACY-POLICY)

TERMS & CONDITIONS (/PAGES/TERMS-CONDITIONS)

**CUSTOMER SERVICE**

SEARCH (HTTPS://WWW.BABIESCLOTHESWHOLESALE.COM/SEARCH)

FAQ (/PAGES/FAQ)

HOW TO BUY (/PAGES/HOW-TO-BUY)

PAYMENT METHOD (/PAGES/PAYMENT-METHOD)

ORDER TRACKING (HTTPS://WWW.17TRACK.NET/EN)

RETURN (/PAGES/RETURN-POLICY)

INCORRECT ADDRESS (/PAGES/INCORRECT-ORDER-ADDRESS)

**BUSINESS SUPPORT**

COLLAB WITH US (/PAGES/COLLAB-WITH-US)

IMPORT TAXES (/PAGES/ABOUT-IMPORT-TAXES)

DROP SHIPPING (/PAGES/DROP-SHIPPING)

CUSTOMIZE (/PAGES/IMPORT-CUSTOMIZE)

**SHOP BY CATEGORIES**

WHOLESALE FLASH SALE (/COLLECTIONS/FLASH-SALE)

WHOLESALE BABY CLOTHING (/COLLECTIONS/WHOLESALE-BABY-CLOTHING)

WHOLESALE GIRL CLOTHING (/COLLECTIONS/WHOLESALE-GIRLS-CLOTHES)

WHOLESALE BOY CLOTHING (/COLLECTIONS/WHOLESALE-BOYS-CLOTHING)

WHOLESALE KIDS DAILY NEW (/COLLECTIONS/NEW-ARRIVALS)

WHOLESALE CUSTOM CLOTHING (/COLLECTIONS/CUSTOM-CLOTHING)

WHOLESALE KIDS HOLIDAY WEAR (/COLLECTIONS/BEST-DEAL-TRENDS-WHOLESALE-CLOTHING)

WHOLESALE KIDS SHOES&ACCESSORIES (/COLLECTIONS/WHOLESALE-KIDS-ACCESSORIES)

WHOLESALE MATCHING OUTFITS CLOTHING (/COLLECTIONS/WHOLESALE-MATCHING-OUTFITS)

**SHOP IN SEASON**

SPRING🌷 (/COLLECTIONS/SPRING-BABY-CLOTHES)

SUMMER☀️ (/COLLECTIONS/BABY-SUMMER-CLOTHES)

FALL🍁 (/COLLECTIONS/BABY-FALL-CLOTHES)

WINTER❄️ (/COLLECTIONS/BABY-WINTER-CLOTHES)

**SHOP BY AGE**

0-24 MONTHS (/COLLECTIONS/0-24-MONTHS)

3-6 YEARS (/COLLECTIONS/3-6-YEARS)

6-10 YEARS (/COLLECTIONS/6-10-YEARS)

10 YEARS & ABOVE (/COLLECTIONS/10-YEARS-ABOVE)

**GREAT DEALS**

FLASH SALE (/COLLECTIONS/FLASH-SALE)

$0-$2.99 CLOTHING (/COLLECTIONS/2-99)

$3-$4.99 CLOTHING (/COLLECTIONS/3-99)

$5-$7.99 (/COLLECTIONS/7-99)

$8-$9.99 CLOTHING (/COLLECTIONS/9-99)

$10 & ABOVE CLOTHING (/COLLECTIONS/10-ABOVE)

**CUSTOMER SERVICE**

CUSTOMIZE FREE LABELS (/BLOCKS/NEW)(HOW TO MAKE FREE LABELS ON BCW)

CUSTOMIZE WOVEN LABELS (/BLOCKS/NEW)(CUSTOMIZE WOVEN LABELS)

CUSTOMIZE TAGS (/BLOCKS/NEW)(CUSTOMIZE TAGS)

CUSTOMIZE PACKING BAGS (/PRODUCTS/909688)

Copyright © 2022 BabiesclothesWholesale.Powered by BabiesclothesWholesale

Select language

→

(https://fr.achatsoft.com/)(sdushz%2Fhat.htm)?compan=id=529xQ8&env=v=bVGI1h%2FhwPuDrpE%3D%3A&stat=stcid=eBTDT2fas%2aFl)=vshop=Stan=order=src=1=hhst%3A%2F%2Fwww.babiesclotheswholesale.com%2Fsitemaps%2Fabout-us&mf=?72v=About%3A%2Fcd%2F%2F%2FhZ1%EF%2Fd%2Fhttps-httpsFshttpswhosale%2Fv1V=hhst%3A%2F%2Fwww.babiesclotheswholesale.com%2F&lt=info=in%3A%2F%2Fwww.babiesclotheswholesale.com%2Fsitemaps%2Fx%2Fhat=hst%3A%2F%2Fwww.babiesclotheswholesale.com%2F&data=net=hhst%3A%2F%2Fhwww.babiesclotheswholesale.com%2F)

极速翻译服务 (https://www.achatsoft.com/)

**Rewards**