# EXHIBIT 102

```
Copyright Infringement and Takedown Notice
发件人: Infringement Team<infringement@patpat.com>
发送给: service <service@riolio.com>
时 间: 2021-05-10 13:53:40
```

May 10 2021

**Designated agent of service of Riolio**

service@riolio.com

## Copyright Infringement and Takedown Notice

## Riolio

**To whom it may concern,**

Interfocus, Inc., a Delaware corporation with principal offices at 650 Castro Street 120-458, Mountain View, CA 94041, ("Interfocus") is the owner or exclusive rights holder of copyrights in images of clothing and certain designs ("Protected Works") listed on Attachment A. Interfocus retained photographers and designers to create the Protected Works.

Beginning on April 17 2021, Interfocus discovered the website belonging to Riolio located at Riolio.com (the "Site") has copied and is displaying such Protected Works without authorization from Interfocus. A complete list of the infringing materials is provided on Attachment B. This letter is to serve notice of this infringement pursuant to the Digital Millennium Copyright Act (DMCA) and 17 U.S.C. § 512.

Pursuant to 17 U.S.C. § 512, we provide the following information:

1. We are a fully authorized representative of Interfocus, the owner or exclusive rights holder of the Protected Works being infringed on the Site, a list of which appears on Attachment A hereto.

2. The infringing material is located at a URL or series of URLs within the Site. See Attachment B hereto for a complete list of URLs and Site's corresponding product code numbers, if applicable.

3. You may contact Interfocus through its undersigned representative at Attn: Infringement Report Team, Interfocus Inc., 650 Castro Street 120-458, Mountain View, CA, 94041, United States with phone number at (650)224-6698 and E-mail address at infringement@patpat.com.

4. We believe in good faith that the use of the infringing materials on the Site is not authorized by Interfocus, its agent, or the law, including under the fair use defense.

5. The information in this notification is accurate; and, We swear under penalty of perjury, We are authorized to act, including filing a complaint, on behalf of Interfocus, the owner or exclusive rights holder in the Protected Works infringed by the Site.

As you likely know, copyright infringement is a strict liability tort and any person or entity actively involved in the infringement is a possible defendant in an infringement action.  Interfocus has several options under U.S. federal law to enforce its rights, including: (1) a preliminary and permanent injunction; (2) statutory and actual damages; (3) disgorging infringer's profits; and (4) recovery of attorney's fees and costs.

Interfocus takes copyrights infringement seriously and enforces its rights by means of litigation when necessary.  We demand that **Riolio** immediately do all of the following:

1. Pursuant to 17 U.S.C. § 512, **Riolio** immediately remove the infringing material from the Site and confirm such removal in writing to the undersigned within five (5) days of the date hereof.

2.  Cease and desist from all use of infringing materials, including all further sale, distribution, display, performance, and advertising of products infringing on Protected Works;

3. Destroy all such infringing materials in **Riolio**'s inventory, possession, or control;

4. Provide Interfocus with a full accounting of all products sold or otherwise distributed and all proceeds therefrom that infringe the Protected Works;

5. Provide Interfocus with the name and contact information of all suppliers of infringing materials.

Riolio must confirm no later than five (5) days from the date thereof that it will comply with the above demands.  Interfocus may use **Riolio**'s failure to comply in the time stated as evidence of Infringer's willful infringement.

The foregoing is without prejudice to any of Interfocus' rights, remedies and defenses, all of which are expressly reserved.


Sincerely,

Infringement Report Team

650 Castro Street 120-458

Mountain View, CA, 94041

Phone No: (650)224-6698

**Email Address:** infringement@patpat.com



--------------



Infringement Report Team
infringement@patpat.com / (650)224-6698

PatPat: Cute + Quality + Great Price = More Happy Moments
www.patpat.com

  

2 Attachments　(3.56 MB)

Attachment A.xlsx
1.53 MB
Attachment B.xlsx
2.04 MB

```
Notice To Cease and Desist -Copyright Infringement
发件人：侵权投诉组<infringement@patpat.com>
发送给：service@riolio.com <service@riolio.com>; conduct@apnic.net <conduct@apnic.net>; helpdesk@apnic.net <helpdesk@apnic.net>
时  间：2021-12-22 16:16:42
```

Dec 22, 2021

Email to:

Notice To Cease and Desist –Copyright Infringement

To whom it may concern,

This is Legal Team of Interfocus Inc（"Interfocus"）.It has come to our attention that you are making unauthorized use of the photographs on your website http

Under Copyright Law of the United States, Interfocus is the author of these photograhs Therefore, we have the right, including but not limited to, restrict, preven

We hereby demand that you immediately cease and desist in any additional use of our photographs that will likely cause misrepresentation in relation with distr

If you fail to comply with the aforementioned demand(s) within 3 business days we will have no choice but to pursue all legal causes of action, including the filir

It is in our best interests to have this issue amicably settled in an effort to avoid further legal remedies.

