# EXHIBIT 103

First Order： **$7 OFF** over $77 & **$17 OFF** over $177

Code: Newcomer7/Newcomer17



Chat With Us   We offer 24-hour chat support

# Contact Us

If you have any questions or concerns, please do not hesitate to contact us. No matter you want to inquiry before order or edit your orders before we ship them. You can contact our friendly CS team.

We offer small and medium retailers with products. Cute quality wholesale price. Fast delivery. One piece shipping. Provide picture support.

We would love to hear from you, contact us on:

Our Email: service@riolio.com

Our Whatsapp:+14844749447

Our Facebook: rioliowholesale

Our Instagram:rioliowholesale

Address:A-B102-1425, No. 198, Qidi Road, Xiaoshan Economic Development Zone,Xiaoshan District, Hangzhou City, Zhejiang Province

ABOUT RIOLIO

CUSTOMER SERVICE

BUSINESS SUPPORT

SHOP BY CATEGORIES

 Rewards

SHOP BY SEASON

CUSTOMIZED SERVICE

Contact Us

PROGRAMS

INFOGRAPHICS

GREAT DEALS

SHOP BY AGE

BABY CARE

MOTHER CARE

$ USD

English

© 2022 riolio



电商客服系统

