# EXHIBIT 104

# WIPO Global Brand Database

| time | Sat Nov 12 2022 13:17:59 GMT+0800 ( ) |
|---|---|
| search | BRAND:riolio |
| filters | |
| total | 1 |
| displayed | 1 |
| sorted by | score desc,AD desc |

| # | Brand | Source | Status | Relevance | Origin | Holder | Holder country | Number | App. Date | Image class | Nice Cl. | Image |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RIOLIO | US TM | Active | 41 | US | HIBOBI TECHNOLOGY LIMITED | HK | 88956741 | 2020-06-09 | | 25 | RIOLIO |

https://branddb.wipo.int/branddb/en/?q={"searches":[{"te":"riolio","fi":"BRAND"}]}