# EXHIBIT 105



# 国家企业信用信息公示系统
## NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# 企业信用信息公示报告

**企业名称**　　　　杭州久龙科技有限公司

**报告生成时间**　　2022/11/12 13:22:45

(报告内容仅供参考,具体内容请以国家企业信用信息公示系统查询页面为准)

国家企业信用信息公示系统-企业报告

# 政府部门公示信息

## 照面信息

**统一社会信用代码：** 91330104MA2GN7XQ2C　　**企业名称：** 杭州久龙科技有限公司

**类型：** 有限责任公司(自然人投资或控股)　　**法定代表人：** 黄飞龙

**注册资本：** 105.263200万人民币　　**成立日期：** 2019年06月21日

**营业期限自：** 2019年06月21日　　**营业期限至：** 9999年09月09日

**登记机关：** 杭州市萧山区市场监督管理局　　**核准日期：** 2022年05月10日

**登记状态：** 存续

**住所：** 浙江省杭州市萧山区萧山经济开发区启迪路198号A-B102-1425

**经营范围：** 一般项目：技术服务、技术开发、技术咨询、技术交流、技术转让、技术推广；专业设计服务；服装服饰批发；服装服饰零售；鞋帽批发；鞋帽零售；互联网销售（除销售需要许可的商品）；针纺织品批发；针纺织品零售；日用百货批发；日用品零售；箱包零售；母婴用品零售；玩具及动漫衍生产品批发；玩具、动漫及游艺用品零售；化妆品批发；化妆品零售；文具用品批发；文具用品零售；家具销售；灯具零售；通讯设备批发；计算机软硬件及辅助设备零售；计算机软硬件及辅助设备批发；汽车零配件零售；家用电器批发；日用家电零售；户外用品零售；乐器批发；乐器零售；办公设备批发；电子办公设备零售；第一类医疗器械批发；第二类医疗器械批发；第一类医疗器械零售；第二类医疗器械零售；国内贸易代理；医用口罩零售；医用口罩批发；日用口罩（非医用）销售；日用口罩（非医用）生产；劳动保护用品销售；医护人员防护用品零售；医护人员防护用品批发；消毒剂销售（不含危险化学品)(除依法须经批准的项目外，凭营业执照依法自主开展经营活动)。许可项目：食品经营；货物进出口；技术进出口(依法须经批准的项目，经相关部门批准后方可开展经营活动，具体经营项目以审批结果为准)。

(以上信息仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准)