UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERFOCUS INC., a California Corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Hibobi Technology Ltd; Hangzhou Hibaby Technology Co. Ltd; Hangzhou Haibaobei Technology Co., Ltd; Hangzhou Hibao Technology Co., Ltd. Hibobi Holdings, Limited, and Hangzhou Jiulong Technology Co. Ltd.<br>　　　　　　Defendants. | Case No.: 1:22-cv-02259<br><br>Honorable Steven C. Seeger |

**JURY DEMAND**

Plaintiff INTERFOCUS INC. ("Plaintiff") requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Date: November 16, 2022                     Respectfully submitted,

                                                                      RIMON, P.C.

/s/ Eric C. Cohen
Eric C. Cohen
Ill. ARDC No. 0473685
Rimon P.C.
980 N. Michigan Ave., Suite 1400
Chicago, IL 60611
Telephone: (984) 960-2860
Email: eric.cohen@rimonlaw.com

Mark S. Lee
Rimon, P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Telephone: 310.561.5776
Email: mark.lee@rimonlaw.com

Zheng Liu
Rimon P.C.
800 Oak Grove Ave., Suite 250
Menlo Park, CA 94025
Telephone: (650) 382-4546
Email: zheng.liu@rimonlaw.com

Attorneys for Plaintiff, INTERFOCUS INC.