UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERFOCUS INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Hibobi Technology Ltd; Hangzhou Hibaby Technology Co. Ltd; Hangzhou Haibaobei Technology Co., Ltd; Hangzhou Hibao Technology Co., Ltd. Hibobi Holdings, Limited, and Hangzhou Jiulong Technology Co. Ltd.<br><br>Defendants. | Case No.: 1:22-cv-02259<br><br>Honorable Steven C. Seeger |

**VERIFICATION**

I, Sandi Graham, am the Vice President of Design and Merchandising for Interfocus, Inc. I am the agent of Interfocus Inc. for the purpose of Plaintiff's First Amended and Supplemental Complaint (Dkt. No. 53). I have read the foregoing First Amended and Supplemental Complaint and attached Schedule and Exhibits, which are true according to the best of my knowledge, information, and belief. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 16th day of November, 2022.

*Sandi J. Graham*
Sandi Graham

1