# EXHIBIT 69A

**Registration #:** VA0002255941
**Service Request #:** 1-10528851358



Interfocus Inc
Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-255-941**
**Effective Date of Registration:**
June 10, 2021
**Registration Decision Date:**
June 23, 2021

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** March 10, 2021 to May 28, 2021

### Title

**Title of Group:** 1-10528851358_2021PATPAT_Published_750
**Number of Photographs in Group:** 750

- **Individual Photographs:** 17305936 (1), 17305936 (10), 17305936 (12), 17305936 (5), 17305936 (6), 17305936 (7), 17309107 (1), 17309107 (2), 17309107 (4), 17309107 (7), 17309107 (9),
  **Published:** March 2021

- **Individual Photographs:** 17307264 (1), 17307264 (2), 17307264 (3), 17307264 (4), 17307264 (5), 17307554 (1), 17307554 (2), 17307554 (3), 17307554 (4), 17307554 (5), 17307562 (1), 17307562 (2), 17307562 (3), 17307562 (4), 17307562 (5), 17307566 (1), 17307566 (2), 17307566 (3), 17307566 (4), 17307566 (5), 17307622 (1), 17307622 (2), 17307622 (3), 17307622 (4), 17307622 (5), 17307906 (1), 17307906 (2), 17307906 (3), 17307906 (4), 17307906 (5), 17308021 (1), 17308021 (2), 17308021 (3), 17308021 (4), 17308021 (5), 17308047 (1), 17308047 (10), 17308047 (11), 17308047 (2), 17308047 (3), 17308047 (4), 17308047 (5), 17308047 (6), 17308047 (7), 17308047 (8), 17308047 (9), 17308250 (1), 17308250 (2), 17308250 (3), 17308250 (4), 17308250 (5), 17308768 (1), 17308768 (2), 17308768 (3), 17308768 (4), 17308768 (5), 17307054, 17310658 (1), 17310658 (2), 17310658 (3), 17310658 (4), 17312077 (1), 17312077 (2), 17312077 (4), 17313215 (2), 17313215 (3), 17313215 (4), 17312368-(2), 17312716, 17314660,
  **Published:** April 2021

- **Individual Photographs:** 17307076 (1), 17307076 (2), 17307076 (3), 17307076 (4), 17307076 (5), 17311379 (1), 17311379 (10), 17311379 (11), 17311379 (12), 17311379 (2), 17311379 (3), 17311379 (4), 17311379 (5), 17311379 (6), 17311379 (7), 17311379 (8), 17311379 (9), 17311382 (1), 17311382 (2), 17311382 (3), 17311382 (4), 17311382 (5), 17311468 (1), 17311468 (10), 17311468 (11), 17311468 (12), 17311468 (13), 17311468 (14), 17311468 (2), 17311468 (3), 17311468 (4), 17311468 (5), 17311468 (6), 17311468 (7), 17311468 (8), 17311468 (9), 17311481 (1), 17311481 (10), 17311481 (11), 17311481 (12), 17311481 (13), 17311481 (2), 17311481 (3), 17311481 (4), 17311481 (5), 17311481 (6), 17311481 (7), 17311481 (8), 17311481 (9), 17311586 (1), 17311586 (10), 17311586 (11), 17311586 (12), 17311586 (13), 17311586 (14), 17311586 (2), 17311586 (3), 17311586 (4), 17311586 (5), 17311586 (6),

17311586 (7), 17311586 (8), 17311586 (9), 17311617 (1), 17311617 (10), 17311617 (11), 17311617 (12), 17311617 (13), 17311617 (14), 17311617 (15), 17311617 (16), 17311617 (17), 17311617 (2), 17311617 (3), 17311617 (4), 17311617 (5), 17311617 (6), 17311617 (7), 17311617 (8), 17311617 (9), 17311704 (1), 17311704 (10), 17311704 (11), 17311704 (12), 17311704 (13), 17311704 (14), 17311704 (15), 17311704 (2), 17311704 (3), 17311704 (4), 17311704 (5), 17311704 (6), 17311704 (7), 17311704 (8), 17311704 (9), 17311741 (1), 17311741 (10), 17311741 (11), 17311741 (12), 17311741 (13), 17311741 (2), 17311741 (3), 17311741 (4), 17311741 (5), 17311741 (6), 17311741 (7), 17311741 (8), 17311741 (9), 17313778 (1), 17313778 (2), 17313778 (3), 17313778 (4), 17313778 (5), 17313778 (6), 17313778 (7), 17313778 (8), 17313778 (9), 17314365 (1), 17314365 (10), 17314365 (11), 17314365 (12), 17314365 (13), 17314365 (14), 17314365 (15), 17314365 (16), 17314365 (17), 17314365 (18), 17314365 (19), 17314365 (2), 17314365 (20),

