# EXHIBIT 70A

**Registration #:** VA0002261156
**Service Request #:** 1-10650227766



Can Wang
650 Castro Street Ste. 120-458
Mountain View, CA 94041 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-261-156**

**Effective Date of Registration:**
July 20, 2021

**Registration Decision Date:**
July 29, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 08, 2021 to July 08, 2021

**Title** _____

| | |
|---|---|
| **Title of Group:** | 1-10650227766_2021PATPAT_Published_750 |
| **Number of Photographs in Group:** | 750 |

- **Individual Photographs:** 17300246 (1), 17300246 (5), 17300246 (6),
  **Published:** January 2021

- **Individual Photographs:** 17306000 (2), 17306000 (6), 17306000 (7), 17306000 (8),
  **Published:** March 2021

- **Individual Photographs:** 17308632 (10), 17308632 (13), 17308632 (14), 17308632 (15), 17308632 (18), 17308632 (19), 17308632 (20), 17308632 (3), 17308632 (4), 17308632 (5), 17308632 (6), 17308632 (7), 17308632 (8), 17308632 (9), 17310624 (1), 17310624 (2), 17310908 (2), 17310908 (5), 17310908 (8), 17310908 (9), 17310624 (6), 17310624 (7), 17310624 (8), 17310624,
  **Published:** April 2021

- **Individual Photographs:** 17315444 (2), 17315444 (3), 17315745 (4), 17315745 (5), 17317516 (1), 17317516 (5), 17317774 (1), 17317774 (4), 17319105 (1), 17319105 (4), 17307367, 17313362 (3), 17313362 (4), 17316025 (2), 17316025 (5), 17317371 (2), 17317371 (3), 17317371 (5), 17317568 (1), 17317568 (2), 17310181 (2), 17310181 (3), 17310181 (4), 17310181 (5), 17314559 (2), 17314559 (6), 17314559 (7), 17317056 (1), 17317056 (11), 17317056 (2), 17317056 (6), 17317056 (7), 17318593 (1), 17318593 (5),
  **Published:** May 2021

- **Individual Photographs:** 17310762 (1), 17310762 (10), 17310762 (2), 17310762 (5), 17310762 (7), 17315096 (1), 17315096 (2), 17315096 (6), 17315096 (8), 17315096 (9), 17315259 (1), 17315259 (2), 17315259 (5), 17315259 (6), 17315259 (8), 17316218 (3), 17316218 (4), 17316218 (5), 17316218 (6), 17317272 (1), 17317272 (10), 17317272 (11), 17317272 (15), 17317272 (16), 17317272 (5), 17317272 (6), 17317372 (2), 17317372 (3), 17317372 (4), 17317372 (5), 17317372 (8), 17317372 (9), 17317849 (1), 17317849 (10), 17317849 (6), 17317849 (7), 17318434 (1), 17318434 (2), 17318434 (3), 17318831(1), 17318831(2), 17318831(3), 17318831(4), 17318831(8), 17319188 (2), 17319188 (3), 17319188 (4), 17319188 (5), 17319368 (1), 17319368 (5), 17319371 (1), 17319371 (5), 17319520 (1), 17319520 (10), 17319520 (11),

