November 18 - Schedule A

| Interfocus Product Code | Copyright Registration or Application # | Copyright Certificate | Copyright Deposit Photos | Interfocus Website | Hibobi Website | # of Images Included |
|---|---|---|---|---|---|---|
| 17237031 | VA0002282656 | Ex. 1A | Ex. 1B | Ex. 1C | Ex. 1D | 2 |
| 17296179 | VA0002266891 | Ex. 2A | Ex. 2B | Ex. 2C | Ex. 2D | 1 |
| 17296179 | VAu001420322 | Ex. 3A | Ex. 3B | Ex. 3C | Ex. 3D | 4 |
| 17300843 | VA0002282229 | Ex. 4A | Ex. 4B | | Ex. 4D | 9 |
| 17272545 | VA0002282931 | Ex. 5A | Ex. 5B | Ex. 5C | Ex. 5D | 3 |
| 17273247 | VAu001404114 | Ex. 7A | Ex. 7B | Ex. 7C | Ex. 7D | 7 |
| 17260034 | VA0002282229 | Ex. 8A | Ex. 8B | Ex. 8C | Ex. 8D | 1 |
| 17310814 | VA0002259775 | Ex. 9A | Ex. 9B | | Ex. 9D | 1 |
| 17310814 | VA0002266425 | Ex. 10A | Ex. 10B | Ex. 10C | Ex. 10D | 1 |
| 17241548 | VA0002289507 | Ex. 11A | Ex. 11B | | Ex. 11D | 6 |
| 17240521 | VA0002283332 | Ex. 12A | Ex. 12B | | Ex. 12D | 5 |
| 17327020 | VA0002267346 | Ex. 13A | Ex. 13B | Ex. 13C | Ex. 13D | 6 |
| 17314065 | VA0002266770 | Ex. 14A | Ex. 14B | Ex. 14C | Ex. 14D | 10 |
| 17314069 | VA0002262268 | Ex. 15A | Ex. 15B | Ex. 15C | Ex. 15D | 6 |
| 17314069 | VA0002289508 | Ex. 16A | Ex. 16B | Ex. 16C | Ex. 16D | 4 |
| 17315607 | VA0002261342 | Ex. 17A | Ex. 17B | Ex. 17C | Ex. 17D | 5 |
| 17320439 | VA0002262261 | Ex. 18A | Ex. 18B | Ex. 18C | Ex. 18D | 4 |
| 17320439 | VA0002289508 | Ex. 19A | Ex. 19B | Ex. 19C | Ex. 19D | 1 |
| 17326444 | VA0002267269 | Ex. 20A | Ex. 20B | Ex. 20C | Ex. 20D | 4 |
| 17326444 | VA0002289508 | Ex. 21A | Ex. 21B | Ex. 21C | Ex. 21D | 4 |
| 17330374 | VA0002267274 | Ex. 22A | Ex. 22B | Ex. 22C | Ex. 22D | 6 |
| 17330374 | VA0002289508 | Ex. 23A | Ex. 23B | Ex. 23C | Ex. 23D | 4 |
| 17348740 | VA0002273862 | Ex. 24A | Ex. 24B | Ex. 24C | Ex. 24D | 6 |
| 17348740 | VA0002289508 | Ex. 25A | Ex. 25B | Ex. 25C | Ex. 25D | 4 |
| 17353405 | VA0002289508 | Ex. 26A | Ex. 26B | Ex. 26C | Ex. 26D | 10 |
| 17355466 | VA0002289508 | Ex. 27A | Ex. 27B | Ex. 27C | Ex. 27D | 8 |
| 17362916 | VA0002287366 | Ex. 28A | Ex. 28B | Ex. 28C | Ex. 28D | 6 |
| 17364687 | VA0002283150 | Ex. 29A | Ex. 29B | Ex. 29C | Ex. 29D | 6 |
| 17366133 | VA0002276650 | Ex. 30A | Ex. 30B | Ex. 30C | Ex. 30D | 4 |
| 17366133 | VA0002289508 | Ex. 31A | Ex. 31B | Ex. 31C | Ex. 31D | 5 |
| 17372170 | VA0002287498 | Ex. 32A | Ex. 32B | Ex. 32C | Ex. 32D | 4 |
| 17310049 | VA0002266527 | Ex. 33A | Ex. 33B | Ex. 33C | Ex. 33D | 3 |
| 17310049 | VA0002289508 | Ex. 34A | Ex. 34B | Ex. 34C | Ex. 34D | 3 |
| 17256792 | VA0002289507 | Ex. 35A | Ex. 35B | Ex. 35C | Ex. 35D | 4 |
| 17258714 | VA0002289507 | Ex. 36A | Ex. 36B | Ex. 36C | Ex. 36D | 1 |
| 17296789 | VA0002267295 | Ex. 37A | Ex. 37B | Ex. 37C | Ex. 37D | 1 |
| 17271776 | VAu001404200 | Ex. 39A | Ex. 39B | | Ex. 39D | 1 |

