UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERFOCUS INC., A California Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>HIBOBI TECHNOLOGY LTD; HANGZHOU HIBABY TECHNOLOGY CO. LTD; HANGZHOU HAIBAOBEI TECHNOLOGY CO., LTD; HANGZHOU HIBAO TECHNOLOGY CO., LTD. HIBOBI HOLDINGS, LIMITED, AND HANGZHOU JIULONG TECHNOLOGY CO. LTD.<br>      Defendants.. | Case No.: 1:22-cv-02259<br><br>Honorable Steven C. Seeger |

**<u>DECLARATION OF ZHENG LIU IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION</u>**

## **DECLARATION OF ZHENG LIU**

I, Zheng Liu, declare as follows:

1.     I am an attorney at law, duly admitted to practice before the Courts of the State of California and a number of federal courts. I am one of the attorneys for Plaintiff INTERFOCUS INC. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2.     I personally compared the supplier list produced by Defendants counsel and the list suppliers from Plaintiff InterFocus. InterFocus used a total of ten (10) suppliers for the products that are relevant to the Complaint, TRO and Amended Complaint. None of the suppliers matched any of the twelve (12) suppliers from the Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 18th day of November, 2022 at Menlo Park, California.

                                                 */S/ Zheng Liu*
                                                 Zheng Liu
                                                 Counsel for Plaintiff, INTERFOCUS INC.