# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| INTERFOCUS INC., a California Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>HIBOBI TECHNOLOGY LTD; HANGZHOU HIBABY TECHNOLOGY CO. LTD; HANGZHOU HAIBAOBEI TECHNOLOGY CO., LTD; HANGZHOU HIBAO TECHNOLOGY CO., LTD.; AND HIBOBI HOLDINGS, LIMITED,<br><br>    Defendants. | Case No.: 1:22-cv-02259<br><br>Hon. Steven C. Seeger |

## **[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

The Motion of Plaintiff INTERFOCUS, INC. ("Interfocus") for a preliminary injunction against HIBOBI TECHNOLOGY LTD and HANGZHOU HIBABY TECHNOLOGY CO. LTD. ("Defendants") having come on for hearing, this Court having reviewed the evidence and heard the arguments presented by the parties in support of and in opposition to said motion, the Court having previously granted a temporary restraining order in this action, being fully advised in the premises, and good cause appearing,

IT IS ORDERED as follows:

    1.    Plaintiff Interfocus' motion for a preliminary injunction is granted;

    2.    Defendants, their affiliates, officers, agents, servants, employees, attorneys, parents, subsidiaries, and all persons acting for, with, by, through, under or in active concert with

them, are preliminarily enjoined and restrained during the pendency of this action or until further order of this Court from:

    a. reproducing, distributing copies of, making derivative works of, or publicly displaying the InterFocus's Copyrighted Images identified in the attached **Schedule A**, or any other images viewable on Plaintiff's website at https://us.patpat.com/ in any manner without the express authorization of Plaintiff during the pendency of this action;

    b. passing off, inducing, or enabling others to sell or pass off any product bearing the InterFocus Designs as a genuine InterFocus Product that is not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for such sale;

    c. committing any acts calculated to cause consumers to believe that Defendants' Counterfeit InterFocus Products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d. further infringing the InterFocus Copyrighted Images and Designs, Plaintiff's other images at https://us.patpat.com/, and damaging Plaintiff's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, using the InterFocus Copyrighted Images or any substantially similar derivative thereof;

3. The $10,000 bond previously order by this Court in connection with the temporary restraining order entered herein shall remain in effect herein.

DATED: November __, 2022

                                                                     Steven C. Seeger
                                                                       United States District Judge

# November 18 – Schedule A

| Interface's Product Code | Copyright Registration or Application # | Copyright Certificate | Copyright Deposit Photos | Interfocus Website | Hibobi Website | # of Images Included |
|---|---|---|---|---|---|---|
| 17237031 | VA0002282656 | Ex. 1A | Ex. 1B | Ex. 1C | Ex. 1D | 2 |
| 17296179 | VA0002266891 | Ex. 2A | Ex. 2B | Ex. 2C | Ex. 2D | 1 |
| 17296179 | VAu001420322 | Ex. 3A | Ex. 3B | Ex. 3C | Ex. 3D | 4 |
| 17300843 | VA0002282229 | Ex. 4A | Ex. 4B | | Ex. 4D | 9 |
| 17272545 | VA0002282931 | Ex. 5A | Ex. 5B | Ex. 5C | Ex. 5D | 3 |
| 17273247 | VAu001404114 | Ex. 7A | Ex. 7B | Ex. 7C | Ex. 7D | 7 |
| 17260034 | VA0002282229 | Ex. 8A | Ex. 8B | Ex. 8C | Ex. 8D | 1 |
| 17310814 | VA0002259775 | Ex. 9A | Ex. 9B | | Ex. 9D | 1 |
| 17310814 | VA0002266425 | Ex. 10A | Ex. 10B | Ex. 10C | Ex. 10D | 1 |
| 17241548 | VA0002289507 | Ex. 11A | Ex. 11B | | Ex. 11D | 6 |
| 17240521 | VA0002283332 | Ex. 12A | Ex. 12B | | Ex. 12D | 5 |
| 17327020 | VA0002267346 | Ex. 13A | Ex. 13B | Ex. 13C | Ex. 13D | 6 |
| 17314065 | VA0002266770 | Ex. 14A | Ex. 14B | Ex. 14C | Ex. 14D | 10 |
| 17314069 | VA0002262268 | Ex. 15A | Ex. 15B | Ex. 15C | Ex. 15D | 6 |
| 17314069 | VA0002289508 | Ex. 16A | Ex. 16B | Ex. 16C | Ex. 16D | 4 |
| 17315607 | VA0002261342 | Ex. 17A | Ex. 17B | Ex. 17C | Ex. 17D | 5 |
| 17320439 | VA0002262261 | Ex. 18A | Ex. 18B | Ex. 18C | Ex. 18D | 4 |
| 17320439 | VA0002289508 | Ex. 19A | Ex. 19B | Ex. 19C | Ex. 19D | 1 |
| 17326444 | VA0002267269 | Ex. 20A | Ex. 20B | Ex. 20C | Ex. 20D | 4 |
| 17326444 | VA0002289508 | Ex. 21A | Ex. 21B | Ex. 21C | Ex. 21D | 4 |
| 17330374 | VA0002267274 | Ex. 22A | Ex. 22B | Ex. 22C | Ex. 22D | 6 |
| 17330374 | VA0002289508 | Ex. 23A | Ex. 23B | Ex. 23C | Ex. 23D | 4 |
| 17348740 | VA0002273862 | Ex. 24A | Ex. 24B | Ex. 24C | Ex. 24D | 6 |
| 17348740 | VA0002289508 | Ex. 25A | Ex. 25B | Ex. 25C | Ex. 25D | 4 |
| 17353405 | VA0002289508 | Ex. 26A | Ex. 26B | Ex. 26C | Ex. 26D | 10 |
| 17355466 | VA0002289508 | Ex. 27A | Ex. 27B | Ex. 27C | Ex. 27D | 8 |
| 17362916 | VA0002287366 | Ex. 28A | Ex. 28B | Ex. 28C | Ex. 28D | 6 |
| 17364687 | VA0002283150 | Ex. 29A | Ex. 29B | Ex. 29C | Ex. 29D | 6 |
| 17366133 | VA0002276650 | Ex. 30A | Ex. 30B | Ex. 30C | Ex. 30D | 4 |
| 17366133 | VA0002289508 | Ex. 31A | Ex. 31B | Ex. 31C | Ex. 31D | 5 |
| 17372170 | VA0002287498 | Ex. 32A | Ex. 32B | Ex. 32C | Ex. 32D | 4 |
| 17310049 | VA0002266527 | Ex. 33A | Ex. 33B | Ex. 33C | Ex. 33D | 3 |
| 17310049 | VA0002289508 | Ex. 34A | Ex. 34B | Ex. 34C | Ex. 34D | 3 |
| 17256792 | VA0002289507 | Ex. 35A | Ex. 35B | Ex. 35C | Ex. 35D | 4 |
| 17258714 | VA0002289507 | Ex. 36A | Ex. 36B | Ex. 36C | Ex. 36D | 1 |
| 17296789 | VA0002267295 | Ex. 37A | Ex. 37B | Ex. 37C | Ex. 37D | 1 |
| 17271776 | VAu001404200 | Ex. 39A | Ex. 39B | | Ex. 39D | 1 |

