# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| INTERFOCUS INC., a California Corporation, *Plaintiff*, v. Hangzhou Hibaby Technology Co., Ltd., and Hibobi Technology Limited *Defendants*. | Case No.: 1:22-cv-02259 Honorable Steven C. Seeger |

**DECLARATION OF ZIYONG LI IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, TO EXPEDITE THE PRELIMINARY INJUNCTION HEARING, AND TO EXTEND THE OCTOBER 4, 2022 TEMPORARY RESTRAINING ORDER**

I, Ziyong Li, declare and state as follows:

1.  This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2.  I am a lawyer at Benesch Friedlander Coplan & Aronoff LLP.

3.  Attached Exhibit P is a true and accurate copy of the email chain between Plaintiff counsel and Defendants counsel. Relevant portions have been highlighted.

4.  I reviewed Plaintiff witness Robert Rosenblum's declaration and the attached Exhibits. Below is a true and accurate summary of the dates when each Hibobi website screenshot was captured based on the metadata printed on the exhibits.

| Exhibit number of Hibobi website screenshot | Capture timestamp |
|---|---|
| Exhibit 1D | Thu, 20 Jan 2022 03:13:26 GMT |
|  | Thu, 20 Jan 2022 03:13:44 GMT |
| Exhibit 2D | Thu, 20 Jan 2022 02:33:19 GMT |
| Exhibit 3D | Thu, 20 Jan 2022 02:36:08 GMT |
|  | Thu, 20 Jan 2022 02:36:23 GMT |
|  | Thu, 20 Jan 2022 02:36:49 GMT |
|  | Thu, 20 Jan 2022 02:37:11 GMT |
| Exhibit 4D | Thu, 20 Jan 2022 03:03:23 GMT |
|  | Thu, 20 Jan 2022 03:03:46 GMT |
|  | Thu, 20 Jan 2022 03:04:06 GMT |
|  | Thu, 20 Jan 2022 03:04:23 GMT |
|  | Thu, 20 Jan 2022 03:06:19 GMT |
|  | Thu, 20 Jan 2022 03:06:36 GMT |
|  | Thu, 20 Jan 2022 03:06:56 GMT |
|  | Thu, 20 Jan 2022 03:07:34 GMT |
|  | Thu, 20 Jan 2022 03:07:52 GMT |
| Exhibit 5D | Thu, 20 Jan 2022 03:30:03 GMT |
| Exhibit 7D | Thu, 20 Jan 2022 03:24:21 GMT |
|  | Thu, 20 Jan 2022 03:24:34 GMT |
|  | Thu, 20 Jan 2022 03:24:51 GMT |
|  | Thu, 20 Jan 2022 03:25:29 GMT |
| Exhibit 8D | Mon, 07 Mar 2022 20:13:16 GMT |
| Exhibit 9D | 12/23/21, 11:28 AM |
| Exhibit 10D | 12/23/21, 11:29 AM |
| Exhibit 11D | Mon, 28 Feb 2022 02:49:46 GMT |
|  | Mon, 28 Feb 2022 02:50:22 GMT |
|  | Mon, 28 Feb 2022 02:51:00 GMT |
|  | Mon, 28 Feb 2022 02:49:31 GMT |
|  | Mon, 28 Feb 2022 02:51:29 GMT |

