IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERFOCUS INC., A California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>The Defendants Identified in SCHEDULE A,<br><br>Defendants. | Case No. 1:22-cv-2259 |

## CERTIFICATE OF SERVICE

I, Shandice Sluch, am over the age of 18 years old and not a party to this action. My place of business is 71 S. Wacker Drive, Suite 1600, Chicago, IL 60606. On January 17, 2023, I served the summons and Defendants' Answer to the Amended Complaint, Affirmative Defenses, and Counterclaim (Dkt. 69) on Interfocus Inc.'s counsel who accepts service on behalf of Shenzhen Yingfusi Technology Co., Ltd., pursuant to the Parties' Motion for Entry of Stipulation to Voluntarily Dismiss and for Attorney Service filed on January 11, 2023 (Dkt. 93).

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Dated: January 18, 2023

Respectfully submitted,

By: */s/ Shandice Sluch*
Shandice Sluch
Benesch, Friedlander Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312-212-4949
Email: ssluch@beneschlaw.com