**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| INTERFOCUS INC., <br>     Plaintiff, <br>   v. <br> HIBOBI TECHNOLOGY LTD; HANGZHOU HIBABY TECHNOLOGY CO., LTD, A.K.A. HANGZHOU HAIBAOBEI TECHNOLOGY CO., LTD; HANGZHOU HIBAO TECHNOLOGY CO., LTD; and HANGZHOU JIULONG TECHNOLOGY CO. LTD. <br>     Defendants, Counterclaim Plaintiffs <br>   v. <br> INTERFOCUS INC., Shenzhen Yingfusi Technology Co., Ltd., INTERFOCUS (BVI) LTD., INTERLOGIC HK LIMITED, SHENZHEN YINGPAI TECHNOLOGY CO. LTD, AND INTERFOCUS CAYMAN LTD. <br>     Counterclaim Defendants | Case No.: 1:22-cv-2259 <br> Hon. Steven C. Seeger <br><br> JURY TRIAL DEMAND |

**DEFENDANT HANGZHOU JIULONG TECHNOLOGY CO. LTD.'S
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of Illinois Local Rule 3.2, Defendant Hangzhou Jiulong Technology Co. Ltd. states as follows:

Hangzhou Jiulong Technology Co. Ltd is a Chinese company. It is a subsidiary of Hangzhou Hibao Technology Co. Ltd., a Chinese company.

20742218 v1

| | |
|---|---|
| DATE: January 20, 2023 | Respectfully submitted,<br><br>By: /s/ Ziyong Li<br>Kal K. Shah (IL Bar No. 6275895)<br>Shandice Sluch (IL Bar No. 6333369)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>71 South Wacker Drive, Suite 1600<br>Chicago, Illinois 60606-4637<br>Telephone: 312.212.4949<br>Facsimile: 312.767.9192<br>Email: kshah@beneschlaw.com<br>Email: ssluch@beneschlaw.com<br><br>Ziyong Li (*pro hac vice*)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>100 Pine Street, Suite 3100<br>San Francisco, CA 94111<br>Telephone: (628) 600-2225<br>Email: sli@beneschlaw.com<br><br>*Attorneys for Defendants Hibobi Technology Ltd; Hangzhou Hibaby Technology Co. Ltd, a.k.a. Hangzhou Haibaobei Technology Co., Ltd; Hangzhou Hibao Technology Co., Ltd.; Hangzhou Jiulong Technology Co., Ltd* |

20742218 v1

## CERTIFICATE OF SERVICE

I certify that, on January 20, 2023, a copy of the foregoing ***Defendant Hangzhou Jiulong Technology Co. Ltd.'s Rule 7.1 Disclosure Statement*** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/  Ziyong Li
Ziyong Li (*pro hac vice*)

*Attorney for Defendants Hibobi Technology Ltd; Hangzhou Hibaby Technology Co. Ltd, a.k.a. Hangzhou Haibaobei Technology Co., Ltd; Hangzhou Hibao Technology Co., Ltd.; Hangzhou Jiulong Technology Co., Ltd*

20742218 v1