IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERFOCUS INC., <br><br> Plaintiff, <br><br> v. <br><br> HIBOBI TECHNOLOGY LTD; HANGZHOU HIBABY TECHNOLOGY CO., LTD, A.K.A. HANGZHOU HAIBAOBEI TECHNOLOGY CO., LTD; HANGZHOU HIBAO TECHNOLOGY CO., LTD; and HANGZHOU JIULONG TECHNOLOGY CO. LTD.; <br><br> Defendants, Counterclaim Plaintiffs, <br><br> v. <br><br> INTERFOCUS INC. and SHENZHEN YINGFUSI TECHNOLOGY CO., LTD.; <br><br> Counterclaim Defendants | Case No.: 1:22-cv-2259 <br> Hon. Steven C. Seeger <br><br> JURY TRIAL DEMAND |

**DEFENDANTS' MOTION TO REFUND POSTED BOND**

Defendants Hibobi Technology Ltd.; Hangzhou Haibaobei Technology Co. Ltd.;[1] Hangzhou Hibao Technology Co., Ltd.; and Hangzhou Jiulong Technology Co., Ltd. (collectively, "Defendants" or "Hibobi"), pursuant to Local Rule 67.1, by and through its undersigned counsel, respectfully move this Court to Refund the Bond posted by Defendants on December 1, 2022. In support of this motion, Defendants hereby state as follows:

1. The Preliminary Injunction Order required Defendants to post a bond for $200,000. (Dkt. 066).

---

[1] Hangzhou Hibaby Technology Co. Ltd is another English translation of Hangzhou Haibobei Technology Co. Ltd. The two names are for the same entity.

1

2. Accordingly, Defendants' filed a Motion to Deposit Money (Dkt. 67), which was granted pursuant to a Court Order (Dkt. 70).

3. The Court subsequently filed an Order for Defendants to Deposit Funds (Dkt. 74).

4. Defendants posted check Bond in the amount of $200,000.00 on December 1, 2022, Receipt No. 4624279625.

5. Plaintiff and Defendants filed a Parties' Joint Request to Dismiss All Claims with Prejudice on September 27, 2023. (Dkt. 138).

6. The Joint Stipulation to Dismiss was Granted on September 28, 2023, and the Court dismissed the case with prejudice. (Dkt. 139).

WHEREFORE, Defendants respectfully request that this Honorable Court grant Defendants' Motion to Refund Posted Bond and disburse invested registry funds including the total amount of principal plus interest to Benesch, Friedlander, Coplan & Aronoff LLP, 127 Public Square, Suite 4900, Cleveland, Ohio, 44114.

DATE:  September 28, 2023

Respectfully submitted,

By: */s/ Ziyong Li*
Kal K. Shah (IL Bar No. 6275895)
Rebecca Dircks (IL Bar No. 6299438)
Shandice Sluch (IL Bar No. 6333369)
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:  312.212.4949
kshah@beneschlaw.com
rdircks@beneschlaw.com
ssluch@beneschlaw.com

Ziyong Li (*pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN
 & ARONOFF LLP
100 Pine Street, Suite 3100
San Francisco, CA 94111
Telephone: (628) 600-2225
sli@beneschlaw.com

*Attorneys for Defendants Hibobi Technology Ltd.; Hangzhou Hibaby Technology Co., Ltd.; and Hangzhou Hibao Technology Co., Ltd.*

## **CERTIFICATE OF SERVICE**

I certify that, on September 28, 2023, I electronically filed a copy of the foregoing document. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

/s/ *Ziyong Li*
Ziyong Li

*Attorneys for Defendants Hibobi Technology Ltd.; Hangzhou Hibaby Technology Co. Ltd.; Hangzhou Haibaobei Technology Co., Ltd.; Hangzhou Hibao Technology Co., Ltd. Hibobi Holdings, Limited, and Hangzhou Jiulong Technology Co. Ltd.*