IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERFOCUS INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HIBOBI TECHNOLOGY LTD; HANGZHOUHIBABY TECHNOLOGY CO., LTD, A.K.A. HANGZHOU HAIBAOBEI TECHNOLOGY CO.,LTD; HANGZHOU HIBAO TECHNOLOGY CO., LTD.,<br><br>　　　　　　Defendants, Counterclaim Plaintiffs<br><br>　　v.<br><br>INTERFOCUS INC., SHENZHEN YINGFUSI TECHNOLOGY CO., LTD.,<br><br>　　　　　　Counterclaim Defendants. | Case No.: 1:22-cv-2259<br><br>Hon. Steven C. Seeger |

## PLAINTIFF'S MOTION TO REFUND POSTED BOND

　　Plaintiff Interfocus Inc.("Plaintiff"), pursuant to Local Rule 67.1, by and through its undersigned counsel, respectfully move this Court to Refund the Bond posted by Plaintiff on October 14, 2022. In support of this motion, Plaintiff hereby state as follows:

　　1.　　The Preliminary Injunction Order required Plaintiffs to post a bond for $10,000 (Dkt. 066).

　　2.　　Plaintiffs posted check Bond in the amount of $10,000.00 on October 14, 2022, Receipt No. 4624277820.

　　3.　　Plaintiff and Defendants filed a Parties' Joint Request to Dismiss All Claims with Prejudice on September 27, 2023 (Dkt. 138).

　　4.　　The Joint Stipulation to Dismiss was Granted on September 28, 2023, and the

1

Court dismissed the case with prejudice. (Dkt. 139).

WHEREFORE, Plaintiffs respectfully request that this Honorable Plaintiff's Motion to Refund Posted Bond and disburse invested registry funds including the total amount of principal plus interest to Rimon, P.C. 420 W. Main Street, Suite 101B, Boise, ID 83702.

DATE: October 27, 2023

RIMON, P.C.

/s/ Eric C. Cohen
Eric C. Cohen (Ill. ARDC No. 0473685)
Rimon P.C.
980 N. Michigan Ave., Suite 1400
Chicago, IL 60611
Telephone: (984) 960-2860
Email: eric.cohen@rimonlaw.com

Mark S. Lee
Rimon, P.C.
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Telephone: 310.561.5776
Email: mark.lee@rimonlaw.com

Zheng Liu
Rimon P.C.
800 Oak Grove Ave., Suite 250
Menlo Park, CA 94025
Telephone: (650) 382-4546
Email: zheng.liu@rimonlaw.com

*Attorneys for Plaintiff, InterFocus Inc.*

**CERTIFICATE OF SERVICE**

      I certify that, on October 27, 2023, I electronically filed a copy of the foregoing document. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

                                        /s/Eric C. Cohen