Link of infringing products:
https://www.riolio.com/product/family-matching-all-over-floral-print-sleeveless-dresses-and-striped-pattern-t-shirts-sets/
https://www.riolio.com/product/family-matching-pink-v-neck-sleeveless-dresses-and-plaid-pattern-t-shirts-sets/
https://www.riolio.com/product/floral-print-round-collar-short-sleeve-dress-for-mom-and-me/
https://www.riolio.com/product/floral-print-v-neck-halter-dress-for-mom-and-me/
https://www.riolio.com/product/floral-print-v-neck-ruffle-sleeves-dress-for-mom-and-me/
https://www.riolio.com/product/floral-print-v-neck-long-sleeve-jumpsuits-for-mom-and-me/
https://www.riolio.com/product/leopard-print-round-collar-sleeveless-dress-for-mom-and-me/
https://www.riolio.com/product/leopard-print-v-neck-sling-jumpsuit-for-mom-and-me/
https://www.riolio.com/product/parent-child-tie-dye-jumpsuit/
https://www.riolio.com/product/parent-child-1-piece-solid-color-slip-dress-or-baby-bodysuit/
https://www.riolio.com/product/pentagram-pattern-tops-for-whole-family/
https://www.riolio.com/product/parent-child-tie-dye-rompers/
https://www.riolio.com/product/whole-family-flowers-print-pattern-tops-dresses-or-baby-romper/
https://www.riolio.com/product/whole-family-checked-shirts-dresses/
https://www.riolio.com/product/whole-family-christmas-deer-print-homewear-top-pants/

Our product link:
https://us.patpat.com/product/Mosaic-Family-Matching-Floral-Series-Cotton-Sets-473938.html
https://us.patpat.com/product/Mosaic-100-Cotton-Family-Matching-Pink-Sets-444777.html
https://cdn.patpat.shop/origin/product/oc/clothing/shooting94fa3952819fd211c97ce1b86de68ded.jpg
http://patpatwebstatic.s3.us-west-2.amazonaws.com/origin/product/oc/clothing/shooting273a7bff771d2655004f75f62015655d.jpg
http://patpatwebstatic.s3.us-west-2.amazonaws.com/origin/product/oc/clothing/shooting/8708d710aa802e54329cf964d1791654.jpg
https://us.patpat.com/product/Floral-Print-Mid-sleeve-Matching-White-Shorts-Rompers-452200.html
https://cdn.patpat.shop/origin/product/oc/clothing/shooting/256a547e5adad3508c1cbff1e45a9a0b.jpg
https://us.patpat.com/product/Leopard-Splice-Black-Sling-Short-Rompers-for-Mommy-and-Me-482049.html
https://cdn.patpat.shop/origin/product/000000000000/5f69cdd970e39.jpg
https://us.patpat.com/product/Mosaic-Mommy-and-Me-Solid-Blue-Cotton-Matching-Sling-Midi-Dresses-with-Buttons-453282.html
https://us.patpat.com/product/Classic-Star-Print-Colorblock-Cotton-Family-Matching-Sweatshirts-432447.html
https://cdn.patpat.shop/origin/product/000000000000/5f58ab5065b6a.jpg
https://us.patpat.com/product/Mosaic-100-Cotton-Floral-Stitching-Flutter-sleeve-Matching-Midi-Dresses-453709.html
https://us.patpat.com/product/Mosaic-Red-Stripe-Plaid-Long-sleeve-Family-Matching-Sets-458435.html
http://patpatwebstatic.s3.us-west-2.amazonaws.com/origin/product/007892000000/5dd50937ab481.jpg

Sincerely,
Infringement Report Team
650 Castro Street 120-458
Mountain View, CA, 94041
Phone No: (650)224-6698
Email Address: infringement@patpat.com