**Published:** May 2021

- **Individual Photographs:** 17314365 (21), 17314365 (22), 17314365 (23), 17314365 (24), 17314365 (25), 17314365 (26), 17314365 (3), 17314365 (4), 17314365 (5), 17314365 (6), 17314365 (7), 17314365 (8), 17314365 (9), 17314757 (1), 17314757 (2), 17314757 (3), 17314757 (4), 17314757 (5), 17314757 (6), 17314757 (7), 17314757 (8), 17314757 (9), 17314777 (1), 17314777 (10), 17314777 (11), 17314777 (12), 17314777 (13), 17314777 (2), 17314777 (3), 17314777 (4), 17314777 (5), 17314777 (6), 17314777 (7), 17314777 (8), 17314777 (9), 17314788 (1), 17314788 (2), 17314788 (3), 17314788 (4), 17314788 (5), 17314788 (6), 17314788 (7), 17314788 (8), 17314788 (9), 17315082 (1), 17315082 (4), 17315082 (5), 17315082 (6), 17315082 (7), 17315082 (8), 17315082 (9), 17315241 (1), 17315241 (2), 17315241 (3), 17315241 (4), 17315241 (5), 17315241 (6), 17315241 (7), 17315241 (8), 17315241 (9), 17315519 (1), 17315519 (2), 17315519 (3), 17315519 (4), 17315519 (5), 17316946 (1), 17316946 (10), 17316946 (11), 17316946 (12), 17316946 (13), 17316946 (14), 17316946 (15), 17316946 (16), 17316946 (2), 17316946 (3), 17316946 (4), 17316946 (5), 17316946 (6), 17316946 (7), 17316946 (8), 17316946 (9), 17268587 (1), 17268587 (10), 17268587 (11), 17268587 (12), 17268587 (3), 17268587 (5), 17313368 (1), 17313368 (2), 17313368 (3), 17313368 (4), 17313368 (5), 17313368 (6), 17314277 (1), 17314277 (12), 17314277 (13), 17314277 (14), 17314277 (2), 17314277 (3), 17314277 (4), 17314277 (7), 17314277 (8), 17314277 (9), 17314766 (4), 17314766 (2), 17314766 (3), 17314769 (1), 17314769 (2), 17314769 (4), 17314771 (1), 17314771 (2), 17314771 (4), 17314771 (5), 17314772 (1), 17314772 (3), 17314772 (4), 17314778 (1), 17314778 (4), 17314781 (1), 17314781 (2), 17314781 (3), 17314781 (4), 17314904 (1), 17314904 (2), 17314904 (3), 17314904 (4), 17314904 (5),

**Published:** May 2021

- **Individual Photographs:** 17315129 (1), 17315129 (10), 17315129 (11), 17315129 (2), 17315129 (5), 17315129 (6), 17315129 (7), 17315136 (2), 17315136 (3), 17315136 (4), 17315136 (5), 17315183 (1), 17315183 (2), 17315183 (3), 17315183 (4), 17315201 (1), 17315201 (2), 17315201 (3), 17315429 (3), 17315429 (4), 17315429 (5), 17315429 (6), 17315568 (3), 17315568 (4), 17315568 (5), 17315568 (6), 17315574 (2), 17315574 (3), 17315574 (4), 17315574 (5), 17315773 (1), 17315773 (3), 17315773 (5), 17315917 (1), 17315917 (10), 17315917 (2), 17315917 (3), 17315917 (4), 17315917 (6), 17315917, 17315919 (1), 17315919 (2), 17315919 (3), 17315919 (6), 17315919 (7), 17315919 (8), 17315919, 17315929 (1), 17315929 (2), 17315929 (4), 17315929 (5), 17316468 (1), 17316468 (10), 17316468 (2), 17316468 (4), 17316468 (6), 17316468 (8), 17316644 (1), 17316644 (11), 17316644 (2), 17316644 (3), 17316644 (5), 17316644 (7), 17316644 (9), 17316654 (1), 17316654 (3), 17316654 (5), 17316679 (1), 17316679 (10), 17316679 (11),