17319520 (12), 17319520 (13), 17319520 (4), 17319520 (7), 17319539 (2), 17319539 (4), 17319539 (5), 17319539 (8), 17319550 (1), 17319550 (5), 17319555 (1), 17319555 (4), 17319557 (1), 17319557 (5), 17319699 (1), 17319699 (5), 17319886 (1), 17319886 (2), 17320129(1), 17320129(2), 17320129(3), 17320129(4), 17320165 (4), 17320165 (5), 17320165 (6), 17320165 (7), 17320168 (2), 17320168 (3), 17320168 (4), 17320168 (5), 17320272 (1), 17320272 (4), 17320441 (1), 17320441 (5), 17320441 (6), 17320441 (7), 17320471(2), 17320471(3), 17320471(4), 17320473(1), 17320473(2), 17320473(3), 17320473(4), 17320587 (3), 17320587 (4), 17320587 (5), 17320659 (1), 17320659 (2), 17320659 (6), 17320659 (8), 17320700 (1), 17320700 (5), 17320800 (1), 17320800 (11), 17320800 (2), 17320800 (6), 17320800 (7), 17320801 (1), 17320801 (11), 17320801 (12), 17320801 (16), 17320801 (2), 17320801 (6), 17320801 (7), 17320820 (1), 17320820 (5), 17320822 (4), 17320822 (5), 17320866 (1), 17320866 (11), 17320866 (2), 17320866 (3), 17320866 (4), 17320866 (5), 17320866 (8),

**Published:** June 2021

- **Individual Photographs:** 17320896 (2), 17320896 (4), 17320899 (2), 17320899 (5), 17320899 (6), 17320899 (7), 17320899 (8), 17320907 (1), 17320907 (10), 17320907 (11), 17320907 (12), 17320907 (2), 17320907 (3), 17320907 (4), 17320907 (5), 17320907 (6), 17320907 (7), 17320907 (8), 17320907 (9), 17320945 (1), 17320945 (2), 17320945 (3), 17320945 (4), 17320945 (5), 17320984 (2), 17320984 (4), 17320998 (1), 17320998 (11), 17320998 (3), 17320998 (4), 17320998 (7), 17321005 (2), 17321005 (3), 17321005 (4), 17321005 (7), 17321005 (8), 17321005 (9), 17321015 (2), 17321015 (3), 17321016 (1), 17321016 (11), 17321016 (2), 17321016 (3), 17321016 (7), 17321054 (4), 17321054 (5), 17321144 (1), 17321144 (5), 17321172 (1), 17321172 (13), 17321172 (14), 17321172 (6), 17321172 (7), 17321172 (8), 17321197 (2), 17321197 (8), 17321197 (9), 17321197-(1), 17321254 (1), 17321254 (11), 17321254 (2), 17321254 (3), 17321254 (4), 17321637(1), 17321696 (1), 17321696 (10), 17321696 (4), 17321696 (7), 17321696 (8), 17321696 (9), 17321754 (11), 17321754 (12), 17321754 (2), 17321754 (3), 17321754 (4), 17321754 (7), 17321754 (8), 17321812 (3), 17321812 (5), 17321980 (1), 17321980 (2), 17321980 (3), 17321980 (6), 17321980 (9), 17322028 (1), 17322028 (5), 17322318 (1), 17322318 (5), 17322696 (2), 17322696 (4), 17322696 (5), 17322696 (7), 17322696 (8), 17322696 (9), 17322696, 17323288(1), 17323288(11), 17323288(12), 17323288(2), 17323288(6), 17323288(7), 17323288, 17323291 (3), 17323291 (4), 17323514 (3), 17323514 (4), 17323606 (3), 17323606 (5), 17323613 (3), 17323613 (5), 17313770, 17313822, 17316134, 17317336 (2), 17317336 (3), 17317336 (4), 17317336 (5), 17317513 (10), 17317513 (3), 17317513 (4), 17317513 (6), 17317513, 17317593, 17318158 (1), 17318158 (10), 17318158 (2), 17318158 (5), 17318158 (6), 17318158 (7), 17319775 (1),