November 18 - Schedule A

| Interfocus Product Code | Copyright Registration or Application # | Copyright Certificate | Copyright Deposit Photos | Interfocus Website | Hibobi Website | # of Images Included |
|---|---|---|---|---|---|---|
| 17310037 | VA0002266527 | Ex. 41A | Ex. 41B | | Ex. 41D | 2 |
| 17310037 | VA0002289508 | Ex. 42A | Ex. 42B | | Ex. 42D | 4 |
| 17250748 | VA0002289507 | Ex. 43A | Ex. 43B | | Ex. 43D | 5 |
| 17283410 | VA0002282229 | Ex. 44A | Ex. 44B | | Ex. 44D | 4 |
| 17359621 | VA0002283150 | Ex. 45A | Ex. 45B | Ex. 45C | Ex. 45D | 4 |
| 17359621 | VA0002283151 | Ex. 46A | Ex. 46B | Ex. 46C | Ex. 46D | 2 |
| 17371178 | VA0002289520 | Ex. 47A | Ex. 47B | Ex. 47C | Ex. 47D | 6 |
| 17353392 | VA0002307943 | Ex. 48A | Ex. 48B | | Ex. 48D | 11 |
| 17324872 | VA0002307943 | Ex. 49A | Ex. 49B | | Ex. 49D | 11 |
| 17307611 | VA0002266428 | Ex. 50A | Ex. 50B | | Ex. 50D | 5 |
| 17306330 | VA0002267609 | Ex. 51A | Ex. 51B | | Ex. 51D | 6 |
| 17354127 | VA0002283150 | Ex. 52A | Ex. 52B | | Ex. 52D | 4 |
| 17354127 | VA0002307943 | Ex. 53A | Ex. 53B | | Ex. 53D | 3 |
| 17315604 | VA0002261342 | Ex. 54A | Ex. 54B | | Ex. 54D | 6 |
| 17315604 | VA0002307943 | Ex. 55A | Ex. 55B | | Ex. 55D | 5 |
| 17386320 | VA0002282656 | Ex. 56A | Ex. 56B | | Ex. 56D | 5 |
| 17360320 | VAu001445206 | Ex. 57A | Ex. 57B | | Ex. 57D | 4 |
| 17324834 | VAu001439819 | Ex. 58A | Ex. 58B | | Ex. 58D | 2 |
| 17359621 | Case No. 1-11854677161 | | Ex. 59B | Ex. 59C | Ex. 59D | 4 |
| 17371178 | Case No. 1-11854677161 | | Ex. 60B | Ex. 60C | Ex. 60D | 4 |
| 17366713 | Case No. 1-11854677161 | | Ex. 61B | Ex. 61C | Ex. 61D | 11 |
| 17353799 | Case No. 1-11854677161 | | Ex. 62B | | Ex. 62D | 9 |
| 17324832 | Case No. 1-11854677161 | | Ex. 63B | | Ex. 63D | 7 |
| 17361970 | Case No. 1-11854677161 | | Ex. 64B | | Ex. 64D | 10 |
| 17273247 | Case No. 1-11854677161 | | Ex. 65B | Ex. 65C | Ex. 65D | 2 |
| 17386320 | Case No. 1-11854677161 | | Ex. 66B | | Ex. 66D | 4 |
| 17283405 | VAu001414303 | Ex. 67A | Ex. 67B | | Ex. 67D | 1 |
| 17307471 | VA0002267284 | Ex. 68A | Ex. 68B | | Ex. 68D | 1 |
| | VA0002255941 | Ex. 69A | Ex. 69B | Ex. 69C | Ex. 69D | 4 |
| | VA0002261156 | Ex. 70A | Ex. 70B | Ex. 70C | Ex. 70D | 2 |
| | | | | | **TOTAL** | 308 |