| Interface's Product Code | Copyright Registration or Application # | Copyright Certificate | Copyright Deposit Photos | Interfocus Website | Hibobi Website | # of Images Included |
|---|---|---|---|---|---|---|
| 17310037 | VA0002266527 | Ex. 41A | Ex. 41B | | Ex. 41D | 2 |
| 17310037 | VA0002289508 | Ex. 42A | Ex. 42B | | Ex. 42D | 4 |
| 17250748 | VA0002289507 | Ex. 43A | Ex. 43B | | Ex. 43D | 5 |
| 17283410 | VA0002282229 | Ex. 44A | Ex. 44B | | Ex. 44D | 4 |
| 17359621 | VA0002283150 | Ex. 45A | Ex. 45B | Ex. 45C | Ex. 45D | 4 |
| 17359621 | VA0002283151 | Ex. 46A | Ex. 46B | Ex. 46C | Ex. 46D | 2 |
| 17371178 | VA0002289520 | Ex. 47A | Ex. 47B | Ex. 47C | Ex. 47D | 6 |
| 17353392 | VA0002307943 | Ex. 48A | Ex. 48B | | Ex. 48D | 11 |
| 17324872 | VA0002307943 | Ex. 49A | Ex. 49B | | Ex. 49D | 11 |
| 17307611 | VA0002266428 | Ex. 50A | Ex. 50B | | Ex. 50D | 5 |
| 17306330 | VA0002267609 | Ex. 51A | Ex. 51B | | Ex. 51D | 6 |
| 17354127 | VA0002283150 | Ex. 52A | Ex. 52B | | Ex. 52D | 4 |
| 17354127 | VA0002307943 | Ex. 53A | Ex. 53B | | Ex. 53D | 3 |
| 17315604 | VA0002261342 | Ex. 54A | Ex. 54B | | Ex. 54D | 6 |
| 17315604 | VA0002307943 | Ex. 55A | Ex. 55B | | Ex. 55D | 5 |
| 17386320 | VA0002282656 | Ex. 56A | Ex. 56B | | Ex. 56D | 5 |
| 17360320 | VAu001445206 | Ex. 57A | Ex. 57B | | Ex. 57D | 4 |
| 17324834 | VAu001439819 | Ex. 58A | Ex. 58B | | Ex. 58D | 2 |
| 17359621 | Case No. 1-11854677161 | | Ex. 59B | Ex. 59C | Ex. 59D | 4 |
| 17371178 | Case No. 1-11854677161 | | Ex. 60B | Ex. 60C | Ex. 60D | 4 |
| 17366713 | Case No. 1-11854677161 | | Ex. 61B | Ex. 61C | Ex. 61D | 11 |
| 17353799 | Case No. 1-11854677161 | | Ex. 62B | | Ex. 62D | 9 |
| 17324832 | Case No. 1-11854677161 | | Ex. 63B | | Ex. 63D | 7 |
| 17361970 | Case No. 1-11854677161 | | Ex. 64B | | Ex. 64D | 10 |
| 17273247 | Case No. 1-11854677161 | | Ex. 65B | Ex. 65C | Ex. 65D | 2 |
| 17386320 | Case No. 1-11854677161 | | Ex. 66B | | Ex. 66D | 4 |
| 17283405 | VAu001414303 | Ex. 67A | Ex. 67B | | Ex. 67D | 1 |
| 17307471 | VA0002267284 | Ex. 68A | Ex. 68B | | Ex. 68D | 1 |
| | VA0002255941 | Ex. 69A | Ex. 69B | Ex. 69C | Ex. 69D | 4 |
| | VA0002261156 | Ex. 70A | Ex. 70B | Ex. 70C | Ex. 70D | 2 |
| | | | | | **TOTAL** | **308** |

5