| Exhibit number of Hibobi website screenshot | Capture timestamp |
|---|---|
|  | Mon, 28 Feb 2022 02:51:45 GMT |
| Exhibit 12D | 1/13/22, 4:32 PM |
| Exhibit 13D | Mon, 21 Mar 2022 07:05:50 GMT |
|  | Mon, 21 Mar 2022 07:09:39 GMT |
|  | Mon, 21 Mar 2022 07:14:28 GMT |
|  | Mon, 21 Mar 2022 07:17:47 GMT |
|  | Mon, 21 Mar 2022 07:19:09 GMT |
|  | Mon, 21 Mar 2022 07:20:12 GMT |
| Exhibit 14D | Mon, 28 Feb 2022 03:55:18 GMT |
|  | Mon, 28 Feb 2022 03:59:56 GMT |
|  | Mon, 28 Feb 2022 03:55:48 GMT |
|  | Mon, 28 Feb 2022 03:56:23 GMT |
|  | Mon, 28 Feb 2022 03:57:24 GMT |
|  | Mon, 28 Feb 2022 03:58:36 GMT |
|  | Mon, 28 Feb 2022 03:58:49 GMT |
|  | Mon, 28 Feb 2022 03:59:08 GMT |
|  | Mon, 28 Feb 2022 03:59:23 GMT |
|  | Mon, 28 Feb 2022 03:59:41 GMT |
| Exhibit 15D | Mon, 28 Feb 2022 03:22:06 GMT |
|  | Mon, 28 Feb 2022 03:22:22 GMT |
|  | Mon, 28 Feb 2022 03:22:38 GMT |
|  | Mon, 28 Feb 2022 03:22:55 GMT |
|  | Mon, 28 Feb 2022 03:23:31 GMT |
|  | Mon, 28 Feb 2022 03:24:14 GMT |
| Exhibit 16D | Mon, 28 Feb 2022 03:24:28 GMT |
|  | Mon, 28 Feb 2022 03:25:37 GMT |
|  | Mon, 28 Feb 2022 03:26:59 GMT |
|  | Mon, 28 Feb 2022 03:30:07 GMT |
| Exhibit 17D | Mon, 21 Mar 2022 07:30:43 GMT |
|  | Mon, 21 Mar 2022 07:35:22 GMT |
|  | Mon, 21 Mar 2022 07:36:00 GMT |
|  | Mon, 21 Mar 2022 07:40:38 GMT |
|  | Mon, 21 Mar 2022 07:44:30 GMT |
| Exhibit 18D | Fri, 25 Feb 2022 10:05:11 GMT |
|  | Fri, 25 Feb 2022 10:05:31 GMT |
|  | Fri, 25 Feb 2022 10:05:54 GMT |
|  | Fri, 25 Feb 2022 10:06:46 GMT |
| Exhibit 19D | Fri, 25 Feb 2022 10:07:16 GMT |
| Exhibit 20D | Fri, 25 Feb 2022 10:08:19 GMT |
|  | Fri, 25 Feb 2022 10:08:34 GMT |
|  | Fri, 25 Feb 2022 10:08:50 GMT |
|  | Fri, 25 Feb 2022 10:09:09 GMT |
| Exhibit 21D | Fri, 25 Feb 2022 10:09:30 GMT |
|  | Fri, 25 Feb 2022 10:12:05 GMT |
|  | Fri, 25 Feb 2022 10:12:20 GMT |
|  | Fri, 25 Feb 2022 10:12:34 GMT |
| Exhibit 22D | Mon, 28 Feb 2022 02:52:20 GMT |
|  | Mon, 28 Feb 2022 02:53:51 GMT |
|  | Mon, 28 Feb 2022 02:54:06 GMT |
|  | Mon, 28 Feb 2022 02:54:23 GMT |
|  | Mon, 28 Feb 2022 02:56:57 GMT |
|  | Mon, 28 Feb 2022 02:57:14 GMT |
| Exhibit 23D | Mon, 28 Feb 2022 02:55:11 GMT |