17316679 (2), 17316679 (5), 17316679 (6), 17316679 (7), 17316736 (1), 17316736 (2), 17316736 (3), 17316736 (4), 17316736 (5), 17316942 (10), 17316942 (4), 17316942 (5), 17316942 (7), 17316942 (8), 17317056 (1), 17317056 (10), 17317056 (12), 17317056 (13), 17317056 (2), 17317056 (3), 17317056 (5), 17317056 (9), 17317427 (1), 17317427 (2), 17317427 (4), 17317427 (5), 17307269 (1), 17307269 (10), 17307269 (12), 17307269 (3), 17307269 (4), 17307269 (7), 17307269 (8), 17307608 (1), 17307608 (5), 17307608 (6), 17307608 (7), 17307608 (8), 17307608 (9), 17309963 (1), 17309963 (2), 17309963 (3), 17309963 (5), 17309963 (6), 17310294 (2), 17310294 (3), 17310294 (4), 17310294 (6), 17311430 (1), 17311430 (12), 17311430 (2), 17311430 (3), 17311430 (4), 17311430 (6), 17311430 (9), 17311838 (1), 17311838 (2), 17311838 (3), 17311838 (5), 17311977,

**Published:** May 2021

- **Individual Photographs:** 17312161 (1), 17312161 (2), 17312161 (3), 17312161 (4), 17312161 (5), 17313370(1), 17313370(2), 17313370(3), 17313370(4), 17313372 (1), 17313372 (2), 17313372 (3), 17313372 (5), 17313486 (1), 17313486 (11), 17313486 (15), 17313486 (16), 17313486 (2), 17313486 (20), 17313486 (21), 17313486 (22), 17313486 (26), 17313486 (6), 17313486 (7), 17313605 (1), 17313605 (2), 17313605 (3), 17313605 (4), 17313619 (1), 17313619 (2), 17313619 (3), 17313619 (4), 17313619 (5), 17313619 (6), 17313757 (1), 17313757 (11), 17313757 (12), 17313757 (14), 17313757 (15), 17313757 (17), 17313757 (18), 17313757 (2), 17313757 (20), 17313757 (21), 17313757 (23), 17313757 (24), 17313757 (26), 17313757 (27), 17313757 (29), 17313757 (3), 17313757 (30), 17313757 (31), 17313757 (32), 17313757 (33), 17313757 (34), 17313757 (35), 17313757 (36), 17313757 (4), 17313757 (5), 17313757 (6), 17313757 (8), 17313757 (9), 17313880, 17314375 (11), 17314375 (12), 17314375 (13), 17314375 (2), 17314375 (3), 17314375 (4), 17314375 (6), 17314375 (7), 17314375 (9), 17314375, 17314609(1), 17314609(2), 17314609(3), 17314609(4), 17314929(1), 17314929(2), 17314929(3), 17314929(4), 17315129 (1), 17315129 (2), 17315129 (3), 17315129 (4), 17315129 (5), 17315432 (1), 17315432 (11), 17315432 (14), 17315432 (16), 17315432 (4), 17315432 (6), 17315432 (9), 17315491(1), 17315491(10), 17315491(11), 17315491(12), 17315491(15), 17315491(2), 17315491(5), 17315491(6), 17315491(7), 17315491, 17315538 (1), 17315538 (2), 17315538 (3), 17315538 (4), 17315538 (5), 17315784 (1), 17315784 (3), 17315784 (4), 17315784 (5), 17315785 (2), 17315785 (3), 17315785 (4), 17315785 (5), 17315908 (1), 17315908 (11), 17315908 (2), 17315908 (3), 17315908 (7), 17316178(1), 17316178(2), 17316178(3), 17316178(4), 17316178(5), 17316219(1), 17316219(2), 17316219(3), 17316219(4),