**Published:** June 2021

- **Individual Photographs:** 17319775 (6), 17319776 (1), 17319776 (5), 17320139 (1), 17320139 (12), 17320139 (13), 17320139 (14), 17320139 (18), 17320139 (19), 17320139 (2), 17320139 (3), 17320139 (7), 17320139 (8), 17320914 (4), 17320914 (5), 17321142 (1), 17321142 (5), 17322234 (1), 17322234 (11), 17322234 (12), 17322234 (13), 17322234 (2), 17322234 (3), 17322234 (4), 17322234 (5), 17322234 (8), 17322267 (1), 17322267 (2), 17322305 (1), 17322305 (3), 17322550 (1), 17322550 (5), 17322556 (4), 17322556 (5), 17322559 (1), 17322559 (5), 17322722 (4), 17322722 (6), 17322722 (7), 17322722 (8), 17322722 (9), 17322723 (1), 17322723 (6), 17322973 (2), 17322973 (5), 17322974 (2), 17322974 (3), 17322976 (1), 17322976 (2), 17323030 (2), 17323030 (5), 17323070 (1), 17323070 (10), 17323070 (2), 17323070 (6), 17323070 (7), 17323225 (1), 17323225 (3), 17323225 (5), 17323286 (1), 17323286 (4), 17316306(1), 17316306(2), 17316306(3), 17316306(4),



                        17316306(5), 17316582(1), 17316582(2), 17316582(3), 17316582(4), 17316582(5), 17320510 (1), 17320510 (2), 17320510 (6), 17320510 (7), 17321326 (1), 17321326 (2), 17321326 (3), 17321326 (4), 17321326 (7), 17321326 (9), 17321544 (1), 17321544 (4), 17321544 (5), 17321544 (6), 17321545 (2), 17321545 (3), 17321545 (6), 17321545 (8), 17321858 (1), 17321858 (14), 17321858 (2), 17321858 (6), 17321858 (7), 17321858 (8), 17321995 (2), 17321995 (3), 17321995 (6), 17321995 (7), 17322651 (1), 17322651 (5), 17323087 (1), 17323087 (12), 17323087 (13), 17323087 (5), 17323087 (6), 17323087 (7), 17323087 (8), 17323144 (10), 17323144 (11), 17323144 (2), 17323144 (3), 17323144 (4), 17323144 (5), 17323144 (6), 17312459(1), 17312459(2), 17312459(3), 17312459(4), 17314302 (12), 17314302 (13), 17314302 (2), 17314302 (3), 17314302 (7), 17314302 (8), 17316287 (4), 17316287 (5), 17317097 (1), 17317097 (6), 17317715(1),

**Published:** June 2021

- **Individual Photographs:** 17317715(2), 17317715(3), 17317715(4), 17317812 (1), 17317812 (11), 17317812 (2), 17317812 (3), 17317812 (4), 17317812 (5), 17317812 (8), 17319333 (1), 17319333 (12), 17319333 (13), 17319333 (2), 17319333 (3), 17319333 (7), 17319333 (8), 17319443 (1), 17319443 (5), 17320713 (1), 17320713 (5), 17320814 (1), 17320814 (11), 17320814 (2), 17320814 (6), 17320814 (7), 17320815 (4), 17320815 (5), 17320913 (1), 17320913 (5), 17320933 (1), 17320933 (11), 17320933 (12), 17320933 (15), 17320933 (5), 17320933 (6), 17320933 (7), 17321159 (10), 17321159 (11), 17321159 (2), 17321159 (5), 17321159 (7), 17321309 (4), 17321309 (5), 17321456 (1), 17321456 (11), 17321456 (2), 17321456 (6), 17321456 (7), 17321458 (2), 17321458 (3), 17321458 (4), 17321458 (5), 17321458 (7), 17321458 (8), 17321458 (9), 17321545 (1), 17321545 (10), 17321545 (12), 17321545 (2), 17321545 (5), 17321545 (9), 17321545(7), 17321643 (2), 17321643 (3), 17321643 (4), 17321643 (5), 17321643 (8), 17321677 (1), 17321677 (11), 17321677 (12), 17321677 (13), 17321677 (4), 17321677 (7), 17321677 (8), 17321762 (3), 17321762 (4), 17321792 (1), 17321792 (2), 17321792 (6), 17321792, 17321817 (1), 17321817 (2), 17321817 (3), 17321858(1),