| Exhibit number of Hibobi website screenshot | Capture timestamp |
|---|---|
| | Mon, 28 Feb 2022 02:55:34 GMT<br>Mon, 28 Feb 2022 02:56:08 GMT<br>Mon, 28 Feb 2022 02:56:32 GMT |
| Exhibit 24D | Mon, 28 Feb 2022 03:40:58 GMT<br>Mon, 28 Feb 2022 03:41:16 GMT<br>Mon, 28 Feb 2022 03:50:03 GMT<br>Mon, 28 Feb 2022 03:50:39 GMT<br>Mon, 28 Feb 2022 03:53:42 GMT<br>Mon, 28 Feb 2022 03:54:35 GMT |
| Exhibit 25D | Mon, 28 Feb 2022 03:50:57 GMT<br>Mon, 28 Feb 2022 03:51:18 GMT<br>Mon, 28 Feb 2022 03:51:54 GMT<br>Mon, 28 Feb 2022 03:52:36 GMT |
| Exhibit 26D | Fri, 25 Feb 2022 09:47:47 GMT<br>Fri, 25 Feb 2022 09:49:10 GMT<br>Fri, 25 Feb 2022 09:53:11 GMT<br>Fri, 25 Feb 2022 09:53:50 GMT<br>Fri, 25 Feb 2022 09:54:32 GMT<br>Fri, 25 Feb 2022 09:55:53 GMT<br>Fri, 25 Feb 2022 09:56:57 GMT<br>Fri, 25 Feb 2022 09:57:15 GMT<br>Fri, 25 Feb 2022 09:58:40 GMT<br>Fri, 25 Feb 2022 09:59:18 GMT |
| Exhibit 27D | Mon, 28 Feb 2022 02:13:34 GMT<br>Mon, 28 Feb 2022 02:14:57 GMT<br>Mon, 28 Feb 2022 02:34:31 GMT<br>Mon, 28 Feb 2022 02:35:07 GMT<br>Mon, 28 Feb 2022 02:35:41 GMT<br>Mon, 28 Feb 2022 02:36:08 GMT<br>Mon, 28 Feb 2022 02:36:51 GMT<br>Mon, 28 Feb 2022 02:37:25 GMT |
| Exhibit 28D | Mon, 21 Mar 2022 07:45:50 GMT<br>Mon, 21 Mar 2022 07:48:23 GMT<br>Mon, 21 Mar 2022 07:48:59 GMT<br>Mon, 21 Mar 2022 07:50:27 GMT<br>Mon, 21 Mar 2022 07:51:03 GMT<br>Mon, 21 Mar 2022 07:51:49 GMT |
| Exhibit 29D | Mon, 21 Mar 2022 07:53:42 GMT<br>Mon, 21 Mar 2022 07:57:22 GMT<br>Mon, 21 Mar 2022 07:58:43 GMT<br>Mon, 21 Mar 2022 08:03:55 GMT<br>Mon, 21 Mar 2022 08:04:17 GMT<br>Wed, 23 Mar 2022 09:23:21 GMT |
| Exhibit 30D | Fri, 25 Feb 2022 10:14:20 GMT<br>Fri, 25 Feb 2022 10:14:45 GMT<br>Fri, 25 Feb 2022 10:15:03 GMT<br>Fri, 25 Feb 2022 10:15:25 GMT |
| Exhibit 31D | Mon, 28 Feb 2022 02:03:38 GMT<br>Mon, 28 Feb 2022 02:05:57 GMT<br>Mon, 28 Feb 2022 02:06:59 GMT<br>Mon, 28 Feb 2022 02:09:53 GMT<br>Mon, 28 Feb 2022 02:10:19 GMT |
| Exhibit 32D | Mon, 21 Mar 2022 05:39:05 GMT |

| Exhibit number of Hibobi website screenshot | Capture timestamp |
|---|---|
| | Mon, 21 Mar 2022 05:44:33 GMT |
| | Mon, 21 Mar 2022 05:46:25 GMT |
| | Mon, 21 Mar 2022 05:47:14 GMT |
| Exhibit 33D | Mon, 28 Feb 2022 03:05:15 GMT |
| | Mon, 28 Feb 2022 03:05:42 GMT |
| | Mon, 28 Feb 2022 03:05:57 GMT |
| Exhibit 34D | Mon, 28 Feb 2022 03:06:37 GMT |
| | Mon, 28 Feb 2022 03:07:30 GMT |
| | Mon, 28 Feb 2022 03:07:53 GMT |
| Exhibit 35D | Mon, 28 Feb 2022 02:38:39 GMT |
| | Mon, 28 Feb 2022 02:39:36 GMT |
| | Mon, 28 Feb 2022 02:40:08 GMT |
| | Mon, 28 Feb 2022 02:40:51 GMT |
| Exhibit 36D | Fri, 25 Feb 2022 10:04:37 GMT |
| Exhibit 37D | Thu, 20 Jan 2022 03:26:41 GMT |
| Exhibit 39D | Thu, 20 Jan 2022 03:18:55 GMT |
| Exhibit 41D | Mon, 28 Feb 2022 03:10:32 GMT |
| | Mon, 28 Feb 2022 03:12:24 GMT |
| Exhibit 42D | Mon, 28 Feb 2022 03:12:39 GMT |
| | Mon, 28 Feb 2022 03:13:42 GMT |
| | Mon, 28 Feb 2022 03:20:55 GMT |
| | Mon, 28 Feb 2022 03:21:28 GMT |
| Exhibit 43D | Thu, 20 Jan 2022 07:03:04 GMT |
| | Thu, 20 Jan 2022 07:03:23 GMT |
| | Thu, 20 Jan 2022 07:03:43 GMT |
| | Thu, 20 Jan 2022 07:03:59 GMT |
| | Thu, 20 Jan 2022 07:04:19 GMT |

5. Attached as Exhibit U is a true and accurate copy of Exhibits 4D and 8D attached to Robert Rosenblum's Declaration as Plaintiff served on Defendants.

6. Attached as Exhibit W is a true and accurate copy of the letter Plaintiff sent to Defendants in the attachment of the October 25, 2022 email.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2022, in California.

        */s/ Ziyong Li*
        Ziyong Li