**Published:** May 2021

- **Individual Photographs:** 17316219(6), 17316219(7), 17316241 (1), 17316241 (2), 17316241 (3), 17316241 (4), 17316241 (5), 17316241 (6), 17316324 (2), 17316324 (3), 17316324 (4), 17316324 (5), 17316324 (6), 17316324 (7), 17316439 (2), 17316439 (4), 17316439 (5), 17316439 (6), 17316439 (7), 17316589 (1), 17316589 (12), 17316589 (13), 17316589 (14), 17316589 (17), 17316589 (18), 17316589 (19), 17316589 (2), 17316589 (3), 17316589 (6), 17316589 (7), 17316589 (8), 17316589 (9), 17316621 (1), 17316621 (12), 17316621 (13), 17316621 (4), 17316621 (5), 17316621 (7), 17316621 (8), 17316621 (9), 17316621, 17316822 (1), 17316822 (11), 17316822 (12), 17316822 (13), 17316822 (16), 17316822 (17), 17316822 (2), 17316822 (20), 17316822 (21), 17316822 (3), 17316822 (4), 17316822 (5), 17316822 (8), 17316824 (2), 17316824 (3), 17316824 (4), 17316824 (6), 17316824 (7), 17316824 (9), 17316824, 17316831 (1)_1, 17316831 (2)_1, 17316831 (3)_1, 17316831 (4)_1, 17316855 (2), 17316855 (4), 17316855 (5), 17316860 (1), 17316860 (3), 17316860 (4), 17316866 (1), 17316866 (3), 17316866 (4), 17316874 (1), 17316874 (3), 17316874 (4), 17316937(1), 17316937(2), 17316937(3),

17316937(4), 17316937(5), 17316937(7), 17316937(9), 17316977 (1), 17316977 (2), 17316977 (3), 17316977 (5), 17316977 (6), 17316977 (7), 17317004 (12), 17317004 (2), 17317004 (3), 17317004 (4), 17317004 (5), 17317004 (6), 17317004 (9), 17317011 (1), 17317011 (2), 17317011 (3), 17317011 (5), 17317011 (7), 17317026 (2), 17317026 (3), 17317026 (4), 17317026 (5), 17317026 (8), 17317026 (9), 17317029 (1), 17317029 (2), 17317029 (3), 17317029 (4), 17317029 (7), 17317030 (12), 17317030 (13), 17317030 (2), 17317030 (3), 17317030 (4), 17317030 (5), 17317030 (8), 17317030 (9), 17317031 (1), 17317031 (12), 17317031 (15), 17317031 (18), 17317031 (2), 17317031 (21), 17317031 (24), 17317031 (3), 17317031 (4),

**Published:** May 2021

- **Individual Photographs:** 17317031 (5), 17317031 (6), 17317031 (9), 17317096 (1), 17317096 (2), 17317096 (3), 17317096 (4), 17317096 (5), 17317096 (6), 17317096 (7), 17317200 (5), 17317200 (6), 17317200 (7), 17317200 (8), 17317211 (1), 17317211 (3), 17317211 (5), 17317211 (6), 17298983 (1), 17298983 (2), 17298983 (3), 17298983 (4),

**Published:** May 2021

## Completion/Publication

**Year of Completion:** 2021
**Earliest Publication Date in Group:** March 10, 2021
**Latest Publication Date in Group:** May 28, 2021
**Nation of First Publication:** United States

## Author

- **Author:** Interfocus Inc
  **Author Created:** photographs
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Interfocus Inc
650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States

## Rights and Permissions

**Organization Name:** Interfocus Inc
**Name:** Can Wang
**Email:** infringement@patpat.com
**Telephone:** (650)224-6698
**Address:** 650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

## Certification



**Name:** Can Wang
**Date:** June 10, 2021

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 69B









# EXHIBIT 69C









2-5 Business Days Delivery Guaranteed Shipping From US Warehouse SHOP NOW

PatPat Cute, Quality, Great Price

488106

New Arrivals | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes | Accessories | Home & Baby Gear | Licensed Characters | Recommend

# 2pcs Baby Girl Solid Long-sleeve Imitation Knitting Set

16963 Reviews >

$6.99 $10.99 -36%

Limit 1 per customer

New User Zone

Color: White

Size: Size Chart

0-3 Months | 3-6 Months | 6-9 Months | 9-12 Months | 12-18 Months | 18-24 Months | 3 Years

Qty 1 In Stock

Add to Bag

Get extra 10% off on all orders with Klarna Klarna.