**Published:** June 2021

- **Individual Photographs:** 17315091 (5), 17318527 (1), 17318527 (5), 17318591 (1), 17318591 (2), 17318591 (4), 17318591 (5), 17318608 (1), 17318608 (4), 17320028 (11), 17320028 (2), 17320028 (3), 17320028 (7), 17320028 (8), 17320274 (2), 17320274 (3), 17320274 (6), 17320274 (7), 17320274 (8), 17320305 (12), 17320305 (13), 17320305 (3), 17320305 (5), 17320305 (6), 17320305 (8), 17320305, 17320480 (10), 17320480 (2), 17320480 (3), 17320480 (7), 17320480 (8), 17320482(1), 17320482(2), 17320482(3), 17320482(4), 17320523 (1), 17320523 (2), 17320523 (3), 17320611 (1), 17320611 (2), 17320816 (4), 17320816 (5), 17320818 (1), 17320818 (2), 17320861 (1), 17320861 (11), 17320861 (2), 17320861 (3), 17320861 (7), 17320904 (1), 17320904 (11), 17320904 (14), 17320904 (16), 17320904 (4), 17320904 (6), 17320904 (9), 17320919 (1), 17320919 (2), 17320919 (5), 17320919 (6), 17320919 (7), 17321199(1), 17321199(2), 17321199(3), 17321199(4), 17321199(5), 17321199(6), 17321436 (1), 17321436 (12), 17321436 (2), 17321436 (5), 17321436 (9), 17321439 (1), 17321439 (5), 17321439 (6), 17321439 (7), 17321439 (8), 17321632 (2), 17321632 (5), 17321706 (4), 17321706-(3), 17321737, 17321772 (4), 17321772 (5), 17321773 (1), 17321773 (5), 17321780 (1), 17321780 (5), 17321796 (1), 17321796 (5), 17321833 (2), 17321833 (5), 17321841 (1), 17321841 (2), 17321841 (3), 17322166 (1), 17322166 (2), 17322167 (1), 17322167 (2), 17322412 (1), 17322412 (5), 17322480(1), 17322480(2), 17322565(1), 17322565(2), 17322565(3), 17322732 (1), 17322732 (5), 17322732 (7), 17323005 (4), 17323005 (5), 17323256 (10), 17323256 (12), 17323256 (2), 17323256 (3), 17323256 (4), 17323256 (5), 17323256 (6), 17318603 (1), 17318603 (10),

|  |  |
|---|---|
| **Published:** | 17318603 (11), 17318603 (15), 17318603 (16), 17318603 (2), 17318603 (6), 17318639 (1), 17318639 (5), 17320344 (1), 17320344 (4), 17320602 (1), July 2021 |
| • **Individual Photographs:** | 17320602 (4), 17321140 (1), 17321140 (5), 17321149 (1), 17321149 (5), 17321232 (1), 17321232 (11), 17321232 (13), 17321232 (5), 17321232 (6), 17321232 (9), 17321285 (4), 17321285 (5), 17321285 (6), 17321447 (1), 17321447 (5), 17321799(1), 17321799(2), 17321801 (1), 17321801 (2), 17321801 (3), 17321801 (4), 17321801 (7), 17321801 (8), 17321962 (2), 17321962 (3), 17321962 (4), 17321962 (5), 17321962 (8), 17321962 (9), 17322165(1), 17322165(2), 17322170(1), 17322170(2), 17323239 (4), 17323239 (5), 17321791 (1), 17321791 (10), 17321791 (4), 17321791 (5), 17321791 (6), 17321791 (8), 17321905 (1), 17321905 (3), 17321905 (4), 17321905 (6), 17321905 (7), 17321917 (1), 17321917 (2), 17321917 (6), 17321917 (7), 17321992 (1), 17321992 (5), 17321992 (7), 17321992 (8), 17322704 (1), 17322704 (2), 17322704 (6), 17320512 (2), 17320512 (6), 17320512 (7), 17320512 (9), 17321291 (2), 17321291 (5), 17321291 (6), 17321321 (1), 17321321 (2), 17321455 (1), 17321455 (2), 17321455 (6), 17321455 (7), 17321557 (2), 17321557 (3), 17321557 (4), 17321557 (5), 17321789 (1), 17321789 (2), 17321789 (3), 17321789 (4), 17321789 (7), |
| **Published:** | July 2021 |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2021 |
| **Earliest Publication Date in Group:** | January 08, 2021 |
| **Latest Publication Date in Group:** | July 08, 2021 |
| **Nation of First Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Interfocus Inc |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Interfocus Inc<br>650 Castro Street Ste. 120-458, Mountain View, CA, 94041, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Can Wang |
| **Email:** | infringement@patpat.com |
| **Telephone:** | (650)224-6698 |
| **Alt. Phone:** | (650)224-6698 |
| **Address:** | 650 Castro Street Ste. 120-458 |