Norton by Symantec | ResellerRatings Excellent! | Quality Guarantee

## Description

* Each size includes: 1 top & 1 trouser
* Soft and comfy
* Right shoulder snaps

Show More

## Free Shipping On Orders Over $45.00

2-5 business days delivery guaranteed in the US

## 30 Days Return

## 100% Secured Payments

## Highest Quality Guarantee

Safety Design | No Sharp Point | Meets CPSC Standards

All Reviews (16963) | Images (5265)

Rating ALL | Size ALL | Color ALL | Sort by Default

4.8

Average Rating

5 ★ 14409

A***i ★★★★★ Helpful (1006)

Jul 19, 2021 Color: Pink Size: 18-24 Months

I luv it alot. Its pants r too big so cover short short. Bt its perfect pair. Nd can b used for long tym

Translate

2-5 Business Days Delivery Guaranteed Shipping From US Warehouse SHOP NOW

PatPat Cute, Quality, Great Price

488106

New Arrivals | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes | Accessories | Home & Baby Gear | Licensed Characters | Recommend

# 2pcs Baby Girl Solid Long-sleeve Imitation Knitting Set

★★★★★ 16963 Reviews ›

$6.99 ~~$10.99~~ -36%

Limit 1 per customer

New User Zone

Color: White

Size: Size Chart ⓘ

0-3 Months | 3-6 Months | 6-9 Months | 9-12 Months | 12-18 Months | 18-24 Months | 3 Years

Qty 1 ✓ In Stock

Add to Bag

Get extra 10% off on all orders with Klarna Klarna.

Norton by Symantec · ResellerRatings Excellent! · Quality Guarantee

## Description

* Each size includes：1 top & 1 trouser
* Soft and comfy
* Right shoulder snaps

Show More

## Free Shipping On Orders Over $45.00

2-5 business days delivery guaranteed in the US

## 30 Days Return

## 100% Secured Payments

## Highest Quality Guarantee

Safety Design | No Sharp Point | Meets CPSC Standards

All Reviews (16963) | Images (5265) | Rating ALL | Size ALL | Color ALL | Sort by Default

4.8

Average Rating

5 ★ 14409

A***i ★★★★★ Helpful (1006)

Jul 19, 2021 Color: Pink Size: 18-24 Months

I luv it alot. Its pants r too big so cover short short. Bt its perfect pair. Nd can b used for long tym

Translate

2-5 Business Days Delivery Guaranteed Shipping From US Warehouse SHOP NOW

PatPat Cute, Quality, Great Price

488106

New Arrivals | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes | Accessories | Home & Baby Gear | Licensed Characters | Recommend

# 2pcs Baby Girl Solid Long-sleeve Imitation Knitting Set

★★★★★ 16963 Reviews >

$6.99 ~~$10.99~~ -36%

Limit 1 per customer

New User Zone

Color: Pink

Size: Size Chart

0-3 Months | 3-6 Months | 6-9 Months | 9-12 Months | 12-18 Months | 18-24 Months | 3 Years

Qty 1 ✓ In Stock

Add to Bag

Get extra 10% off on all orders with Klarna Klarna.

Norton by Symantec | ResellerRatings Excellent! | Quality Guarantee

## Description

* Each size includes：1 top & 1 trouser
* Soft and comfy
* Right shoulder snaps

Show More

## Free Shipping On Orders Over $45.00

2-5 business days delivery guaranteed in the US

## 30 Days Return

## 100% Secured Payments

### Highest Quality Guarantee

Safety Design | No Sharp Point | Meets CPSC Standards

All Reviews (16963) | Images (5265)

Rating ALL | Size ALL | Color ALL | Sort by Default

4.8

Average Rating

5 ★ 14409

A***i ★★★★★ Helpful (1006)

Jul 19, 2021 Color: Pink Size: 18-24 Months

I luv it alot. Its pants r too big so cover short short. Bt its perfect pair. Nd can b used for long tym

Translate

2-5 Business Days Delivery Guaranteed Shipping From US Warehouse SHOP NOW

PatPat Cute, Quality, Great Price

488106

New Arrivals | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes | Accessories | Home & Baby Gear | Licensed Characters | Recommend

# 2pcs Baby Girl Solid Long-sleeve Imitation Knitting Set

16963 Reviews >

$6.99 $10.99 -36%

Limit 1 per customer

New User Zone

Color: Brown

Size: Size Chart

0-3 Months | 3-6 Months | 6-9 Months | 9-12 Months | 12-18 Months

18-24 Months | 3 Years

Qty 1 In Stock

Add to Bag

Get extra 10% off on all orders with Klarna Klarna.