Mountain View, CA 94041 United States

## Certification

**Name:** Can Wang
**Date:** July 16, 2021

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# EXHIBIT 70B





# EXHIBIT 70C





2-5 Business Days Delivery Guaranteed Shipping From US Warehouse SHOP NOW

PatPat Cute, Quality, Great Price

488106

New Arrivals | Black Friday | Christmas | Baby | Toddler | Kids | Matching Outfits | Maternity & Nursing | Shoes | Accessories | Home & Baby Gear | Licensed Characters | Recommend

# 2pcs Baby Girl Solid Long-sleeve Imitation Knitting Set

★★★★★ 16963 Reviews >

$6.99 ~~$10.99~~ -36%

Limit 1 per customer

New User Zone

Color: Dark Blue

Size: Size Chart ⓘ

0-3 Months | 3-6 Months | 6-9 Months | 9-12 Months | 12-18 Months | 18-24 Months | 3 Years

Qty 1 ✓ In Stock

Add to Bag

Get extra 10% off on all orders with Klarna Klarna.

Norton by Symantec | ResellerRatings Excellent! | Quality Guarantee

## Description

* Each size includes: 1 top & 1 trouser
* Soft and comfy
* Right shoulder snaps

Show More

## Free Shipping On Orders Over $45.00

2-5 business days delivery guaranteed in the US

## 30 Days Return

## 100% Secured Payments

## Highest Quality Guarantee

Safety Design | No Sharp Point | Meets CPSC Standards

All Reviews (16963) | Images (5265)

Rating ALL | Size ALL | Color ALL | Sort by Default

4.8

Average Rating

5 ★ 14409

A***i ★★★★★ Helpful (1006)

Jul 19, 2021 Color: Pink Size: 18-24 Months

I luv it alot. Its pants r too big so cover short short. Bt its perfect pair. Nd can b used for long tym

Translate

2-5 Business Days Delivery Guaranteed Shipping From US Warehouse SHOP NOW

# 2pcs Baby Girl Solid Long-sleeve Imitation Knitting Set

★★★★★ 16963 Reviews >

$6.99 $10.99 -36%

Limit 1 per customer

New User Zone

Color: Light Grey

Size: Size Chart

0-3 Months | 3-6 Months | 6-9 Months | 9-12 Months | 12-18 Months | 18-24 Months | 3 Years

Qty 1 In Stock

Add to Bag

Get extra 10% off on all orders with Klarna Klarna.