Norton by Symantec | ResellerRatings Excellent! | Quality Guarantee

## Description

* Each size includes: 1 top & 1 trouser
* Soft and comfy
* Right shoulder snaps

Show More

## Free Shipping On Orders Over $45.00

2-5 business days delivery guaranteed in the US

## 30 Days Return

## 100% Secured Payments

### Highest Quality Guarantee

Safety Design | No Sharp Point | Meets CPSC Standards

All Reviews (16963) | Images (5265)

Rating ALL | Size ALL | Color ALL | Sort by Default

4.8

Average Rating

5 ★ 14409

A***i ★★★★★ Helpful (1006)

Jul 19, 2021 Color: Pink Size: 18-24 Months

I luv it alot. Its pants r too big so cover short short. Bt its perfect pair. Nd can b used for long tym

Translate

# EXHIBIT 69D

First Order: **$7 OFF over $77 & $17 OFF over $177**

(/)

Select Language

HOME (/) / WHOLESALE BABY CLOTHING (/COLLECTIONS/WHOLESALE-BABY-CLOTHING) / BABY SOLID COLOR LONG SLEEVES THICKEN TOP & PANTS WHOLESALE (/PRODUCTS/BABY-SOLID-COLOR-LONG-SLEEVES-THICKEN-TOP-PANTS-205186)

(/PRODUCTS/BA SOLID-COLO LONG-SLEEVE THICKEN-TO PANTS-20518

Rewards

# Baby Solid Color Long Sleeves Thicken Top & Pants Wholesale

★★★★★ 1 review

SKU: 1080895

0 Wishlist

0 Cart (/cart)

Search

Shop (/collections/all)

First Order: **$7 OFF over $77 & $17 OFF over $177**

(/)

Select Language

HOME (/) / WHOLESALE BABY CLOTHING (/COLLECTIONS/WHOLESALE-BABY-CLOTHING) / BABY SOLID COLOR LONG SLEEVES THICKEN TOP & PANTS WHOLESALE (/PRODUCTS/BABY-SOLID-COLOR-LONG-SLEEVES-THICKEN-TOP-PANTS-205186)

(/products/cute-heart-pattern-romper-110082)

Someone purchased a **Baby Cute Heart Pattern Romper... (/products/baby-cute-heart-pattern-romper-110082)**

22 minutes ago

Rewards

# Baby Solid Color Long Sleeves Thicken Top & Pants Wholesale

1 review

SKU: 1080909

Wishlist

Cart (/cart)

Search

Shop (/collections/all)



2022/11/18 10:55 Baby Solid Color Long Sleeves Thicken Top & Pants Wholesale Baby Clothes suit Sweater set - babiesclotheswholesale – B…

First Order: **$7 OFF over $77 & $17 OFF over $177**

(/)

Select Language

HOME (/) / WHOLESALE BABY CLOTHING (/COLLECTIONS/WHOLESALE-BABY-CLOTHING) /
BABY SOLID COLOR LONG SLEEVES THICKEN TOP & PANTS WHOLESALE (/PRODUCTS/BABY-SOLID-COLOR-LONG-SLEEVES-THICKEN-TOP-PANTS-205186)

(/PRODUCTS/BA SOLID-COLO LONG-SLEEVE THICKEN-TO PANTS-20518

Rewards

# Baby Solid Color Long Sleeves Thicken Top & Pants Wholesale

★★★★★ 1 review

SKU: 1080909

Wishlist

Cart (/cart)

Search

Shop (/collections/all)

https://www.babiesclotheswholesale.com/collections/wholesale-baby-clothing/products/baby-solid-color-long-sleeves-thicken-top-pants-205186?v… 1/6

2022/11/18 10:56 Case: 1:22-cv-02259 Document #: 57-1 Filed: 11/18/22 Page 22 of 26 PageID #:4624 Baby Solid Color Long Sleeves Thicken Top & Pants Wholesale Baby Clothes suit Sweater set - babiesclotheswholesale – B…

First Order: **$7 OFF over $77 & $17 OFF over $177**

(/)

Select Language

HOME (/) / WHOLESALE BABY CLOTHING (/COLLECTIONS/WHOLESALE-BABY-CLOTHING) / BABY SOLID COLOR LONG SLEEVES THICKEN TOP & PANTS WHOLESALE (/PRODUCTS/BABY-SOLID-COLOR-LONG-SLEEVES-THICKEN-TOP-PANTS-205186)