Norton by Symantec | ResellerRatings Excellent! | Quality Guarantee

## Description

* Each size includes：1 top & 1 trouser
* Soft and comfy
* Right shoulder snaps

Show More

## Free Shipping On Orders Over $45.00

2-5 business days delivery guaranteed in the US

## 30 Days Return

## 100% Secured Payments

## Highest Quality Guarantee

Safety Design | No Sharp Point | Meets CPSC Standards

All Reviews (16963) | Images (5265)

Rating ALL | Size ALL | Color ALL | Sort by Default

4.8

Average Rating

5 ★ 14409

A***i ★★★★★ Helpful (1006)

Jul 19, 2021 Color: Pink Size: 18-24 Months

I luv it alot. Its pants r too big so cover short short. Bt its perfect pair. Nd can b used for long tym

Translate

**EXHIBIT 70D**

2022/11/18 10:58 Baby Solid Color Long Sleeves Thicken Top & Pants Wholesale,baby clothes suit sweater set-babiesclotheswholesale – B…

Case: 1:22-cv-02259 Document #: 57-2 Filed: 11/18/22 Page 16 of 19 PageID #:4644









First Order: **$7 OFF over $77 & $17 OFF over $177**

Select Language

HOME (/)   /   WHOLESALE BABY CLOTHING (/COLLECTIONS/WHOLESALE-BABY-CLOTHING)   /
BABY SOLID COLOR LONG SLEEVES THICKEN TOP & PANTS WHOLESALE (/PRODUCTS/BABY-SOLID-COLOR-LONG-SLEEVES-THICKEN-TOP-PANTS-205186)



### Baby Solid Color Long Sleeves Thicken Top & Pants Wholesale

★★★★★ 1 review

SKU:   1080923


Wishlist


Cart
(/cart)


Search


Shop
(/collections/all)

2022/11/18 10:59 Baby Solid Color Long Sleeves Thicken Top & Pants Wholesale,Baby Clothes suit Sweater set - babiesclotheswholesale – B…

Case: 1:22-cv-02250 Document #: 57-2 Filed: 11/18/22 Page 17 of 19 PageID #:4645



First Order: **$7 OFF over $77 & $17 OFF over $177**

Select Language

HOME (/) / WHOLESALE BABY CLOTHING (/COLLECTIONS/WHOLESALE-BABY-CLOTHING) /
BABY SOLID COLOR LONG SLEEVES THICKEN TOP & PANTS WHOLESALE (/PRODUCTS/BABY-SOLID-COLOR-LONG-SLEEVES-THICKEN-TOP-PANTS-205186)



Rewards
### Baby Solid Color Long Sleeves Thicken Top & Pants Wholesale

★★ 1 review

SKU: 1080923

 Wishlist

 0 Cart (/cart)

 Search

 Shop (/collections/all)

$ USD    English

First Order： **$7 OFF** over $77 & **$17 OFF** over $177

Code: Newcomer7/Newcomer17



Home / Riolio Baby Solid Color Long Sleeve Thick Sweater & Sweatpants Wholesale

52 Visitors are browsing our store.

## Riolio Baby Solid Color Long Sleeve Thick Sweater & Sweatpants Wholesale

Sold 346

1080895

$7 ³⁸

Gift Offer on orders over $100.00    View

- Boutique High Quality
- 30 Days return
- Carbon neutral
- Secure payments

Rewards

**Color**

White    Black    Pink    Gray    Brown

**Size**

0-3 Months    3-6 Months    6-9 Months    9-12 Months

12-18 Months    18-24 Months    2-3 Years



First Order： **$7 OFF** over $77 & **$17 OFF** over $177

Code: Newcomer7/Newcomer17



Enter here and click search

Chat With Us
We offer 24-hour chat support

Shopping Cart

$ USD

English

Home / Riolio Baby Solid Color Long Sleeve Thick Sweater & Sweatpants Wholesale

42 Visitors are browsing our store.

# Riolio Baby Solid Color Long Sleeve Thick Sweater & Sweatpants Wholesale

Sold 346

1080895

$7.38



Gift Offer on orders over $100.00    View

- Boutique High Quality
- 30 Days return
- Carbon neutral
- Secure payments

Rewards

**Color**

White   Black   Pink   Gray   Brown

**Size**

0-3 Months   3-6 Months   6-9 Months   9-12 Months

12-18 Months   18-24 Months   2-3 Years