(/PRODUCTS/BA SOLID-COLO LONG-SLEEVE THICKEN-TO PANTS-20518

Rewards

# Baby Solid Color Long Sleeves Thicken Top & Pants Wholesale

★★★★★ 1 review

SKU: 1080923

Wishlist

Cart (/cart)

Search

Shop (/collections/all)

https://www.babiesclotheswholesale.com/collections/wholesale-baby-clothing/products/baby-solid-color-long-sleeves-thicken-top-pants-205186?v… 1/6

2022/11/18 18:47
Riolio Baby Solid Color Long Sleeve Thick Sweater & Sweatpants Wholesale

$ USD English

First Order: **$7 OFF** over $77 & **$17 OFF** over $177
Code: Newcomer7/Newcomer17

RIOLIO

Enter here and click search

Chat With Us
We offer 24-hour chat support

Shopping Cart

Home / Riolio Baby Solid Color Long Sleeve Thick Sweater & Sweatpants Wholesale

44 Visitors are browsing our store.

# Riolio Baby Solid Color Long Sleeve Thick Sweater & Sweatpants Wholesale

Sold 346

1080895

$7.38

Gift Offer on orders over **$100.00** View >

Boutique High Quality

30 Days return

Carbon neutral

Secure payments

Color

White Black Pink Gray Brown

Rewards

Size

0-3 Months 3-6 Months 6-9 Months 9-12 Months

12-18 Months 18-24 Months 2-3 Years

https://www.riolio.com/products/baby-solid-color-long-sleeve-thick-sweater---sweatpants-wholesale-205186 1/6

$ USD English

First Order: $7 OFF over $77 & $17 OFF over $177
Code: Newcomer7/Newcomer17

Enter here and click search

Chat With Us
We offer 24-hour chat support

Shopping Cart

Home / Riolio Baby Solid Color Long Sleeve Thick Sweater & Sweatpants Wholesale

56 Visitors are browsing our store.

# Riolio Baby Solid Color Long Sleeve Thick Sweater & Sweatpants Wholesale

Sold 346

1080895

$7.38

Gift Offer on orders over $100.00 View

Boutique High Quality
30 Days return
Carbon neutral
Secure payments

Color

White Black Pink Gray Brown

Rewards

Size

0-3 Months 3-6 Months 6-9 Months 9-12 Months
12-18 Months 18-24 Months 2-3 Years



First Order: $7 OFF over $77 & $17 OFF over $177
Code: Newcomer7/Newcomer17

$ USD English

Enter here and click search

Shopping Cart

Home / Riolio Baby Solid Color Long Sleeve Thick Sweater & Sweatpants Wholesale

47 Visitors are browsing our store.

# Riolio Baby Solid Color Long Sleeve Thick Sweater & Sweatpants Wholesale

Sold 346

1080895

$7.38

Gift Offer on orders over $100.00 View

Boutique High Quality

30 Days return

Carbon neutral

Secure payments

Color

Size

0-3 Months | 3-6 Months | 6-9 Months | 9-12 Months | 12-18 Months | 18-24 Months | 2-3 Years

2022/11/18 18:46 Case: 1:22-cv-02259 Document #: 57-1 Filed: 11/18/22 Page 26 of 26 PageID #:4628 Riolio Baby Solid Color Long Sleeve Thick Sweater & Sweatpants Wholesale

First Order: $7 OFF over $77 & $17 OFF over $177
Code: Newcomer7/Newcomer17

$ USD English

Enter here and click search

Chat With Us
We offer 24-hour chat support

Shopping Cart

Home / Riolio Baby Solid Color Long Sleeve Thick Sweater & Sweatpants Wholesale

41 Visitors are browsing our store.

# Riolio Baby Solid Color Long Sleeve Thick Sweater & Sweatpants Wholesale

Sold 346

1080895

$7.38

Gift Offer on orders over **$100.00** View

Boutique High Quality

30 Days return

Carbon neutral

Secure payments

Color

White Black Pink Gray Brown

Rewards

Size

0-3 Months 3-6 Months 6-9 Months 9-12 Months

12-18 Months 18-24 Months 2-3 Years

https://www.riolio.com/products/baby-solid-color-long-sleeve-thick-sweater---sweatpants-wholesale-205186 1/6